United States District Court
Northern District of California



FILED
AUG 25 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

E-filing

**Case Name:**
USA v. GOYKO GUSTAV KUBUROVICH and
KRISTEL KUBUROVICH

**Case Number:** CR 16 00373 EJD NC

**Total Number of Defendants:**
1 [ ]   2-7 [✓]   8 or more [ ]

**Is This Case Under Seal?**
Yes [ ]   No [✓]

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes [ ]   No [✓]

**Venue (Per Crim. L.R. 18-1):**
SF [ ]   OAK [ ]   SJ [✓]   EUR [ ]   MON [ ]

**Is any defendant charged with a death-penalty-eligible crime?**
Yes [ ]   No [✓]

**Assigned AUSA (Lead Attorney):**
Gary G. Fry

**Is this a RICO Act gang case?**
Yes [ ]   No [✓]

**Date Submitted:**
August 25, 2016

**Comments:**

Save | Print | Clear Form

July 2013