J. DAVID NICK, Esq. (Cal. State Bar No. 157687)
LAW OFFICES OF J. DAVID NICK
345 FRANKLIN STREET
San Francisco, CA 94102
Tel: 415/552-4444
Fax: 415/358-5897
EMAIL:jdavidnick@lawyer.com

Attorney for Defendant
GOYKO G. KUBUROVICH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CLAIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>GOYKO G. KUBUROVICH, ET AL.<br><br>Defendants | NO. 5: 16-cr-00373-EJD<br><br>**ORDER TERMINATING PRETRIAL RELEASE CONDITION OF DRUG TESTING** |

GOOD CAUSE HAVING BEEN SHOWN BY THE PARTIES STIPULATION, it is hereby ORDERED that: Defendant GOYKO G. KUBUROVICH 's drug testing condition of pretrial release is hereby TERMINATED, that drug testing is to be discontinued; the United States or Pretrial Services may, at any time, request the condition of drug testing be again imposed as a condition of pretrial release.

SO ORDERED.

Dated: 12/9/16

Magistrate Judge Howard R. Lloyd

- 1 -