**J. DAVID NICK, Esq.** (Cal. State Bar No. 157687)
LAW OFFICES OF J. DAVID NICK
345 FRANKLIN STREET
San Francisco, CA 94102
Tel: 415/552-4444
Fax: 415/358-5897
EMAIL:jdavidnick@lawyer.com

**Attorney for Defendant**
GOYKO G. KUBUROVICH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CLAIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GOYKO G. KUBUROVICH, ET AL. ) <br> ) <br> Defendants ) <br> ) | NO. 5: 16-cr-00373-EJD <br><br> **PARTIES STIPULATION TO TO MODIFY PRETRIAL RELEASE CONDITIONS TO ALLOW OUT OF DISTRICT TRAVEL.** |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California, and defendant **GOYKO G. KUBUROVICH** ("defendant"), by and through his counsel of record, J. David Nick, hereby **stipulate to a modification of pretrial release conditions exclusively to allow defendant to travel to the District of Hawaii and to depart on January 5, 2017 and return January 12, 2017 .** IT IS SO STIPULATED.

Dated: 1-3-17

--------------/s/------------------
J. DAVID NICK
Attorney for Defendant

Dated: 1-3-17

Brian Stretch.
United States Attorney

--------------/s/-------------------
Gary G. Fry
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

- 1 -