J. DAVID NICK, Esq. (Cal. State Bar No. 157687)
LAW OFFICES OF J. DAVID NICK
345 FRANKLIN STREET
San Francisco, CA 94102
Tel: 415/552-4444
Fax: 415/358-5897
EMAIL:jdavidnick@lawyer.com

**Attorney for Defendant**
GOYKO G. KUBUROVICH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CLAIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. 5: 16-cr-00373-EJD |
| Plaintiff, ) | |
| ) | **ORDER MODIFYING PRETRIAL RELEASE CONDITION TO ALLOW OUT OF DISTRICT TRAVEL.** |
| vs. ) | |
| ) | |
| GOYKO G. KUBUROVICH, ET AL. ) | |
| Defendants ) | |

GOOD CAUSE HAVING BEEN SHOWN BY THE PARTIES STIPULATION, it is hereby ORDERED that: Defendant GOYKO G. KUBUROVICH 's pretrial release conditions are modified to permit the defendant to travel to the District of Hawaii and to depart on January 5, 2017 and return to this district no later than January 12, 2017.

SO ORDERED.

Dated: 1/4/17

_____
Magistrate Judge Howard R. Lloyd

- 1 -