**J. DAVID NICK, Esq.** (Cal. State Bar No. 157687)
LAW OFFICES OF J. DAVID NICK
345 FRANKLIN STREET
San Francisco, CA 94102
Tel: 415/552-4444
Fax: 415/358-5897
EMAIL:jdavidnick@lawyer.com

**Attorney for Defendant**
GOYKO G. KUBUROVICH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>GOYKO G. KUBUROVICH, ET AL.<br><br>Defendants | NO. 5: 16-cr-00373-EJD<br><br>**PARTIES STIPULATION TO MODIFY PRETRIAL RELEASE CONDITION PERTAINING TO TRAVEL.** |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California, and defendant **GOYKO G. KUBUROVICH** ("defendant"), by and through his counsel of record, J. David Nick, hereby **stipulate to the following modification of defendant's travel restrictions as a condition of pretrial release, that defendant shall be able to travel to any district within the United States, exclusively for purposes of work, without prior approval of the court or prior approval by the United States Pretrial Services.**

IT IS SO STIPULATED.

Dated: 4-4-17

---------------/s/-------------------
_____
J. DAVID NICK
Attorney for Defendant

Dated: 4-4-17

Brian Stretch.
United States Attorney

---------------/s/-------------------
Gary G. Fry
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

- 1 -