J. DAVID NICK, Esq. (Cal. State Bar No. 157687)
LAW OFFICES OF J. DAVID NICK
345 FRANKLIN STREET
San Francisco, CA 94102
Tel: 415/552-4444
Fax: 415/358-5897
EMAIL:jdavidnick@lawyer.com

**Attorney for Defendant**
GOYKO G. KUBUROVICH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CLAIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 5: 16-cr-00373-EJD |
| Plaintiff, | |
| vs. | **ORDER MODIFYING PRETRIAL RELEASE CONDITION PERTAINING TO TRAVEL.** |
| GOYKO G. KUBUROVICH, ET AL. | |
| Defendants | |

GOOD CAUSE HAVING BEEN SHOWN BY THE PARTIES STIPULATION, it is hereby ORDERED that: Defendant GOYKO G. KUBUROVICH 's travel restriction condition of pretrial release is hereby MODIFIED as follows: **defendant shall be able to travel to any district within the United States, exclusively for purposes of work, without prior approval of the court or prior approval by the United States Pretrial Services.**

SO ORDERED

Dated: 4/27/17

Magistrate Judge Howard R. Lloyd

- 1 -