1  J. DAVID NICK, SBN 157687
   Law Office of J. David Nick
2  345 Franklin Street
   San Francisco, ca 94102
3  Telephone: (415) 552-4444
   Facsimile: (415) 358-5897
4  Email: jdavidnick@lawyer.com

5  Attorney for Defendant
   GOYKO GUSTAV KUBUROVICH

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.  CR 16-00373-EJD
12 |         Plaintiff,               | STIPULATION AND
                                      | [Proposed] ORDER TO RESCHEDULE
13 |    v.                            | BAIL REVIEW HEARING
14 | GOYKO GUSTAV KUBUROVICH and
   | KRISTEL KUBUROVICH,
15
   |         Defendants.
16 | _____/

17      THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE that the Bail

18 Review Hearing presently set for January 11, 2018, shall be continued to January 18, 2018 at

19 1:30 p.m.

20 Respectfully Submitted,

21

22 /s/ Timothy J. Lucey                    /s/ J. David Nick
   TIMOTHY J. LUCEY                        J. DAVID NICK
23 Assistant U.S. Attorney                 Attorney for Defendant,
                                           GOYKO KUBUROVICH
24 Dated: January 10, 2018                 Dated: January 10, 2018

25
        IT IS SO ORDERED.
26
        Dated: 1/11/18
27

28                                         _____
                                           HOWARD R. LLOYD
                                           U.S. Magistrate Judge