UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** February 26, 2018     **Time:** 2:31-3:11 pm     **Judge:** Edward J. Davila

**Total Time:** 40 Mins.

**Case No.:** 16-cr-00373-EJD-1, 2     **Case Name:** UNITED STATES v. Goyko Gustav Kuburovich(P)(NC), Kristel Kuburovich(P)(NC)

**Attorney for Plaintiff:** Scott Simeon

**Attorney for Defendant:** Zenia Gilg and specially appeared for J. David Nick

**Deputy Clerk:** Adriana M. Kratzmann     **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A     **Probation Officer:** N/A

### PROCEEDINGS – MOTION HEARING

Defendants' present and out of custody. Hearing held.
The Court DENIED Defendant's Goyko Gustav Kuburovich's Motion for Bill of Particulars (Dkt. 43) which Defendant Kristel Kuburovich filed a Joinder to the Motion (Dkt. 46).
The Court heard oral argument as to the Motion to Dismiss (Dkt. 68).
The Court DENIED the Motion to Dismiss. Court to issue order as to both motions.
Pretrial conference is set for 3/12/2018 at 3:00 pm which was set via previous stipulation/order Dkt. 64 filed 1/19/2018.
Previous time exclusion order remains through 3/20/2018 (trial date) as to EACH Defendant.

**The NEXT HEARING DATE: March 12, 2018 3:00 P.M. for Pretrial Conference.**
**Jury Selection/Jury Trial set for March 20, 2018 at 9:00 A.M. (Trial Estimate is 2 weeks)**

---

**EXCLUDABLE DELAY:**
Category - Effective preparation of counsel.
Ends - 3/20/2018

---

Adriana M. Kratzmann
**Courtroom Deputy**
**Original: Efiled**
**CC:**