```
1  J. DAVID NICK, SBN 157687
   Law Office of J. David Nick
2  345 Franklin Street
   San Francisco, ca 94102
3  Telephone: (415) 552-4444
   Facsimile: (415) 358-5897
4  Email: jdavidnick@lawyer.com

5  Attorney for Defendant
   GOYKO GUSTAV KUBUROVICH
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 16-00373-EJD |
|---|---|
| Plaintiff, | DEFENDANT GOYKO KUBUROVICH'S JOINDER IN CODEFENDANT'S MOTION TO DISMISS FOR VIOLATION OF THE SPEEDY TRIAL ACT; AND DECLARATION OF COUNSEL IN SUPPORT THEREOF |
| v. | |
| GOYKO GUSTAV KUBUROVICH and KRISTEL KUBUROVICH, | |
| Defendants. | |

COMES NOW defendant GOYKO GUSTAV KUBUROVICH and hereby joins in co-defendant Kristel Kuburovich's Motion to Dismiss for Violation of the Speedy Trial Act (Doc. # 83). In support of this Motion and Joinder, I, J. DAVID NICK, declare:

I am an attorney licensed to practice law in the state California and before this Court and am the attorney of record for Goyko Kuburovich in this matter.

The information contained in the Codefendant Kristel Kuburovich's Motion to Dismiss for Violation of Speedy Trial Act and Memorandum of Points and Authorities in support of thereof are true and correct, except those matters stated on information and belief, and to those matters I believe them to be true.

This declaration executed on the 13th day of August 2018, in Palm Springs, California.

*/s/ J. David Nick*
J. DAVID NICK
Attorney for Defendant
GOYKO GUSTAV KUBUROVICH

<u>Certificate of Service</u>

I hereby certify that on August 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all attorneys of record, including:

> AUSA Scott Simeon
> AUSA Jeffrey Schenk
> U.S. Attorney's Office
> NDCA, San Jose Branch
> 150 Almaden Blvd., Suite 900
> San Jose, CA 95113
> Telephone: 408-535-5061
> Facsimile: 408-535-5066
> gary.fry@usdoj.gov
> jeffrey.b.schenk@usdoj.gov
>
> Zenia K. Gilg
> Sausalito Plaza
> 1505 Bridgeway, Suite 103
> Sausalito, CA 94965
> Telephone:  415.324.7071
> Facsimile:  415.324.7078
> Email: zenia@jacksonsquarelaw.com

*/s/ J. David Nick*
J. DAVID NICK