UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GOYKO GUSTAV KUBUROVICH, et al.,<br><br>Defendants. | Case No. 5:16-cr-00373-EJD<br><br>**ORDER DENYING DEFENDANT'S MOTION TO COMPEL A BILL OF PARTICULARS; DENYING DEFENDANT'S MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 43, 68 |

As stated on the record at the hearing on these matters (Dkt. No. 77), Defendant's Motion to Compel a Bill of Particulars (Dkt. No. 43) and Defendant's Motion to Dismiss for Vindictive Prosecution (Dkt. No. 68) are each DENIED.

**IT IS SO ORDERED.**

Dated: August 24, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cr-00373-EJD
ORDER DENYING DEFENDANT'S MOTION TO COMPEL A BILL OF PARTICULARS;
DENYING DEFENDANT'S MOTION TO DISMISS