UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 16-CR-00373 EJD |
| Plaintiff, | ) |
| v. | ) VERDICT FORM |
| GOYKO GUSTAV KUBUROVICH and KRISTEL KUBUROVICH, | ) |
| Defendants. | ) |

## COUNT ONE

We, the Jury, unanimously find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| GOYKO GUSTAV KUBUROVICH | X | |
| KRISTEL KUBUROVICH | | X |

(place an X on the appropriate line) of Bankruptcy Fraud, on or about May 25, 2010, in violation of Title 18, United States Code, Sections 157(1) and 2, as charged in Count One of the Indictment.

Case No. 16-CR-00373 EJD
VERDICT FORM

1

## COUNT TWO

We, the Jury, unanimously find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| GOYKO GUSTAV KUBUROVICH | X | |
| KRISTEL KUBUROVICH | X | |

(place an X on the appropriate line) of Concealment of Assets in Bankruptcy Proceeding, on or about May 25, 2010, in violation of Title 18, United States Code, Sections 152(1) and 2, as charged in Count Two of the Indictment.

## COUNT THREE

We, the Jury, unanimously find the defendant,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| GOYKO GUSTAV KUBUROVICH | X | |

(place an X on the appropriate line) of False Statement in Bankruptcy Proceeding, on or about May 25, 2010, in violation of Title 18, United States Code, Section 152(3), as charged in Count Three of the Indictment.

DATED: 9/26/18

_[signature]_
FOREPERSON

Case No. 16-CR-00373 EJD
VERDICT FORM

2