UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 1 - 5th Floor

TITLE:  USA v GOYKO GUSTAV KUBUROVICH and KRISTEL KUBUROVICH
CASE NUMBER:  5:16-cr-00373-EJD

## Minute Order and Trial Log

Date:  9/26/2018
Time in Court: 1:45-1:53pm,2:24-2:26pm
**Total time:  10 Mins.**
Courtroom Deputy Clerk: Adriana Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Scott Simeon and Jeffrey Schenk(AUSAs) <u>Also present</u>: Kaitlin Ehnot(Special Agent – FBI)
Defendant Attorney(s) present: J. David Nick, Zenia Gilg <u>Also present</u>:Goyko Gustav Kuburovich, Kristel Kuburovich

**PROCEEDINGS:  Jury Trial (Day 6)**

**Further Jury Trial held.  Jury deliberations held.**
**Jury rendered unanimous verdict.**
**The Court set Motion/Status Hearing for 10/9/2018 at 1:30 pm.**


Please see trial log attached.
///
**The following exhibits are marked for identification:**
Plaintiffs: None
Defendants:  None

**The following exhibits are admitted into evidence:**
Plaintiffs:  None
Defendants:  None

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name:   USA v Goyko Gustav Kuburovich and Kristel Kuburovich
Case No:  5:16-cr-00373-EJD

## TRIAL LOG

**TRIAL DATE: 9/26/2018**          **REPORTER(S):**          **CLERK**:
                                    Adriana Kratzmann         Patricia Cromwell

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 1:45 pm | Court in session with Counsel and Jury |
| | | 1:50 pm | Verdict read by the Court |
| | | 1:52 pm | Jury polled per request of the Court – Unanimous verdict rendered |
| | | 1:53 pm | Jury excused |
| | | 2:24 pm | Court in session with Counsel |
| | | 2:24 pm | Government has deadline of noon on 9/28/2018 for opposition to Defense Motion Rule 29.  The Court set a hearing of 10/9/2018 at 1:30 pm for further proceedings. |
| | | 2:26 pm | Court adjourned – trial concluded. |
| | | | |
| | | | |