UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** October 9, 2018 | **Time:** 1:36-3:00 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 24Mins. | |
| **Case No.:** 16-cr-00373-EJD-1, 2 | **Case Name:** UNITED STATES v. Goyko Gustav Kuburovich(P)(NC), Kristel Kuburovich(P)(NC) | |

**Attorney for Plaintiff:** Scott Simeon, Jeffrey Schenk

**Attorney for Defendant:** Zenia Gilg, J. David Nick

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – MOTIONS HEARING/STATUS CONFERENCE

Defendants' present and out of custody. Hearing held.
The Court heard oral arguments as to Defendant's Rule 29 Motion and Rule 33 Motion.
The Court GRANTED the Rule 29 Motion for Judgment of Acquittal (Dkt. 120) as to Defendant Kristel Kuburovich.
The Court DENIED the Rule 29 Motion for Judgment of Acquittal (Dkt.120) as to Defendant Goyko Gustav Kuburovich and DENIED the Oral Rule 33 Motions for New Trial as to both Defendants Goyko Gustav Kuburovich and Kristel Kuburovich.
Court to issue the order as to the motions.
The Court set a sentencing hearing of 12/17/2018 as to Defendant Goyko Gustav Kuburovich. The Court referred Defendant Goyko Gustav Kuburovich to the Probation Office for preparation of a presentence report.

**The NEXT HEARING DATE: October 9, 2018 at 1:30 P.M. for Sentencing of Defendant Goyko Gustav Kuburovich.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original:** Efiled
**CC:**