1           UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
2                 SAN JOSE DIVISION

3
     UNITED STATES OF AMERICA,
4
            PLAINTIFF,              CASE NO.  CR-16-00373-EJD
5
       VS.                         SAN JOSE, CALIFORNIA
6
     GOYKO KUBUROVICH AND KRISTEL   SEPTEMBER 18, 2018
7    KUBUROVICH,
                                   VOLUME 1
8           DEFENDANTS.
                                   PAGES 1 - 219
9

10           TRIAL TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE EDWARD J. DAVILA
11            UNITED STATES DISTRICT JUDGE

12                A-P-P-E-A-R-A-N-C-E-S

13
     FOR THE PLAINTIFF:   OFFICE OF THE UNITED STATES ATTORNEY
14                        BY:   SCOTT SIMEON
                              JEFF SCHENK
15                        150 ALMADEN BOULEVARD, SUITE 900
                          SAN JOSE, CALIFORNIA 95113
16

17   FOR DEFENDANT        LAW OFFICE OF J. DAVID NICK
     GOYKO:               BY:   J. DAVID NICK
18                        345 FRANKLIN STREET
                          SAN FRANCISCO, CALIFORNIA 94102
19
     FOR DEFENDANT        LAW OFFICE OF ZENIA K. GILG
20   KRISTEL:            BY:   ZENIA K. GILG
                         SAUSALITO PLAZA
21                       1505 BRIDGEWAY, SUITE 103
                         SAUSALITO, CALIFORNIA 94965
22
     OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                              CERTIFICATE NUMBER 8074

24
        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
25   TRANSCRIPT PRODUCED WITH COMPUTER.

|     |     |
| --- | --- |
|     | 1 |
|     | 2 |
| 09:12AM | 3 |
| 09:12AM | 4 |
| 09:12AM | 5 |
| 09:12AM | 6 |
| 09:12AM | 7 |
| 09:12AM | 8 |
| 09:12AM | 9 |
| 09:12AM | 10 |
| 09:12AM | 11 |
| 09:12AM | 12 |
| 09:12AM | 13 |
| 09:12AM | 14 |
| 09:12AM | 15 |
| 09:12AM | 16 |
| 09:12AM | 17 |
| 09:12AM | 18 |
| 09:12AM | 19 |
| 09:12AM | 20 |
| 09:12AM | 21 |
| 09:12AM | 22 |
| 09:13AM | 23 |
| 09:13AM | 24 |
| 09:13AM | 25 |

SAN JOSE, CALIFORNIA                    SEPTEMBER 18, 2018

P R O C E E D I N G S

(JURY OUT AT 9:12 A.M.)

THE COURT:  ALL RIGHT.  LET'S GO ON THE RECORD IN

OUR TRIAL.  THIS IS UNITED STATES VERSUS GOYKO KUBUROVICH AND

KRISTEL KUBUROVICH.

LET ME HAVE THE APPEARANCES OF THE PARTIES, PLEASE.

MR. SIMEON:  GOOD MORNING, YOUR HONOR.  SCOTT SIMEON

FOR THE UNITED STATES.

MR. SCHENK:  AND JEFF SCHENK.  GOOD MORNING, YOUR

HONOR.

THE COURT:  THANK YOU.  GOOD MORNING.

MR. NICK:  GOOD MORNING, YOUR HONOR.  DAVID J. NICK

FOR MR. KUBUROVICH WHO IS PRESENT.

THE COURT:  THANK YOU.  GOOD MORNING.

MS. GILG:  AND GOOD MORNING, YOUR HONOR.  ZENIA GILG

ON BEHALF OF KRISTEL KUBUROVICH WHO IS PRESENT.  GOOD MORNING.

THE COURT:  THANK YOU.  GOOD MORNING.  WE'RE OUTSIDE

OF THE PRESENCE OF OUR PROSPECTIVE PANEL.  THEY'RE DOWNSTAIRS

COMPLETING THEIR PAPERWORK, AND I JUST WANTED TO TOUCH BASE.  I

KNOW WE LEFT SOME MATTERS THAT I THINK YOU WERE GOING TO MEET

AND CONFER ABOUT.

LET ME JUST START WITH WHAT ABOUT THE NEUTRAL STATEMENT.

I THINK I RECEIVED SOME INFORMATION INDICATING THAT THERE HAD

NOT BEEN AGREEMENT ON THAT, AND WHY DON'T YOU UPDATE ME ON

09:13AM 1      THAT.

09:13AM 2          WHO WOULD LIKE TO UPDATE ME?

09:13AM 3              MR. NICK:  I'LL UPDATE YOU ON THAT, YOUR HONOR.  WE

09:13AM 4      PREFER THE INDICTMENT TO BE READ.  THE GOVERNMENT HAS THEIR OWN

09:13AM 5      STATEMENT.  WE PREFER THE INDICTMENT.  I GUESS THAT'S THE

09:13AM 6      IMPASSE.

09:13AM 7              THE COURT:  OKAY.  MR. SCHENK.

09:13AM 8              MR. SCHENK:  THAT'S ACCURATE ALTHOUGH IT WAS OUR

09:13AM 9      UNDERSTANDING THAT THE COURT WAS EXPECTING THE PARTIES TO

09:13AM 10     DISCUSS A JOINT NEUTRAL STATEMENT, AND IF WE COULD NOT REACH AN

09:13AM 11     AGREEMENT, THE COURT WOULD SETTLE ON ONE.  THAT'S NOT WHAT

09:13AM 12     HAPPENED HERE.

09:13AM 13         WHAT HAPPENED HERE IS BEFORE WE SENT A JOINT NEUTRAL

09:13AM 14     STATEMENT THE DEFENSE TOLD US WE WANT THE COURT TO READ THE

09:13AM 15     INDICTMENT, AND WE SAID HOW ABOUT WE SEND YOU A DRAFT AND YOU

09:13AM 16     TELL US WHAT YOU DON'T LIKE ABOUT THE DRAFT.  AND WE SENT A

09:14AM 17     DRAFT, AND THEY SAID WE WANT THE COURT TO READ THE INDICTMENT.

09:14AM 18         THERE WAS NO ENGAGEMENT WITH A JOINT NEUTRAL STATEMENT.

09:14AM 19     WE PUT THE WORD "ALLEGEDLY" IN OUR JOINT NEUTRAL STATEMENT AS

09:14AM 20     MANY TIMES AS WE COULD FIT IT, AND WE WOULD STILL URGE THE

09:14AM 21     COURT TO READ OUR JOINT NEUTRAL STATEMENT.  I THINK IT CAPTURES

09:14AM 22     THE POINT THE COURT WANTS TO, AND, THAT IS, TO GIVE THE JURY A

09:14AM 23     LITTLE BIT OF BACKGROUND ON WHY THEY'RE HERE.

09:14AM 24         AND THE AMOUNT OF TIME TO READ A -- I DON'T REMEMBER

09:14AM 25     EXACTLY HOW MANY BUT IT'S AN 8 TO 10 PAGE INDICTMENT OR SO THAT

09:14AM 1    IT WOULD TAKE TO ACCOMPLISH THIS TASK IS JUST DISPROPORTIONATE

09:14AM 2    TO THE JOINT NEUTRAL STATEMENTS TWO PARAGRAPHS -- I'M SORRY,

09:14AM 3    THE NEUTRAL STATEMENT THAT THE GOVERNMENT PROPOSED, TWO

09:14AM 4    PARAGRAPHS.

09:14AM 5         THE COURT:  ALL RIGHT.  THANK YOU.  DID YOU MEET AND

09:14AM 6    CONFER ABOUT THE STATEMENT?  DID YOU SEE THE STATEMENT THAT THE

09:14AM 7    GOVERNMENT HAD PREPARED?

09:14AM 8         MS. GILG:  I DID SEE THE STATEMENT, YOUR HONOR.

09:14AM 9    IT'S, IT'S OUR -- IT'S OUR PREFERENCE, AND IT WAS OUR

09:14AM 10   PREFERENCE BEFORE THE STATEMENT WAS PREPARED, AND THAT'S WHY I

09:14AM 11   NOTIFIED THEM EARLY ON SO THAT THEY WOULDN'T WASTE TIME

09:14AM 12   PREPARING THE STATEMENT THAT WE WOULD LIKE THE INDICTMENT TO BE

09:14AM 13   READ AS OPPOSED TO AN AGREED-UPON STATEMENT.

09:15AM 14   YOUR HONOR, JUST -- THE REASON IS, IS BECAUSE, YOU KNOW,

09:15AM 15   WORDS THAT COME FROM THE JUDGE CARRY A LOT OF WEIGHT TO JURIES,

09:15AM 16   AND IF THE JUDGE INFORMS THE JURY THAT I AM READING A

09:15AM 17   STATEMENT, I DON'T KNOW HOW THE COURT WOULD PREFACE IT, JOINT

09:15AM 18   AND NEUTRAL STATEMENT OR HOWEVER THE COURT PREFACES IT, IT

09:15AM 19   STILL IS A STATEMENT WHICH IS NOT SOMETHING THAT CAME FROM THE

09:15AM 20   GOVERNMENT.  IT'S OSTENSIBLY COMING FROM THE COURT.

09:15AM 21   THE INDICTMENT, HOWEVER, IS SOMETHING THAT IS CLEARLY FROM

09:15AM 22   THE GOVERNMENT.  IT'S NOT SOMETHING THAT WE PARTICIPATED IN OR

09:15AM 23   THAT WE ACQUIESCED IN.  SO THE WORDS COMING FROM THE COURT TO

09:15AM 24   THE JURY OF READING THE INDICTMENT IS OF A NATURE OF I'M

09:15AM 25   LETTING YOU KNOW WHAT THE GOVERNMENT INTENDS TO PROVE, AND SO

09:15AM 1      IT DOESN'T HAVE US BE A PARTY TO A STATEMENT, AND IT DOESN'T

09:15AM 2      MATTER HOW NEUTRAL IT IS.  I MEAN, I WOULD LIKE IT TO SAY THAT

09:16AM 3      THIS IS A CASE ABOUT A FATHER AND DAUGHTER WHO ARE VERY CLOSE

09:16AM 4      IN THE FAMILY WHO THE FATHER GAVE --

09:16AM 5           THE COURT:  PARDON ME FOR INTERRUPTING, BUT THIS IS

09:16AM 6      NOT AN OPENING STATEMENT.  IT IS A STATEMENT.

09:16AM 7      I DO THIS WITH OUR CIVIL CASES AND OUR CRIMINAL CASES.

09:16AM 8      WHEN I READ THE STATEMENT, I DON'T GIVE IT ATTRIBUTION TO

09:16AM 9      EITHER SIDE.

09:16AM 10     IT'S A STATEMENT THE WAY I INDICATE IT AND INTRODUCE IT AS

09:16AM 11     I'D LIKE TO NOW READ YOU A STATEMENT THAT INFORMS YOU WHAT THIS

09:16AM 12     CASE IS ABOUT.  IT GIVES YOU SOME BACKGROUND.  THAT'S WHAT IT

09:16AM 13     IS.  THAT'S ALL IT IS.

09:16AM 14     YES, SIR.

09:16AM 15          MR. NICK:  YOUR HONOR, I JUST WANTED TO PUT ON THE

09:16AM 16     RECORD THE WAY I WENT ABOUT THIS.  I DID RECEIVE THE

09:16AM 17     GOVERNMENT'S PROPOSED STATEMENT.  I DID REVIEW IT.  I DID NOT

09:16AM 18     FIND IT NEUTRAL IN MY HUMBLE OPINION, AND I IMMEDIATELY

09:16AM 19     RESPONDED BY SAYING I PREFER THE INDICTMENT TO BE READ.

09:16AM 20     I THINK WHAT THE GOVERNMENT WANTS ME TO ENGAGE IN IS SOME

09:17AM 21     KIND OF A NEGOTIATION WITH RESPECT TO THE STATEMENT THAT THEY

09:17AM 22     WANT.  I'M NOT WILLING TO DO THAT.

09:17AM 23          THE COURT:  WELL, I THINK WE --

09:17AM 24          MS. GILG:  SO I WOULD SUBMIT IT TO THE COURT.

09:17AM 25          THE COURT:  WE'VE SPENT ENOUGH TIME ON THIS.  I'LL

09:17AM  1    READ THE INDICTMENT AND THE CHARGES IS WHAT I'LL READ.  I'M NOT

09:17AM  2    GOING TO READ THE ENTIRE INDICTMENT THAT HAS THE PREFATORY

09:17AM  3    LANGUAGE ABOUT THE INVESTIGATION, AND I'LL READ THE CHARGES AND

09:17AM  4    IT WILL BE COUNT ONE, COUNT TWO, AND COUNT THREE.  ALL RIGHT.

09:17AM  5         ARE THERE ANY OTHER ISSUES OUTSTANDING?

09:17AM  6              MS. GILG:  WE ARE PRETTY CLOSE ON OUR STIPULATIONS.

09:17AM  7    WE HAVE A FEW THINGS THAT WE'RE WORKING OUT THIS MORNING.  I

09:17AM  8    THINK AT A BREAK WE MIGHT BE ABLE TO GET THOSE NAILED DOWN.

09:17AM  9              MR. NICK:  WHICH WOULD HAVE WORKED THE BRUTON ISSUE,

09:17AM  10   YOUR HONOR.

09:17AM  11             THE COURT:  ALL RIGHT.  I'M JUST CURIOUS, AND I'M

09:17AM  12   PAUSING BECAUSE I HOPE WE CAN WORK OUT WHATEVER STIPULATIONS

09:18AM  13   YOU HAVE PRIOR TO YOUR OPENING STATEMENTS.

09:18AM  14             MS. GILG:  YES.

09:18AM  15             MR. NICK:  WE ARE.  WE ARE WORKING OUT THE

09:18AM  16   SPECIFICS, YOUR HONOR.  WE'RE GOING TO DO IT.

09:18AM  17             THE COURT:  ALL RIGHT.  I ALSO HAVE -- I'M LOOKING

09:18AM  18   OVER AND I'M GOING TO READ THE WITNESS LIST THAT I HAVE,

09:18AM  19   DOCUMENTS 110 AND 112, THE GOVERNMENT AND THE DEFENSE WITNESS

09:18AM  20   LIST.

09:18AM  21        THERE'S ANOTHER WITNESS, KAITLIN EHNOT.

09:18AM  22             MR. SIMEON:  THAT'S CORRECT, YOUR HONOR.  SHE'S THE

09:18AM  23   CASE AGENT.  SHE WILL BE PRESENT WITH US DURING THE TRIAL.

09:18AM  24             THE COURT:  OKAY.  I HADN'T HAD HER NAME PREVIOUSLY.

09:18AM  25             MR. SIMEON:  THAT'S CORRECT, YOUR HONOR.  I

09:18AM  1    APOLOGIZE.  SHE'S NOT ACTUALLY ON THE WITNESS LIST.  SHE'S NOT

09:18AM  2    GOING TO TESTIFY, BUT SHE WILL BE HERE AT COUNSEL TABLE WITH

09:18AM  3    US.

09:18AM  4            THE COURT:  OKAY.

09:18AM  5            MR. SIMEON:  THERE'S ONE OTHER NAME.  WE HAD A

09:18AM  6    CUSTODIAN OF RECORDS LISTED FOR THE CBP.

09:18AM  7            THE COURT:  YES.

09:18AM  8            MR. SIMEON:  THAT INDIVIDUAL, IF IT IS NECESSARY FOR

09:18AM  9    HER TO TESTIFY, IS CELIA LOPEZ.  THAT IS C-E-L-I-A.  L-O-P-E-Z.

09:19AM 10            THE COURT:  ALL RIGHT.  THANK YOU.  ANY OTHER

09:19AM 11    ADDITIONS, AMENDMENTS TO THE DEFENSE WITNESS LIST?

09:19AM 12            MS. GILG:  NOT TO THE LIST, BUT MY ASSOCIATE,

09:19AM 13    ALEXANDER RAHN, MAY BE PRESENT WITH US AT SOME POINT DURING THE

09:19AM 14    TRIAL.  SO I DON'T KNOW IF YOU WOULD LIKE HER NAME.

09:19AM 15            THE COURT:  WHAT I DO IS WHEN OUR PANEL COMES IN I

09:19AM 16    INTRODUCE EACH SIDE, AND I'LL ASK YOU TO INTRODUCE YOUR TEAMS

09:19AM 17    IF YOU WISH, WHICH INCLUDES YOUR PARALEGALS, IF YOU HAVE THEM

09:19AM 18    HERE.  AND SHOULD YOUR ASSISTANT COME IN AND YOU WISH TO HAVE

09:19AM 19    HER INTRODUCED, I'LL BE HAPPY TO DO THAT WHEN HE OR SHE COMES

09:19AM 20    IN.

09:19AM 21            MS. GILG:  SHE'S NOT COMING IN TODAY.  I JUST

09:19AM 22    THOUGHT IF YOUR PLAN WAS TO ASK THE JURORS IF THEY KNOW ANY OF

09:19AM 23    THE PEOPLE AND IF YOU -- I DON'T KNOW.  I JUST -- IN AN

09:19AM 24    ABUNDANCE OF CAUTION.

09:19AM 25            THE COURT:  WELL, I'LL INTRODUCE HER WHEN AND IF SHE

09:19AM 1    COMES.  YOU CAN INTRODUCE HER, AND YOU CAN INDICATE A MEMBER OF

09:19AM 2    YOUR TEAM THAT IS NOW JOINING YOU, AND IF ANYBODY KNOWS HER

09:19AM 3    PERHAPS SPEAK UP.

09:19AM 4         ALL RIGHT.

09:19AM 5              MR. SIMEON:  YOUR HONOR, I'M SORRY.  THERE'S ONE

09:20AM 6    OTHER ISSUE THAT CAME UP, AND THIS HAS TO DO WITH REDACTIONS.

09:20AM 7    AT THE FIRST PRETRIAL CONFERENCE YOUR HONOR MENTIONED THAT

09:20AM 8    FINANCIAL RECORDS WOULD HAVE TO BE REDACTED IF THEY BECOME

09:20AM 9    EXHIBITS.

09:20AM 10        THE GOVERNMENT'S INTENT WAS TO ONLY ADMIT THE SUMMARIES OF

09:20AM 11   THE FINANCIAL RECORDS INTO EVIDENCE AND THEN CERTAIN PAGES FROM

09:20AM 12   THOSE FINANCIAL RECORDS AND THOSE CERTAIN PAGES OBVIOUSLY IF

09:20AM 13   THEY HAD PII WOULD BE REDACTED.

09:20AM 14        MY UNDERSTANDING AFTER YESTERDAY'S CONFERENCE IS THAT

09:20AM 15   DEFENSE COUNSEL WANTS ALL OF THE BANK RECORDS, THE UNDERLYING

09:20AM 16   VOLUMINOUS RECORDS ADMITTED INTO EVIDENCE AS WELL AS THE

09:20AM 17   SUMMARIES.

09:20AM 18        BECAUSE WE WERE NOT PLANNING ON INTRODUCING THOSE INTO

09:20AM 19   EVIDENCE, WE HAVEN'T REDACTED THOSE THOUSANDS OF PAGES YET.

09:20AM 20   I'M NOT REALLY SURE.  I'LL HAVE TO DEFER TO OUR PARALEGAL TO

09:20AM 21   SEE HOW LONG THAT WOULD TAKE, AND WE'RE NOT PLANNING ON

09:20AM 22   ADMITTING THOSE PROBABLY UNTIL FRIDAY BUT IT IS, IT IS QUITE A

09:20AM 23   HERCULEAN TASK TO REDACT ALL OF THOSE.  I JUST WANTED THE COURT

09:21AM 24   TO KNOW, BECAUSE IT WASN'T OUR INTENT TO ADMIT THOSE EXHIBITS,

09:21AM 25   WE HAVEN'T BEGUN THE TASK OF REDACTING THEM.

| | | |
|---|---|---|
| 09:21AM | 1 | THE COURT:  THANK YOU FOR THAT. |
| 09:21AM | 2 | MR. SIMEON:  AND I WAS GOING TO SAY ONE ALTERNATIVE |
| 09:21AM | 3 | PERHAPS IS TO KEEP THE EXHIBITS UNDER SEAL.  I GUESS IT DOESN'T |
| 09:21AM | 4 | AFFECT THE FACT THAT THEY'RE GOING BACK BEFORE THE EYES OF THE |
| 09:21AM | 5 | JURY, BUT THAT'S ONE OPTION. |
| 09:21AM | 6 | THE COURT:  MS. GILG. |
| 09:21AM | 7 | MS. GILG:  YOUR HONOR, I THINK IF, IF -- AND AGAIN, |
| 09:21AM | 8 | I'M NOT CERTAIN THAT WE'LL ASK FOR ALL OF THEM TO GO BACK.  IT |
| 09:21AM | 9 | REALLY DEPENDS ON THE QUESTIONING OF THE WITNESS AND WITH |
| 09:21AM | 10 | REGARD TO MY CONTINUING REVIEW OF THE SUMMARIES, BUT I THINK WE |
| 09:21AM | 11 | WOULD BE OKAY WITH THINGS LIKE ACCOUNT NUMBERS GOING BACK.  I |
| 09:21AM | 12 | THINK THE ONLY THING WE WOULD ASK TO BE REDACTED WOULD BE |
| 09:21AM | 13 | SOCIAL SECURITY NUMBERS. |
| 09:21AM | 14 | I MEAN, WOULD THAT BE -- |
| 09:21AM | 15 | THE COURT:  WELL, A REDACTION IS STILL A REDACTION. |
| 09:21AM | 16 | I UNDERSTAND THE GOVERNMENT'S POSITION IS THAT IT SOUNDS LIKE |
| 09:22AM | 17 | THERE'S A NUMBER OF PAGES. |
| 09:22AM | 18 | MS. GILG:  I DON'T THINK SOCIAL SECURITY NUMBERS ARE |
| 09:22AM | 19 | ON THAT MANY, BUT I'M NOT CERTAIN.  THEY'RE CERTAINLY NOT ON |
| 09:22AM | 20 | YOUR BANK RECORDS, YOUR SOCIAL SECURITY NUMBER ON YOUR BANK |
| 09:22AM | 21 | RECORDS. |
| 09:22AM | 22 | THE COURT:  WELL, THE REDACTIONS, WOULD THAT INCLUDE |
| 09:22AM | 23 | THE PORTIONS OF THE ACCOUNT NUMBERS?  WOULD IT INCLUDE HOME |
| 09:22AM | 24 | ADDRESSES?  WOULD IT INCLUDE THOSE TYPES OF INFORMATIONS?  I |
| 09:22AM | 25 | THINK THAT'S WHAT TYPE OF PII IS THE LIMITATION GOING TO -- |

09:22AM  1          MS. GILG:  WELL, AND THAT'S WHY I'M SAYING THAT I

09:22AM  2   THINK WE WOULD BE COMFORTABLE WITH ONLY THE SOCIAL SECURITY

09:22AM  3   NUMBERS BEING REDACTED AND THE ACCOUNT NUMBER BECAUSE NONE OF

09:22AM  4   THOSE ACCOUNTS EXIST ANYMORE, OR THE ADDRESSES FOR THAT MATTER.

09:22AM  5          MR. SCHENK:  IF I MAY SUGGEST THAT WE MAKE TWO

09:22AM  6   DIFFERENT SETS.  IF THE COURT WANTS AND THE DEFENSE WANTS

09:22AM  7   SPECIFIC REDACTIONS FOR THE JURY DELIBERATION ROOM, IF IT'S A

09:22AM  8   SMALLER UNIVERSE, THAT'S SOMETHING THAT HOPEFULLY TOGETHER WE

09:22AM  9   CAN ACCOMPLISH.

09:22AM 10      ANY DOCUMENT, THOUGH, OR EXHIBIT THAT HAS BEEN ADMITTED

09:23AM 11   INTO EVIDENCE IS AVAILABLE FOR THE PUBLIC THROUGH THE CLERK'S

09:23AM 12   OFFICE TO REQUEST EXHIBIT 48.

09:23AM 13      WHAT WE WOULD ASK IS ANY EXHIBIT THAT FALLS INTO THAT

09:23AM 14   CATEGORY THAT WAS BANK RECORDS ADMITTED, THAT AT THE END OF THE

09:23AM 15   TRIAL WE CAN JOINTLY PREPARE A SEALING ORDER JUST FOR THOSE

09:23AM 16   EXHIBITS SO WE DON'T HAVE TO TAKE A SECOND RUN AT MORE

09:23AM 17   AGGRESSIVE REDACTIONS, AND THE LIMITED BANK RECORDS ADMITTED

09:23AM 18   INTO EVIDENCE ARE STILL IN EVIDENCE, BUT THEY'RE IN A SEALED

09:23AM 19   VERSION, AND WE ONLY SEAL THE EXHIBITS AS NECESSARY.

09:23AM 20          THE COURT:  AND I THINK THAT MAKES MOST SENSE AND

09:23AM 21   IT -- AS YOU SAY, MS. GILG, WE'LL SEE WHAT DEVELOPS WITH

09:23AM 22   WHATEVER RECORDS COME UP.

09:23AM 23      I CAN CERTAINLY UNDERSTAND HAVING TO REDACT THE ENTIRETY

09:23AM 24   OF THESE DOCUMENTS.  THAT WOULD TAKE A LONGER TIME THAN THE

09:23AM 25   LENGTH OF THIS TRIAL.  SO I DON'T THINK WE'LL ENGAGE IN THAT.

```
09:24AM   1                 (PAUSE IN PROCEEDINGS.)
09:24AM   2                 THE COURT:  LET ME ASK DEFENSE COUNSEL, SHOULD WE
09:24AM   3       HAVE -- IF WE HAVE SIDE-BAR BENCH CONFERENCES, I'D LIKE TO KNOW
09:24AM   4       WHETHER OR NOT YOU AGREE THAT YOUR CLIENTS WOULD NOT BE
09:24AM   5       REQUIRED TO PARTICIPATE IN A BENCH CONFERENCE BUT RATHER THEY
09:24AM   6       CAN REMAIN SEATED AT COUNSEL TABLE?
09:24AM   7             IN OTHER WORDS, WOULD YOU AGREE TO WAIVE THEIR APPEARANCE
09:24AM   8       AT ANY BENCH CONFERENCE?
09:24AM   9                 MR. NICK:  YES, YOUR HONOR, ON BEHALF OF GOYKO.
09:24AM   10                MS. GILG:  YES, YOUR HONOR.
09:24AM   11                THE COURT:  OKAY.  THANK YOU.  ANYTHING ELSE BEFORE
09:24AM   12      WE GO FURTHER?
09:24AM   13                MR. SCHENK:  NO.
09:24AM   14                THE COURT:  ALL RIGHT.  I JUST WANT TO INDICATE
09:24AM   15      THAT -- AND THIS IS BASED ON MY OBSERVATIONS THIS MORNING.
09:25AM   16      THERE ARE VIDEO RECORDING OR TAPE RECORDING VIA A CELL PHONE OR
09:25AM   17      ANY OTHER METHOD IS NOT PERMITTED IN THIS COURTROOM, AND I'M
09:25AM   18      NOT -- I JUST OBSERVED SOMEBODY WHO IS IN THE AUDIENCE HOLDING
09:25AM   19      WHAT LOOKS LIKE A MOBILE PHONE UP.  I PRESUME THEY WERE READING
09:25AM   20      E-MAILS OR DOING SOMETHING ELSE THAT DREW THEIR ATTENTION FROM
09:25AM   21      THE PROCEEDINGS HERE, BUT I JUST WANTED TO INDICATE THAT OUT OF
09:25AM   22      AN ABUNDANCE OF CAUTION SO PEOPLE KNOW THAT THAT'S NOT
09:25AM   23      PERMITTED.
09:25AM   24            ALL RIGHT.  THANK YOU.  ANYTHING FURTHER?
09:25AM   25            OH, WE WERE GOING TO HAVE TWO ALTERNATES, I THINK?  I
```

```
09:25AM    1      THINK WE --

09:25AM    2             MR. SCHENK:  YES.

09:25AM    3             THE COURT:  ONCE WE SELECT THE JURY, ONCE THERE IS

09:25AM    4      AGREEMENT ON THE JURY WE'LL LOOK AND SEE WHICH POTENTIAL JUROR

09:25AM    5      NUMBERS ARE LEFT REMAINING AND THE DEFAULTS WOULD BE THOSE LAST

09:25AM    6      TWO, WHOEVER THEY WOULD BE JUST FOR YOUR PURPOSES.

09:25AM    7          WE'LL HAVE A SIDE-BAR CONFERENCE AND DETERMINE YOUR

09:26AM    8      POSITION ON AT LEAST THE LAST TWO FOR THE ALTERNATES, WHETHER

09:26AM    9      OR NOT YOU WANT TO ENGAGE YOUR PEREMPTORY CHALLENGE AS TO

09:26AM   10      THOSE, WHETHER WE HAVE ACCEPTANCE AS TO THOSE OR HOWEVER YOU

09:26AM   11      WOULD LIKE TO PROCEED.

09:26AM   12          SO WE'LL DO THAT AT SIDE-BAR.  OKAY.  ALL RIGHT.  WE'LL BE

09:26AM   13      IN RECESS.  WE'LL GET THAT INFORMATION FROM THE JURORS UP IN

09:26AM   14      JUST A MOMENT.  THANK YOU.

09:26AM   15          (RECESS FROM 9:26 A.M. 9:48 A.M.)

09:48AM   16          (JURY IN AT 9:48 A.M.)

09:48AM   17             THE COURT:  COUNSEL, IF YOU COULD BE SEATED.  I'LL

09:49AM   18      ASK EVERYONE ELSE IN THE AUDIENCE TO REMAIN STANDING AND RAISE

09:49AM   19      YOUR RIGHT HAND, PLEASE.  OUR COURTROOM DEPUTY HAS A QUESTION

09:49AM   20      FOR YOU.

09:49AM   21          (PROSPECTIVE JURORS WERE GIVEN THE OATH.)

09:49AM   22             PROSPECTIVE JURORS:  YES.

09:49AM   23             THE COURT:  THANK YOU.  THANK YOU VERY MUCH.  PLEASE

09:49AM   24      BE SEATED, LADIES AND GENTLEMEN.

09:49AM   25          I WANT TO THANK YOU FOR BEING HERE.  WHAT I'D LIKE YOU TO
```

09:49AM   1    KNOW, FIRST OF ALL, IS THAT YOU HAVE BEEN CALLED TO SERVE THIS

09:49AM   2    MORNING AS PROSPECTIVE JURORS IN A CRIMINAL CASE ENTITLED

09:49AM   3    UNITED STATES OF AMERICA VERSUS GOYKO KUBUROVICH AND

09:49AM   4    KRISTEL KUBUROVICH.  THE INDICTMENT IN THIS CASE CHARGES THE

09:49AM   5    DEFENDANTS AS FOLLOWS, AND I'M GOING TO READ THE CHARGES TO YOU

09:49AM   6    NOW, LADIES AND GENTLEMEN.

09:50AM   7        COUNT ONE ALLEGES THAT ON OR ABOUT MAY 25, 2010, IN THE

09:50AM   8    NORTHERN DISTRICT OF CALIFORNIA AND ELSEWHERE THE DEFENDANTS,

09:50AM   9    GOYKO GUSTAV KUBUROVICH AND KRISTEL KUBUROVICH, WITH THE INTENT

09:50AM  10    TO DEVISE A SCHEME AND ARTIFICE TO DEFRAUD THE TRUSTEE CHARGED

09:50AM  11    IN CONTROL OF THE DEBTOR'S PROPERTY, HIS CREDITORS, AND THE

09:50AM  12    UNITED STATES TRUSTEE AND FOR THE PURPOSE OF EXECUTING AND

09:50AM  13    CONCEALING SAID SCHEME AND ARTIFICE FILED A BANKRUPTCY PETITION

09:50AM  14    WHICH, AMONG OTHER FALSE STATEMENTS AND OMISSIONS, KNOWINGLY

09:50AM  15    AND FRAUDULENTLY CONCEALED MATERIAL ASSETS, SPECIFICALLY, IN

09:50AM  16    SCHEDULE A OF THE PETITION, G. KUBUROVICH FAILED TO DISCLOSE

09:51AM  17    REAL PROPERTY OVER WHICH HE MAINTAINED CONTROL, TO WIT, THE

09:51AM  18    RESIDENCE LOCATED AT 7170 EAGLE RIDGE DRIVE, GILROY,

09:51AM  19    CALIFORNIA, WHICH HE AND K. KUBUROVICH HAD PURCHASED WITH A

09:51AM  20    TOTAL CASH PAYMENT OF APPROXIMATELY $647,311.71 ON MAY 11,

09:51AM  21    2009; AND,

09:51AM  22        IN SCHEDULE B OF THE PETITION G. KUBUROVICH FAILED TO

09:51AM  23    DISCLOSE PERSONAL PROPERTY OVER WHICH HE MAINTAINED CONTROL, TO

09:51AM  24    WIT, APPROXIMATELY $221,840.99 IN CASH WHICH HAD BEEN PLACED IN

09:51AM  25    ACCOUNTS UNDER THE NAMES OF K. KUBUROVICH AND NATA LP AT UNITED

09:51AM 1    SECURITY BANK AND PINNACLE BANK AS WELL AS THE EXISTENCE OF

09:52AM 2    FUNDS IN OTHER BANK ACCOUNTS UNDER HIS AND K. KUBUROVICH'S

09:52AM 3    CONTROL THEREBY MAKING FALSE AND FRAUDULENT REPRESENTATIONS,

09:52AM 4    CLAIMS, AND PROMISES CONCERNING AND IN RELATION TO A PROCEEDING

09:52AM 5    UNDER TITLE 11 UNITED STATES CODE, TO WIT, IN RE: GOYKO GUSTAV

09:52AM 6    KUBUROVICH, ET AL., UNITED STATES BANKRUPTCY COURT, NORTHERN

09:52AM 7    DISTRICT OF CALIFORNIA CASE 10-5547 ALL IN VIOLATION OF TITLE

09:52AM 8    18 UNITED STATES CODE SECTIONS 1571 AND 2.

09:52AM 9        COUNT TWO ALLEGES THAT ON OR ABOUT MAY 25, 2010, IN THE

09:52AM 10   NORTHERN DISTRICT OF CALIFORNIA AND ELSEWHERE THE DEFENDANTS,

09:52AM 11   GOYKO KUBUROVICH AND KRISTEL KUBUROVICH, DID KNOWINGLY AND

09:52AM 12   FRAUDULENTLY CONCEAL FROM THE UNITED STATES TRUSTEE IN

09:53AM 13   CONNECTION WITH A CASE UNDER TITLE 11 OF THE UNITED STATES

09:53AM 14   CODE, TO WIT, IN RE: GOYKO KUBUROVICH, ET AL., UNITED STATES

09:53AM 15   BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA CASE 10-55471

09:53AM 16   PROPERTY BELONGING TO THE ESTATE OF A DEBTOR THEY WERE REQUIRED

09:53AM 17   TO DISCLOSE IN THE BANKRUPTCY PETITION, SPECIFICALLY, IN

09:53AM 18   SCHEDULE A OF THE PETITION G. KUBUROVICH FAILED TO DISCLOSE

09:53AM 19   REAL PROPERTY OVER WHICH HE MAINTAINED CONTROL, TO WIT, THE

09:53AM 20   RESIDENCE LOCATED AT 7170 EAGLE RIDGE DRIVE, GILROY,

09:53AM 21   CALIFORNIA, WHICH HE AND K. KUBUROVICH HAD PURCHASED WITH A

09:53AM 22   TOTAL CASH PAYMENT OF APPROXIMATELY $647,311.71 ON MAY 11TH,

09:54AM 23   2009; AND,

09:54AM 24       IN SCHEDULE B OF THE PETITION G. KUBUROVICH FAILED TO

09:54AM 25   DISCLOSE PERSONAL PROPERTY OVER WHICH HE MAINTAINED CONTROL, TO

09:54AM  1    WIT, APPROXIMATELY $221,840.99 IN CASH WHICH HAD BEEN PLACED IN

09:54AM  2    BANK ACCOUNTS UNDER THE NAMES OF K. KUBUROVICH AND NATA LP AT

09:54AM  3    UNITED SECURITY BANK AND PINNACLE BANK AS WELL AS THE EXISTENCE

09:54AM  4    OF FUNDS IN OTHER BANK ACCOUNTS UNDER HIS AND K. KUBUROVICH'S

09:54AM  5    CONTROL ALL IN VIOLATION OF TITLE 18 UNITED STATES CODE

09:54AM  6    SECTIONS 152 SUBSECTION (1) AND (2).

09:54AM  7         COUNT THREE ALLEGES THAT ON OR ABOUT MAY 25, 2010, IN THE

09:54AM  8    NORTHERN DISTRICT OF CALIFORNIA AND ELSEWHERE THE DEFENDANT,

09:55AM  9    GOYKO GUSTAV KUBUROVICH, KNOWINGLY AND FRAUDULENTLY MADE A

09:55AM  10   MATERIAL FALSE DECLARATION, CERTIFICATE, AND VERIFICATION UNDER

09:55AM  11   THE PENALTY OF PERJURY AS PERMITTED UNDER SECTION 1746 OF TITLE

09:55AM  12   28 IN AND RELATION TO A CASE UNDER TITLE 11, TO WIT, IN RE:

09:55AM  13   GOYKO KUBUROVICH, ET AL., UNITED STATES BANKRUPTCY COURT

09:55AM  14   NORTHERN DISTRICT OF CALIFORNIA CASE 10-55471 BY SUBMITTING

09:55AM  15   SCHEDULES OF ASSETS AND LIABILITY AND A STATEMENT OF FINANCIAL

09:55AM  16   AFFAIRS AS FOLLOWS:

09:55AM  17        IN SCHEDULE A OF THE PETITION G. KUBUROVICH FAILED TO

09:55AM  18   DISCLOSE REAL PROPERTY OVER WHICH HE MAINTAINED CONTROL, TO

09:55AM  19   WIT, THE RESIDENCE LOCATED AT 7170 EAGLE RIDGE DRIVE, GILROY,

09:56AM  20   CALIFORNIA, WHICH HE AND K. KUBUROVICH HAD PURCHASED WITH A

09:56AM  21   TOTAL CASH PAYMENT OF APPROXIMATELY $647,311.71 ON MAY 11,

09:56AM  22   2009; AND,

09:56AM  23        IN SCHEDULE B OF THE PETITION G. KUBUROVICH FAILED TO

09:56AM  24   DISCLOSE PERSONAL PROPERTY OVER WHICH HE MAINTAINED CONTROL; TO

09:56AM  25   WIT, APPROXIMATELY $221,840.99 IN CASH WHICH HAD BEEN PLACED IN

09:56AM 1    BANK ACCOUNTS UNDER THE NAMES OF K. KUBUROVICH AND NATA LP AT

09:56AM 2    UNITED SECURITY BANK AND PINNACLE BANK AS WELL AS THE EXISTENCE

09:56AM 3    OF FUNDS IN OTHER BANK ACCOUNTS IN HIS AND K. KUBUROVICH'S

09:56AM 4    CONTROL ALL IN VIOLATION OF TITLE 18 UNITED STATES CODE SECTION

09:56AM 5    152, SUBSECTION (3).

09:57AM 6         NOW, LADIES AND GENTLEMEN, THE INDICTMENT IS NOT EVIDENCE

09:57AM 7    OF ANY KIND.  IT IS THE CHARGING DOCUMENT FILED IN THE CASE AND

09:57AM 8    TO THESE CHARGES MR. KUBUROVICH AND MS. KUBUROVICH HAVE PLEADED

09:57AM 9    NOT GUILTY.  THIS IS AN ABSOLUTE DENIAL OF THE CHARGES, AND IT

09:57AM 10   WILL BE THE PURPOSE OF THIS TRIAL FOR YOU TO DETERMINE IF THE

09:57AM 11   GOVERNMENT HAS MET THEIR BURDEN IN PRESENTING THEIR CASE TO

09:57AM 12   YOU.

09:57AM 13        NOW, JURY SERVICE IS VERY IMPORTANT.  I AGAIN WANT TO

09:57AM 14   WELCOME YOU AND THANK YOU FOR YOUR SERVICE BUT BEFORE WE BEGIN

09:57AM 15   I'M GOING TO DESCRIBE FOR YOU HOW THE TRIAL WILL BE CONDUCTED

09:57AM 16   AND EXPLAIN TO YOU WHAT YOU AND THE LAWYERS AND I WILL BE

09:57AM 17   DOING.

09:57AM 18        NOW, FIRST OF ALL, WHEN I REFER TO THE GOVERNMENT, I MEAN

09:57AM 19   MR. SCOTT SIMEON AND MR. JEFF SCHENK WHO ARE ASSISTANT UNITED

09:57AM 20   STATES ATTORNEYS.

09:57AM 21        COUNSEL, IF YOU COULD PLEASE INTRODUCE YOURSELVES AND YOUR

09:57AM 22   TEAMS TO OUR PROSPECTIVE JURORS.

09:57AM 23          MR. SIMEON:  GOOD MORNING.  MY NAME IS SCOTT SIMEON.

09:57AM 24   I AM AN ASSISTANT UNITED STATES ATTORNEY AND HERE WITH ME TODAY

09:58AM 25   ARE JEFF SCHENK --

09:58AM  1              MR. SCHENK:  GOOD MORNING.

09:58AM  2              MR. SIMEON:  -- MY FELLOW AUSA, SPECIAL AGENT

09:58AM  3      KAITLIN EHNOT WITH THE FBI.

09:58AM  4              SPECIAL AGENT EHNOT:  GOOD MORNING.

09:58AM  5              MR. SIMEON:  AND PARALEGAL LAKISHA HOLLIMAN.

09:58AM  6              THE COURT:  THANK YOU.  WHEN I REFER TO DEFENSE

09:58AM  7      COUNSEL, I MEAN MR. DAVID NICK AND MS. ZENIA GILG WHO ARE THE

09:58AM  8      ATTORNEYS REPRESENTING THE DEFENDANTS, MR. GOYKO KUBUROVICH AND

09:58AM  9      MS. KRISTEL KUBUROVICH.

09:58AM  10         COUNSEL, IF YOU COULD INTRODUCE YOURSELVES, PLEASE, AND

09:58AM  11     YOUR CLIENTS.

09:58AM  12             MR. NICK:  YES.  GOOD MORNING.  I AM DAVID NICK, AND

09:58AM  13     THIS IS MY CLIENT GOYKO KUBUROVICH (INDICATING).  GOOD MORNING.

09:58AM  14             MS. GILG:  THANK YOU, YOUR HONOR.  I'M ZENIA GILG.

09:58AM  15     THIS IS MY CLIENT KRISTEL KUBUROVICH (INDICATING).

09:58AM  16             THE COURT:  THANK YOU.  AND IT MAY COME TO PASS THAT

09:58AM  17     YOU WILL BE JOINED, MS. GILG, BY YOUR STAFF AT ONE POINT?

09:58AM  18             MS. GILG:  I DO HAVE ONE COLLEAGUE WHO IS CALLED

09:58AM  19     ALEXANDER RAHN.

09:58AM  20             THE COURT:  THANK YOU.  NOW, LADIES AND GENTLEMEN,

09:58AM  21     LET ME TELL YOU THIS CASE, AS FAR AS CASES GO IN THIS

09:59AM  22     COURTHOUSE, IS A RATHER SHORT CASE.  I'VE CONSULTED WITH

09:59AM  23     COUNSEL, AND I BELIEVE THAT THIS CASE SHOULD TAKE PERHAPS SEVEN

09:59AM  24     TO EIGHT DAYS OF EVIDENCE IN COURT.  PERHAPS SHORTER.  IT MAY

09:59AM  25     BE THAT THIS CASE WILL BE PRESENTED TO THE JURY AS SOON AS

09:59AM 1    MONDAY NEXT, NEXT MONDAY.

09:59AM 2         THIS MORNING WE WILL BE SELECTING JURORS WHO WILL SIT TO

09:59AM 3    HEAR THIS CASE, AND I EXPECT THAT WE'LL COMPLETE THIS PROCESS

09:59AM 4    THIS MORNING, AND THEN WE'LL RETURN THIS AFTERNOON, AND I

09:59AM 5    EXPECT THAT WE WILL FINISH OUR DAY TODAY APPROXIMATELY AT 4:00

09:59AM 6    P.M. OR THEREABOUTS, AND WE'LL RETURN TOMORROW MORNING.

09:59AM 7         WHAT I'D LIKE TO DO NOW IS ASK OUR COURTROOM DEPUTY TO

09:59AM 8    CALL OUT THE NAMES OF THE PROSPECTIVE JURORS TO SIT IN THE JURY

09:59AM 9    BOX.

09:59AM 10        LADIES AND GENTLEMEN, THOSE WHO ARE NOT SELECTED AT THIS

09:59AM 11   POINT IN TIME, PLEASE DO CONTINUE TO PAY CLOSE ATTENTION TO THE

10:00AM 12   PROCEEDINGS AS IT MAY COME TO PASS THAT YOU, TOO, WILL BE

10:00AM 13   CALLED TO JOIN THE JURY BOX AT SOME TIME.

10:00AM 14        MADAM CLERK.

10:00AM 15             THE CLERK:  YES, YOUR HONOR.  JUROR NUMBER 1,

10:00AM 16   ALEKSANDRA STANOJEVIC.  PLEASE COME FORWARD.

10:00AM 17             THE COURT:  AND IF YOU COULD SIT IN SEAT NUMBER 1,

10:00AM 18   WHICH IS THE SEAT TO THE LEFT.

10:00AM 19             THE CLERK:  JUROR NUMBER 2, SCOTT DEMONEY.

10:00AM 20             THE COURT:  MR. DEMONEY, IF YOU COULD SIT IN THE

10:01AM 21   BACK ROW THERE, WE'RE GOING TO GO ACROSS THE BACK ROW THERE.

10:01AM 22   THANK YOU.

10:01AM 23             THE CLERK:  JUROR NUMBER 3, THAO LE HONG.

10:01AM 24        AND IT MAY BE EASIER AS YOU COME NOW TO COME THROUGH THIS

10:01AM 25   DOOR, THIS ENTRYWAY AS YOU'LL START FILLING THROUGH THIS SIDE

| | | |
|---|---|---|
| 10:01AM | 1 | SO YOU CAN GET IN EASIER (INDICATING). |
| 10:01AM | 2 | JUROR NUMBER 4, JUAN ALFARO. |
| 10:01AM | 3 | THE COURT:  MR. ALFARO, YOU CAN ENTER FROM THIS BACK |
| 10:01AM | 4 | SIDE OVER HERE IT MIGHT BE MORE CONVENIENT (INDICATING). |
| 10:01AM | 5 | PROSPECTIVE JUROR:  THANK YOU. |
| 10:01AM | 6 | THE COURT:  YOU'RE WELCOME. |
| 10:01AM | 7 | THE CLERK:  JUROR NUMBER 5, CHRISTOPHER SUH. |
| 10:02AM | 8 | JUROR NUMBER 6, ITA LONERGAN. |
| 10:02AM | 9 | JUROR NUMBER 7, PHYLLIS IMADA. |
| 10:03AM | 10 | JUROR NUMBER 8, ROWAN AHMED. |
| 10:03AM | 11 | JUROR NUMBER 9, JESUS AGUILERAVITELA. |
| 10:03AM | 12 | THE COURT:  SIR, IF YOU COULD TAKE THAT FRONT SEAT |
| 10:03AM | 13 | IN THE SECOND ROW IN THE BOX THERE. |
| 10:03AM | 14 | THE CLERK:  JUROR NUMBER 10, SONYA YIP. |
| 10:03AM | 15 | JUROR NUMBER 11, LOLITA VARDEH. |
| 10:04AM | 16 | JUROR NUMBER 12, PATRICK SCAGLIA. |
| 10:04AM | 17 | JUROR NUMBER 13, ANTHONY ALBERTS. |
| 10:04AM | 18 | JUROR NUMBER 14, KATHY TRAN. |
| 10:04AM | 19 | JUROR NUMBER 15, CHRISTINA MESTAS. |
| 10:05AM | 20 | THE COURT:  MS. MESTAS, IF YOU COULD TAKE THAT FRONT |
| 10:05AM | 21 | SEAT.  THANK YOU. |
| 10:05AM | 22 | THE CLERK:  JUROR NUMBER 16, BRUCE SHEWCHUK. |
| 10:05AM | 23 | JUROR NUMBER 17, GUANLIN ZHANG. |
| 10:05AM | 24 | JUROR NUMBER 18, AMANDA GUNDERSON. |
| 10:06AM | 25 | JUROR NUMBER 19, JORDAN ALCALA. |

10:06AM 1          JUROR NUMBER 20, PRISCILLA RESENDEZ.

10:06AM 2          JUROR NUMBER 21, LAN NGUYEN.

10:07AM 3          JUROR NUMBER 22, YIQIONG XU.

10:07AM 4          YOUR HONOR, THE BOX IS FULL.

10:07AM 5               THE COURT:  THANK YOU.  AND AGAIN, LADIES AND

10:07AM 6   GENTLEMEN, THOSE OF YOU WHO ARE IN THE AUDIENCE AREA, PLEASE DO

10:07AM 7   FOCUS YOUR ATTENTION TO THE PROCEEDINGS.  AS I SAID, IT MAY

10:07AM 8   COME TO PASS THAT YOU, TOO, WILL BE CALLED TO SIT AND BE

10:07AM 9   EXAMINED.

10:07AM 10          LET ME ALSO STATE ONE THING, I WOULD ENCOURAGE YOU TO

10:07AM 11  DISABLE YOUR MOBILE DEVICES IF YOU HAVE ANY NOW.

10:07AM 12          IF YOU DON'T KNOW HOW OR YOU'RE HAVING TROUBLE WITH

10:07AM 13  DISABLING YOUR DEVICE, PLEASE LET ME KNOW, AND I'LL BE HAPPY TO

10:07AM 14  CALL UP THE UNITED STATES MARSHAL WHO WOULD BE ABLE TO ASSIST

10:07AM 15  YOU IN DISABLING YOUR DEVICE.  SO IF YOU WOULD PLEASE TURN

10:07AM 16  THOSE OFF NOW, I'D APPRECIATE IT.

10:08AM 17          THANK YOU.

10:08AM 18          OUR SCHEDULE, LADIES AND GENTLEMEN -- I THINK THOSE OF YOU

10:08AM 19  IN THE BOX HAVE CALENDARS IN FRONT OF YOU THAT HAVE THE

10:08AM 20  SCHEDULE.  AS YOU CAN SEE WE WILL BE IN SESSION TODAY.

10:08AM 21          TOMORROW WE'RE SCHEDULED TO BE IN SESSION.  WE MIGHT HAVE

10:08AM 22  AN ABBREVIATED SESSION.  AND SHOULD ANY PROSPECTIVE JUROR HAVE

10:08AM 23  CONCERN ABOUT TOMORROW HAVING ANY OBSERVANCES THAT ARE REQUIRED

10:08AM 24  FOR YOU TO ATTEND TOMORROW, PLEASE LET ME KNOW SO WE CAN

10:08AM 25  CERTAINLY MAKE ACCOMMODATIONS AS TO TOMORROW'S COURT DAY.

10:08AM 1        AS YOU CAN SEE, WE WILL NOT BE IN SESSION ON THE 20TH.  I

10:08AM 2   EXPECT THAT WE WILL BE IN SESSION ON THE 21ST, WHICH IS FRIDAY,

10:08AM 3   AND THEN AGAIN YOU SEE MONDAY MORNING, THE 24TH, HALF A DAY IN

10:08AM 4   THE MORNING.

10:08AM 5        I HAVE A CALENDAR IN THE AFTERNOON SO WE'RE NOT IN SESSION

10:08AM 6   MONDAY AFTERNOONS.

10:08AM 7        TUESDAY THE 25TH WE'RE SCHEDULED FOR ALL DAY, AND THEN

10:09AM 8   WEDNESDAY THE 26TH WE'RE SCHEDULED FOR ALL DAY AS WELL.

10:09AM 9        THERE'S NO TRIAL SCHEDULED ON THE 27TH.

10:09AM 10        AS YOU SEE THE 28TH WILL BE THE AFTERNOON ONLY.

10:09AM 11        ACCORDING TO MY CONVERSATION WITH COUNSEL, HOWEVER, IT MAY

10:09AM 12   VERY WELL BE THAT THE JURY WILL RECEIVE THIS CASE PRIOR TO THE

10:09AM 13   SCHEDULE, BUT WE PROVIDED THIS FOR YOU FOR YOUR PLANNING

10:09AM 14   PURPOSES.

10:09AM 15        WE WILL HAVE MORNING AND AFTERNOON BREAKS OF BETWEEN 10 TO

10:09AM 16   15 MINUTES.  I ALSO REALIZE THAT THERE ARE OCCASIONS WHEN

10:09AM 17   SOMEONE MAY NEED TO TAKE AN UNSCHEDULED BREAK FOR WHATEVER

10:09AM 18   REASON, AND IF YOU ARE SEATED AS A JUROR IN THIS CASE, AND YOU

10:09AM 19   OR ANYONE ELSE, COUNSEL OR ANYONE ELSE, NEEDS TO TAKE A BREAK

10:09AM 20   FOR WHATEVER REASON, PLEASE LET ME KNOW, AND WE'LL BE HAPPY TO

10:09AM 21   ACCOMMODATE THOSE REQUESTS.

10:09AM 22        NOW, THE FIRST STEP IN THE TRIAL FOLLOWING THE SELECTION

10:09AM 23   OF THE JURY IS THE GOVERNMENT'S OPENING STATEMENT.  THE DEFENSE

10:09AM 24   MAY CHOOSE TO GIVE AN OPENING STATEMENT FOLLOWING THE

10:10AM 25   GOVERNMENT OR AT THE BEGINNING OF THE DEFENSE CASE.

10:10AM 1          THE PURPOSE OF AN OPENING STATEMENT IS TO GIVE YOU AN

10:10AM 2   OVERVIEW OF WHAT THE ATTORNEYS EXPECT THE EVIDENCE WILL SHOW.

10:10AM 3          NEXT, THE GOVERNMENT WILL OFFER THEIR EVIDENCE.  EVIDENCE

10:10AM 4   USUALLY INCLUDES WITNESSES AND EXHIBITS.  AFTER THE GOVERNMENT

10:10AM 5   PRESENTS THEIR EVIDENCE, THE DEFENSE MAY ALSO PRESENT EVIDENCE

10:10AM 6   BUT IS NOT REQUIRED TO DO SO.  BECAUSE THEY ARE PRESUMED

10:10AM 7   INNOCENT, MR. KUBUROVICH AND MS. KUBUROVICH DO NOT HAVE TO

10:10AM 8   PROVE THAT THEY ARE NOT GUILTY.

10:10AM 9          NOW, I'D LIKE TO READ TO YOU SOME INDIVIDUALS WHO HAVE

10:10AM 10  BEEN IDENTIFIED AS POTENTIAL WITNESSES IN THIS CASE.  YOU MAY

10:10AM 11  HAVE THEIR NAMES IN FRONT OF YOU ALSO ON THE SHEETS, THOSE OF

10:10AM 12  YOU IN THE BOX.

10:10AM 13         THE POTENTIAL WITNESSES WHO MAY TESTIFY IN THIS CASE,

10:10AM 14  LADIES AND GENTLEMEN, ARE:

10:10AM 15         DEAN ACKEMANN;

10:11AM 16         VICTOR CHEN;

10:11AM 17         WILLIAM FERGUSON;

10:11AM 18         JUDITH FONT;

10:11AM 19         CHARLES GREENE;

10:11AM 20         ALAN HAMBLIN;

10:11AM 21         CARLENE KIKUGAWA;

10:11AM 22         JANG KIM;

10:11AM 23         TIMOTHY LAFFREDI;

10:11AM 24         MARK MATULICH;

10:11AM 25         TAMARA RIX;

10:11AM  1          ROSE SEPULVEDA;

10:11AM  2          DAVID WARDA;

10:11AM  3          JAMES WATTS;

10:11AM  4          CELIA LOPEZ; AND,

10:11AM  5          SHAWN ROBERT PARR.

10:11AM  6          NOW, YOU SHOULD NOTE THAT THE PARTIES ARE NOT REQUIRED AND

10:11AM  7     MAY NOT WISH TO CALL ALL OF THESE WITNESSES AND THEY MAY LATER

10:11AM  8     FIND IT NECESSARY TO CALL OTHER WITNESSES.

10:11AM  9          IT MAY ALSO OCCUR THAT THE PARTIES STIPULATE TO A

10:11AM 10     WITNESS'S TESTIMONY OR AN EXHIBIT.  THIS MEANS THAT THE PARTIES

10:11AM 11     HAVE AGREED THAT THE STATEMENT, THE TESTIMONY, OR THE EXHIBIT

10:11AM 12     MAY BE ADMITTED INTO EVIDENCE.

10:12AM 13          AFTER YOU HAVE HEARD ALL OF THE EVIDENCE AND AFTER THE

10:12AM 14     ATTORNEYS HAVE GIVEN THEIR FINAL ARGUMENTS, I WILL THEN

10:12AM 15     INSTRUCT YOU ON THE LAW THAT APPLIES TO THIS CASE.

10:12AM 16          AFTER YOU HAVE HEARD ARGUMENTS AND INSTRUCTIONS, YOU WILL

10:12AM 17     THEN RETIRE TO THE JURY ROOM TO DELIBERATE THE MERITS OF THE

10:12AM 18     CASE AND THEN TO RETURN WITH YOUR FINDINGS.

10:12AM 19          NOW, JURY SERVICE IS AN OBLIGATION.  IT MAY BE

10:12AM 20     INCONVENIENT TO YOU, BUT I WOULD HOPE THAT YOU WILL ALSO VIEW

10:12AM 21     JURY SERVICE AS A PRIVILEGE TO SERVE YOUR COMMUNITY AND TO

10:12AM 22     PARTICIPATE IN YOUR SYSTEM OF JUSTICE.

10:12AM 23          NOW, WE ALL KNOW AND WE'RE SENSITIVE TO THE FACT THAT NONE

10:12AM 24     OF YOU ARE HERE BECAUSE YOU HAVE NOTHING ELSE TO DO WITH YOUR

10:12AM 25     TIME OR THAT YOU PERHAPS VOLUNTEERED FOR JURY SERVICE OUT OF

10:12AM 1    THE GOODNESS OF YOUR HEARTS.

10:12AM 2         I RECOGNIZE THAT JURY SERVICE TAKES YOU AWAY FROM THOSE

10:12AM 3    MOST IMPORTANT THINGS IN YOUR LIFE.  IT TAKES YOU AWAY FROM

10:12AM 4    YOUR WORK AND THOSE PEOPLE WHO NEED YOU AT YOUR WORKPLACE AND

10:12AM 5    OTHERS WHO RELY ON YOU AT HOME FOR SERVICES AS WELL.

10:13AM 6         NOW, FOR MANY OF US WORKING IN THE JUSTICE SYSTEM TRYING

10:13AM 7    TO IMPROVE THE QUALITY OF JUSTICE WHILE MAINTAINING FAIRNESS

10:13AM 8    ACROSS THE BOARD IS A REAL CHALLENGE.

10:13AM 9         IT IS A CHALLENGE TO DELIVER ON THE PROMISE THAT THE JURY

10:13AM 10   OF ONE'S PEERS, A TRUE CROSS-SECTION OF OUR COMMUNITY TO

10:13AM 11   EVERYONE ENTERING INTO OUR COURTS.  IT'S A PROMISE THAT WE

10:13AM 12   ENDEAVOR TO FULFILL AS WE RECOGNIZE THAT WE, TOO, WOULD RELY ON

10:13AM 13   THAT PROMISE IF WE WERE EVER TO COME IN THE JUSTICE SYSTEM AS A

10:13AM 14   PARTY.

10:13AM 15        OUR CONSTITUTION GUARANTEES THE RIGHT TO A JURY TRIAL, AND

10:13AM 16   THAT IS THE BASIS FOR ALL OF OUR OBLIGATIONS, YOURS, AS WELL AS

10:13AM 17   MINE TO SERVE AS JURORS.

10:13AM 18        THIS IS THE TIME THAT WHEN I REACH OVER AND SHOW YOU THIS

10:13AM 19   DOCUMENT HERE AND IT'S ENTITLED PARKING PERMIT.  AND THIS WAS

10:13AM 20   GIVEN TO ME WHEN I APPEARED AND I WAS SUMMONED AND I WENT TO

10:13AM 21   SERVE AS A JUROR IN THE CASE AND THEY, OF COURSE, VERY POLITELY

10:13AM 22   PAID FOR OUR PARKING.  I HOPE WE PAID FOR YOUR PARKING AS WELL.

10:14AM 23        BUT I POINT THIS OUT TO YOU JUST TO INDICATE TO YOU THAT

10:14AM 24   ALL OF US ARE SUBJECT TO JURY SERVICE, AND IT IS SOMETHING THAT

10:14AM 25   I HAVE TO INFORM YOU IN THE SPIRIT OF FULL DISCLOSURE,

10:14AM   1    REGRETTABLY I WAS NOT SELECTED.

10:14AM   2          BUT I'M EAGER TO RECEIVE THE NEXT SUMMONS, AND I'LL GO AND

10:14AM   3    PERHAPS I'LL BE ABLE TO SIT ON THE JURY SOME TIME.

10:14AM   4          THE POINT IS THAT WE ALL, WE ALL ARE CALLED TO SERVE AND

10:14AM   5    SHOULD BE AND I HOPE YOU DO RECOGNIZE IT AS A PRIVILEGE TO

10:14AM   6    SERVE YOUR JUSTICE SYSTEM AS A POTENTIAL JUROR.

10:14AM   7          NOW, LET ME ASK THIS, IS THERE ANY MEMBER OF THE PANEL,

10:14AM   8    AND THAT'S THOSE OF YOU SEATED HERE IN THE BOX, WHO HAS ANY

10:14AM   9    SPECIAL DISABILITY OR PROBLEM THAT WOULD MAKE SERVING AS A

10:14AM   10   MEMBER OF THIS JURY DIFFICULT OR IMPOSSIBLE?

10:14AM   11         LET ME FIRST ASK IS THERE ANYONE WHO IS IN NEED OF AN

10:14AM   12   ASSISTED LISTENING DEVICE, AND THAT GOES FOR ANYONE OUT IN THE

10:14AM   13   AUDIENCE ALSO?  IS THERE ANYONE WHO WOULD BENEFIT FROM AN

10:14AM   14   ASSISTED LISTENING DEVICE BEFORE WE GO FURTHER?

10:14AM   15         I SEE NO HANDS.

10:15AM   16         IS THERE ANY MEMBER, AGAIN, OF OUR PANEL HERE WHO HAS ANY

10:15AM   17   PROBLEM EITHER WITH THE JURY, THE LENGTH, ALBEIT AS BRIEF AS IT

10:15AM   18   IS THIS TRIAL, OR ANY OTHER PROBLEM THAT YOU THINK MIGHT IMPACT

10:15AM   19   OR INTERFERE WITH YOUR ABILITY TO SERVE?

10:15AM   20         AND I SEE IS THAT MR. DEMONEY?

10:15AM   21               PROSPECTIVE JUROR:  YES.

10:15AM   22               THE COURT:  YES, WE'LL GET A MICROPHONE TO YOU IN

10:15AM   23   JUST A MOMENT, SIR.

10:15AM   24         YES, SIR.

10:15AM   25               PROSPECTIVE JUROR:  I HAVE SCHOOL AT U.C. SANTA

10:15AM 1     BARBARA BEGINNING ON SEPTEMBER 27TH.  SO I BELIEVE WITH THE

10:15AM 2     LENGTH OF THE TRIAL THAT WOULD BE DIFFICULT FOR ME.

10:15AM 3               THE COURT:  TELL ME WHAT YOUR MAJOR IS.

10:15AM 4               PROSPECTIVE JUROR:  I'M MAJORING IN COMPUTER

10:15AM 5     SCIENCE.

10:15AM 6               THE COURT:  I THOUGHT YOU WOULD BE A CRIMINAL

10:15AM 7     JUSTICE MAJOR AND YOU WOULD BE ENTITLED TO SOME EXTRA CREDIT

10:15AM 8     FOR THIS.

10:15AM 9          ALL RIGHT.  SO YOU BEGIN THE 27TH?

10:15AM 10              PROSPECTIVE JUROR:  THAT'S CORRECT.

10:15AM 11              THE COURT:  AND TELL ME WHAT IS YOUR SCHEDULE ABOUT

10:15AM 12    WHEN YOU ARE GOING BACK.

10:15AM 13              PROSPECTIVE JUROR:  I WAS ORIGINALLY PLANNING TO GO

10:15AM 14    BACK ON THE 24TH SO I COULD MOVE INTO MY APARTMENT THERE.

10:15AM 15              THE COURT:  OKAY.  DO YOU HAVE THE APARTMENT NOW?

10:16AM 16    ARE YOU MOVING BACK INTO YOUR FORMER RESIDENCE?

10:16AM 17              PROSPECTIVE JUROR:  IT IS MY FORMER RESIDENCE BUT

10:16AM 18    IT'S NOT AVAILABLE OVER THE SUMMER SO I HAVE TO MOVE EVERYTHING

10:16AM 19    BACK IN ON THE 24TH.

10:16AM 20              THE COURT:  I SEE.  ALL RIGHT.  THANK YOU FOR

10:16AM 21    LETTING ME KNOW THAT.

10:16AM 22         YES, MS. STANOJEVIC?

10:16AM 23              PROSPECTIVE JUROR:  SO WE NOTED IT IN THE

10:16AM 24    QUESTIONNAIRE.  SO MY HUSBAND AND I NO LONGER HAVE CHILDCARE

10:16AM 25    FOR AFTER SCHOOL.  I HAVE A SIX YEAR OLD AND AN EIGHT YEAR OLD

10:16AM 1    AND SO WE JUST GOT A NOTICE FROM MY NANNY A COUPLE WEEKS AGO

10:16AM 2    AND WE'RE IN SEARCH OF AFTER SCHOOL CARE.  AND AT THIS POINT

10:16AM 3    IT'S ME PICKING UP KIDS, AND I THINK FOR MOST OF THE DAYS IT

10:16AM 4    LOOKS LIKE IT WOULD BE OKAY, BUT I WOULD HAVE TO FIND

10:16AM 5    ACCOMMODATION FOR --

10:16AM 6             THE COURT:  SO THE SEARCH CONTINUES?

10:16AM 7             PROSPECTIVE JUROR:  YES.

10:16AM 8             THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR LETTING

10:16AM 9    ME KNOW THAT.

10:16AM 10        LET'S STAY IN THE BACK ROW HERE AND PASS IT DOWN.

10:16AM 11            PROSPECTIVE JUROR:  HI.  MY NAME IS LE HONG, AND I

10:17AM 12   HAVE AN APPOINTMENT FOR MY SKIN, AND SO I NEED TO TAKE THE

10:17AM 13   APPOINTMENT.  SO I DON'T KNOW IF I CAN FOLLOW THIS CASE THIS

10:17AM 14   MONTH.

10:17AM 15            THE COURT:  OKAY.  THIS THURSDAY YOU HAVE AN

10:17AM 16   APPOINTMENT?

10:17AM 17            PROSPECTIVE JUROR:  YES.

10:17AM 18            THE COURT:  SO WE WOULDN'T BE IN SESSION THIS

10:17AM 19   THURSDAY SO THAT WON'T BE A PROBLEM.

10:17AM 20            PROSPECTIVE JUROR:  BUT I HAVE TO STAY AT HOME WITH

10:17AM 21   MY SKIN FOR TEN DAYS.  SO I HAVE TO FILL OUT AN APPLICATION FOR

10:17AM 22   MY COMPANY.  SO TO JUST LET YOU KNOW AHEAD OF TIME.

10:17AM 23            THE COURT:  SO AFTER YOUR APPOINTMENT YOU HAVE TO

10:17AM 24   STAY HOME FOR TEN DAYS YOU SAY?

10:17AM 25            PROSPECTIVE JUROR:  YES.

| | | |
|---|---|---|
| 10:17AM | 1 | THE COURT:  ALL RIGHT.  THANK YOU.  ANYONE ELSE IN |
| 10:17AM | 2 | THE BACK ROW? |
| 10:17AM | 3 | YES.  IS THIS MR. SUH? |
| 10:17AM | 4 | PROSPECTIVE JUROR:  YES. |
| 10:17AM | 5 | THE COURT:  YES. |
| 10:17AM | 6 | PROSPECTIVE JUROR:  AS LONG AS THE TRIAL ENDS BY THE |
| 10:17AM | 7 | 28TH, BUT I HAVE A VACATION WITH OUR FAMILY THAT HAS BEEN |
| 10:17AM | 8 | PLANNED A FEW MONTHS AGO STARTING ON THE 30TH.  SO AS LONG AS |
| 10:18AM | 9 | IT ENDS ON THE 29TH I'M OKAY. |
| 10:18AM | 10 | THE COURT:  OKAY. |
| 10:18AM | 11 | PROSPECTIVE JUROR:  BUT JUST LETTING YOU KNOW. |
| 10:18AM | 12 | THE COURT:  WELL, THANK YOU.  WHERE ARE YOU |
| 10:18AM | 13 | TRAVELING TO? |
| 10:18AM | 14 | PROSPECTIVE JUROR:  SAN DIEGO AND L.A. |
| 10:18AM | 15 | THE COURT:  OKAY.  THANK YOU.  LET'S SEE.  I'M |
| 10:18AM | 16 | SORRY.  THIS IS MS. -- |
| 10:18AM | 17 | PROSPECTIVE JUROR:  -- IMADA. |
| 10:18AM | 18 | THE COURT:  YES. |
| 10:18AM | 19 | PROSPECTIVE JUROR:  WE LEAVE NEXT WEDNESDAY TO |
| 10:18AM | 20 | ATTEND AN UNCLE'S FUNERAL SERVICE, AND WE WON'T BE BACK UNTIL |
| 10:18AM | 21 | THE -- |
| 10:18AM | 22 | THE COURT:  SO YOU'RE LEAVING THE 26TH? |
| 10:18AM | 23 | PROSPECTIVE JUROR:  YES. |
| 10:18AM | 24 | THE COURT:  MS. ROWAN. |
| 10:18AM | 25 | PROSPECTIVE JUROR:  I'M A MOTHER OF TWO SONS AND SO |

10:18AM 1    IT IS DEPENDENT ON ME, AND I'M BREAST FEEDING AS WELL, AND I

10:18AM 2    ATTEND THEIR PRESCHOOL, AND I'M A PARTICIPATING PARENT WITH

10:18AM 3    THEM SO I'M LOOKING FOR A DELAY.

10:19AM 4            THE COURT:  SO DO YOU HAVE CHILDCARE ENGAGED NOW?

10:19AM 5            PROSPECTIVE JUROR:  YES, AT HOME AND ESPECIALLY FOR

10:19AM 6    MY YOUNGEST WHO IS ONE AND A HALF YEAR.

10:19AM 7            THE COURT:  I SEE.  AND DO YOU HAVE CARE NOW?  YOU

10:19AM 8    HAVE SOMEONE CARING FOR THEM?

10:19AM 9            PROSPECTIVE JUROR:  RIGHT NOW, YEAH.  I HAVE THEM IN

10:19AM 10   DAYCARE SO.

10:19AM 11           THE COURT:  RIGHT.  AND WILL YOU BE ABLE TO HAVE

10:19AM 12   THAT DAYCARE IN PLACE FOR THE DURATION OF THIS TRIAL?  AS I

10:19AM 13   SAID, MY SENSE IS THAT THE JURY SHOULD HAVE THIS CASE BY

10:19AM 14   TUESDAY OR WEDNESDAY OF NEXT WEEK.

10:19AM 15           PROSPECTIVE JUROR:  YES, I CAN PUT THEM IN DAYCARE.

10:19AM 16           THE COURT:  OKAY.

10:19AM 17           PROSPECTIVE JUROR:  AND THEN I'M ATTENDING MY OLDEST

10:19AM 18   SON'S SCHOOL EVERY MONDAY, WEDNESDAY, AND FRIDAY IN THE

10:19AM 19   MORNING.

10:19AM 20           THE COURT:  YOU ATTEND AND GO THERE AND PARTICIPATE

10:20AM 21   WITH THEM?

10:20AM 22           PROSPECTIVE JUROR:  YES, WEDNESDAY AND FRIDAY.

10:20AM 23           THE COURT:  WELL, IF YOU MISS THOSE DAYS, I KNOW

10:20AM 24   HE'LL MISS SEEING YOU THERE AT THE SCHOOL.  BUT ARE YOU PART OF

10:20AM 25   THE CURRICULUM?  ARE YOU PART OF THE TEACHING CURRICULUM?

10:20AM 1            PROSPECTIVE JUROR:  YES.  I DO MY DUTY LIKE --

10:20AM 2            THE COURT:  THE PARENTS HELP OUT.

10:20AM 3            PROSPECTIVE JUROR:  YES.

10:20AM 4            THE COURT:  RIGHT.

10:20AM 5            PROSPECTIVE JUROR:  SO THAT'S --

10:20AM 6            THE COURT:  OKAY.  WELL, IF YOU TOLD THEM THAT YOU

10:20AM 7    WERE SELECTED TO SIT AS A JUROR, I THINK THEY WOULD FIND A

10:20AM 8    SUBSTITUTE FOR YOU?

10:20AM 9            PROSPECTIVE JUROR:  OKAY.  YEAH.

10:20AM 10           THE COURT:  WOULD THEY BE ABLE TO DO THAT?

10:20AM 11           PROSPECTIVE JUROR:  I'LL LET THEM KNOW.

10:20AM 12           THE COURT:  OKAY.  ALL RIGHT.  THANK YOU FOR LETTING

10:20AM 13   ME KNOW.  ALL RIGHT.  LET'S PASS THIS DOWN TO THE NEXT ROW.

10:20AM 14           PROSPECTIVE JUROR:  HI.  I'M ACTUALLY GETTING

10:20AM 15   MARRIED ON OCTOBER 6TH.

10:20AM 16           THE COURT:  MS. TRAN?

10:20AM 17           PROSPECTIVE JUROR:  YES.

10:20AM 18           THE COURT:  SO YOU'RE GETTING MARRIED?

10:20AM 19           PROSPECTIVE JUROR:  THE WEEKEND OF OCTOBER 6TH, BUT

10:20AM 20   I TOOK THE WHOLE WEEK OFF BECAUSE WE'RE GETTING MARRIED IN

10:20AM 21   HAWAII SO I'LL BE TRAVELLING THERE.

10:20AM 22           THE COURT:  WHEN DO YOU LEAVE?

10:20AM 23           PROSPECTIVE JUROR:  SO WE LEAVE TUESDAY NIGHT, AND I

10:20AM 24   WILL BE THERE UNTIL LIKE THE END OF THAT WEEKEND.

10:20AM 25           THE COURT:  DO YOU WANT TO TAKE A BREAK SO YOU CAN

10:20AM  1     CALL YOUR FIANCE TO TELL HIM?

10:21AM  2              PROSPECTIVE JUROR:  PROBABLY NOT.

10:21AM  3              THE COURT:  THAT'S NOT A GOOD WAY TO START THINGS.

10:21AM  4          (LAUGHTER.)

10:21AM  5              THE COURT:  LET'S PASS THAT DOWN TO THE END.

10:21AM  6     MR. AGUILERAVITELA, YES.

10:21AM  7              PROSPECTIVE JUROR:  CORRECT.  SO CURRENTLY RIGHT NOW

10:21AM  8     I'M -- I JUST GRADUATED FROM SAN JOSE STATE, AND I AM IN THE

10:21AM  9     PROCESS OF GETTING HIRED WITH AN AGENCY.  SO I'M WAITING FOR AN

10:21AM 10     INTERVIEW THAT CAN HAPPEN ANY TIME IN THE COMING WEEK OR THE

10:21AM 11     WEEK AFTER AND IT'S IN -- RELATED TO MY MAJOR SO I REALLY

10:21AM 12     WANTED TO TAKE THIS OPPORTUNITY.  I DON'T WANT IT TO HOLD ME

10:21AM 13     BACK FROM POSSIBLY BEING SELECTED.

10:21AM 14          AND THEN MY CURRENT JOB RIGHT NOW I ALSO TAKE CARE OF

10:21AM 15     SUPERVISING 15 OTHER PEOPLE WHICH DEPEND ON ME TO BE THERE FOR

10:21AM 16     THIS -- MY CURRENT JOB RIGHT NOW IS ALL.

10:21AM 17              THE COURT:  OKAY.  ALL RIGHT.  WELL, THANK YOU.  I

10:21AM 18     APPRECIATE THAT.

10:21AM 19          LET'S PASS IT DOWN TO THE FRONT.  IS THIS MS. MESTAS?

10:22AM 20              PROSPECTIVE JUROR:  YES.  I HAVE ALREADY SCHEDULED

10:22AM 21     VACATION NEXT THURSDAY AND FRIDAY AND ALL EXPENSES HAVE BEEN

10:22AM 22     PAID FOR.

10:22AM 23              THE COURT:  I SEE.  I'M CURIOUS.  DID YOU MAKE THOSE

10:22AM 24     ARRANGEMENTS PRIOR TO RECEIVING THE NOTICE?

10:22AM 25              PROSPECTIVE JUROR:  YES, THIS WAS MONTHS AGO.

10:22AM 1        THE COURT:  DID YOU NOTIFY THE CLERK ABOUT THAT?

10:22AM 2        PROSPECTIVE JUROR:  WHEN I CHECKED IN?

10:22AM 3        THE COURT:  NO, WHEN YOU RECEIVED THE SUMMONS.

10:22AM 4   THERE'S A MECHANISM, I THINK, TO CONTACT.  DID YOU LET THEM

10:22AM 5   KNOW?

10:22AM 6        PROSPECTIVE JUROR:  BUT I DIDN'T THINK THE DATE -- I

10:22AM 7   DON'T THINK THERE WAS A DATE ON THERE WHEN I WOULD HAVE TO CALL

10:22AM 8   OR --

10:22AM 9        THE COURT:  I SEE.

10:22AM 10       PROSPECTIVE JUROR:  YEAH, I DID SEE THAT.

10:22AM 11       THE COURT:  ALL RIGHT.  THANK YOU.

10:22AM 12     ANYONE ELSE IN THE FRONT ROW?  YES.

10:22AM 13       PROSPECTIVE JUROR:  I HAD WRITTEN BACK.

10:22AM 14       THE COURT:  THIS IS MS. GUNDERSON?

10:22AM 15       PROSPECTIVE JUROR:  YES.  I HAVE THREE KIDS.  THE

10:22AM 16  OLDEST IS FINE AND DRIVES, AND THE OTHER TWO RELY ON ME.  I

10:22AM 17  WORK PART-TIME, WHICH THEY CAN GET A SUBSTITUTE FOR ME BUT

10:22AM 18  THAT'S NOT AN ISSUE.  BUT I DO PICK THEM UP, AND I PICK THEM UP

10:23AM 19  EVERY DAY.  AND MY TEN-YEAR OLD DOESN'T STAY BY HIMSELF.

10:23AM 20     BUT MY MOM WAS HELPING THIS MORNING, AND SHE HAS SOME

10:23AM 21  HEALTH ISSUES AND DOCTOR'S APPOINTMENTS SO SHE SAID SHE CAN'T

10:23AM 22  DO EVERY DAY.

10:23AM 23     I CAN TRY TO MAKE IT WORK, BUT I WOULD PREFER NOT TO HAVE

10:23AM 24  TO RESCHEDULE MY KIDS AND SHUTTLE THEM AROUND FOR EVERY DAY FOR

10:23AM 25  HOWEVER LONG IT LASTS.  BUT MAYBE IF IT'S SHORT -- I DON'T

10:23AM 1    KNOW.

10:23AM 2              THE COURT:  THANK YOU.  LET ME ASK YOU, DID YOU --

10:23AM 3    WERE YOU ABLE TO MAKE ANY ARRANGEMENTS, MS. GUNDERSON?  WERE

10:23AM 4    YOU ABLE TO --

10:23AM 5              PROSPECTIVE JUROR:  FOR TODAY I DID.

10:23AM 6              THE COURT:  WERE YOU ABLE TO MAKE ANY ARRANGEMENTS

10:23AM 7    WHEN YOU RECEIVED THE NOTICE FOR THE SUMMONS?  WE SEND THE

10:23AM 8    SUMMONS OUT WELL IN ADVANCE TO ALLOW PEOPLE TO MAKE ADJUSTMENTS

10:23AM 9    IF AT ALL POSSIBLE.

10:23AM 10             PROSPECTIVE JUROR:  I DID.  THE FIRST ONE I DID NOT

10:23AM 11   GET.  AND I GOT HOME FROM VACATION IN AUGUST, AND I SAW THE

10:23AM 12   SECOND ONE, AND I WROTE BACK IMMEDIATELY, AND I NEVER HEARD

10:23AM 13   ANYTHING BACK.

10:23AM 14             THE COURT:  OKAY.

10:23AM 15             PROSPECTIVE JUROR:  SO THEN I CALLED.

10:23AM 16             THE COURT:  SO YOU'RE -- SO YOU HAVE YOUR MOTHER

10:24AM 17   CARING FOR THE CHILDREN NOW?

10:24AM 18             PROSPECTIVE JUROR:  WELL, SHE'S GETTING THEM TO

10:24AM 19   SCHOOL.  SHE GOT UP AND CAME OVER THIS MORNING AND TOOK THE

10:24AM 20   YOUNGEST ONE TO SCHOOL AND IS PICKING THEM UP FOR ME AND

10:24AM 21   SHUTTLING THEM AROUND FOR TODAY.

10:24AM 22             THE COURT:  OKAY.  AND DO YOU THINK YOU COULD ENGAGE

10:24AM 23   THAT THROUGHOUT THE BALANCE OF THE TRIAL?

10:24AM 24             PROSPECTIVE JUROR:  WELL, I CAN ASK HER.  SHE TOLD

10:24AM 25   ME THIS MORNING THAT I DON'T WANT TO DO THIS EVERY DAY SO I MAY

10:24AM  1    HAVE TO --

10:24AM  2            THE COURT:  DO YOU HAVE OTHER FRIENDS?

10:24AM  3            PROSPECTIVE JUROR:  I MAY HAVE TO FIGURE IT OUT.

10:24AM  4            THE COURT:  DO YOU HAVE OTHER FRIENDS OR FAMILY THAT

10:24AM  5    CAN ASSIST?

10:24AM  6            PROSPECTIVE JUROR:  POSSIBLY.

10:24AM  7            THE COURT:  OKAY.  THANK YOU.

10:24AM  8        MR. ZHANG.

10:24AM  9            PROSPECTIVE JUROR:  YES.  MY NAME IS GUANLIN ZHANG.

10:24AM 10    I DON'T HAVE A SCHEDULING COMPLICATION, BUT I WOULD LIKE TO

10:24AM 11    SHARE WITH YOU SOMETHING.  IS THAT OKAY?

10:24AM 12        SO USUALLY IF I WORK ON SOMETHING VERY INTENSIVELY I HAVE

10:25AM 13    TO STEP OUT OF THE BUILDING LIKE EVERY HOUR OR SO TO GET FRESH

10:25AM 14    AIR OTHERWISE I CANNOT CONCENTRATE, AND I SOMETIMES FEEL DIZZY

10:25AM 15    ABOUT THAT SO I LOSE PRODUCTIVITY.

10:25AM 16        I NOTICE I ASKED THE CLERK DOWNSTAIRS.  IT SEEMS TO HER

10:25AM 17    THAT -- IT SEEMS TO ME THAT WE CANNOT STEP OUTSIDE OF BUILDING

10:25AM 18    UNTIL THE LUNCH BREAK.  I'M NOT SURE IF THIS IS TRUE OR NOT.

10:25AM 19            THE COURT:  WELL, WE DO HAVE BREAKS.  WE WILL HAVE A

10:25AM 20    MORNING BREAK PRIOR TO THE LUNCH BREAK OF ABOUT 15 MINUTES AND

10:25AM 21    THEN IN THE AFTERNOON WE HAVE ANOTHER 15 MINUTE BREAK THAT

10:25AM 22    WOULD PERMIT YOU TO GO OUTSIDE IF YOU WISH.

10:25AM 23            PROSPECTIVE JUROR:  SO DOES THAT MEAN I CAN HAVE A

10:25AM 24    BREAK EVERY ONE HOUR OR NOT?

10:25AM 25            THE COURT:  NO, NO, NOT EVERY HOUR.  WE PROBABLY

10:25AM  1    WOULD TAKE A BREAK EVERY 90 MINUTES OR SOMETHING LIKE THAT,

10:25AM  2    SOMETIMES 2 HOURS.

10:25AM  3              PROSPECTIVE JUROR:  OKAY.

10:26AM  4              THE COURT:  DO YOU THINK YOU COULD MAKE THAT WORK?

10:26AM  5    OKAY.  THANK YOU.

10:26AM  6         IS THIS MS. RESENDEZ?

10:26AM  7              PROSPECTIVE JUROR:  YES.  ONE, I USUALLY TAKE MY SON

10:26AM  8    TO SCHOOL BUT MY HUSBAND DID TODAY, BUT HE WAS LATE FOR WORK.

10:26AM  9    SO I DON'T KNOW IF I COULD GET HIM TO BE LATE TO WORK FOR

10:26AM  10   TEN DAYS.  IF IT WAS A COUPLE OF DAYS I THINK THAT WOULD BE

10:26AM  11   FINE.  SO THAT'S ONE THING.

10:26AM  12        ON FRIDAY WE DID HAVE A WEDDING SCHEDULED OUT OF TOWN THAT

10:26AM  13   WE PAID FOR A HOTEL AND EVERYTHING FOR.

10:26AM  14             THE COURT:  THE WEDDING IS SATURDAY?

10:26AM  15             PROSPECTIVE JUROR:  PARDON?

10:26AM  16             THE COURT:  IT'S ON FRIDAY.

10:26AM  17             PROSPECTIVE JUROR:  NO, IT WAS ON FRIDAY.

10:26AM  18   APPARENTLY THEY LOVE FRIDAY WEDDINGS NOW, THEY'RE CHEAPER.

10:26AM  19             THE COURT:  OKAY.  ANYONE ELSE?

10:26AM  20             PROSPECTIVE JUROR:  MY NAME IS LAN NGUYEN, AND I

10:26AM  21   HAVE THREE THINGS THAT IS REALLY NOT GOING TO MAKE IT WORK IF I

10:26AM  22   STAY HERE, AND I'M GOING TO SHARE WITH EVERYBODY.  I'M A SINGLE

10:27AM  23   MOM.  I HAVE TWO KIDS.  I LIVE IN SAN JOSE, BUT MY KID GOES TO

10:27AM  24   SCHOOL IN MILPITAS BECAUSE THAT IS A BETTER SCHOOL FOR MY KID

10:27AM  25   BECAUSE WE USED TO LIVE THERE.  SO I MOVED OUT OF THE CITY, AND

10:27AM 1      I HAVE TO DRIVE THEM TO SCHOOL EVERY DAY, AND THEY HAVE TO BE

10:27AM 2      AT 7:55 IN HIGH SCHOOL IN MILPITAS.

10:27AM 3          BUT MY MOM LIVES WITH ME, BUT SHE DOESN'T DRIVE SO TODAY I

10:27AM 4      HAVE TO ASK MY NIECE TO TAKE THEM TO SCHOOL AND PICK THEM UP AT

10:27AM 5      3:30.

10:27AM 6          MY EX, HE'S WITHOUT CUSTODY DURING THE SCHOOL DAY AND HIS

10:27AM 7      CUSTODY SCHEDULE GOES UNTIL AFTER SCHOOL UNTIL SUNDAY.  SO I

10:27AM 8      PRETTY MUCH HAVE TO TAKE CARE OF THEM FOR FOUR DAYS.

10:27AM 9          AND MY WORK IS I'M A HAIR STYLIST SO I WORK BY APPOINTMENT

10:27AM 10     ONLY.  FOR TODAY I HAVE TO CALL AND TEXT ALL OF MY CLIENTS THAT

10:27AM 11     -- TO RESCHEDULE WITH ME FOUR WEEKS AGO TO MOVE TO NOWHERE.  I

10:27AM 12     JUST TELL THEM I HAVE JURY DUTY.  I DON'T KNOW WHAT IS GOING TO

10:28AM 13     HAPPEN.  I WILL GET BACK TO YOU AT THE END OF THE DAY.  SO

10:28AM 14     THAT'S THE WHOLE DAY THAT THE MONEY THAT I MIGHT LOSE FOR TODAY

10:28AM 15     BECAUSE THEY -- IF SOMEBODY CAN WAIT, THEY LOVE ME AND THEY

10:28AM 16     WAIT, BUT SOMETIMES THEY HAVE TO NEED A HAIRCUT FOR VACATION,

10:28AM 17     FOR BUSINESS TRIP SO THEY CAN'T WAIT.  IF THEY GO TO SOMEBODY

10:28AM 18     ELSE, I MIGHT LOSE MY CLIENT.

10:28AM 19         THE THIRD THING IS THAT THIS IS NOT REALLY IMPORTANT, BUT

10:28AM 20     I JUST WANT TO SHARE I ALREADY HAVE SOMETHING PLANNED TO CLIMB

10:28AM 21     UP MOUNT WHITNEY FOR TWO DAYS WHICH IS WEDNESDAY AND THURSDAY,

10:28AM 22     BUT I CAN CANCEL ON THAT.

10:28AM 23         BUT MY KIDS AND MY WORK IS REALLY IMPORTANT AT THIS POINT.

10:28AM 24     I DON'T THINK THAT I CAN MAKE IT TO BE HERE FOR THAT LENGTH OF

10:28AM 25     TIME.

| | | |
|---|---|---|
| 10:28AM | 1 | SO -- |
| 10:28AM | 2 | THE COURT:  HAVE YOU -- THANK YOU.  HAVE YOU TALKED |
| 10:28AM | 3 | WITH THE CHILDREN'S FATHER ABOUT HELPING OUT FOR THIS BRIEF |
| 10:28AM | 4 | PERIOD OF TIME? |
| 10:28AM | 5 | PROSPECTIVE JUROR:  YEAH.  HE'S AN ELECTRICIAN AND |
| 10:28AM | 6 | HE HAS TO GET OUT OF THE HOUSE LIKE AT 5:00 SOMETHING IN THE |
| 10:29AM | 7 | MORNING, AND HE COMES HOME AT 3:00, BUT IF HE DRIVES TO |
| 10:29AM | 8 | SANTA CLARA TO MILPITAS.  IT'S GOING TO BE LATE, AND HE HAS TO |
| 10:29AM | 9 | GET UP.  HE NORMALLY GOES TO WORK AT 5:00, 5:30 IN THE MORNING |
| 10:29AM | 10 | AND THEN HE TRAVELLED -- HE WORKS EVERYWHERE.  HE DOESN'T HAVE |
| 10:29AM | 11 | THE SAME LOCATION EVERY DAY.  SO THAT'S A CHALLENGE FOR HIM, |
| 10:29AM | 12 | TOO.  SO THAT'S WHY WE HAVE A CUSTODY SCHEDULE THAT WORKS FOR |
| 10:29AM | 13 | BOTH OF US. |
| 10:29AM | 14 | THE COURT:  OF COURSE.  IT SOUNDS LIKE YOU WOULD BE |
| 10:29AM | 15 | ABLE TO TAKE THE CHILDREN TO SCHOOL IN THE MORNING AND GET HERE |
| 10:29AM | 16 | IN TIME FOR THE TRIAL TO START. |
| 10:29AM | 17 | PROSPECTIVE JUROR:  TODAY? |
| 10:29AM | 18 | THE COURT:  NO, ONGOING. |
| 10:29AM | 19 | PROSPECTIVE JUROR:  YEAH, I LOOKED AT THE SCHEDULE, |
| 10:29AM | 20 | AND I CAN DO 9:00 O'CLOCK BUT 3:30 I HAVE TO PICK THEM UP. |
| 10:29AM | 21 | THE COURT:  THAT'S WHAT I WAS GOING TO ASK IF YOU |
| 10:29AM | 22 | CAN ENGAGE THE CHILDREN'S FATHER SO HE COULD COLLECT THEM |
| 10:29AM | 23 | DURING THIS TRIAL.  IS THAT SOMETHING THAT YOU COULD DO? |
| 10:29AM | 24 | PROSPECTIVE JUROR:  I HAVE TO TRY BUT BECAUSE HIS |
| 10:29AM | 25 | WORK IS MOVING EVERY WEEK HE MOVES FROM THIS HOUSE TO ALL OF |

10:30AM 1    THE HOUSES IN GILROY, IT TAKES A LONG COMMUTE TO GET BACK TO

10:30AM 2    PICK UP THE KIDS, AND MY OLDEST ONE IS 14 AND THEN MY YOUNGEST

10:30AM 3    ONE IS 12.

10:30AM 4         THE COURT:  OKAY.  WELL, I WONDER WOULD IT -- COULD

10:30AM 5    I ASK YOU TO DO THIS.  WE'LL PROBABLY HAVE A BREAK SOME TIME

10:30AM 6    THIS MORNING AND MAYBE DURING THE BREAK COULD YOU REACH HIM,

10:30AM 7    THE FATHER OF THE CHILDREN, AND TELL HIM THAT IF YOU ARE

10:30AM 8    SELECTED HERE, HE'LL HAVE TO MAKE ARRANGEMENTS SO THAT HE CAN

10:30AM 9    TAKE THE KIDS HOME?

10:30AM 10         PROSPECTIVE JUROR:  YES.

10:30AM 11         THE COURT:  CAN YOU CHECK WITH HIM?

10:30AM 12         PROSPECTIVE JUROR:  I WILL TRY.  BUT HOW ABOUT MY

10:30AM 13   WORK SCHEDULE?  I HAVE MY WORK SCHEDULE WITH ME RIGHT NOW, AND

10:30AM 14   I CAN SHOW IT TO YOU.  IT'S ALL LINED UP.

10:30AM 15       BUT BECAUSE I DON'T KNOW WHAT IS GOING TO HAPPEN SO I

10:30AM 16   CANNOT -- JUST NOT MAKING MONEY BECAUSE I MAKE MONEY BY

10:30AM 17   APPOINTMENT.  IF I LOSE APPOINTMENT, I LOSE MONEY EVERY DAY,

10:30AM 18   AND I HAVE TO PAY RENT AND PROVIDE EVERYTHING FOR MY KIDS.

10:30AM 19         THE COURT:  SO LET'S START WITH YOUR HUSBAND.  WHEN

10:30AM 20   WE TAKE A BREAK WHY DON'T YOU RING HIM AND SEE IF HE CAN

10:31AM 21   COLLECT THE CHILDREN.

10:31AM 22         PROSPECTIVE JUROR:  OKAY.

10:31AM 23         THE COURT:  THANK YOU.  ANYONE ELSE?  MS. XU.

10:31AM 24         PROSPECTIVE JUROR:  I HAVE A 20-MONTH-YEAR-OLD BOY,

10:31AM 25   AND I'M THE PRIMARY CAREGIVER AND TODAY IS HIS FIRST DAY IN

10:31AM 1    DAYCARE, BUT I CANNOT GO THERE.  MY HUSBAND TOOK ONE DAY OFF TO

10:31AM 2    TAKE THE KIDS AND SEND MY BIG BOY TO SCHOOL.

10:31AM 3        BUT I THINK IT'S REALLY HARD FOR HIM TO TAKE DAYS OFF FOR

10:31AM 4    THE REST OF THE JURY SO I PROBABLY CANNOT SERVE ON THE JURY.

10:31AM 5            THE COURT:  DO YOU HAVE SOMEONE ELSE?

10:31AM 6            PROSPECTIVE JUROR:  NO.  WE ARE BY OURSELF.

10:31AM 7            THE COURT:  I'M SORRY.

10:31AM 8            PROSPECTIVE JUROR:  WE ARE BY OURSELF.  SO I DON'T

10:31AM 9    HAVE MY PARENTS OR HIS PARENTS AROUND.  BOTH OF OUR PARENTS ARE

10:31AM 10   OUTSIDE OF THE BAY.

10:31AM 11           THE COURT:  OKAY.  HAVE YOU TRIED TO MAKE ARGUMENTS

10:32AM 12   WITH FRIENDS OR ANYONE TO SEE IF THEY CAN ASSIST YOU?

10:32AM 13           PROSPECTIVE JUROR:  WE HAVE NEIGHBORS BUT, YOU KNOW,

10:32AM 14   THEY ALL HAVE KIDS AND THEY'RE ALL BUSY.  I JUST CANNOT ASK

10:32AM 15   THEM TO DO THE SAME THING FOR ME EVERY DAY, AND I NEED TO PICK

10:32AM 16   UP THE OLDEST SON AT 3:00 O'CLOCK.  WE DON'T HAVE AFTER SCHOOL

10:32AM 17   SCHEDULE FOR HIM.

10:32AM 18           THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

10:32AM 19           PROSPECTIVE JUROR:  THANK YOU.

10:32AM 20           THE COURT:  IS THERE ANYONE ELSE THAT WISHES TO BE

10:32AM 21   HEARD?

10:32AM 22       ALL RIGHT.  I SEE NO HANDS.

10:32AM 23       ALL RIGHT.  LET'S -- WE'LL EXCUSE JUROR NUMBER 2,

10:32AM 24   MR. DEMONEY.

10:32AM 25           THE CLERK:  PLEASE LEAVE YOUR PAPERS, SIR.

```
10:32AM   1              THE COURT:  MR. DEMONEY, IF YOU COULD JUST LEAVE THE
10:32AM   2      PAPERWORK THERE, SIR.
10:32AM   3              PROSPECTIVE JUROR:  THANK YOU.
10:32AM   4              THE CLERK:  AND REPORT BACK DOWNSTAIRS.
10:32AM   5              THE COURT:  MR. DEMONEY?  MR. DEMONEY?
10:33AM   6              PROSPECTIVE JUROR:  YES.
10:33AM   7              THE COURT:  YOU CAN REPORT DOWNSTAIRS, PLEASE, WHEN
10:33AM   8      YOU LEAVE.  MR. DEMONEY, WHAT YEAR ARE YOU IN SCHOOL, SIR?
10:33AM   9              PROSPECTIVE JUROR:  I'M GOING TO BE A SENIOR.
10:33AM  10              THE COURT:  SENIOR.  OKAY.  I JUST WANT YOU TO --
10:33AM  11      JUST A SUGGESTION.
10:33AM  12              PROSPECTIVE JUROR:  UH-HUH.
10:33AM  13              THE COURT:  THAT WHEN YOU'RE SUMMONED BACK TO COURT
10:33AM  14      TO SERVE AS A PROSPECTIVE JUROR, I WOULD ENCOURAGE YOU TO ALTER
10:33AM  15      YOUR WARDROBE TO WEAR LONG PANTS AS OPPOSED TO SHORT PANTS, AND
10:33AM  16      I'LL TELL YOU THAT'S NOT THE PROPER ATTIRE FOR A COURTROOM.
10:33AM  17              PROSPECTIVE JUROR:  THANK YOU, SIR.
10:33AM  18              THE COURT:  WE'RE ALWAYS LEARNING, AND THIS IS A
10:33AM  19      LEARNING EXPERIENCE FOR YOU, SIR.  SO THANK YOU VERY MUCH, AND
10:33AM  20      I WISH YOU WELL IN YOUR STUDIES.
10:33AM  21              PROSPECTIVE JUROR:  THANK YOU.
10:33AM  22              THE COURT:  YOU'RE WELCOME.  WE'LL THANK AND EXCUSE,
10:33AM  23      MS. LE HONG, JUROR NUMBER 3.  AND YOU'LL PLEASE GO DOWNSTAIRS
10:33AM  24      AND LET THE PERSON KNOW WHAT YOU DID.  PLEASE LEAVE THE
10:33AM  25      PAPERWORK, IF YOU WOULD, PLEASE.
```

10:33AM  1              PROSPECTIVE JUROR:  THANK YOU, SIR.

10:33AM  2              THE COURT:  YOU'RE WELCOME.

10:34AM  3          MS. IMADA, JUROR NUMBER 7.  WE'LL EXCUSE MS. IMADA.

10:34AM  4          MS. TRAN, I'M STILL THINKING ABOUT THIS, BUT WE'RE GOING

10:34AM  5      TO EXCUSE YOU.  THANK YOU VERY MUCH.  BEST WISHES TO YOU.

10:34AM  6              PROSPECTIVE JUROR:  ALL RIGHT.

10:34AM  7              THE COURT:  MS. MESTAS, JUROR NUMBER 15, I'LL EXCUSE

10:34AM  8      YOU.

10:34AM  9          NUMBER 20, MS. RESENDEZ.

10:34AM  10         JUROR NUMBER 22, MS. XU.

10:34AM  11         JUST LEAVE THE PAPERWORK, PLEASE, IN THE CHAIR.

10:35AM  12         I'LL ASK OUR COURTROOM DEPUTY TO CALL OUT ADDITIONAL

10:35AM  13     NAMES, PLEASE.

10:35AM  14             THE CLERK:  YES, YOUR HONOR.  JUROR NUMBER 2 WILL BE

10:35AM  15     CHRISTOPHER KLAPPERICH.  YOU'LL TAKE SEAT NUMBER 2, PLEASE.

10:35AM  16             THE COURT:  BACK THERE, SIR.  THANK YOU.

10:35AM  17             THE CLERK:  SEAT NUMBER 3 WILL BE LOIDA MACARAEG.

10:35AM  18         TAKE SEAT NUMBER 7, ALBERTO BARBOSA.

10:36AM  19         PATRICIA DIAZ, YOU'LL TAKE SEAT NUMBER 14, PLEASE.

10:36AM  20         RYAN BRODY, SEAT NUMBER 15.

10:36AM  21         ANTHONY LIZ, SEAT NUMBER 20.

10:37AM  22         AND EHSAN ALAGTASH, YOU'LL TAKE SEAT NUMBER 22, PLEASE.

10:37AM  23             THE COURT:  ALL RIGHT.  THANK YOU AND GOOD MORNING.

10:37AM  24     THOSE WHO ARE NEWLY SEATED, LET ME ASK YOU THE SAME QUESTIONS

10:37AM  25     THAT I POSED TO OTHER PROSPECTIVE JURY PANELISTS.  ARE THERE

10:37AM 1    ANY OTHER HARDSHIPS THAT YOU THINK WOULD MAKE SERVING ON THIS

10:37AM 2    JURY DIFFICULT OR IMPOSSIBLE?

10:37AM 3        ALL RIGHT.  WE'LL GET THE MICROPHONE.

10:37AM 4        LET'S SEE, THIS IS MR. ALAGTASH.

10:38AM 5            PROSPECTIVE JUROR:  YES.  I START SCHOOL ON THE 24TH

10:38AM 6    FROM DE ANZA.  I HAVE A SCHEDULE FROM 7:00 IN THE MORNING UNTIL

10:38AM 7    4:00 O'CLOCK, AND THIS WEEK I HAVE 30 HOURS AT TARGET.

10:38AM 8            THE COURT:  ALL RIGHT.  YOU START ON THE 24TH?

10:38AM 9            PROSPECTIVE JUROR:  CORRECT.

10:38AM 10           THE COURT:  AND YOU'RE A DAY STUDENT OR MORNING

10:38AM 11   STUDENT?

10:38AM 12           PROSPECTIVE JUROR:  7:30 A.M. TO 4:00.

10:38AM 13           THE COURT:  DID YOU SELECT THAT SCHEDULE, SIR?

10:38AM 14           PROSPECTIVE JUROR:  YES.

10:38AM 15           THE COURT:  WHY?  IS THAT A THREE-DAY A WEEK

10:38AM 16   SCHEDULE?  A TWO-DAY WEEK SCHEDULE?

10:38AM 17           PROSPECTIVE JUROR:  WELL, IT'S HARD TO GET GOOD

10:38AM 18   PROFESSORS AT DE ANZA SO YOU HAVE TO TAKE WHATEVER TIME YOU

10:38AM 19   GET.

10:38AM 20           THE COURT:  I SEE.  YOU'RE JUST AT THE MERCY OF THE

10:38AM 21   SCHEDULE.

10:38AM 22           PROSPECTIVE JUROR:  YES.

10:38AM 23           THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

10:38AM 24           PROSPECTIVE JUROR:  THANK YOU.

10:38AM 25           THE COURT:  AND ANYONE ELSE?  THE NEW PEOPLE?

10:38AM  1          YES.  LET'S PASS THAT BEHIND YOU, MS. DIAZ, YES.

10:39AM  2               PROSPECTIVE JUROR:  I'M SCHEDULED FOR SURGERY ON

10:39AM  3     THURSDAY THE 27TH.

10:39AM  4               THE COURT:  I'M SORRY?

10:39AM  5               PROSPECTIVE JUROR:  THE 27TH I'M SCHEDULED FOR

10:39AM  6     SURGERY.

10:39AM  7               THE COURT:  OH, THE 27TH.  OKAY.  THANK YOU.

10:39AM  8          ANYONE ELSE, MR. BARBOSA?

10:39AM  9               PROSPECTIVE JUROR:  YES, I HAVE TWO THINGS.  I THINK

10:39AM 10     ONE OF THEM IS GOING TO BE A PROBLEM.  WE'RE SUPPOSED TO LEAVE

10:39AM 11     TO TEXAS ON THE FIRST WEEK OF OCTOBER AND THE OTHER ONE IS I'M

10:39AM 12     THE SOLE PROVIDER FOR MY FAMILY.

10:39AM 13               THE COURT:  WOULD YOU SPEAK INTO THE MIKE.

10:39AM 14               PROSPECTIVE JUROR:  I'M THE SOLE PROVIDER FOR MY

10:39AM 15     FAMILY SO IT KIND OF DEPENDS ON ME BEING OUT THERE.

10:39AM 16               THE COURT:  SO YOU'RE LEAVING FOR TEXAS OCTOBER 1ST?

10:39AM 17               PROSPECTIVE JUROR:  YEAH, I BELIEVE ACTUALLY WE'RE

10:39AM 18     LEAVING -- THE FLIGHT IS ON THE 5TH OF OCTOBER.

10:39AM 19               THE COURT:  OKAY.  THANK YOU VERY MUCH.  WHAT PART

10:39AM 20     OF TEXAS ARE YOU GOING TO?

10:39AM 21               PROSPECTIVE JUROR:  I'M NOT SURE.  WE'RE GOING TO GO

10:39AM 22     VISIT MY WIFE'S SISTER.  I'M JUST GOING.  SHE SAYS WE'RE GOING

10:39AM 23     AND I GO.

10:39AM 24               THE COURT:  RESTRAIN YOUR ENTHUSIASM, SIR.

10:40AM 25          THANK YOU FOR LETTING ME KNOW THAT.

10:40AM  1          IS THIS --

10:40AM  2                  PROSPECTIVE JUROR:  BRODY.

10:40AM  3                  THE COURT:  YES.

10:40AM  4                  PROSPECTIVE JUROR:  I HAVE TWO THINGS.  ON THE 28TH

10:40AM  5       I HAVE MY COUSIN'S WEDDING THAT I'M GOING DOWN WITH MY MOM THAT

10:40AM  6       I'M DRIVING DOWN FOR WHICH WOULDN'T BE DIFFICULT AND THE OTHER

10:40AM  7       THING IS WORK RELATED.  I'M IN THE PROCESS OF INTERVIEWING FOR

10:40AM  8       A PROMOTION THAT I PUT ON MY PAPER.  I HAVE TO HAVE 800 CALLS A

10:40AM  9       MONTH AND 140 DIALOGUES AND 1500 MEETINGS ALONG WITH THAT EACH

10:40AM 10       MONTH, AND SO IT'S HARD TO HIT THAT QUOTA WHEN I'M INTERVIEWING

10:40AM 11       FOR PROMOTION BECAUSE THEY LOOK OVER THOSE NUMBERS.  THAT'S

10:40AM 12       ALL.

10:40AM 13                  THE COURT:  OKAY.  THANK YOU.  AND YOUR COMPANY, I

10:40AM 14       SUSPECT, ALSO RECOGNIZES JURY SERVICE?

10:40AM 15                  PROSPECTIVE JUROR:  THAT'S TRUE.

10:40AM 16                  THE COURT:  YOU GAVE A THUMBS UP.  I ASSUME THAT'S A

10:41AM 17       POSITIVE?

10:41AM 18                  PROSPECTIVE JUROR:  YEAH.

10:41AM 19                  THE COURT:  SO MY SENSE IS THAT YOU'RE NOT GOING TO

10:41AM 20       BE PENALIZED IF YOU'RE SELECTED AS A JUROR IN THIS CASE, YOU'RE

10:41AM 21       NOT GOING TO BE PENALIZED BECAUSE OF YOUR COMMITMENT TO YOUR

10:41AM 22       COMMUNITY?

10:41AM 23                  PROSPECTIVE JUROR:  THAT'S TRUE BUT --

10:41AM 24                  THE COURT:  YOU KNOW, MANY EMPLOYERS, I'M

10:41AM 25       INFORMED -- YOU KNOW, WE'RE HERE IN SILICON VALLEY AND MANY OF

10:41AM 1       THE BIG BUSINESSES AROUND HERE ARE ACTUALLY VERY ACTIVE COURT

10:41AM 2   USERS.  THEY USE OUR COURTS FOR THEIR CASES IN MATTERS, AND WE

10:41AM 3   SEE A LOT OF THEM.

10:41AM 4       AND CONCURRENT WITH THAT MANY OF THESE COMPANIES ARE ALSO

10:41AM 5   VERY RESPECTFUL OF JURY SERVICE AND THE NEEDS TO PROVIDE JURORS

10:41AM 6   FROM THEIR WORK FORCE AND THEY RECOGNIZE THAT, AND I'M INFORMED

10:41AM 7   THAT SERVING ON JURIES BY SOME OF THESE COMPANIES, THEY LOOK

10:41AM 8   FAVORABLY UPON THEIR EMPLOYEES AND ACTUALLY ACTIVELY ENCOURAGE

10:41AM 9   PARTICIPATION IN THE JUSTICE SYSTEM THAT PROVIDES THEM SUCH

10:42AM 10  GREAT SERVICE AS WE PROVIDE IT IN OUR COURTS TO ALL LITIGANTS

10:42AM 11  IN THE COMMUNITY.

10:42AM 12      SO IT'S A LONG WINDED WAY OF SAYING MANY COMPANIES ADMIRE

10:42AM 13  THEIR EMPLOYEES WHO SIT ON JURIES.  I DOUBT THERE WOULD BE

10:42AM 14  ANYTHING PEJORATIVE TAKEN AGAINST YOU FOR SERVICE IF YOU WERE

10:42AM 15  SELECTED AS A JUROR.

10:42AM 16      SO THANK YOU, SIR.

10:42AM 17          PROSPECTIVE JUROR:  THANK YOU.

10:42AM 18          THE COURT:  YOU'RE WELCOME.

10:42AM 19          PROSPECTIVE JUROR:  I HAVEN'T SPOKE, BUT I WAS

10:42AM 20  WONDERING IF YOU COULD --

10:42AM 21          THE COURT:  HANG ON JUST A SECOND, AND WE'LL GET THE

10:42AM 22  MICROPHONE BACK TO YOU, MR. AGUILERAVITELA.

10:42AM 23          PROSPECTIVE JUROR:  OKAY.  SO I ALREADY SPOKE, BUT I

10:42AM 24  JUST WANT TO LET YOU KNOW MORE DETAILS ABOUT IT, AND LIKE I

10:42AM 25  SAID, I GRADUATED FROM SAN JOSE WITH A DEGREE IN JUSTICE

10:42AM 1    STUDIES.  I'M IN THE PROCESS OF GETTING A JOB THROUGH THE FLY

10:42AM 2    PROGRAM.  I KNOW YOU'RE FAMILIAR WITH IT.

10:42AM 3         THE COURT:  I AM.  I AM FAMILIAR WITH THE FLY

10:42AM 4    PROGRAM, AND I USED TO PARTICIPATE IN THE FLY PROGRAM WHEN I

10:42AM 5    WAS ON THE SUPERIOR COURT FOR SANTA CLARA COUNTY.  I KNOW

10:43AM 6    CHRISTA QUITE WELL.  SHE STARTED THE FLY PROGRAM.  SHE'S A

10:43AM 7    STANFORD GRAD.  YOU KNOW HER.  IT'S A WONDERFUL PROGRAM.  YOU

10:43AM 8    DO TERRIFIC WORK IN THE COMMUNITY.  I HAVE NOT BEEN ABLE TO GO

10:43AM 9    TO THEIR BREAKFAST THAT THEY HAVE OVER AT GREAT AMERICA.

10:43AM 10       HAVE YOU BEEN THERE?

10:43AM 11        PROSPECTIVE JUROR:  I'VE BEEN THERE WHEN I WAS

10:43AM 12   STUDYING HERE.

10:43AM 13        THE COURT:  RIGHT.  AND YOU PARTICIPATED.  THEY GET

10:43AM 14   A LOT OF BIG SHOTS GOING TO THAT, DON'T THEY?  I THINK THE

10:43AM 15   OWNER OF THE 49ERS WAS THERE ONE MORNING, AND HE SPOKE ABOUT

10:43AM 16   THE FLY PROGRAM.

10:43AM 17        PROSPECTIVE JUROR:  YEAH, THEY COME AND BRING PEOPLE

10:43AM 18   TO SPEAK TO THE KIDS.

10:43AM 19        THE COURT:  YES, I'VE GONE THERE AND MET WITH THE

10:43AM 20   KIDS AND MANY OF MY COLLEAGUES HAVE GONE TO MEET WITH THE KIDS,

10:43AM 21   TOO.  IT'S A TERRIFIC PROGRAM.

10:43AM 22        PROSPECTIVE JUROR:  YEAH, THEY REALLY CARE ABOUT THE

10:43AM 23   KIDS.  SO I'M IN THE PROCESS OF GETTING A JOB THROUGH THEM, BUT

10:43AM 24   LIKE I MENTIONED, I DON'T KNOW YET WHEN I'M SCHEDULED FOR AN

10:43AM 25   INTERVIEW.  IT COULD BE NEXT WEEK OR THE WEEK AFTER THAT, AND I

10:43AM  1     DON'T KNOW IF THEY'LL BE ABLE TO PLAN MY INTERVIEW ON THE DAYS

10:43AM  2     THAT WE DON'T HAVE JURY.

10:43AM  3              THE COURT:  I THINK IF YOU WERE TO TALK TO CHRISTA

10:43AM  4     GANNON.

10:43AM  5              PROSPECTIVE JUROR:  CHRISTA GANNON.

10:43AM  6              THE COURT:  AND YOU WERE TO TELL CHRISTA GANNON

10:44AM  7     THAT, YOU KNOW, I'M IN JUDGE DAVILA'S COURTROOM AS A JUROR IN

10:44AM  8     THIS CASE, DO YOU THINK THEY'RE GOING TO HOLD THIS AGAINST ME

10:44AM  9     IF I'M NOT HERE FOR THIS INTERVIEW?

10:44AM  10         I'M NOT SAYING TO USE MY NAME IN ANY WAY.

10:44AM  11         (LAUGHTER.)

10:44AM  12              PROSPECTIVE JUROR:  I JUST DON'T WANT TO LOSE THE

10:44AM  13     OPPORTUNITY.

10:44AM  14              THE COURT:  YOU DON'T WANT TO --

10:44AM  15              PROSPECTIVE JUROR:  I'VE BEEN LOOKING FOR ANOTHER

10:44AM  16     JOB.

10:44AM  17              THE COURT:  MY POINT IS THAT BECAUSE OF THE

10:44AM  18     COMMITMENT OF THAT ORGANIZATION AND WHAT THEY DO AND THEIR

10:44AM  19     COMMITMENT TO YOUTH IN THE JUSTICE SYSTEM, I DON'T THINK THAT

10:44AM  20     IT'S GOING TO PRESENT A PROBLEM FOR YOU, AS I SPOKE TO

10:44AM  21     MR. BRODY.  I RATHER THINK THAT YOU ACTIVELY PARTICIPATE AND IF

10:44AM  22     YOU ARE SELECTED AS A JUROR IN THIS CASE --

10:44AM  23              PROSPECTIVE JUROR:  UH-HUH.

10:44AM  24              THE COURT:  -- THAT'S SOMETHING THAT ACTUALLY WOULD

10:44AM  25     BE AN ADDITIONAL TEACHING OPPORTUNITY FOR YOU TO IMPART UPON

10:44AM  1    THE YOUNG PEOPLE IN THAT PROGRAM.

10:44AM  2              PROSPECTIVE JUROR:  OKAY.

10:44AM  3              THE COURT:  I HOPE THAT HELPS YOU.

10:44AM  4              PROSPECTIVE JUROR:  HOPEFULLY.

10:44AM  5              THE COURT:  ALL RIGHT.  THANK YOU.

10:44AM  6         ANYONE ELSE?  I SEE NO HANDS.

10:45AM  7         ALL RIGHT.  SO LET ME EXCUSE MS. DIAZ, JUROR NUMBER 14.

10:45AM  8    LEAVE THE PAPER AND LET THEM KNOW.

10:45AM  9         JUROR NUMBER 22, GOOD LUCK WITH SCHOOL, SIR, AND THAT

10:45AM 10    SCHEDULE.

10:45AM 11              PROSPECTIVE JUROR:  THANK YOU.

10:45AM 12              THE COURT:  ALL RIGHT.  MADAM CLERK, IF YOU COULD

10:45AM 13    SING OUT TWO NEW NAMES.

10:45AM 14              PROSPECTIVE JUROR:  YES, YOUR HONOR.

10:45AM 15              THE CLERK:  ARUN SHAKAR, IF YOU WOULD PLEASE TAKE

10:45AM 16    SEAT NUMBER 14, PLEASE.

10:46AM 17         AND AMERY AGUSTIN, YOU'LL TAKE SEAT NUMBER 22.

10:46AM 18              THE COURT:  GOOD MORNING.  THE NEW ADMITTEES TO OUR

10:46AM 19    JURY PANEL.  LET ME ASK THE QUESTION, ANYTHING ABOUT OUR

10:46AM 20    SCHEDULE OR ANY OTHER ISSUE THAT YOU THINK WOULD COMPROMISE

10:46AM 21    YOUR ABILITY TO SERVE AS A JUROR HERE?

10:46AM 22         I SEE NO HANDS.  ALL RIGHT.  THANK YOU.

10:46AM 23         NOW, LADIES AND GENTLEMEN, WE NOW COME TO THAT PORTION OF

10:46AM 24    THE TRIAL WHERE I WILL ASK YOU SOME QUESTIONS REGARDING YOUR

10:46AM 25    QUALIFICATIONS TO SIT AS JURORS IN THIS CASE.

10:46AM  1    NOW, COUNSEL WILL ALSO HAVE AN OPPORTUNITY TO ASK SOME

10:47AM  2    FOLLOW-UP QUESTIONS AS WELL.

10:47AM  3    THIS PROCESS IS VERY IMPORTANT BECAUSE THE PARTIES WANT

10:47AM  4    FAIR AND IMPARTIAL JURORS, JURORS WHO ARE FREE OF ANY

10:47AM  5    PRECONCEIVED IDEA, BELIEF, ATTITUDE, BIAS, OR PREJUDICE ABOUT

10:47AM  6    THE OFFENSES CHARGED OR THE ACCUSED OR ANY PARTIES IN THE CASE

10:47AM  7    AND JURORS WHO WILL DECIDE THIS CASE ONLY AFTER HEARING ALL OF

10:47AM  8    THE EVIDENCE, THE ARGUMENTS OF COUNSEL, THE LAW AS GIVEN TO YOU

10:47AM  9    BY THE COURT, AND THEN ONLY AFTER DELIBERATING WITH YOUR FELLOW

10:47AM  10   JURORS.

10:47AM  11   BY THE OATH THAT YOU HAVE TAKEN THIS MORNING, YOU ARE

10:47AM  12   OBLIGATED TO ANSWER ALL OF THESE QUESTIONS TRUTHFULLY AND

10:47AM  13   COMPLETELY.  YOU WILL HELP THE PROCESS BY VOLUNTEERING

10:47AM  14   INFORMATION ABOUT YOUR EXPERIENCES, YOUR FEELINGS, OR BIASES,

10:47AM  15   IF ANY, EVEN THOUGH YOU BELIEVE THAT YOU CAN PUT ASIDE THOSE

10:47AM  16   EXPERIENCES, FEELINGS, AND BIASES AND SERVE AS A FAIR AND

10:47AM  17   IMPARTIAL JUROR.

10:47AM  18   IF YOU ARE SENSITIVE ABOUT ANSWERING ANY QUESTION, PLEASE

10:48AM  19   TELL ME AND WE CAN DISCUSS THE MATTER PRIVATELY WITH COUNSEL AT

10:48AM  20   SIDE-BAR.

10:48AM  21   NOW, IN SELECTING A JURY, EACH SIDE IS PERMITTED A CERTAIN

10:48AM  22   NUMBER WHAT ARE CALL PEREMPTORY CHALLENGES TO PROSPECTIVE

10:48AM  23   JURORS.  THESE ARE CHALLENGES WHERE AN ATTORNEY NEED NOT STATE

10:48AM  24   A REASON FOR EXCUSING A JUROR.

10:48AM  25   AN ATTORNEY MIGHT EXCUSE A JUROR JUST BECAUSE IN THEIR

10:48AM   1    OPINION THEY FEEL THAT THIS IS JUST NOT THE RIGHT CASE FOR THE

10:48AM   2    JUROR.

10:48AM   3         CHALLENGES FOR CAUSE ARE CHALLENGES WHERE A PARTY OR THE

10:48AM   4    COURT FEELS THAT A PROSPECTIVE JURY CANNOT SIT ON A CASE

10:48AM   5    BECAUSE OF A BIAS, INTEREST, OR OTHER INABILITY TO BE FAIR AND

10:48AM   6    IMPARTIAL.  I WILL DETERMINE IF A JUROR SHOULD BE EXCUSED FOR

10:48AM   7    CAUSE.

10:48AM   8         NOW, THE QUESTIONS OF COURT AND COUNSEL, AND THE ANSWERS

10:48AM   9    OF PROSPECTIVE JURORS ASSIST THE ATTORNEYS IN THEIR DECISIONS.

10:48AM  10         NOW, FOLLOWING MY QUESTIONS, AND THE QUESTIONS OF COUNSEL,

10:48AM  11    THE LAWYERS WILL HAVE AN OPPORTUNITY TO MAKE DECISIONS AS TO

10:49AM  12    ANY CHALLENGES THAT THEY MAY HAVE.

10:49AM  13         WE WILL TAKE A MOMENT WHILE THE ATTORNEYS ENGAGE THIS

10:49AM  14    PROCESS AND MAKE THEIR DECISIONS.  I WILL THEN RECEIVE THE

10:49AM  15    INFORMATION FROM THE LAWYERS.  FOLLOWING THAT, ANY CHALLENGED

10:49AM  16    JURORS WILL BE EXCUSED, AND WE'LL CONTINUE THE PROCESS UNTIL WE

10:49AM  17    REACH AGREEMENT ON A JURY.

10:49AM  18         WE'LL THEN SELECT TWO ALTERNATE JURORS WHO WILL SIT IN THE

10:49AM  19    JURY BOX DURING THE TRIAL.  SHOULD A MEMBER OF THE SEATED 12

10:49AM  20    JURORS BE UNABLE TO CONTINUE TO SIT AS A JUROR, THE ALTERNATE

10:49AM  21    JUROR WILL REPLACE THAT SITTING JUROR AND WILL JOIN THE OTHER

10:49AM  22    JURORS IN DELIBERATION AT THE END OF THE CASE.

10:49AM  23         MR. NICK:  YOUR HONOR, MAY I HAVE A THREE MINUTE

10:49AM  24    BREAK BEFORE WE START THE NEXT PROCESS?

10:49AM  25         THE COURT:  SHOULD WE TAKE A BREAK NOW BEFORE WE GO

10:49AM 1     FURTHER?

10:49AM 2             MR. NICK:  IF THAT'S OKAY WITH THE COURT.

10:49AM 3             THE COURT:  THAT'S FINE.  LADIES AND GENTLEMEN,

10:49AM 4     LET'S TAKE OUR MORNING BREAK.  LET ME ASK YOU TO REMEMBER WHERE

10:50AM 5     YOU'RE SEATED, AND THOSE OF YOU HERE IN THE BOX AND RETURN TO

10:50AM 6     YOUR SEATS, AND WE'LL TAKE 15 MINUTES.  THANK YOU.

10:50AM 7         (RECESS FROM 10:50 A.M. UNTIL 11:08 A.M.)

11:08AM 8         (JURY IN AT 11:08 A.M.)

11:08AM 9             THE COURT:  THE PARTIES PREVIOUSLY PRESENT ARE

11:08AM 10    PRESENT ONCE AGAIN.  THE PROSPECTIVE JURORS ARE PRESENT, AND

11:08AM 11    I'LL CONTINUE WITH QUESTIONING.

11:09AM 12        BEFORE I DO THAT, I WANT TO RETURN TO MS. AHMED.

11:09AM 13    MS. AHMED, DID YOU TELL ME THAT YOUR 18-MONTH-OLD CHILD IS IN

11:09AM 14    DAYCARE TODAY?

11:09AM 15            PROSPECTIVE JUROR:  YES.

11:09AM 16            THE COURT:  I SEE.  AND YOU MADE THOSE ARRANGEMENTS

11:09AM 17    FOR TODAY, BUT THE CHILD IS NOT NORMALLY IN DAYCARE?

11:09AM 18            PROSPECTIVE JUROR:  NO.  HE STAYS WITH ME AT HOME.

11:09AM 19            THE COURT:  HAVE WE LOST THE MICROPHONE?  OH, THERE

11:09AM 20    WE ARE.

11:09AM 21            PROSPECTIVE JUROR:  SO HE STAYS WITH ME AT HOME

11:09AM 22    EVERY DAY.

11:09AM 23            THE COURT:  SO WHAT YOU DID IS ENGAGED DAYCARE FOR

11:09AM 24    TODAY?

11:09AM 25            PROSPECTIVE JUROR:  YES.

11:09AM  1            THE COURT:  AND YOU COULD CONTINUE THAT THROUGH THE

11:09AM  2   TRIAL, IF NECESSARY?

11:09AM  3            PROSPECTIVE JUROR:  YES.

11:09AM  4            THE COURT:  IS THERE ANYONE ELSE THAT CAN MIND THE

11:09AM  5   CHILD WHILE YOU'RE IN JURY SERVICE IF YOU'RE SELECTED?

11:09AM  6            PROSPECTIVE JUROR:  NO, I DON'T HAVE FAMILY BUT --

11:10AM  7            THE COURT:  I'M SORRY?

11:10AM  8            PROSPECTIVE JUROR:  I DON'T THINK SO.

11:10AM  9            THE COURT:  YOU KNOW, I'LL EXCUSE YOU, MS. AHMED,

11:10AM 10   AND JUST LEAVE THE INFORMATION ON THE SEAT.

11:10AM 11            PROSPECTIVE JUROR:  THANK YOU.

11:10AM 12            THE COURT:  YOU'RE WELCOME.  IF YOU COULD GO

11:10AM 13   DOWNSTAIRS AND PLEASE LET THE COMMISSIONER KNOW.

11:10AM 14         IF YOU COULD SING OUT ANOTHER NAME, PLEASE.

11:10AM 15            THE CLERK:  YES, YOUR HONOR.

11:10AM 16         MACKENZIE ALUFFI, IF YOU'LL TAKE SEAT NUMBER 8, PLEASE.

11:10AM 17            THE COURT:  GOOD MORNING.  IS THERE ANYTHING ABOUT

11:10AM 18   THE DURATION OF THE CASE OR ANY OTHER ISSUE THAT YOU THINK

11:10AM 19   WOULD CAUSE IT TO BE DIFFICULT FOR YOU TO SIT AS A JUROR IN

11:11AM 20   THIS CASE?

11:11AM 21            PROSPECTIVE JUROR:  NO.

11:11AM 22            THE COURT:  ALL RIGHT.  THANK YOU.

11:11AM 23         LET ME THEN BEGIN SOME QUESTIONS FOR THE PANEL AND

11:11AM 24   ENTIRELY.

11:11AM 25         HAVE ANY OF YOU READ OR HEARD ANYTHING ABOUT THIS CASE?

| | | |
|---|---|---|
| 11:11AM | 1 | ANY OF YOU KNOW ANYTHING ABOUT THIS CASE? |
| 11:11AM | 2 | I SEE NO HANDS. |
| 11:11AM | 3 | DO ANY OF YOU KNOW THE ASSISTANT U.S. ATTORNEYS OR DEFENSE |
| 11:11AM | 4 | COUNSEL? |
| 11:11AM | 5 | I SEE NO HANDS. |
| 11:11AM | 6 | HAVE ANY OF YOU HAD ANY BUSINESS DEALINGS WITH THE |
| 11:11AM | 7 | ATTORNEYS OR BEEN REPRESENTED BY THEM OR BEEN MEMBERS OF THEIR |
| 11:11AM | 8 | FIRMS? |
| 11:11AM | 9 | LET'S GET THE MIKE -- WHERE IS THE MICROPHONE?  YES. |
| 11:11AM | 10 | PROSPECTIVE JUROR:  SORRY.  I WAS LIKE I COULDN'T |
| 11:11AM | 11 | PLACE HIM. |
| 11:11AM | 12 | THE COURT:  IS THIS MR. ALBERTS? |
| 11:11AM | 13 | PROSPECTIVE JUROR:  YEAH. |
| 11:11AM | 14 | THE COURT:  YES. |
| 11:11AM | 15 | PROSPECTIVE JUROR:  I ACTUALLY DO JIUJITSU WITH ONE |
| 11:11AM | 16 | OF THE ATTORNEYS. |
| 11:11AM | 17 | THE COURT:  YOU DO JIUJITSU WITH ONE OF THE |
| 11:11AM | 18 | ATTORNEYS? |
| 11:11AM | 19 | PROSPECTIVE JUROR:  YES. |
| 11:11AM | 20 | THE COURT:  AND WHICH ATTORNEY WOULD THAT BE? |
| 11:11AM | 21 | PROSPECTIVE JUROR:  THAT WOULD BE LEAD COUNSEL. |
| 11:11AM | 22 | HE'S A NICE GUY SO THAT MIGHT MAKE IT BIASED. |
| 11:12AM | 23 | THE COURT:  WELL, WHEN YOU SAY YOU DO JIUJITSU, DO |
| 11:12AM | 24 | YOU -- DO YOU TAKE A CLASS THAT MR. SIMEON IS ENGAGED IN? |
| 11:12AM | 25 | PROSPECTIVE JUROR:  YES. |

11:12AM  1                    THE COURT:  I SEE.  AND HOW LONG HAVE YOU DONE THAT?

11:12AM  2                    PROSPECTIVE JUROR:  WHEN DID YOU START?

11:12AM  3                    THE COURT:  WELL, SIR.

11:12AM  4               (LAUGHTER.)

11:12AM  5                    PROSPECTIVE JUROR:  FROM WHENEVER HE STARTED AT THE

11:12AM  6     SCHOOL.  I'VE BEEN THERE FOR A YEAR AND A HALF AND HE STARTED

11:12AM  7     AFTER ME SO I WOULD SAY THREE TO SIX MONTHS.

11:12AM  8                    THE COURT:  AND, MR. ALBERTS, IS THIS A WEEKLY --

11:12AM  9     HOW MANY DAYS A WEEK IS IT?

11:12AM 10                    PROSPECTIVE JUROR:  I GO TWICE A WEEK.

11:12AM 11                    THE COURT:  AND YOU SEE HIM EACH TIME YOU'RE THERE?

11:12AM 12                    PROSPECTIVE JUROR:  IT'S BEEN A LITTLE BIT.  HE'S

11:12AM 13     TAKEN OFF A LITTLE TIME OR GONE TO OTHER CLASSES BUT --

11:12AM 14                    THE COURT:  OKAY.  WOULD YOU -- I ASSUME THAT YOU

11:12AM 15     SPEAK WHEN YOU'RE AT THESE SESSIONS?

11:12AM 16                    PROSPECTIVE JUROR:  YES, WE DO.

11:12AM 17                    THE COURT:  YOU TALK WITH YOUR CLASSMATES?

11:12AM 18                    PROSPECTIVE JUROR:  YEAH.

11:12AM 19                    THE COURT:  AND WHEN YOU PARTICIPATE IN THE

11:12AM 20     EXERCISES, THERE'S -- OFTENTIMES THERE'S AN OPPONENT, I GUESS,

11:12AM 21     OR A COLLEAGUE?

11:12AM 22                    PROSPECTIVE JUROR:  YES.

11:13AM 23                    THE COURT:  HAVE YOU EVER HAD AN OCCASION TO SQUARE

11:13AM 24     OFF WITH MR. SIMEON?

11:13AM 25                    PROSPECTIVE JUROR:  YES.

11:13AM 1          THE COURT:  I'M NOT GOING TO ASK YOU ABOUT THE

11:13AM 2     DETAILS ABOUT IT.

11:13AM 3          BUT WHAT I AM CURIOUS ABOUT, AND IN ALL SERIOUSNESS, IS

11:13AM 4     THAT YOU DO HAVE THAT RELATIONSHIP, IF YOU WILL, WITH

11:13AM 5     MR. SIMEON.

11:13AM 6          IF YOU'RE SEATED AS A JUROR IN THIS CASE, HOW WILL THAT

11:13AM 7     IMPACT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES

11:13AM 8     HERE?

11:13AM 9          PROSPECTIVE JUROR:  I MEAN, I'M AN ASSISTANT

11:13AM 10    PRINCIPAL AT A MIDDLE SCHOOL SO IT IS MY JOB TO BE IMPARTIAL,

11:13AM 11    BUT I ALSO KNOW HOW HUMAN BIAS GOES SO I CAN SAY THAT I WILL BE

11:13AM 12    IMPARTIAL AND I WILL DO MY BEST, BUT THERE WILL BE A TENDENCY

11:13AM 13    TOWARDS TRUSTING PROBABLY HIM IN THIS SITUATION.

11:13AM 14         THE COURT:  SO -- WELL, I APPRECIATE YOUR CANDOR IN

11:13AM 15    THIS.  AND IT'S IMPORTANT FOR THE DEFENSE HERE AND FOR ALL OF

11:13AM 16    US TO HAVE A FAIR TRIAL.

11:13AM 17         PROSPECTIVE JUROR:  YES.

11:13AM 18         THE COURT:  AND IT MAY COME TO PASS -- FOR EXAMPLE,

11:14AM 19    YOU HEARD ME TALK ABOUT THE PROCEDURES.  HAVE YOU EVER SAT AS A

11:14AM 20    JUROR BEFORE?

11:14AM 21         PROSPECTIVE JUROR:  NO.  I WAS CALLED BUT DID NOT.

11:14AM 22         THE COURT:  OKAY.  SURE.  YOU'VE SEEN, I'M SURE ON

11:14AM 23    TELEVISION AND MOVIES, THE WAY JURY TRIALS WORK AND OPERATE.

11:14AM 24         PROSPECTIVE JUROR:  YES.

11:14AM 25         THE COURT:  SO THERE'S SOMETHING CALLED A CLOSING

11:14AM 1    ARGUMENT AND THE FINAL ARGUMENT, AND THAT'S WHERE COUNSEL WILL

11:14AM 2    SUMMARIZE THE EVIDENCE AND THEIR OPINION AND WILL OFFER THEIR

11:14AM 3    OPINION OF WHAT THE EVIDENCE SHOWED AND THEY'LL ASK THE JUROR,

11:14AM 4    THEY'LL ASK THE JURY TO SO FIND.

11:14AM 5         IT MAY BE THAT MR. SIMEON GIVES THE CLOSING ARGUMENT HERE

11:14AM 6    IN THIS CASE, AND SO IN THAT WAY LAWYERS TRY TO BE PERSUASIVE

11:14AM 7    AS TO THE EVIDENCE AND SO YOU ENJOY A RELATIONSHIP WITH

11:14AM 8    MR. SIMEON THAT HIS COLLEAGUE OPPOSITES DO NOT.

11:14AM 9         PROSPECTIVE JUROR:  YES.

11:14AM 10        THE COURT:  AND THAT'S THE CONCERN THAT I THINK I

11:14AM 11   WOULD RAISE.

11:14AM 12        DO YOU THINK THAT THAT WOULD AFFECT YOUR ABILITY TO LISTEN

11:14AM 13   IMPARTIALLY TO BOTH SIDES AT LEAST IN THAT CLOSING ARGUMENT

11:15AM 14   PHASE?

11:15AM 15        PROSPECTIVE JUROR:  I DON'T KNOW.  I'LL BE HONEST, I

11:15AM 16   DON'T KNOW.

11:15AM 17        THE COURT:  ALL RIGHT.  I'M ASKING YOU TO PREDICT

11:15AM 18   SOMETHING IN THE FUTURE BUT --

11:15AM 19        PROSPECTIVE JUROR:  YEAH.

11:15AM 20        THE COURT:  BUT IT'S IMPORTANT FOR US TO KNOW AND

11:15AM 21   RECOGNIZE WHETHER YOU CAN PUT ASIDE -- YOU MENTIONED UNDER YOUR

11:15AM 22   BREATH, I THINK WE HEARD IT, HE'S A NICE GUY, AND I CAN TELL

11:15AM 23   YOU I KNOW ALL OF THESE LAWYERS AND ALL OF THEM ARE NICE

11:15AM 24   PERSONS.

11:15AM 25        PROSPECTIVE JUROR:  EXACTLY.

11:15AM 1          THE COURT:  BUT I'M JUST CURIOUS WHETHER YOU

11:15AM 2     THINK -- LET ME PUT IT THIS WAY, DO YOU THINK THIS IS THE RIGHT

11:15AM 3     TRIAL FOR YOU BASED ON THE FACT THAT YOU KNOW MR. SIMEON AND

11:15AM 4     YOU'RE GOING TO BE CALLED UPON TO USE YOUR BEST JUDGMENT TO

11:15AM 5     WEIGH THE EVIDENCE IN THIS CASE?

11:15AM 6          PROSPECTIVE JUROR:  I'LL BE HONEST, THE ODDS OF --

11:15AM 7     I'M ASSUMING SOMETHING LIKE THIS HAPPENING ARE PRETTY RARE, AND

11:15AM 8     I WILL SAY IN THIS INSTANCE AT LEAST IF I WERE SITTING IN THE

11:15AM 9     DEFENSE'S SEAT, I PROBABLY WOULDN'T BE THE BEST FIT,

11:15AM 10    UNFORTUNATELY.

11:15AM 11         THE COURT:  YOU THINK THE DEFENSE MIGHT BE

11:16AM 12    UNCOMFORTABLE HAVING YOU HERE BECAUSE OF THE RELATIONSHIP THAT

11:16AM 13    YOU HAVE?

11:16AM 14         PROSPECTIVE JUROR:  THERE'S A LEVEL OF COLLEGIALITY

11:16AM 15    THAT OCCURS IN JIUJITSU.

11:16AM 16         THE COURT:  I HAVE NEVER HEARD OF MARTIAL ARTS

11:16AM 17    DESCRIBED AS COLLEGIAL, BUT I'LL TAKE YOUR WORD FOR IT.

11:16AM 18         (LAUGHTER.)

11:16AM 19         PROSPECTIVE JUROR:  IT'S AN INTERESTING --

11:16AM 20         THE COURT:  ALL RIGHT.  THANK YOU.  WELL, I

11:16AM 21    APPRECIATE THAT.

11:16AM 22         WELL, MR. ALBERTS, I THINK I SHOULD EXCUSE YOU.

11:16AM 23         PROSPECTIVE JUROR:  OKAY.  SORRY.

11:16AM 24         THE COURT:  I THINK IT'S THE RIGHT THING TO DO.  AND

11:16AM 25    I APPRECIATE YOUR CANDOR.  THANK YOU FOR COMING IN AND YOUR

11:16AM  1    OTHERWISE WILLINGNESS TO ENJOY.  YOU CAN TAKE IT OUT ON

11:16AM  2    MR. SIMEON.

11:16AM  3              PROSPECTIVE JUROR:  THAT'S NOT HOW THAT ONE GOES.

11:16AM  4    THAT'S NOT HOW THAT ONE GOES.

11:16AM  5              THE CLERK:  JOYCE AGUINALDO.

11:17AM  6              THE COURT:  LET ME ASK YOU THE SAME QUESTION, IS

11:17AM  7    THERE ANYTHING ABOUT THE TRIAL OR THE DURATION OF THE TRIAL OR

11:17AM  8    ANYTHING THAT MIGHT IMPAIR YOUR ABILITY TO SIT AS A JUROR IN

11:17AM  9    THIS CASE?

11:17AM  10       OKAY.  THANK YOU.

11:17AM  11       LET ME CONTINUE WITH MY QUESTIONS BUT LET ME ASK YOU,

11:17AM  12   MS. AGUINALDO, DO YOU KNOW ANYTHING ABOUT THIS CASE?

11:17AM  13              PROSPECTIVE JUROR:  NO.

11:17AM  14              THE COURT:  HAVE YOU -- DO YOU KNOW THE LAWYERS, ANY

11:17AM  15   OF THE LAWYERS IN THIS CASE?

11:17AM  16              PROSPECTIVE JUROR:  NO.

11:17AM  17              THE COURT:  DO YOU KNOW ANY OF YOU -- THIS IS TO THE

11:17AM  18   ENTIRE PROSPECTIVE PANEL.  DO ANY OF YOU KNOW THE DEFENDANTS IN

11:17AM  19   THIS CASE, MR. OR MS. KUBUROVICH?

11:17AM  20       I SEE NO HANDS.

11:17AM  21       DO YOU KNOW ANY OF THE WITNESSES THAT I HAVE PRINTED OUT

11:18AM  22   AND THEY'RE ON YOUR FORMS, DO YOU KNOW ANY OF THE WITNESSES?

11:18AM  23       I SEE NO HANDS.

11:18AM  24       HAVE ANY OF YOU SERVED AS A JUROR IN A CRIMINAL OR CIVIL

11:18AM  25   CASE OR AS A MEMBER OF A GRAND JURY IN FEDERAL OR STATE COURTS,

11:18AM 1    ANYONE HAVE ANY PRIOR JURY SERVICE?

11:18AM 2         ALL RIGHT.  LET'S SEE.  WHERE IS THE MICROPHONE?

11:18AM 3         YES.  THANK YOU, SIR.  IS THAT MR. SHAKAR?

11:18AM 4              PROSPECTIVE JUROR:  YES, I SERVED AS AN ALTERNATE

11:18AM 5    JUROR IN A STATE COURT PROCEEDING.

11:18AM 6              THE COURT:  OKAY.  WAS THAT A CIVIL CASE OR A

11:18AM 7    CRIMINAL CASE, IF YOU RECALL?

11:18AM 8              PROSPECTIVE JUROR:  THAT WOULD BE A CRIMINAL CASE.

11:18AM 9              THE COURT:  ALL RIGHT.  AND HOW LONG AGO WAS THAT?

11:18AM 10             PROSPECTIVE JUROR:  LESS THAN TWO YEARS BACK.

11:18AM 11             THE COURT:  WAS IT IN SUPERIOR COURT HERE IN SAN

11:18AM 12   JOSE?

11:18AM 13             PROSPECTIVE JUROR:  PALO ALTO.

11:18AM 14             THE COURT:  PALO ALTO, OKAY.  DO YOU REMEMBER THE

11:18AM 15   NATURE OF THE CHARGES?

11:18AM 16             PROSPECTIVE JUROR:  YES.

11:18AM 17             THE COURT:  WHAT WERE THEY?

11:18AM 18             PROSPECTIVE JUROR:  THEY WERE LIKE DOMESTIC ABUSE.

11:18AM 19             THE COURT:  I SEE.  AND YOU DID NOT PARTICIPATE IN

11:18AM 20   THE FINAL --

11:18AM 21             PROSPECTIVE JUROR:  THAT IS RIGHT.

11:19AM 22             THE COURT:  -- DELIBERATIONS?  ALL RIGHT.  IS THERE

11:19AM 23   ANYTHING ABOUT THAT EXPERIENCE, YOUR JURY EXPERIENCE THAT YOU

11:19AM 24   THINK WOULD IMPAIR YOUR ABILITY TO BE FAIR AND IMPARTIAL TO

11:19AM 25   BOTH SIDES HERE?

11:19AM   1              PROSPECTIVE JUROR:  NO.

11:19AM   2              THE COURT:  THANK YOU.  WAS THERE OTHER JURY SERVICE

11:19AM   3      IN THE BOX?  LET'S PASS THAT BACK.  IS THAT MS. LONERGAN?

11:19AM   4              PROSPECTIVE JUROR:  HI.  WHEN FILLING OUT THE FORM I

11:19AM   5      WAS TOLD TO PUT THIS IN.  IT'S PROBABLY NOT RELEVANT, BUT I

11:19AM   6      SERVED OVER 30 YEARS AGO AND IT WAS IN BRITAIN.

11:19AM   7              THE COURT:  I SEE.

11:19AM   8          DO YOU RECALL WAS IT A CIVIL CASE?

11:19AM   9              PROSPECTIVE JUROR:  ACTUALLY I DIDN'T KNOW WHAT TO

11:19AM  10      PUT IT UNDER, AND I HONESTLY DON'T KNOW, BUT I KNOW THAT THE

11:19AM  11      CHARGES WERE IN THEFT, VIOLENCE, MENACING, THOSE KIND OF

11:19AM  12      CHARGES.

11:19AM  13              THE COURT:  I SEE.

11:19AM  14              PROSPECTIVE JUROR:  AND THERE WAS A VERDICT.

11:19AM  15              THE COURT:  THERE WAS A VERDICT?

11:19AM  16              PROSPECTIVE JUROR:  YES.

11:19AM  17              THE COURT:  AND WERE YOU THE FOREPERSON OF THE JURY?

11:19AM  18              PROSPECTIVE JUROR:  NO.

11:19AM  19              THE COURT:  IS THERE ANYTHING ABOUT THAT EXPERIENCE

11:19AM  20      THAT YOU THINK WILL IMPAIR YOUR ABILITY TO BE FAIR AND

11:19AM  21      IMPARTIAL TO BOTH SIDES HERE?

11:19AM  22              PROSPECTIVE JUROR:  NO.

11:19AM  23              THE COURT:  ALL RIGHT.  THANK YOU FOR SHARING THAT.

11:19AM  24      I APPRECIATE THAT.  ANYONE ELSE?  WE'LL PASS THIS DOWN TO

11:20AM  25      MS. GUNDERSON.  YES.

11:20AM  1              PROSPECTIVE JUROR:  YES.

11:20AM  2              THE COURT:  TELL ME ABOUT IT.

11:20AM  3              PROSPECTIVE JUROR:  I WAS OVER IN SANTA CRUZ IN THE

11:20AM  4      COURTHOUSE THERE, AND IT WAS OVER 20 YEARS AGO, A CIVIL CASE,

11:20AM  5      AND IT WAS A TRAFFIC ACCIDENT.

11:20AM  6              THE COURT:  I SEE.

11:20AM  7              PROSPECTIVE JUROR:  AND WE DID COME TO A --

11:20AM  8              THE COURT:  YOU DID REACH A VERDICT?

11:20AM  9              PROSPECTIVE JUROR:  YES.

11:20AM  10             THE COURT:  AND WERE YOU THE FOREPERSON?

11:20AM  11             PROSPECTIVE JUROR:  NO.

11:20AM  12             THE COURT:  ANYTHING ABOUT THAT EXPERIENCE THAT YOU

11:20AM  13     THINK WOULD AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO

11:20AM  14     BOTH SIDES HERE?

11:20AM  15             PROSPECTIVE JUROR:  NO.

11:20AM  16             THE COURT:  ALL RIGHT.  THANK YOU.  AND I THINK

11:20AM  17     MR. BRODY?  YES.

11:20AM  18             PROSPECTIVE JUROR:  HELLO AGAIN.  IT WAS MAYBE A

11:20AM  19     YEAR AND A HALF AGO I WAS IN A COPYRIGHT INFRINGEMENT CASE

11:20AM  20     HERE.  ANY QUESTIONS?

11:20AM  21             THE COURT:  IN THIS COURTHOUSE?

11:20AM  22             PROSPECTIVE JUROR:  YEAH.

11:20AM  23             THE COURT:  AND WAS THE JURY ABLE TO REACH A VERDICT

11:20AM  24     IN THAT CASE?

11:20AM  25             PROSPECTIVE JUROR:  WE WERE, BUT TO BE HONEST, I

11:20AM 1   FEEL LIKE I COULD HAVE BEEN SWAYED IN EITHER DIRECTION JUST

11:20AM 2   BECAUSE OF HOW FINE THE COPYRIGHT, IT WAS JUST VERY TOUGH FOR

11:21AM 3   ME TO -- I FEEL LIKE IT COULD HAVE WENT EITHER WAY EVEN THOUGH

11:21AM 4   THE VERDICT WENT ONE WAY SO.

11:21AM 5            THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THAT

11:21AM 6   SERVICE, YOUR EXPERIENCE THERE THAT YOU THINK WILL IMPAIR YOUR

11:21AM 7   ABILITY TO BE FAIR AND IMPARTIAL OR AFFECT YOUR ABILITY IN ANY

11:21AM 8   WAY TO SIT AS A JUROR IN THIS CASE?

11:21AM 9            PROSPECTIVE JUROR:  I HAVEN'T HEARD THE CASE IN ITS

11:21AM 10  ENTIRETY YET SO I CAN'T TELL YOU WHAT MY FUTURE STATE WILL BE.

11:21AM 11           THE COURT:  OKAY.  BUT THERE'S NOTHING ABOUT YOUR

11:21AM 12  EXPERIENCE AS A JUROR THAT AFFECTS YOUR ABILITY HERE?

11:21AM 13           PROSPECTIVE JUROR:  I WOULD SAY IN REGARDS TO THAT

11:21AM 14  CASE I DIDN'T FEEL LIKE I WAS 100 PERCENT WITH AGREEMENT TO

11:21AM 15  THAT DECISION BUT EVERYBODY ELSE WAS AT THAT POINT.

11:21AM 16           THE COURT:  OKAY.  ALL RIGHT.  FAIR ENOUGH.

11:21AM 17      AND THIS IS A CRIMINAL CASE AND NOT A CIVIL CASE AND SO

11:21AM 18  THE RULES ARE DIFFERENT AND THE PRESUMPTIONS ARE DIFFERENT.

11:21AM 19  I'LL TALK ABOUT THOSE IN A MOMENT.

11:21AM 20      ALL RIGHT.  THANK YOU.  ANYONE ELSE?

11:21AM 21      ANY OTHER JURY SERVICE?

11:22AM 22      I SEE NO HANDS.  ALL RIGHT.  THANK YOU.

11:22AM 23      HAVE ANY OF YOU HEARD OR KNOW OF A BUSINESS CALLED

11:22AM 24  MEDILEAF?  ANYONE HAVE ANY CONNECTION OR KNOWLEDGE OF A

11:22AM 25  BUSINESS CALLED MEDILEAF?

```
11:22AM   1            I SEE NO HANDS.

11:22AM   2            HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN EMPLOYED BY A

11:22AM   3    BANK, CREDIT UNION, OR OTHER FINANCIAL INSTITUTION?

11:22AM   4            YES.  OKAY.  MS. GUNDERSON, LET'S START WITH YOU.

11:22AM   5                 PROSPECTIVE JUROR:  I WORKED FOR IT WAS PACIFIC

11:22AM   6    WESTERN BANK QUITE A WHILE AGO, IN MY TWENTIES, AND THEN IT

11:22AM   7    BECAME COAMERICA BANK WHICH IS STILL AROUND, AND THEN I WORKED

11:22AM   8    FOR COAST COMMERCIAL BANK.

11:22AM   9                 THE COURT:  OKAY.  IN WHAT CAPACITY WERE YOU

11:22AM   10   EMPLOYED.

11:22AM   11                PROSPECTIVE JUROR:  I WAS A BANK TELLER AND THEN A

11:22AM   12   BACKUP NEW ACCOUNTS.

11:22AM   13                THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:22AM   14        MR. BRODY, DID YOU HAVE YOUR HAND UP?

11:22AM   15                PROSPECTIVE JUROR:  I GUESS IF IT'S RELEVANT.  MY

11:22AM   16   MOM'S BEST FRIEND WHO COMES OVER ALL OF THE TIME IS A FINANCIAL

11:23AM   17   ADVISOR.

11:23AM   18                THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:23AM   19        LET'S PASS IT BACK THEN.  MR. AGUILERAVITELA.

11:23AM   20                PROSPECTIVE JUROR:  I HAVE A FRIEND WHO WORKS FOR

11:23AM   21   BAY FEDERAL CREDIT UNION.

11:23AM   22                THE COURT:  OKAY.  DO YOU KNOW IN WHAT CAPACITY?

11:23AM   23                PROSPECTIVE JUROR:  BANK TELLER.

11:23AM   24                THE COURT:  TELLER.  OKAY.  THANK YOU.

11:23AM   25            AND LET'S GO DOWN TO -- MR. SCAGLIA, YES.
```

11:23AM  1          PROSPECTIVE JUROR:  YES.  I'M NOT SURE IT'S

11:23AM  2     RELEVANT, BUT I'M THE MANAGING PARTNER OF A VENTURE CAPITAL

11:23AM  3     FIRM THAT I CREATED OR I'M CREATING RIGHT NOW SO I'M REGISTERED

11:23AM  4     AS A FINANCIAL INSTITUTION.

11:23AM  5          THE COURT:  GREAT.  ALL RIGHT.  THANK YOU.

11:23AM  6        AND LET'S GO BACK TO MR. ALUFFI, YES.

11:23AM  7          PROSPECTIVE JUROR:  I WAS A BANK TELLER ABOUT

11:23AM  8     TEN YEARS AGO AT UNION BANK OF FRESNO.

11:23AM  9          THE COURT:  OKAY.  THANK YOU.  ANYONE ELSE WITH

11:23AM 10     EXPERIENCE IN THAT REGARD?

11:23AM 11        I SEE NO HANDS.

11:23AM 12        HAS ANY -- HAVE ANY OF YOU WORKED FOR THE INTERNAL REVENUE

11:23AM 13     SERVICE OR ANY FINANCIAL REGULATORY GOVERNMENTAL AGENCY?

11:23AM 14     ANYONE?

11:23AM 15        MR. BRODY, WE'LL GET THE MIKE BACK TO YOU, SIR.

11:24AM 16          PROSPECTIVE JUROR:  HELLO AGAIN.  I WORKED AT MORGAN

11:24AM 17     STANLEY FOR ABOUT A YEAR AND A HALF MAYBE WITHIN THE LAST

11:24AM 18     FIVE YEARS.

11:24AM 19          THE COURT:  IN WHAT CAPACITY, SIR?

11:24AM 20          PROSPECTIVE JUROR:  I MANAGED STOCK PORTFOLIOS AND

11:24AM 21     ANSWERED THE FRONT DESK PHONES AND WORKED WITH OTHER

11:24AM 22     REPRESENTATIVES.

11:24AM 23          THE COURT:  OKAY.  WERE YOU A FINANCIAL PLANNER?  DO

11:24AM 24     YOU HAVE THE CERTIFICATION IN FINANCIAL PLANNING OR ANY OTHER?

11:24AM 25          PROSPECTIVE JUROR:  I DON'T, BUT I WAS DOING STOCK

page

11:24AM 1      PERFORMANCE ANALYSIS FOR ADVISORS.

11:24AM 2            THE COURT:  ALL RIGHT.  THANK YOU.  ANYONE ELSE?

11:24AM 3         I SEE NO HANDS.

11:24AM 4         IS THERE ANYTHING ABOUT THE NATURE OF THESE OFFENSES THAT

11:24AM 5      WOULD -- THAT MIGHT CAUSE ANY JUROR DIFFICULTY IN SERVING AS A

11:24AM 6      FAIR AND IMPARTIAL JUROR?  JUST THE NATURE OF THE ALLEGATIONS

11:24AM 7      THAT I READ TO YOU EARLIER?  ANYTHING ABOUT THOSE THAT WOULD

11:24AM 8      CAUSE SOME DIFFICULTY TO SIT AS A JUROR?

11:25AM 9         I SEE NO HANDS.

11:25AM 10        HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN EMPLOYED AS A

11:25AM 11     REAL ESTATE AGENT, AN APPRAISER, A MORTGAGE BROKER, AN

11:25AM 12     UNDERWRITER, A LOAN PROCESSOR, ESCROW AGENT, OR ANY OTHER

11:25AM 13     PROFESSION INVOLVED IN THE SALE, FUNDING, OR REFINANCING OF

11:25AM 14     REAL ESTATE LOANS?

11:25AM 15        DOES ANYONE HAVE ANY EXPERIENCE IN THAT REGARD?  ALL

11:25AM 16     RIGHT.

11:25AM 17        I SEE SOME HANDS.

11:25AM 18        MS. GUNDERSON, RIGHT NEXT TO YOU.

11:25AM 19            PROSPECTIVE JUROR:  I DON'T HAVE FAMILY THAT WORK ON

11:25AM 20     THAT, BUT I HAVE NEIGHBORS VERY, VERY CLOSE LIKE MY KIDS'

11:25AM 21     FRIENDS AND THEY ARE IN THE PROFESSION.

11:25AM 22            THE COURT:  I SEE.  DO YOU SPEAK WITH THEM ABOUT

11:25AM 23     THEIR WORK AT ALL?  DO YOU SPEAK WITH THEM ABOUT THEIR WORK IN

11:25AM 24     GREAT DETAIL?

11:25AM 25            PROSPECTIVE JUROR:  WE ASK INFORMATION, AND THEY

11:26AM 1   GIVE US ADVICE, AND WE CHAT ABOUT IT AND THE MARKET OR WHAT IS

11:26AM 2   HAPPENING AND IN SILICON VALLEY.

11:26AM 3            THE COURT:  ALL RIGHT.  THANK YOU.

11:26AM 4        BACK TO MR. BRODY, I THINK.

11:26AM 5            PROSPECTIVE JUROR:  NO, MR. SHEWCHUK.

11:26AM 6            THE COURT:  YES.

11:26AM 7            PROSPECTIVE JUROR:  I HAVE A GOOD FRIEND WHO IS A

11:26AM 8   REAL ESTATE AGENT, AND SHE BOUGHT AND SOLD A COUPLE OF OUR

11:26AM 9   HOUSES.  AND I HAVE A GOOD FRIEND -- A COUPLE OF LOAN OFFICERS

11:26AM 10  WHO HAVE DONE SEVERAL LOANS FOR US AND, YES, WE GET TOGETHER

11:26AM 11  AND TALK ABOUT THE BUSINESS AND STUFF.

11:26AM 12           THE COURT:  OKAY.  THANK YOU.  MR. BRODY.

11:26AM 13           PROSPECTIVE JUROR:  MY AUNT AND UNCLE ARE REAL

11:26AM 14  ESTATE AGENTS.

11:26AM 15           THE COURT:  HERE IN THIS AREA?

11:26AM 16           PROSPECTIVE JUROR:  ONE IS AND ONE IS IN SANTA CRUZ.

11:26AM 17           THE COURT:  OKAY.  THANK YOU.

11:26AM 18        LET'S PASS IT BACK.  AND I THINK, MR. AGUILERAVITELA, YES,

11:26AM 19  SIR.

11:26AM 20           PROSPECTIVE JUROR:  AND I HAVE COWORKERS WHO WORK IN

11:26AM 21  REAL ESTATE AS WELL, BUT I DON'T GET FURTHER INTO THAT

11:26AM 22  CONVERSATION ABOUT IT.

11:26AM 23           THE COURT:  OKAY.  ALL RIGHT.  IF YOU COULD PASS IT

11:26AM 24  BEHIND YOU.

11:27AM 25           PROSPECTIVE JUROR:  I WAS A LICENSED REAL ESTATE

11:27AM  1     AGENT IN ILLINOIS DURING MY TWENTIES, BUT I NEVER PRACTICED.

11:27AM  2     IT WAS A SUPPLEMENTAL CAREER.

11:27AM  3          THE COURT:  THANK YOU.  ANYONE ELSE IN THE BACK?

11:27AM  4     MR. SUH.

11:27AM  5          PROSPECTIVE JUROR:  YEAH, I DO HAVE A CLOSE FRIEND

11:27AM  6     WHO IS A REAL ESTATE AGENT, AND I CALL THEM FROM TIME TO TIME

11:27AM  7     AND WE DISCUSS --

11:27AM  8          THE COURT:  REAL ESTATE?

11:27AM  9          PROSPECTIVE JUROR:  -- REAL ESTATE RELATED THINGS,

11:27AM  10    AND HE IS THE ONE WHO BOUGHT MY HOUSE SO SINCE THEN.

11:27AM  11          THE COURT:  I SEE.

11:27AM  12          PROSPECTIVE JUROR:  WE'VE BEEN TALKING ABOUT MAYBE,

11:27AM  13    YOU KNOW, OTHER REAL ESTATE OPPORTUNITIES.

11:27AM  14          THE COURT:  I SEE.  OKAY.  THANK YOU.  DOWN IN

11:27AM  15    FRONT.

11:27AM  16       MR. SCAGLIA, YES, SIR.

11:27AM  17          PROSPECTIVE JUROR:  YEAH, I JUST WANTED TO DISCLOSE

11:27AM  18    ONE OF OUR LIMITED PARTNERS.  SO AN INVESTOR IS A LARGE REAL

11:27AM  19    ESTATE FIRM WITH ASSETS IN THE BAY AREA.

11:28AM  20          THE COURT:  I SEE.  THANK YOU.  ANYONE ELSE?

11:28AM  21    MS. NGUYEN.

11:28AM  22          PROSPECTIVE JUROR:  I JUST RECENTLY DATE A REAL

11:28AM  23    ESTATE AGENT.

11:28AM  24          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  ANYONE

11:28AM  25    ELSE?  OH, YES, LET'S GO BACK TO MR. SHAKAR.

11:28AM 1          PROSPECTIVE JUROR:  MY BROTHER IS INTO PROPERTY

11:28AM 2     DEVELOPMENT.

11:28AM 3          THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

11:28AM 4       DO ANY OF YOU HAVE ANY EXPERIENCE OR TRAINING OR EDUCATION

11:28AM 5     IN ACCOUNTING OR BOOKKEEPING?  ANYONE HAVE EXPERIENCE IN THOSE?

11:28AM 6     LET'S PASS THE MICROPHONE BACK UP TO MS. STANOJEVIC.

11:28AM 7          PROSPECTIVE JUROR:  I'M A FINANCE DIRECTOR FOR

11:28AM 8     SHUTTERFLY.  IT'S A PUBLIC COMPANY, AND I'M IN CHARGE OF THE

11:28AM 9     FPNA, WHICH IS FINANCIAL PLANNING AND ANALYSIS, WHICH

11:28AM 10    ENCOMPASSES EARNINGS PREPARATION S.E.C. --

11:29AM 11         THE COURT:  I SEE.  DO YOU OVERSEE THE FILING OF

11:29AM 12    DOCUMENTS WITH THE S.E.C. AND OTHER FINANCIAL DOCUMENTS.

11:29AM 13         PROSPECTIVE JUROR:  YES.  I'M NOT AN OFFICIAL

11:29AM 14    SIGNATURE IN THE PROCESS, BUT I'M PART OF THE PROCESS.

11:29AM 15         THE COURT:  ALL RIGHT.  THANK YOU.

11:29AM 16       LET'S SEE, MR. AGUILERAVITELA, YES.

11:29AM 17         PROSPECTIVE JUROR:  YES.  WHILE DOING MY INTERNSHIP

11:29AM 18    WITH THE PROBATION DEPARTMENT I WAS HELPING OUT WITH CERTAIN

11:29AM 19    TASKS SUCH AS BOOKKEEPING, BUT I DIDN'T PERFORM IT ON A REGULAR

11:29AM 20    BASIS.

11:29AM 21         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:29AM 22       MR. SCAGLIA.

11:29AM 23         PROSPECTIVE JUROR:  WELL, AGAIN, AS PART OF MY

11:29AM 24    VENTURE FIRM I FIND ACCOUNTING RESULTS, AND I USE AN OUTSIDE

11:29AM 25    ACCOUNTANT, BUT I'M SUPPOSED TO SIGN THIS SO THAT'S ONE

11:29AM  1     DISCLOSURE.

11:29AM  2          THE SECOND ONE IS I'M ON THE AUDIT COMMITTEE OF

11:29AM  3     Y COMBINATOR RESEARCH.

11:30AM  4             THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL PASS IT UP

11:30AM  5     AGAIN TO MR. ZHANG, PLEASE.

11:30AM  6             PROSPECTIVE JUROR:  YEAH, I JUST RECALL ONE MORE

11:30AM  7     INFORMATION ABOUT YOUR PREVIOUS QUESTION.

11:30AM  8          SO I JUST RECALL THAT MY WIFE, NOT LONG AGO, WITH A

11:30AM  9     FRIEND/REAL ESTATE AGENT FORMED AN ENTITY TO DO A REAL ESTATE

11:30AM  10    BUSINESS TOGETHER.  I'M NOT SURE IF THIS IS IMPORTANT, BUT I

11:30AM  11    JUST WANT TO --

11:30AM  12             THE COURT:  OH.  THANK YOU.  THANK YOU.  I

11:30AM  13    APPRECIATE THAT.  ANY OTHER RESPONSES TO THIS QUESTION?

11:30AM  14          I SEE NO HANDS.

11:30AM  15          HAVE ANY OF YOU OWNED YOUR OWN BUSINESS OR COMPANY?

11:30AM  16    MR. SCAGLIA, I UNDERSTAND YOUR COMPANY.

11:30AM  17             PROSPECTIVE JUROR:  I OWN IT.

11:30AM  18             THE COURT:  ANY OF YOU OWN YOUR OWN BUSINESS OR

11:30AM  19    COMPANY?  ANY OF YOU DONE ANY OF THAT?  MS. LONERGAN -- OH, I'M

11:30AM  20    SORRY, MS. GUNDERSON.

11:30AM  21             PROSPECTIVE JUROR:  WELL, I DON'T OWN MY OWN, BUT MY

11:30AM  22    HUSBAND DOES.

11:30AM  23             THE COURT:  AND WHAT KIND OF COMPANY?

11:30AM  24             PROSPECTIVE JUROR:  IT'S A TRADE SHOW EXHIBIT

11:31AM  25    COMPANY.

```
11:31AM    1              THE COURT:  ARE YOU INVOLVED AT ALL IN THE

11:31AM    2   DAY-TO-DAY PROCEEDINGS?

11:31AM    3              PROSPECTIVE JUROR:  JUST WHAT HE TELLS ME AT HOME.

11:31AM    4   NO, I'M NOT AT THE BUSINESS.  WE KEEP THAT SEPARATE.

11:31AM    5              THE COURT:  OKAY.  AND MS. LONERGAN.

11:31AM    6              PROSPECTIVE JUROR:  I WAS IN -- OVER 20 YEARS AGO

11:31AM    7   BEFORE MY CHILDREN I QUALIFIED AS A BEAUTY THERAPIST WE CALL

11:31AM    8   IT.  IT'S LIKE AN ESTHETICIAN AND A MASSAGE THERAPIST, AND I

11:31AM    9   WAS SELF-EMPLOYED WITH THAT.

11:31AM   10              THE COURT:  OKAY.  ALL RIGHT.  YOU TOOK CARE OF YOUR

11:31AM   11   OWN FINANCES?

11:31AM   12              PROSPECTIVE JUROR:  YEAH, BUT IT WAS A SMALL

11:31AM   13   CONCERN.

11:31AM   14              THE COURT:  ALL RIGHT.  THANK YOU.  HAVE ANY OF YOU

11:31AM   15   EVER APPLIED FOR A MORTGAGE OR A RE-FINANCING OF YOUR PROPERTY

11:31AM   16   OR A BUSINESS LOAN?

11:31AM   17       I SUPPOSE I COULD HAVE ASKED THIS QUESTION HOW MANY OF YOU

11:31AM   18   HAVEN'T DONE THOSE THINGS?  BUT ARE THERE PEOPLE HERE WHO HAVE

11:31AM   19   ENGAGED IN MORTGAGE REFINANCING?  WHY DON'T YOU RAISE YOUR

11:32AM   20   HANDS SO I CAN GET A SENSE OF THINGS.

11:32AM   21       OKAY.  IS THERE ANYTHING ABOUT THAT EXPERIENCE THAT YOU

11:32AM   22   THINK CAUSES YOU TO HAVE NEGATIVE OR POSITIVE FEELINGS ABOUT

11:32AM   23   FINANCIAL INSTITUTIONS?

11:32AM   24       ALL RIGHT.  I SEE NO HANDS.

11:32AM   25              HAVE ANY OF YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED
```

11:32AM 1     IN A BANKRUPTCY PROCEEDING EITHER AS A FILER OR AS A CREDITOR?

11:32AM 2     ANYONE HERE HAVE EXPERIENCE IN THAT REGARD?

11:32AM 3          ALL RIGHT.  LET'S PASS THE MICROPHONE TO THE BACK, AND I

11:32AM 4     THINK MS. MACARAEG?  YES.

11:32AM 5               PROSPECTIVE JUROR:  YES.

11:32AM 6               THE COURT:  YOU'VE HAD EXPERIENCE IN THE BANKRUPTCY

11:32AM 7     PROCEEDINGS?

11:32AM 8               PROSPECTIVE JUROR:  OH, NO, BUT I FILED BANKRUPTCY.

11:33AM 9               THE COURT:  I SEE.  AND LET ME ASK YOU THIS, YOUR

11:33AM 10    EXPERIENCE IN THAT PROCESS, HOW LONG AGO WAS THAT?

11:33AM 11              PROSPECTIVE JUROR:  I HAVE ONE I THINK IN 2 -- 2016.

11:33AM 12              THE COURT:  OKAY.  I SEE.

11:33AM 13              PROSPECTIVE JUROR:  AND I ALSO HAVE FIVE, ANOTHER

11:33AM 14    ONE IN 2012.

11:33AM 15              THE COURT:  OKAY.  I SEE.  WERE THOSE ACTIONS

11:33AM 16    RESOLVED TO YOUR SATISFACTION?  ARE YOU PLEASED WITH THE

11:33AM 17    OUTCOME?

11:33AM 18              PROSPECTIVE JUROR:  YES, ACTUALLY.

11:33AM 19              THE COURT:  ANYONE ELSE?  MR. SUH.

11:33AM 20              PROSPECTIVE JUROR:  YES.  SO MY PARENTS PROBABLY

11:33AM 21    FILED BANKRUPTCY 20 YEARS AGO.

11:33AM 22              THE COURT:  OKAY.

11:33AM 23              PROSPECTIVE JUROR:  AND MY OLDER BROTHER FILED FOR

11:34AM 24    BANKRUPTCY PROBABLY FIVE YEARS AGO.  I DIDN'T, YOU KNOW --

11:34AM 25    20 YEARS AGO I WAS YOUNG, AND I WASN'T INVOLVED, AND I KNEW WE

11:34AM  1    WENT THROUGH THAT AS A FAMILY, AND THEN MY BROTHER.  I WAS NOT

11:34AM  2    DIRECTLY INVOLVED, BUT I WAS JUST MENTIONING THAT.

11:34AM  3              THE COURT:  OKAY.  WERE THOSE ACTIONS RESOLVED

11:34AM  4    SATISFACTORILY AS FAR AS YOU KNOW AND AT LEAST AS FAR AS THE

11:34AM  5    PARTICIPANTS?

11:34AM  6              PROSPECTIVE JUROR:  YES.

11:34AM  7              THE COURT:  ALL RIGHT.  LET ME ASK BOTH OF YOU THEN.

11:34AM  8    DO YOU FEEL THAT THE GOVERNMENT REPRESENTATIVES IN THOSE

11:34AM  9    ACTIONS, AS FAR AS YOU KNOW, THIS IS TO BOTH OF YOU -- OH, I'M

11:34AM  10    SORRY, I DIDN'T SEE A HAND.

11:34AM  11        MR. SHEWCHUK.

11:34AM  12              PROSPECTIVE JUROR:  MY SISTER AND BROTHER-IN-LAW

11:34AM  13    FILED FOR BANKRUPTCY ABOUT FIVE OR SIX YEARS AGO AND THEN

11:34AM  14    FORECLOSURE ON THE HOUSE.

11:34AM  15              THE COURT:  OKAY.

11:34AM  16              PROSPECTIVE JUROR:  SO IT WAS A LITTLE MESSY, BUT IT

11:34AM  17    SEEMED TO TURN OUT IN THE END.

11:34AM  18              THE COURT:  LET'S PASS IT DOWN.  IS THAT MR. ALCALA?

11:34AM  19        YES, SIR.

11:35AM  20              PROSPECTIVE JUROR:  SO MY BOSS AT WORK, WHO I'M

11:35AM  21    ACTUALLY CLOSE TO, HE ACTUALLY FILED FOR BANKRUPTCY IN THE LAST

11:35AM  22    TEN YEARS.  I DIDN'T ASK HIM DETAILS ABOUT IT, BUT AS FAR AS I

11:35AM  23    KNOW EVERYTHING WENT WELL.

11:35AM  24              THE COURT:  ALL RIGHT.  THANK YOU.  MS. NGUYEN.

11:35AM  25              PROSPECTIVE JUROR:  MY OLDER BROTHER AND MY YOUNGER

11:35AM  1    SISTER FILED BANKRUPTCY LIKE 10 OR 15 YEARS AGO.

11:35AM  2            THE COURT:  OKAY.

11:35AM  3            PROSPECTIVE JUROR:  AND NOW THEY'RE GOOD.

11:35AM  4            THE COURT:  OKAY.  THANK YOU.  AS FAR AS -- BACK TO

11:35AM  5    MR. SUH AND MS. MACARAEG, AS FAR AS YOU KNOW THE PROCEEDINGS

11:35AM  6    WITH YOUR FAMILY MEMBERS WENT WELL?  IS THAT FAIR TO SAY?

11:35AM  7        I SEE NODS OF APPROVAL.  ALL RIGHT.  THANK YOU.

11:35AM  8        THOSE OF YOU WHO HAVE HAD THIS EXPERIENCE OR KNOW PEOPLE

11:35AM  9    WHO HAVE HAD THE EXPERIENCE, DO THESE EXPERIENCES CAUSE YOU TO

11:35AM 10    HAVE ANY FEELINGS EITHER POSITIVE OR NEGATIVE ABOUT BANKRUPTCY

11:35AM 11    LAWS OR THE PROCESS OF FILING BANKRUPTCY?

11:35AM 12        ANYTHING ABOUT YOUR KNOWLEDGE OR YOUR EXPERIENCE IN THAT

11:35AM 13    REGARD THAT YOU THINK WILL AFFECT YOUR ABILITY TO SIT AS JURORS

11:35AM 14    IN THIS CASE?

11:36AM 15        I SEE NO HANDS.

11:36AM 16        YES, I'M SORRY, MS. NGUYEN.

11:36AM 17            PROSPECTIVE JUROR:  I JUST WANT TO SHARE, SEEING MY

11:36AM 18    BROTHER AND SISTER GO THROUGH THAT, I REALLY WANT TO TAKE GOOD

11:36AM 19    CARE OF MY CREDIT, AND THAT'S WHY I TAKE GOOD CARE OF IT SO I

11:36AM 20    DON'T HAVE TO GO THROUGH IT.

11:36AM 21            THE COURT:  CAN WE HAND THE MICROPHONE BACK TO

11:36AM 22    MR. SUH.

11:36AM 23            PROSPECTIVE JUROR:  SEEING THE FAMILIES GOING

11:36AM 24    THROUGH AND EVEN THOUGH THE FIRST ONE I WAS YOUNG, AND THEN WE

11:36AM 25    GO THROUGH THINGS AND THEN MY BROTHER, TOO, WITHIN FIVE YEARS.

11:36AM  1    SO, YOU KNOW, I MAY BE MORE SYMPATHETIC TOWARDS ONE WAY OR THE

11:36AM  2    OTHER BECAUSE I DID HAVE PROBABLY MORE EXPOSURE TO THAT

11:36AM  3    SITUATION.  SO MAY BE -- I MIGHT NOT BE THE BEST PERSON TO SIT

11:36AM  4    ON THE CASE WHO HAS THAT EXPERIENCE WHERE I MAY NOT BE ABLE TO

11:36AM  5    DELIVER AN UNBIASSED --

11:36AM  6              THE COURT:  WELL, THANK YOU.  I APPRECIATE THAT.  I

11:37AM  7    THINK YOU SAID THAT YOU FELT THAT THE RESULTS WERE POSITIVE?

11:37AM  8              PROSPECTIVE JUROR:  YES, IT WAS.

11:37AM  9              THE COURT:  RIGHT.  SO YOU DON'T HARBOR ANY ILL WILL

11:37AM 10    TOWARDS THE GOVERNMENT OR TOWARDS THE BANKRUPTCY COURT FOR THE

11:37AM 11    PROCEEDINGS?

11:37AM 12              PROSPECTIVE JUROR:  BUT THE SITUATION OF WHY THEY

11:37AM 13    HAD TO FILE A BANKRUPTCY IS ALWAYS -- A LOT OF TIMES ARE NOT

11:37AM 14    GOOD BECAUSE SOMEBODY ELSE DEFRAUDED MY PARENTS, AND SO THEY

11:37AM 15    HAD NO CHOICE BUT THEN TO DECLARE BANKRUPTCY TYPE OF THING.

11:37AM 16              THE COURT:  I SEE.

11:37AM 17              PROSPECTIVE JUROR:  SO THE SITUATION LEADING TO IT

11:37AM 18    WAS NOT VERY PLEASANT.  AND WITH MY BROTHER AS WELL, TOO.

11:37AM 19         SO I DO HAVE, YOU KNOW, IN THOSE KIND OF INSTANCES HAVE

11:37AM 20    SOME BIAS ON THE --

11:37AM 21              THE COURT:  I SEE.

11:37AM 22              PROSPECTIVE JUROR:  -- ON HOW THE CIRCUMSTANCE LEADS

11:37AM 23    THEM TO DECLARE A BANKRUPTCY.

11:37AM 24              THE COURT:  I SEE.  SO IT'S NOT THE BANKRUPTCY PER

11:37AM 25    SE, IT'S THE GENESIS OF WHAT HAPPENED THAT CAUSED THAT

11:37AM  1    FINANCIAL PROBLEM TO YOUR FAMILY?

11:37AM  2              PROSPECTIVE JUROR:  YES.

11:37AM  3              THE COURT:  I SEE.  WELL, LET ME ASK YOU, SIR, THE

11:38AM  4    ALLEGATIONS IN THIS CASE, YOU HEARD ME READ THE CHARGES.

11:38AM  5              PROSPECTIVE JUROR:  YES, YES.

11:38AM  6              THE COURT:  THERE ARE ALLEGATIONS OF FRAUD.  IS

11:38AM  7    THERE ANYTHING ABOUT JUST THE ALLEGATIONS THAT YOU THINK WILL

11:38AM  8    AFFECT YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES

11:38AM  9    HERE?

11:38AM  10             PROSPECTIVE JUROR:  PROBABLY NOT, BUT I CAN'T SAY

11:38AM  11   FOR SURE BECAUSE I HAVEN'T HEARD ALL OF THE DETAILS OF WHAT

11:38AM  12   THE -- I HEARD THAT IT WAS BASICALLY HIDING PROPERTY AND MONEY

11:38AM  13   KIND OF THING AND THEN THEM DECLARING BANKRUPTCY WHICH I THINK

11:38AM  14   IS -- OUR FAMILY GOING THROUGH THE BANKRUPTCY, THE FIRST

11:38AM  15   SITUATION IS SIMILAR TO THAT, AND SOME OTHER PERSON BASICALLY

11:38AM  16   DECLARED BANKRUPTCY AND DIDN'T PAY.  SO THAT THEN MY PARENTS

11:38AM  17   HAD TO DO THE SAME SO IT MIGHT BE A LITTLE BIT SIMILAR TO THAT.

11:38AM  18   I DON'T KNOW THE DETAILS SO THAT'S WHY I'M KIND OF THINKING

11:38AM  19   ABOUT THAT AND SO JUST PUTTING THAT OUT.

11:38AM  20             THE COURT:  OF COURSE.  AND WE APPRECIATE YOUR

11:39AM  21   CANDOR.

11:39AM  22        I SUPPOSE THE QUESTION HERE IS WOULD YOU BE ABLE TO PUT

11:39AM  23   ASIDE YOUR FAMILY'S SITUATION AND HEAR THE EVIDENCE IN THIS

11:39AM  24   CASE OBJECTIVELY WITHOUT LOOKING BACK TO YOUR FAMILY SITUATION

11:39AM  25   AND CALLING ON YOUR FAMILY'S SITUATION TO INFORM YOUR DECISION

```
11:39AM   1    IN THIS CASE.

11:39AM   2              PROSPECTIVE JUROR:  I CAN CERTAINLY TRY.  IS THAT

11:39AM   3    GOOD ENOUGH?

11:39AM   4              THE COURT:  OKAY.

11:39AM   5              PROSPECTIVE JUROR:  I CAN'T -- BECAUSE I DON'T KNOW

11:39AM   6    WHAT WILL HAPPEN AND THE DETAILS, AND THEY MIGHT BRING UP SOME

11:39AM   7    OTHER EMOTIONS OR WHATNOT, BUT AT LEAST FOR NOW SITTING HERE I

11:39AM   8    COULD SAY THAT.

11:39AM   9              THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THAT.

11:39AM  10        ANYONE ELSE?

11:39AM  11        I SEE NO HANDS.

11:39AM  12        HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN ACCUSED OF OR

11:39AM  13    ARRESTED FOR OR CONVICTED OF ANY OFFENSES FOR MAKING FALSE

11:40AM  14    STATEMENTS TO A BANK OR FRAUD OR WIRE FRAUD OR ANY TYPE OF

11:40AM  15    FRAUD?  ANYONE HAVE ANY KNOWLEDGE ABOUT ANY OF THOSE TYPES OF

11:40AM  16    THINGS THROUGH FAMILY MEMBERS OR OTHERWISE?

11:40AM  17        I SEE NO HANDS.

11:40AM  18              PROSPECTIVE JUROR:  I WOULD LIKE TO SPEAK.

11:40AM  19              THE COURT:  I'M SORRY, MS. GUNDERSON.

11:40AM  20              PROSPECTIVE JUROR:  THAT'S OKAY.  I WAS HESITATING.

11:40AM  21    WHEN I WORKED IN BANKING, IT HAS NOTHING TO DO WITH MY FAMILY,

11:40AM  22    BUT I HAD A CUSTOMER COME IN WITH A LARGE CHECK, AND IT ENDED

11:40AM  23    UP BEING FRAUDULENT.  I WENT THROUGH ALL OF THE PROPER STEPS,

11:40AM  24    AND I THOUGHT IT WAS WRONG, BUT MY BOSS APPROVED IT.  IT LATER

11:40AM  25    CAME BACK THAT IT WAS LATER A FORGED CHECK AND THE BANK WAS OUT
```

11:40AM 1    THAT MONEY AND SO THAT'S MY ONLY EXPERIENCE.

11:40AM 2            THE COURT:  ALL RIGHT.  THANK YOU.

11:40AM 3        LET'S GO BACK TO MS. ALUFFI.

11:40AM 4            PROSPECTIVE JUROR:  I THINK I CAN SPEAK LOUD ENOUGH.

11:40AM 5    THE SAME SITUATION HAPPENED WITH ME WHEN I WAS A TELLER.

11:40AM 6            THE COURT:  ALL RIGHT.  I SEE.  THANK YOU.

11:41AM 7        HAVE YOU OR ANY MEMBER OF YOUR FAMILY OR ANY CLOSE FRIEND

11:41AM 8    EVER BEEN EMPLOYED BY A LAW ENFORCEMENT AGENCY, INCLUDING

11:41AM 9    DISTRICT ATTORNEY OFFICES, UNITED STATES ATTORNEY'S OFFICES,

11:41AM 10   FBI, I.R.S., S.E.C., DEA, ATF, ANY OTHER LAW ENFORCEMENT

11:41AM 11   AGENCY?

11:41AM 12       AND LET'S GET THE MICROPHONE.  LET'S PASS IT IN THE FRONT

11:41AM 13   ROW DOWN TO MR. BRODY -- I'M SORRY, YES, MR. SHEWCHUK, GO RIGHT

11:41AM 14   AHEAD.

11:41AM 15           PROSPECTIVE JUROR:  I USED TO PLAY SOFTBALL ABOUT I

11:41AM 16   GUESS 15 OR 20 YEARS AGO WITH A COUPLE OF FBI AGENTS.

11:41AM 17           THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:41AM 18   MR. BRODY.

11:41AM 19           PROSPECTIVE JUROR:  I FORGOT TO MENTION THIS

11:41AM 20   EARLIER, MY MOM DOES ESTATE LITIGATION.  SHE OWNS HER OWN

11:41AM 21   PRACTICE.

11:41AM 22           THE COURT:  YOUR MOM IS A LAWYER?

11:41AM 23           PROSPECTIVE JUROR:  SHE'S A LAWYER.  I DON'T KNOW IF

11:41AM 24   THAT'S RELEVANT.

11:41AM 25           THE COURT:  WHERE DOES SHE PRACTICE?

```
11:41AM   1              PROSPECTIVE JUROR:  I TRULY DON'T KNOW.  ALL OVER.

11:41AM   2              THE COURT:  WHERE IS HER OFFICE?

11:42AM   3              PROSPECTIVE JUROR:  SARATOGA.

11:42AM   4              THE COURT:  SARATOGA.  ALL RIGHT.  THANK YOU.  AND

11:42AM   5      LET'S GO BACK TO MR. AGUILERAVITELA BEHIND YOU.

11:42AM   6              PROSPECTIVE JUROR:  I HAVE A COUSIN WHO WORKS AT A

11:42AM   7      CORRECTIONAL FACILITY DOWN IN SOLEDAD, AND I HAD AN AUNT WHO

11:42AM   8      DID BAIL BONDS NOW AND IS NOW A CORRECTIONAL OFFICER HERE FOR

11:42AM   9      SANTA CLARA.

11:42AM  10              THE COURT:  ALL RIGHT.  THANK YOU.  ANYONE ELSE?

11:42AM  11      MR. SUH?

11:42AM  12              PROSPECTIVE JUROR:  ONE OF MY VERY CLOSE FRIENDS

11:42AM  13      FROM COLLEGE WORKED AT A DEPARTMENT OF STATE AND THEN LATER

11:42AM  14      WORKED AT THE FBI AND HOMELAND SECURITY AND IS STILL ON THAT

11:42AM  15      SIDE OF THINGS.

11:42AM  16              THE COURT:  OKAY.

11:42AM  17              PROSPECTIVE JUROR:  AND I HAVE ONE OF MY BEST

11:42AM  18      FRIEND'S YOUNGER SISTER IS AN ATTORNEY DOWN IN SOUTHERN

11:42AM  19      CALIFORNIA AS WELL.

11:42AM  20              THE COURT:  OKAY.  THANK YOU.

11:42AM  21         DO YOU SPEAK WITH YOUR FRIENDS WHO ARE INVOLVED IN LAW

11:42AM  22      ENFORCEMENT?  DO YOU TALK WITH THEM ABOUT THEIR WORK ON A

11:42AM  23      REGULAR BASIS?

11:43AM  24              PROSPECTIVE JUROR:  THE FRIEND WHO WORKS AT FBI AND

11:43AM  25      HOMELAND SECURITY, HE'S NOT ALLOWED TO TALK TO ME ABOUT THAT
```

11:43AM  1    STUFF SO HE DOESN'T.

11:43AM  2              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:43AM  3         MS. ALUFFI.

11:43AM  4              PROSPECTIVE JUROR:  MY HUSBAND WAS A CORRECTIONAL

11:43AM  5    OFFICER FOR THREE YEARS AND MY FATHER-IN-LAW WAS A POLICE

11:43AM  6    OFFICER, CHIEF, ET CETERA, IN SANTA CRUZ.

11:43AM  7              THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THE

11:43AM  8    NATURE OF THOSE EMPLOYMENTS THAT YOU THINK WOULD IMPAIR YOUR

11:43AM  9    ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

11:43AM 10              PROSPECTIVE JUROR:  I THINK INHERENTLY IN MY CASE

11:43AM 11    IT'S JUST KIND OF STEEPED IN OUR FAMILY CULTURE.

11:43AM 12              THE COURT:  UH-HUH, YES.

11:43AM 13              PROSPECTIVE JUROR:  SO IT'S PRETTY DIFFICULT.  I

11:43AM 14    MEAN, I JUST -- I AM NOT SAYING IT'S THE RIGHT THING, BUT I

11:43AM 15    WOULD TAKE THE WORD OF ANYONE IN A LAW ENFORCEMENT POSITION

11:43AM 16    MOST LIKELY.

11:43AM 17              THE COURT:  SO -- AND THAT'S WHY I ASKED THE

11:43AM 18    QUESTION, AND THERE ARE MANY FAMILIES WHOSE FAMILY TRADITIONS

11:44AM 19    AND THEIR CULTURES HAVE LAW ENFORCEMENT IN THEIR BACKGROUND AND

11:44AM 20    THEY COME AND THEY TALK WITH US AS PROSPECTIVE JURORS, AND THIS

11:44AM 21    IS THE ISSUE THAT WE NEED TO PROBE IS RECOGNIZING THAT, CAN AN

11:44AM 22    INDIVIDUAL, AND IN THIS CASE YOU, SO WOULD YOU BE ABLE TO PUT

11:44AM 23    ASIDE ANY FEELINGS AS YOU'VE MENTIONED THEM AND SIT AS A FAIR

11:44AM 24    AND IMPARTIAL JUROR TO BOTH SIDES IN THIS CASE?

11:44AM 25         DO YOU THINK YOU COULD DO THAT?

11:44AM 1                    PROSPECTIVE JUROR:  IF I'M BEING COMPLETELY HONEST?

11:44AM 2        NO.

11:44AM 3                    THE COURT:  DO YOU THINK -- WHAT DO YOU THINK YOU

11:44AM 4        WOULD DO OR HOW DO YOU THINK YOU WOULD RECEIVE THE EVIDENCE?

11:44AM 5                    PROSPECTIVE JUROR:  JUST SO I DON'T SOUND COMPLETELY

11:44AM 6        SHALLOW.  THERE IS A LITTLE MORE TO IT.  I WAS ALSO ROBBED WHEN

11:44AM 7        I WAS A TELLER AT THE BANK, AND THAT PERSON WAS NEVER CAUGHT SO

11:44AM 8        I HAVE A LITTLE BIT OF A CHIP IN TERMS OF FEELING AS THOUGH A

11:44AM 9        LOT OF -- THERE ARE A LOT OF SITUATIONS WHERE PEOPLE ARE, YOU

11:44AM 10       KNOW, DO THINGS AND ARE NOT CAUGHT AND THAT WEIGHS INTO IT AS

11:44AM 11       WELL.

11:44AM 12           SO, NO, I JUST DON'T.

11:45AM 13                   THE COURT:  THE PARTIES ARE HERE PRESUMED TO BE

11:45AM 14       INNOCENT AND YOU RESPECT THAT.

11:45AM 15                   PROSPECTIVE JUROR:  OF COURSE.

11:45AM 16                   THE COURT:  THE QUESTION HERE IS WHETHER OR NOT YOU

11:45AM 17       CAN PUT ASIDE YOUR PERSONAL FEELINGS?  WE'RE NOT BEING CRITICAL

11:45AM 18       OF ANYONE'S FEELINGS HERE, BUT IT'S JUST A QUESTION OF WHETHER

11:45AM 19       OR NOT YOU FEEL YOU CAN PUT THOSE ASIDE OR WHETHER YOU THINK

11:45AM 20       YOU CAN'T?

11:45AM 21                   PROSPECTIVE JUROR:  I THINK I CAN'T.  YOU KNOW, I

11:45AM 22       WOULD ACTUALLY BE CRITICAL.  IT IS KIND OF A CHARACTER FLAW,

11:45AM 23       BUT I DON'T THINK THAT I HAD WOULD BE ABLE TO.

11:45AM 24                   THE COURT:  AND THE QUESTION THAT I HAD ASKED, IT'S

11:45AM 25       PROBABLY THE NEXT QUESTION THAT I WAS GOING TO ASK IS THAT

11:45AM 1    WOULD ANY OF YOU IN THE BOX HERE, WOULD ANY OF YOU GIVE GREATER

11:45AM 2    OR LESSER CREDENCE TO A WITNESS WHO IS A LAW ENFORCEMENT

11:45AM 3    OFFICER, AGENT, OR AN EMPLOYEE, JUST BECAUSE OF THE NATURE OF

11:45AM 4    THEIR EMPLOYMENT?  SO THIS ASKS THE QUESTION BOTH WAYS.

11:46AM 5         WOULD ANYONE GIVE LAW ENFORCEMENT WITNESSES GREATER WEIGHT

11:46AM 6    JUST BECAUSE OF THAT EMPLOYMENT?  AND I THINK THIS WAS -- I'M

11:46AM 7    NOT PUTTING WORDS IN YOUR MOUTH, BUT THAT'S WHAT I HEAR YOU

11:46AM 8    SAYING.

11:46AM 9              PROSPECTIVE JUROR:  THAT'S CORRECT.

11:46AM 10             THE COURT:  OR LESSER WEIGHT BECAUSE OF THE NATURE

11:46AM 11   OF THAT EMPLOYMENT?  ANYONE OTHER THAN MS. ALUFFI?  HAND IT

11:46AM 12   DOWN TO MR. AGUILERAVITELA.

11:46AM 13             PROSPECTIVE JUROR:  IF IT WERE TO BE SOMEBODY WHO IS

11:46AM 14   SWORN UNDER OATH TO TELL THE TRUTH, I WOULD PUT MORE FAITH INTO

11:46AM 15   THAT PERSON.

11:46AM 16             THE COURT:  WELL, EVERYONE WHO TESTIFIES WILL

11:46AM 17   TESTIFY UNDER OATH, EVERYONE WHO TESTIFIES AND TAKES AN OATH TO

11:46AM 18   TELL THE TRUTH.

11:46AM 19        OUR COURTROOM DEPUTY ADMINISTERS THE OATH, AND THEY SIT IN

11:46AM 20   THIS CHAIR RIGHT HERE, AND THEY TESTIFY UNDER OATH.  SO

11:46AM 21   EVERYONE IS REQUIRED TO -- EVERYONE TAKES THE SAME OATH AND

11:47AM 22   THEY'RE REQUIRED AND OBLIGATED TO TESTIFY UNDER PENALTY OF

11:47AM 23   PERJURY.

11:47AM 24        SO I DON'T KNOW IF THAT ASSISTS YOU IN YOUR ANALYSIS.

11:47AM 25        BUT MY QUESTION IS GEARED TOWARDS LAW ENFORCEMENT AND

11:47AM 1    WHETHER OR NOT JUST BECAUSE SOMEONE IS A LAW ENFORCEMENT

11:47AM 2    OFFICER, AGENT, OR REPRESENTATIVE, WOULD SOMEONE GIVE THAT

11:47AM 3    TESTIMONY, JUST BECAUSE OF THE NATURE OF THE EMPLOYMENT,

11:47AM 4    GREATER CREDIBILITY, GREATER WEIGHT, OR JUST BECAUSE OF THAT

11:47AM 5    POSITION LESSER WEIGHT?

11:47AM 6         ANYONE FEEL THAT WAY?

11:47AM 7         I SEE NO HANDS.

11:47AM 8         OH, MR. SCAGLIA, YES, SIR.

11:47AM 9              PROSPECTIVE JUROR:  I MEAN, I'M TRYING TO TAKE THIS

11:47AM 10   VERY SERIOUSLY SO I'M SORT OF TAKEN ABACK BY YOUR QUESTION.

11:47AM 11   ONE, IT'S INCREDIBLY BROAD AND ALSO ISN'T THE DEFINITION OF

11:47AM 12   SOCIETY THAT LAW ENFORCEMENT, YOU'RE SUPPOSED TO PUT MORE

11:47AM 13   CREDIBILITY ON THEM, OTHERWISE I HAVE LIKE MORE CREDIBILITY, I

11:47AM 14   PUT MORE CREDIBILITY ON YOU BECAUSE YOU'RE A JUDGE.

11:48AM 15        SO ISN'T IT A GIVEN THAT ANY NORMALLY FUNCTIONING SOCIAL

11:48AM 16   PERSON WOULD BE -- MAYBE I COMPLETELY MISUNDERSTOOD YOUR

11:48AM 17   QUESTION.

11:48AM 18              THE COURT:  NO, NO, NO, SIR.  THANK YOU FOR ASKING.

11:48AM 19   THIS ALLOWS US TO DISCUSS THIS A LITTLE BIT.  IN THE CONTEXT OF

11:48AM 20   THIS COURTROOM WITH WITNESSES WHO WILL TESTIFY, THE

11:48AM 21   WITNESSES -- AND I'LL GIVE YOU, I'LL INSTRUCT YOU, AND YOU'LL

11:48AM 22   RECEIVE INSTRUCTIONS IF YOU'RE SEATED AS JURORS AS TO THINGS

11:48AM 23   THAT YOU CAN CONSIDER WHEN YOU CONSIDER THE CREDIBILITY OF A

11:48AM 24   WITNESS.  THOSE THINGS INCLUDE THE DEMEANOR OF A WITNESS WHILE

11:48AM 25   HE OR SHE TESTIFIES, THE WITNESS'S ABILITY TO RECALL EVENTS

11:48AM 1    ACCURATELY, WHETHER OR NOT THE WITNESS MAY HAVE TESTIFIED

11:48AM 2    PREVIOUSLY OR STATED THINGS PREVIOUSLY IN A DIFFERENT MANNER.

11:48AM 3        ALL OF THESE THINGS ARE ANY BIAS THAT A WITNESS MIGHT HAVE

11:48AM 4    IN A PARTICULAR CASE.  THESE ARE ALL THINGS THAT JURORS MIGHT

11:49AM 5    CONSIDER WHEN THEY CONSIDER THE -- WHEN THEY CONSIDER THE

11:49AM 6    TESTIMONY OF WITNESSES.

11:49AM 7        THE POINT IS, HOWEVER, THAT JUST BECAUSE OF A PERSON'S --

11:49AM 8    THE NATURE OF THEIR EMPLOYMENT, THEIR BACKGROUND, THEIR STATUS,

11:49AM 9    THAT SHOULD NOT FORM AND INFORM A JUROR AS TO HOW THEY TAKE

11:49AM 10   SOMEONE'S CREDIBILITY AS AGAINST SOMEONE ELSE JUST BECAUSE OF

11:49AM 11   THE NATURE OF THEIR EMPLOYMENT.

11:49AM 12       SO I'M NOT SURE THAT HELPS YOU, BUT THE POINT IS THAT

11:49AM 13   BECAUSE AN OFFICER TESTIFIES, SHE MIGHT BE A LAW ENFORCEMENT

11:49AM 14   OFFICER BUT THE INSTRUCTIONS SAY AND THE INSTRUCTION THAT

11:49AM 15   YOU'LL RECEIVE ARE THAT THERE ARE CERTAIN THINGS THAT YOU CAN

11:49AM 16   CONSIDER WHEN YOU CONSIDER A WITNESS'S TESTIMONY.

11:49AM 17       THIS QUESTION IS TO ASK WHETHER OR NOT JUST BECAUSE, AS

11:49AM 18   YOU POINT OUT, SIR, JUST BECAUSE LAW ENFORCEMENT BACKGROUND

11:49AM 19   THAT EVERYONE SHOULD GIVE THAT TESTIMONY GREATER WEIGHT THAN

11:49AM 20   THAT OF A LAY WITNESS OR SOMEONE WHO IS NOT A POLICE OFFICER.

11:50AM 21       AND I THINK YOU CAN SEE WHAT COULD HAPPEN IF THAT WAS THE

11:50AM 22   CASE THAT THAT COULD SERIOUSLY INFECT THE JURY TRIAL PROCESS AS

11:50AM 23   FAR AS FAIRNESS OF TRIALS IF ONE SIDE -- IF IT WERE THE OTHER

11:50AM 24   SIDE AS WELL, IF EVERY JUROR SAID, I'M NOT GOING TO BELIEVE

11:50AM 25   ANYTHING A LAW ENFORCEMENT OFFICER SAYS JUST BECAUSE I, I DON'T

11:50AM  1    TRUST LAW ENFORCEMENT.

11:50AM  2         SO I DON'T CARE WHO YOU PUT UP THERE, I'M NOT GOING TO

11:50AM  3    BELIEVE THEM BECAUSE THEY'RE LAW ENFORCEMENT.  IT'S THE SAME

11:50AM  4    SITUATION.

11:50AM  5         THAT'S WHAT THIS QUESTION IS DESIGNED TO ELICIT IF THAT

11:50AM  6    HELPS YOU.

11:50AM  7              PROSPECTIVE JUROR:  YEAH, IT DOES.  I GUESS THE WAY

11:50AM  8    I WAS INTERPRETING IT WAS A HUMAN TENDENCY TO LIEN MORE TOWARDS

11:50AM  9    ACCURACY AND TRUTH AND IF YOU'RE TRAINED TO DO THAT BECAUSE

11:50AM  10   THAT'S YOUR JOB, YOU'RE GOING TO BE MORE ACCURATE ABOUT FACTS

11:50AM  11   THAN MAYBE THE LAYPERSON.  SO THAT'S WHY I SAID IT WAS

11:50AM  12   CREDIBILITY, AND THAT'S ALL I MEANT.

11:51AM  13              THE COURT:  OF COURSE.  AND THE PURPOSE OF THE JURY

11:51AM  14   TRIAL, AS I MENTIONED IN MY OPENING STATEMENT HERE, WAS THAT

11:51AM  15   YOU SEE THOSE WHO WILL BE SELECTED AS JURORS IN THE CASE, YOU

11:51AM  16   ARE ACTUALLY JUDGES.  YOU WILL BE JUDGES OF THE FACTS.  YOU

11:51AM  17   WILL DETERMINE WHAT HAPPENED.  YOU WILL DETERMINE WHAT

11:51AM  18   WITNESSES YOU GIVE GREATER WEIGHT TO OR WHAT TO BELIEVE.

11:51AM  19   THAT'S THE JUROR'S PROVINCE.  YOU GET TO DO THAT.  YOU GET TO

11:51AM  20   MAKE THOSE DECISIONS ABOUT CREDIBILITY, ABOUT EVIDENCE, AND YOU

11:51AM  21   AND YOUR COLLEAGUES WHEN YOU DISCUSS THE CASE, YOU WILL GIVE

11:51AM  22   THE EVIDENCE WHATEVER WEIGHT YOU THINK IT DESERVES.  THAT'S

11:51AM  23   WHAT THE JURY DOES.

11:51AM  24         IT'S IN SOME MEASURES IT'S, AS I SAID EARLIER, THE

11:51AM  25   GOVERNMENT HAS THE BURDEN, AND I'LL GET INTO THIS IN A MOMENT.

11:51AM 1   THE GOVERNMENT HAS THE BURDEN OF PROVING THEIR CASE BY WHAT IS

11:51AM 2   CALLED PROOF BEYOND A REASONABLE DOUBT.  AND THAT'S THE PURPOSE

11:51AM 3   OF A JURY TRIAL IS TO SEE WHETHER OR NOT AT THE CONCLUSION OF

11:52AM 4   THE CASE THE JURY DECIDES THAT THE GOVERNMENT HAS MET THEIR

11:52AM 5   BURDEN.  THAT'S WHAT A JURY TRIAL IS ABOUT.  I'LL GET INTO THAT

11:52AM 6   IN JUST A MOMENT.

11:52AM 7       SO, MS. ALUFFI, LET'S GET BACK TO YOU.  AND I APPRECIATE

11:52AM 8   YOUR CANDOR.  AND I THINK -- YOU TELL ME IF I'M NOT STATING

11:52AM 9   THIS CORRECTLY.  I THINK WHAT I HEAR YOU SAYING IS THAT YOU

11:52AM 10  BELIEVE THAT YOU WILL HAVE DIFFICULTY BEING A FAIR JUROR IN

11:52AM 11  THIS CASE BECAUSE OF YOUR LAW ENFORCEMENT BACKGROUND, AND IT

11:52AM 12  SOUNDS LIKE YOU WOULD GIVE GREATER WEIGHT TO A LAW ENFORCEMENT

11:52AM 13  OFFICER'S TESTIMONY JUST BECAUSE OF THE NATURE OF THE FACT THAT

11:52AM 14  THAT PERSON IS A LAW ENFORCEMENT --

11:52AM 15          PROSPECTIVE JUROR:  THAT'S CORRECT.

11:52AM 16          THE COURT:  -- EMPLOYEE.

11:52AM 17      ALL RIGHT.  THANK YOU VERY MUCH.  I'M GOING TO EXCUSE YOU.

11:53AM 18  THANK YOU FOR YOUR CANDOR.  THANK YOU VERY MUCH.

11:53AM 19          PROSPECTIVE JUROR:  THANK YOU.

11:53AM 20          THE COURT:  AND, MADAM CLERK, IF YOU COULD CALL OUT

11:53AM 21  ANOTHER NAME.

11:53AM 22          THE CLERK:  YES, YOUR HONOR, MEDINA ALEJO.

11:53AM 23      I'M SORRY, THIS IS JAZMIN ALEJO MEDINA.  I APOLOGIZE.  IF

11:53AM 24  YOU'LL TAKE SEAT NUMBER 8, PLEASE.

11:53AM 25          THE COURT:  GOOD MORNING, MS. ALEJO MEDINA.

11:53AM 1          PROSPECTIVE JUROR:  GOOD MORNING.

11:54AM 2          THE COURT:  DO YOU HAVE THE MICROPHONE?

11:54AM 3      WERE YOU ABLE TO HEAR THE QUESTIONS THAT I POSED AND THE

11:54AM 4   ANSWERS OF THE OTHER PROSPECTIVE JURORS?

11:54AM 5          PROSPECTIVE JUROR:  YES.

11:54AM 6          THE COURT:  ALL RIGHT.  THANK YOU.  LET ME ASK YOU,

11:54AM 7   FIRST OF ALL, IS THERE ANYTHING ABOUT THE DURATION OF THIS

11:54AM 8   TRIAL THAT YOU THINK WILL BE OF DIFFICULTY FOR YOU?

11:54AM 9          PROSPECTIVE JUROR:  YES.

11:54AM 10         THE COURT:  ALL RIGHT.  LET ME KNOW ABOUT THAT,

11:54AM 11   PLEASE.

11:54AM 12         PROSPECTIVE JUROR:  I'M A MOTHER OF FIVE KIDS AND

11:54AM 13   THREE AND TWO AND ACTUALLY TO COME OVER HERE I ASKED A FRIEND,

11:54AM 14   AND SHE DRIVES ONE HOUR FROM HER HOUSE TO MY HOUSE AND MISSED

11:54AM 15   WORK.

11:54AM 16         THE COURT:  DO YOU HAVE CHILDCARE YOU COULD ENGAGE?

11:54AM 17         PROSPECTIVE JUROR:  NO.  ACTUALLY MY WORK IS 3:00 TO

11:54AM 18   11:30 P.M. AT NIGHTTIME, AND SO WHEN I GO TO WORK MY HUSBAND

11:54AM 19   TAKES CARE OF THEM.

11:54AM 20         THE COURT:  I SEE.  AND DO YOU HAVE FAMILY OR

11:54AM 21   FRIENDS WHO COULD MIND YOUR CHILDREN?

11:54AM 22         PROSPECTIVE JUROR:  WELL, ALL OF MY FRIENDS WORK,

11:54AM 23   AND THEY DON'T LIVE CLOSE BY.  I LIVE IN SALINAS.  I HAVE TO

11:55AM 24   COMMUTE TO OVER HERE, AND MY PARENTS LIVE WITH ME, BUT THEY'RE

11:55AM 25   IN MEXICO RIGHT NOW.  THEY LEFT FOR A FAMILY EMERGENCY.

11:55AM 1          THE COURT:  I SEE.  THAT'S -- YOUR PARENTS NORMALLY

11:55AM 2   TAKE CARE OF YOUR CHILDREN?

11:55AM 3          PROSPECTIVE JUROR:  I WOULD ASK THEM IF THEY WILL BE

11:55AM 4   HERE, BUT THEY'RE NOT HERE.  THAT'S THE ONLY FAMILY THAT I

11:55AM 5   HAVE.

11:55AM 6          THE COURT:  I SEE.  AND DO YOU THINK YOU COULD FIND

11:55AM 7   SOME OTHER REPLACEMENT FOR THEM?

11:55AM 8          PROSPECTIVE JUROR:  HONESTLY, NO.

11:55AM 9          THE COURT:  AND HOW OLD ARE YOUR CHILDREN?

11:55AM 10          UNDER PROSPECTIVE JUROR:  THEY ARE 13, 10, 8, 3, AND

11:55AM 11   2.

11:56AM 12          THE COURT:  THANK YOU.  I'LL EXCUSE YOU.  AND MADAM

11:56AM 13   CLERK.

11:56AM 14          PROSPECTIVE JUROR:  THANK YOU.

11:56AM 15          THE COURT:  YOU'RE WELCOME.

11:56AM 16          THE CLERK:  PLEASE REPORT TO THE SECOND FLOOR.

11:56AM 17        THE NEXT NAME IS JOHN FINCH.  IF YOU'LL TAKE SEAT 8,

11:56AM 18   PLEASE.

11:56AM 19          THE COURT:  GOOD MORNING, MR. FINCH.

11:56AM 20          PROSPECTIVE JUROR:  GOOD MORNING.

11:56AM 21          THE COURT:  IS THERE ANYTHING ABOUT THE NATURE OF

11:56AM 22   THIS CASE OR THE DURATION OF THE TRIAL THAT YOU THINK WOULD

11:56AM 23   CAUSE YOU AN IMPOSSIBILITY TO SIT?

11:56AM 24          PROSPECTIVE JUROR:  I'M A SOLE PROPRIETOR OF MY OWN

11:56AM 25   BUSINESS, AND I DON'T HAVE ANY EMPLOYEES SO.

11:56AM 1          THE COURT:  SPEAK INTO THE MICROPHONE.

11:56AM 2          PROSPECTIVE JUROR:  SO I WOULD BE MISSING SOME WORK

11:56AM 3    AND POSSIBLY MISSING OUT ON SOME CLIENTS, BUT AS LONG AS IT'S

11:56AM 4    SUCH A SHORT DURATION IT SHOULDN'T BE TOO BAD.

11:56AM 5          THE COURT:  ALL RIGHT.  THANK YOU.  WERE YOU ABLE TO

11:56AM 6    HEAR THE QUESTIONS AND THE ANSWERS OF PROSPECTIVE JURORS THAT I

11:56AM 7    ASKED PREVIOUSLY?

11:56AM 8          PROSPECTIVE JUROR:  YES.

11:57AM 9          THE COURT:  DO YOU KNOW ANY OF THE PARTIES IN THIS

11:57AM 10   CASE?

11:57AM 11         PROSPECTIVE JUROR:  NO.

11:57AM 12         THE COURT:  DO YOU KNOW ANY OF THE WITNESSES WHOSE

11:57AM 13   NAMES I MENTIONED EARLIER?

11:57AM 14         PROSPECTIVE JUROR:  NO.

11:57AM 15         THE COURT:  HAVE YOU HAD ANY PRIOR JURY EXPERIENCE?

11:57AM 16         PROSPECTIVE JUROR:  NO.

11:57AM 17         THE COURT:  DO YOU KNOW ANYONE IN LAW ENFORCEMENT?

11:57AM 18         PROSPECTIVE JUROR:  I HAVE SOME FRIENDS THAT ARE IN

11:57AM 19   LAW ENFORCEMENT, POLICEMEN, BUT, NO, ONE OTHER THAN THAT.

11:57AM 20         THE COURT:  IS THERE ANYTHING THAT YOU THINK WOULD

11:57AM 21   IMPAIR YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES

11:57AM 22   HERE?

11:57AM 23         PROSPECTIVE JUROR:  NO.

11:57AM 24         THE COURT:  DO YOU HAVE ANY EXPERIENCE, EITHER

11:57AM 25   PERSONALLY OR THROUGH FRIENDS OR RELATIVES, IN THE BANKRUPTCY

11:57AM 1 SYSTEM?

11:57AM 2    PROSPECTIVE JUROR:  NO, I DO NOT.

11:57AM 3    THE COURT:  DO YOU KNOW ANYTHING ABOUT THE

11:57AM 4 BANKRUPTCY SYSTEM?

11:57AM 5    PROSPECTIVE JUROR:  VERY LITTLE.

11:57AM 6    THE COURT:  OKAY.  HAVE YOU OR ANYONE CLOSE TO YOU

11:57AM 7 EVER BEEN ACCUSED OF, ARRESTED FOR, OR CONVICTED OF ANY OFFENSE

11:57AM 8 INVOLVING FRAUD OR ANYTHING LIKE THAT?

11:57AM 9    PROSPECTIVE JUROR:  NO.

11:57AM 10    THE COURT:  DO YOU HAVE ANY BACKGROUND IN

11:57AM 11 ACCOUNTING, BUSINESS, FINANCE?

11:58AM 12    PROSPECTIVE JUROR:  I ONCE WORKED AS A LOAN OFFICER

11:58AM 13 FOR A BANK.

11:58AM 14    THE COURT:  OKAY.  AND WAS THAT INVOLVING REAL

11:58AM 15 ESTATE LOANS?

11:58AM 16    PROSPECTIVE JUROR:  CORRECT.

11:58AM 17    THE COURT:  HOME LOANS?

11:58AM 18    PROSPECTIVE JUROR:  CORRECT.

11:58AM 19    THE COURT:  AND DID YOU PACKAGE THE LOANS?

11:58AM 20    PROSPECTIVE JUROR:  YES, I DID.

11:58AM 21    THE COURT:  OKAY.  THANK YOU.  LET ME ASK AGAIN, AND

11:58AM 22 THIS IS TO THE PANEL ENTIRELY.  HAVE ANY OF YOU BEEN INVOLVED

11:58AM 23 IN ANY COURT IN A CRIMINAL MATTER THAT CONCERNED YOURSELF, A

11:58AM 24 MEMBER OF YOUR FAMILY, OR A CLOSE FRIEND EITHER AS A DEFENDANT,

11:58AM 25 A WITNESS, OR A VICTIM?  AND IF YOU WISH TO SPEAK PRIVATELY WE

11:58AM 1    CAN CERTAINLY DO THAT.

11:58AM 2         YES, MR. ALCALA.  YES.

11:58AM 3              PROSPECTIVE JUROR:  I GOT CAUGHT STREET RACING IN I

11:58AM 4    BELIEVE 2013.

11:59AM 5              THE COURT:  OKAY.

11:59AM 6              PROSPECTIVE JUROR:  YEAH.

11:59AM 7              THE COURT:  ALL RIGHT.  AND WAS THAT A CITATION TYPE

11:59AM 8    OF EVENT?

11:59AM 9              PROSPECTIVE JUROR:  YEAH, IT WAS A MISDEMEANOR, AND

11:59AM 10   I HAD TO APPEAR IN COURT.

11:59AM 11             THE COURT:  DID YOU GO TO COURT?

11:59AM 12             PROSPECTIVE JUROR:  YES, I DID.

11:59AM 13             THE COURT:  DID YOU TAKE CARE OF THE CASE?

11:59AM 14             PROSPECTIVE JUROR:  TOOK CARE OF THE CASE.

11:59AM 15             THE COURT:  IS THERE ANYTHING ABOUT THAT EXPERIENCE

11:59AM 16   THAT YOU THINK WOULD IMPAIR YOUR ABILITY TO BE FAIR AND

11:59AM 17   IMPARTIAL TO BOTH SIDES?

11:59AM 18             PROSPECTIVE JUROR:  HONESTLY, I WAS GOING TO BRING

11:59AM 19   THIS UP TO THE PREVIOUS QUESTION, BUT I WASN'T SURE I WAS GOING

11:59AM 20   TO BE ANSWERING IT RIGHT, AND IT WAS ABOUT LAW ENFORCEMENT AND

11:59AM 21   WHETHER I'M BIASSED.  BUT I DID HAVE A FEW EXPERIENCES WITH LAW

11:59AM 22   ENFORCEMENT OFFICERS THAT DID RUB ME THE WRONG WAY, AND

11:59AM 23   ESPECIALLY DURING THAT TIME, NOT WHEN I WAS GETTING CITED BUT

11:59AM 24   WHEN I WAS GOING THROUGH THE PROCESS OF GETTING BOOKED AND

11:59AM 25   STUFF LIKE THAT, SOME OF THE LAW ENFORCEMENT OFFICERS THAT

| | | |
|---|---|---|
| 11:59AM | 1 | WORKED WITH THE JAIL, KIND OF, YOU KNOW, THEY WERE SAYING SOME |
| 11:59AM | 2 | PRETTY NEGATIVE THINGS TO ME AND STUFF LIKE THAT, AND I JUST |
| 11:59AM | 3 | KIND OF CARRIED THAT WITH ME. |
| 11:59AM | 4 | THE COURT:  I SEE.  OKAY.  IT SOUNDS LIKE THAT WAS |
| 12:00PM | 5 | THE CORRECTIONAL SIDE? |
| 12:00PM | 6 | PROSPECTIVE JUROR:  YEAH, I DON'T KNOW -- |
| 12:00PM | 7 | THE COURT:  IT WAS AN UNPLEASANT EXPERIENCE? |
| 12:00PM | 8 | PROSPECTIVE JUROR:  YEAH, IT WAS VERY UNPLEASANT. |
| 12:00PM | 9 | MR. NICK:  YOUR HONOR, I'M SORRY.  I DIDN'T HEAR THE |
| 12:00PM | 10 | OFFENSE.  WAS IT RACING? |
| 12:00PM | 11 | THE COURT:  YEAH, STREET RACING. |
| 12:00PM | 12 | MR. NICK:  I'M SORRY.  FORGIVE ME, YOUR HONOR. |
| 12:00PM | 13 | THE COURT:  AND THAT WAS ABOUT FOUR YEARS AGO DID |
| 12:00PM | 14 | YOU SAY? |
| 12:00PM | 15 | PROSPECTIVE JUROR:  2013 WHEN I WAS 21. |
| 12:00PM | 16 | THE COURT:  OKAY.  SO YOU WENT TO COURT AND YOU |
| 12:00PM | 17 | RESOLVED THE MATTER? |
| 12:00PM | 18 | PROSPECTIVE JUROR:  YEAH. |
| 12:00PM | 19 | THE COURT:  AND DID YOU FEEL LIKE YOU WERE TREATED |
| 12:00PM | 20 | FAIRLY IN THE COURT SYSTEM? |
| 12:00PM | 21 | PROSPECTIVE JUROR:  YES, I ACTUALLY DO FEEL LIKE I |
| 12:00PM | 22 | WAS TREATED FAIRLY FOR THE NATURE OF THE OFFENSE. |
| 12:00PM | 23 | THE COURT:  OKAY.  ALL RIGHT.  SO IT SOUNDS LIKE ANY |
| 12:00PM | 24 | ANIMUS YOU MIGHT HAVE OR ANY BAD FEELINGS YOU MIGHT HAVE RELATE |
| 12:00PM | 25 | TO THAT PROCESS, THE INITIAL PROCESS -- |

12:00PM 1      PROSPECTIVE JUROR:  YES.

12:00PM 2      THE COURT:  -- INVOLVING THE CORRECTIONAL OFFICERS?

12:00PM 3      PROSPECTIVE JUROR:  AND I HAVE HAD A FEW RUN-INS

12:01PM 4  WITH POLICE OFFICERS ON THE STREET AND JUST LIKE WITH THE --

12:01PM 5  AND I KIND OF ALWAYS GET RUBBED THE WRONG WAY BY THEM.

12:01PM 6      THE COURT:  I SEE.

12:01PM 7      PROSPECTIVE JUROR:  AND IT'S SOMETHING THAT I HAVE

12:01PM 8  ALWAYS CARRIED WITH ME.

12:01PM 9      THE COURT:  OKAY.  WELL, IN THIS CASE THIS DOESN'T

12:01PM 10 INVOLVE STREET RACING, AND IT'S A DIFFERENT TYPE OF A CASE.

12:01PM 11     BUT LET ME ASK YOU, THERE'S GOING TO BE -- YOU HEARD MY

12:01PM 12 QUESTIONS OF MS. ALUFFI A MOMENT AGO.  DO YOU THINK THAT -- MY

12:01PM 13 QUESTION WAS WOULD ANYONE HERE GIVE GREATER OR LESSER CREDENCE

12:01PM 14 TO A WITNESS'S TESTIMONY, A LAW ENFORCEMENT WITNESS'S TESTIMONY

12:01PM 15 JUST BECAUSE OF THE NATURE OF THAT EMPLOYMENT?

12:01PM 16     PROSPECTIVE JUROR:  FOR ME I BELIEVE, YEAH, IT WOULD

12:01PM 17 BE LESSER BECAUSE THE WAY THAT -- WHAT EXPERIENCES THAT I'VE

12:01PM 18 HAD WITH CERTAIN LAW ENFORCEMENT OFFICERS IS KIND OF LIKE FROM

12:01PM 19 WHAT THEY ARE GIVING ME IT FEELS LIKE THEY'RE TRYING TO TELL ME

12:01PM 20 WHATEVER THEY SAY GOES, AND IT KIND OF MAKES ME FEEL LIKE I'M

12:01PM 21 ALWAYS IN THE WRONG, OR SOMETHING LIKE THAT.

12:01PM 22     THE COURT:  WELL, WOULD YOU BE ABLE TO PUT ASIDE ANY

12:02PM 23 FEELINGS THAT YOU MIGHT HAVE IN THIS CASE IF ANY LAW

12:02PM 24 ENFORCEMENT OFFICERS TESTIFIED?

12:02PM 25     I'VE LOOKED AT THE WITNESS LIST.  MY SENSE IS THAT THERE

12:02PM   1    ARE NOT GOING TO BE ANY TRAFFIC OFFICERS TESTIFYING IN THIS

12:02PM   2    CASE.  AND I DON'T MEAN TO BE FLIP, I JUST WANT YOU TO KNOW

12:02PM   3    THERE ARE GOING TO BE OTHER LAW ENFORCEMENT OFFICERS THAT WORK

12:02PM   4    IN DIFFERENT CAPACITIES.

12:02PM   5              PROSPECTIVE JUROR:  I MAY BE ABLE TO, BUT I CAN'T

12:02PM   6    SAY 100 PERCENT.

12:02PM   7              THE COURT:  I SEE.  DO YOU THINK THAT YOU COULD PUT

12:02PM   8    ASIDE YOUR EXPERIENCES THAT YOU'VE HAD IF YOU'RE SEATED AS A

12:02PM   9    JUROR IN THIS CASE AND HEAR THE EVIDENCE OBJECTIVELY AND BE

12:02PM  10    FAIR TO BOTH SIDES IN THIS CASE?  DO YOU THINK YOU COULD DO

12:02PM  11    THAT?

12:02PM  12              PROSPECTIVE JUROR:  YEAH, I MAY BE ABLE TO.  IT'S

12:02PM  13    HARD FOR ME TO SAY.

12:02PM  14              THE COURT:  I'M SORRY.

12:02PM  15              PROSPECTIVE JUROR:  I SAID I CAN'T REALLY SAY

12:02PM  16    BECAUSE I DON'T KNOW WHAT IS -- KIND OF WHAT IS GOING ON.

12:02PM  17              THE COURT:  WELL, YOU HAVE HAD NOT HEARD ANY OF THE

12:02PM  18    FACTS OF THE CASE, OF COURSE, OTHER THAN I'VE READ THE CHARGES

12:03PM  19    TO YOU.

12:03PM  20              PROSPECTIVE JUROR:  I MAY BE ABLE TO, BUT I CAN'T

12:03PM  21    SAY 100 PERCENT.

12:03PM  22              THE COURT:  OKAY.  WELL, AS YOU SIT RIGHT NOW, ARE

12:03PM  23    YOU TELLING ME THAT YOU'RE NOT GOING TO BELIEVE ANYTHING THAT

12:03PM  24    ANY WITNESS THAT THE GOVERNMENT PUTS ON JUST BECAUSE THE NATURE

12:03PM  25    OF THE FACT THAT THEY'RE PROSECUTION WITNESSES, IS THAT WHAT

12:03PM  1        YOU'RE SAYING?

12:03PM  2                PROSPECTIVE JUROR:  I'M NOT TOO SURE.  I JUST WANT

12:03PM  3        TO PUT THAT OUT THERE.

12:03PM  4                THE COURT:  OKAY.  THAT'S WHY WE'RE TALKING.

12:03PM  5                PROSPECTIVE JUROR:  YEAH.

12:03PM  6                THE COURT:  ARE YOU SAYING THAT YOU WOULD NOT

12:03PM  7        BELIEVE OR YOU WOULD GIVE LESSER CREDIBILITY TO A LAW

12:03PM  8        ENFORCEMENT OFFICER WHO TESTIFIES?

12:03PM  9                PROSPECTIVE JUROR:  YES, I UNDERSTAND.

12:03PM  10               THE COURT:  JUST BECAUSE THEY'RE A LAW ENFORCEMENT

12:03PM  11       OFFICER?

12:03PM  12               PROSPECTIVE JUROR:  YES.

12:03PM  13               THE COURT:  OKAY.  ALL RIGHT.

12:03PM  14          THIS IS KIND OF THE REVERSE OF WHAT I WAS TALKING WITH

12:03PM  15       MS. ALUFFI ABOUT, ISN'T IT?

12:03PM  16               PROSPECTIVE JUROR:  YEAH.

12:03PM  17               THE COURT:  AND DO YOU THINK THAT YOU COULD PUT

12:03PM  18       ASIDE YOUR EXPERIENCE FROM FIVE YEARS AGO AND BE FAIR TO BOTH

12:03PM  19       SIDES HERE OR NOT?

12:04PM  20               PROSPECTIVE JUROR:  IT MIGHT BE A LITTLE BIT OF A

12:04PM  21       CHALLENGE, YEAH.

12:04PM  22               THE COURT:  WELL --

12:04PM  23               PROSPECTIVE JUROR:  LIKE 100 PERCENT YES AND

12:04PM  24       100 PERCENT NO.

12:04PM  25               THE COURT:  OKAY.  YEAH.  ALL RIGHT.  THANK YOU,

12:04PM 1      MR. ALCALA.  I WILL EXCUSE YOU, SIR.

12:04PM 2             PROSPECTIVE JUROR:  OKAY.

12:04PM 3             THE COURT:  MADAM CLERK.

12:04PM 4             PROSPECTIVE JUROR:  THE SECOND FLOOR?

12:04PM 5             THE COURT:  YES.

12:04PM 6             THE CLERK:  THE NEXT NAME IS LUIS AGUILAR.

12:04PM 7             THE COURT:  LUIS AGUILAR.  MR. AGUILAR, NOW YOU

12:04PM 8     APPRECIATE WHY I TOLD EVERYONE TO PAY ATTENTION.

12:04PM 9             PROSPECTIVE JUROR:  PAY ATTENTION.

12:04PM 10            THE COURT:  GOOD MORNING, SIR.

12:04PM 11            PROSPECTIVE JUROR:  GOOD MORNING.

12:04PM 12            THE COURT:  WERE YOU ABLE TO HEAR ALL OF THE

12:04PM 13    QUESTIONS AND THE ANSWERS OF OTHER PROSPECTIVE JURORS THIS

12:05PM 14    MORNING?

12:05PM 15            PROSPECTIVE JUROR:  YEP.

12:05PM 16            THE COURT:  OKAY.  MS. GUNDERSON IS GOING TO HAND

12:05PM 17    YOU THE MICROPHONE.  LET ME ASK YOU JUST THE NATURE OF THE

12:05PM 18    DURATION OF THE TRIAL RATHER.  ANYTHING ABOUT THE DURATION OF

12:05PM 19    THE TRIAL THAT YOU THINK OR THE LENGTH OF THE TRIAL THAT YOU

12:05PM 20    THINK WOULD CAUSE YOU DIFFICULTY TO SIT AS A JUROR?

12:05PM 21            PROSPECTIVE JUROR:  YES.

12:05PM 22            THE COURT:  AND LET ME KNOW ABOUT THAT.

12:05PM 23            PROSPECTIVE JUROR:  BECAUSE I'M A SINGLE DAD, AND I

12:05PM 24    HAVE AN ARRANGEMENT WITH MY SISTER BECAUSE SHE TAKES THEM TO

12:05PM 25    SCHOOL AND I PICK THEM UP BECAUSE I START AT 5:00 AND GET OFF

12:05PM  1    AT 1:00.

12:05PM  2            THE COURT:  YOU START AT 5:00 IN THE MORNING AND YOU

12:05PM  3    GET OFF AFTER 1:00?

12:05PM  4            PROSPECTIVE JUROR:  YES.

12:05PM  5            THE COURT:  AND YOUR SISTER?

12:05PM  6            PROSPECTIVE JUROR:  DROPS THEM OFF, AND I PICK THEM

12:05PM  7    UP.

12:05PM  8            THE COURT:  AND WHAT ARRANGEMENTS HAVE YOU MADE TO

12:05PM  9    COLLECT YOUR CHILDREN?

12:05PM  10           PROSPECTIVE JUROR:  RIGHT NOW?

12:05PM  11           THE COURT:  YES.

12:05PM  12           PROSPECTIVE JUROR:  I WOULD HAVE TO WAIT UNTIL LUNCH

12:05PM  13   TIME TO MAKE AN ARRANGEMENT BECAUSE MY GIRLFRIEND DOESN'T WORK,

12:05PM  14   BUT SHE HAS A NEW JOB SO I WOULD HAVE TO TALK TO HER.

12:05PM  15           THE COURT:  SO IT SOUNDS LIKE IF SHE HAS SOME

12:05PM  16   AVAILABILITY SHE WOULD BE ABLE TO DO THAT?

12:05PM  17           PROSPECTIVE JUROR:  YEAH, BUT HER DAYS OFF ARE ONLY

12:05PM  18   TUESDAY AND SUNDAY, AND THEY DON'T GO TO SCHOOL ON SUNDAY SO

12:06PM  19   THE ONLY DAY SHE CAN DO THAT IS TODAY.

12:06PM  20           THE COURT:  OKAY.  OH, YOUR GIRLFRIEND HAS A NEW

12:06PM  21   JOB?

12:06PM  22           PROSPECTIVE JUROR:  CORRECT.

12:06PM  23           THE COURT:  I SEE.  AND DO YOU HAVE OTHER PEOPLE

12:06PM  24   THAT YOU CAN CALL ON TO ASSIST, FAMILY MEMBERS AND FRIENDS?

12:06PM  25           PROSPECTIVE JUROR:  NOT REALLY.  HER MOM DOESN'T

```
12:06PM   1    EVEN DRIVE.

12:06PM   2              THE COURT:  AND WHAT ABOUT YOUR FAMILY?  DO YOU HAVE

12:06PM   3    OTHER FAMILY MEMBERS THAT CAN ASSIST?

12:06PM   4              PROSPECTIVE JUROR:  THEY'RE ALL WORKING AND DOING

12:06PM   5    THEIR THING.

12:06PM   6              THE COURT:  OKAY.  SO YOU TOLD ME THAT YOU COULD

12:06PM   7    WAIT AND MAKE A CALL.  IS THAT SOMETHING THAT YOU COULD DO AT

12:06PM   8    THE BREAK?

12:06PM   9              PROSPECTIVE JUROR:  FOR MY GIRLFRIEND?  OR FOR MY

12:06PM  10    OTHER FAMILY THEY'RE WORKING AND THEY WOULDN'T ANSWER ME RIGHT

12:06PM  11    NOW.

12:06PM  12              THE COURT:  WELL, I'M SORRY, YOUR GIRLFRIEND HAS A

12:06PM  13    NEW JOB BUT SHE'S ABLE TO HELP --

12:06PM  14              PROSPECTIVE JUROR:  TODAY BECAUSE TODAY IS HER DAY

12:06PM  15    OFF.

12:06PM  16              THE COURT:  I SEE.  AND THEN SHE -- WHAT ARE HER

12:06PM  17    DAYS OFF?

12:06PM  18              PROSPECTIVE JUROR:  TUESDAY AND SUNDAY.

12:06PM  19              THE COURT:  TUESDAY AND SUNDAY.  I SEE.

12:07PM  20         AND SHE WORKS DURING THE DAY OR THE EVENING?

12:07PM  21              PROSPECTIVE JUROR:  DURING THE DAY.  WELL.

12:07PM  22              THE COURT:  I SEE.

12:07PM  23              PROSPECTIVE JUROR:  HER SCHEDULE IS MESSED UP.

12:07PM  24    SOMETIMES SHE WORKS DURING THE DAY, AND SOMETIMES SHE WORKS AT

12:07PM  25    NIGHT.
```

12:07PM 1        PROSPECTIVE JUROR:  CRAZY.

12:07PM 2        PROSPECTIVE JUROR:  YEAH, IT IS.

12:07PM 3        THE COURT:  AND WOULD IT BE OF SOME BENEFIT IF YOU

12:07PM 4   WERE TO CALL HER IF SHE COULD SCHEDULE NIGHT EMPLOYMENT SO SHE

12:07PM 5   COULD TAKE CARE OF THE KIDS?

12:07PM 6        PROSPECTIVE JUROR:  I DON'T KNOW IF THAT WOULD BE

12:07PM 7   CONVENIENT ON A NEW JOB TO CHANGE YOUR SCHEDULE FOR HER.

12:07PM 8        THE COURT:  UH-HUH, I SEE.

12:07PM 9     ALL RIGHT.  WELL, LET'S DO THIS, SIR.  WHY DON'T WE -- I

12:07PM 10  JUST NOTICED WE'RE INTO THE NOON HOUR NOW.  WE'RE GOING TO TAKE

12:07PM 11  OUR NOON RECESS, LADIES AND GENTLEMEN, AND WE'LL RESUME AT

12:07PM 12  1:30, 1:30.

12:07PM 13     MR. AGUILAR, WHAT I'M GOING TO ASK YOU TO DO, SIR, IS OVER

12:07PM 14  THE BREAK IF YOU COULD CALL YOUR GIRLFRIEND AND CALL OTHER

12:07PM 15  FAMILY FRIENDS TO SEE WHAT TYPE OF ASSISTANCE YOU COULD GET IN

12:07PM 16  CHILDCARE, ALL RIGHT?

12:07PM 17       PROSPECTIVE JUROR:  WELL, WE'LL SEE IF THEY CAN

12:08PM 18  ANSWER THAT, AND I THINK THEY'RE ALL AT WORK RIGHT NOW.  THE

12:08PM 19  ONLY PERSON THAT WOULD ANSWER ME WOULD BE MY GIRLFRIEND.

12:08PM 20       THE COURT:  WELL, I'M GOING TO BE --

12:08PM 21       PROSPECTIVE JUROR:  THAT'S WHO I CAN CALL.

12:08PM 22       THE COURT:  I'M GOING TO BE OPTIMISTIC, AND LET'S

12:08PM 23  SEE WHAT YOU CAN COME UP WITH, AND WE'LL CHAT AGAIN AT 1:30,

12:08PM 24  1:30.

12:08PM 25     IF YOU WOULD PLEASE REMEMBER WHERE YOU'RE SITTING, LADIES

12:08PM   1      AND GENTLEMEN, WHEN YOU TAKE THOSE SEATS.

12:08PM   2           BUT WHEN YOU COME BACK, BEFORE YOU LEAVE EVERYONE -- I

12:08PM   3      DON'T THINK I'VE DISCHARGED YOU YET, SO PLEASE WAIT.

12:08PM   4           SIR, ARE YOU A PROSPECTIVE JUROR?  YES, COULD YOU JUST

12:08PM   5      WAIT A MINUTE.  I'M GOING TO ASK YOU ALL TO COLLECT YOURSELVES

12:08PM   6      DOWNSTAIRS, DOWNSTAIRS IN THE JURY ASSEMBLY ROOM AS SUCH THAT

12:08PM   7      WE CAN BEGIN AT 1:30 AND OUR CLERK WILL BRING YOU BACK UP AT

12:08PM   8      THAT TIME.

12:08PM   9           SO DOWNSTAIRS AT 1:30, AND WE'LL START AT 1:30.  ALL

12:08PM  10      RIGHT.  THANK YOU.

12:10PM  11           (LUNCH RECESS TAKEN AT 12:10 P.M.)

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 12:10PM  | 1  | **AFTERNOON SESSION**                                        |
| 01:34PM  | 2  | (JURY IN AT 1:34 P.M.)                                       |
| 01:34PM  | 3  | THE COURT:  WE'RE BACK ON THE RECORD IN THE                 |
| 01:34PM  | 4  | KUBUROVICH MATTER.  ALL COUNSEL ARE PRESENT.  ALL PARTIES ARE |
| 01:35PM  | 5  | PRESENT.  OUR PROSPECTIVE JURORS ARE PRESENT, AND WE'LL      |
| 01:35PM  | 6  | CONTINUE WITH OUR QUESTIONING.                              |
| 01:35PM  | 7  | LET ME ASK, THOUGH, I THINK, MR. AGUILAR, YOU WERE GOING    |
| 01:35PM  | 8  | TO MAKE A CALL?                                             |
| 01:35PM  | 9  | PROSPECTIVE JUROR:  I DID.                                  |
| 01:35PM  | 10 | THE COURT:  TELL ME ABOUT THAT.                            |
| 01:35PM  | 11 | PROSPECTIVE JUROR:  WELL, SHE CAN'T.                       |
| 01:35PM  | 12 | THE COURT:  WHY DON'T YOU TALK INTO THE MICROPHONE.        |
| 01:35PM  | 13 | PROSPECTIVE JUROR:  MY MOM AND DAD DIDN'T ANSWER ME,       |
| 01:35PM  | 14 | AND MY GIRLFRIEND DID AND SHE'LL PICK UP MY DAUGHTER FROM  |
| 01:35PM  | 15 | SCHOOL.                                                     |
| 01:35PM  | 16 | THE COURT:  ALL RIGHT.  THANK YOU.                         |
| 01:35PM  | 17 | PROSPECTIVE JUROR:  UH-HUH.                                |
| 01:35PM  | 18 | THE COURT:  LET ME CONTINUE WITH QUESTIONS THEN.          |
| 01:35PM  | 19 | I THINK I ASKED -- I THINK WE LEFT OFF AT MY QUESTION      |
| 01:35PM  | 20 | REGARDING ANYONE KNOWING ANYONE INVOLVED IN THE CRIMINAL   |
| 01:35PM  | 21 | JUSTICE SYSTEM, EITHER A CRIMINAL COURT, EITHER YOURSELF, A |
| 01:35PM  | 22 | MEMBER OF A FAMILY, FRIEND AS A DEFENDANT OR A WITNESS OR A |
| 01:35PM  | 23 | VICTIM?  I THINK WE DID GET ONE RESPONSE.                 |
| 01:35PM  | 24 | ARE THERE ANY OTHER RESPONSES TO THAT QUESTION?  YES,     |
| 01:35PM  | 25 | MR. AGUILERAVITELA.                                        |

01:36PM   1                  PROSPECTIVE JUROR:  I DON'T KNOW HOW RELEVANT IT IS

01:36PM   2       TO THIS CASE, BUT I DO HAVE SOME KNOWLEDGE OR BACKGROUND MYSELF

01:36PM   3       IN LAW.  WHEN I WAS IN THE PROBATION DEPARTMENT I WAS IN CHARGE

01:36PM   4       OF MULTIPLE AREAS.  I WAS DOING COURT HEARINGS, UPDATING

01:36PM   5       DEFENDANT'S CASES, WORKING WITH VICTIM RESOLUTION, MAKING CALLS

01:36PM   6       TO VICTIMS, SENDING THEM OUT LETTERS.  SO I DON'T KNOW IF IT'S

01:36PM   7       IMPORTANT.

01:36PM   8                  THE COURT:  OKAY.  ALL RIGHT.  AND THAT WAS AN

01:36PM   9       INTERNSHIP YOU WERE DOING?

01:36PM  10                  PROSPECTIVE JUROR:  CORRECT.

01:36PM  11                  THE COURT:  RIGHT.  OKAY.  AND IS THERE ANYTHING

01:36PM  12       ABOUT YOUR EXPERIENCE WITH THE PROBATION DEPARTMENT IN THAT

01:36PM  13       CAPACITY THAT YOU THINK WILL IMPAIR YOUR ABILITY TO BE FAIR AND

01:36PM  14       IMPARTIAL TO BOTH SIDES HERE?

01:36PM  15                  PROSPECTIVE JUROR:  I DON'T KNOW IF THERE'S GOING TO

01:36PM  16       BE ANY VICTIMS, BUT I WAS MORE CONNECTED WITH VICTIMS THAN WITH

01:36PM  17       WORKING WITH THE DEFENDANTS.  AND IN PARTICULAR CASES THERE WAS

01:36PM  18       ONE THAT INVOLVED IDENTITY THEFT, AND IT WAS ABOUT DEALING WITH

01:37PM  19       80 TO 90 VICTIMS.  SO I WAS DOING A LOT OF TALKING TO THEM AND

01:37PM  20       MORE THAN THE DEFENDANTS.

01:37PM  21                  THE COURT:  OKAY.  ALL RIGHT.

01:37PM  22            WILL YOU BE ABLE TO SEPARATE YOUR EXPERIENCES IN THAT

01:37PM  23       INTERNSHIP AND SIT AS A FAIR JUROR IN THIS CASE?  CAN YOU DO

01:37PM  24       THAT?

01:37PM  25                  PROSPECTIVE JUROR:  I BELIEVE SO.  ARE THERE ANY

01:37PM   1    VICTIMS THAT ARE GOING TO BE HERE AND TESTIFY?

01:37PM   2                    THE COURT:  WELL, I DON'T KNOW, SIR.  I DON'T KNOW

01:37PM   3    WHAT THE TESTIMONY WILL BE IN THAT REGARD, SPECIFIC VICTIMS.

01:37PM   4         BUT WILL YOU BE ABLE TO LISTEN TO ALL OF THE EVIDENCE AND

01:37PM   5    WEIGH IT FAIRLY AND YOU DECIDE THE FACTS OF THE CASE BUT YOU

01:37PM   6    APPLY THE LAW AS I GIVE IT TO YOU?  CAN YOU DO THAT?

01:37PM   7                    PROSPECTIVE JUROR:  SURE.

01:37PM   8                    THE COURT:  ALL RIGHT.  THANK YOU.  ANYONE ELSE?

01:37PM   9         I SEE NO HANDS.

01:37PM   10        AGAIN, THIS IS TO THE PANEL.  IF YOU ARE SELECTED TO SIT

01:37PM   11   ON THIS CASE, WILL YOU BE ABLE TO RENDER A VERDICT SOLELY ON

01:37PM   12   THE EVIDENCE PRESENTED AT THE TRIAL AND IN THE CONTEXT OF THE

01:38PM   13   LAW THAT I GIVE IT TO YOU IN MY INSTRUCTIONS, DISREGARDING ANY

01:38PM   14   OTHER NOTIONS, BELIEFS, ABOUT THE LAW THAT YOU MAY HAVE

01:38PM   15   ENCOUNTERED IN REACHING YOUR VERDICT?

01:38PM   16        THAT IS TO SAY, CAN ALL OF YOU FOLLOW THE INSTRUCTIONS

01:38PM   17   THAT I GIVE YOU AND APPLY THOSE INSTRUCTIONS TO THE FACTS AS

01:38PM   18   YOU FIND THEM?  IS THERE ANYONE WHO CANNOT DO THIS?

01:38PM   19        I SEE NO HANDS.

01:38PM   20        A DEFENDANT IN A CRIMINAL CASE IS PRESUMED TO BE INNOCENT.

01:38PM   21   THE PRESUMPTION -- THIS PRESUMPTION REQUIRES THE GOVERNMENT TO

01:38PM   22   PROVE EACH ELEMENT OF AN OFFENSE BEYOND A REASONABLE DOUBT.

01:38PM   23        PROOF BEYOND A REASONABLE DOUBT IS PROOF THAT LEAVES YOU

01:38PM   24   FIRMLY CONVINCED THE DEFENDANT IS GUILTY.

01:38PM   25        IT IS NOT REQUIRED THAT THE GOVERNMENT PROVE GUILT BEYOND

01:38PM 1   ALL POSSIBLE DOUBT.  A REASONABLE DOUBT IS A DOUBT BASED UPON

01:38PM 2   REASON AND COMMON SENSE AND IS NOT BASED PURELY ON SPECULATION.

01:38PM 3       IT MAY ARISE FROM A CAREFUL AND IMPARTIAL CONSIDERATION OF

01:39PM 4   ALL OF THE EVIDENCE OR FROM A LACK OF EVIDENCE.

01:39PM 5       IF AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL OF

01:39PM 6   THE EVIDENCE YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT

01:39PM 7   THAT THE DEFENDANTS ARE GUILTY, IT IS YOUR DUTY TO FIND THE

01:39PM 8   DEFENDANTS NOT GUILTY.

01:39PM 9       ON THE OTHER HAND, IF AFTER A CAREFUL AND IMPARTIAL

01:39PM 10   CONSIDERATION OF ALL OF THE EVIDENCE YOU ARE CONVINCED BEYOND A

01:39PM 11   REASONABLE DOUBT THAT THE DEFENDANTS ARE GUILTY, IT IS YOUR

01:39PM 12   DUTY TO FIND THE DEFENDANTS GUILTY.

01:39PM 13       NOW, CAN ALL OF YOU APPLY THE LAW AGAIN AS GIVEN TO YOU,

01:39PM 14   INCLUDING THE PRESUMPTION OF INNOCENCE AND THE GOVERNMENT'S

01:39PM 15   BURDEN OF PROOF BEYOND A REASONABLE DOUBT?

01:39PM 16       IS THERE ANYBODY WHO CANNOT DO THAT?

01:39PM 17       I SEE NO HANDS.

01:39PM 18       IS THERE ANYONE WHO CANNOT PRESUME THE DEFENDANTS INNOCENT

01:39PM 19   OF THE CHARGES TODAY?  THAT IS TO SAY IS THERE ANYONE WHO PARTS

01:39PM 20   COMPANY WITH THE CONCEPT OF PRESUMPTION OF INNOCENCE?  ANYONE

01:39PM 21   WHO DISBELIEVES THAT?

01:40PM 22       I SEE NO HANDS.

01:40PM 23       IN OUR NATION AND STATE WE HAVE CITIZENS, RESIDENTS,

01:40PM 24   NONCITIZENS FROM MANY DIFFERENT RACES, ETHNIC AND CULTURAL

01:40PM 25   BACKGROUNDS.  IN THE JURISDICTION OF THIS COURT WE ENJOY A RICH

01:40PM  1    DIVERSITY OF INDIVIDUALS AND CULTURES.

01:40PM  2         UNDER THE LAW ALL PEOPLE WHO APPEAR IN COURT REGARDLESS OF

01:40PM  3    RACE, RELIGION, ETHNIC HERITAGE, SEX, AGE OR SEXUAL ORIENTATION

01:40PM  4    ARE ENTITLED TO DUE PROCESS OF THE LAW, AND WE GUARANTEE EACH

01:40PM  5    PERSON THE RIGHT TO A FAIR AND IMPARTIAL JURY.

01:40PM  6         WE ARE TO JUDGE EACH INDIVIDUAL AS WE WOULD WANT TO BE

01:40PM  7    JUDGED, THAT IS, FAIRLY AND IMPARTIALLY.

01:40PM  8         NOW, IT MAY APPEAR THAT MEMBERS -- SOME MEMBERS OF THE

01:40PM  9    COURT, EITHER THE DEFENDANTS, PARTIES, WITNESSES, OR ATTORNEYS

01:40PM  10   COME FROM A PARTICULAR NATIONAL, RACIAL, OR RELIGIOUS GROUP OR

01:40PM  11   MAY HAVE A DIFFERENT LIFESTYLE THAN YOUR OWN.

01:40PM  12        WOULD THIS IN ANY WAY AFFECT YOUR JUDGMENT OR THE WEIGHT

01:41PM  13   AND CREDIBILITY YOU WOULD GIVE TO THE EVIDENCE IN THIS CASE?

01:41PM  14        ANYONE WISH TO RESPOND TO THAT QUESTION?

01:41PM  15        I SEE NO HANDS.

01:41PM  16        IS THERE ANYTHING ABOUT THE DEFENDANTS' ETHNIC BACKGROUND

01:41PM  17   THAT MIGHT INFLUENCE YOUR ABILITY TO FAIRLY JUDGE THE EVIDENCE

01:41PM  18   IN THIS CASE?

01:41PM  19        I SEE NO HANDS.

01:41PM  20        TO REACH A VERDICT THE JURY MUST BE UNANIMOUS.  DO ALL OF

01:41PM  21   YOU ACCEPT THE REQUIREMENT THAT THE JURY'S VERDICT BE

01:41PM  22   UNANIMOUS?  IS THERE ANYONE WHO PARTS COMPANY WITH THAT

01:41PM  23   CONCEPT?

01:41PM  24        I SEE NO HANDS.

01:41PM  25        DOES ANYONE FEEL THAT BECAUSE OF PHILOSOPHICAL, MORAL,

01:41PM 1      RELIGIOUS, OR OTHER REASONS THEY CANNOT SIT AS A JUROR IN A

01:41PM 2      CRIMINAL CASE?  ANYONE HAVE ANY FEELINGS IN THAT REGARD?

01:41PM 3           AGAIN, I SEE NO HANDS.

01:41PM 4           YOU UNDERSTAND THAT AS A JUROR YOU ARE ASKED TO DETERMINE

01:41PM 5      AGAIN THE FACTS AND WHETHER OR NOT THE DEFENDANTS DID, IN FACT,

01:41PM 6      COMMIT THE ACTS WHICH CONSTITUTE THE OFFENSES CHARGED.  THAT,

01:41PM 7      AGAIN, IS WHAT THE JUROR'S OBLIGATION IS TO DO.

01:42PM 8           IS THERE ANYONE WHO FEELS THAT THEY CANNOT DO THAT?

01:42PM 9           I SEE NO HANDS.

01:42PM 10          AS A JUROR YOU'RE NOT CONSIDER OR SPECULATE ON THE

01:42PM 11     QUESTION OF PUNISHMENT.  THAT IS A QUESTION SOLELY IN THE

01:42PM 12     PROVINCE OF THE COURT.  IS THERE ANYONE WHO DOESN'T UNDERSTAND

01:42PM 13     THAT CONCEPT?

01:42PM 14          I SEE NO HANDS.

01:42PM 15          IF YOU ARE SELECTED TO SIT AS A JUROR IN THIS CASE, WILL

01:42PM 16     YOU DECIDE THE CASE WITHOUT CONSIDERING THE QUESTION OF

01:42PM 17     PUNISHMENT?  IS THERE ANYONE WHO CANNOT DO THIS?

01:42PM 18          I SEE NO HANDS.

01:42PM 19          IN OUR COURTS AN ACCUSED HAS THE RIGHT TO REMAIN SILENT

01:42PM 20     AND NOT TESTIFY.  A DEFENDANT MAY CHOOSE TO RELY ON THE STATE

01:42PM 21     OF THE EVIDENCE IN THE CASE AND AT THE CONCLUSION OF THE

01:42PM 22     GOVERNMENT'S CASE PRESENT NO EVIDENCE.

01:42PM 23          NOW, DO ALL OF YOU ACCEPT THE RIGHT UNDER THE CONSTITUTION

01:42PM 24     TO REMAIN SILENT AND THUS NOT TESTIFY IN A CASE?  IS THERE

01:42PM 25     ANYONE WHO PARTS COMPANY WITH THAT CONCEPT?

01:42PM   1          IF THE DEFENDANTS IN THIS CASE RELY ON THEIR RIGHT NOT TO

01:43PM   2   TESTIFY, WILL ANYONE HOLD THAT AGAINST THEM?

01:43PM   3          I SEE NO HANDS.

01:43PM   4          ARE YOU OR ANYONE -- ANY OF YOU OR ANY MEMBER OF YOUR

01:43PM   5   FAMILY OR ANY OF YOUR CLOSE FRIENDS ATTORNEYS, LAW STUDENTS, OR

01:43PM   6   PARALEGALS?

01:43PM   7          LET'S START WITH MR. BRODY.  WHERE IS THE MICROPHONE?

01:43PM   8   YES.

01:43PM   9              PROSPECTIVE JUROR:  I BELIEVE I ANSWERED THIS

01:43PM  10   QUESTION EARLIER.

01:43PM  11              THE COURT:  YOU DID.  YOU MENTIONED YOUR MOTHER.

01:43PM  12              PROSPECTIVE JUROR:  DO I NEED TO GO INTO DETAIL

01:43PM  13   ABOUT IT AGAIN OR --

01:43PM  14              THE COURT:  I THINK YOUR MOTHER PRACTICES ESTATE

01:43PM  15   PLANNING.

01:43PM  16              PROSPECTIVE JUROR:  YES.

01:43PM  17              THE COURT:  IN SARATOGA?

01:43PM  18              PROSPECTIVE JUROR:  YES, SHE'S AN ATTORNEY.

01:43PM  19              THE COURT:  AND LET'S GO BACK TO MR. KLAPPERICH,

01:43PM  20   YES, SIR.  I BEG YOUR PARDON.  I'M SORRY.  MR. SHEWCHUK, I

01:43PM  21   DON'T MEAN TO IGNORE YOU.

01:43PM  22              PROSPECTIVE JUROR:  THAT'S OKAY.  SINCE I HAVE THE

01:43PM  23   MICROPHONE, I HAVE A GOOD FRIEND AND HE'S A LAWYER AND ANOTHER

01:43PM  24   FRIEND IN LAW AND A SPORTS AGENT, AND NONE OTHER THAT COME TO

01:43PM  25   MIND.

01:43PM  1          THE COURT:  OKAY.  THE OTHER FRIEND WHO IS NOT THE

01:43PM  2     SPORTS AGENT, DO YOU KNOW WHAT AREA OF PRACTICE HE OR SHE

01:44PM  3     PRACTICES?

01:44PM  4          PROSPECTIVE JUROR:  I THINK IT'S FAMILY LAW.

01:44PM  5          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

01:44PM  6        AND WE'LL GO BACK UP TO MS. STANOJEVIC -- OH, YES.

01:44PM  7          PROSPECTIVE JUROR:  ALSO OUR FRIENDS ARE A COUPLE OF

01:44PM  8     ATTORNEYS AT OUR OFFICE.

01:44PM  9          THE COURT:  AT YOUR OFFICE IN YOUR BUSINESS?

01:44PM  10         PROSPECTIVE JUROR:  YES.

01:44PM  11         THE COURT:  OKAY.  THANK YOU.

01:44PM  12         PROSPECTIVE JUROR:  SO THREE OF MY UNCLES -- THREE

01:44PM  13    OR FOUR OF MY UNCLES ARE ATTORNEYS, AND ONE WAS A JUDGE AND

01:44PM  14    THIS WAS BACK IN FORMER YUGOSLAV VIA.

01:44PM  15         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

01:44PM  16    MR. KLAPPERICH.

01:44PM  17         PROSPECTIVE JUROR:  I JUST GRADUATED LAW SCHOOL, AND

01:44PM  18    I SAT FOR THE JULY BAR.

01:44PM  19         THE COURT:  OKAY.  SO YOU'RE WAITING FOR BAR RESULTS

01:44PM  20    NOW?

01:44PM  21         PROSPECTIVE JUROR:  THAT'S RIGHT.

01:44PM  22         THE COURT:  AND WHERE DID YOU GRADUATE FROM?

01:44PM  23         PROSPECTIVE JUROR:  SANTA CLARA SCHOOL OF LAW.

01:44PM  24         THE COURT:  AND DID YOU ENJOY YOUR EXPERIENCE AT

01:44PM  25    SANTA CLARA?

01:44PM  1                    PROSPECTIVE JUROR:  I DID.

01:44PM  2                    THE COURT:  SO YOU LEFT BEFORE THE NEW LAW SCHOOL.

01:44PM  3        DID YOU GET TO TAKE CLASSES IN THE NEW --

01:44PM  4                    PROSPECTIVE JUROR:  I DID A COUPLE.

01:44PM  5                    THE COURT:  AND IN THE NEW BUILDING?

01:45PM  6                    PROSPECTIVE JUROR:  YEAH.

01:45PM  7                    THE COURT:  IT SEEMS NICE.

01:45PM  8                    PROSPECTIVE JUROR:  YEAH.

01:45PM  9                    THE COURT:  IT SEEMS LIKE A VERY NICE LAW SCHOOL.

01:45PM 10        ALL RIGHT.  WELL, GOOD LUCK TO YOU IN THE BAR, SIR.

01:45PM 11            ANYONE ELSE?  MR. SUH?

01:45PM 12                    PROSPECTIVE JUROR:  I HAVE A BEST FRIEND WHO

01:45PM 13        PRACTICES.  HE'S A LAWYER DOWN IN L.A., AND THEN HIS YOUNGER

01:45PM 14        SISTER, AS I MENTIONED, SHE'S AN ATTORNEY DOWN IN L.A. COUNTY.

01:45PM 15                    THE COURT:  I'M SORRY, SAY THAT AGAIN?

01:45PM 16                    PROSPECTIVE JUROR:  AN ATTORNEY DOWN IN L.A. COUNTY.

01:45PM 17                    THE COURT:  I SEE.  DO YOU KNOW WHAT AREA THEY

01:45PM 18        PRACTICE?

01:45PM 19                    PROSPECTIVE JUROR:  SHE DOES -- FROM WHAT I KNOW SHE

01:45PM 20        DOES DEFEND THE POLICE DEPARTMENTS AND THINGS LIKE THAT.

01:45PM 21                    THE COURT:  I SEE.  AND YOUR OTHER FRIEND WHO IS A

01:45PM 22        LAWYER?

01:45PM 23                    PROSPECTIVE JUROR:  YEAH, HE DOES MORE COMPANY

01:45PM 24        LEGAL.

01:45PM 25                    THE COURT:  BUSINESS TYPE OF LITIGATION?

01:45PM 1             PROSPECTIVE JUROR:  YES.

01:45PM 2             THE COURT:  OKAY.  THANK YOU.  LET'S GO DOWN AGAIN

01:45PM 3    TO MR. SCAGLIA.  YES, SIR.

01:45PM 4             PROSPECTIVE JUROR:  I HAVE A FRIEND WHO IS ACTUALLY

01:45PM 5    A SON OF A FOUNDER OF THE WELL-KNOWN -- HE'S A LAWYER HIMSELF,

01:45PM 6    AND HE'S THE SON OF THE FOUNDER OF A LAW FIRM WILSON, SONSINI

01:46PM 7    LAW FIRM.  AND I KNOW HIM VERY WELL, AND I WORK WITH HIS

01:46PM 8    FRIENDS.

01:46PM 9     OBVIOUSLY I HAVE A LOT OF INTERACTION WITH CORPORATE

01:46PM 10   LAWYERS IN MY BUSINESS CONSTANTLY SO I'M NOT SURE IF THIS

01:46PM 11   APPLIES.

01:46PM 12            THE COURT:  NO.  THANK YOU.

01:46PM 13     YES, LET'S SEND IT BACK TO MR. AGUILERAVITELA.

01:46PM 14            PROSPECTIVE JUROR:  MY MENTOR WHO IS ALSO A

01:46PM 15   PROFESSOR PRACTICES FAMILY.  HE'S AN ATTORNEY?

01:46PM 16            THE COURT:  OKAY.  ALL RIGHT.  AND YOU KNOW

01:46PM 17   CHRISTA GANNON, SHE'S A LAWYER?

01:46PM 18     YES.

01:46PM 19            PROSPECTIVE JUROR:  I WORK WITH THE LAW FIRM AT

01:46PM 20   WORK, IT'S AN IMMIGRATION LAW FIRM, AND ALSO MY MANAGER IS

01:46PM 21   IMMIGRATION AND WE ARE, TOO.

01:46PM 22            THE COURT:  ALL RIGHT.  THANK YOU.

01:46PM 23     ANYONE ELSE?

01:46PM 24            PROSPECTIVE JUROR:  MY UNCLE IS A LAWYER FOR SCHOOL

01:47PM 25   DISTRICTS IN GEORGIA.

01:47PM   1          THE COURT:  ALL RIGHT.  THANK YOU.  ANY OTHER

01:47PM   2    RESPONSES TO THESE QUESTIONS?

01:47PM   3          I SEE NO HANDS.

01:47PM   4          HAVE YOU OR ANY OF YOUR FAMILY OR CLOSE FRIENDS EVER

01:47PM   5    WORKED FOR A COURT, A PROSECUTION, OR A CRIMINAL DEFENSE LAW

01:47PM   6    OFFICE, INCLUDING GOVERNMENT AND PRIVATE PRACTICES?  ANYTHING

01:47PM   7    OUTSIDE OF THE RESPONSES THAT YOU'VE GIVEN ME?

01:47PM   8          YES, MS. GUNDERSON.

01:47PM   9             PROSPECTIVE JUROR:  MY BEST FRIEND WORKS, SHE'S A

01:47PM  10    COUNTY -- WHAT IS HER TITLE?  IN SANTA CRUZ IN THE COURTS.

01:47PM  11    SHE'S A COURT REPORTER I THINK IS HER TITLE.  SHE'S BEEN

01:47PM  12    WORKING THERE FOR LIKE 25 YEARS.

01:47PM  13             THE COURT:  OKAY.  A STENOGRAPHER?

01:47PM  14             PROSPECTIVE JUROR:  NO.  SHE SWEARS PEOPLE IN.

01:47PM  15             THE COURT:  MAYBE A CLERK?

01:47PM  16             PROSPECTIVE JUROR:  YEAH.  I DON'T KNOW ALL OF THE

01:47PM  17    SPECIFICS.  SHE DOESN'T TALK ABOUT WORK VERY MUCH WITH ME.

01:47PM  18             THE COURT:  OKAY.  FAIR ENOUGH.

01:47PM  19             PROSPECTIVE JUROR:  BUT, YEAH, SHE'S BEEN WORKING

01:47PM  20    THERE FOR A LONG TIME.

01:47PM  21             THE COURT:  OKAY.  THANK YOU.  ANYONE ELSE?

01:48PM  22          HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED OR

01:48PM  23    APPEARED AS A VICTIM OR A WITNESS IN ANY INVESTIGATION BY A

01:48PM  24    GOVERNMENTAL AGENCY?  THIS WOULD INCLUDE POLICE DEPARTMENT,

01:48PM  25    SHERIFF'S OFFICES, FEDERAL AGENCIES?  ANYONE HAVE ANY

01:48PM   1    EXPERIENCE IN THAT REGARD?

01:48PM   2         I SEE NO HANDS.

01:48PM   3         HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED IN ANY

01:48PM   4    LITIGATION OR CLAIMS AGAINST THE UNITED STATES GOVERNMENT OR

01:48PM   5    THE STATE OF CALIFORNIA OR ANY OTHER STATE OR MUNICIPALITY,

01:48PM   6    GOVERNMENTAL AGENCY?  ANYONE EVER BEEN ADVERSE TO THOSE

01:48PM   7    INSTITUTIONS IN ANY WAY?

01:48PM   8         I SEE NO HANDS.

01:48PM   9         HAVING HEARD THE QUESTIONS PUT TO YOU BY THE COURT, DOES

01:48PM  10    ANY OTHER REASON SUGGEST ITSELF TO YOU AS TO WHY YOU COULD NOT

01:48PM  11    SIT ON THIS JURY AND RENDER A FAIR VERDICT BASED ON THE

01:48PM  12    EVIDENCE PRESENTED TO YOU AND IN THE CONTEXT OF THE COURT'S

01:48PM  13    INSTRUCTIONS ON THE LAW?  IS THERE ANYONE WHO CANNOT DO THAT?

01:49PM  14         I SEE NO HANDS.

01:49PM  15         I'M SORRY, YES.

01:49PM  16         IS THAT MS. YIP?  YES.

01:49PM  17              PROSPECTIVE JUROR:  I JUST WANT TO MAKE A COMMENT, I

01:49PM  18    DON'T KNOW AND I'M NOT SURE I REPLIED TO ANY OF YOUR QUESTIONS,

01:49PM  19    BUT MY MOTHER WAS A VICTIM OF JURY DUTY FRAUD A COUPLE YEARS

01:49PM  20    AGO.

01:49PM  21              THE COURT:  JURY DUTY FRAUD?

01:49PM  22              PROSPECTIVE JUROR:  THEY CLAIMED SHE DID NOT GO TO

01:49PM  23    JURY DUTY AND SHE OWED $5,000, AND SHE WAS TAKEN FOR MONEY.

01:49PM  24    AND I'M REALLY BIASSED FOR FRAUD.  AND AFTER THAT WE'RE STILL

01:49PM  25    GETTING CALLS ALL OF THE TIME, AND SHE'S AN EASY MARK, AND WE

01:49PM  1    ARE GETTING CALLS AND PEOPLE ARE COMING AFTER HER.  AND I LIVE

01:49PM  2    WITH MY MOTHER SO I SAW THAT FIRSTHAND.

01:49PM  3                THE COURT:  OKAY.  SO THANK YOU.  YOU MENTIONED

01:49PM  4    SOMETHING ABOUT I THINK YOU SAID THAT YOU'RE BIASSED AGAINST

01:49PM  5    FRAUD?

01:49PM  6                PROSPECTIVE JUROR:  WELL, BECAUSE SHE WAS A VICTIM

01:49PM  7    OF FRAUD AND SHE HAD NO RECOURSE BECAUSE WE -- WHEN YOU GO TO

01:50PM  8    THE POLICE AND YOU TELL THEM THAT SOMEBODY CALLED AND DEFRAUDED

01:50PM  9    THE MONEY, THERE'S NO WAY TO GO AFTER PEOPLE.  AND THERE ARE

01:50PM  10   MYSTERIOUS PEOPLE ON THE PHONE, AND THERE ARE STILL PEOPLE

01:50PM  11   TRYING TO CALL AND TAKE HER FOR MONEY NOW AND THAT GIVES ME A

01:50PM  12   BIAS TOWARDS THOSE SORTS OF PEOPLE.

01:50PM  13               THE COURT:  OKAY.  WELL, YOU HEARD ME TELL YOU WHAT

01:50PM  14   THE CHARGES ARE, THE ALLEGATIONS IN THIS CASE.  KNOWING THAT

01:50PM  15   CAN YOU TELL ME WHETHER OR NOT YOU CAN BE A FAIR AND IMPARTIAL

01:50PM  16   JUROR TO BOTH SIDES OF THIS CASE?

01:50PM  17               PROSPECTIVE JUROR:  MOST LIKELY IF IT'S NOT RELATED,

01:50PM  18   BUT I'M NOT 100 PERCENT SURE.  WHAT HAPPENED WITH THEM IS A BIT

01:50PM  19   DIFFERENT, BUT IT'S STILL TO ME SOME SORT OF FRAUD.

01:50PM  20               THE COURT:  AND I APPRECIATE THAT.  YOU HAVEN'T

01:50PM  21   HEARD ANYTHING.

01:50PM  22               PROSPECTIVE JUROR:  WE DON'T KNOW THE EVIDENCE, AND

01:50PM  23   WE HAVEN'T HEARD ANYTHING, BUT I WANTED TO DISCLOSE THAT TO THE

01:50PM  24   COURT.

01:50PM  25               THE COURT:  THANK YOU FOR THAT, AND I APPRECIATE

01:50PM 1      YOUR CANDOR.

01:50PM 2           THE REASON WE ASK THESE QUESTIONS IS THAT BOTH SIDES WANT

01:50PM 3      TO START OFF AT THE SAME PLACE.  NOBODY SHOULD BE AHEAD OF THE

01:50PM 4      OTHER PERSON --

01:50PM 5           PROSPECTIVE JUROR:  I AGREE.

01:50PM 6           THE COURT:  -- IN THE EVIDENCE.  WE WANT A FAIR

01:50PM 7      TRIAL, AND THAT'S WHAT FAIRNESS IS.

01:51PM 8           YOU KNOW, IN THE OLYMPICS, WHEN YOU WATCH THE SUMMER

01:51PM 9      OLYMPICS AND YOU KNOW THERE ARE 8 LANES WHEN THEY RUN THE 400

01:51PM 10     METER RACE AND LANE 1 IS WAY BACK HERE AND LANE 8 IS WAY OUT

01:51PM 11     HERE, YOU KNOW THAT?

01:51PM 12          PROSPECTIVE JUROR:  I WATCH IT ALL OF THE TIME.

01:51PM 13          THE COURT:  AND YOU UNDERSTAND THE CONCEPT, RIGHT?

01:51PM 14          PROSPECTIVE JUROR:  YES.

01:51PM 15          THE COURT:  YOU LOOK AT IT AND SAY, GOD, NUMBER 8

01:51PM 16     HAS TO RUN A LOT FURTHER.  WHY ARE THEY WAY OUT THERE?  AND

01:51PM 17     THEN YOU LOOK AT NUMBER 1 AND THEY'RE DOWN AT THE FIRST LANE.

01:51PM 18     YOU KNOW WHY IT'S DONE.

01:51PM 19          IT'S VERY SIMILAR TO WHAT HAPPENS HERE.  EVERYBODY -- THEY

01:51PM 20     DO THAT TO STAGGER THE START SO EVERYBODY RUNS THE SAME

01:51PM 21     DISTANCE, AND THAT'S WHAT WE'RE TRYING TO ACCOMPLISH HERE IN

01:51PM 22     THIS JURY SELECTION PROCESS SO THAT BOTH SIDES START OFF AT THE

01:51PM 23     SAME PLACE WHERE NO ONE HAS AN ADVANTAGE AGAINST THE OTHER

01:51PM 24     PERSON, AND THAT'S WHY I ASK THESE QUESTIONS.  I HOPE YOU

01:51PM 25     APPRECIATE THAT.

01:51PM   1          PROSPECTIVE JUROR:  NO, I UNDERSTAND.

01:51PM   2          THE COURT:  SO HAVING SAID THAT, MA'AM, DO YOU THINK

01:51PM   3   THAT YOU START THIS CASE WITH A CLEAN FRESH MIND AND YOU CAN BE

01:52PM   4   FAIR TO BOTH SIDES AS THIS CASE PROCEEDS?

01:52PM   5          PROSPECTIVE JUROR:  I CAN'T SAY 100 PERCENT.  I MOST

01:52PM   6   LIKELY CAN BE, BUT I CAN'T SAY WITH 100 PERCENT CERTAINTY THAT

01:52PM   7   I AM UNBIASED.

01:52PM   8          THE COURT:  OKAY.  LET ME TELL YOU, ONE OF THE

01:52PM   9   FUNCTIONS -- AND IT'S DIFFICULT BECAUSE WE'RE HUMAN AND I

01:52PM  10   RESPECT THIS, BUT IT'S DIFFICULT TO KEEP AN OPEN MIND

01:52PM  11   THROUGHOUT THE EVIDENCE IN THE CASE.  THAT'S WHAT YOU'RE

01:52PM  12   REQUIRED TO DO.

01:52PM  13      YOU CAN'T MAKE A DECISION ABOUT THE FACTS UNTIL THE ENTIRE

01:52PM  14   CASE IS PRESENTED TO YOU AS JURORS, AND THAT SOMETIMES IS A

01:52PM  15   DIFFICULT CONCEPT.  BUT IT'S REQUIRED.  THAT'S WHAT YOU HAVE TO

01:52PM  16   DO.

01:52PM  17          SO, AGAIN, MS. YIP, DO YOU THINK THAT -- WELL, LET ME BE

01:52PM  18   FRANK WITH YOU.  DO YOU THINK THE DEFENSE STARTS OUT A LITTLE

01:52PM  19   BIT BEHIND THE STARTING LINE WITH YOU IF YOU'RE A JUROR?

01:52PM  20          PROSPECTIVE JUROR:  TO BE HONEST, YES.  I DON'T WANT

01:52PM  21   TO BE THAT WAY, BUT IT'S JUST A RECENT THING, AND IT'S STILL

01:52PM  22   FRESH IN MY MIND.

01:52PM  23          THE COURT:  SURE.  OF COURSE.  THAT'S WHY WE SPEND

01:52PM  24   TIME TALKING TO JURORS THIS WAY.  THANK YOU.  I APPRECIATE YOUR

01:52PM  25   CANDOR, AND I'LL EXCUSE YOU.  THANK YOU.

01:53PM 1          PROSPECTIVE JUROR:  THANK YOU VERY MUCH, YOUR HONOR.

01:53PM 2          THE COURT:  YOU'RE VERY WELCOME.  MADAM CLERK.

01:53PM 3          THE CLERK:  MEENAKSHI SONDHI.

01:53PM 4          THE COURT:  GOOD MORNING.  GOOD AFTERNOON.

01:53PM 5      YES, IS THAT MR. AGUILAR?

01:53PM 6          PROSPECTIVE JUROR:  ANTHONY LIZARDE.

01:53PM 7          THE COURT:  YES.

01:53PM 8          PROSPECTIVE JUROR:  THIS IS TOUGH, BUT TO BE HONEST,

01:53PM 9      I WOULD SAY I AM BIASSED AGAINST THOSE IN LAW ENFORCEMENT.

01:53PM 10         THE COURT:  OKAY.

01:53PM 11         PROSPECTIVE JUROR:  I JUST HAD PERSONAL ISSUES AND

01:53PM 12     FAMILY ISSUES, AND I CAN SAY THAT I WON'T BE ABLE TO BE

01:54PM 13     100 PERCENT OPEN MINDED STARTING.  YOU KNOW, EVERYTHING COULD

01:54PM 14     CHANGE AND ONCE THE CASE GETS GOING, BUT AS OF RIGHT NOW I

01:54PM 15     CAN'T SAY -- HOW CAN I EXPLAIN THIS?  WELL, I AM A LITTLE BIT

01:54PM 16     BIASSED AGAINST THOSE IN LAW ENFORCEMENT.  THAT'S PRETTY MUCH

01:54PM 17     IT.

01:54PM 18         THE COURT:  ALL RIGHT, SIR.  IT SOUNDS LIKE YOU'VE

01:54PM 19     HAD SOME EXPERIENCES --

01:54PM 20         PROSPECTIVE JUROR:  YEAH.

01:54PM 21         THE COURT:  -- THAT HAVE CAUSED YOU TO TAKE THE

01:54PM 22     POSITION THAT YOU HAVE TAKEN.

01:54PM 23         PROSPECTIVE JUROR:  YEAH.

01:54PM 24         THE COURT:  ARE THOSE EXPERIENCES INVOLVED WITH

01:54PM 25     LOCAL LAW ENFORCEMENT, THAT IS, MUNICIPAL LAW ENFORCEMENT,

01:54PM 1    CITY?

01:54PM 2                    PROSPECTIVE JUROR:  YEAH, LOCAL.

01:54PM 3                    THE COURT:  OKAY.  THERE WON'T BE, TO MY KNOWLEDGE,

01:54PM 4    THERE WON'T BE ANY LOCAL LAW ENFORCEMENT AGENCIES WHO WILL

01:54PM 5    TESTIFY IN THIS CASE.  I THINK I'M RIGHT ABOUT THAT.

01:54PM 6        AM I RIGHT, COUNSEL.

01:55PM 7                    MR. SCHENK:  WE'RE STILL WORKING ON A STIPULATION,

01:55PM 8    YOUR HONOR.

01:55PM 9                    THE COURT:  OKAY.  ALL RIGHT.  MY SENSE IS THERE MAY

01:55PM 10   NOT BE THE TYPE -- AND I DON'T KNOW WHAT THE SITUATION IS, BUT

01:55PM 11   THERE WON'T BE THAT TYPE OF INFORMATION IN THIS CASE.  AS I

01:55PM 12   UNDERSTAND IT THERE MAY BE INVESTIGATORS FROM THE BANKRUPTCY

01:55PM 13   COURT AND OTHER WITNESSES AND WHO WILL TESTIFY AND THOSE TYPES

01:55PM 14   OF THINGS.

01:55PM 15       DOES THAT ASSIST YOU IN ANY WAY?

01:55PM 16                    PROSPECTIVE JUROR:  YEAH, IT -- I JUST FEEL A LITTLE

01:55PM 17   UNCOMFORTABLE, BUT, YEAH.

01:55PM 18                    THE COURT:  ARE YOU SAYING IT'S THE LAW ENFORCEMENT

01:55PM 19   AGENCIES THAT YOU HAVE THIS FEELING ABOUT OR IS IT PROSECUTION

01:55PM 20   IN GENERAL?

01:55PM 21                    PROSPECTIVE JUROR:  PROSECUTION IN GENERAL.

01:55PM 22                    THE COURT:  I SEE.  SO YOU HAVE A -- LET ME JUST ASK

01:55PM 23   YOU, WHAT IS YOUR RELATIONSHIP?  LET ME REPHRASE THAT.  DO YOU

01:56PM 24   HAVE A BIAS AGAINST PROSECUTION, IS THAT WHAT YOU'RE SAYING?

01:56PM 25                    PROSPECTIVE JUROR:  WELL --

01:56PM   1          THE COURT:  THE DISTRICT ATTORNEY'S OFFICE, THE

01:56PM   2   GOVERNMENT PROSECUTOR?

01:56PM   3          PROSPECTIVE JUROR:  YEAH.  YOU KNOW.

01:56PM   4          THE COURT:  WELL, I DON'T KNOW.

01:56PM   5          PROSPECTIVE JUROR:  YEAH, I'M -- I'M SORRY, SIR.

01:56PM   6          THE COURT:  THIS IS IMPORTANT, SIR.  THIS IS

01:56PM   7   IMPORTANT.  AND IT'S IMPORTANT THAT WE ASK THESE QUESTIONS TO

01:56PM   8   ENSURE THAT AN INDIVIDUAL IS EXPRESSING THEIR TRUE FEELINGS

01:56PM   9   ABOUT THE CASE AS OPPOSED TO SOME INDIVIDUALS WHO COME TO

01:56PM   10  COURT, AND THIS IS NOT YOU, I KNOW THIS, AND SOME INDIVIDUALS

01:56PM   11  COME TO COURT AND THEY'RE WILLING TO SAY ANYTHING JUST TO GET

01:56PM   12  OFF OF THE JURY.

01:56PM   13         PROSPECTIVE JUROR:  YEAH.

01:56PM   14         THE COURT:  I'M TOLD THAT THERE ARE WEBSITES THAT

01:56PM   15  HAVE THE TEN BEST QUESTIONS OR ANSWERS TO GET OUT OF JURY DUTY.

01:56PM   16  I'M INFORMED THAT SUCH THINGS EXIST, AND IT'S JUST SHOCKING TO

01:56PM   17  ME AND MY COLLEAGUES.

01:56PM   18      I'M NOT SUGGESTING THAT YOU'VE DONE THAT, I'M JUST

01:56PM   19  COMMENTING.

01:56PM   20      BUT IT'S IMPORTANT FOR US TO KNOW, THOUGH, FOR ME TO KNOW

01:57PM   21  WHETHER OR NOT YOU CAN SIT AS A FAIR AND IMPARTIAL JUROR IN

01:57PM   22  THIS CASE?

01:57PM   23         PROSPECTIVE JUROR:  I JUST WANT TO BE ABLE TO SAY

01:57PM   24  YES.

01:57PM   25         THE COURT:  OKAY.  YOU THINK YOU WOULD HAVE A BIAS

01:57PM   1      AGAINST THE PROSECUTION?  IS THAT WHAT YOU'RE SAYING?

01:57PM   2                  PROSPECTIVE JUROR:  YES.

01:57PM   3                  THE COURT:  ALL RIGHT.  I'LL EXCUSE YOU.  THANK YOU.

01:57PM   4                  MR. NICK:  YOUR HONOR, CAN WE BE HEARD?

01:57PM   5                  THE COURT:  I'M GOING TO EXCUSE HIM ON CAUSE AND THE

01:57PM   6      COURT'S FINDING OF CAUSE.

01:57PM   7                  MR. NICK:  OKAY.  WE OBJECT ON BEHALF OF THE

01:57PM   8      MR. KUBUROVICH.

01:57PM   9                  THE COURT:  WE'LL NOTE THAT.  THANK YOU.

01:57PM  10                  MS. GILG:  I JOIN.  I JOIN IN.

01:57PM  11                  PROSPECTIVE JUROR:  DO I LEAVE ANYTHING?

01:57PM  12                  THE COURT:  YOU JUST LEAVE THAT ON THE CHAIR.

01:57PM  13                  PROSPECTIVE JUROR:  THIS (INDICATING)?

01:57PM  14                  THE CLERK:  NO.  THAT'S HIS ATTENDANCE.

01:57PM  15                  THE COURT:  OH.

01:57PM  16                  THE CLERK:  SYLVIA ZHANG.

01:58PM  17                  THE COURT:  GOOD AFTERNOON, MS. ZHANG.  BEFORE WE

01:58PM  18      SPEAK I WANT TO TURN MY ATTENTION TO MS. SONDHI.

01:58PM  19            MS. SONDHI, GOOD AFTERNOON.  LET ME FIRST ASK IS THERE

01:58PM  20      ANYTHING ABOUT THE DURATION OF THIS TRIAL THAT WOULD CAUSE IT

01:58PM  21      DIFFICULT FOR YOU TO SERVE.

01:58PM  22                  PROSPECTIVE JUROR:  NO.

01:58PM  23                  THE COURT:  ALL RIGHT.  THANK YOU.  WERE YOU ABLE TO

01:58PM  24      HEAR AND UNDERSTAND THE QUESTIONS THAT I'VE ASKED OF THE OTHER

01:58PM  25      PROSPECTIVE JURORS?

01:58PM 1          PROSPECTIVE JUROR:  YES.

01:58PM 2          THE COURT:  MS. ZHANG, SAME QUESTIONS TO YOU, MA'AM.

01:58PM 3    IS THERE ANYTHING ABOUT THE DURATION OF THIS TRIAL THAT YOU

01:58PM 4    THINK WOULD CAUSE YOU DIFFICULTY OR IMPOSSIBILITY TO SIT?

01:58PM 5          PROSPECTIVE JUROR:  I'M FINE.

01:58PM 6          THE COURT:  OKAY.  THANK YOU.

01:58PM 7       WERE YOU ABLE TO HEAR THE QUESTIONS, WERE YOU ABLE TO HEAR

01:58PM 8    THE QUESTIONS AND THE ANSWERS OF THE OTHER PROSPECTIVE JURORS?

01:58PM 9          PROSPECTIVE JUROR:  YES, I DID.

01:58PM 10         THE COURT:  OKAY.  ALL RIGHT.

01:58PM 11      LET ME ASK BOTH OF YOU, DO YOU KNOW ANY OF THE PARTIES IN

01:58PM 12   THIS CASE?

01:58PM 13         PROSPECTIVE JUROR:  NO.

01:58PM 14         PROSPECTIVE JUROR:  NO.

01:58PM 15         THE COURT:  OKAY.  DO YOU KNOW ANY OF THE WITNESSES

01:58PM 16   WHOSE NAMES THAT I MENTIONED AND WHOSE NAMES ARE ON THE SHEETS

01:58PM 17   IN FRONT OF YOU?

01:58PM 18         PROSPECTIVE JUROR:  NO.

01:59PM 19         PROSPECTIVE JUROR:  THERE WAS A PERSON CHEN, I DON'T

01:59PM 20   KNOW WHETHER I KNOW HIM --

01:59PM 21         THE CLERK:  EXCUSE ME.  IS THE MICROPHONE ON?  IS IT

01:59PM 22   ON, PLEASE?  YOU CAN LEAVE IT ON FOR THE DURATION.

01:59PM 23         PROSPECTIVE JUROR:  VICTOR CHEN.  I USED TO HAVE A

01:59PM 24   FRIEND WITH THAT NAME SO I'M NOT SURE WHETHER IT'S THE SAME

01:59PM 25   PERSON OR NOT.

01:59PM  1                  THE COURT:  WAS THE FRIEND THAT YOU HAVE, WAS HE A

01:59PM  2       LAWYER?

01:59PM  3                  PROSPECTIVE JUROR:  NO, HE'S NOT.

01:59PM  4                  THE COURT:  ALL RIGHT.

01:59PM  5                  PROSPECTIVE JUROR:  SO HE'S NOT THE SAME PERSON.

01:59PM  6                  THE COURT:  HE MAY NOT BE.  ALL RIGHT.  THANK YOU.

01:59PM  7             HAVE ANY OF YOU HAD PRIOR JURY SERVICE?  HAVE YOU SAT ON A

01:59PM  8       JURY PREVIOUSLY?

01:59PM  9                  PROSPECTIVE JUROR:  NO.

01:59PM  10                 THE COURT:  DO YOU KNOW ANY LAWYERS?

01:59PM  11                 PROSPECTIVE JUROR:  FRIENDS.

01:59PM  12                 THE COURT:  OKAY.  TELL ME ABOUT THAT, MS. ZHANG.

01:59PM  13                 PROSPECTIVE JUROR:  BUT THAT WAS BACK IN NEW YORK.

01:59PM  14                 THE COURT:  CAN YOU SPEAK INTO THE MICROPHONE.

01:59PM  15                 PROSPECTIVE JUROR:  THAT WAS BACK IN NEW YORK, AND

01:59PM  16      WE MOVED HERE LIKE FIVE YEARS AGO.

01:59PM  17                 THE COURT:  I SEE.

01:59PM  18                 PROSPECTIVE JUROR:  BUT I DON'T THINK THEY HAVE

01:59PM  19      ANYTHING TO DO WITH THIS CASE HERE.

02:00PM  20                 THE COURT:  MS. SONDHI?

02:00PM  21                 PROSPECTIVE JUROR:  I DO HAVE A CLOSE FAMILY FRIEND

02:00PM  22      WHO IS A LAWYER IN SANTA CLARA.

02:00PM  23                 THE COURT:  OKAY.

02:00PM  24                 PROSPECTIVE JUROR:  AND I THINK IT'S FAMILY LAW.

02:00PM  25                 THE COURT:  FAMILY LAW?

02:00PM  1              PROSPECTIVE JUROR:  YEAH.

02:00PM  2              THE COURT:  THANK YOU.  DO YOU HAVE ANY TRAINING IN

02:00PM  3      ACCOUNTING, FINANCE, ANY TRAINING IN THOSE AREAS, MS. SONDHI?

02:00PM  4              PROSPECTIVE JUROR:  NO TRAINING, BUT I DO

02:00PM  5      BOOKKEEPING ACCOUNTS, WORK WITH THE C.P.A. FIRM IN MY JOB.

02:00PM  6              THE COURT:  EXCUSE ME.

02:00PM  7              PROSPECTIVE JUROR:  I DO WORK WITH C.P.A. AND DO THE

02:00PM  8      ACCOUNTING FOR MY JOB, BUT I DON'T HAVE ANY FORMAL TRAINING.

02:00PM  9              THE COURT:  OKAY.  MS. ZHANG?

02:00PM 10              PROSPECTIVE JUROR:  I DON'T HAVE ANY TRAINING, BUT I

02:00PM 11      WAS A TREASURER BEFORE.

02:00PM 12              THE COURT:  YOU WERE A TREASURER?

02:00PM 13              PROSPECTIVE JUROR:  BACK IN NEW YORK THERE WAS A

02:00PM 14      SCHOOL.

02:00PM 15              THE COURT:  YOU CAN USE THE MICROPHONE.

02:00PM 16              PROSPECTIVE JUROR:  THERE WAS A SCHOOL, A CHINESE

02:00PM 17      SCHOOL, AND I WAS THE TREASURY OFFICER.

02:00PM 18              THE COURT:  I SEE.  OKAY.  ALL RIGHT.

02:00PM 19         DO EITHER OF YOU HAVE ANY EXPERIENCE WITH THE BANKRUPTCY

02:01PM 20      COURTS, EITHER PERSONAL EXPERIENCE OR FRIENDS, ACQUAINTANCES

02:01PM 21      WHO HAVE USED THOSE BANKRUPTCY COURTS?

02:01PM 22              PROSPECTIVE JUROR:  NO.

02:01PM 23              PROSPECTIVE JUROR:  NO.

02:01PM 24              THE COURT:  OKAY.  THANK YOU.  DID YOU HEAR ME

02:01PM 25      DISCUSS AND TALK ABOUT THE PRESUMPTION OF INNOCENCE?  WERE YOU

02:01PM   1    ABLE TO HEAR THAT?

02:01PM   2                PROSPECTIVE JUROR:  YES.

02:01PM   3                THE COURT:  DO YOU PART COMPANY WITH THAT?

02:01PM   4                PROSPECTIVE JUROR:  NO.

02:01PM   5                THE COURT:  YOU UNDERSTAND THE PRESUMPTION OF

02:01PM   6    INNOCENCE?

02:01PM   7                PROSPECTIVE JUROR:  YEAH.

02:01PM   8                THE COURT:  OKAY.  ALL RIGHT.  YOU UNDERSTAND THAT

02:01PM   9    MY QUESTION ALSO ABOUT PUNISHMENT, THE JURY IS NOT TO CONSIDER

02:01PM   10   PUNISHMENT IN ANY WAY WHEN THEY DELIBERATE ON THE FACTS OF THIS

02:01PM   11   CASE.

02:01PM   12        DO YOU UNDERSTAND THAT, MS. ZHANG?

02:01PM   13               PROSPECTIVE JUROR:  YES.

02:01PM   14               THE COURT:  MS. SONDHI?

02:01PM   15               PROSPECTIVE JUROR:  YES.

02:01PM   16               THE COURT:  ANY QUESTION ABOUT THAT?

02:01PM   17        DO EITHER OF YOU HAVE ANY PERSONAL, RELIGIOUS, OR OTHER

02:01PM   18   MORAL BELIEFS THAT YOU BELIEVE CAUSES YOU DIFFICULTY TO SIT AS

02:01PM   19   A JUROR IN A CASE?

02:01PM   20               PROSPECTIVE JUROR:  I'M NOT SURE IT'S RELEVANT.  MY

02:02PM   21   MOM, SHE WAS IN CHICAGO -- SHE DIED BECAUSE OF A CAR ACCIDENT.

02:02PM   22   SOMEONE HIT HER WHEN SHE WAS A PEDESTRIAN ON THE ROAD AND

02:02PM   23   SOMEBODY HIT HER AND BECAUSE OF THAT THEN WE WENT THROUGH A

02:02PM   24   SERIES OF LAWSUITS, AND THE PERSON WHO HAS KILLED HER AND THE

02:02PM   25   PERSON FILED BANKRUPTCY.  IT WAS A CIVIL SUIT.  IT'S NOT A

02:02PM 1    CRIMINAL SUIT.

02:02PM 2            THE COURT:  YES.

02:02PM 3            PROSPECTIVE JUROR:  BUT THE PERSON FILED BANKRUPTCY

02:02PM 4    SO WE EVENTUALLY SETTLED.  WE DIDN'T GO TO COURT, AND SO WE

02:02PM 5    DIDN'T GET AS MUCH LIKE PAYMENT BECAUSE OF THAT.

02:02PM 6            THE COURT:  YES, I SEE.  IS THERE ANYTHING ABOUT

02:02PM 7    THAT EXPERIENCE THAT YOU THINK WOULD IMPAIR YOUR ABILITY TO BE

02:02PM 8    FAIR AND IMPARTIAL IN THIS CASE?

02:02PM 9            PROSPECTIVE JUROR:  I WOULD SAY IT WOULD HAVE AN

02:03PM 10   IMPACT, BUT I'M NOT SO SURE.  IT WILL DEFINITELY HAVE SOME

02:03PM 11   IMPACT.

02:03PM 12           THE COURT:  OKAY.  WILL IT, WILL IT -- WELL, LET ME

02:03PM 13   ASK, DO YOU THINK IT WOULD IMPACT YOUR ABILITY TO BE FAIR TO

02:03PM 14   BOTH SIDES?

02:03PM 15           PROSPECTIVE JUROR:  I THINK I CAN BE FAIR, BUT,

02:03PM 16   YEAH.

02:03PM 17           THE COURT:  CAN YOU SEPARATE THAT INCIDENT FROM THE

02:03PM 18   CASE HERE AND MAKE YOUR DECISION BASED ONLY ON THE FACTS OF

02:03PM 19   THIS CASE?

02:03PM 20           PROSPECTIVE JUROR:  WELL, I COULD TRY.

02:03PM 21           THE COURT:  OKAY.  DO YOU THINK -- OKAY.  IS THAT

02:03PM 22   SOMETHING THAT YOU THINK YOU COULD DO OR DO YOU THINK THAT --

02:03PM 23           PROSPECTIVE JUROR:  I'LL TRY MY BEST.

02:03PM 24           THE COURT:  OKAY.  ALL RIGHT.  OKAY.  THANK YOU.

02:03PM 25        MS. NGUYEN, WERE YOU TRYING TO GET MY ATTENTION?

02:03PM  1              PROSPECTIVE JUROR:  YES.  BEFORE THE LUNCH BREAK

02:03PM  2    THAT I TRIED TO CALL MY EX ABOUT MY KIDS AFTER SCHOOL, AND I

02:03PM  3    CALLED HIM TWICE, AND HE FINALLY GET BACK TO ME THAT HE WORKS

02:04PM  4    IN MENLO PARK, AND HE STARTS WORK AT 5:00, AND HE ENDS HIS WORK

02:04PM  5    BACK AT 5:00.  SO FROM MENLO PARK BACK TO MILPITAS IT'S GOING

02:04PM  6    TO TAKE HIM AN HOUR, OR SOMETHING LIKE THAT.  SO I JUST WANTED

02:04PM  7    TO UPDATE YOU.

02:04PM  8              THE COURT:  AND HOW LONG WILL HE BE WORKING IN MENLO

02:04PM  9    PARK?

02:04PM  10             PROSPECTIVE JUROR:  HE'S A RESIDENTIAL ELECTRICIAN

02:04PM  11   SO HE MOVES FROM HOUSE TO HOUSE SO I HAVE --

02:04PM  12             THE COURT:  DO YOU KNOW HOW LONG HE'LL BE WORKING IN

02:04PM  13   MENLO PARK?

02:04PM  14             PROSPECTIVE JUROR:  I DID NOT ASK HIM THAT QUESTION

02:04PM  15   BECAUSE, YEAH.

02:04PM  16             THE COURT:  THAT WOULD HAVE BEEN GOOD TO KNOW.

02:04PM  17             PROSPECTIVE JUROR:  YEAH, I DIDN'T.

02:04PM  18             THE COURT:  OKAY.  THANK YOU.  THANK YOU FOR THAT.

02:04PM  19        CAN ANY OF YOU THINK OF ANY OTHER REASON WHY YOU MIGHT NOT

02:04PM  20   BE ABLE TO TRY THIS CASE FAIRLY AND IMPARTIALLY TO BOTH THE

02:04PM  21   GOVERNMENT AND THE DEFENSE OR WHY YOU SHOULD NOT BE ON THIS

02:04PM  22   JURY?

02:05PM  23        YES, MR. AGUILAR.

02:05PM  24             PROSPECTIVE JUROR:  I CAN'T BE ON THE JURY BECAUSE

02:05PM  25   OF MY DAUGHTER.  I CAN BE HERE TODAY BUT FOR THE DURATION OF

02:05PM 1      THE COURT I CAN'T.  I WON'T HAVE ANYONE ELSE TO PICK HER UP.

02:05PM 2                THE COURT:  I THOUGHT YOU CALLED.

02:05PM 3                PROSPECTIVE JUROR:  FOR TODAY.

02:05PM 4                THE COURT:  JUST FOR TODAY?

02:05PM 5                PROSPECTIVE JUROR:  CORRECT.  TODAY WAS HER DAY OFF.

02:05PM 6                THE COURT:  I SEE.  WELL, DID YOU TRY TO MAKE OTHER

02:05PM 7      ARRANGEMENTS, SIR?

02:05PM 8                PROSPECTIVE JUROR:  I DID BUT NOBODY ANSWERED.

02:05PM 9      THEY'RE AT WORK RIGHT NOW.

02:05PM 10               THE COURT:  AND I THINK YOUR CHILDREN -- WHAT ARE

02:05PM 11     THEIR AGES?

02:05PM 12               PROSPECTIVE JUROR:  I ONLY HAVE ONE DAUGHTER AND

02:05PM 13     SHE'S TEN, FIFTH GRADE.

02:05PM 14               THE COURT:  I SEE.  ALL RIGHT.  THANK YOU, SIR.

02:05PM 15          LET ME TURN TO COUNSEL.  DO COUNSEL HAVE ANY QUESTIONS?

02:05PM 16               MS. GILG:  YES, YOUR HONOR.  MAY WE APPROACH?

02:05PM 17               THE COURT:  I'M SORRY?

02:05PM 18               MS. GILG:  MAY WE APPROACH BEFORE WE DO THE

02:05PM 19     QUESTIONS?

02:05PM 20               THE COURT:  SURE.

02:05PM 21          (SIDE-BAR CONFERENCE ON THE RECORD.)

02:06PM 22               THE COURT:  WE'RE AT SIDE-BAR WITH COUNSEL OUTSIDE

02:06PM 23     OF THE PRESENCE OF THE JURY.

02:06PM 24          MS. GILG.

02:06PM 25               MS. GILG:  YOUR HONOR, I WAS OF THE UNDERSTANDING

02:06PM 1    THAT YOU WERE GOING TO ASK THEM IF THEY HAVE ANY STRONG

02:06PM 2    FEELINGS ABOUT MARIJUANA AND MEDICAL MARIJUANA BECAUSE WE

02:06PM 3    DETERMINED THAT IT WILL BE COMING OUT AT THE TRIAL, AND WE HAD

02:06PM 4    ASKED THAT AT THE PRETRIAL CONFERENCE THAT IF YOU WOULD ASK THE

02:06PM 5    JURORS THAT QUESTION.

02:06PM 6            THE COURT:  OKAY.  I GUESS I DON'T RECALL THAT.  I

02:06PM 7    DID ASK ABOUT MEDILEAF.  WHAT QUESTIONS?

02:06PM 8            MS. GILG:  JUST DO YOU HAVE ANY STRONG FEELINGS

02:06PM 9    ABOUT THE USE OR THE LAWS INVOLVED WITH MARIJUANA DISTRIBUTION

02:07PM 10   OR MARIJUANA IN GENERAL.

02:07PM 11           THE COURT:  MARIJUANA DISTRIBUTION?

02:07PM 12           MS. GILG:  MARIJUANA, THE STATE OF -- WELL, I DON'T

02:07PM 13   WANT TO SAY THE LAWS BUT ABOUT THE USE OF MARIJUANA AND MEDICAL

02:07PM 14   MARIJUANA.

02:07PM 15           MR. NICK:  MY SUGGESTION, YOUR HONOR, IS THAT THE

02:07PM 16   COURT ASK A PRETTY BROAD OPEN QUESTION JUST ABOUT PEOPLE'S

02:07PM 17   FEELINGS ABOUT MARIJUANA GENERALLY BECAUSE JUST THE MENTION OF

02:07PM 18   THE WORD USUALLY OPENS UP THE DAMN FOR EVERYTHING ELSE THAT MAY

02:07PM 19   BRING IN BIAS.  AND SO THAT'S MY EXPERIENCE, JUST MENTION THE

02:07PM 20   WORD AND THEY START TALKING.

02:07PM 21           THE COURT:  MR. SCHENK?  MR. SIMEON?

02:07PM 22           MR. SCHENK:  FIRST OF ALL, I DON'T RECALL THIS IN

02:07PM 23   PROPOSED REQUESTS THAT THEY SUBMITTED.

02:08PM 24       SECONDLY, WE'VE HAD EXTENSIVE CONVERSATION ABOUT THIS IS

02:08PM 25   NOT A TRIAL, AND IT SEEMS LIKE THIS THE DEFENSE IS TRYING TO

02:08PM 1    MAKE THIS A TRIAL ABOUT MEDICAL MARIJUANA AS OPPOSED TO

02:08PM 2    BANKRUPTCY.

02:08PM 3        FURTHERMORE, I'M NOT SURE WHICH WAY THE ANSWERS FROM THIS

02:08PM 4    JURY CUT.  IF YOUR HONOR HAS FEELINGS ABOUT MEDICAL

02:08PM 5    MARIJUANA -- IF YOUR HONOR ASKS A QUESTION ABOUT THE JURY'S

02:08PM 6    FEELINGS ABOUT MEDICAL MARIJUANA OR LEGALIZED MARIJUANA OR I'M

02:08PM 7    NOT EXACTLY SURE WHAT THE DEFENSE WANTS, AND A JUROR SAYS I

02:08PM 8    FEEL VERY STRONGLY ONE WAY OR THE OTHER IT SHOULD BE LEGALIZED,

02:08PM 9    PEOPLE SHOULD GET IT OR IT SHOULDN'T BE LEGALIZED, DO WE KICK

02:08PM 10   THEM BECAUSE OF EITHER ANSWER?

02:08PM 11       AGAIN, I'M NOT SURE WHAT WE LEARN FROM THAT THAT GIVES US

02:08PM 12   INSIGHT INTO WHETHER IT WOULD MAKE SOMEONE A GOOD OR A BAD

02:08PM 13   JUROR BECAUSE THEY'RE NOT HERE TO DECIDE ANYTHING ABOUT MEDICAL

02:08PM 14   MARIJUANA.  SO WHY ELICIT INFORMATION THAT WE DON'T KNOW WHAT

02:08PM 15   TO DO WITH IT?

02:08PM 16       IT JUST SEEMS IRRELEVANT, AND I DON'T THINK THAT IT'S

02:08PM 17   GOING TO BE THE BASIS FOR A FOR CAUSE CHALLENGE REGARDLESS OF

02:08PM 18   THE ANSWER THAT A JUROR GIVES ON THAT SUBJECT.

02:09PM 19           MR. NICK:  YOUR HONOR, I'D LIKE TO RESPOND.  I'M NOT

02:09PM 20   TRYING TO MAKE THE CASE ANYTHING.  THE CASE CAME THE WAY THAT

02:09PM 21   IT DID TIED IN WITH THAT OTHER CASE.  SO I DIDN'T CREATE THAT.

02:09PM 22       AND MY GENERAL EXPERIENCE, YOUR HONOR, IS THAT MARIJUANA

02:09PM 23   IS LIKE CATNIP.  PEOPLE EITHER HAVE VERY STRONG FEELINGS ABOUT

02:09PM 24   IT AND THE BIAS PERMEATES INTO EVERYTHING ELSE, SO MEANING THAT

02:09PM 25   THEY'RE MORE READILY, SAY, PERSONS INVOLVED IN MARIJUANA,

02:09PM  1    THEY'RE INVOLVED IN FRAUD.  AND THE PEOPLE FEELING THAT WAY

02:09PM  2    WE'RE TRYING TO MAKE SURE THAT ONCE THE WORD MEDILEAF OR

02:09PM  3    MARIJUANA COMES OUT AT THIS TRIAL, THAT A JUROR DOESN'T RUM

02:09PM  4    AWAY FROM THAT FACT AND MAKE THAT THE SOLE BASIS OF BEING BIAS

02:09PM  5    AND CONVICTING THE DEFENDANTS.

02:09PM  6            MS. GILG:  IT'S GOING TO COME OUT THAT THEY WERE

02:09PM  7    OPERATING A MEDICAL CANNIBIS DISPENSARY.

02:09PM  8            THE COURT:  SPEAK UP.

02:09PM  9            MS. GILG:  BECAUSE A LOT OF THE EXPENSES THAT WERE

02:10PM  10   INCURRED THAT WE'RE GOING TO BE DISCUSSING THROUGH THEIR OWN

02:10PM  11   WITNESS, CHECKS BEING PAID TO DIFFERENT PEOPLE, LOANS BEING

02:10PM  12   MADE FROM THAT.

02:10PM  13           THE COURT:  THROUGH WHAT WITNESS?  THE GOVERNMENT?

02:10PM  14           MS. GILG:  MS. KIKUGAWA.  SHE'S GOING TO BE

02:10PM  15   TESTIFYING ABOUT WHAT THE EXPENSES WERE.  A LOT OF THE EXPENSES

02:10PM  16   WERE MEDILEAF EXPENSES AND I THOUGHT -- I MEAN, IT'S GOING TO

02:10PM  17   COME OUT THAT WHAT HAPPENED IN 2009 WAS MONEY WAS GOING IN TO

02:10PM  18   DEVELOP MEDILEAF.  WE TALKED ABOUT --

02:10PM  19           THE COURT:  WELL, IS IT -- AM I TO UNDERSTAND THAT

02:10PM  20   MEDILEAF IS GOING TO BE IDENTIFIED AS A MARIJUANA COOPERATIVE

02:10PM  21   OR WHATEVER IT IS?

02:10PM  22           MS. GILG:  THAT WAS MY UNDERSTANDING WAS THAT WE

02:10PM  23   CAN'T --

02:10PM  24           MR. SIMEON:  I THOUGHT IT HAD BEEN RULED ON THAT

02:10PM  25   WE'RE NOT GOING TO DISCUSS THAT.  IT'S -- OBVIOUSLY THE NAME IS

02:10PM  1      IN THE RECORDS AS AN EXPENSE, AND IT COMES UP BECAUSE IT'S ONE

02:10PM  2      OF THE DEFENDANT'S BUSINESSES, MR. KUBUROVICH'S BUSINESSES, BUT

02:10PM  3      THAT'S IT.  IT'S THE ONLY RELEVANCE.  THE NATURE OF THAT

02:11PM  4      BUSINESS IS AS IRRELEVANT AS THE NATURE OF THE OTHER BUSINESSES

02:11PM  5      THAT HE'S ENGAGED IN.

02:11PM  6           MS. GILG:  WELL, YOUR HONOR, IT IS DIFFERENT BECAUSE

02:11PM  7      IT'S NOT HIS BUSINESS, AND IT'S A COLLECTIVE, AND THAT IS THE

02:11PM  8      WHOLE ASPECT OF THIS THAT MAKES IT UNIQUE.

02:11PM  9           THE OTHER THINGS THAT MAKE IT UNIQUE IS THE APPLICATIONS

02:11PM  10     TO THE GILROY FOR PERMITS.  I THOUGHT ALL OF THAT, AND I COULD

02:11PM  11     BE -- I MEAN, I'M NOT TRYING TO PUT WORDS IN ANYONE'S MOUTH,

02:11PM  12     BUT MY UNDERSTANDING WAS THAT WHEN WE HAD CAME FOR THE PRETRIAL

02:11PM  13     CONFERENCE WAS THAT THESE EXPENSES ARE RELEVANT AND THE NATURE

02:11PM  14     OF THE EXPENSES ARE RELEVANT, AND YOU CAN'T SEPARATE THE NATURE

02:11PM  15     OF THESE EXPENSES FROM THE FACT THAT IT WAS A MEDICAL CANNABIS

02:11PM  16     DISPENSARY.

02:11PM  17          I RECALL WE TALKED ABOUT EXPENSES AND YOU WERE TALKING

02:11PM  18     ABOUT ATTORNEY'S FEES, AND I THINK I USED THE WORD, WELL, IT'S

02:11PM  19     A PERMIT.  IT'S A PERMIT FOR THE BUSINESS.  IT'S NOT -- YOU

02:12PM  20     DON'T HAVE TO USE MARIJUANA.  AND I THINK THAT'S WHAT I WAS

02:12PM  21     TALKING ABOUT THEN.  YOU DON'T HAVE TO INDICATE THAT IT'S A

02:12PM  22     MARIJUANA BUSINESS.  IT'S PERMITTING COSTS FOR A BUSINESS.

02:12PM  23          MS. GILG:  BUT THERE ARE OTHER EXPENSES INVOLVED IN

02:12PM  24     THAT BUSINESS THAT ARE UNIQUE TO THE CANNIBIS INDUSTRY.

02:12PM  25          THE COURT:  HOW ARE THEY IDENTIFIED?

02:12PM 1        MS. GILG:  IN CHECKS.

02:12PM 2        THE COURT:  I'M SAYING, DOES IT SAY -- DOES THE

02:12PM 3    EVIDENCE SAY THAT THIS EXPENSE IS FOR FIVE POUNDS OF MARIJUANA?

02:12PM 4        MS. GILG:  YES.  YES, THAT'S EXACTLY WHAT IT IS

02:12PM 5    GOING TO SAY.

02:12PM 6        MR. NICK:  THIS CASE IS --

02:12PM 7        THE COURT:  I UNDERSTAND.

02:12PM 8        MR. SIMEON:  THE GOVERNMENT WAS INTENDING TO ADMIT

02:12PM 9    THE SUMMARIES OF THE FINANCIAL RECORDS WHICH ARE COMPLETELY

02:12PM 10   SANITIZED AND JUST SHOW THE MONEY GOING FROM A TO B, AND THEY

02:12PM 11   DON'T SHOW THE NATURE.  THEY JUST SHOW WHO WAS CONTROLLING THE

02:12PM 12   MONEY.

02:12PM 13       MS. GILG:  AND OUR POSITION IS THAT THE PEOPLE WHO

02:12PM 14   WERE CONTROLLING THE MONEY WERE MEDILEAF, AND THE PEOPLE FROM

02:13PM 15   MEDILEAF WERE THIS GROUP OF PEOPLE WHO FORMED THIS COLLECTIVE.

02:13PM 16   THEY WANT TO ARGUE THAT THIS IS GOING TO BE ALL EXPENSES THAT

02:13PM 17   MR. KUBUROVICH INCURRED.

02:13PM 18     OUR POSITION IS THAT THAT'S NOT WHAT IT WAS.  IT WAS

02:13PM 19   COLLECTIVE.

02:13PM 20     NOW, WE DON'T NEED THE MARIJUANA ASPECT TO TALK ABOUT THE

02:13PM 21   COLLECTIVE, BUT WHEN WE TALK ABOUT THE EXPENSES --

02:13PM 22       THE COURT:  ARE YOU TELLING ME, MS. GILG, THAT THERE

02:13PM 23   IS GOING TO BE EVIDENCE THAT SAYS MARIJUANA ON IT ON THE

02:13PM 24   EXPENSES?

02:13PM 25       MS. GILG:  YES, ON THE CHECKS.

02:13PM 1        THE COURT:  IS THAT ACCURATE?

02:13PM 2        MS. GILG:  THE TYPE OF MARIJUANA --

02:13PM 3        THE COURT:  DO THE CHECKS SAY MARIJUANA ON THEM?  I

02:13PM 4    ASK THAT QUESTION JUST IF MARIJUANA IS GOING TO BE AN ISSUE

02:13PM 5    HERE, IF IT'S GOING TO COME UP IN THE EVIDENCE THAT YOU HAVE,

02:13PM 6    IT MIGHT BE WORTHY OF SOME PROBING OF THE JURY TO LET THEM KNOW

02:13PM 7    THAT THERE IS A MARIJUANA ASPECT TO THE CASE.

02:13PM 8        MS. GILG:  RIGHT, A MARIJUANA ASPECT.

02:13PM 9        THE COURT:  I DON'T KNOW.  YOU KNOW THE EVIDENCE

02:13PM 10   BETTER THAN I DO.  I DON'T KNOW.

02:13PM 11       MR. SCHENK:  I THINK THAT THE DEFENSE SHOULD DO THE

02:14PM 12   ATTORNEY CONDUCTED VOIR DIRE, AND THERE'S NO NEED FOR THE COURT

02:14PM 13   TO INQUIRE BECAUSE I AGAIN GO BACK TO THE ANSWERS THAT THIS

02:14PM 14   COURT WILL ELICIT WHETHER IT MAKES A GOOD JUROR OR NOT.

02:14PM 15    IT'S ONLY THE SPIN THAT THE DEFENSE WANTS TO PUT ON IT

02:14PM 16   AFTER YOU COMBINE IT WITH THEIR DEFENSE, WHICH IS WHY I THINK

02:14PM 17   TRYING YOUR CASE IN VOIR DIRE IS NOT APPROPRIATE.  BUT IF THEY

02:14PM 18   HAVE CONCERNS THEY'RE GOING TO GET BIASSED JURORS BECAUSE OF A

02:14PM 19   TOPIC, THEN THEY SHOULD THREAD LIGHTLY, BUT I DON'T THINK IT'S

02:14PM 20   NECESSARY FOR THE COURT TO INQUIRE AND MAKE IT SEEM LIKE

02:14PM 21   MARIJUANA OR MEDICAL MARIJUANA IS RELEVANT, BECAUSE AGAIN, IT'S

02:14PM 22   THE GOVERNMENT'S VIEW THAT THIS IS A BANKRUPTCY FRAUD CASE.

02:14PM 23   THIS IS NOT A RETRIAL OF A STATE PROSECUTION OF THE MARIJUANA

02:14PM 24   BUSINESS.

02:14PM 25       THE COURT:  WELL, THAT'S NOT WHAT IS COMING IN THE

02:14PM  1     CASE IS THE STATE PROSECUTION AND ALL OF THAT.

02:15PM  2         IF THERE IS GOING TO BE EVIDENCE OF THIS BUSINESS

02:15PM  3     MARIJUANA BASED OR HAVING MARIJUANA INVOLVED IN IT OR WHATEVER

02:15PM  4     CONTEXT, I SUPPOSE IT MIGHT BE RELEVANT FOR A JUROR IF THEY

02:15PM  5     HAVE PARTICULAR BIASSED FEELINGS ABOUT ANY TYPE OF DRUG, FOR

02:15PM  6     EXAMPLE, IF THEY HEAR MARIJUANA, THAT'S A GATEWAY DRUG TO

02:15PM  7     HEROIN OR SOMETHING, I CAN'T DO THIS CASE, EVEN THOUGH IT'S NOT

02:15PM  8     A MARIJUANA CASE.  THE BUSINESS JUST HAPPENS TO HAVE BEEN

02:15PM  9     INVOLVED IN THAT FOR WHATEVER PURPOSE.

02:15PM  10        BUT I TAKE MR. SCHENK'S POINT THAT TO ASK THIS QUESTION

02:15PM  11    BROADLY GIVES A WHOLE OVERLAY TO THIS THAT IS PROBABLY

02:15PM  12    INAPPROPRIATE FOR THE ISSUES OF TRYING TO FIND WHETHER THEY CAN

02:15PM  13    BE FAIR AND IMPARTIAL AS TO A BANKRUPTCY FRAUD CASE.

02:15PM  14            MS. GILG:  BUT IT'S SORT OF LIKE THE LAW ENFORCEMENT

02:15PM  15    ISSUE, YOU KNOW, THE LAW ENFORCEMENT OFFICER.  DO YOU GIVE THIS

02:16PM  16    OFFICER MORE CREDIBILITY BECAUSE HE IS A LAW ENFORCEMENT

02:16PM  17    OFFICER?  IT'S THE SAME THING.  WOULD YOU PUNISH THESE

02:16PM  18    DEFENDANTS BECAUSE THEY WERE INVOLVED IN A MEDICAL MARIJUANA

02:16PM  19    BUSINESS?

02:16PM  20        I MEAN, IT'S KIND OF THE SAME THING.

02:16PM  21            THE COURT:  WELL, THE DIFFERENCE IS THE EVIDENCE OF

02:16PM  22    A MEDICAL MARIJUANA BUSINESS, I THINK WE ALREADY DISCUSSED

02:16PM  23    THAT, THAT'S NOT GOING TO COME INTO EVIDENCE, IS IT?

02:16PM  24            MS. GILG:  THAT'S WHAT I'M SAYING.  WHEN THE

02:16PM  25    FINANCIALS ARE ALL ABOUT THE MEDICAL -- I MEAN, IT'S ALL ABOUT

02:16PM 1      PAYING VENDORS AND IT HAS --

02:16PM 2               THE COURT:  BUSINESSES PAY VENDORS.  THAT'S WHAT

02:16PM 3      BUSINESSES DO.

02:16PM 4               MR. SIMEON:  SO YOUR HONOR ASKED, AND I ACTUALLY

02:16PM 5      DON'T REMEMBER BECAUSE I DON'T REMEMBER SEEING THE WORD

02:16PM 6      MARIJUANA.  IF YOU'RE SAYING IT'S THERE, I BELIEVE IT, BUT I'M

02:16PM 7      CURIOUS HOW MANY TIMES, AND THIS IS A FEW PAGES OR THOUSANDS.

02:16PM 8               MS. GILG:  I SHOULD NOT BE RESTRICTED IN MY

02:16PM 9      CROSS-EXAMINATION.  THIS WITNESS IS GOING TO GET UP AND SAY

02:16PM 10     THIS EXPENSE HAPPENED, THIS EXPENSE HAPPENED, THIS EXPENSE

02:17PM 11     HAPPENED, AND I SHOULD BE ABLE TO ASK WHETHER THAT WAS A

02:17PM 12     LEGITIMATE EXPENSE FOR A LEGITIMATE BUSINESS.

02:17PM 13              THE COURT:  LET ME ASK YOU THIS, MS. GILG, DO YOU

02:17PM 14     AND MR. NICK, IS IT YOUR DESIRE TO LET THE JURY, WHATEVER JURY

02:17PM 15     IS SELECTED, TO INFORM THEM THAT THE UNDERLYING BUSINESS WAS A

02:17PM 16     MARIJUANA COOPERATIVE?

02:17PM 17              MS. GILG:  I DON'T SEE HOW WE CAN AVOID THAT.

02:17PM 18              MR. NICK:  AND FROM MY END, YOUR HONOR, I'M THINKING

02:17PM 19     ABOUT THIS CASE INVOLVED.  AT SOME POINT BECAUSE IT'S SO

02:17PM 20     INTERTWINED WITH MEDILEAF, THE WORD "MEDILEAF" IS GOING TO COME

02:17PM 21     UP.

02:17PM 22          IF THE BUSINESS WERE PORNOGRAPHY PRODUCTION, THE BIASES

02:17PM 23     WOULD RUN SO HEAVILY THAT YOU WOULD HAVE TO QUESTION THE JURORS

02:17PM 24     BECAUSE IT'S SUCH A VISCERAL REACTION.

02:17PM 25              THE COURT:  I APPRECIATE THAT.  I'M JUST HERE

02:17PM 1    QUESTIONING WHETHER OR NOT THIS BUSINESS IS GOING TO BE

02:17PM 2    IDENTIFIED AS A MARIJUANA BUSINESS OR AS MEDILEAF.

02:18PM 3        IS SOMEONE GOING TO TESTIFY, YEAH, THIS IS A MARIJUANA

02:18PM 4    COOPERATIVE?

02:18PM 5            MR. SIMEON:  NOT FROM THE GOVERNMENT, YOUR HONOR.

02:18PM 6            THE COURT:  I'M NOT ASKING YOU TO TELL ME WHAT YOUR

02:18PM 7    DEFENSE IS BUT --

02:18PM 8            MS. GILG:  THAT'S NOT THE DEFENSE BUT IN QUESTIONING

02:18PM 9    THE FINANCIAL ASPECTS OF THIS CASE, THE QUESTIONS WILL BE

02:18PM 10   RAISED AS TO CERTAIN EXPENSES AND THE CERTAIN EXPENSES UNIQUE

02:18PM 11   TO THIS TYPE OF A BUSINESS.

02:18PM 12       AND IF THE PROSECUTION IS GOING TO CHARACTERIZE THIS AS

02:18PM 13   MR. KUBUROVICH'S BUSINESS, THEN, YES, WE DO WANT TO BRING THAT

02:18PM 14   IN.

02:18PM 15       WE ALSO WANT TO BRING IN ONE OF OUR EXHIBITS IS THE

02:18PM 16   MEDILEAF TAX FILINGS AND I DON'T, I DON'T -- IT SAYS MEDICAL

02:18PM 17   MARIJUANA BUSINESS ON THE TAX FILINGS.  I MEAN, I JUST DON'T --

02:18PM 18   I THINK IT'S GOING TO COME OUT ONE WAY OR THE OTHER, AND I'D

02:18PM 19   RATHER -- I'M NOT SAYING THAT I PLAN TO IN MY OPENING STATEMENT

02:19PM 20   OR -- YOU KNOW WHAT I MEAN?  I JUST DON'T SEE IT NOT COMING

02:19PM 21   OUT.

02:19PM 22           THE COURT:  ALL RIGHT.  ANYTHING FURTHER ON THIS?

02:19PM 23           MR. NICK:  ON THIS?  NO.

02:19PM 24           THE COURT:  ANYTHING ELSE?

02:19PM 25           MR. SCHENK:  I'M JUST WONDERING IF THE COURT IS DONE

02:19PM 1    WITH HARDSHIPS.  THERE ARE A FEW JURORS WHO HAD HARDSHIP

02:19PM 2    OUTSTANDING CLAIMS, AND SHOULD I TAKE IT THAT YOU'RE GOING TO

02:19PM 3    GRANT THE HARDSHIPS?

02:19PM 4              THE COURT:  YOU KNOW, MR. AGUILAR IS JUROR NUMBER 19

02:19PM 5    HAS HIS CHILDCARE ISSUE.

02:19PM 6         MS. NGUYEN IS -- I THINK SHE'S INDICATED THAT SHE HAS SOME

02:19PM 7    ISSUES AS WELL.

02:19PM 8              MS. GILG:  COULD I GET MY CHART IF WE'RE GOING TO

02:19PM 9    DISCUSS IT?

02:19PM 10             MR. NICK:  NUMBER 5, YOUR HONOR.

02:19PM 11             THE COURT:  MR. SUH SAYS IF WE END BY THE 29TH.

02:19PM 12             MS. GILG:  AND THAT'S WHAT I'M CONCERNED ABOUT.

02:19PM 13             MR. NICK:  I'M CONCERNED ABOUT THAT.

02:19PM 14             MS. GILG:  BECAUSE WE'RE JUST GOING TO END UP WITH

02:19PM 15   -- AND THEN THERE'S ANOTHER ONE THAT SAID SOMETHING ABOUT THE

02:19PM 16   20TH, LEAVING NEXT TUESDAY.

02:20PM 17        COULD I GO RUN AND GET MY CHART?

02:20PM 18             THE COURT:  EXCUSE ME.  MR. BRODY HAD AN INTERVIEW

02:20PM 19   ON THE 28TH.

02:20PM 20             MR. SCHENK:  I HAVE IT AS HIS COUSIN'S WEDDING ON

02:20PM 21   THE 28TH.

02:20PM 22             THE COURT:  FOR MR. BRODY?

02:20PM 23             MS. GILG:  YOUR HONOR, COULD I JUST?

02:20PM 24             THE COURT:  YES, SURE.

02:20PM 25             MR. SCHENK:  AND THEN NUMBER 1 -- WELL, I'LL WAIT

02:20PM 1      FOR MS. GILG.

02:20PM 2            (PAUSE IN PROCEEDINGS.)

02:20PM 3                  THE COURT:  LET'S START WITH NUMBER 1.

02:20PM 4      MS. STANOJEVIC INDICATED SHE HAD CHILDCARE, AND I THOUGHT SHE

02:20PM 5      SAID SHE WAS GOING TO WORK ON THIS AND WORK ON IT FOR

02:21PM 6      RESOLUTION, AND THAT'S WHY I DIDN'T RETURN TO HER.

02:21PM 7            AND NUMBER 5, MR. SUH, INDICATED HE HAD TRAVEL ON THE

02:21PM 8      29TH, I THINK.

02:21PM 9                  MR. SCHENK:  YES.

02:21PM 10                 THE COURT:  AND MY SENSE HEARING FROM THE

02:21PM 11     GOVERNMENT, ALTHOUGH IT HAS TAKEN A LITTLE LONGER THAN WE

02:21PM 12     THOUGHT, THE GOVERNMENT HAS INDICATED THAT THEIR CASE WILL BE

02:21PM 13     IN BY MONDAY, I THINK.

02:21PM 14                 MS. GILG:  YEAH, BUT I WANT TO REMIND THE COURT THAT

02:21PM 15     YESTERDAY THEY HAD TWO WITNESSES LINED UP FOR TODAY.  YESTERDAY

02:21PM 16     THEY HAD SAID WE WILL DO OPENING STATEMENTS, AND WE'LL HAVE TWO

02:21PM 17     WITNESSES.

02:21PM 18                 THE COURT:  SO HE'S LEAVING THE END OF NEXT WEEK.

02:21PM 19     MY SENSE IS THAT THE CASE WILL BE IN BY THEN AND THE JURY WILL

02:21PM 20     HAVE IT.

02:21PM 21                 MS. GILG:  IF THEY HAVE IT THEN THEY MIGHT BE IN A

02:21PM 22     RUSH TO DELIBERATE AND BE QUICK ABOUT IT BECAUSE HE HAS HIS

02:21PM 23     TRIP.

02:21PM 24                 THE COURT:  I'M NOT GOING TO STRIKE HIM I DON'T

02:21PM 25     THINK.

02:21PM  1          THE NEXT I HAVE IS MR. BRODY, NUMBER 15.

02:22PM  2               MS. GILG:  BEFORE YOU GO THERE, MR. AGUILERAVITELA,

02:22PM  3     I THOUGHT HE SAID HE WAS LEAVING NEXT TUESDAY FOR A WEDDING.

02:22PM  4     THAT'S WHAT I WROTE.

02:22PM  5               MR. SCHENK:  I DON'T HAVE THAT IN MY NOTES.

02:22PM  6               THE COURT:  I DON'T HAVE THAT, EITHER.  I CAN ASK

02:22PM  7     HIM.

02:22PM  8               MS. GILG:  I'LL ASK HIM.

02:22PM  9               THE COURT:  YES, I'LL ASK HIM AGAIN.  I KNOW THERE

02:22PM 10     ARE SOME -- THERE WERE A LOT OF WEDDINGS HERE.  SOMEBODY WAS

02:22PM 11     LEAVING.

02:22PM 12          MR. BRODY HAS A WEDDING ON TUESDAY, A COUSIN'S WEDDING,

02:22PM 13     TUESDAY THE 18TH.  THE 28TH.

02:22PM 14          THEN MOVING DOWN TO MR. AGUILAR, JUROR 19, HAS THIS

02:22PM 15     CHILDCARE ISSUE THAT HE CAN'T RESOLVE, AND MS. NGUYEN HAS

02:23PM 16     APPARENTLY CHILDCARE ISSUES AS WELL.

02:23PM 17          I THINK THAT'S IT.

02:23PM 18          I COULD EXCUSE NUMBERS 19, MR. AGUILAR, AND MS. NGUYEN.

02:23PM 19               MR. SCHENK:  WE RECOMMEND THAT.

02:23PM 20               THE COURT:  AND THEN WE'LL SEE WHERE WE GO.

02:23PM 21               MS. GILG:  I, I JUST WONDER, THOUGH, IF YOU EXCUSE

02:23PM 22     THOSE TWO, IF YOU WOULDN'T NEED TO EXCUSE NUMBER 1 BECAUSE SHE

02:23PM 23     HAD THE SAME ISSUE.  SHE'S CLEAR IN HER QUESTIONNAIRE.

02:23PM 24               THE COURT:  WELL, I THINK I ASKED HER ABOUT THAT AND

02:23PM 25     SHE SAID THAT SHE WOULD WORK ON THAT.

02:23PM  1      MY SENSE IS IT WAS NOT A CRITICAL ISSUE WITH HER OTHER

02:23PM  2   THAN AN INCONVENIENCE.

02:23PM  3           MS. GILG:  AND ASK MR. SUH WHEN HE'S LEAVING ON THE

02:23PM  4   30TH.

02:23PM  5           THE COURT:  OKAY.  WELL, BASED ON THE REPRESENTATION

02:24PM  6   THAT THE CASE WILL BE -- I THINK THE JURY IS GOING TO HAVE IT

02:24PM  7   BY MONDAY, AND CERTAINLY BY TUESDAY IT SOUNDS LIKE, AND WE'LL

02:24PM  8   HAVE ALTERNATES.

02:24PM  9      SO I DON'T THINK THAT'S AN ISSUE.  GETTING BACK TO THE

02:24PM 10   MARIJUANA ISSUE, I MAY JUST POSE A QUESTION TO THIS JUROR NOW.

02:24PM 11   I THINK I'LL EXCUSE THESE TWO AND THEN RESET TWO PROSPECTIVE

02:24PM 12   JURORS, AND I MAY ASK THEM OR I MAY ASK THEM DOES ANYONE HERE

02:24PM 13   HAVE ANY STRONG FEELINGS ABOUT MARIJUANA AND THE LAWS IN

02:24PM 14   CALIFORNIA.  WE'LL SEE WHAT THAT GENERATES.

02:24PM 15           OKAY.  ALL RIGHT.  THANK YOU.

02:24PM 16      (END OF DISCUSSION AT SIDE-BAR.)

02:24PM 17           THE COURT:  THANK YOU, COUNSEL.

02:24PM 18      ALL RIGHT.  THANK YOU, COUNSEL.  I AM GOING TO AT THIS

02:24PM 19   TIME EXCUSE JUROR NUMBER 19, MR. AGUILAR, AND MS. NGUYEN, JUROR

02:25PM 20   NUMBER 21.  IF YOU WOULD JUST LEAVE YOUR PAPERWORK, PLEASE, ON

02:25PM 21   THE SEAT.  AND, MR. AGUILAR, LEAVE THE MICROPHONE ON YOUR SEAT

02:25PM 22   AS WELL.

02:25PM 23           MADAM CLERK.

02:25PM 24           THE CLERK:  YES, YOUR HONOR.  LUPE ALLEN.

02:25PM 25   LUPE ALLEN.

02:25PM 1          THE COURT:  MS. ALLEN, IF YOU COULD TAKE THE SEAT

02:25PM 2     NEXT TO MS. GUNDERSON, PLEASE.

02:25PM 3          PROSPECTIVE JUROR:  (INDICATING).

02:25PM 4          THE COURT:  YES.  THANK YOU.

02:25PM 5          THE CLERK:  AND GERI SPIELER.

02:26PM 6          THE COURT:  ALL RIGHT.  THANK YOU.  GOOD AFTERNOON,

02:26PM 7     MS. ALLEN -- IS IT SPIELER OR SPIELER?

02:26PM 8          PROSPECTIVE JUROR:  SPIELER.

02:26PM 9          THE COURT:  GOOD AFTERNOON.  LET ME ASK YOU

02:26PM 10    QUESTIONS -- FIRST OF ALL, A QUESTION ABOUT THE DURATION OF

02:26PM 11    THIS TRIAL.

02:26PM 12        IS THERE ANYTHING ABOUT THE DURATION OR ANY OTHER ISSUE

02:26PM 13    THAT YOU THINK WOULD MAKE IT IMPOSSIBLE FOR EITHER OF YOU TO

02:26PM 14    SIT AS A JUROR IN THIS CASE?

02:26PM 15          PROSPECTIVE JUROR:  NO, NOT FOR ME.

02:26PM 16          THE COURT:  OKAY.  THANK YOU.

02:26PM 17        WERE YOU ABLE TO HEAR THE QUESTIONS AND ANSWERS OF THE

02:26PM 18    OTHER -- MY QUESTIONS AND THE OTHER ANSWERS OF THE OTHER

02:26PM 19    PROSPECTIVE JURORS?

02:26PM 20          PROSPECTIVE JUROR:  YES.

02:26PM 21          PROSPECTIVE JUROR:  UH-HUH.

02:26PM 22          THE COURT:  AND DO EITHER OF YOU KNOW ANY OF THE

02:26PM 23    PARTIES IN THIS CASE, THE LAWYERS, THE DEFENDANTS, ANY OF THE

02:26PM 24    WITNESSES WHOSE NAMES I MENTIONED AND WHOSE NAMES ARE ON THE

02:26PM 25    LIST IN FRONT OF YOU, DO YOU KNOW ANY OF THEM?

02:27PM 1                   PROSPECTIVE JUROR:  NO.

02:27PM 2                   THE COURT:  HAVE EITHER OF YOU HAD PRIOR JURY

02:27PM 3       SERVICE?

02:27PM 4                   PROSPECTIVE JUROR:  NO.

02:27PM 5                   PROSPECTIVE JUROR:  YES.

02:27PM 6                   THE COURT:  TELL US ABOUT THAT, MS. ALLEN.  THE

02:27PM 7       MICROPHONE IS WITH MS. GUNDERSON.

02:27PM 8           I THINK WE'RE NOW GOING TO LEAVE IT ON SO YOU DON'T HAVE

02:27PM 9       TO WORRY ABOUT THE BUTTON.

02:27PM 10                  PROSPECTIVE JUROR:  IS IT ON?

02:27PM 11                  THE COURT:  YES.

02:27PM 12                  PROSPECTIVE JUROR:  OKAY.  ABOUT 30 YEARS AGO I WAS

02:27PM 13      A JUROR IN AN ATTEMPTED MURDER TRIAL IN SANTA CRUZ.

02:27PM 14                  THE COURT:  OKAY.  WAS THE JURY ABLE TO REACH A

02:27PM 15      VERDICT IN THE CASE?

02:27PM 16                  PROSPECTIVE JUROR:  NO, THEY WERE NOT.

02:27PM 17                  THE COURT:  AND WERE YOU THE FOREPERSON?

02:27PM 18                  PROSPECTIVE JUROR:  NO.

02:27PM 19                  THE COURT:  AND IS THERE ANYTHING ABOUT THAT

02:27PM 20      EXPERIENCE THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE FAIR

02:27PM 21      AND IMPARTIAL IN THIS CASE?

02:27PM 22                  PROSPECTIVE JUROR:  I DON'T THINK SO.

02:27PM 23                  THE COURT:  OKAY.  THANK YOU.  DO EITHER OF YOU,

02:27PM 24      PARDON ME, HAVE ANY TRAINING IN FINANCE?  IN ACCOUNTING?

02:27PM 25      TAXATION?  ANYTHING LIKE THAT?

02:27PM  1                    PROSPECTIVE JUROR:  NO.

02:27PM  2                    PROSPECTIVE JUROR:  NO.

02:27PM  3              THE COURT:  DO EITHER OF YOU HAVE ANY TRAINING IN

02:27PM  4        THE LAW, ANY LEGAL TRAINING AT ALL?

02:27PM  5                    PROSPECTIVE JUROR:  NO.

02:27PM  6                    PROSPECTIVE JUROR:  HUH-UH.

02:27PM  7              THE COURT:  DO YOU KNOW ANY LAWYERS OR PARALEGALS OR

02:28PM  8        OTHER INDIVIDUALS WHO -- MS. SPIELER, YOU'RE SAYING YES?

02:28PM  9                    PROSPECTIVE JUROR:  YES.  MY DAUGHTER-IN-LAW IS AN

02:28PM  10       ATTORNEY IN SAN FRANCISCO AT THE STATE SUPREME COURT AND SHE

02:28PM  11       WORKS IN HABEAS.

02:28PM  12             THE COURT:  OKAY.

02:28PM  13                   PROSPECTIVE JUROR:  WE NEVER TALK ABOUT WHAT SHE'S

02:28PM  14       DOING.

02:28PM  15             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

02:28PM  16          ANY OTHER LAWYERS OR KNOWLEDGE OF LAWYERS AT ALL?

02:28PM  17          OKAY.  ONE QUESTION I DID ASK, AND THIS IS FOR EVERYONE,

02:28PM  18       DOES ANYONE KNOW ANYBODY ELSE ON THE PANEL?

02:28PM  19          OKAY.  ALL RIGHT.  THANK YOU.

02:28PM  20          HAVE ANY OF YOU HAD ANY EXPERIENCE, EITHER PERSONALLY OR

02:28PM  21       WITH FRIENDS OR FAMILY, WITH THE BANKRUPTCY COURT OR ANY

02:28PM  22       PROCEEDINGS?  ANY OF YOU HAVE ANY KNOWLEDGE OF THOSE

02:28PM  23       PROCEEDINGS AT ALL?

02:28PM  24                   PROSPECTIVE JUROR:  HUH-UH.

02:28PM  25             THE COURT:  DO YOU KNOW -- EITHER OF YOU KNOW ANYONE

02:28PM 1    IN LAW ENFORCEMENT?

02:28PM 2              PROSPECTIVE JUROR:  YES.

02:28PM 3              THE COURT:  ALL RIGHT.  MS. ALLEN.

02:29PM 4              PROSPECTIVE JUROR:  I GUESS THIS IS LAW ENFORCEMENT.

02:29PM 5    I HAVE A COUSIN AND HER PARTNER WHO ARE PRISON GUARDS DOWN IN

02:29PM 6    BAKERSFIELD AREA.

02:29PM 7              THE COURT:  OKAY.

02:29PM 8              PROSPECTIVE JUROR:  AND I HAVE A CLOSE PERSONAL

02:29PM 9    FRIEND WHO IS A RETIRED SAN JOSE POLICE OFFICER.

02:29PM 10             THE COURT:  OKAY.  ALL RIGHT.  AND DO YOU SEE THOSE

02:29PM 11   INDIVIDUALS WITH SOME REGULARITY?

02:29PM 12             PROSPECTIVE JUROR:  YES, I DO.

02:29PM 13             THE COURT:  AND DO THEY DISCUSS THEIR WORK WITH YOU?

02:29PM 14             PROSPECTIVE JUROR:  NOT REALLY.

02:29PM 15             THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THOSE

02:29PM 16   RELATIONSHIPS THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE

02:29PM 17   FAIR AND IMPARTIAL TO BOTH SIDES HERE?

02:29PM 18             PROSPECTIVE JUROR:  NO, I DON'T.

02:29PM 19             THE COURT:  OKAY.  THANK YOU.

02:29PM 20        MS. SPIELER?  NO?  OKAY.

02:29PM 21        YOU HEARD ME SPEAK ABOUT A REASONABLE DOUBT AND THE

02:29PM 22   PRESUMPTION OF INNOCENCE AND HOW THE PRESUMPTION OF INNOCENCE

02:29PM 23   CARRIES WITH IT THE BURDEN THAT THE GOVERNMENT HAS TO BEAR IN

02:29PM 24   THE CASE TO PROVE THEIR CASE.

02:29PM 25        DO EITHER OF YOU PART COMPANY WITH THAT, WITH THE

02:30PM  1      PRESUMPTION OF INNOCENCE?

02:30PM  2               PROSPECTIVE JUROR:  NO.

02:30PM  3               THE COURT:  OKAY.  ALL RIGHT.  YOU HEARD ME TALK

02:30PM  4      ALSO ABOUT A DEFENDANT'S RIGHT NOT TO TESTIFY IF THEY CHOOSE

02:30PM  5      NOT TO DO SO.  AND I ASKED THE OTHER PROSPECTIVE JURORS THAT IF

02:30PM  6      THE DEFENDANTS, EITHER OF THEM OR BOTH OF THEM, DECIDE NOT TO

02:30PM  7      TESTIFY, WOULD YOU EITHER -- EITHER OF YOU HOLD THAT AGAINST

02:30PM  8      THEM IF THEY CHOSE TO EXERCISE THEIR RIGHT NOT TO TESTIFY?

02:30PM  9               PROSPECTIVE JUROR:  NO.

02:30PM  10              PROSPECTIVE JUROR:  NO.

02:30PM  11              THE COURT:  IS THERE ANY OTHER REASON THAT YOU THINK

02:30PM  12     WOULD ARISE SUCH THAT YOU COULD NOT BE A FAIR AND IMPARTIAL

02:30PM  13     JUROR TO BOTH SIDES IN THIS CASE?

02:30PM  14         MS. ALLEN?

02:30PM  15              PROSPECTIVE JUROR:  NO.

02:30PM  16              THE COURT:  MS. SPIELER?

02:30PM  17              PROSPECTIVE JUROR:  NO.

02:30PM  18              THE COURT:  OKAY.  THANK YOU.  HAVE ANY OF YOU EVER

02:30PM  19     BEEN CALLED TO COURT TO TESTIFY AS A WITNESS OR A VICTIM IN ANY

02:30PM  20     CASE?

02:30PM  21              PROSPECTIVE JUROR:  NO.

02:30PM  22              PROSPECTIVE JUROR:  NO.

02:31PM  23              THE COURT:  ALL RIGHT.  THANK YOU.  LET ME ASK THIS

02:31PM  24     OTHER QUESTION FOR THE PANEL IN GENERAL.  IS THERE ANYONE HERE

02:31PM  25     WHO HAS ANY BELIEFS, OPINIONS ABOUT MARIJUANA AND MARIJUANA IN

02:31PM 1    CALIFORNIA SPECIFICALLY THAT YOU THINK MIGHT IMPAIR YOUR

02:31PM 2    ABILITY TO BE FAIR AND IMPARTIAL IF YOU WERE TO LEARN THAT

02:31PM 3    MARIJUANA WAS INVOLVED IN SOME ANCILLARY WAY IN THIS CASE.  ALL

02:31PM 4    RIGHT -- ALL RIGHT.  LET'S HAND THE MICROPHONE TO MR. ZHANG.

02:31PM 5    YES, SIR.

02:31PM 6         PROSPECTIVE JUROR:  YES.  SO AS A PARENT OF TWO

02:31PM 7    YOUNG KIDS, HOW SHOULD I PUT IT?  I'M STRONGLY AGAINST

02:31PM 8    LEGALIZED AND SALE AND PROMOTION OF THIS ONE ESPECIALLY, YOU

02:31PM 9    KNOW, WHEN I HEARD IN THE NEWS THAT THE STORES ARE CLOSE TO THE

02:31PM 10   SCHOOL DISTRICT AND ALL OF THESE KIND OF THINGS, I FEEL KIND OF

02:32PM 11   UNEASY THAT THIS IS HAPPENING IN SOCIETY.

02:32PM 12        AND I DON'T WANT MY KIDS TO BE CLOSE TO THOSE KINDS OF

02:32PM 13   ENVIRONMENTS AND --

02:32PM 14        THE COURT:  OKAY.

02:32PM 15        PROSPECTIVE JUROR:  -- IN ADDITION, IF ASKED FOR

02:32PM 16   PUBLIC OPINION, I WAS AGAINST LEGALIZED MARIJUANA.

02:32PM 17        THE COURT:  OKAY.  ALL RIGHT.  IF THERE WERE

02:32PM 18   EVIDENCE, I DON'T KNOW IF THERE WILL BE OR NOT, IF THERE WERE

02:32PM 19   EVIDENCE IN THIS CASE THAT MARIJUANA IS INVOLVED, NOT IN THE --

02:32PM 20   THIS IS A BANKRUPTCY FRAUD CASE.  IT'S NOT A DRUG CASE.  IT'S

02:32PM 21   NOT A MARIJUANA CASE.

02:32PM 22        BUT IF MARIJUANA WERE TO COME INTO EVIDENCE IN THIS CASE

02:32PM 23   OR THERE WAS SOME ISSUE ABOUT MARIJUANA, WOULD THAT CAUSE YOU

02:32PM 24   TO BE LESS THAN IMPARTIAL AS YOU LOOK AT THE EVIDENCE IN THIS

02:33PM 25   CASE, MR. ZHANG?

02:33PM 1          PROSPECTIVE JUROR:  I'M NOT SURE, BUT I'M WILLING TO

02:33PM 2    FOLLOW YOUR GUIDELINES HERE SO -- AND BASED ON THE EVIDENCE BUT

02:33PM 3    I'M NOT -- IT'S NOT HAPPENING RIGHT NOW SO I CANNOT SAY FOR

02:33PM 4    SURE.

02:33PM 5          THE COURT:  SURE.  SO WE ALL HAVE PERSONAL FEELINGS

02:33PM 6    ABOUT A VARIETY OF THINGS IN LIFE.  AND I GUESS THIS QUESTION

02:33PM 7    IS AS TO THIS MARIJUANA ISSUE IS YOU HAVE PERSONAL FEELINGS

02:33PM 8    ABOUT THAT.  I DON'T KNOW IF THAT'S GOING TO COME UP IN THIS

02:33PM 9    CASE OR NOT, BUT IF IT DOES, WOULD YOU BE ABLE TO PUT ASIDE

02:33PM 10   PERSONAL FEELINGS, AND AS YOU'VE SAID, FOLLOW THE INSTRUCTIONS

02:33PM 11   THAT I GIVE YOU AND JUST APPLY THE INSTRUCTIONS, THE LAW THAT I

02:33PM 12   GIVE TO YOU TO THE FACTS AS YOU FIND THEM PUTTING ASIDE ANY

02:33PM 13   PERSONAL BELIEFS, BIASES, OR PREJUDICES YOU MIGHT HAVE ABOUT IN

02:34PM 14   THIS CASE SPECIFICALLY MARIJUANA?  CAN YOU DO THAT?

02:34PM 15          PROSPECTIVE JUROR:  YOUR HONOR, I WANT TO SAY THAT I

02:34PM 16   AM WILLING TO, BUT WHETHER I WILL BE CAPABLE TO DO THAT I'M NOT

02:34PM 17   REALLY SURE.

02:34PM 18      MAY I GIVE YOU JUST LIFE EXPERIENCE.  I TELL MY WIFE AND I

02:34PM 19   SAY I LOVE THE TWO KIDS EQUALLY, BUT SOMETIMES YOU'RE WILLING

02:34PM 20   TO DO SOMETHING -- TO ME THERE'S SOME DIFFERENCE BETWEEN

02:34PM 21   WILLING TO DO AND WHETHER YOU'RE CAPABLE TO DO AT THAT TIME.

02:34PM 22          THE COURT:  ALL RIGHT.  WELL, MY UNDERSTANDING OF

02:34PM 23   THE EVIDENCE AS I KNOW, SIR, IS THAT THERE IS NOT GOING TO BE

02:34PM 24   ANY EVIDENCE ABOUT CHILDREN BEING SOLD MARIJUANA OR CHILDREN

02:34PM 25   INVOLVED IN MARIJUANA IN THIS CASE.

02:34PM  1              PROSPECTIVE JUROR:  OKAY.

02:34PM  2              THE COURT:  THAT'S NOT, THAT'S NOT -- THERE'S NO

02:34PM  3    EVIDENCE OF THAT IN THIS CASE AT ALL, AS I UNDERSTAND IT.

02:34PM  4         AM I RIGHT ABOUT THAT, COUNSEL?

02:34PM  5              MR. SCHENK:  YES.

02:34PM  6              MR. SIMEON:  YES.

02:34PM  7              THE COURT:  IS THAT RIGHT?

02:34PM  8              MR. NICK:  THAT'S CORRECT, YOUR HONOR.

02:34PM  9              MS. GILG:  YES.

02:35PM 10              PROSPECTIVE JUROR:  YOUR HONOR, I WILL SAY I WILL DO

02:35PM 11    MY BEST AT THIS MOMENT.

02:35PM 12              THE COURT:  OKAY.  ALL RIGHT.  THERE WAS ANOTHER

02:35PM 13    HAND.  LET'S HAND IT BACK TO MR. AGUILERAVITELA.

02:35PM 14              PROSPECTIVE JUROR:  IN REGARDS TO THIS AND WHEN IT

02:35PM 15    COMES TO THIS, I HAVE TO SAY THAT I DO HAVE A STRONG BIAS, AND

02:35PM 16    I'VE BEEN BIASSED FOR A COUPLE OF YEARS NOW.  SO IT WOULD BE

02:35PM 17    HARD FOR ME TO NOT -- TO NOT BRING IT UP IF MARIJUANA DOES

02:35PM 18    FOLLOW INTO THE DETAILS IN THIS CASE, IT'S GOING TO BE HARD FOR

02:35PM 19    ME TO TAKE THAT BIAS AWAY FROM THIS LAW.

02:35PM 20              THE COURT:  WHICH IS TO SAY THAT MR. ZHANG TOLD US

02:35PM 21    THAT HE'S NOT IN FAVOR OF, I THINK HE'S NOT IN FAVOR OF

02:35PM 22    LEGALIZED MARIJUANA.  I THINK IS THAT WHAT YOU SAID, SIR?

02:35PM 23              PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

02:35PM 24              THE COURT:  IS THAT WHAT YOU'RE SAYING, SIR?

02:35PM 25              PROSPECTIVE JUROR:  WELL, IN REGARDS TO THE WAR ON

02:36PM 1    DRUGS AND PRISONS OVERCROWDING AND THINGS SUCH AS THIS, I DO

02:36PM 2    HAVE A BIAS AGAINST IT.

02:36PM 3            THE COURT:  AND WHAT IS YOUR BIAS, TELL ME THAT?

02:36PM 4            PROSPECTIVE JUROR:  DO I HAVE TO SAY IT OUT LOUD OR?

02:36PM 5            THE COURT:  WELL, YES.

02:36PM 6            PROSPECTIVE JUROR:  SO I WAS IN FAVOR OF LEGALIZING

02:36PM 7    IT, NOT JUST FOR PEOPLE TO DO IT BECAUSE THEY WANT TO GET HIGH,

02:36PM 8    BUT I ALSO BELIEVE IN ITS MEDICINAL PURPOSES.  THAT'S MY

02:36PM 9    OPINION.  I DON'T THINK ANYTHING ELSE WOULD CHANGE IT.

02:36PM 10           THE COURT:  OKAY.  ALL RIGHT.  I SEE.  SO YOUR BIAS

02:36PM 11    IS IN FAVOR OF CALIFORNIA LAW LEGALIZED MARIJUANA?

02:36PM 12           PROSPECTIVE JUROR:  YES.

02:36PM 13           THE COURT:  I SEE.  SO AGAIN, IF MARIJUANA WERE TO

02:36PM 14    BECOME AN ISSUE IN THIS CASE, ARE YOU SAYING THAT YOU WOULD BE

02:36PM 15    BIASSED IN FAVOR OF AN INDIVIDUAL WHO MIGHT BE INVOLVED WITH

02:37PM 16    LEGALIZED MARIJUANA, IS THAT WHAT YOU'RE SAYING?

02:37PM 17           PROSPECTIVE JUROR:  IF IT WERE LEGALIZED AND THEY

02:37PM 18    WERE USING IT FOR PURPOSES SUCH AS MEDICINAL, I WOULD AGREE

02:37PM 19    WITH THAT.

02:37PM 20           THE COURT:  OKAY.  SO LET ME JUST SAY THAT WHETHER

02:37PM 21    OR NOT LEGALIZED MARIJUANA IS RIGHT OR WRONG, OR SIDES ON THAT,

02:37PM 22    THAT'S NOT GOING TO BE AN ISSUE IN THIS CASE.  THIS IS, AGAIN,

02:37PM 23    A CASE ABOUT BANKRUPTCY FRAUD.  THOSE ARE THE ALLEGATIONS.

02:37PM 24    IT'S NOT ABOUT WHETHER SOMEONE BELIEVES IN MARIJUANA, THE

02:37PM 25    LEGALIZATION OF MARIJUANA, OR DOESN'T.

02:37PM  1        I RAISE THIS QUESTION BECAUSE IT MAY BE THAT MARIJUANA

02:37PM  2    MIGHT COME UP, AT LEAST THE TOPIC OF MARIJUANA, MIGHT COME UP

02:37PM  3    IN THE CASE, AND I WANT TO BE CERTAIN FOR THESE LAWYERS FOR

02:37PM  4    THEIR CLIENTS, AND THAT INCLUDES THE GOVERNMENT, THEIR CLIENT,

02:37PM  5    AS TO WHETHER OR NOT SOMEONE CAN HEAR THIS CASE RECOGNIZING

02:38PM  6    THAT IF MARIJUANA COMES UP, THAT FACT ALONE WILL NOT DRIVE

02:38PM  7    THEIR DECISION AND THAT WILL MAKE THEM MAKE A DECISION, PUTTING

02:38PM  8    ASIDE ALL OF THE OTHER EVIDENCE IN THE CASE.

02:38PM  9        AND I'LL JUST FOCUS ON THIS.  SIMILAR TO MY QUESTIONS

02:38PM 10    EARLIER ABOUT LAW ENFORCEMENT AND YOU WERE HERE WHEN WE HAD

02:38PM 11    SOME PEOPLE TALK ABOUT HOW THEY FEEL THAT THEY CANNOT BE, THEY

02:38PM 12    CAN'T BE FAIR IN THE CASE BECAUSE THEY'RE ALWAYS GOING TO

02:38PM 13    BELIEVE A POLICE OFFICER OVER ANY OTHER WITNESS.  THEY'RE GOING

02:38PM 14    TO GIVE UNFAIR BIAS TOWARDS THAT TESTIMONY.

02:38PM 15        THE SAME AS ANOTHER WITNESS WHO SAID I'M NEVER GOING TO

02:38PM 16    BELIEVE A POLICE OFFICER AND I'M ALWAYS GOING TO RULE AGAINST

02:38PM 17    THEM, AND FOR THOSE TWO EXTREME POSITIONS YOU WITNESSED THAT I

02:38PM 18    EXCUSED THEM BECAUSE THEY COULDN'T BE FAIR AND IMPARTIAL IN

02:38PM 19    THIS CASE.  THAT'S THE BALANCE THAT WE'RE TRYING TO ACHIEVE

02:38PM 20    HERE.

02:38PM 21        SO THE QUESTION AS TO YOU, SIR, MR. AGUILERAVITELA, IS

02:38PM 22    IT'S NOT A MARIJUANA CASE.

02:38PM 23            PROSPECTIVE JUROR:  CORRECT.

02:38PM 24            THE COURT:  IT'S A CASE ABOUT BANKRUPTCY FRAUD AND

02:38PM 25    WHETHER OR NOT THE GOVERNMENT CAN MEET THEIR BURDEN ON THAT.

02:39PM 1    IT MAY BE THAT MARIJUANA MIGHT COME IN ON AN ANCILLARY

02:39PM 2  BASIS, BUT IT'S NOT PART OF THE PROSECUTION.  THIS IS NOT A

02:39PM 3  MARIJUANA PROSECUTION.

02:39PM 4    DOES THAT ASSIST YOU IN SOME REGARDS?

02:39PM 5    PROSPECTIVE JUROR:  YEAH.  SO STILL I WOULD SAY I

02:39PM 6  WOULD BE FAIR IN REGARDS TO THE FRAUD, BUT IF -- I DON'T KNOW

02:39PM 7  HOW MARIJUANA IS GOING TO PLAY AN ISSUE HERE.  I'M JUST SAYING

02:39PM 8  THAT.

02:39PM 9    THE COURT:  OKAY.  ALL RIGHT.  THERE WAS ANOTHER

02:39PM 10  HAND I THINK.  YES, LET'S GO TO MR. SCAGLIA.

02:39PM 11    PROSPECTIVE JUROR:  MAYBE I'M ASKING FOR

02:39PM 12  CLARIFICATION SO LET ME PUT A SCENARIO THAT IS MY QUESTION.

02:39PM 13    SO MARIJUANA IS LEGAL IN CALIFORNIA, AND I SUPPORTED THAT,

02:39PM 14  AND I STILL SUPPORT IT.

02:39PM 15    THE FEDERAL GOVERNMENT HAS HAD AN AMBIGUOUS POSITION ON

02:39PM 16  THIS, AND IT SEEMS TO VEER TOWARDS NEGATIVE NOW IN THE CURRENT

02:40PM 17  ADMINISTRATION.  I ACTUALLY DON'T KNOW THE RESOLUTION.

02:40PM 18    BUT GIVEN THESE FACTS, I WOULD BE BOTHERED IF THE

02:40PM 19  GOVERNMENT IN ANY TRIAL WOULD USE MARIJUANA AS A WAY TO

02:40PM 20  INCRIMINATE A DEFENDANT BECAUSE I DON'T THINK IT SHOULD PLAY AT

02:40PM 21  ALL.  IT'S LEGAL IN THE STATE.

02:40PM 22    PROSPECTIVE JUROR:  I AGREE WITH HIM.

02:40PM 23    THE COURT:  OKAY.  LET'S GO BACK TO MR. BARBOSA.

02:40PM 24    PROSPECTIVE JUROR:  I DON'T KNOW HOW THIS WOULD

02:40PM 25  PLAY, BUT MY MOM IS GOING TO BE POSSIBLY USING IT FOR MEDICINAL

02:40PM  1    USE, AND I GUESS IT ALL DEPENDS ON WHICH WAY YOU GUYS PRESENT

02:40PM  2    IT OR WHICH WAY DID THEY USE IT.  I GUESS THAT WOULD KIND OF

02:40PM  3    SWAY MY THOUGHT ON IT.  I'M JUST THROWING IT OUT THERE.

02:40PM  4            THE COURT:  WELL, LET ME JUST ADD.  LET ME PUT IT TO

02:40PM  5    YOU THIS WAY, LADIES AND GENTLEMEN.

02:40PM  6        IF YOU WERE TO LEARN THAT AN UNDERLYING ENTITY WAS

02:40PM  7    INVOLVED IN MARIJUANA'S -- LEGAL MARIJUANA SALES AS A BUSINESS,

02:41PM  8    THE ISSUES OF WHETHER OR NOT THAT BUSINESS WAS APPROPRIATE, OR

02:41PM  9    LEGAL OR NOT, SELLING MARIJUANA, JUST THE FACT THAT THE NATURE

02:41PM  10   OF THE BUSINESS WAS SUCH AND THAT BUSINESS WAS INVOLVED IN

02:41PM  11   BANKRUPTCY COURT, WHAT WOULD THAT DO TOWARDS YOUR BIAS,

02:41PM  12   MR. AGUILERAVITELA?

02:41PM  13       DO YOU UNDERSTAND WHAT I'M SAYING?  THE CASE IS NOT ABOUT

02:41PM  14   MARIJUANA PER SE.  IT'S ABOUT A BANKRUPTCY FRAUD.  AN

02:41PM  15   UNDERLYING BUSINESS MAY HAVE BEEN INVOLVED IN LEGAL, DEPENDING

02:41PM  16   ON CALIFORNIA LAW, SALES OF MEDICINAL MARIJUANA, BUT THAT'S NOT

02:41PM  17   GOING TO BE THE EVIDENCE IN THE CASE PER SE.  WE'RE NOT GOING

02:41PM  18   TO HAVE A TRIAL ON WHETHER OR NOT MARIJUANA SHOULD BE LEGAL OR

02:41PM  19   NOT OR SALES.

02:41PM  20       THE REAL ISSUE IS THE BANKRUPTCY OF A BUSINESS, OF A

02:41PM  21   BUSINESS.

02:42PM  22       THE BUSINESS MAY HAVE BEEN INVOLVED IN THAT.  IS THAT

02:42PM  23   GOING TO AFFECT ANYONE'S DECISION MAKING HERE IN SUCH A WAY

02:42PM  24   THAT IT WOULD IMPAIR THEIR ABILITY TO BE FAIR AND IMPARTIAL TO

02:42PM  25   BOTH SIDES?

02:42PM   1          MR. BARBOSA?

02:42PM   2          PROSPECTIVE JUROR:  YEAH, I WAS TRYING TO

02:42PM   3   UNDERSTAND.  THE WAY I BELIEVE IS IT DEPENDS ON THE WAY HE'S

02:42PM   4   USING IT.  I'M TRYING TO GET IT I BELIEVE SAFELY AND DO IT IN A

02:42PM   5   LEGITIMATE WAY, THERE'S NOTHING WRONG WITH IT.  BUT IF THERE'S

02:42PM   6   SOMETHING ELSE ABOUT THAT, I PROBABLY WOULD BE A LITTLE BIT

02:42PM   7   BIASSED ON THAT.

02:42PM   8          THE COURT:  SO THIS IS NOT A CRIMINAL PROSECUTION

02:42PM   9   FOR USE OF MARIJUANA.  I JUST WANT TO MAKE SURE THAT EVERYBODY

02:42PM  10   UNDERSTANDS THAT.  THAT'S NOT WHAT THIS CASE IS ABOUT.

02:42PM  11          IT'S A BANKRUPTCY FRAUD CASE.  THAT'S WHAT IT IS ABOUT.

02:42PM  12          THE NATURE OF THE BUSINESS IS IT COULD HAVE BEEN -- FOR

02:42PM  13   EXAMPLE, HYPOTHETICALLY, LET'S SAY IT WAS A CAR DEALERSHIP AND

02:42PM  14   THE CAR DEALERSHIP IS THE UNDERLYING BUSINESS, AND THERE'S AN

02:42PM  15   ALLEGATION THAT SOMEHOW THERE WAS BANKRUPTCY FRAUD, AND THE

02:43PM  16   UNDERLYING BUSINESS MAY HAVE BEEN INVOLVED IN A CAR DEALERSHIP,

02:43PM  17   IF YOU CAN FOLLOW THAT.  THAT MAY BE THE EXTENT OF THE EVIDENCE

02:43PM  18   HERE.

02:43PM  19          SO IT'S NOT GOING TO BE WHETHER OR NOT GAS CARS SHOULD BE

02:43PM  20   PREFERRED OVER ELECTRIC CARS AND WHETHER OR NOT SOMEONE HAS A

02:43PM  21   BIAS AGAINST A V8 MOTOR AS OPPOSED TO ECONOMICAL 4 CYLINDER

02:43PM  22   MOTOR.  IT'S THE NATURE OF THE FACT THAT THERE WAS A BUSINESS

02:43PM  23   THAT SOLD CARS.  OKAY.  IT WAS -- AND THEN THERE'S A BANKRUPTCY

02:43PM  24   ALLEGATION, A BANKRUPTCY FRAUD ALLEGATION AS TO THAT BUSINESS.

02:43PM  25          DOES THAT HELP?  AND AGAIN, I'M TRYING TO PARSE OUT THE

02:43PM 1    EVIDENCE AT LEAST AS FAR AS I KNOW IT.

02:43PM 2         WITH THOSE -- WITH THAT UNDERSTANDING, DOES THAT HELP YOU

02:43PM 3    UNDERSTAND THINGS, MR. AGUILERAVITELA?

02:43PM 4         PROSPECTIVE JUROR:  I UNDERSTAND THAT PART, BUT I

02:43PM 5    KNOW THAT IT'S STILL AN ISSUE WITH LOSS AND EVERYTHING IS A

02:44PM 6    CONCERN, AND IT WILL BE BROUGHT OUT FOR OR AGAINST, AND I'M NOT

02:44PM 7    REALLY SURE.

02:44PM 8              THE COURT:  OKAY.  MR. ZHANG.

02:44PM 9              PROSPECTIVE JUROR:  I AM GETTING A BETTER PICTURE

02:44PM 10   NOW.

02:44PM 11             THE COURT:  WHERE IS THE MICROPHONE?

02:44PM 12             PROSPECTIVE JUROR:  SO THANKS FOR THE INFORMATION

02:44PM 13   THERE.  SO I HAVE A BETTER PICTURE NOW.  SO IT'S ABOUT A

02:44PM 14   BUSINESS AND NO MATTER WHAT KIND OF GOODS OR SERVICES IT IS?

02:44PM 15             THE COURT:  THAT'S RIGHT.

02:44PM 16             PROSPECTIVE JUROR:  THANK YOU.

02:44PM 17             THE COURT:  THAT'S WHAT IT IS.

02:44PM 18             PROSPECTIVE JUROR:  THANK YOU.

02:44PM 19             THE COURT:  AND I DIDN'T -- I'M BEING CAUTIOUS HERE

02:44PM 20   ABOUT THIS AND PROBABLY DOING A DISSERVICE BECAUSE I DON'T WANT

02:44PM 21   TO GIVE THE IMPRESSION THAT THIS IS A MARIJUANA CASE, THAT IT'S

02:44PM 22   A DRUG CASE INVOLVING MARIJUANA.

02:44PM 23        IT'S A BANKRUPTCY FRAUD ALLEGATION THAT IS BROUGHT BY THE

02:44PM 24   GOVERNMENT.  YOU HEARD ME MENTION THE THREE CHARGES AGAINST THE

02:44PM 25   TWO DEFENDANTS.

02:44PM 1        AS I SAID, AND AS YOU POINT OUT, MR. ZHANG, THE NATURE OF

02:45PM 2   THE BUSINESS MAY HAVE TOUCHED ON, MAY HAVE BEEN INVOLVED WITH

02:45PM 3   MARIJUANA, BUT THE LEGALITIES OF THAT BUSINESS, AS FAR AS THE

02:45PM 4   SALES OF THE MARIJUANA IF INDEED THEY WERE SELLING, THE

02:45PM 5   LEGALITIES OF THAT, THAT IS NOT AT ISSUE, THAT'S NOT AT ISSUE

02:45PM 6   AT ALL.

02:45PM 7        CAN YOU BE FAIR AND IMPARTIAL WITH THAT UNDERSTANDING OF

02:45PM 8   THE FACTS, MR. AGUILERAVITELA?

02:45PM 9               PROSPECTIVE JUROR:  IF THIS IS THE WAY THAT IT WAS

02:45PM 10  INVOLVED, YES.  I DON'T KNOW THE FULL DETAILS OF IT SO THAT'S

02:45PM 11  THE ONLY THING I COULD SAY UNTIL NOW.

02:45PM 12              THE COURT:  SO YOUR ANSWER IS, YES, YOU CAN BE FAIR

02:45PM 13  AND IMPARTIAL?

02:45PM 14              PROSPECTIVE JUROR:  WITH WHAT HE HAS SPOKEN RIGHT

02:45PM 15  NOW, YES.

02:45PM 16              THE COURT:  RIGHT.

02:45PM 17              PROSPECTIVE JUROR:  I DON'T KNOW WHAT IS GOING TO

02:45PM 18  COME IN THE FUTURE.

02:45PM 19              THE COURT:  WELL, IT'S NOT GOING TO BE A TRIAL ABOUT

02:45PM 20  MARIJUANA SALES AND WHETHER OR NOT THAT'S APPROPRIATE TO USE

02:45PM 21  MARIJUANA EITHER RECREATIONALLY OR MEDICINALLY.  YOU'RE NOT

02:45PM 22  GOING TO BE ASKED TO ANSWER THAT QUESTION.

02:45PM 23        DOES THAT HELP YOU, SIR?

02:45PM 24              PROSPECTIVE JUROR:  NO, NOT AT ALL.

02:45PM 25              THE COURT:  IT DOESN'T HELP YOU?  YOU'RE GOING TO BE

02:46PM  1      ASKED AT THE END OF THE CASE WHETHER OR NOT THE GOVERNMENT HAS

02:46PM  2      PROVED THAT THE ELEMENTS OF FRAUD HAVE BEEN PRESENTED

02:46PM  3      SATISFACTORILY BY PROOF BEYOND A REASONABLE DOUBT.  THAT'S THE

02:46PM  4      QUESTION THAT YOU'RE GOING TO BE ASKED.

02:46PM  5                  PROSPECTIVE JUROR:  OKAY.

02:46PM  6                  THE COURT:  THE UNDERLYING BUSINESS, YOU'RE NOT

02:46PM  7      GOING TO BE ASKED TO MAKE ANY CONCLUSIONS ON THAT.

02:46PM  8          DOES THAT HELP YOU?

02:46PM  9                  PROSPECTIVE JUROR:  YEAH.

02:46PM  10                 THE COURT:  OKAY.  YES.  LET'S GO BACK TO

02:46PM  11     MR. SCAGLIA.

02:46PM  12                 PROSPECTIVE JUROR:  IF I RECOLLECT CORRECTLY YOU

02:46PM  13     MENTIONED THE CRIME WAS IN 2010?

02:46PM  14                 THE COURT:  YES.

02:46PM  15                 PROSPECTIVE JUROR:  WAS MARIJUANA -- MARIJUANA WAS

02:46PM  16     NOT LEGALIZED IN 2010.

02:46PM  17                 THE COURT:  WELL, IT'S NOT AN ISSUE FOR THIS CASE.

02:46PM  18                 PROSPECTIVE JUROR:  NO, IT'S NOT AN ISSUE IN

02:46PM  19     PRINCIPLE, BUT I COULD IMAGINE SOMEONE USING THAT FACT SAYING

02:46PM  20     THAT'S A SHITTY BUSINESS, IT'S AN ILLEGAL BUSINESS.  IT MAY BE

02:46PM  21     IRRELEVANT TO THE CASE, BUT IT'S A STATEMENT.

02:47PM  22                 THE COURT:  IT IS A STATEMENT.

02:47PM  23                 PROSPECTIVE JUROR:  HARD TO IGNORE.

02:47PM  24                 THE COURT:  WELL, I DON'T THINK THAT STATEMENT WILL

02:47PM  25     COME INTO EVIDENCE IN THIS CASE.

02:47PM 1          PROSPECTIVE JUROR:  HOPEFULLY.

02:47PM 2          THE COURT:  AND OF COURSE YOUR DECISIONS ARE BASED

02:47PM 3    ONLY ON THE EVIDENCE IN THE CASE, THE UNIVERSE OF THE

02:47PM 4    COURTROOM.  THAT'S WHAT YOU FOCUS YOUR DECISION ON.

02:47PM 5          LET ME ASK NOW THAT WE'VE HAD THE DISCUSSION ABOUT THE

02:47PM 6    BUSINESS ENTITY AND MARIJUANA THAT MIGHT BE INVOLVED IN THE

02:47PM 7    BUSINESS ENTITY.  RECOGNIZING THAT, IS THERE ANYONE WHO FEELS

02:47PM 8    THAT WITH THAT INFORMATION THAT I'VE IMPARTED TO YOU, ANYONE

02:47PM 9    THAT FEELS THAT WITH THAT KNOWLEDGE THAT YOU COULD NOT BE A

02:47PM 10   FAIR AND IMPARTIAL JUROR TO HEAR THIS CASE INVOLVING THREE

02:47PM 11   COUNTS OF BANKRUPTCY FRAUD?  ANYONE WHO FEELS THAT THEY CANNOT

02:47PM 12   BE FAIR AND IMPARTIAL TO BOTH SIDES IN THIS CASE?

02:47PM 13         I SEE NO HANDS.

02:47PM 14         ALL RIGHT.

02:47PM 15         DO YOU HAVE QUESTIONS, MR. SCHENK?

02:48PM 16         MR. SCHENK:  YES, YOUR HONOR.  THANK YOU VERY MUCH.

02:48PM 17   GOOD AFTERNOON AGAIN.  MY NAME IS JEFF SCHENK, AND I'M ONE OF

02:48PM 18   THE PROSECUTORS HERE.

02:48PM 19         I WORK AT THE UNITED STATES ATTORNEY'S OFFICE AND ALONG

02:48PM 20   WITH MY COLLEAGUE, SCOTT SIMEON, WE'RE HERE TO REPRESENT THE

02:48PM 21   UNITED STATES GOVERNMENT IN THIS CASE.

02:48PM 22         THE IMPRESSION IS THAT THE PROSECUTORS AND THE DEFENSE

02:48PM 23   DON'T GET ALONG -- DON'T AGREE ON VERY MUCH.  THIS IS A STAGE

02:48PM 24   THAT WE AGREE ON A LOT.  AND THE TRUTH IS THAT WHAT WE BOTH

02:48PM 25   WANT HERE IS WHAT JUDGE DAVILA SAID IS A GROUP OF JURORS WHO

02:48PM 1    HAVE PERSONAL OPINIONS, WHO HAVE PERSONAL BELIEFS, THAT'S HUMAN

02:48PM 2    NATURE, BUT WHO CAN PUT THOSE IDEAS ASIDE AND OVER THE NEXT

02:48PM 3    SEVERAL DAYS HEAR THE TESTIMONY IN THE CASE AND JUDGE JUST

02:48PM 4    BASED ON WHAT YOU HEAR.

02:48PM 5        AND WE SAW EARLIER KIND OF AN INTERESTING DICHOTOMY.

02:48PM 6    THERE WAS A JUROR, MS., AND I THINK HER NAME WAS ALUFFI, AND

02:48PM 7    THEN MR. ALCALA, AND BOTH OF THEM HAVE BEEN EXCUSED.  BUT THEY

02:49PM 8    EACH BROUGHT PERSONAL OPINIONS AND PERSONAL BELIEFS, AS

02:49PM 9    EVERYONE DOES, BUT THEIRS WERE QUITE STRONG ON THE AREA OF HOW

02:49PM 10   TO BELIEVE CERTAIN WITNESSES, AND IN THIS INSTANCE LAW

02:49PM 11   ENFORCEMENT WITNESSES, WITNESSES WHO ONE POTENTIAL JUROR WAS

02:49PM 12   GOING TO BE PREDISPOSED TO BELIEVE AND ANOTHER POTENTIAL JUROR

02:49PM 13   WHO WAS GOING TO BE PREDISPOSED NOT TO BELIEVE.

02:49PM 14       AND I'D LIKE TO HAVE MORE OF A DISCUSSION WITH YOU ABOUT

02:49PM 15   THAT NOW.

02:49PM 16       ANYBODY ELSE HAVE SIGNIFICANT PERSONAL EXPERIENCES, NOT

02:49PM 17   NECESSARILY IN THE AREA OF A LAW ENFORCEMENT WITNESS, BUT THAT

02:49PM 18   JUDGING THE EVIDENCE JUST ON WHAT YOU HEAR?  YOU'RE GOING TO BE

02:49PM 19   IN THE COURTROOM, DEPENDING ON THE DAY, FROM AROUND 9:00 IN THE

02:49PM 20   MORNING UNTIL AROUND 5:00 O'CLOCK, AND SOME DAYS WILL BE HALF

02:49PM 21   DAYS.  BUT WHAT YOU HEAR IS NOT GOING TO BE THE END OF WHAT

02:49PM 22   YOU'RE ANALYZING THE EVIDENCE THROUGH, THE PRISM THROUGH WHICH

02:49PM 23   YOU SEE THE EVIDENCE.

02:50PM 24       IS THERE ANY JUROR WHO FEELS THAT I HAVE SOME PERSONAL

02:50PM 25   EXPERIENCES, SOME PERSONAL BELIEFS THAT I'M CONCERNED ARE TOO

02:50PM  1    STRONG THAT WILL CLOUD THE PRISM THE WAY I SEE THE EVIDENCE?

02:50PM  2        NO HANDS.

02:50PM  3        WHEN YOU CAME IN THIS MORNING YOU FILLED OUT SOME FORMS SO

02:50PM  4    FORGIVE ME FOR PICKING ON SOME INDIVIDUALS, BUT WE'LL GET INTO

02:50PM  5    A DIALOGUE.

02:50PM  6        I'D LIKE TO START WITH I THINK IT WAS MR. SUH.  YOU SAID

02:50PM  7    YOU DO HAVE SOME, OR ONE OF THE QUESTIONS WAS THAT YOU HAD SOME

02:50PM  8    PERSONAL OPINIONS AND BELIEFS THAT MIGHT AFFECT YOUR ABILITY TO

02:50PM  9    ACCEPT THE LAW AS THE JUDGE GIVES IT TO YOU.

02:50PM  10       DO YOU THINK THAT WHEN YOU FILLED THAT OUT THIS MORNING

02:50PM  11   YOU HAD THAT VIEW BUT AS THE DAY HAS GONE ON YOU'VE HEARD A

02:50PM  12   LITTLE BIT MORE ABOUT WHAT IS INVOLVED IN BEING A JUROR?  DO

02:50PM  13   YOU NOT FEEL SO STRONGLY ABOUT THAT STATEMENT?

02:50PM  14           PROSPECTIVE JUROR:  LESS STRONGLY NOW.

02:50PM  15           MR. SCHENK:  I'M SORRY?

02:50PM  16           PROSPECTIVE JUROR:  I WILL BE ABLE TO SET ASIDE

02:50PM  17   OPINIONS, AND I'LL GO WITH THE GUIDELINES THAT WAS GIVEN BY THE

02:51PM  18   JUDGE TO DISCARD THINGS AS MENTIONED.

02:51PM  19           MR. SCHENK:  GREAT.  THANK YOU.  AND I THINK THERE

02:51PM  20   WAS ONE OTHER.  MR. AGUILERAVITELA, WE'VE TALKED QUITE A BIT

02:51PM  21   THIS MORNING AND THIS AFTERNOON.

02:51PM  22       YOU ALSO SAID THAT I THINK BECAUSE OF YOUR BACKGROUND IN

02:51PM  23   JUSTICE STUDIES YOU HAD SOME CERTAIN EXPOSURE TO LAWS AND THE

02:51PM  24   WAY THAT CERTAIN LAWS HAVE BEEN ADOPTED AND WHAT THEY ENFORCE

02:51PM  25   AND WHAT THEY DON'T ENFORCE, BUT YOU ALSO HAD SOME CONCERNS

02:51PM  1    ABOUT YOUR ABILITY TO BE ABLE TO FOLLOW THE INSTRUCTIONS.

02:51PM  2         THROUGHOUT THE DISCUSSIONS TODAY DO YOU THINK THAT YOUR

02:51PM  3    VIEWS ON THAT ISSUE HAVE CHANGED SOME OR DO YOU STILL HAVE THAT

02:51PM  4    CONCERN?

02:51PM  5              PROSPECTIVE JUROR:  YEAH, THEY HAVE CHANGED.

02:51PM  6              MR. SCHENK:  OKAY.  TELL ME ABOUT THAT.  YOU FELT

02:51PM  7    ONE WAY THIS MORNING, BUT YOU FEEL A LITTLE DIFFERENTLY NOW?

02:51PM  8              PROSPECTIVE JUROR:  WELL, IF I WERE GIVEN THE

02:51PM  9    GUIDELINES THAT WERE GIVEN TO ME, I CAN FOLLOW THAT.

02:51PM  10             MR. SCHENK:  OKAY.  EVEN IN YOUR SCHOOL YOU LEARNED

02:51PM  11   ABOUT THE SAME AREA, YOU HAD A CLASS WHERE YOU LEARNED ABOUT A

02:52PM  12   WHITE COLLAR CRIME OR SOME TYPE OF FRAUD, YOU'RE GOING TO PUT

02:52PM  13   ASIDE ANYTHING THAT YOU LEARNED ABOUT THE LAW IN SCHOOL AND

02:52PM  14   JUST ACCEPT WHAT THE JUDGE TELLS YOU THAT THE LAW IS.

02:52PM  15        IS THAT FAIR?

02:52PM  16             PROSPECTIVE JUROR:  YES.

02:52PM  17             MR. SCHENK:  OKAY.

02:52PM  18        MR. SCAGLIA, AM I SAYING THAT RIGHT?

02:52PM  19             PROSPECTIVE JUROR:  YES, SCAGLIA.

02:52PM  20             MR. SCHENK:  SCAGLIA.  YOU BROUGHT UP A TOPIC I WAS

02:52PM  21   LOOKING FOR A WAY TO DISCUSS, AND THAT IS THE CURRENT

02:52PM  22   ADMINISTRATION.

02:52PM  23        EVERYBODY, IT SEEMS, HAS QUITE STRONG FEELINGS THESE DAYS

02:52PM  24   ABOUT THE ADMINISTRATION, THE FEDERAL GOVERNMENT IN WASHINGTON,

02:52PM  25   THE ATTORNEY GENERAL, THE DEPARTMENT OF JUSTICE.  YOU EVEN

02:52PM   1    BROUGHT UP A POINT IF THERE'S A STATE LAW IN CALIFORNIA THAT

02:52PM   2    MAKES A CERTAIN ACT, AND IN THE EXAMPLE THAT WE WERE TALKING

02:52PM   3    ABOUT MAKING MARIJUANA LEGAL BUT IT'S NOT LEGAL IN FEDERAL LAW,

02:52PM   4    OR I THINK IN YOUR WORDS THE FEDERAL POSITION IS THE ONE THAT

02:52PM   5    WAS CLEAR, IT'S QUITE UNFAIR FOR THE FEDERAL GOVERNMENT TO COME

02:53PM   6    IN AND PROSECUTE SOMEONE USING FEDERAL LAWS IF THERE'S A STATE

02:53PM   7    LAW THAT HAS LEGALIZED THAT CONDUCT.

02:53PM   8         THE FIRST QUESTION, DO YOU HAVE STRONG FEELINGS NOT ABOUT

02:53PM   9    MARIJUANA BUT JUST ABOUT THE CURRENT ADMINISTRATION?  DOES THE

02:53PM   10   U.S. DEPARTMENT OF JUSTICE SITTING AT THE TABLE HERE START

02:53PM   11   BEHIND IN THE RACE, IN THE JUDGE'S EXAMPLE, BECAUSE OF YOUR

02:53PM   12   VIEWS ON THE CURRENT ADMINISTRATION?

02:53PM   13             PROSPECTIVE JUROR:  ARE YOU ALLOWED TO ASK ME THIS

02:53PM   14   QUESTION?  THIS IS VERY PERSONAL.

02:53PM   15             THE COURT:  GIVE HIM THE MICROPHONE.

02:53PM   16             PROSPECTIVE JUROR:  I'M SORRY.  I THINK THIS IS A

02:53PM   17   PERSONAL QUESTION, AND I TAKE OFFENSE ABOUT THIS.  IT'S LIKE

02:53PM   18   YOU'RE ASKING ME IF I SUPPORT THE CURRENT GOVERNMENT AND IF I

02:53PM   19   VOTED FOR IT, AND THE ANSWER IS NO.  AND -- BUT I THINK IT IS

02:53PM   20   AN INAPPROPRIATE QUESTION, FRANKLY.

02:53PM   21             THE COURT:  MR. SCAGLIA, LET ME INTERJECT HERE.  I

02:53PM   22   BELIEVE THE CONCERN MIGHT BE WHETHER OR NOT BECAUSE THESE ARE

02:53PM   23   GOVERNMENT LAWYERS --

02:53PM   24             PROSPECTIVE JUROR:  YES.

02:54PM   25             THE COURT:  -- UNITED STATES ATTORNEYS --

02:54PM 1          PROSPECTIVE JUROR:  I UNDERSTAND.

02:54PM 2          THE COURT:  -- THAT SOME INDIVIDUALS ON EITHER SIDE

02:54PM 3    OF THE POLITICAL SPECTRUMS, IT DOESN'T MATTER WHAT IT IS, BUT

02:54PM 4    EITHER SIDE MIGHT ASSUME OR OTHERWISE RECOGNIZE THESE LAWYERS

02:54PM 5    HAVE THE IMPRIMATUR OF THE CURRENT ADMINISTRATION OR IS SOMEHOW

02:54PM 6    CONNECTED WITH THE CURRENT ADMINISTRATION.

02:54PM 7          PROSPECTIVE JUROR:  OKAY.  I UNDERSTAND THE

02:54PM 8    QUESTION, YOUR HONOR.  SO LET ME TRY TO ANSWER FAIRLY THIS

02:54PM 9    QUESTION.

02:54PM 10        SO I'M AN ENGINEER AND YOU SAW THAT IN MY THING SO, YOU

02:54PM 11   KNOW, I'VE BEEN TAUGHT TO THINK RATIONALLY, AND I HAVE MY

02:54PM 12   ENTIRE CAREER BEING AN ENGINEER.  I'VE BEEN A VENTURE

02:54PM 13   CAPITALIST FOR THE LAST TWO YEARS.

02:54PM 14        AND I HAVE AN ACCENT, SORRY, SO SOMETIMES IT'S HARD TO

02:54PM 15   UNDERSTAND.

02:54PM 16        I THINK I'VE SEEN A LOT OF IRRATIONAL BEHAVIOR COMING FROM

02:54PM 17   WASHINGTON AND IRRATIONAL SITUATION FROM THE JUSTICE DEPARTMENT

02:55PM 18   AND PLAYING GAMES WITH THE LAW, AND I FEEL EXTREMELY

02:55PM 19   UNCOMFORTABLE ABOUT THAT.  IT'S VERY HARD TO FIGURE OUT DO I

02:55PM 20   HOLD THIS AGAINST YOU, TOO, OR ARE YOU FREE OR YOU WORK FOR THE

02:55PM 21   FBI?  I STILL HAVE RESPECT FOR THE FBI, BUT IT'S LIKE IT'S A

02:55PM 22   BIZARRE SITUATION.

02:55PM 23        SO I CANNOT IN GOOD CONSCIENCE, IN GOOD CONSCIENCE I

02:55PM 24   CANNOT SAY AND PUT THAT IN THE CORNER AND IGNORE IT.  THAT'S

02:55PM 25   NOT POSSIBLE IN NORMAL FUNCTIONING, AND IT'S NOT POSSIBLE FOR

02:55PM 1    ME, AND IT WILL BE THERE.

02:55PM 2        AND THE MARIJUANA THING JUST TRIGGERED THAT.  SO WILL

02:55PM 3    THERE BE -- YOU KNOW, I DIDN'T THINK ABOUT IT WORKING IN HERE.

02:55PM 4    COULD I BE TRIGGERED BY SOMETHING ELSE?  POSSIBLY BECAUSE IT'S

02:55PM 5    HARD NOT TO, FRANKLY.  IT WOULD -- WE LIVE IN A BIZARRE COUNTRY

02:55PM 6    RIGHT NOW.  I MEAN, THERE'S NO -- I MEAN, I HAVE STRONG

02:55PM 7    FEELINGS ABOUT IT, AND I'VE LIVED ALMOST HALF OF MY LIFE IN

02:55PM 8    EUROPE AND MAYBE I HAVE A DIFFERENT PERSPECTIVE BUT, YOU KNOW,

02:56PM 9    WE ARE IN A CRAZY TIME.  I CANNOT IGNORE IT.

02:56PM 10        MR. SCHENK:  THANK YOU.

02:56PM 11        PROSPECTIVE JUROR:  IT DRIVES ME NUTS.

02:56PM 12        MR. SCHENK:  I APOLOGIZE.  I WAS NOT TRYING TO

02:56PM 13   OFFEND YOU.  AND WHEN I ASK THE REST OF THE PANEL, I HOPE I DO

02:56PM 14   NOT OFFEND THE ENTIRE PANEL HERE BY ASKING THESE QUESTIONS, BUT

02:56PM 15   THAT'S WHAT I'M WONDERING.

02:56PM 16        IT'S NOT WHETHER YOU HAVE PERSONAL BELIEFS OR OPINIONS

02:56PM 17   ABOUT THE GOVERNMENT IN GENERAL, ABOUT WHETHER THE GOVERNMENT

02:56PM 18   MAKES LOGICAL, RATIONAL DECISIONS OR ILLOGICAL AND IRRATIONAL

02:56PM 19   DECISIONS, BUT WHETHER IN THE COURT RIGHT NOW THE PEOPLE WHO

02:56PM 20   SIT AT A CERTAIN TABLE -- THE TABLES ARE ASSIGNED.  WE DON'T

02:56PM 21   PICK THEM.  THE PROSECUTORS SIT HERE.  SO BECAUSE WE'RE SITTING

02:56PM 22   AT THIS TABLE, BECAUSE OF WHO OUR EMPLOYER IS, ARE WE LIKE A

02:56PM 23   LAW ENFORCEMENT WITNESS FOR SOME PEOPLE WHO HAS MORE OR LESS

02:56PM 24   CREDIBILITY?  THAT'S WHAT I'M WONDERING.  HAS THE CURRENT

02:56PM 25   POLITICAL CLIMATE BECOME SO CONTENTIOUS, SO INFECTED WITH

02:56PM 1    BELIEFS THAT IT IS NOT RATIONAL, THAT PEOPLE ARE NOT BEHAVING

02:56PM 2    IN A RATIONAL WAY, THAT WHAT PEOPLE WHO WORK FOR THE FEDERAL

02:57PM 3    GOVERNMENT DO IN A COURTROOM IN SAN JOSE, CALIFORNIA IS NOT

02:57PM 4    GOING TO BE VIEWED AS JUST EVENTS HAPPENING IN SAN JOSE,

02:57PM 5    CALIFORNIA, BUT RATHER, EVENTS THAT ARE HAPPENING EVERY DAY ON

02:57PM 6    THE NEWS IN WASHINGTON, D.C. AND OTHER PLACES.

02:57PM 7         SO YOU SAID IT'S GOING TO BE IN YOUR MIND, AND YOU WILL DO

02:57PM 8    YOUR BEST TO JUDGE AND NO ONE CAN SAY I WILL BE SUCCESSFUL.

02:57PM 9    YOU MADE A VERY GOOD POINT EARLIER, THERE'S A DIFFERENCE

02:57PM 10   BETWEEN WILLING AND CAPABLE.  A LOT OF PEOPLE ARE WILLING TO DO

02:57PM 11   SOMETHING, BUT IT'S HARD TO PREDICT WHETHER YOU'RE CAPABLE OF

02:57PM 12   ACCOMPLISHING THAT TASK.

02:57PM 13        IS THAT KIND OF HOW YOU FEEL ABOUT IT, YOU'RE ABSOLUTELY

02:57PM 14   WILLING TO PUT ASIDE WHATEVER BELIEFS YOU HAVE ABOUT THE

02:57PM 15   CURRENT GOVERNMENT AND JUDGE BASED ON THE EVENTS ONLY?

02:57PM 16             PROSPECTIVE JUROR:  I WANT TO SAY YES, BUT, AGAIN,

02:57PM 17   I'M JUST BEING -- TRYING TO BE HONEST WITH MYSELF BECAUSE THE

02:58PM 18   STAKES ARE HIGH AND I BELIEVE SO.  I MEAN, THERE ARE PEOPLE

02:58PM 19   WHOSE FUTURE ARE AT STAKE HERE.

02:58PM 20        BUT THE RECENT DISCUSSION ABOUT MARIJUANA JUST TRIGGERED A

02:58PM 21   REACTION FROM ME THAT WAS MAYBE MORE EMOTIONAL THAN IT SHOULD

02:58PM 22   HAVE BEEN, AND I TRIED TO CLARIFY IT WITH THE JUDGE TO THE BEST

02:58PM 23   OF MY ABILITY.

02:58PM 24        I CANNOT GUARANTEE YOU THAT SOMETHING ELSE WOULD NOT DO

02:58PM 25   THAT BECAUSE I DO FEEL STRONGLY ABOUT THE CURRENT

02:58PM   1    ADMINISTRATION, AND I HAVE ISSUES WITH THE FEDERAL GOVERNMENT

02:58PM   2    AS A RESULT.

02:58PM   3           MR. SCHENK:  THANK YOU.  MR. SUH, I SAW YOU NODDING

02:58PM   4    WHEN I HAD THAT DISCUSSION.  WAS I PICKING UP ON SOME

02:58PM   5    AGREEMENT, OR WERE YOU THINKING ABOUT SOMETHING ELSE?

02:58PM   6           PROSPECTIVE JUROR:  BEING WILLING AND CAPABLE ARE

02:58PM   7    TWO DIFFERENT THINGS, AND WE ARE HUMANS.  AND LIKE YOU

02:58PM   8    EXPLAINED, WE ALL HAVE OUR BELIEFS, AND WE ARE TO PUT THAT

02:58PM   9    ASIDE AND JUDGE THE EVIDENCE.  I DEFINITELY AGREE.

02:59PM  10       BUT ANOTHER POTENTIAL JUROR HAS MENTIONED WILLING AND

02:59PM  11    CAPABLE, IT IS A -- IT IS A DIFFERENT SCENARIO.  AND WHEN HE

02:59PM  12    WAS TALKING ABOUT, YOU KNOW, IT'S GOT NOTHING TO DO WITH THE

02:59PM  13    MARIJUANA CASE AND THINGS LIKE THAT, BUT 2010, YEAH, IT WAS

02:59PM  14    ILLEGAL.  I CAN'T CONSIDER THAT AS JUST AN ENTITY OF A BUSINESS

02:59PM  15    INVOLVED IN THIS FRAUD, BUT IT WAS ILLEGAL, THE ENTITY WAS

02:59PM  16    ILLEGAL AT THAT TIME.

02:59PM  17       SO ANYWAY, SO I KIND OF WAS KIND OF NODDING TO WHAT HE WAS

02:59PM  18    SAYING, AND I COULD SEE WHERE HE WAS COMING FROM.  THAT'S WHERE

02:59PM  19    MY NODDING WAS COMING FROM.

02:59PM  20           MR. SCHENK:  OKAY.

02:59PM  21           PROSPECTIVE JUROR:  BUT AS I SAID, I AM WILLING.

02:59PM  22    WILL I BE CAPABLE?  MOST LIKELY, BUT THAT'S THE REASON THAT I

02:59PM  23    WAS KIND OF, YOU KNOW, NODDING.

02:59PM  24           MR. SCHENK:  THANK YOU.  AGAIN, AT THE RISK OF NOW

02:59PM  25    OFFENDING THE ENTIRE VOIR DIRE PANEL.  ANYONE ELSE HAVE ANY

02:59PM   1    CONCERNS ON THIS ISSUE?  YOU WOULDN'T HAVE MADE IT THIS FAR

02:59PM   2    ALONG WITH THE QUESTIONING IF YOU WEREN'T WILLING.  YOU SAW

03:00PM   3    INDIVIDUALS WHO SAID I JUST DON'T THINK I CAN GET OVER THE HUMP

03:00PM   4    AND BE FAIR.

03:00PM   5        NOW THAT EVERYONE IS WILLING, ANYONE HAVE CONCERNS ABOUT

03:00PM   6    WHETHER THEY'RE ACTUALLY GOING TO BE CAPABLE OF BEING FAIR,

03:00PM   7    WHETHER IT'S THE DISCUSSION ABOUT THE MARIJUANA THAT WE'VE HAD,

03:00PM   8    WHETHER IT'S BECAUSE OF LAW ENFORCEMENT WITNESSES, WHETHER IT'S

03:00PM   9    BECAUSE OF THE CURRENT POLITICAL CLIMATE AND WE WORK FOR THE

03:00PM  10    UNITED STATES DEPARTMENT OF JUSTICE?

03:00PM  11        ANYBODY LEFT WHO HAS A CONCERN THAT, YES, I'M WILLING, BUT

03:00PM  12    I REALLY QUESTION MY CAPABILITY?  CAN I SEE HANDS.

03:00PM  13            THE COURT:  MS. GUNDERSON?

03:00PM  14            PROSPECTIVE JUROR:  I WOULD SAY I'M DEFINITELY HUMAN

03:00PM  15    IN THAT REGARD.  I WOULD DO MY BEST TO BE FAIR AND UNBIASSED,

03:00PM  16    BUT I'M VERY MUCH A RULE FOLLOWER AND I JUST -- I GET

03:00PM  17    JUDGMENTAL SOMETIMES WHEN PEOPLE BREAK THE LAW AND BREAK THE

03:00PM  18    RULES, AND I DO HAVE A HARD TIME WITH THAT.  I'M BEING VERY

03:00PM  19    HONEST.

03:01PM  20            THE COURT:  SO, MS. GUNDERSON, YOU'RE A RULE

03:01PM  21    FOLLOWER, AND I APPRECIATE THAT BECAUSE, AS I MENTIONED SEVERAL

03:01PM  22    TIMES HERE, THE RULES THAT I GIVE YOU, THE LAW THAT I GIVE YOU

03:01PM  23    THAT YOU APPLY TO THE FACTS AS YOU FIND THEM, I DON'T GET TO

03:01PM  24    DECIDE THE FACTS.  YOU DO.

03:01PM  25            BUT I GET TO DECIDE THE LAW, AND YOU MUST FOLLOW THE LAW.

03:01PM 1    THOSE ARE THE RULES.

03:01PM 2              PROSPECTIVE JUROR:  UH-HUH.

03:01PM 3              THE COURT:  WILL YOU FOLLOW THOSE RULES?

03:01PM 4              PROSPECTIVE JUROR:  I WILL FOLLOW THEM TO THE BEST

03:01PM 5    OF MY ABILITY.

03:01PM 6              THE COURT:  EVEN IF YOU HAVE CERTAIN -- ONE OF MY

03:01PM 7    QUESTIONS AND OTHER QUESTIONS RAISED, EVEN IF YOU HAVE A

03:01PM 8    PERSONAL FEELING LIKE, OH, I'M NOT COMFORTABLE WITH THIS OR

03:01PM 9    WHATEVER, I DON'T THINK THIS LAW IS REALLY THIS WAY OR -- BUT

03:01PM 10   THE JUDGE HAS TOLD ME THAT'S WHAT THE LAW IS SO I MUST FOLLOW

03:01PM 11   IT.

03:01PM 12      CAN YOU DO THAT?

03:01PM 13             PROSPECTIVE JUROR:  I CAN DO THAT.  I'M JUST BEING

03:01PM 14   HONEST.

03:01PM 15             THE COURT:  RIGHT.  WE APPRECIATE IT.

03:01PM 16             PROSPECTIVE JUROR:  IT DEFINITELY RAISES A LITTLE

03:01PM 17   FLAG SOMEWHERE.

03:01PM 18             THE COURT:  IT'S DIFFERENT WHEN SOMEONE SAYS I DON'T

03:01PM 19   CARE WHAT LAW YOU TELL ME AND YOU SEEM LIKE A NICE FELLOW AND

03:01PM 20   ALL OF THAT, BUT I'M NOT GOING TO FOLLOW IT.

03:02PM 21             PROSPECTIVE JUROR:  YEAH.  NO.

03:02PM 22             MR. SCHENK:  ANY OTHER HANDS ON THAT SUBJECT,

03:02PM 23   CONCERNS ABOUT NOT YOUR WILLINGNESS BUT YOUR CAPABILITY?

03:02PM 24             PROSPECTIVE JUROR:  I JUST --

03:02PM 25             THE COURT:  MS. ZHANG, WE'LL GIVE YOU THE

03:02PM   1    MICROPHONE.

03:02PM   2         PROSPECTIVE JUROR:  IS IT POSSIBLE TO HAVE TWO

03:02PM   3    BUSINESSES, ONE IS CAR SELLING BUSINESS AND ONE IS A MARIJUANA

03:02PM   4    BUSINESS ALTOGETHER?  WE REALLY DON'T LIKE THE MARIJUANA SO

03:02PM   5    MUCH.

03:02PM   6         SAY THERE'S A CANDY SHOP NEXT TO MY SCHOOL, OKAY?  AND

03:02PM   7    THEN MY KIDS GO THERE TO GET CANDY EVERY DAY, AND I'M NOT SO

03:02PM   8    HAPPY ABOUT IT.  BUT THERE'S SOME 7-11 SHOP WHICH PROVIDES ALL

03:02PM   9    OF THE SANDWICH OR WHATEVER THINGS OR SOME HEALTHY FOOD, I

03:02PM   10   DEFINITELY IN MY HEART WOULD PREFER TO HAVE THE 7-11 SHOP,

03:02PM   11   RIGHT?

03:02PM   12        BUT THEN BACK TO THE COURTS THEY SAID PRESENT TWO STORES,

03:03PM   13   AND THEY WANT ME TO EVALUATE AT THE SAME LEVEL.  I DON'T THINK

03:03PM   14   ANYBODY CAN DO THAT.

03:03PM   15        SAY THERE'S A GUN SHOP AND THERE'S A CAR SHOP, WHICH ONE

03:03PM   16   WOULD YOU PREFER?  OBVIOUSLY YOU PREFER THE CAR SHOP INSTEAD OF

03:03PM   17   THE GUN SHOP.

03:03PM   18        ALTHOUGH EVERYBODY WAS ASKED, I WANT TO DO MY BEST, BUT I

03:03PM   19   DON'T THINK ANYBODY CAN DO THAT.

03:03PM   20         THE COURT:  WELL, MS. ZHANG, AGAIN, THIS IS NOT A

03:03PM   21   TRIAL ABOUT WHETHER OR NOT A BUSINESS AND THE COMMODITIES THAT

03:03PM   22   THE BUSINESS INVOLVE THEMSELVES IN IS AT ISSUE.  IT'S NOT A

03:03PM   23   RIGHT OR WRONG ABOUT THE BUSINESS ITSELF.

03:03PM   24        I'VE ASKED THESE QUESTIONS BEFORE EARLIER JUST TO SEE IF

03:03PM   25   SOMEONE HAS A FEELING JUST BECAUSE OF MARIJUANA.  EVERY TIME

03:03PM   1    THEY HEAR MARIJUANA THEY'RE GOING TO BE AGAINST IT FOR ALL

03:03PM   2    PURPOSES.

03:03PM   3                    PROSPECTIVE JUROR:  I THINK A LOT OF PEOPLE ARE

03:03PM   4    AGAINST IT.

03:03PM   5                    THE COURT:  WELL, I'VE ASKED THAT QUESTION, AND WE

03:04PM   6    HAVE THE JURY'S RESPONSES, BUT THE ISSUE IS HERE, AGAIN, THIS

03:04PM   7    IS NOT -- THIS IS A BANKRUPTCY CASE.  IT'S A BANKRUPTCY FRAUD

03:04PM   8    CASE.

03:04PM   9        THE ENTITY OF THE BUSINESS ITSELF IS -- MAY BE INVOLVED

03:04PM  10    WITH MARIJUANA, IT MAY BE NOT.  BUT THAT'S NOT, THAT'S NOT WHAT

03:04PM  11    YOU'RE GOING TO BE ASKED TO DECIDE.  YOU'RE NOT GOING TO BE

03:04PM  12    ASKED TO SAY YES OR NO THAT YOU SUPPORT OR DO NOT SUPPORT A

03:04PM  13    MARIJUANA BUSINESS.  THE ISSUES HERE --

03:04PM  14                    PROSPECTIVE JUROR:  WELL, THEY KIND OF RELATE

03:04PM  15    MARIJUANA WITH THE BAD THINGS SOMEHOW SO --

03:04PM  16                    THE COURT:  WELL, LET ME ASK YOU.  IS THAT SOMETHING

03:04PM  17    THAT YOU WILL NOT BE ABLE TO DO IF YOU FIND THAT IF THERE IS

03:04PM  18    EVIDENCE THAT A BUSINESS ENTITY INVOLVED IN THIS CASE WAS

03:04PM  19    INVOLVED IN MARIJUANA, ARE YOU THEN GOING TO SAY, WELL, THEN I

03:04PM  20    CAN'T RULE?  I CAN'T BE FAIR TO WHOEVER THAT BUSINESS WAS

03:04PM  21    INVOLVED WITH?

03:04PM  22                    PROSPECTIVE JUROR:  I WANT TO SAY I AM FAIR, BUT I

03:04PM  23    DON'T THINK I WANT THAT MARIJUANA SHOP TOGETHER WITH THE SAME

03:04PM  24    LEVEL AS THE CAR SHOP.

03:05PM  25                    THE COURT:  WELL, THERE IS NOT GOING TO BE EVIDENCE

03:05PM 1    OF A CAR SHOP HERE.

03:05PM 2              PROSPECTIVE JUROR:  AND I'M FINE WITH IT.

03:05PM 3              THE COURT:  AND THERE'S NOT GOING TO BE A COMPARISON

03:05PM 4    OF BUSINESSES.

03:05PM 5              PROSPECTIVE JUROR:  BUT IF A GUN -- BUT A CAR SHOP

03:05PM 6    THERE, THEN I THINK I'M OKAY WITH IT.

03:05PM 7              THE COURT:  SO IS IT JUST THE FACT THAT THERE MIGHT

03:05PM 8    BE A CONNECTION WITH MARIJUANA IN A BUSINESS THAT HAS

03:05PM 9    INVOLVEMENT WITH MARIJUANA, YOU CAN'T BE FAIR TO WHOEVER THAT

03:05PM 10   BUSINESS OWNER IS?  THAT'S REALLY THE QUESTION.

03:05PM 11             PROSPECTIVE JUROR:  I'M SAYING I WANT TO BE FAIR, I

03:05PM 12   THINK I CAN BE FAIR, BUT I DON'T KNOW HOW TO SAY THIS.  IT'S A

03:05PM 13   RELATIONSHIP THAT IS SOMEHOW RELATED TO THE BAD THINGS IN MY

03:05PM 14   HEART.

03:05PM 15             THE COURT:  CAN YOU PUT ASIDE YOUR PERSONAL FEELINGS

03:05PM 16   ABOUT MARIJUANA --

03:05PM 17             PROSPECTIVE JUROR:  I WANT TO SAY I WANT TO.

03:05PM 18             THE COURT:  OKAY.  WILL YOU BE ABLE TO PUT YOUR

03:05PM 19   PERSONAL FEELINGS ASIDE AND LISTEN TO THE EVIDENCE IN THIS

03:05PM 20   CASE?

03:05PM 21             PROSPECTIVE JUROR:  AS I SAID, I WILL TRY TO.

03:05PM 22             THE COURT:  AND, AND --

03:06PM 23             PROSPECTIVE JUROR:  AND, YEAH.

03:06PM 24             THE COURT:  AND BE FAIR TO BOTH SIDES?

03:06PM 25             PROSPECTIVE JUROR:  I'LL TRY TO.

03:06PM  1    THE COURT:  OR, MS. ZHANG, OR IS THAT JUST

03:06PM  2    IMPOSSIBLE FOR YOU TO DO?  ARE YOU TELLING ME THAT BECAUSE

03:06PM  3    MARIJUANA IS INVOLVED YOU CAN'T BE FAIR?  IF THAT'S YOUR

03:06PM  4    ANSWER, JUST TELL ME YOUR ANSWER.

03:06PM  5    PROSPECTIVE JUROR:  I REALLY DON'T LIKE MARIJUANA

03:06PM  6    BASICALLY.

03:06PM  7    THE COURT:  OKAY.  ALL RIGHT.  IS THAT GOING TO

03:06PM  8    INFECT YOUR ABILITY TO BE FAIR HERE, YOUR PERSONAL FEELINGS

03:06PM  9    ABOUT MARIJUANA?

03:06PM  10    PROSPECTIVE JUROR:  I DON'T KNOW.  IT'S HARD FOR ME

03:06PM  11    TO -- I WANT TO BE FAIR, THAT'S WHAT I'M SAYING, BUT I REALLY

03:06PM  12    DON'T LIKE THAT ONE.  JUST LIKE I REALLY DON'T LIKE THE

03:06PM  13    MARIJUANA.

03:06PM  14    THE COURT:  ALL RIGHT.  THANK YOU.

03:06PM  15    MR. SCHENK.

03:06PM  16    MR. SCHENK:  THANK YOU, YOUR HONOR.  NO FURTHER

03:06PM  17    QUESTIONS.

03:06PM  18    THE COURT:  ALL RIGHT.  LET'S TAKE OUR BREAK.  LET'S

03:06PM  19    TAKE OUR AFTERNOON BREAK.  LET'S TAKE 15 MINUTES, FOLKS.  WE'LL

03:06PM  20    BE BACK IN 15 MINUTES.  PLEASE RECALL YOUR SEATING AND THEN

03:06PM  21    WE'LL HAVE QUESTIONS FROM DEFENSE COUNSEL.

03:07PM  22    THE CLERK:  COURT IS IN RECESS.

03:07PM  23    (RECESS FROM 3:07 P.M. UNTIL 3:24 P.M.)

03:24PM  24    THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

03:24PM  25    AND THE DEFENDANTS ARE PRESENT.  THE PROSPECTIVE JURY IS

03:24PM  1    PRESENT.

03:24PM  2         QUESTIONS, MR. NICK?

03:24PM  3              MR. NICK:  YES, THANK YOU VERY MUCH, YOUR HONOR.

03:24PM  4         OKAY.  GOOD AFTERNOON.  I THINK MR. SCHENK'S STATEMENT

03:24PM  5    WAS RIGHT ON POINT.  OUR MAIN PURPOSE HERE IS TO FIND

03:24PM  6    INDIVIDUALS WHO DON'T HAVE AN AX TO GRIND THAT ARE NOT GOING TO

03:24PM  7    BE PERSUADED BY SOME OTHER FACT THAT IS NOT RELEVANT.

03:24PM  8         AND THIS ISSUE ABOUT MARIJUANA, I WANT TO GIVE YOU ANOTHER

03:25PM  9    ANALOGY SO WHEN I ASK YOU QUESTIONS ABOUT IT YOU CAN GIVE ME

03:25PM 10    SOME BETTER ANSWERS IF YOU CAN.

03:25PM 11         SO IMAGINE A SHOPLIFTING TRIAL AND THEY CALLED THE

03:25PM 12    CASHIER.  WHAT DID YOU SEE?  WELL, I SAW THE MAN STEAL MONEY OR

03:25PM 13    STEAL MERCHANDISE.

03:25PM 14         AND THEN THE DEFENSE ATTORNEY SAYS, WELL, WHAT OTHER JOB

03:25PM 15    DO YOU HAVE?  WELL, I WORK AT AN ANIMAL CLINIC, AND WE PUT

03:25PM 16    ANIMALS TO DEATH WHEN SOMEONE DOESN'T PICK THEM UP.

03:25PM 17         SOME PEOPLE ON THE JURY, EVEN THOUGH THAT FACT HAS NOTHING

03:25PM 18    TO DO WITH SHOPLIFTING, ARE GOING TO BE HEAR THAT AND BE

03:25PM 19    HORRIFIED.  YOU KILL ANIMALS AND YOU EUTHANIZE THEM, AND THAT

03:25PM 20    FACT WILL DRIVE THEIR ENTIRE DECISION.  IT DOESN'T MATTER WHAT

03:25PM 21    OTHER EVIDENCE COMES IN.  THAT'S AN ANIMAL KILLER.  I DON'T

03:25PM 22    BELIEVE HER, AND I'M VOTING FOR NOT GUILTY.

03:25PM 23         AND THAT'S WHAT WE'RE TRYING TO AVOID HERE, OKAY?  THAT'S

03:25PM 24    A PRETTY GOOD ANALOGY.

03:25PM 25         SO IF ANYBODY HAS ANY ADDITIONAL COMMENTS NOW THAT I'VE

03:25PM 1    EXPLAINED THAT TO YOU, PLEASE LET ME KNOW, AND I'M JUST GOING

03:26PM 2    TO CONTINUE ON HERE UNLESS I SEE SOMEBODY RAISE THEIR HANDS.

03:26PM 3         MS. GUNDERSON, GOOD AFTERNOON.

03:26PM 4              PROSPECTIVE JUROR:  HELLO.

03:26PM 5              MR. NICK:  I HAD SOME QUESTIONS FOR YOU.  I COULDN'T

03:26PM 6    HELP BUT NOTICE IN YOUR QUESTIONNAIRE THAT YOU WATCH FOX NEWS

03:26PM 7    AND THAT THAT WAS THE ONLY NEWS SOURCE THAT YOU LISTED.

03:26PM 8              PROSPECTIVE JUROR:  UH-HUH.

03:26PM 9              MR. NICK:  I DIDN'T SEE ANOTHER ONE.

03:26PM 10             PROSPECTIVE JUROR:  IT'S -- MY HUSBAND WATCHES IT SO

03:26PM 11   THAT'S WHAT IS ON.

03:26PM 12             MR. NICK:  ALL RIGHT.  I WAS WONDERING IF YOU HAVE

03:26PM 13   FORMED ANY OPINIONS ABOUT THE FBI OR THE DEPARTMENT OF JUSTICE

03:26PM 14   AND WHAT THEY'RE UP TO AND WHAT THEY'RE NOT UP TO.

03:26PM 15        ANYTHING YOU WOULD WANT TO SHARE WITH US REGARDING THAT?

03:26PM 16             PROSPECTIVE JUROR:  I DON'T REALLY LISTEN THAT

03:26PM 17   CLOSELY TO WHAT IS GOING ON.

03:26PM 18             MR. NICK:  GOT IT.  IT'S MORE BACKGROUND NEWS.

03:26PM 19             PROSPECTIVE JUROR:  I DO HAVE POLITICAL VIEWS, BUT

03:26PM 20   I'M NOT GOING TO GET INTO THIS HERE UNLESS YOU WANT TO HEAR

03:26PM 21   THEM.

03:26PM 22             MR. NICK:  NO.  NO.  YOU HEARD THINGS ON FOX NEWS

03:26PM 23   REGARDING THE FBI AND THE DEPARTMENT OF JUSTICE?

03:27PM 24             PROSPECTIVE JUROR:  YEAH, YEAH.  OH, IT'S ON.  I

03:27PM 25   WOULD HOPE IT'S ON ALL OF THE NEWS STATIONS.

03:27PM  1              MR. NICK:  AND YOU HAVE NOT FORMED ANY PARTICULAR

03:27PM  2     OPINION ABOUT THAT --

03:27PM  3              PROSPECTIVE JUROR:  NOT THOSE AGENCIES, NO.

03:27PM  4              MR. NICK:  ABOUT THOSE --

03:27PM  5              PROSPECTIVE JUROR:  NOT AT THIS POINT.  I DO NOT

03:27PM  6     KNOW ENOUGH IN FACTS TO FORM AN OPINION ABOUT THAT.

03:27PM  7              MR. NICK:  GREAT.  THANK YOU, BY THE WAY.

03:27PM  8              PROSPECTIVE JUROR:  YES, YOU'RE WELCOME.

03:27PM  9              MR. NICK:  MR. FINCH, GOOD AFTERNOON, SIR.

03:27PM 10              PROSPECTIVE JUROR:  HELLO.

03:27PM 11              MR. NICK:  IS THERE ANYTHING ABOUT YOUR UPBRINGING

03:27PM 12     IN THE MIDWEST THAT MAKES YOU THINK THAT THESE DEFENDANTS ARE

03:27PM 13     GUILTY JUST BECAUSE THEY'RE HERE AND CHARGED IN COURT?

03:27PM 14              PROSPECTIVE JUROR:  NO.

03:27PM 15              MR. NICK:  BECAUSE I READ THAT IN YOUR

03:27PM 16     QUESTIONNAIRE, AND SO I DIDN'T WANT TO GET INTO ANYMORE OF IT.

03:28PM 17              PROSPECTIVE JUROR:  NOW, THAT'S ALL RIGHT.

03:28PM 18              MR. NICK:  WHAT ABOUT THE MARIJUANA ISSUE

03:28PM 19     ANALOGIZING IT TO MY ANIMAL KILLER SITUATION?

03:28PM 20              PROSPECTIVE JUROR:  I THOUGHT IT WAS A GOOD ANALOGY.

03:28PM 21     I'M NOT GOING TO SWAY MY OPINION ONE WAY OR THE OTHER DEPENDING

03:28PM 22     ON THE BUSINESS.

03:28PM 23              MR. NICK:  OKAY.  GREAT.

03:28PM 24          AND JUST FOLLOWING UP ON THAT.  YOU UNDERSTAND THE

03:28PM 25     PRESUMPTION OF INNOCENCE?  I MEAN, THE COURT EXPLAINED IT TO

03:28PM  1      YOU.  BUT IF I ASKED YOU TO VOTE RIGHT NOW THIS SECOND AND YOU

03:28PM  2      WERE ON THE JURY, HOW WOULD YOU VOTE?

03:28PM  3                  PROSPECTIVE JUROR:  I HAVEN'T HEARD ENOUGH TO

03:28PM  4      REALLY --

03:28PM  5                  MR. NICK:  AND THEREFORE YOUR VOTE WOULD HAVE TO BE

03:28PM  6      WHAT?

03:28PM  7                  PROSPECTIVE JUROR:  IT WOULD HAVE TO BE NOT GUILTY.

03:28PM  8                  MR. NICK:  OKAY.  IT'S KIND OF A TRICK QUESTION.

03:28PM  9          (LAUGHTER.)

03:28PM  10                 MR. NICK:  ALL RIGHT.  AND YOU'RE WILLING TO FOLLOW

03:28PM  11     THAT; RIGHT?

03:28PM  12                 PROSPECTIVE JUROR:  CORRECT.

03:28PM  13                 MR. NICK:  DO YOU FEEL LIKE YOU GIVE THE GOVERNMENT

03:28PM  14     ANY KIND OF EXTRA WEIGHT OR CREDENCE OR BELIEVABILITY, ANYTHING

03:28PM  15     OF THAT NATURE?  OR CAN YOU JUST SEE US ALL LIKE EVEN HERE AND

03:28PM  16     YOU'VE GOT TO HEAR THE EVIDENCE AND MAKE A DECISION?

03:28PM  17                 PROSPECTIVE JUROR:  I THINK THAT'S CORRECT.  I THINK

03:28PM  18     I NEED TO HEAR ALL OF THE EVIDENCE BEFORE I COULD MAKE A

03:29PM  19     DECISION.

03:29PM  20                 MR. NICK:  MR. FINCH, I WANTED TO ASK YOU DO YOU

03:29PM  21     HAVE ANY KNOWLEDGE OF CORPORATIONS AND DID THE -- THE GENERAL

03:29PM  22     IDEOLOGY BEHIND THEM.

03:29PM  23                 PROSPECTIVE JUROR:  JUST A GENERAL DISTRUST OF THEM.

03:29PM  24                 MR. NICK:  ALL RIGHT.  WHAT ABOUT JUST THEIR

03:29PM  25     EXISTENCE AS SEPARATE ENTITIES, FOR EXAMPLE?

03:29PM 1          PROSPECTIVE JUROR:  I DO FEEL LIKE THEY GET MORE

03:29PM 2   FAIRLY TREATED THAN THE AVERAGE INDIVIDUAL IN THE UNITED

03:29PM 3   STATES.

03:29PM 4          MR. NICK:  OKAY.  IS THERE ANYTHING ABOUT THE WAY

03:29PM 5   THAT YOU THINK ABOUT CORPORATIONS THAT WOULD PROHIBIT YOU TO

03:29PM 6   CONSIDER THEM AS THE LAW DICTATES THEY BE CONSIDERED, MEANING

03:29PM 7   AS AN INDIVIDUAL ENTITY?

03:29PM 8          PROSPECTIVE JUROR:  I'M SORRY.  COULD YOU REPHRASE

03:29PM 9   THAT.

03:29PM 10         MR. NICK:  LET ME PUT IT TO YOU LIKE THIS.  SOME

03:29PM 11  PEOPLE SAY I OWN A CORPORATION WITHOUT GETTING INTO IT THAT MAY

03:29PM 12  OR MAY NOT BE A LEGALLY CORRECT STATEMENT.  GENERALLY

03:29PM 13  CORPORATIONS EXIST AS SEPARATE ENTITIES AND THINGS HAVE TO BE

03:30PM 14  DONE FOR THE BENEFIT OF THE CORPORATION, NOT FOR THE PEOPLE WHO

03:30PM 15  RUN IT.

03:30PM 16         PROSPECTIVE JUROR:  UH-HUH.

03:30PM 17         MR. NICK:  AND THAT LITERALLY GIVES THE CORPORATION

03:30PM 18  A SEPARATE ENTITY EXISTENCE, MEANING SOMETIMES, FOR EXAMPLE, IF

03:30PM 19  THE CORPORATION DOES SOMETHING BAD, THE PEOPLE WHO RUN THE

03:30PM 20  CORPORATION CAN'T BE HELD LIABLE BUT THE CORPORATION CAN.

03:30PM 21     AND SO THESE ARE CONCEPTS THAT SOMETIMES PEOPLE MAY OR MAY

03:30PM 22  NOT ACCEPT OR MAY HAVE ISSUES WITH IN THE LAW, AND THAT'S WHAT

03:30PM 23  I WANTED TO FIND OUT.

03:30PM 24         PROSPECTIVE JUROR:  I GUESS IF I SEE THAT THE PEOPLE

03:30PM 25  WHO ARE MAKING THE DECISIONS IN THE CORPORATION ARE THE ONES

03:30PM  1    DOING THE HARM, THEN THEY SHOULD BE AT FAULT.

03:30PM  2            MR. NICK:  ALL RIGHT.  WHAT ABOUT THE EXISTENCE OF

03:30PM  3    THE CORPORATION AS A SEPARATE ENTITY?  CAN YOU ACCEPT THAT THE

03:30PM  4    LAW ALLOWS THEM TO EXIST AS A SEPARATE ENTITY?

03:30PM  5            PROSPECTIVE JUROR:  YES.

03:30PM  6            MR. NICK:  ANYBODY HERE WHO HEARD ANY OF THE

03:30PM  7    QUESTIONS THAT I'VE -- YES.

03:30PM  8            PROSPECTIVE JUROR:  SCAGLIA.

03:30PM  9            MR. NICK:  I'M SORRY FOR FORGETTING YOUR NAME.

03:31PM 10    SCAGLIA.  THANK YOU.

03:31PM 11            PROSPECTIVE JUROR:  I'VE BEEN A CORPORATION FOR MY

03:31PM 12    CARRIER, AND I'VE BEEN AN EXECUTIVE FOR 30 YEARS NOW.  YOU

03:31PM 13    KNOW, I HEAR YOU IN TERMS OF LEGAL DEFINITION OF IT, BUT I ALSO

03:31PM 14    KNOW THAT NO DECISIONS ARE MADE BY CORPORATIONS, THEY'RE MADE

03:31PM 15    BY THE INDIVIDUAL.  SO WHATEVER HAPPENED IN THE CORPORATION IS

03:31PM 16    THE CHOICE OF ONE INDIVIDUAL.  SO FROM THAT VIEWPOINT, THAT

03:31PM 17    SEPARATION IS --

03:31PM 18            MR. NICK:  TO USE A SMALL DEGREE.

03:31PM 19            PROSPECTIVE JUROR:  WELL, NO.  BUT SEPARATION CAN

03:31PM 20    BE -- I CAN SEE HOW YOU COULD VIEW, AS A DEFENSE ATTORNEY,

03:31PM 21    WOULD USE THAT TO PITCH YOUR CASE, ASSUMING THAT THE JURY WON'T

03:31PM 22    BE SMART ENOUGH TO FIGURE OUT THAT YOU ARE JUST TRYING TO

03:31PM 23    MANIPULATE US INTO THINKING THIS WAY BECAUSE I UNDERSTAND THE

03:31PM 24    LAW.  I THINK I DO.  I'M NOT OBVIOUSLY NEITHER A LAWYER NOR A

03:31PM 25    JUDGE.  SO NOT AS WELL AS, OF COURSE, YOU DO, BUT AS A LAYMAN I

```
03:32PM   1        UNDERSTAND THAT CONCEPT.

03:32PM   2            BUT ALSO, BECAUSE I'VE SEEN ACTS BEING DONE, I'VE SEEN

03:32PM   3        PEOPLE, EXECUTIVE COLLEAGUES OF MINE AT HP BEING PURSUED IN

03:32PM   4        JUSTICE FOR DOING THINGS THAT THEY SHOULDN'T DO AND IT WAS

03:32PM   5        THEIR DECISION.

03:32PM   6                MR. NICK:  LET ME ASK YOU A COUPLE OF QUESTIONS,

03:32PM   7        MR. SCAGLIA, ABOUT CORPORATIONS.  I MEAN, YOU UNDERSTAND THEM

03:32PM   8        TO HAVE KIND OF LIKE A CONSTITUTION AND YOU KNOW HOW A

03:32PM   9        CORPORATION OPERATES.

03:32PM  10                PROSPECTIVE JUROR:  YES.

03:32PM  11                MR. NICK:  SOMETIMES THEY'RE CALLED OPERATING

03:32PM  12        AGREEMENTS FOR LIMITED LIABILITY CORPORATIONS.

03:32PM  13                PROSPECTIVE JUROR:  YES.

03:32PM  14                MR. NICK:  ONLY CERTAIN PEOPLE CAN ENFORCE THE

03:32PM  15        CONTRACTS OF THE CORPORATION.

03:32PM  16                PROSPECTIVE JUROR:  I UNDERSTAND ALL OF THIS.

03:32PM  17                MR. NICK:  OKAY.  YOU GET ALL OF THESE THINGS.

03:32PM  18                PROSPECTIVE JUROR:  I HAVE ONE FOR MY OWN

03:32PM  19        CORPORATION RIGHT NOW, YES.

03:32PM  20                MR. NICK:  OKAY.  THANK YOU VERY MUCH, SIR.

03:32PM  21            HOW MANY DIFFERENT CORPORATIONS ARE YOU AN OFFICER OF?

03:32PM  22        ONE OR MORE THAN ONE?

03:32PM  23                PROSPECTIVE JUROR:  MORE THAN ONE RIGHT NOW.

03:32PM  24                MR. NICK:  HOW MANY?

03:32PM  25                PROSPECTIVE JUROR:  THREE.
```

03:32PM 1          MR. NICK:  THREE.  AND ARE YOU THE CEO IN ALL OF

03:32PM 2    THEM OR JUST A BOARD MEMBER?

03:32PM 3          PROSPECTIVE JUROR:  THE LLC1 IS AN LP SO I AM THE

03:33PM 4    PARTNER.

03:33PM 5          MR. NICK:  SO YOU'VE PARTICIPATED IN PARTNER

03:33PM 6    DISCUSSIONS AS TO WHAT THE CORPORATION IS TO DO.

03:33PM 7          PROSPECTIVE JUROR:  YEAH.  YEAH.  YEAH.

03:33PM 8          MR. NICK:  AND THAT TAKES A CERTAIN NUMBER OF VOTES.

03:33PM 9          PROSPECTIVE JUROR:  YES, AND IT'S DEFINED IN THE

03:33PM 10   DOCUMENT.

03:33PM 11         MR. NICK:  ALL RIGHT.  I JUST HAD A QUESTION GOING

03:33PM 12   BACK TO BELIEVING LAW ENFORCEMENT OR NOT.  I THINK THE REQUEST

03:33PM 13   FOR THE COURT AND THE ATTORNEYS IS TO MAKE SURE THAT EVERY

03:33PM 14   WITNESS GETS TREATED THE SAME.

03:33PM 15      WHAT DOES THAT MEAN?  THAT EVERY WITNESS GETS SCRUTINIZED

03:33PM 16   BY YOU TO SEE IF THEY'RE TELLING THE TRUTH OR NOT, BUT THAT NO

03:33PM 17   WITNESS SHOULD GET AN ADDED BONUS BECAUSE OF THEIR PROFESSION.

03:33PM 18   AND SO I HEARD YOU SAY THAT BY THEIR TRAINING, I MIGHT NOT HAVE

03:33PM 19   GOTTEN THIS VERBATIM, THAT THEY'RE BETTER AT IDENTIFYING FACTS.

03:34PM 20      DID I GET THAT CORRECT?

03:34PM 21         PROSPECTIVE JUROR:  I MEAN, IT'S PROBABLY WHAT I

03:34PM 22   SAID MORE OR LESS.  I'M TRYING TO THINK ABOUT WHAT I WAS TRYING

03:34PM 23   TO MEAN.

03:34PM 24      I GUESS I WAS TRYING TO ADDRESS THE NOTION -- AT LEAST THE

03:34PM 25   WAY I THINK OF THIS IS THE NOTION THAT IF YOU'RE A TRAINED

03:34PM 1    PROFESSIONAL, YOU UNDERSTAND THE DIFFERENCE BETWEEN THE VERY

03:34PM 2    WELL DOCUMENTED FACTS THAT COULD CONVINCE THE JURY, FOR

03:34PM 3    INSTANCE, BECAUSE IT IS A VERY CLEAN, WHEN LOOKING AT IT, FACT

03:34PM 4    WITH ENOUGH ELEMENTS TO PROVE THAT THIS IS REALITY AS OPPOSED

03:34PM 5    TO TRYING TO INFERENCE OR -- YEAH, I THINK THAT IS WHAT I WAS

03:35PM 6    TRYING TO SAY.  SO I --

03:35PM 7            MR. NICK:  BUT YOU DON'T HAVE ANY KIND OF BIAS IN

03:35PM 8    FAVOR OF LAW ENFORCEMENT?

03:35PM 9            PROSPECTIVE JUROR:  NO.

03:35PM 10           MR. NICK:  WHERE YOU'RE GOING TO SLEEP WHILE THEY'RE

03:35PM 11   TESTIFYING AND NOT SCRUTINIZE THEM?

03:35PM 12           PROSPECTIVE JUROR:  NO.

03:35PM 13           MR. NICK:  ALL RIGHT.  THANK YOU VERY MUCH, SIR.

03:35PM 14        ALL RIGHT.  MR. SHEWCHUK.  GOOD AFTERNOON, SIR.

03:35PM 15           PROSPECTIVE JUROR:  HELLO.

03:35PM 16           MR. NICK:  YOU HAVE A FRIEND WHO IS A SPORTS AGENT?

03:35PM 17           PROSPECTIVE JUROR:  YES.

03:35PM 18           MR. NICK:  DO YOU EVER DISCUSS ANY TOPICS REGARDING

03:35PM 19   CORPORATE STRUCTURE WITH HIM?

03:35PM 20           PROSPECTIVE JUROR:  NOT REALLY.

03:35PM 21           MR. NICK:  DOES HE DO FINANCIAL ADVISING FOR

03:35PM 22   ATHLETES?

03:35PM 23           PROSPECTIVE JUROR:  FOR SOME, YES.

03:35PM 24           MR. NICK:  AND HAVE YOU HAD ANY DISCUSSIONS WITH HIM

03:35PM 25   AS TO HOW THEY FINANCIALLY PLAN FOR ATHLETES?

03:35PM  1        PROSPECTIVE JUROR:  A LITTLE BIT A FEW YEARS AGO.

03:35PM  2        MR. NICK:  ALL RIGHT.  AND DID ANY OF IT INCLUDE A

03:35PM  3   CREATION OF CORPORATIONS ON BEHALF OF ATHLETES SO THAT THEY CAN

03:35PM  4   EITHER HAVE CHARITY EVENTS AND PUT THE MONEY IN THAT OR SOME

03:35PM  5   OTHER PURPOSE?

03:35PM  6        PROSPECTIVE JUROR:  ALLUDED TO THEM, YES.

03:36PM  7        MR. NICK:  ALL RIGHT.  THANK YOU, SIR.

03:36PM  8     SO THIS IS A TOPIC THAT MAY BE THE COURT DID OR DID NOT

03:36PM  9   TOUCH UPON, BUT YOU'RE GOING TO HEAR THIS, YOU KNOW,

03:36PM  10  THROUGHOUT.  IT'S A TOUCHSTONE OF TRIAL LAW WHICH IS THAT

03:36PM  11  NOTHING THAT THE LAWYERS SAY IS EVIDENCE.  WE ARE JUST

03:36PM  12  PERSUADERS, IN ESSENCE, IS THE BEST WAY TO PUT IT.

03:36PM  13     YOU KNOW, I REMEMBER MY DAUGHTER WHEN SHE WAS LIKE

03:36PM  14  FOUR YEARS OLD AND I ASKED HER WHAT DO LAWYERS DO?  AND SHE

03:36PM  15  GOES, THEY GO TO COURT AND TRICK PEOPLE.  AND SO WHAT I WANT TO

03:36PM  16  GIVE YOU IS YET ANOTHER ANALOGY SO THAT YOU UNDERSTAND, AND

03:36PM  17  THIS ONE KIND OF FITS IN EVERYBODY'S MIND.

03:36PM  18     AND YOU LOOK UP IN THE SKY AND YOU SEE A CLOUD, AND IT HAS

03:36PM  19  A CERTAIN SHAPE, ALL RIGHT.  AND THERE'S YOU AND YOUR FRIEND.

03:36PM  20  YOU LOOK AT IT AND YOU START MAKING AN ARGUMENT, NOT A VEHEMENT

03:36PM  21  ARGUMENT, YOU'RE JUST HAVING A DISCUSSION WITH YOUR FRIEND.  I

03:37PM  22  THINK IT LOOKS LIKE A UNICORN.  AND YOUR FRIEND COMES IN AND

03:37PM  23  SAYS, WELL, I THINK IT LOOKS LIKE A TARANTULA.  AND THESE ARE

03:37PM  24  ARGUMENTS OF LAWYERS, OKAY?  THAT'S A GOOD EXAMPLE.

03:37PM  25     AND WHAT I WANT TO MAKE SURE IS THAT EVERYONE HERE CAN

03:37PM  1    DIVORCE THEMSELVES FROM THE ARGUMENTS THAT THE LAWYERS MAKE AS

03:37PM  2    BEING EVIDENCE AND INSTEAD LOOK AT THE EVIDENCE ITSELF AND

03:37PM  3    MAYBE LISTEN TO THE PERSUADERS AND SEE IF WHAT THEY'RE SAYING

03:37PM  4    MAKES MORE SENSE.

03:37PM  5         AND THAT'S WHAT I WANT TO MAKE SURE THAT EVERYBODY HERE

03:37PM  6    CAN DO IS TO NOT BE OVERLY PERSUADED BY THE GOVERNMENT LAWYERS

03:37PM  7    AND THEIR ARGUMENT.

03:37PM  8         IS EVERYONE HERE WILLING TO FOLLOW THAT?

03:37PM  9         THANK YOU VERY MUCH.

03:37PM  10        MS. STANOJEVIC.  DID I SAY THAT CORRECTLY?

03:37PM  11             PROSPECTIVE JUROR:  YES.

03:37PM  12             THE COURT:  YOU SAID THAT YOUR UNCLE WAS A JUDGE IN

03:38PM  13   SERBIA?

03:38PM  14             PROSPECTIVE JUROR:  SO I HAVE -- MY MOTHER IS ONE OF

03:38PM  15   SEVEN, FOUR BROTHERS, THREE OF THEM WHO ARE ATTORNEYS AND ONE

03:38PM  16   WAS A JUDGE, YES, ONE OF THE THREE.

03:38PM  17             MR. NICK:  DO THEY HAVE A JURY SYSTEM IN SERBIA?

03:38PM  18             PROSPECTIVE JUROR:  THEY DO, BUT I LEFT WHEN I WAS

03:38PM  19   RATHER YOUNG SO I THINK IT'S A DIFFERENT SYSTEM ALTOGETHER.  I

03:38PM  20   DON'T THINK THAT THEY HAVE THIS FORUM, A PUBLIC FORUM.  I THINK

03:38PM  21   THEY HAVE A DIFFERENT LAW SYSTEM ALTOGETHER, BUT IT WAS A LONG

03:38PM  22   TIME AGO.

03:38PM  23             MR. NICK:  GOT YOU.  SO YOU UNDERSTAND THAT YOU'RE

03:38PM  24   GOING TO FOLLOW THIS SYSTEM AND THE RULES HERE?

03:38PM  25             PROSPECTIVE JUROR:  ABSOLUTELY.

03:38PM 1      MR. NICK:  AND WHAT I WANTED TO ASK YOU IS THAT DO

03:38PM 2  YOU HAVE ANY KNOWLEDGE ABOUT HOW CORPORATIONS ARE STRUCTURED

03:38PM 3  AND SOME OF THE THINGS THAT I WAS TALKING ABOUT HOW THEY

03:38PM 4  OPERATE, FOR EXAMPLE.

03:38PM 5      PROSPECTIVE JUROR:  I DO.  I'VE BEEN MOSTLY STAYING

03:38PM 6  WITH PUBLIC COMPANIES OVER THE LAST, I'LL CALL IT, 15 YEARS IN

03:38PM 7  FINANCIAL PLANNING AND ANALYSIS.

03:38PM 8      SO I CERTAINLY DO A SENSE OF -- I HAVE A SENSE OF

03:38PM 9  CORPORATIONS.

03:38PM 10      MR. NICK:  AND HAVE YOU BEEN INVOLVED IN LET'S SAY

03:39PM 11  ESTATE PLANNING THAT INVOLVED THE CREATION OF CORPORATIONS?

03:39PM 12      PROSPECTIVE JUROR:  SO MY HUSBAND IS A CONSULTANT

03:39PM 13  WHO HAS ITS OWN CORPORATION, AND SO THAT WAS JUST RECENTLY,

03:39PM 14  THREE YEARS AGO, SO HE FORMED A CORPORATION.

03:39PM 15      MR. NICK:  OKAY.  HAVE YOU WITNESSED AND KIND OF

03:39PM 16  SEEN HOW HE GOES THROUGH MANAGING THAT CORPORATION?

03:39PM 17      PROSPECTIVE JUROR:  I DO, YES.

03:39PM 18      MR. NICK:  AND, FOR EXAMPLE, YOU WOULDN'T BE ABLE TO

03:39PM 19  SUE ON BEHALF OF THAT CORPORATION OR MAKE DECISIONS FOR IT;

03:39PM 20  WOULD THAT BE CORRECT?

03:39PM 21      PROSPECTIVE JUROR:  CORRECT.

03:39PM 22      MR. NICK:  THANK YOU VERY MUCH.

03:39PM 23    MS. ZHANG, HELLO.

03:39PM 24      PROSPECTIVE JUROR:  HI.

03:39PM 25      MR. NICK:  DID MY ANALOGY HELP YOU, THE ANIMAL

03:39PM 1     KILLER ANALOGY?

03:39PM 2              PROSPECTIVE JUROR:  YES, I KNOW WHAT YOU MEAN.

03:39PM 3              MR. NICK:  AND CAN YOU IGNORE THE CASHIER IS AN

03:39PM 4     ANIMAL KILLER AND JUST DECIDE WHETHER THERE WAS A SHOPLIFTING

03:40PM 5     OR NOT?  WOULD YOU BE ABLE --

03:40PM 6              PROSPECTIVE JUROR:  AS I SAID, I TRY.

03:40PM 7              MR. NICK:  YOU TRY.  SO WHAT I WANT TO KNOW IS WHEN

03:40PM 8     YOU SAY YOU TRY, LIKE, DO YOU FEEL YOU COULD DO IT RIGHT NOW

03:40PM 9     BUT YOU'RE NOT CERTAIN BECAUSE CERTAIN THINGS MAY COME UP?

03:40PM 10             PROSPECTIVE JUROR:  I THINK BACK IN THE BACKGROUND.

03:40PM 11    I SAID I LIVED IN CHINA UNTIL I WAS 22 YEARS OLD, AND WE TAUGHT

03:40PM 12    SO MUCH OF WHAT DRUGS CAN DO TO YOU SO WE KIND OF LINK IT

03:40PM 13    TOGETHER WITH MARIJUANA, AND MARIJUANA IN CHINA IS A REALLY BAD

03:40PM 14    DRUG.  SO THAT'S WHY I FEEL LIKE I CAN TRY MY BEST, AS I SAID.

03:40PM 15             MR. NICK:  UNDERSTOOD.  SO I'M SURE YOU LOVE

03:40PM 16    ANIMALS; RIGHT?

03:40PM 17             PROSPECTIVE JUROR:  YEAH.  I ALSO DON'T LIKE ANIMAL

03:40PM 18    KILLERS.

03:40PM 19             MR. NICK:  RIGHT.  SO IF YOU WERE IN THE SHOPLIFTING

03:40PM 20    TRIAL, WOULD YOU BE ABLE TO LISTEN TO THE CASHIER?

03:40PM 21             PROSPECTIVE JUROR:  I DEFINITELY WILL BE ABLE TO

03:40PM 22    LISTEN TO THEM.

03:40PM 23             MR. NICK:  I'M TRYING TO MAKE SURELY THAT YOU END UP

03:41PM 24    ON THIS JURY.

03:41PM 25             PROSPECTIVE JUROR:  I WILL TRY TO BE, YEAH, I WILL

```
03:41PM   1        TRY TO BE FAIR.

03:41PM   2                MR. NICK:  AND YOU JUST DON'T RUN OUT, AND GO I'M

03:41PM   3        NOT BELIEVING THE CASHIER BECAUSE SHE'S AN ANIMAL KILLER,

03:41PM   4        RIGHT?

03:41PM   5                PROSPECTIVE JUROR:  I WILL NOT RUN OUT, YEAH.

03:41PM   6                MR. NICK:  WELL, RUN OUT, I'M SORRY.  ADVANCE TO A

03:41PM   7        DECISION I SHOULD SAY.

03:41PM   8                PROSPECTIVE JUROR:  OKAY.

03:41PM   9                MR. NICK:  I HAVE ONE MORE QUESTION FOR YOU.  I SAW

03:41PM  10        YOU WERE A MEMBER OF THE ACLU; IS THAT CORRECT?

03:41PM  11                PROSPECTIVE JUROR:  YES.

03:41PM  12                MR. NICK:  ALL RIGHT.  HOW LONG HAS THAT BEEN FOR?

03:41PM  13                PROSPECTIVE JUROR:  TWO YEARS.

03:41PM  14                MR. NICK:  TWO YEARS.  YOU PAY YOUR MONTHLY DUES, IS

03:41PM  15        THAT HOW YOU --

03:41PM  16                PROSPECTIVE JUROR:  ANNUAL FEE.

03:41PM  17                MR. NICK:  I'M SORRY?

03:41PM  18                PROSPECTIVE JUROR:  ANNUAL DONATION.

03:41PM  19                MR. NICK:  YOU DO ANNUAL DONATIONS.  SO ONE YEAR

03:41PM  20        ANNUAL DONATION IS YOUR MEMBERSHIP?

03:41PM  21                PROSPECTIVE JUROR:  THAT'S RIGHT.

03:41PM  22                MR. NICK:  SOME PEOPLE ORGANIZE IT.

03:41PM  23                PROSPECTIVE JUROR:  I DON'T DO IT MONTHLY.  IT'S

03:41PM  24        ALWAYS THE END OF THE YEAR THING.

03:41PM  25                MR. NICK:  IT WAS ABOUT TWO YEARS AGO.  AND HOW LONG
```

03:41PM  1     DID YOU LIVE IN NEW YORK CITY?  OR WAS IT NEW YORK CITY BY THE

03:41PM  2     WAY?

03:41PM  3               PROSPECTIVE JUROR:  I DIDN'T LIVE IN NEW YORK CITY.

03:41PM  4     I LIVED NORTH OF NEW YORK CITY WHICH WAS --

03:42PM  5               MR. NICK:  CAN YOU TELL ME THE NAME OF THE CITY.

03:42PM  6               PROSPECTIVE JUROR:  WESTCHESTER.

03:42PM  7               MR. NICK:  WESTCHESTER.  THERE WE GO.

03:42PM  8               PROSPECTIVE JUROR:  IT'S 11 YEARS OR SOMETHING LIKE

03:42PM  9     THAT AROUND.

03:42PM 10               MR. NICK:  AND YOU WERE A TREASURER FOR A CHINESE

03:42PM 11     SCHOOL THERE; RIGHT?

03:42PM 12               PROSPECTIVE JUROR:  YES.

03:42PM 13               MR. NICK:  SO AS A TREASURER DID YOU JUST DO BASIC

03:42PM 14     ACCOUNTING?

03:42PM 15               PROSPECTIVE JUROR:  YEAH, BASIC BOOKING AND SOME

03:42PM 16     TAX.

03:42PM 17               MR. NICK:  WELL, YOU KNOW MORE MATH THAN THAT

03:42PM 18     BECAUSE YOU'RE AN ENGINEER?

03:42PM 19               PROSPECTIVE JUROR:  YES, THAT'S RIGHT.

03:42PM 20               MR. NICK:  SO YOU'RE BEYOND CALCULUS I TAKE IT; IS

03:42PM 21     THAT CORRECT?

03:42PM 22               PROSPECTIVE JUROR:  YEAH.

03:42PM 23               MR. NICK:  ALL RIGHT.  THANK YOU VERY MUCH.

03:42PM 24               PROSPECTIVE JUROR:  COUNSEL?

03:42PM 25               MR. NICK:  YES, SIR.

03:42PM   1           PROSPECTIVE JUROR:  I SEEMED TO HAVE REALIZED I

03:42PM   2   FORGOT TO DISCLOSE IN MY FORM, BUT I'M ALSO A MEMBER OF ACLU,

03:43PM   3   AND I'VE BEEN FOR TRO YEARS OR TWO AND A HALF YEARS.  LET'S SAY

03:43PM   4   TWO YEARS FOR SURE.  I JUST DO AN ANNUAL DONATION.

03:43PM   5           MR. NICK:  ALL RIGHT.  YOU JUST DO THE ANNUAL

03:43PM   6   DONATION THEN?

03:43PM   7           PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN).

03:43PM   8           MR. NICK:  AND YOU GET THE MAGAZINE?

03:43PM   9           PROSPECTIVE JUROR:  YEAH, AND THE CARD AND MANY

03:43PM  10   E-MAILS.

03:43PM  11           MR. NICK:  AND THE CARD.  ALL RIGHT.  THANK YOU VERY

03:43PM  12   MUCH, SIR.

03:43PM  13       MS. MACARAEG.

03:43PM  14           PROSPECTIVE JUROR:  YES.

03:43PM  15           MR. NICK:  YOU FILED BANKRUPTCY WAS IT TWO TIMES?

03:43PM  16           PROSPECTIVE JUROR:  YES.

03:43PM  17           MR. NICK:  IN 2012 AND 2016?

03:43PM  18           PROSPECTIVE JUROR:  YES.  2012, THAT WAS THE FIRST

03:43PM  19   TIME.

03:43PM  20           MR. NICK:  AND WERE THEY BOTH CHAPTER 7 OR WAS ONE

03:43PM  21   CHAPTER --

03:43PM  22           PROSPECTIVE JUROR:  IT'S A CHAPTER 7.

03:43PM  23           MR. NICK:  OKAY.  AND ONE OF THEM --

03:43PM  24           PROSPECTIVE JUROR:  AND THE OTHER ONE WAS CHAPTER

03:43PM  25   13.

03:43PM  1             MR. NICK:  OKAY.  SO ONE WAS A 13 AND ONE WAS A 7.

03:43PM  2      WHICH ONE WAS THE 13?

03:43PM  3             PROSPECTIVE JUROR:  IN 2016.

03:44PM  4             MR. NICK:  DID YOU FEEL THE BANKRUPTCY HELPED YOU

03:44PM  5      OUT DOING IT?

03:44PM  6             PROSPECTIVE JUROR:  I HAD AN ATTORNEY SO.

03:44PM  7             MR. NICK:  AND AFTER THE DISCHARGE DID YOU FEEL

03:44PM  8      RELIEVED?

03:44PM  9             PROSPECTIVE JUROR:  ACTUALLY, I AM STILL IN THE

03:44PM 10      PROCESS RIGHT NOW OF PAYING MY DUES BECAUSE IT'S CHAPTER 13.

03:44PM 11             MR. NICK:  OKAY.  HERE'S WHAT I WANTED TO ASK YOU.

03:44PM 12      HOW DID YOU FEEL ONCE YOUR DEBTS WERE DISCHARGED.

03:44PM 13             PROSPECTIVE JUROR:  WELL, I'M OVERWHELMED AND

03:44PM 14      RELIEVED ACTUALLY, BUT IN MY MIND THE DAMAGE WAS STILL THERE

03:44PM 15      BECAUSE OF THAT THING THAT WENT THROUGH BEFORE THE BANKRUPTCY,

03:44PM 16      BUT RIGHT NOW I'M HEALING ACTUALLY, AND I'M TRYING TO MOVE ON.

03:44PM 17             MR. NICK:  OKAY.

03:44PM 18             PROSPECTIVE JUROR:  YES.

03:44PM 19             MR. NICK:  SO YOU FELT THAT BANKRUPTCY DID GOOD FOR

03:44PM 20      YOU; CORRECT?

03:44PM 21             PROSPECTIVE JUROR:  YES.

03:44PM 22             MR. NICK:  THANK YOU VERY MUCH.  WHAT I WANTED TO

03:44PM 23      KNOW FROM ANYBODY HERE IS THAT IS THERE ANYBODY WHO IS JUST

03:44PM 24      OPPOSED TO SOMEBODY BEING ABLE TO WALK AWAY FROM THEIR DEBTS

03:45PM 25      THROUGH BANKRUPTCY?

```
03:45PM   1        IS THERE ANYBODY THAT IS SO AGAINST ANY LAW THAT WOULD
03:45PM   2   ALLOW YOU THAT, THAT IT'S GOING TO AFFECT YOUR DECISION IN THIS
03:45PM   3   CASE?  ANYBODY HERE?
03:45PM   4        ALL RIGHT.  EVERYBODY IS OKAY WITH PEOPLE FILING FOR
03:45PM   5   BANKRUPTCY IF THEY'RE ENTITLED TO IT; IS THAT CORRECT?  CAN I
03:45PM   6   JUST GET EVERYBODY'S HANDS UP.  THANK YOU VERY MUCH.  ALL
03:45PM   7   RIGHT.  THANK YOU.
03:45PM   8        MR. BRODY, GOOD AFTERNOON, SIR.
03:45PM   9             PROSPECTIVE JUROR:  GOOD AFTERNOON.
03:45PM  10             MR. NICK:  SO YOU WERE ON THE COPYRIGHT CASE;
03:45PM  11   CORRECT, SIR?
03:45PM  12             PROSPECTIVE JUROR:  YEAH.
03:45PM  13             MR. NICK:  AND I NOTED ONE COMMENT THAT YOU MADE
03:45PM  14   THAT IT WAS A TOUGH CASE BECAUSE IT COULD HAVE GONE EITHER WAY?
03:45PM  15             PROSPECTIVE JUROR:  YEAH.
03:45PM  16             MR. NICK:  AND ARE YOU -- DO YOU HAVE AN
03:45PM  17   UNDERSTANDING AND CAN YOU ACCEPT THAT THE STANDARD OF PROOF IS
03:45PM  18   HIGHER IN A CRIMINAL CASE?
03:46PM  19             PROSPECTIVE JUROR:  CAN YOU KIND OF CHANGE THAT
03:46PM  20   QUESTION A LITTLE BIT.
03:46PM  21             MR. NICK:  SURE.  DO YOU RECALL THE JUDGE TELLING
03:46PM  22   YOU IN THAT CASE THAT WHOEVER THE PARTY WAS BRINGING THE CASE
03:46PM  23   HAD TO PROVE THEIR CASE BY A PREPONDERANCE OF THE EVIDENCE?  DO
03:46PM  24   YOU RECALL THAT TERM?
03:46PM  25             PROSPECTIVE JUROR:  YEAH.
```

188

03:46PM  1          MR. NICK:  AND DO YOU UNDERSTAND THAT YOU'VE GOT TO

03:46PM  2     HAVE MORE EVIDENCE IN A CRIMINAL CASE THAN IN A CIVIL CASE?

03:46PM  3     IT'S PROOF BEYOND A REASONABLE DOUBT, IN OTHER WORDS?

03:46PM  4          PROSPECTIVE JUROR:  OKAY.

03:46PM  5          MR. NICK:  SO WHAT I WANT TO KNOW IS IF YOUR

03:46PM  6     EXPERIENCE IN THAT COPYRIGHT CASE IS GOING TO BLEED INTO THIS

03:46PM  7     CASE, AND YOU'RE GOING TO USE THAT SAME STANDARD OF PROOF TO

03:46PM  8     DECIDE WHAT HAPPENED HERE.

03:46PM  9          PROSPECTIVE JUROR:  I DON'T THINK THAT IT WILL.

03:46PM  10    IT'S AN ENTIRELY DIFFERENT CASE.  WHAT I CAN SAY IS WITH THE

03:46PM  11    COPYRIGHT CASE IT WAS LIKE WE ARE READING EACH INDIVIDUAL LAW

03:46PM  12    OF HOW -- WHETHER IT WAS INFRINGED OR NOT, AND IT WAS VERY

03:46PM  13    TOUGH TO LOOK AT THESE DIAGRAMS AND SAY "IS THIS INFRINGEMENT?

03:47PM  14    IS IT NOT?"

03:47PM  15         MR. NICK:  BECAUSE THE DIAGRAMS ARE SO CLOSE.

03:47PM  16         PROSPECTIVE JUROR:  WE'RE STUDYING VENTILATION

03:47PM  17    CASES, AND SO I KNOW NOTHING ABOUT AIR CONDITIONING, AND I'M

03:47PM  18    READING A COPYRIGHT INFRINGEMENT CASE ON VENTILATION.  SO IT'S

03:47PM  19    QUITE TOUGH.

03:47PM  20         MR. NICK:  VERY WELL.  THE COURT IS GOING TO

03:47PM  21    INSTRUCT YOU IN THIS CASE THAT THE GOVERNMENT HAS THE BURDEN OF

03:47PM  22    PROOF, AND THEY HAVE TO BURDEN TO PROVE THAT THIS BANKRUPTCY

03:47PM  23    FRAUD OCCURRED, AND THEY HAVE TO PROVE IT BEYOND A REASONABLE

03:47PM  24    DOUBT.  THAT'S NOT BASICALLY BEYOND ANY DOUBT, ANY POSSIBLE

03:47PM  25    DOUBT, BUT YOU'VE GOT TO BE SATISFIED THAT YOU DON'T HAVE A

03:47PM 1      DOUBT IN YOUR MIND THAT IS REASONABLE.  I GUESS IT'S KIND OF

03:47PM 2      BACKWARDS EXPLAINING IT, BUT THAT WOULD BE THE BEST WAY TO

03:47PM 3      REPEAT IT.

03:47PM 4               PROSPECTIVE JUROR:  YEAH.

03:47PM 5               MR. NICK:  THROUGH YOUR PERSONAL KNOWLEDGE OR

03:47PM 6      EXPERIENCES IN LIFE, HAVE YOU HEARD THAT STANDARD BEYOND A

03:48PM 7      REASONABLE DOUBT?

03:48PM 8               PROSPECTIVE JUROR:  YEAH.

03:48PM 9               MR. NICK:  AND YOU'VE HEARD IT'S APPLICABLE IN

03:48PM 10     CRIMINAL CASES, FOR EXAMPLE?

03:48PM 11              PROSPECTIVE JUROR:  YES.

03:48PM 12              MR. NICK:  ALL RIGHT.  YOUR MOTHER DOES ESTATE

03:48PM 13     PLANNING; IS THAT CORRECT?

03:48PM 14              PROSPECTIVE JUROR:  YES.

03:48PM 15              MR. NICK:  DO YOU EVER DISCUSS HER WORK?

03:48PM 16              PROSPECTIVE JUROR:  THROUGHOUT HER YEARS SHE DID

03:48PM 17     CRIMINAL DEFENSE AS WELL IN HER EARLIER YEARS.

03:48PM 18              MR. NICK:  WOW.  FROM CRIMINAL DEFENSE TO ESTATE

03:48PM 19     PLANNING.

03:48PM 20              PROSPECTIVE JUROR:  SHE'S DONE A LOT OF DIFFERENT

03:48PM 21     THINGS.

03:48PM 22              MR. NICK:  ALL RIGHT.  SO SHE'S ACTIVELY PRACTICING

03:48PM 23     RIGHT NOW?

03:48PM 24              PROSPECTIVE JUROR:  YEAH.

03:48PM 25              MR. NICK:  DO YOU KNOW APPROXIMATELY HOW MANY YEARS

03:48PM 1      SHE DID CRIMINAL DEFENSE FOR?

03:48PM 2             PROSPECTIVE JUROR:  AT LEAST MAYBE FIVE.

03:48PM 3             MR. NICK:  OKAY.

03:48PM 4             PROSPECTIVE JUROR:  AT LEAST FIVE TO TEN.

03:48PM 5             MR. NICK:  ALL RIGHT.  AND DID SHE DO IT HERE IN

03:48PM 6      SANTA CLARA COUNTY?

03:48PM 7             PROSPECTIVE JUROR:  I THINK THAT WAS IN L.A.

03:48PM 8      ORIGINALLY.

03:48PM 9             MR. NICK:  ALL RIGHT.

03:48PM 10            PROSPECTIVE JUROR:  SHE MIGHT HAVE DONE A LITTLE BIT

03:48PM 11     HEAR, BUT IF SHE DID IT WAS LIKE NEAR THE SAN MATEO AREA AND

03:48PM 12     POSSIBLY -- AND I'M NOT SURE ABOUT THAT.

03:48PM 13            MR. NICK:  DID YOU EVER DISCUSS ANY OF HER CRIMINAL

03:48PM 14     CASES?

03:48PM 15            PROSPECTIVE JUROR:  NOT, NOT RECENTLY, I GUESS.

03:49PM 16            MR. NICK:  HAS SHE EVER DISCUSSED WITH YOU THE

03:49PM 17     STANDARD OF PROOF BEYOND A REASONABLE DOUBT?

03:49PM 18            PROSPECTIVE JUROR:  I WOULD SAY, NO, BUT I WILL SAY

03:49PM 19     THAT SHE'S USUALLY A DEFENSE ATTORNEY.  SHE'S NEVER A

03:49PM 20     PLAINTIFF.  SHE IS ALWAYS ON THE DEFENSE SIDE.  ALWAYS.

03:49PM 21            MR. NICK:  IN THE CRIMINAL CASES?

03:49PM 22            PROSPECTIVE JUROR:  YEAH.

03:49PM 23            MR. NICK:  AND HAS SHE EVER MENTIONED THE CREATION

03:49PM 24     OF CORPORATIONS TO HELP IN ESTATE PLANNING?

03:49PM 25         NOT SOMETHING THAT RINGS A BELL?

03:49PM 1           PROSPECTIVE JUROR:  NO.

03:49PM 2           MR. NICK:  ALL RIGHT.  YOU'RE MORGAN STANLEY, AND SO

03:49PM 3   YOU WERE ASSISTING THE FINANCIAL ADVISORS IS THE WAY I

03:49PM 4   UNDERSTOOD IT CORRECTLY.

03:49PM 5           PROSPECTIVE JUROR:  UH-HUH.

03:49PM 6           MR. NICK:  AND DID THAT REQUIRE YOU TO REVIEW THE

03:49PM 7   CLIENT'S PORTFOLIOS?

03:49PM 8           PROSPECTIVE JUROR:  ALL OF THE TIME.

03:49PM 9           MR. NICK:  WAS IT MORE STOCK PURCHASE ADVICE?

03:49PM 10          PROSPECTIVE JUROR:  THAT WASN'T WHAT I WAS DOING,

03:49PM 11  BUT I WAS LOOKING AT WHAT STOCKS THEY WERE BUYING AND TRADING

03:49PM 12  AND THROUGHOUT THE YEARS WHAT HAPPENED.

03:50PM 13          MR. NICK:  THANK YOU VERY MUCH, SIR.

03:50PM 14          PROSPECTIVE JUROR:  YEAH.

03:50PM 15          THE COURT:  MR. NICK, ARE YOU GETTING ABOUT THERE?

03:50PM 16          MR. NICK:  YES, YOUR HONOR.  I HAD ABOUT TWO MORE

03:50PM 17  MINUTES IF THAT'S OKAY?

03:50PM 18          THE COURT:  OKAY.

03:50PM 19          MR. NICK:  THANK YOU.

03:50PM 20      ALL RIGHT.  MS. SONDHI, YOU'RE THE LAST PERSON I WANT TO

03:50PM 21  ASK QUESTIONS TO.  HOW ARE YOU THIS AFTERNOON?

03:50PM 22          PROSPECTIVE JUROR:  GOOD, THANK YOU.

03:50PM 23          MR. NICK:  ALL RIGHT.  YOU COORDINATE WITH

03:50PM 24  ACCOUNTANTS AT WORK; CORRECT?

03:50PM 25          PROSPECTIVE JUROR:  YEAH, I DO THE BOOKKEEPING AND

03:50PM  1   PROVIDE ALL OF THE FILES TO OUR C.P.A.'S FOR TAXES AND STUFF

03:50PM  2   LIKE THAT.

03:50PM  3            MR. NICK:  I BELIEVE -- DID YOU GET A DEGREE IN

03:50PM  4   ENGINEERING?

03:50PM  5            PROSPECTIVE JUROR:  IN PHYSICS.

03:50PM  6            MR. NICK:  IN PHYSICS?

03:50PM  7            PROSPECTIVE JUROR:  IN PHYSICS.

03:50PM  8            MR. NICK:  THAT'S LIKE SUPER ENGINEERING.  BASICALLY

03:51PM  9   YOU HAVE A LOT OF MATH EXPERIENCE; CORRECT?

03:51PM  10           PROSPECTIVE JUROR:  I DO.

03:51PM  11           MR. NICK:  DID YOU USE SOME OF THAT MATH IN THE

03:51PM  12  ACCOUNTING DEGREE?

03:51PM  13           PROSPECTIVE JUROR:  BASIC MATH.

03:51PM  14           MR. NICK:  BASIC MATH IS WHAT IS INVOLVED.  AND ANY

03:51PM  15  EXPERIENCE IN CORPORATIONS REGARDING THE QUESTIONS THAT I'VE

03:51PM  16  ASKED, HOW THEY EXIST AND HOW THEY RUN?

03:51PM  17           PROSPECTIVE JUROR:  WELL, NOT REALLY.  I DO KNOW

03:51PM  18  THAT HEALTH CARE FACILITY IS A CORPORATION, BUT I DON'T HAVE

03:51PM  19  MUCH EXPERIENCE OF SETTING UP A CORPORATION OR WHAT GOES ON

03:51PM  20  BEHIND THE SCENES.  I JUST DO MY JOB.

03:51PM  21           MR. NICK:  LAST QUESTION FOR YOU IS THAT YOU HEARD

03:51PM  22  ME SPEAK TO MR. BRODY ABOUT THE ISSUE OF PROOF BEYOND A

03:51PM  23  REASONABLE DOUBT?

03:51PM  24           PROSPECTIVE JUROR:  UH-HUH.

03:51PM  25           MR. NICK:  HAVE YOU EVER HEARD THAT TERM BEFORE?

03:51PM  1                PROSPECTIVE JUROR:  IN THIS COURTROOM.

03:51PM  2                MR. NICK:  IN THIS COURTROOM IS THE FIRST TIME?

03:51PM  3                PROSPECTIVE JUROR:  WELL, ON T.V.

03:51PM  4                MR. NICK:  I WAS GOING TO SAY YOU HEARD IT ON T.V.

03:51PM  5                PROSPECTIVE JUROR:  YEAH.

03:51PM  6                MR. NICK:  AND DO YOU HAVE A BASIC UNDERSTANDING OF

03:51PM  7     PROOF BEYOND A REASONABLE DOUBT, MEANING IF YOU HAVE A DOUBT

03:52PM  8     AND THE DOUBT IS REASONABLE, YOU'VE GOT TO VOTE NOT GUILTY?

03:52PM  9                PROSPECTIVE JUROR:  CORRECT.

03:52PM 10                MR. NICK:  ALL RIGHT.  THANK YOU VERY MUCH

03:52PM 11     EVERYBODY.  THOSE ARE ALL OF THE QUESTIONS THAT I WANTED TO

03:52PM 12     ASK.

03:52PM 13                THE COURT:  MS. GILG?

03:52PM 14                MS. GILG:  GOOD AFTERNOON, EVERYONE.  I PROMISE TO

03:52PM 15     BE BRIEF.  MY COLLEAGUES HAVE DONE A GOOD JOB AS WELL AS THE

03:52PM 16     JUDGE.  AGAIN, I'M ZENIA GILG.  AND SO IF I MISPRONOUNCE YOUR

03:52PM 17     NAME, PLEASE LET ME KNOW BECAUSE IT'S SOMETHING THAT I'M VERY

03:52PM 18     USED TO.

03:52PM 19         I THINK I'M GOING TO AVOID ASKING ANY QUESTIONS OF

03:52PM 20     MR. SCAGLIA, BUT I WOULD LIKE TO ASK MS. STANOJEVIC, YOU HAD

03:52PM 21     INITIALLY, AND EVEN ON YOUR FORM, YOU HAD INDICATED THAT YOU

03:52PM 22     WERE CONCERNED ABOUT YOUR CHILDCARE AND PICKING UP YOUR

03:53PM 23     CHILDREN FROM SCHOOL.  IS THAT SOMETHING THAT YOU WERE ABLE TO

03:53PM 24     RESOLVE?

03:53PM 25                PROSPECTIVE JUROR:  YES.  GIVEN THE SHORTER TIME

03:53PM  1     PERIOD, WE'LL FIGURE IT OUT, YEAH.  THANK YOU FOR ASKING.

03:53PM  2             MS. GILG:  PERFECT.

03:53PM  3         MR. KLAPPERICH.

03:53PM  4             PROSPECTIVE JUROR:  YES.

03:53PM  5             MS. GILG:  YOU RECENTLY GRADUATED FROM LAW SCHOOL.

03:53PM  6             PROSPECTIVE JUROR:  YES.

03:53PM  7             MS. GILG:  AND DID YOU RECENTLY APPLY TO THE U.S.

03:53PM  8     ATTORNEY'S OFFICE?

03:53PM  9             PROSPECTIVE JUROR:  NO.

03:53PM  10            MS. GILG:  ARE YOU THINKING ABOUT IT?

03:53PM  11            PROSPECTIVE JUROR:  PERHAPS.

03:53PM  12            MS. GILG:  NOW, IN YOUR QUESTIONNAIRE YOU WORKED FOR

03:53PM  13    THE PEACE AND JUSTICE CENTER?

03:53PM  14            PROSPECTIVE JUROR:  THAT'S CORRECT.

03:53PM  15            MS. GILG:  AND COULD YOU EXPLAIN WHAT THAT IS A

03:53PM  16    LITTLE BIT?

03:53PM  17            PROSPECTIVE JUROR:  MOSTLY MOBILIZING I GUESS

03:53PM  18    INFORMATION ABOUT THE SOCIAL JUSTICE NETWORKING IN THE SOUTH

03:53PM  19    BAY.

03:53PM  20            MS. GILG:  SO DO YOU HAVE ANY INTEREST IN GOING INTO

03:53PM  21    CRIMINAL DEFENSE?

03:54PM  22            PROSPECTIVE JUROR:  NO, I DON'T.

03:54PM  23            MS. GILG:  WOULD YOU FEEL INCLINED TO LIEN TOWARDS A

03:54PM  24    GUILTY VERDICT BECAUSE OF YOUR STATUS WITH PROBABLY LOOKING FOR

03:54PM  25    JOBS?

03:54PM  1               PROSPECTIVE JUROR:  NO.

03:54PM  2               MS. GILG:  MR. SUH?

03:54PM  3               PROSPECTIVE JUROR:  YES.

03:54PM  4               MS. GILG:  I NOTED THAT YOU HAD A VACATION SCHEDULED

03:54PM  5      FOR SEPTEMBER 30TH; IS THAT CORRECT?

03:54PM  6               PROSPECTIVE JUROR:  YES.

03:54PM  7               MS. GILG:  NOW, LET'S SAY THAT WE WERE IN TRIAL AND

03:54PM  8      THE CASE COMES TO THE JURY WHETHER IT'S NEXT MONDAY OR NEXT

03:54PM  9      TUESDAY OR NEXT FRIDAY, WOULD YOU FEEL ANXIOUS ABOUT REACHING A

03:54PM  10     VERDICT QUICKLY BECAUSE YOU KNOW THAT YOU HAVE THIS VACATION?

03:54PM  11     I MEAN, IS THAT SOMETHING THAT IS GOING TO BE ON YOUR MIND?

03:55PM  12              PROSPECTIVE JUROR:  A LITTLE BIT, BUT I HAVE TO DO

03:55PM  13     MY JOB AS A JUROR SO.

03:55PM  14              MS. GILG:  AND WOULD YOU -- AND WOULD YOU HOLD IT

03:55PM  15     AGAINST ANY OF THE ATTORNEYS IF THEY WERE GOING TO BE ASKING

03:55PM  16     QUESTIONS THAT WOULD DELAY THE TRIAL AND YOU'RE GOING, "COME

03:55PM  17     ON, AND YOU ASKED THAT FIVE DIFFERENT WAYS AND THE WITNESS IS

03:55PM  18     NOT GOING TO ANSWER YOU," WOULD YOU FEEL ANY KIND OF

03:55PM  19     FRUSTRATION BECAUSE YOU KNOW THAT YOU HAVE THIS DEADLINE COMING

03:55PM  20     UP?

03:55PM  21              PROSPECTIVE JUROR:  BEING HUMAN, PROBABLY.  BUT LIKE

03:55PM  22     I SAID, I'M GOING TO HAVE TO DO MY JOB.

03:55PM  23              MS. GILG:  MR. FINCH, I NOTICE IN YOUR QUESTIONNAIRE

03:55PM  24     THAT YOU HAD INDICATED ON THE LAST PAGE ABOUT YOUR -- YOU

03:55PM  25     HAVING A SMALL BUSINESS AND IF YOU'RE NOT THERE DOES THAT MEAN

03:56PM 1     THERE'S NO INCOME FOR THE BUSINESS?

03:56PM 2            PROSPECTIVE JUROR:  THAT'S CORRECT.

03:56PM 3            MS. GILG:  AND SO ARE YOU ABLE TO SUPPORT YOUR

03:56PM 4     FAMILY WITHOUT THAT INCOME?

03:56PM 5            PROSPECTIVE JUROR:  I MEAN, TO A POINT.  I CAN DIP

03:56PM 6     INTO SAVINGS AND RESERVES BUT ANY SUPER LONG VERY EXTENUATING

03:56PM 7     CASE WOULD PROBABLY BE PRETTY BAD.

03:56PM 8            MS. GILG:  SO LET'S SAY THAT THIS CASE GOES A LITTLE

03:56PM 9     BIT LONGER THAN ANTICIPATED FOR REASONS, YOU KNOW, LOTS OF

03:56PM 10     DIFFERENT THINGS HAPPEN DURING TRIALS AND THINGS GO LONGER, IS

03:56PM 11     THAT GOING TO CAUSE YOU CONCERN AND MAKE YOU ANXIOUS AND MAKE

03:56PM 12     YOU WANT TO MOVE QUICKLY WHEN YOU GET INTO THE DELIBERATIONS

03:56PM 13     ROOM?

03:56PM 14            PROSPECTIVE JUROR:  YES.  I HAVE TO BE HONEST, IT

03:56PM 15     PROBABLY WOULD BE.

03:56PM 16            MS. GILG:  SO THE FINANCIAL STRAIN THAT YOU WOULD BE

03:56PM 17     EXPERIENCING BY BEING A JUROR YOU BELIEVE WILL IMPACT YOUR

03:56PM 18     ABILITY TO PUT YOUR FULL ATTENTION INTO THE DELIBERATIONS?

03:57PM 19            PROSPECTIVE JUROR:  AS MUCH AS I DON'T WANT TO SAY,

03:57PM 20     I THINK THAT WOULD PROBABLY BE THE CASE.

03:57PM 21            MS. GILG:  OKAY.  THANK YOU.  I APPRECIATE THAT.

03:57PM 22            THE COURT:  SO, MR. FINCH, IF THE CASE WERE TO

03:57PM 23     RESOLVE -- IF THE EVIDENCE CAME IN BEFORE THAT, IT SOUNDS LIKE

03:57PM 24     IT'S A QUESTION OF TIMING.

03:57PM 25            PROSPECTIVE JUROR:  RIGHT.  EXACTLY.

03:57PM 1        THE COURT:  AND AS I SAID EARLIER THIS MORNING WHEN

03:57PM 2    WE FIRST MET, JURY SERVICE IS AN INCONVENIENCE, I RECOGNIZE

03:57PM 3    THAT.

03:57PM 4        PROSPECTIVE JUROR:  OF COURSE.

03:57PM 5        THE COURT:  AND I APPRECIATE YOUR RECOGNITION AND

03:57PM 6    IT'S YOUR CIVIC OBLIGATION TO PARTICIPATE.

03:57PM 7      AND I THINK TO MS. GILG'S QUESTION, IF THE CASE WERE TO

03:57PM 8    BECOME A FINANCIAL HARDSHIP TO YOU, THAT MIGHT CAUSE YOU SOME

03:57PM 9    CONCERN.

03:57PM 10       PROSPECTIVE JUROR:  CORRECT.

03:57PM 11       THE COURT:  RIGHT.  AT SOME POINT.

03:57PM 12     DO YOU THINK THAT AS TO MS. GILG'S QUESTION, I THINK SHE

03:57PM 13   SAID IF IT GOES UNTIL FRIDAY OF NEXT WEEK, THAT'S GOING TO

03:57PM 14   CAUSE YOU SOME CONCERN?

03:57PM 15       PROSPECTIVE JUROR:  THAT WOULD BE -- THAT WOULD NOT

03:57PM 16   CAUSE ME CONCERN FRIDAY OF NEXT WEEK.

03:57PM 17       THE COURT:  OKAY.  THAT'S AN ACCEPTABLE LEVEL SUCH

03:58PM 18   THAT IT IS.

03:58PM 19       PROSPECTIVE JUROR:  CORRECT.  IF YOU SAY FRIDAY

03:58PM 20   THREE MONTHS FROM NOW THAT WOULD DEFINITELY --

03:58PM 21       THE COURT:  SURE.  OF COURSE.  SO IF THE CASE WERE

03:58PM 22   TO GO WELL BEYOND NEXT FRIDAY, INTO THE WEEK FOLLOWING, MIDWEEK

03:58PM 23   THE WEEK AFTER OR SOMETHING LIKE THAT, YOU MIGHT THEN BEGIN TO

03:58PM 24   HAVE CONCERNS?

03:58PM 25       PROSPECTIVE JUROR:  THAT'S CORRECT.

03:58PM  1        THE COURT:  WE HAVE -- AS I INDICATED, WE'RE GOING

03:58PM  2   TO BE DARK SOME DAYS, MEANING WE WON'T BE IN SESSION.  THIS

03:58PM  3   THURSDAY, I THINK, IS ONE OF THOSE DAYS.  IT MAY BE, IN THE

03:58PM  4   SPIRIT OF FULL DISCLOSURE, NEXT MONDAY, I PREVIOUSLY INDICATED

03:58PM  5   WE WOULDN'T BE IN SESSION IN THE AFTERNOON.  I'M TRYING TO SEE

03:58PM  6   IF I CAN CLEAR THE CALENDAR SUCH THAT WE CAN BE IN SESSION

03:58PM  7   MONDAY AFTERNOON TO AFFORD A LITTLE MORE EFFICIENCY IN OUR

03:58PM  8   TRIAL PREPARATION AND DELIVERY SUCH THAT THE CASE CAN PROCEED

03:58PM  9   QUICKLY.  DOES THAT --

03:58PM 10        PROSPECTIVE JUROR:  THAT WOULD BE MUCH BETTER.

03:58PM 11        THE COURT:  WE WON'T BE IN SESSION ON THURSDAYS

03:58PM 12   BECAUSE I DO HAVE ANOTHER CALENDAR AS I'VE INDICATED.  IT MAY

03:58PM 13   ALSO BE, LADIES AND GENTLEMEN, THAT DEPENDING ON WHEN WE HAVE

03:59PM 14   OUR FINAL JURY, IT MAY BE THAT WE WILL EXTEND EITHER OR --

03:59PM 15   EXCUSE ME, WE'LL ADVANCE OUR START TIME.  IT COULD BE DEPENDING

03:59PM 16   ON PEOPLE'S SCHEDULES WE COULD START AT 8:30, A LITTLE EARLIER.

03:59PM 17   WE COULD REDUCE OUR LUNCH TIME TO 1 HOUR AS OPPOSED TO THE

03:59PM 18   90 MINUTES.

03:59PM 19        SO THERE ARE DIFFERENT THINGS THAT I'VE ENGAGED IN WITH

03:59PM 20   TRIAL BEFORE AS TIME CONSCIOUS, I'LL CALL IT THAT, TO ALLOW FOR

03:59PM 21   THE EVIDENCE AND THE CASE TO PROCEED IN A MORE EFFICIENT

03:59PM 22   MANNER, EFFICIENT IN THE SENSE OF THE DELIVERY OF THE EVIDENCE

03:59PM 23   AND SAVING TIME.

03:59PM 24        PROSPECTIVE JUROR:  THAT WOULD BE APPRECIATED.

03:59PM 25        THE COURT:  THAT'S ONE THING THAT I JUST LIKE YOU TO

03:59PM  1    KNOW AT THE OUTSET.  I'M VERY COGNIZANT OF YOUR TIME, AND I

03:59PM  2    DON'T APPRECIATE A WASTE OF TIME.  I'LL DO EVERYTHING I CAN AS

03:59PM  3    THE MANAGER OF THIS CASE TO PROCEED IN AN EFFICIENT MANNER TO

03:59PM  4    SAVE EVERYONE'S TIME AS BEST WE CAN.  I HOPE THAT AFFORDS YOU

03:59PM  5    SOME ASSURANCE.

03:59PM  6              PROSPECTIVE JUROR:  YES, IT DOES.

03:59PM  7              THE COURT:  ALL RIGHT.  THANK YOU, MS. GILG.

03:59PM  8              MS. GILG:  AND SPEAKING OF ASSURANCES, COULD YOU

04:00PM  9    ASSURE BOTH SIDES THAT IF THE DELIBERATION PROCESS IS TAKING

04:00PM  10   LONGER THAN YOU WOULD HAVE LIKED, IN OTHER WORDS, YOU'RE HAVING

04:00PM  11   DIFFICULTY REACHING A VERDICT AND YOU BELIEVE STRONGLY IN ONE

04:00PM  12   SIDE OR THE OTHER, CAN YOU ASSURE US THAT YOU WON'T SWITCH TO

04:00PM  13   THE OTHER SIDE OR TO THE POPULAR SIDE BECAUSE YOU WANT TO GET

04:00PM  14   DONE QUICKER?

04:00PM  15              PROSPECTIVE JUROR:  YES, I CAN ASSURE YOU.

04:00PM  16              MS. GILG:  OKAY.  THANK YOU.  I HAVE NOTHING FURTHER

04:00PM  17   FOR YOU, BUT I WOULD LIKE TO PASS THE MIKE TO

04:00PM  18   MR. AGUILERAVITELA.

04:00PM  19              THE COURT:  AGUILERAVITELA?

04:00PM  20              MS. GILG:  FEEL FREE TO CALL ME GILG OR ZILG OR

04:00PM  21   ANYTHING YOU WOULD LIKE.

04:00PM  22       I MAY HAVE HEARD YOU INCORRECTLY, BUT I THOUGHT YOU WROTE

04:00PM  23   DOWN THAT YOU WERE PLANNING TO LEAVE FOR A WEDDING NEXT

04:01PM  24   TUESDAY?

04:01PM  25              PROSPECTIVE JUROR:  NO.

04:01PM  1                    MS. GILG:  NOW, MR. BRODY.

04:01PM  2                    PROSPECTIVE JUROR:  HELLO.

04:01PM  3                    MS. GILG:  NOW, YOU HAVE A WEDDING THAT YOU'RE GOING

04:01PM  4      TO -- THAT YOU'RE DRIVING DOWN ON THE 28TH; IS THAT CORRECT?

04:01PM  5                    PROSPECTIVE JUROR:  I WAS GOING TO GO FRIDAY, BUT

04:01PM  6      I'M ASSUMING I WOULD HAVE TO GO AFTER THIS NOW.

04:01PM  7                    MS. GILG:  SO THAT'S WHAT I WAS GOING TO ASK.

04:01PM  8      THAT'S SOMETHING THAT YOU COULD ARRANGE IF WE GO INTO FRIDAY.

04:01PM  9                    PROSPECTIVE JUROR:  I WILL BE GOING LONE SOLDIER,

04:01PM  10     BUT, YEAH.

04:01PM  11                   MS. GILG:  ALSO, YOU TALKED ABOUT A JOB -- A CALL

04:01PM  12     YOU MIGHT GET FOR A JOB.

04:01PM  13                   PROSPECTIVE JUROR:  UH-HUH.

04:01PM  14                   MS. GILG:  IS THAT GOING TO BE A DISTRACTION TO YOU

04:01PM  15     DURING THE PROCEEDINGS?

04:01PM  16                   PROSPECTIVE JUROR:  I MEAN, OF COURSE IT'S A

04:01PM  17     DISTRACTION, BUT I'M SITTING HERE SO.

04:02PM  18                   MS. GILG:  AND WHEN YOU TALKED ABOUT YOUR LAST JURY

04:02PM  19     SERVICE, I GOT THE SENSE THAT YOU FELT A LITTLE BIT LIKE YOU

04:02PM  20     CONCEDED WHEN YOU DIDN'T REALLY FEEL IN YOUR HEART THAT THE

04:02PM  21     EVIDENCE ESTABLISHED THE VERDICT.

04:02PM  22         IN OTHER WORDS, YOU WEREN'T, YOU WEREN'T -- YOU DIDN'T

04:02PM  23     FEEL COMMITTED TO THE VERDICT THAT YOU ENDED UP AGREEING TO.

04:02PM  24         DID I READ YOU CORRECTLY ON THAT?

04:02PM  25                   PROSPECTIVE JUROR:  I WAS -- TO BE HONEST, I WAS

04:02PM 1      UNSURE.  IF I WAS TO CHOOSE A SIDE BACK THEN, I DIDN'T KNOW

04:02PM 2      WHAT SIDE I WOULD CHOOSE BECAUSE I WAS READING THIS COPYRIGHT

04:02PM 3      CASE LINE BY LINE STARING AT THIS DIAGRAM WHETHER THEY

04:02PM 4      INFRINGED OR DIDN'T, AND IT WAS TOO TOUGH FOR ME TO FIGURE IT

04:02PM 5      OUT.

04:02PM 6              MS. GILG:  AND SO BECAUSE OF THAT DO YOU FEEL THAT

04:02PM 7      YOU AGREED TO SOMETHING THAT YOU DIDN'T REALLY FEEL IN YOUR --

04:02PM 8      WAS WHAT YOU -- YOU DIDN'T FEEL WAS A CERTAIN DECISION?

04:02PM 9              PROSPECTIVE JUROR:  I DIDN'T -- TO BE HONEST, I

04:02PM 10     DIDN'T FEEL ONE WAY OR THE OTHER.  I WAS UNSURE.

04:03PM 11             MS. GILG:  BUT DID YOU VOTE ONE WAY OR THE OTHER?

04:03PM 12             PROSPECTIVE JUROR:  YEAH.

04:03PM 13             MS. GILG:  AND DO YOU FEEL AS YOU SIT HERE NOW AND

04:03PM 14     AS A PROSPECTIVE JUROR HERE, DO YOU FEEL THAT BECAUSE OF THAT

04:03PM 15     EXPERIENCE YOU WILL FEEL MORE COMMITTED TO HOLDING YOUR GROUND

04:03PM 16     AND MAKING SURE THAT WHATEVER VERDICT YOU DO RENDER IS WHAT YOU

04:03PM 17     REALLY FEEL AND NOT GOING WITH THE SIDE THAT SEEMS TO HAVE THE

04:03PM 18     MOST VOTES?

04:03PM 19             PROSPECTIVE JUROR:  YES.  I WILL STAND FIRM ON

04:03PM 20     WHATEVER MY OPINION IS.  I THINK THAT WITH THAT CASE PRIOR IT

04:03PM 21     WAS JUST WHETHER IT WAS TOO COMPLICATED FOR ME PERSONALLY OR IT

04:03PM 22     WAS THE TYPE OF CASE IT WAS, THAT'S HOW I FELT ABOUT IT.

04:03PM 23             MS. GILG:  THANK YOU.

04:03PM 24          THEN MR. ZHANG.  WHEN WE FIRST STARTED TALKING YOU HAD

04:04PM 25     MENTIONED SOME KIND OF A HEALTH ISSUE THAT REQUIRES YOU TO BE

04:04PM 1    OUTSIDE EVERY HOUR OR SOMETHING LIKE THAT.  DID I MISHEAR?

04:04PM 2              PROSPECTIVE JUROR:  I PREFER TO BE, YOU KNOW, STAND

04:04PM 3    OUTSIDE OF THE BUILDING BECAUSE THAT'S KIND OF -- YOU KNOW,

04:04PM 4    ROUTINE, YOU KNOW.  WALKING A LITTLE BIT AND TAKING OUTSIDE

04:04PM 5    BREEZE AND RATHER THAN SITTING HERE ALL OF THE TIME.

04:04PM 6              MS. GILG:  SO IT'S NOT A HEALTH ISSUE THAT REQUIRES

04:04PM 7    YOU TO DO --

04:04PM 8              PROSPECTIVE JUROR:  NO, NO, NO.  NO HEALTH ISSUE.

04:04PM 9              MS. GILG:  OKAY.

04:04PM 10        FINALLY, JUST ONE QUESTION TO MS. GUNDERSON.

04:04PM 11        I BELIEVE THAT YOU INITIALLY HAD AN ISSUE WITH YOUR

04:04PM 12   CHILDCARE?  HAS THAT BEEN RESOLVED?

04:05PM 13             PROSPECTIVE JUROR:  I CAN DEAL WITH IT.  IT'S OKAY.

04:05PM 14   THE TIMING IS ACTUALLY NOT 8:00 TO 5:00 EVERY DAY SO I CAN MAKE

04:05PM 15   IT WORK.

04:05PM 16             MS. GILG:  OKAY.  THANK YOU.

04:05PM 17             THE COURT:  ALL RIGHT.  THANK YOU.

04:05PM 18        MR. SCHENK, DO YOU PASS FOR CAUSE?

04:05PM 19             MR. SCHENK:  YES, YOUR HONOR.

04:05PM 20             THE COURT:  MR. NICK, DO YOU PASS FOR CAUSE?

04:05PM 21             MR. NICK:  YES, YOUR HONOR.

04:05PM 22             THE COURT:  MS. GILG, DO YOU PASS FOR CAUSE?

04:05PM 23             MS. GILG:  YES, YOUR HONOR.

04:05PM 24             THE COURT:  ALL RIGHT.  THANK YOU.

04:05PM 25        LET ME -- LADIES AND GENTLEMEN, THE LAWYERS ARE NOW GOING

04:05PM 1    TO MEET AND CONFER AND ENGAGE IN A SELECTION PROCESS.

04:05PM 2         COUNSEL, DO YOU HAVE THE FORM?  OKAY.  LET ME JUST SEE

04:05PM 3    COUNSEL AT THE SIDE-BAR FOR JUST A MOMENT.

04:05PM 4         (SIDE-BAR CONFERENCE ON THE RECORD.)

04:06PM 5         THE COURT:  WE'RE AT SIDE-BAR WITH COUNSEL, AND I'M

04:06PM 6    JUST GOING TO HAND YOU THE FORM HERE THAT YOU CAN USE IN YOUR

04:06PM 7    SELECTIONS, AND YOU CAN PASS IT BACK AND FORTH AS YOU MAKE YOUR

04:06PM 8    SELECTIONS.

04:06PM 9         THE CAVEAT IS THAT WHEN DEFENSE MAKES THE JOINT -- YOU'LL

04:06PM 10   IDENTIFY YOUR -- PARDON ME, YOUR INDIVIDUAL STRIKES BECAUSE

04:06PM 11   EACH OF YOU HAVE ONE INDIVIDUAL.  ALL OTHERS ARE JOINT AND SO

04:06PM 12   JUST IDENTIFY YOUR INDIVIDUAL STRIKES.

04:06PM 13        MR. NICK:  ON THE INDIVIDUAL -- I'M SORRY, YOUR

04:06PM 14   HONOR.  ON THE INDIVIDUAL CHALLENGES PER DEFENDANT IT'S GOING

04:06PM 15   TO BE TEN?

04:06PM 16        MS. GILG:  NO.  IT'S SIX.

04:06PM 17        MR. NICK:  OKAY.  I JUST GOT CONFUSED.  COULD WE --

04:06PM 18        THE COURT:  I'M LOOKING AT THE FORM.  I'M SORRY.

04:06PM 19        MS. GILG:  IT'S FIVE -- YEAH, THAT'S RIGHT, IT'S TEN

04:07PM 20   JOINT.

04:07PM 21        MR. NICK:  TEN JOINT.

04:07PM 22        THE COURT:  YOU HAVE 12 TOTAL.

04:07PM 23        MR. NICK:  RIGHT.

04:07PM 24        THE COURT:  TEN JOINT.

04:07PM 25        MR. NICK:  THAT WAS MY CONFUSION.  ONE INDIVIDUAL

04:07PM  1    AND TEN JOINT?

04:07PM  2              THE COURT:  THAT'S RIGHT.

04:07PM  3              THE CLERK:  BUT THE FIRST ONE THE GOVERNMENT

04:07PM  4    CHALLENGES, AND THE SECOND ONE THE DEFENSE, AND THE THIRD THE

04:07PM  5    GOVERNMENT, AND THEN THE DEFENSE HAS TWO, AND THEN ONE, TWO,

04:07PM  6    ONE, TWO, ONE, TWO.

04:07PM  7              THE COURT:  AND IT ROTATES.

04:07PM  8              MR. SCHENK:  AND A PASS IS NOT A STOP UNLESS THERE

04:07PM  9    ARE TWO PASSES.

04:07PM  10             THE COURT:  A PASS IS NOT A STRIKE.  IF WE HAVE TWO

04:07PM  11   PASSES, WE HAVE A JURY.

04:07PM  12             MR. SCHENK:  OR THREE PASSES.

04:07PM  13             THE COURT:  THREE PASSES.

04:07PM  14             MS. GILG:  I KNOW I ASKED THIS QUESTION BEFORE, BUT

04:07PM  15   I FORGOT.  DO WE FILL THE SEAT AFTER EACH ROUND?

04:07PM  16             THE COURT:  WELL, THIS IS WHAT I TALKED ABOUT AT OUR

04:07PM  17   PRETRIAL CONFERENCE.  TO THE EXTENT THAT YOU CAN DO THIS

04:07PM  18   VIRTUALLY WITHOUT DOING MUSICAL CHAIRS, SO YOUR FIRST STRIKES

04:07PM  19   WILL BE WITHIN THE FIRST 12.

04:08PM  20             MS. GILG:  RIGHT.

04:08PM  21             THE COURT:  AND IF YOU CAN VIRTUALLY MOVE THE

04:08PM  22   PARTIES, THEN WE CAN PROCEED.

04:08PM  23        IF WE RUN OUT, WE'LL TAKE A BREAK, AND WE'LL HAVE TO

04:08PM  24   RECHARGE THE BOX AT THAT POINT.

04:08PM  25             MS. GILG:  GOT YOU.

| | | |
|---|---|---|
| 04:08PM | 1 | THE COURT:  AND THE QUESTION THEN BECOMES WHETHER OR |
| 04:08PM | 2 | NOT WE MOVE EVERYBODY OVER OR WE JUST FILL THE BLANKS. |
| 04:08PM | 3 | MS. GILG:  I SEE. |
| 04:08PM | 4 | MR. SCHENK:  RIGHT.  THAT WILL HELP US FIND WHETHER |
| 04:08PM | 5 | WE'RE THINKING OF AN ALTERNATE OR NOT. |
| 04:08PM | 6 | SO FOR INSTANCE, IF WE STRIKE NUMBER 1 INITIALLY THEN DOES |
| 04:08PM | 7 | 13 VIRTUALLY BECOME NUMBER 1? |
| 04:08PM | 8 | THE COURT:  THEY WOULD -- NO, THEY WOULD JUST ALL |
| 04:08PM | 9 | MOVE UP A SEAT.  2 BECOMES 1 IN A CENTIPEDE TYPE FASHION, IF I |
| 04:08PM | 10 | CAN CALL IT THAT WAY. |
| 04:08PM | 11 | MR. SCHENK:  AND THEN 14 BECOMES OUR FIRST |
| 04:08PM | 12 | ALTERNATE? |
| 04:08PM | 13 | THE COURT:  CORRECT.  OKAY.  ALL RIGHT.  THANK YOU. |
| 04:08PM | 14 | THANK YOU, COUNSEL. |
| 04:09PM | 15 | (END OF DISCUSSION AT SIDE-BAR.) |
| 04:09PM | 16 | THE COURT:  ALL RIGHT.  THANK YOU.  LADIES AND |
| 04:09PM | 17 | GENTLEMEN, THE LAWYERS ARE NOW GOING TO REVIEW THEIR NOTES AND |
| 04:09PM | 18 | MAKE SELECTIONS AS TO THE JURY. |
| 04:09PM | 19 | FEEL FREE TO TAKE A STANDING BREAK IF YOU WOULD LIKE TO |
| 04:09PM | 20 | STAND AND STRETCH, FEEL FREE TO DO THAT.  YOU HAVE TO STAY IN |
| 04:09PM | 21 | THE COURTROOM, PLEASE, BUT FEEL FREE TO STAND UP AND STRETCH. |
| 04:09PM | 22 | THERE'S WATER AVAILABLE AS WELL.  IF ANYONE WOULD LIKE A DRINK, |
| 04:09PM | 23 | HELP YOURSELF. |
| 04:09PM | 24 | (RECESS FROM 4:09 P.M. UNTIL 4:20 P.M.) |
| 04:20PM | 25 | THE COURT:  LET ME SEE COUNSEL AT SIDE-BAR, PLEASE. |

04:20PM   1          (SIDE-BAR CONFERENCE ON THE RECORD.)

04:20PM   2              THE COURT:  ALL RIGHT.  WE'RE AT SIDE-BAR WITH

04:20PM   3     COUNSEL, AND I HAVE THE FORM.  IT APPEARS THAT WE HAVE A JURY

04:20PM   4     THEN.  THE QUESTION THAT I HAVE IS TO OUR ALTERNATES.

04:20PM   5          IT APPEARS, IF I'M READING THIS CORRECTLY, MS. KRATZMANN,

04:20PM   6     ALTERNATE NUMBER 1 IS MS. ZHANG AND ALTERNATE NUMBER --

04:20PM   7     MR. ZHANG, THANK YOU.  AND ALTERNATE NUMBER 2 IS MS. GUNDERSON.

04:21PM   8              MS. GILG:  YES.

04:21PM   9              THE COURT:  AND LET ME JUST ASK, DO THE PARTIES HAVE

04:21PM  10     AGREEMENT ON THE ALTERNATES AS WELL?

04:21PM  11              MR. NICK:  NO.

04:21PM  12              THE COURT:  OKAY.  ALL RIGHT.

04:21PM  13              MR. NICK:  BUT ON EVERYTHING ELSE YES.

04:21PM  14              THE COURT:  SO WE HAVE AGREEMENT ON THE FIRST 12.

04:21PM  15          WHAT WE'LL DO IS SING THEIR NAMES OUT AND SWEAR THEM IN

04:21PM  16     AND HAVE OUR JURY AND THEN WE CAN MOVE TO THE ALTERNATES.  EACH

04:21PM  17     OF YOU HAS ONE STRIKE.

04:21PM  18              MS. GILG:  SO ONE, TWO, THREE.

04:21PM  19              THE COURT:  WELL YOUR STRIKE WILL BE A JOINT STRIKE

04:21PM  20     AS TO THE ALTERNATES.  SO YOU HAVE ONE STRIKE, AND THEY HAVE

04:21PM  21     ONE STRIKE AS TO AN ALTERNATE.

04:21PM  22          SO IT LOOKS LIKE THE FOUR REMAINING WOULD BE

04:21PM  23     MS. LUPE ALLEN, SYLVIA ZHANG.  SO IT'S MR. GUANLIN ZHANG,

04:21PM  24     MR. AMANDA GUNDERSON, AND THEN LUPE ALLEN, AND THEN SYLVIA

04:22PM  25     ZHANG IF THERE'S AN ADDITIONAL STRIKE.  THAT'S OUR POOL.

04:22PM 1        ALL RIGHT.  THANK YOU.

04:22PM 2        (END OF DISCUSSION AT SIDE-BAR.)

04:22PM 3            THE COURT:  LADIES AND GENTLEMEN, THE LAWYERS HAVE

04:22PM 4    REACHED AN AGREEMENT ON THE JURY IN THIS CASE.  I'M GOING TO IN

04:22PM 5    JUST A MOMENT ASK OUR COURTROOM DEPUTY, MS. KRATZMANN, TO

04:22PM 6    ANNOUNCE THE NAMES OF THOSE JURORS WHO HAVE BEEN SELECTED TO

04:22PM 7    HEAR THIS CASE.  SO PLEASE LISTEN CLOSELY AS MS. KRATZMANN

04:22PM 8    ANNOUNCES THE JURY IN THIS CASE.

04:22PM 9        MS. KRATZMANN.

04:22PM 10           THE CLERK:  YES, YOUR HONOR.

04:22PM 11       JUROR NUMBER 1 IS LOIDA MACARAEG; JUROR NUMBER 2 IS JUAN

04:22PM 12   ALFARO; JUROR NUMBER 3 IS ITA LONERGAN; JUROR NUMBER 4 IS

04:23PM 13   ALBERTO BARBOSA; JUROR NUMBER 5 IS JOHN FINCH; JUROR NUMBER 6

04:23PM 14   IS MEENAKSHI SONDHI; JUROR NUMBER 7, LOLITA VARDEH; JUROR

04:23PM 15   NUMBER 8 IS PATRICK SCAGLIA; JUROR NUMBER 9 IS JOYCE AGUINALDO;

04:23PM 16   JUROR NUMBER 10 IS ARUN SHAKAR; JUROR NUMBER 11 IS RYAN BRODY;

04:23PM 17   JUROR NUMBER 12 IS BRUCE SHEWCHUK.

04:23PM 18           THE COURT:  THANK YOU.  I'M NOW GOING TO ASK THOSE

04:23PM 19   INDIVIDUALS WHOSE NAMES WERE CALLED IF YOU COULD PLEASE STAND

04:23PM 20   AND, WE'LL SWEAR YOU IN AS JURORS IN THIS CASE.  PLEASE STAND

04:23PM 21   AND RAISE YOUR RIGHT HAND, AND OUR COURTROOM DEPUTY WILL

04:23PM 22   ADMINISTER THE OATH.

04:23PM 23       (SELECTED JURORS WERE GIVEN THE OATH.)

04:24PM 24           SELECTED JURORS:  YES.

04:24PM 25           THE COURT:  PLEASE BE SEATED.  LADIES AND GENTLEMEN,

208

04:24PM  1    AS I INDICATED, WE DO HAVE A COUPLE OF OTHER FUNCTIONS TO

04:24PM  2    FINISH, AND I THINK WE CAN COMPLETE THIS WELL BEFORE 5:00

04:24PM  3    O'CLOCK.

04:24PM  4        THE NEXT FUNCTION WOULD BE TO SEAT TWO ALTERNATE JURORS

04:24PM  5    AND THE -- THIS IS AN IMPORTANT TASK AND I THINK MR. SHAKAR,

04:24PM  6    YOU SAT AS AN ALTERNATE JUROR BEFORE SO YOU RECOGNIZE THE

04:24PM  7    IMPORTANCE OF THIS.

04:24PM  8        CAN I SEE THE LIST AGAIN AS TO OUR ALTERNATES?

04:24PM  9            THE CLERK:  YES, YOUR HONOR.

04:24PM  10           THE COURT:  THANK YOU.

04:24PM  11       AS LISTED NOW THE POTENTIAL ALTERNATES WOULD BE

04:24PM  12   MR. GUANLIN ZHANG, AMANDA GUNDERSON, LUPE ALLEN, AND SYLVIA

04:25PM  13   ZHANG, AND THAT'S THE POOL OF POTENTIAL ALTERNATES IN THIS

04:25PM  14   CASE.

04:25PM  15       NOW, I DO WANT TO TELL YOU AGAIN AND REMIND YOU THOSE WHO

04:25PM  16   ARE BEING CONSIDERED FOR THE ALTERNATE POSITION, THE ALTERNATE

04:25PM  17   POSITION IS A POSITION THAT YOU WOULD SIT AS A JUROR IN THIS

04:25PM  18   CASE, IN THE COURTROOM, AND YOU WOULD HEAR ALL OF THE EVIDENCE

04:25PM  19   AND THE ARGUMENTS OF COUNSEL AND THE INSTRUCTIONS, BUT AT THE

04:25PM  20   END OF THE CASE YOU WOULD NOT, ALTERNATE JURORS WOULD NOT GO

04:25PM  21   INTO THE DELIBERATION ROOM TO DELIBERATE WITH 12 JURORS.  YOU

04:25PM  22   WOULD DO THAT ONLY AND UNLESS A SITTING JUROR WAS UNABLE TO

04:25PM  23   PROCEED WITH THEIR SERVICE.

04:25PM  24       IF THAT WERE TO HAPPEN, THEN THAT JUROR, THE ALTERNATE

04:25PM  25   JUROR WOULD REPLACE THE SITTING JUROR AND THE DELIBERATIONS

04:25PM 1    WOULD START ANEW.

04:25PM 2         NOW, I'LL TAKE TWO MINUTES TO TALK ABOUT JUNE 2ND, 1925,

04:25PM 3    WHICH I THINK IS AN EXAMPLE OF HOW IMPORTANT ALTERNATE JUROR

04:26PM 4    SERVICE IS.  ON THAT DAY THE NEW YORK YANKEES PLAYED THE

04:26PM 5    WASHINGTON SENATORS.  WALTER JOHNSON WAS THE PITCHER FOR THE

04:26PM 6    SENATORS.

04:26PM 7         THE YANKEES WERE PLAYING, AND THEIR MANAGER WAS A

04:26PM 8    GENTLEMAN NAMED MILLER HUGGINS.  AND MR. HUGGINS, THE MANAGER

04:26PM 9    HUGGINS, PUT HIS TEAM ON THE FIELD AND THE FIRST BASEMAN FOR

04:26PM 10   THE YANKEES WENT UP TO THE MANAGER AND SAID I CAN'T PLAY TODAY.

04:26PM 11   I'M NOT ABLE TO PLAY TODAY.  I HAVE A HEADACHE.  THIS BECAME

04:26PM 12   KNOWN AS "THE MOST FAMOUS HEADACHE IN SPORTS."

04:26PM 13        WHAT HAPPENED NEXT IS THAT MR. -- MANAGER HUGGINS LOOKED

04:26PM 14   DOWN HIS BENCH AND HE SAW A YOUNG MAN, A RECENT GRADUATE FROM

04:26PM 15   COLUMBIA UNIVERSITY, AND I'M TOLD HE LOOKED DOWN AND POINTED

04:26PM 16   HIS FINGER AT HIM AND SAID "GEHRIG, GET IN THERE," AND THAT WAS

04:26PM 17   LOU GEHRIG.

04:26PM 18        WALLY PIPP WAS THE FIRST BASEMAN WHO HAD THE HEADACHE.  HE

04:27PM 19   NEVER PLAYED FOR THE YANKEES AGAIN.  HE WAS TRADED THE NEXT

04:27PM 20   YEAR I THINK TO CINCINNATI.

04:27PM 21        AND AS YOU KNOW, LOU GEHRIG PLAYED 14 YEARS WITH THE

04:27PM 22   YANKEES, AND HIS RECORD IS 2130 CONSECUTIVE GAMES THAT HE

04:27PM 23   PLAYED WITHOUT A BREAK.  HIS LIFETIME BATTING AVERAGE WAS 340.

04:27PM 24   HE PLAYED IN SIX WORLD SERIES.  THAT RECORD STOOD UNTIL 1995

04:27PM 25   AND UNTIL A YOUNG UPSTART FROM THE BALTIMORE ORIOLES BROKE IT.

04:27PM  1       BUT I TELL YOU THAT BECAUSE THIS EMPHASIZES THE IMPORTANCE

04:27PM  2   OF AN ALTERNATE JUROR, AND I'D LIKE TO THINK THAT ALTERNATE

04:27PM  3   JURORS SIT WITH OUR JURY, BUT THEY SERVE THE PURPOSE OF BEING

04:27PM  4   LOU GEHRIGS IN THE TRIAL SHOULD THAT BECOME NECESSARY.  AND YOU

04:27PM  5   SEE HOW LOU GEHRIG -- THERE'S A POSTAGE STAMP HONORING LOU

04:27PM  6   GEHRIG.  WE KNOW HIM.  HE WAS THE IRON MAN, I THINK HE WAS

04:27PM  7   CALLED, OR IRON HOUSE I THINK FOR HIS CONSECUTIVE PLAYS.

04:28PM  8       SO I TELL YOU THAT STORY JUST TO POINT OUT THE IMPORTANCE

04:28PM  9   OF BEING AN ALTERNATE JUROR IN THIS CASE.

04:28PM  10       SO LET ME ASK -- I JUST WANT TO ASK OUR PROSPECTIVE

04:28PM  11   ALTERNATE JURORS, THAT IS, MR. ZHANG, MS. GUNDERSON, MS. ALLEN,

04:28PM  12   AND SYLVIA ZHANG, EXCUSE ME, MR. ZHANG, GUNDERSON, ALLEN, AND

04:28PM  13   SYLVIA ZHANG, WHETHER OR NOT UNDERSTANDING THE JOB AND THE ROLE

04:28PM  14   OF AN ALTERNATE JUROR, WHETHER OR NOT YOU WOULD ACCEPT THAT

04:28PM  15   ROLE?  IS THERE ANYONE WHO WOULD NOT ACCEPT THAT?

04:28PM  16       MS. GUNDERSON.

04:28PM  17           PROSPECTIVE JUROR:  IF YOU DON'T NEED ME TO DO IT, I

04:28PM  18   DON'T HAVE TO FIGURE OUT MY CHILDREN.

04:28PM  19           THE COURT:  I BEG YOUR PARDON.

04:28PM  20           PROSPECTIVE JUROR:  IF SOMEONE ELSE WHO DOESN'T HAVE

04:28PM  21   KIDS AND DOESN'T HAVE TO REDO THEIR SCHEDULE, THAT'S FINE.  I

04:28PM  22   WILL DO IT IF YOU NEED ME TO DO IT, BUT IF I HAVE AN OPTION,

04:28PM  23   I'M SAYING I'M OKAY WITH NOT DOING IT.

04:28PM  24           THE COURT:  OKAY.  I APPRECIATE YOUR CANDOR.  THANK

04:28PM  25   YOU FOR THAT.

04:28PM  1          LET ME ASK THE GOVERNMENT, DO YOU HAVE ANY QUESTIONS OF

04:28PM  2     ANY OF THE ALTERNATE JURORS AT THIS TIME?

04:29PM  3              MR. SCHENK:  NO.

04:29PM  4              THE COURT:  THE DEFENSE, MR. NICK?

04:29PM  5              MR. NICK:  NO.

04:29PM  6              THE COURT:  MS. GILG?

04:29PM  7              MS. GILG:  NO, YOUR HONOR.

04:29PM  8              THE COURT:  ALL RIGHT.  LET ME RETURN THE FORM TO

04:29PM  9     THE PARTIES.

04:31PM 10          (PAUSE IN PROCEEDINGS.)

04:32PM 11              THE COURT:  THANK YOU.  LADIES AND GENTLEMEN, LISTEN

04:32PM 12     CLOSELY.  MS. KRATZMANN WILL CALL OUT THE NAMES OF OUR

04:32PM 13     ALTERNATE JURORS.

04:32PM 14          MS. KRATZMANN.

04:32PM 15              THE CLERK:  YES, YOUR HONOR.  ALTERNATE 1 IS

04:33PM 16     LUPE ALLEN AND ALTERNATE 2 IS SYLVIA ZHANG.

04:33PM 17              THE COURT:  ALL RIGHT.  THANK YOU.  IF THE TWO OF

04:33PM 18     YOU HAVE WOULD STAND AND RAISE YOUR RIGHT HAND, THERE'S A

04:33PM 19     SPECIAL OATH FOR YOU.

04:33PM 20              THE CLERK:  RAISE YOUR RIGHT HAND.

04:33PM 21          (SELECTED ALTERNATE JURORS WERE GIVEN THE OATH.)

04:33PM 22              ALTERNATE JURORS:  YES.

04:33PM 23              THE COURT:  ALL RIGHT.  THANK YOU.  LADIES AND

04:33PM 24     GENTLEMEN, WE HAVE OUR JURY.  WE HAVE OUR ALTERNATES.  I'M

04:33PM 25     GOING TO DISMISS THOSE OF YOU IN THE AUDIENCE JUST NOW.

04:33PM 1      BEFORE YOU DO THAT, THOUGH, I DO WANT TO EXPRESS ON BEHALF

04:33PM 2   OF THE JUDGES, ALL OF THE JUDGES FOR THE NORTHERN DISTRICT OF

04:33PM 3   CALIFORNIA, I DO WANT TO EXTEND OUR GRATITUDE AND THANKS FOR

04:33PM 4   YOU BEING HERE.

04:33PM 5      YOU SPENT THE DAY IN YOUR JUSTICE SYSTEM, AND I HOPE IT

04:33PM 6   WAS MEANINGFUL TO YOU.  I KNOW I SEE FACES OF GREAT

04:33PM 7   DISAPPOINTMENT THAT YOU WEREN'T HERE IN THE BOX.

04:33PM 8      I WANT TO ASSURE YOU THAT THOSE OF YOU THERE WHO DIDN'T

04:34PM 9   HAVE THE PRIVILEGE OF SITTING HERE, THAT WE HAVE AN EXCELLENT

04:34PM 10  JURY COMMISSIONER THAT I'M QUITE CONFIDENT THAT OUR PATHS WILL

04:34PM 11  CROSS IN OUR COURTROOMS SOON.  BUT HAVING SAID THAT, I HOPE YOU

04:34PM 12  APPRECIATE THE ENORMITY OF WHAT THESE COURTS STAND FOR.

04:34PM 13     YOU KNOW, OUR COUNTRY IS CRITICIZED AROUND THE WORLD AND

04:34PM 14  WE RECEIVE CRITICISM FOR MANY, MANY, AND I THINK APPROPRIATE,

04:34PM 15  REASONS.  BUT ONE THING THAT YOU WILL SEE, AND I THINK YOU ALL

04:34PM 16  RECOGNIZE, IS THAT COUNTRIES AROUND THE WORLD, THEY NEVER,

04:34PM 17  NEVER CRITICIZE OUR JUSTICE SYSTEM.  IN FACT, THEY SEEK TO

04:34PM 18  EMULATE OUR JUSTICE SYSTEM.

04:34PM 19     AND I SHOULD TELL YOU THAT MY COLLEAGUES FROM OUR COURTS

04:34PM 20  AND FEDERAL JUDGES ACROSS THE COUNTRY FREQUENTLY TRAVEL TO

04:34PM 21  OTHER COUNTRIES TO ASSIST THOSE COUNTRIES IN ESTABLISHING THEIR

04:34PM 22  JUSTICE SYSTEMS TO HELP THEM ESTABLISH COURTS WHERE THE RULE OF

04:34PM 23  LAW EXISTS, WHERE JURY TRIALS AND THE RIGHTS TO TRIAL BY A JURY

04:34PM 24  OF ONE'S PEERS EXIST.  WE DO THIS BECAUSE WE RECOGNIZE JUST HOW

04:35PM 25  PRECIOUS OUR JUSTICE SYSTEM IS, NOT JUST TO US BUT AROUND THE

04:35PM 1    WORLD, AND HOW GREAT THAT IS.  IT STANDS FOR THIS BRANCH OF

04:35PM 2    GOVERNMENT, THE JUSTICE SYSTEM.

04:35PM 3        SO I APPRECIATE YOUR PARTICIPATION TODAY.  I HOPE IT WAS

04:35PM 4    MEANINGFUL TO YOU THAT YOU PARTICIPATED IN YOUR JUSTICE SYSTEM.

04:35PM 5    AND AS I SAID, I'M CERTAIN THAT WE WILL SEE YOU AGAIN SOON.

04:35PM 6        SO THOSE OF YOU WHO DID NOT HAVE THE PRIVILEGE OF COMING

04:35PM 7    TO THIS SIDE OF THE RAIL, YOU'RE EXCUSED NOW.

04:35PM 8        DO THEY NEED TO GO DOWNSTAIRS?

04:35PM 9            THE CLERK:  NO, YOUR HONOR.  THEY CAN BE EXCUSED.

04:35PM 10           THE COURT:  YOU'RE FREE TO GO NOW.

04:35PM 11       THOSE IN THE BOX WHO WERE NOT SELECTED, YOU'RE FREE TO GO

04:35PM 12   NOW AND YOU CAN LEAVE.  OUR 12 JURORS AND OUR 2 ALTERNATES, IF

04:35PM 13   YOU WOULD PLEASE REMAIN.

04:36PM 14       THANK YOU.  WE'RE STILL ON THE RECORD.  OUR JURY AND OUR

04:36PM 15   TWO ALTERNATES ARE BREAK.  I JUST WANTED TO -- BEFORE WE BREAK

04:36PM 16   FOR THE DAY, AND WE'RE GOING TO RECESS NOW.  MS. KRATZMANN WILL

04:36PM 17   TAKE YOU INTO THE DELIBERATION ROOM AND GIVE YOU SOME

04:36PM 18   BACKGROUND INFORMATION AND HELPFUL INFORMATION ABOUT THE

04:36PM 19   PROCESS.

04:36PM 20       I DO WANT TO TELL YOU THAT I'M TRYING TO CLEAR OUR

04:36PM 21   CALENDAR.  IT SEEMS LIKE WE WILL BE ABLE TO BE IN SESSION

04:36PM 22   THURSDAY MORNING, AND I'VE MOVED SOME CALENDARS AND MADE THAT

04:37PM 23   DAY AVAILABLE FOR US.  SO IN THE EFFORT TO CAPTURE MORE TIME

04:37PM 24   AND TO ALLOW FOR THIS EVIDENCE TO COME IN, I HAVE ARRANGED FOR

04:37PM 25   THURSDAY MORNING, THE 20TH TO BE AVAILABLE, COUNSEL, FOR US.

04:37PM 1           LET ME ASK ABOUT THE GOVERNMENT FOR TOMORROW.  LET ME HAVE

04:37PM 2   A SIDE-BAR WITH COUNSEL JUST TO GO OVER THE SCHEDULE.

04:37PM 3       (SIDE-BAR CONFERENCE ON THE RECORD.)

04:37PM 4          THE COURT:  WE'RE AT SIDE-BAR WITH COUNSEL.

04:37PM 5       MR. SCHENK, WHAT IS YOUR STATUS FOR TOMORROW?

04:37PM 6          MR. SCHENK:  AFTER OPENINGS, TIMOTHY LAFFREDI WILL

04:37PM 7   TESTIFY.

04:37PM 8          THE COURT:  OKAY.

04:37PM 9          MR. SCHENK:  I THINK HIS DIRECT WILL BE LENGTHY.  I

04:38PM 10  ANTICIPATE HIS CROSS ALSO WILL BE A BIT LENGTHY.

04:38PM 11       CHARLES GREENE TOLD US THAT HE'S AVAILABLE AFTER 1:00 P.M.

04:38PM 12  TOMORROW.  SO I THINK HE WOULD BE OUR NEXT WITNESS.  IT SEEMS

04:38PM 13  LIKE THAT WORKS OUT FINE.

04:38PM 14       I DON'T KNOW WHO OUR THIRD WITNESS WOULD BE YET.  IT KIND

04:38PM 15  OF DEPENDS WHAT TIME OF DAY IT IS.  I MENTIONED YESTERDAY THAT

04:38PM 16  ONE OF THE INDIVIDUALS WHO WE WOULD CALL THIRD, HIS LAWYER WILL

04:38PM 17  BE OBSERVING THE HOLIDAY, AND, THEREFORE, DOESN'T WANT HIS

04:38PM 18  CLIENT TO TESTIFY BECAUSE HE WANTS TO BE IN THE COURTROOM WHEN

04:38PM 19  HE TESTIFIES.

04:38PM 20         MR. NICK:  IS THAT THE LAWYER?

04:38PM 21         MR. SCHENK:  YES.  SO THE OTHER OPTIONS ARE A

04:38PM 22  CUSTODIAN FROM CBP.  IF WE DON'T REACH A STIPULATION ON THE

04:38PM 23  RECORD, I THINK WE DISCUSSED AND PROBABLY WILL REACH A

04:38PM 24  STIPULATION.

04:38PM 25         MS. GILG:  YEAH, WE SAID WE WOULD STIPULATE TO A

04:39PM 1    CUSTODIAN OF RECORDS BUT WE -- RIGHT, WE ARGUED THAT THE WHOLE

04:39PM 2    RECORD IS NOT RELEVANT.

04:39PM 3             THE COURT:  SO YOU'RE GOING TO TALK ABOUT THIS

04:39PM 4    STIPULATION, AND THEN IF WE NEED TO PUT ANYTHING ON THE RECORD

04:39PM 5    WE CAN DO THAT TOMORROW MORNING I SUPPOSE?

04:39PM 6             MS. GILG:  YEAH.

04:39PM 7             THE COURT:  OKAY.  ALL RIGHT.  BEFORE THE JURY COMES

04:39PM 8    IN.  RIGHT.

04:39PM 9         AND THEN WHAT ABOUT THURSDAY THE 20TH?  IS THAT HELPFUL?

04:39PM 10            MS. GILG:  THAT'S A BIT OF A PROBLEM --

04:39PM 11            THE COURT:  GET CLOSER.

04:39PM 12            MS. GILG:  IT'S A BIT OF A PROBLEM FOR THE CLIENTS

04:39PM 13   BECAUSE THEY DO LIVE OUT OF TOWN AND ON THURSDAY, I DIDN'T GET

04:39PM 14   THE DETAILS, BUT I KNOW THAT THEY'RE VERY STRESSED OUT ABOUT

04:39PM 15   THAT.  AND I CAN GET THE DETAILS AS FAR AS WHAT IS NECESSARY.

04:39PM 16            MR. NICK:  THEY LIVE IN AUBURN, YOUR HONOR, JUST TO

04:39PM 17   GET AN IDEA.

04:39PM 18            MS. GILG:  AND I THINK THAT WAS THE DAY THAT THEY

04:39PM 19   SET ASIDE TO DO SOME WORK, BUT I CAN FIND OUT, AND I CAN CALL

04:39PM 20   BEFORE I FIND OUT EXACTLY WHAT THE ISSUE WAS.

04:39PM 21            THE COURT:  I'D LIKE TO USE THAT TIME.  I RECOGNIZE

04:39PM 22   THE DISTANCES, AND I DON'T KNOW IF THEY CAN SECURE

04:40PM 23   ACCOMMODATIONS HERE.

04:40PM 24            MR. NICK:  WE'LL TALK TO THEM.

04:40PM 25            THE COURT:  OKAY.  I APPRECIATE THAT.

04:40PM  1          MR. NICK:  IS IT POSSIBLE TO JUST DO AN AFTERNOON

04:40PM  2    SESSION ON THURSDAY?

04:40PM  3          THE COURT:  NO.

04:40PM  4          MS. GILG:  JUST A MORNING.

04:40PM  5          MR. NICK:  IT'S JUST A MORNING.

04:40PM  6          THE COURT:  IT'S JUST A MORNING, RIGHT.  WE WOULD

04:40PM  7    JUST BE CAPTURING THAT MORNING, AND I'M GOING TO ASK OUR

04:40PM  8    JURORS, TOO, IF WE CAN START EARLIER.  WE MIGHT START AT 8:30

04:40PM  9    WITH EVIDENCE AND THAT MIGHT BE HELPFUL, TOO, AND A FEW

04:40PM  10   WITNESSES.

04:40PM  11        MY SENSE IS THAT WITNESSES WILL BE AGREEABLE TO THAT AS

04:40PM  12   WELL.

04:40PM  13        OKAY.  ALL RIGHT.  I'M GOING TO INQUIRE AS TO THE JURY'S

04:40PM  14   TIMING.  TOMORROW WE'LL START AT 9:00, AND I THINK IT MAKES

04:40PM  15   SENSE TO START AT 9:00, AND WE CAN MEET AT 8:30 TO GO OVER ANY

04:40PM  16   STIPULATIONS THAT MIGHT BE OUTSTANDING.  AND LET'S PLAN ON

04:40PM  17   DOING THAT TOMORROW AT 8:30, AND THE JURY WILL COME IN AT 9:00

04:40PM  18   O'CLOCK, AND I'LL PRE-INSTRUCT, AND WE'LL MOVE INTO OPENING

04:41PM  19   STATEMENTS AND THEN EVIDENCE.

04:41PM  20        OKAY.  ALL RIGHT.

04:41PM  21        (END OF DISCUSSION AT SIDE-BAR.)

04:41PM  22          THE COURT:  THANK YOU, COUNSEL.

04:41PM  23        ALL RIGHT.  SCHEDULE WISE, TOMORROW WE WILL CONVENE AGAIN

04:41PM  24   AT 9:00 A.M.  WE'LL START THE TRIAL AT 9:00 A.M. PROPER

04:41PM  25   TOMORROW.

04:41PM   1        WHAT I WILL DO, JUST TO GIVE YOU A PREVIEW, I'LL

04:41PM   2   PRE-INSTRUCT YOU, AND I'LL GIVE YOU SOME PRELIMINARY

04:41PM   3   INSTRUCTIONS AS TO YOUR SERVICE.  WE WILL MOVE INTO OPENING

04:41PM   4   STATEMENTS, AND THE PARTIES CAN MAKE OPENING STATEMENTS SHOULD

04:41PM   5   THEY WISH TO DO SO, AND THEN WE'LL CALL WITNESSES TO BEGIN THE

04:41PM   6   EVIDENCE IN THE CASE.

04:41PM   7        MY SENSE IS PROBABLY WEDNESDAY.  IT'S POSSIBLE THAT WE'LL

04:41PM   8   HAVE TWO WITNESSES THAT WILL TESTIFY ON WEDNESDAY.

04:41PM   9        THURSDAY MORNING IS AVAILABLE TO US, AND WE COULD START AT

04:41PM  10   9:00 O'CLOCK THEN.

04:41PM  11        I'M GOING TO ASK YOU NOW NOT TO ANSWER THE QUESTION TODAY

04:42PM  12   BUT IF YOU CAN INVESTIGATE YOUR SCHEDULES TO SEE, AS I SAID, IF

04:42PM  13   AN EARLIER START COMPORTS WITH YOUR SCHEDULE, I'M HAPPY TO

04:42PM  14   START OUR SCHEDULE AT 8:30 TO ALLOW US TO GET SOME EXTRA COURT

04:42PM  15   TIME DONE.

04:42PM  16        SO PLEASE LOOK AT YOUR SCHEDULES AND SEE IF THAT IS

04:42PM  17   SOMETHING THAT YOU MIGHT BE AGREEABLE WITH.

04:42PM  18        AND THAT'S NOT JUST THIS WEEK BUT NEXT WEEK AS WELL.  IF

04:42PM  19   THERE ARE ANY DAYS THAT WE COULD START EARLIER, I'M HAPPY TO DO

04:42PM  20   THAT.

04:42PM  21        I SHOULD TELL YOU THAT I HAVE A COLLEAGUE IN

04:42PM  22   SAN FRANCISCO, I THINK HE BEGINS HIS TRIALS AT 7:00 A.M., IF

04:42PM  23   I'M NOT MISTAKEN.  SO I WON'T ADVANCE THAT YET, BUT IF WE CAN

04:42PM  24   CAPTURE SOME EXTRA TIME, I'LL BE HAPPY TO DO THAT.

04:42PM  25        ANYTHING ELSE, COUNSEL, BEFORE WE BREAK FOR THE EVENING?

04:42PM  1              MR. SCHENK:  NO, YOUR HONOR.

04:42PM  2              MR. NICK:  NO, THANK YOU, YOUR HONOR.

04:42PM  3              THE COURT:  ANYTHING FURTHER, MS. GILG?

04:42PM  4              MS. GILG:  NO, YOUR HONOR.

04:42PM  5              THE COURT:  LADIES AND GENTLEMEN, LET ME JUST GIVE

04:42PM  6   YOU THIS PRELIMINARY CAUTION.  YOU'RE NOT TO DISCUSS THIS CASE

04:43PM  7   OR ANYTHING ABOUT IT WITH ANYONE.

04:43PM  8       TOMORROW MORNING I'LL GIVE YOU MORE COMPLETE INSTRUCTIONS,

04:43PM  9   BUT YOU'RE NOT TO DISCUSS ANY OF THE THINGS ABOUT THE CASE.

04:43PM 10   YOU DON'T KNOW ANYTHING ABOUT THE FACTS OF THE CASE YET, YOU

04:43PM 11   HAVEN'T HEARD ANY EVIDENCE, BUT YOU'RE NOT TO DISCUSS THAT.

04:43PM 12       ONE OTHER THING BEFORE WE LEAVE.  IT MAY BE THAT WHEN YOU

04:43PM 13   COME TO COURT OR WHEN YOU ARE LEAVING AT NOON THAT YOU'LL PASS

04:43PM 14   ONE OF THESE LAWYERS.  YOU MIGHT GET IN THE ELEVATOR WITH THEM

04:43PM 15   OR YOU MIGHT SEE THEM IN THE DOOR AS THEY COME IN, AND YOU

04:43PM 16   MIGHT SMILE AND SAY GOOD MORNING, AND THEY MIGHT SMILE AND NOD

04:43PM 17   AND WALK AWAY IMMEDIATELY.  YOU SHOULD NOT TAKE ANY OFFENSE TO

04:43PM 18   THAT.  THEY KNOW THEY'RE NOT SUPPOSED TO SPEAK WITH YOU AND

04:43PM 19   HAVE COMMUNICATION WITH YOU.  THEY KNOW THE RULES AND ALL OF

04:43PM 20   THE LAWYERS KNOW THE RULES.

04:43PM 21       IF THAT HAPPENS, PLEASE DO NOT TAKE THE OFFENSE THAT IF

04:43PM 22   THEY APPEAR TO BE LESS THAN POLITE.  THEY WERE ALL PROPERLY

04:43PM 23   RAISED, AND THEY HAVE GOOD MANNERS, BUT THEY KNOW THE RULES

04:43PM 24   THAT THEY'RE NOT SUPPOSED TO HAVE ANY COMMUNICATION WITH YOU.

04:43PM 25   SO PLEASE DON'T BE OFFENDED IF THEY'RE LESS THAN GREGARIOUS

219

04:43PM   1    WHEN THEY SEE YOU OR SMILE AT YOU.

04:44PM   2         ALL RIGHT.  IF YOU WOULD COLLECT YOURSELVES.

04:44PM   3         YES, MS. GILG?

04:44PM   4              MS. GILG:  YOUR HONOR, THE SAME IS TRUE WITH THE

04:44PM   5    DEFENDANTS, TOO?

04:44PM   6              THE COURT:  OH, YES, OF COURSE, ALL OF THE PARTIES.

04:44PM   7    THANK YOU.  WE'LL BE IN RECESS.  COUNSEL, WE'LL SEE YOU

04:44PM   8    TOMORROW MORNING.

04:44PM   9              MR. NICK:  8:30, YOUR HONOR?

04:44PM  10              THE COURT:  YES.

04:44PM  11              THE CLERK:  THE JURY, IF YOU WOULD BRING YOUR

04:44PM  12    BELONGINGS THIS WAY.

         13         (COURT ADJOURNED AT 4:44 P.M.)

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                        CERTIFICATE OF REPORTER

4

5

6

7            I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8       STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9       280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10      CERTIFY:

11           THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12      A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13      ABOVE-ENTITLED MATTER.

14

15

16           _____
             IRENE RODRIGUEZ, CSR, RMR, CRR
             CERTIFICATE NUMBER 8074
17

18

19                     DATED:  OCTOBER 23, 2018

20

21

22

23

24

25