UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


UNITED STATES OF AMERICA,

       PLAINTIFF,           CASE NO.  CR-16-00373-EJD

   VS.                  SAN JOSE, CALIFORNIA

GOYKO KUBUROVICH AND KRISTEL     SEPTEMBER 19, 2018
KUBUROVICH,
                   VOLUME 2
     DEFENDANTS.
                   PAGES 220 - 447


TRIAL TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A-P-P-E-A-R-A-N-C-E-S


FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY
                   BY:   SCOTT SIMEON
                      JEFF SCHENK
                   150 ALMADEN BOULEVARD, SUITE 900
                   SAN JOSE, CALIFORNIA 95113


FOR DEFENDANT        LAW OFFICE OF J. DAVID NICK
GOYKO:               BY:   J. DAVID NICK
                   345 FRANKLIN STREET
                   SAN FRANCISCO, CALIFORNIA 94102

FOR DEFENDANT        LAW OFFICE OF ZENIA K. GILG
KRISTEL:            BY:   ZENIA K. GILG
                   SAUSALITO PLAZA
                   1505 BRIDGEWAY, SUITE 103
                   SAUSALITO, CALIFORNIA 94965

OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                         CERTIFICATE NUMBER 8074


    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.

INDEX OF PROCEEDINGS

GOVERNMENT'S OPENING                      P. 257

DEFENDANT KRISTEL KUBUROVICH'S OPENING    P. 265

GOVERNMENT'S:

**TIMOTHY LAFFREDI**
DIRECT EXAM BY MR. SIMEON                  P. 273
CROSS-EXAM BY MS. GILG                     P. 358
CROSS-EXAM BY MR. NICK                     P. 383
REDIRECT EXAM BY MR. SIMEON                P. 416
RECROSS-EXAM BY MR. NICK                   P. 420

**CHARLES GREENE**
DIRECT EXAM BY MR. SCHENK                  P. 422

INDEX OF EXHIBITS

                                    IDENT.        EVIDENCE

GOVERNMENT'S:

1, 2, 3, 4, AND 40                                273

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                    SEPTEMBER 19, 2018 |
| 2 | P R O C E E D I N G S |
| 08:46AM  3 | (JURY OUT AT 8:46 A.M.) |
| 08:46AM  4 | THE COURT:  WE'RE BACK ON THE RECORD IN THE |
| 08:46AM  5 | KUBUROVICH MATTER.  ALL COUNSEL IS PRESENT, AND THE DEFENDANTS |
| 08:46AM  6 | ARE PRESENT.  WE'RE OUTSIDE OF THE PRESENCE OF THE JURY. |
| 08:46AM  7 | I THINK WE WERE GOING TO TALK ABOUT SOME ISSUES BEFORE WE |
| 08:47AM  8 | START TODAY.  WHO WOULD LIKE TO BEGIN? |
| 08:47AM  9 | MR. SCHENK:  GOOD MORNING, YOUR HONOR.  JEFF SCHENK |
| 08:47AM 10 | AND SCOTT SIMEON ON BEHALF OF THE UNITED STATES. |
| 08:47AM 11 | THE COURT:  THANK YOU.  GOOD MORNING. |
| 08:47AM 12 | MR. SIMEON:  GOOD MORNING, YOUR HONOR. |
| 08:47AM 13 | MS. GILG:  GOOD MORNING, YOUR HONOR.  ZENIA GILG ON |
| 08:47AM 14 | BEHALF OF MS. KUBUROVICH.  I THINK YOU'RE GOING TO BE PLEASED |
| 08:47AM 15 | WITH US THIS MORNING. |
| 08:47AM 16 | THE COURT:  I'M ALWAYS PLEASED. |
| 08:47AM 17 | MR. NICK:  GOOD MORNING, YOUR HONOR.  DAVID NICK ON |
| 08:47AM 18 | BEHALF OF MR. KUBUROVICH WHO IS PRESENT. |
| 08:47AM 19 | THE COURT:  THANK YOU. |
| 08:47AM 20 | MR. SCHENK:  SO THE FIRST THING TO TAKE UP IS THE |
| 08:47AM 21 | POST-ARREST INTERVIEW.  WE HAVE MET AND CONFERRED AND DECIDED |
| 08:47AM 22 | ON TWO CLIPS FROM THE VIDEO THAT WE AGREE SHOULD BE PLAYED TO |
| 08:47AM 23 | THE JURY. |
| 08:47AM 24 | WE THINK THEY SOLVE BRUTON ISSUES, ALTHOUGH I THINK IT'S |
| 08:47AM 25 | IMPORTANT FOR MR. NICK TO CONFIRM ON THE RECORD HIS REQUEST |

08:47AM 1 PREVIOUSLY WAS IF THERE'S A BRUTON VIOLATION THERE SHOULD BE

08:47AM 2 SEVERANCE. SO I WANT IT TO BE STATED THAT HE DOESN'T THINK

08:48AM 3 THERE'S A BRUTON ISSUE WITH THESE TWO CLIPS, AND, THEREFORE,

08:48AM 4 HE'S FINE WITH IT BEING PLAYED.

08:48AM 5 THE COURT: SURE.

08:48AM 6 MR. SCHENK: ONCE WE MAKE SOME EDITS TO THE VIDEO,

08:48AM 7 WHAT WE'RE GOING TO PROPOSE IS A SENTENCE OR TWO PREFACE SINCE

08:48AM 8 WE WILL NOT HAVE A WITNESS INTRODUCE THE VIDEO.

08:48AM 9 THE COURT: EXCUSE ME?

08:48AM 10 MR. SCHENK: WE WOULD ASK IF THE COURT WOULD READ A

08:48AM 11 SENTENCE OR TWO. WE'RE GOING TO WORK ON THE LANGUAGE. BUT IT

08:48AM 12 WOULD BE SOMETHING THAT THE PARTIES AGREE THAT THE FOLLOWING

08:48AM 13 EVIDENCE IS ADMISSIBLE, AND THEN A SENTENCE OF BRIEF BACKGROUND

08:48AM 14 TO SET THE STAGE FOR WHAT THE VIDEO IS, AND THEN WE CAN PRESS

08:48AM 15 PLAY ON THE COMPUTER, AND THE VIDEO WILL SHOW TO THE JURY BUT

08:48AM 16 WITHOUT A WITNESS TO INTRODUCE THE VIDEO.

08:48AM 17 MS. GILG: JUST SO WE'RE CLEAR SO WE DON'T GO BACK

08:48AM 18 AND FORTH. WE HAVE AGREED ON THE LANGUAGE. I JUST WANT

08:48AM 19 CONFIRMATION.

08:48AM 20 MR. SCHENK: YES.

08:48AM 21 MS. GILG: SO WE HAVE THE LANGUAGE, AND WE'VE AGREED

08:48AM 22 ON IT. SO I THINK IT'S A DONE DEAL.

08:48AM 23 THE COURT: OKAY. THAT WAS MY NEXT QUESTION.

08:48AM 24 MS. GILG: YEAH. IT TOOK US SOME TIME, BUT WE DID.

08:48AM 25 THE COURT: THANK YOU. SO WILL THERE BE NECESSITY

08:49AM 1    OF THE JURY TO HAVE THE TRANSCRIPT OF THIS?

08:49AM 2              MS. GILG:  NO.

08:49AM 3              MR. SCHENK:  NO.

08:49AM 4              THE COURT:  OKAY.  ALL RIGHT.  FAIR ENOUGH.

08:49AM 5              MS. GILG:  AND TO BE FAIR, THE GOVERNMENT IS NOT

08:49AM 6    SEEKING TO PLAY THE TWO AREAS WHERE WE THOUGHT THERE WAS --

08:49AM 7              THE COURT:  -- WHERE THERE WAS CONTROVERSY?

08:49AM 8              MS. GILG:  EXACTLY.  I MEAN, I STILL OBJECT TO IT

08:49AM 9    BEING ADMITTED.

08:49AM 10             THE COURT:  UNDERSTOOD.

08:49AM 11             MS. GILG:  AND THEN THE SECOND ISSUE.

08:49AM 12             MR. SCHENK:  JUST THE BRUTON WAIVER.

08:49AM 13             MS. GILG:  OH, YEAH.

08:49AM 14             MR. NICK:  YOUR HONOR, I DON'T KNOW IF SOMEONE WOULD

08:49AM 15   AGREE OR WOULD NOT AGREE WITH ME THERE'S A BRUTON ISSUE, BUT

08:49AM 16   WHATEVER THE CASE MAY BE, IT'S A STRATEGY DECISION TO HAVE IT

08:49AM 17   ADMITTED AS SUCH, AND I THINK THAT'S THE APPROPRIATE LANGUAGE

08:49AM 18   THAT WE SHOULD USE.

08:49AM 19             THE COURT:  ALL RIGHT.  THAT'S FINE.  AS PRESENTED,

08:49AM 20   YOU'VE MET AND CONFERRED AND YOU'VE TALKED WITH YOUR CLIENT

08:49AM 21   ABOUT THIS, AND IT'S YOUR OPINION THAT THIS CAN PROCEED AS

08:49AM 22   INDICATED ON THE RECORD.

08:49AM 23             MR. NICK:  YES, YOUR HONOR.  IT SERVES MY CLIENT'S

08:50AM 24   INTEREST TO PROCEED AS SUCH.  SO I'VE MADE STRATEGY CALL TO

08:50AM 25   PROCEED THIS WAY.

08:50AM 1      THE COURT:  OKAY.  THANK YOU.  ANYTHING ELSE?

08:50AM 2      MR. SCHENK:  THANK YOU.  WE HAVE ALSO REACHED

08:50AM 3   STIPULATIONS REGARDING THE ADMISSIBILITY OF CERTAIN EXHIBITS.

08:50AM 4   I COULD READ SOME EXHIBIT NUMBERS TO YOU RIGHT NOW, BUT WE ALSO

08:50AM 5   COULD DEAL WITH THEM AS THEY COME IN, AND WE CAN JUST MOVE THEM

08:50AM 6   IN AS STIPULATED.

08:50AM 7      THE COURT:  WHY DON'T WE DO THAT SINCE IT SHOULD BE

08:50AM 8   DONE IN FRONT OF THE JURY.

08:50AM 9      MS. GILG:  NO OBJECTION KIND OF THING.

08:50AM 10     THE COURT:  RIGHT.  RIGHT.  OKAY.

08:50AM 11     MR. SCHENK:  TWO OTHER QUICK ISSUES.  I THINK THAT

08:50AM 12  THE DEFENSE WANTED TO SAY SOMETHING ABOUT THURSDAY.

08:50AM 13     MS. GILG:  YES.  BUT BEFORE WE DO THAT WHY DON'T WE

08:50AM 14  FINISH THE STIPULATION WITH THE CBP.  THAT WAS ONE THAT WE WERE

08:50AM 15  STILL ON THE FENCE WITH.  I'M NOT SURE WHETHER THERE'S GOING TO

08:50AM 16  BE A STIPULATION OR NOT.

08:50AM 17     MR. SIMEON:  I DON'T THINK THERE'S GOING TO BE A

08:50AM 18  STIPULATION, YOUR HONOR.

08:50AM 19     MS. GILG:  OKAY.

08:50AM 20     MR. SIMEON:  I WENT BACK AND THE ISSUE THAT DEFENSE

08:50AM 21  COUNSEL DOESN'T BELIEVE THAT THE RECORDS ARE RELEVANT.

08:50AM 22  I LOOKED AT THE RECORDS AGAIN, AND I BELIEVE ALL OF THE

08:50AM 23  TRIPS, THE TRAVEL OCCURS DURING THE TIME PERIOD THAT THE SCHEME

08:51AM 24  TO DEFRAUD IS ALLEGED.  SO I THINK THEY ARE ALL RELEVANT.

08:51AM 25     MS. GILG:  JUST SO THE JUDGE IS AWARE OF WHAT THIS

08:51AM 1    IS, THIS IS EXHIBIT 57.  I HAVE A COPY RIGHT HERE.  I DON'T

08:51AM 2    KNOW IF IT'S APPROPRIATE.  I THINK THE JUDGE COULD PROBABLY

08:51AM 3    HAVE ONE.

08:51AM 4              MR. SCHENK:  I DON'T KNOW IF YOUR HONOR'S COMPUTER

08:51AM 5    IS --

08:51AM 6              MS. GILG:  I CAN DO THE ELMO.

08:51AM 7              THE COURT:  I SEE IT ON THE SCREEN.

08:51AM 8              MS. GILG:  WHO PUT IT THERE?  YEAH, ALL RIGHT.

08:51AM 9              MR. NICK:  THIS IS GOYKO KUBUROVICH'S OBJECTION TO

08:51AM 10   THE MANNER IN WHICH THE GOVERNMENT SEEKS TO ADMIT THIS EXHIBIT.

08:51AM 11        THE ONLY FOREIGN TRAVEL THAT THE GOVERNMENT SEEKS TO

08:51AM 12   INTRODUCE IN THIS CASE IS THE LIECHTENSTEIN TRAVEL BECAUSE IT

08:51AM 13   TIES INTO THE BANK ACCOUNT OVER THERE.

08:51AM 14        THERE'S CRUISE SHIP TRIPS ON HERE, THERE'S CAYMAN ISLAND

08:51AM 15   TRIPS, THERE IS MUNICH TRIPS THAT MAY BE RELATED TO

08:52AM 16   LIECHTENSTEIN.  I MEAN, THERE ARE ALL SORTS OF THINGS HERE THAT

08:52AM 17   DON'T HAVE ANYTHING TO DO WITH THIS CASE.

08:52AM 18              THE COURT:  LET'S IDENTIFY WHAT WE'RE TALKING ABOUT

08:52AM 19   FOR THE RECORD.

08:52AM 20              MR. NICK:  SORRY.

08:52AM 21              THE COURT:  NO, NO, THAT'S FINE.  THIS IS

08:52AM 22   EXHIBIT 57.  AND WHY DOESN'T THE GOVERNMENT TELL ME WHAT

08:52AM 23   EXHIBIT 57 IS AND WHAT THE PROFFER IS FOR THIS.

08:52AM 24              MR. SIMEON:  YES, YOUR HONOR.  THESE ARE TRAVEL

08:52AM 25   RECORDS FROM CUSTOMS AND BORDER PROTECTION SHOWING THE TRAVEL

08:52AM 1     OF GOYKO KUBUROVICH AND KRISTEL KUBUROVICH DURING THE TIME THAT

08:52AM 2     THE SCHEME TO DEFRAUD IS ALLEGED TO HAVE OCCURRED.

08:52AM 3         THERE ARE TRIPS TO, FOR EXAMPLE, GERMANY WHICH IS TIED TO

08:52AM 4     LIECHTENSTEIN AND THERE IS ALSO A TRIP -- THERE'S A CRUISE THE

08:52AM 5     FOLLOWING MONTH TO THE CAYMAN ISLANDS, AND WE ALSO DISCUSSED

08:52AM 6     WITH COUNSEL WE'RE NOT SEEKING TO ADMIT, AND WE'RE NOT GOING TO

08:52AM 7     SEEK TO ADMIT THE CAYMAN ISLAND RECORDS BUT IT'S RELEVANT.  BUT

08:52AM 8     IT'S JUST THAT THE BANK RECORDS ARE NOT COMING IN.

08:53AM 9         THERE ARE ADDITIONAL TRAVEL RECORDS FOR MR. KUBUROVICH

08:53AM 10    DURING THE PENDENCY OF HIS BANKRUPTCY PETITION.  SO HIS

08:53AM 11    ACTIVITIES, HIS EXPENSES, HIS TRAVELS DURING THE TIME THAT HIS

08:53AM 12    BANKRUPTCY PETITION ARE PENDING I THINK ARE ALL RELEVANT.

08:53AM 13            THE COURT:  OKAY.

08:53AM 14            MS. GILG:  I'LL START WITH MS. KUBUROVICH BECAUSE

08:53AM 15    THAT'S MY CLIENT, AND FOR HER THERE'S JUST TWO TRIPS, BOTH IN

08:53AM 16    2009.  THE MUNICH TRIP, WHICH IS TO LIECHTENSTEIN, WHICH WE'RE

08:53AM 17    WILLING TO STIPULATE THAT WE AGREE COMES IN.

08:53AM 18        AND THEN ABOUT A MONTH AND A HALF LATER THERE'S A CRUISE,

08:53AM 19    AND THE CRUISE GOES TO MEXICO, AND IT GOES TO THE

08:53AM 20    CAYMAN ISLANDS.

08:53AM 21        AND WHILE THE GOVERNMENT IS NOT SEEKING TO ADMIT IT,

08:53AM 22    THERE'S A $4,000 BANK ACCOUNT THAT IS OPENED IN THE

08:53AM 23    CAYMAN ISLANDS THAT IS CLOSED QUICKLY.  AND THERE'S A WHOLE

08:53AM 24    BACK STORY BEHIND THAT, BUT WE'RE NOT GOING TO HAVE TO GO INTO

08:53AM 25    THAT.

08:53AM 1    THE COURT:  IS THERE ANY EVIDENCE OF EITHER

08:53AM 2  CAYMAN ISLANDS INVESTMENTS OR ACCOUNTS THAT ARE GOING TO BE

08:54AM 3  INTRODUCED?

08:54AM 4    MS. GILG:  NO, BUT I THINK PEOPLE ARE GOING TO THINK

08:54AM 5  CAYMAN ISLANDS AND THEY'RE GOING TO THINK THAT -- THAT'S

08:54AM 6  PREJUDICIAL.  SO THOSE ARE THE ONLY TWO TRIPS.

08:54AM 7    WE AGREED THE MUNICH TRIP COMES IN, AND WE COULD EITHER --

08:54AM 8  I WOULD SAY THAT WE STIPULATE THAT FROM JANUARY 3RD, 2009, TO

08:54AM 9  JANUARY 9TH, 2009, MS. KUBUROVICH AND MR. KUBUROVICH TOOK A

08:54AM 10  TRIP TO LIECHTENSTEIN WHICH SAYS MORE THAN ACTUALLY WHAT THIS

08:54AM 11  DOCUMENT SAYS.

08:54AM 12    THE COURT:  WHAT IS YOUR POSITION, MS. GILG, ON THE

08:54AM 13  MEXICO IDENTIFICATION?

08:54AM 14    MS. GILG:  I JUST DON'T THINK IT'S RELEVANT.  THE

08:54AM 15  MEXICO, I THINK, WAS PART OF THE CAYMAN CRUISE BECAUSE IT'S ALL

08:54AM 16  ON THE SAME DATES.  SHE TOOK TWO TRIPS, ONE WHICH WAS TO MUNICH

08:54AM 17  AND THE OTHER WAS THE FLIGHT INTO MEXICO I THINK AND THEY GET

08:54AM 18  ON THE CRUISE BOAT.

08:55AM 19    THE DEFENDANT:  IN MUNICH AND SWITCH PLANES IS ALL.

08:55AM 20    MS. GILG:  SO YOU'RE ALWAYS IDENTIFIED BY THE PORT

08:55AM 21  THAT YOU ENTER.  SO WHEN THEY FLEW INTO MEXICO AND WENT ON THE

08:55AM 22  CRUISE SHIP AND WENT TO CAYMAN, AND SO THAT WAS THE ONE TRIP.

08:55AM 23  I THINK THAT WAS A FAMILY TRIP, ALL FOUR OF THEM, THE WIFE AND

08:55AM 24  THE OTHER DAUGHTER.

08:55AM 25    MR. NICK:  YOUR HONOR, IF I COULD IDENTIFY SOME

08:55AM 1    TIMING ISSUES HERE AS WELL.  THE PETITION IS FILED

08:55AM 2    APPROXIMATELY -- WELL, IT IS FILED IN THE MONTH OF MAY OF 2010

08:55AM 3    AND WITHOUT EVEN GETTING INTO THE CRUISE SHIP IDENTIFICATION OF

08:55AM 4    IT, THE GOVERNMENT'S TRAVEL OR THE TRAVELS ARE DOCKETED IN THIS

08:55AM 5    EXHIBIT START IN JANUARY 2009 THROUGH JUNE 2009.  SO ALMOST

08:55AM 6    11 MONTHS PRIOR TO THE FILING OF THE TRANSCRIPT.

08:56AM 7        AND THEN THERE ARE NO MORE TRAVELS UNTIL 2012, WHICH IS

08:56AM 8    AFTER THE PETITION HAD BEEN GRANTED, AND THE DEFENDANT OBTAINED

08:56AM 9    HIS DISCHARGE IN BANKRUPTCY COURT, AND THEN ALL OF THE OTHER

08:56AM 10   TRAVELS GO FROM 2012 TO 2016.

08:56AM 11       SO I COULD SEE IF THE TRAVELS WERE EXTRAVAGANT AND THEY

08:56AM 12   WERE HAPPENING IN THE MIDDLE OF THE BANKRUPTCY PETITION, YOUR

08:56AM 13   HONOR, OR MAYBE EVEN LIKE THE MONTH BEFORE, BUT THIS IS JUST

08:56AM 14   NOT EVEN TEMPORARILY RELEVANT.

08:56AM 15           THE COURT:  SO WHAT IS THE RELEVANCE OF THIS?

08:56AM 16           MR. SIMEON:  WELL, IN FACT, YOUR HONOR, THE

08:56AM 17   BANKRUPTCY DISCHARGE WAS IN AUGUST OF 2005.  SO WHAT MS. GILG

08:56AM 18   JUST SAID IS IF THEY OCCURRED DURING THE BANKRUPTCY PROCEEDING

08:56AM 19   THEY WOULD BE RELEVANT, AND THAT'S PRECISELY WHAT HAS HAPPENED

08:56AM 20   HERE.

08:56AM 21       THERE ARE MULTIPLE CRUISES TAKEN IN 2012 AND 2013 WHILE

08:57AM 22   HE'S AWAITING HIS DISCHARGE OF HIS BANKRUPTCY, AND MR. NICK

08:57AM 23   JUST ACKNOWLEDGED THAT'S RELEVANT.

08:57AM 24           MS. GILG:  ONE THING TO KEEP IN MIND, IT'S

08:57AM 25   SUPPOSITION TO THINK THAT MR. KUBUROVICH PAID FOR THESE

08:57AM 1  CRUISES.  WE HAVE ALL OF THE BANK RECORDS.  IF THERE ARE

08:57AM 2  EXPENSES GOING TO CRUISES, THEY'RE IN THE BANK RECORDS, AND

08:57AM 3  THOSE WILL BE ADMITTED.

08:57AM 4      SO -- AND I -- AGAIN, THERE'S A LOT OF BANK RECORDS, AND

08:57AM 5  SO I DON'T WANT TO SPEAK OUT OF TURN, BUT I DON'T THINK THERE'S

08:57AM 6  ANY CHECKS OR CREDITS FOR THESE CRUISES.

08:57AM 7      SO IF THESE CRUISES ARE RELATED TO OTHER PEOPLE -- I MEAN,

08:57AM 8  THERE WAS A LOT OF THINGS GOING ON DURING THAT TIME, A LOT OF

08:57AM 9  NETWORKING AND THINGS LIKE THAT.  I DON'T KNOW WHAT THEY WERE

08:57AM 10  ABOUT.

08:57AM 11      BUT WE'RE OPENING THIS DOOR OF WHAT WERE THESE TRIPS AND

08:57AM 12  YOU PAID FOR THESE TRIPS.  WE DON'T KNOW.  WE DON'T HAVE THAT

08:57AM 13  ANSWER.

08:57AM 14      IF THE RELEVANCE IS THAT HE WAS SPENDING MONEY

08:58AM 15  EXTRAVAGANTLY DURING THAT TIME PERIOD, THEN THEY SHOULD BE

08:58AM 16  REFLECTED IN THE BANK ACCOUNTS.

08:58AM 17          THE COURT:  WELL, I ASSUME THAT'S WHAT THE RELEVANCE

08:58AM 18  OF THIS IS, IS THAT THESE ARE EXPENSES OR THESE ARE TRIPS OF

08:58AM 19  THE COST OF WHICH WERE BORNE BY THE DEFENDANTS IN THE CASE?

08:58AM 20          MR. SIMEON:  THAT'S CORRECT, YOUR HONOR, EXCEPT

08:58AM 21  THERE WERE MULTIPLE WITHDRAWALS IN CASH, FOR EXAMPLE, AND WE

08:58AM 22  CAN'T TRACE THE CASH.  SO IT'S NOT NECESSARILY TRUE THAT THESE

08:58AM 23  PAYMENTS WOULD ALL BE REFLECTED IN THE BANK RECORDS THAT WE

08:58AM 24  HAVE.

08:58AM 25          MS. GILG:  WELL, THAT'S WHERE WE GET TO THE MEDILEAF

08:58AM  1    AND THE FACT THAT THE VENDORS REQUIRED CASH PAYMENT, AND SO

08:58AM  2    THEY HAVE THE CASH WITHDRAWAL PAYMENTS TO THE VENDORS.

08:58AM  3        BUT BE THAT AS IT MAY, BECAUSE THIS IS SOMETHING THAT I

08:58AM  4    DIDN'T CONSULT WITH MS. KUBUROVICH, BUT I'M BEING ADVISED THAT

08:58AM  5    THIS WAS PAID BY --

08:58AM  6            THE DEFENDANT:  NATIONAL --

08:58AM  7            MS. GILG:  THE COMPANY HE WORKED FOR.

08:58AM  8            THE COURT:  BEFORE WE GO FURTHER, I THINK IT'S

08:58AM  9    APPROPRIATE THAT YOUR CLIENT --

08:58AM  10           MS. GILG:  NOT SPEAK.

08:58AM  11           THE COURT:  -- NOT SPEAK ON THE RECORD UNLESS HE'S

08:59AM  12   CALLED UPON BY THE COURT OR YOU WISH TO PUT HIM ON.  YOU SHOULD

08:59AM  13   HAVE CONVERSATIONS WITH HIM OFF THE RECORD.

08:59AM  14           MS. GILG:  I'M SORRY.  BUT THERE'S A COMPANY THAT HE

08:59AM  15   WORKED FOR THAT PAID FOR IT SO, I MEAN --

08:59AM  16           THE COURT:  AND IS THAT SOMETHING THAT THE

08:59AM  17   DEFENDANTS WOULD PUT ON THEN?

08:59AM  18           MS. GILG:  I DON'T KNOW.

08:59AM  19           MR. NICK:  I WOULD SAY IF IN FACT THAT BECAME AN

08:59AM  20   ISSUE IN THIS CASE, WE WOULD, YOUR HONOR.

08:59AM  21           THE COURT:  RIGHT.  AND --

08:59AM  22           MR. NICK:  AND SO -- I'M SORRY, YOUR HONOR.  ONE

08:59AM  23   OTHER THING.

08:59AM  24           THE COURT:  THAT'S ALL RIGHT.

08:59AM  25           MR. NICK:  THE GOVERNMENT REALLY WANTS TO KEEP THE

08:59AM 1     MEDILEAF ISSUE OUT OF THIS TRIAL, BUT IF THEY'RE GOING TO CLAIM

08:59AM 2     THAT THERE IS UNTRACED CASH, THEN THAT CALLS UPON US TO NOW

08:59AM 3     EXPLAIN HOW THE ENTIRE MARIJUANA BUSINESS OPERATES.

08:59AM 4             THE COURT:  I APPRECIATE THAT, THE CAVEAT ABOUT

08:59AM 5     OPENING DOORS, AND I THINK THE GOVERNMENT IS AWARE OF THIS AS

09:00AM 6     WELL.

09:00AM 7         YOU KNOW, WE'VE TALKED EARLIER ABOUT THE TRIAL, THE

09:00AM 8     MEDILEAF TRIAL OR WHATEVER, I DON'T KNOW IF IT WAS MEDILEAF

09:00AM 9     TRIAL OR WHATEVER THE STATE TRIAL WAS NOT AN ISSUE HERE.

09:00AM 10        NOW, WE'VE ALREADY HAD EXPERIENCE WITH OVERLAP ABOUT THE

09:00AM 11    BUSINESS DURING OUR VOIR DIRE AND ASKED -- WE HAD TO ASK ABOUT

09:00AM 12    THE MARIJUANA, AND WE HAD SOME ROBUST DISCUSSION FROM SEVERAL

09:00AM 13    POTENTIAL JURORS ABOUT THAT.  SO I THINK THAT GIVES US A

09:00AM 14    SIGNPOST ABOUT HOW THERE COULD BE SOME OVERLAP HERE.  I WANT TO

09:00AM 15    CONTROL THAT TO THE BEST WE CAN.

09:00AM 16        BUT IF DOORS ARE OPENED ABOUT CERTAIN EXPENDITURES, WE'LL

09:00AM 17    PROBABLY HAVE TO HAVE A DISCUSSION ABOUT WHETHER OR NOT THAT IS

09:00AM 18    GOING TO BE PERMITTED TO HAVE ADDITIONAL EXPLANATION TO EXPLAIN

09:00AM 19    AWAY CERTAIN EVIDENCE.

09:00AM 20            MR. NICK:  YOUR HONOR, LASTLY, WHAT I JUST WANTED TO

09:00AM 21    SAY ABOUT THE APPARENT PURPOSE OF USING EXHIBIT 57 BY THE

09:00AM 22    GOVERNMENT IS THAT IF THEY CAN'T TIE THESE TRIPS INTO AN ACTUAL

09:01AM 23    FRAUDULENT EXPENDITURE THAT THEY HAD MONEY STASHED SOMEWHERE

09:01AM 24    THAT WASN'T EXCUSED AND USED ON THESE TRIPS, THEN IT'S SO

09:01AM 25    HIGHLY PREJUDICIAL TO JUST GO "CRUISE SHIPS.  WHERE DID THE

09:01AM 1 MONEY COME FROM?" AND SO I JUST ASK THE COURT TO CONSIDER

09:01AM 2 THAT. THANK YOU.

09:01AM 3 THE COURT: WELL, THAT WOULD BE A, A -- I SUPPOSE IF

09:01AM 4 THEY'RE GOING TO ARGUE THAT, THAT WOULD BE A FAILURE OF

09:01AM 5 EVIDENCE IF THEY DIDN'T HAVE EVIDENCE IF THEY DIDN'T HAVE

09:01AM 6 EVIDENCE THAT IT CAME FROM YOUR CLIENTS ON THEIR PARTS.

09:01AM 7 BUT WHEN I LOOK AT CAYMAN ISLANDS, I'M SURE -- I HAVE

09:01AM 8 NEVER BEEN, BUT I AM SURE IT'S A LOVELY PLACE TO VISIT, BIT IT

09:01AM 9 ALSO HAS SOME TYPE OF A PEJORATIVE TERM IN FINANCE CASES. WE

09:01AM 10 KNOW THAT -- I THINK IT'S COMMON KNOWLEDGE THAT THE

09:01AM 11 CAYMAN ISLANDS ARE SOMEHOW ATTRIBUTED WITH OFFSHORE INVESTMENTS

09:01AM 12 AND OFFSHORE ACCOUNTS THAT HAVE HAD PUBLICITY ABOUT BUSINESS

09:02AM 13 PEOPLE HAVE CAYMAN ISLAND ACCOUNTS BECAUSE THEY ESCAPE SCRUTINY

09:02AM 14 FROM CERTAIN GOVERNMENTS, INCLUDING OURS.

09:02AM 15 SO I'M CONCERNED ABOUT THAT. I THINK THERE MIGHT BE A 403

09:02AM 16 ISSUE ABOUT HAVING THIS, PARTICULARLY IN A FRAUD TRIAL, HAVING

09:02AM 17 CAYMAN ISLANDS APPEAR MIGHT BE THE SUBTLE SUGGESTION THAT

09:02AM 18 THERE'S SOME ACTIVITY GOING ON IN THE CAYMAN ISLANDS.

09:02AM 19 WHEN I LOOK AT THIS, MY SENSE IS THAT PERHAPS WE CAN

09:02AM 20 REDACT THE CAYMAN ISLANDS FROM THIS AT LEAST, TAKE THAT OUT,

09:02AM 21 AND THEN THIS CAN BE INTRODUCED AS TRAVEL -- IT APPEARS THAT

09:02AM 22 THE TRAVEL DID NOT OCCUR DURING THE PERIOD OF THE BANKRUPTCY.

09:02AM 23 MS. GILG: NOT THE ONES THAT MY CLIENT WAS INVOLVED

09:02AM 24 IN. THAT WAS IN 2009. THAT WAS OVER A YEAR BEFORE THE

09:02AM 25 BANKRUPTCY WAS FILED.

09:02AM 1          THE COURT:  BUT THERE IS TRAVEL HERE THAT RELATES TO

09:03AM 2    HER.

09:03AM 3          MS. GILG:  JUST THE EARLY 2009 TRIPS RELATE TO HER.

09:03AM 4    THAT WOULD BE THE ONE TO MUNICH, WHICH WE'RE AGREEING TO, AND

09:03AM 5    THEN THE ONE TO MEXICO, CAYMAN, THAT'S IN FEBRUARY OF 2009.

09:03AM 6          THE COURT:  SO WHAT I'M SAYING IS I'VE ASKED THE

09:03AM 7    GOVERNMENT TO STRIKE THE CAYMAN ISLANDS.  YOU CAN LEAVE MEXICO

09:03AM 8    AND MIAMI UNKNOWN AS ON THERE, MUNICH, SAN FRANCISCO, AND THEN

09:03AM 9    SAN FRANCISCO/MIAMI, I ASSUME THAT'S RELATED TO THE SAME UP

09:03AM 10   ABOVE.  I'M ASSUMING.

09:03AM 11        BUT THE CAYMAN, I WOULD ASK YOU TO STRIKE THE CAYMAN

09:03AM 12   TRAVEL FROM THIS LIST IF IT'S GOING TO BE -- IF YOU'RE GOING TO

09:03AM 13   USE THIS.

09:03AM 14         MR. SIMEON:  YES, YOUR HONOR.  AND I THINK THERE ARE

09:03AM 15   A COUPLE OF TRIPS IN 2016.  SO THAT IS POST DISCHARGE, AND I'LL

09:03AM 16   REDACT THOSE AS WELL.

09:03AM 17         THE COURT:  THANK YOU.

09:03AM 18         MR. SIMEON:  YOUR HONOR, MAYBE THIS IS NOT THE RIGHT

09:03AM 19   TIME TO RAISE IT, BUT YOUR HONOR MENTIONED OPENING THE DOOR,

09:04AM 20   AND MR. NICK MENTIONED THE CASH TRANSACTIONS.

09:04AM 21        I THINK THIS GOES BACK TO THE POINT THAT IT REALLY DOESN'T

09:04AM 22   MATTER WHAT THE MONEY WAS USED FOR.  IF MR. KUBUROVICH WAS

09:04AM 23   USING CASH THAT HE'S SAYING IT WAS NOT HIS, IT REALLY DOESN'T

09:04AM 24   MATTER WHAT HE WAS USING IT FOR THE UNDERLYING BUSINESS OF

09:04AM 25   MEDILEAF AND WHATEVER THE LARGER BUSINESS NEEDS ARE IS NOT

09:04AM 1     RELEVANT TO THE BANKRUPTCY IN THIS CASE.

09:04AM 2          THE COURT:  WELL, I THINK WHAT I'M HEARING, AND

09:04AM 3     MAYBE I DIDN'T HEAR THIS CORRECTLY OR ACCURATELY, BUT WHAT I

09:04AM 4     WAS HEARING WAS CONCERN FROM THE DEFENSE THAT THE GOVERNMENT IS

09:04AM 5     GOING TO ARGUE THAT IT'S A CASH BUSINESS AND BANKRUPTCY AND HE

09:04AM 6     PROBABLY HID CASH AND SOMEHOW INTRODUCE CASH AS A FLAVOR

09:04AM 7     PERHAPS OF HIDING ASSETS OR SOMETHING LIKE THAT.

09:04AM 8          THAT'S WHAT I -- THE FLAVOR THAT I HEARD YOU SPEAK ABOUT.

09:04AM 9          IF THAT IS GOING TO COME UP, THAT CREATES A DIFFERENT

09:04AM 10    ISSUE, I THINK.

09:05AM 11         MS. GILG:  I THINK WE WILL SEE HOW IT PLAYS OUT.  IN

09:05AM 12    A WAY -- I'M SORRY.

09:05AM 13         MR. SIMEON:  THAT'S ALL RIGHT.  THE ISSUE, YOUR

09:05AM 14    HONOR, IS THAT IT'S AN INDIVIDUAL WHO'S FILING FOR BANKRUPTCY.

09:05AM 15    IT'S NOT THIS BUSINESS THAT WAS FILING FOR BANKRUPTCY.

09:05AM 16         THE COURT:  SURE.

09:05AM 17         MR. SIMEON:  AND SO IF THE INDIVIDUAL IS TAKING OUT

09:05AM 18    CASH, IT DOESN'T MATTER IF HE'S USING IT FOR ONE OF HIS

09:05AM 19    BUSINESSES OR FOR HIMSELF OR SOMETHING ELSE, IF HE HASN'T

09:05AM 20    DISCLOSED IT TO THE COURT, THAT'S WHAT I MEAN BY IT DOESN'T

09:05AM 21    MATTER WHERE THE MONEY GOES IF THE INDIVIDUAL DEBTOR FILING FOR

09:05AM 22    BANKRUPTCY HAS ACCESS TO THAT MONEY.

09:05AM 23         MR. NICK:  WELL --

09:05AM 24         MS. GILG:  AND, YOUR HONOR, THIS IS WHY I THINK WE

09:05AM 25    HAVE TO SEE HOW THE EVIDENCE COMES OUT IN A WAY BEFORE MAKING

09:05AM 1     ANY COMMITMENTS, AND THAT IS THAT MY RECOLLECTION IS THAT THE

09:05AM 2     CASH WITHDRAWALS ARE FROM THE MEDILEAF ACCOUNT.

09:05AM 3          MEDILEAF IS NOT -- IT'S A MUTUAL BENEFIT CORPORATION AND

09:05AM 4     THERE'S A BOARD OF DIRECTORS, AND THEY HAVE BOARD MEETINGS.

09:05AM 5          SO EVERYTHING THAT HAPPENED WITHIN THOSE BANK ACCOUNTS WAS

09:05AM 6     GOVERNED BY THOSE BOARD OF DIRECTORS FOR MEDILEAF.

09:06AM 7          SO FOR THEM TO BE ABLE TO SAY MEDILEAF WAS HIS BUSINESS

09:06AM 8     AND HE WAS TAKING CASH, WE SHOULD BE ABLE TO PROVE THAT, NO, IT

09:06AM 9     WAS A MUTUAL BENEFIT CORPORATION, AND THIS IS HOW IT WORKED,

09:06AM 10    AND THIS IS WHY THE CASH WAS TAKEN OUT BECAUSE THE VENDORS

09:06AM 11    WOULD ONLY BE PAID IN CASH.

09:06AM 12         AND SO, AGAIN, I DON'T SEE -- I'M HAVING A HARD TIME

09:06AM 13    IMAGINING HOW -- I CAN SEE KEEPING OUT THE INVESTIGATION AND

09:06AM 14    THE PROSECUTION AND THE TRIAL AND THE ACQUITTALS, ALL OF THAT.

09:06AM 15    I DON'T SEE HOW WE HAVE TO GET INTO THAT, BUT I DON'T SEE THIS

09:06AM 16    CASE PROCEEDING WITHOUT SOME OF THAT STUFF COMING IN.

09:06AM 17              THE COURT:  YES, IT MAY.  IT MAY.  I APPRECIATE THAT

09:06AM 18    WE'RE HAVING THIS DISCUSSION.  I DON'T THINK, AS I UNDERSTAND

09:06AM 19    THE BANKRUPTCY, IT'S A PERSONAL BANKRUPTCY, NOT A BUSINESS

09:06AM 20    BANKRUPTCY.

09:06AM 21              MS. GILG:  BUT FOUR OF THE ACCOUNTS THAT THEY'RE

09:06AM 22    GOING OFF OF ARE THE MEDILEAF ACCOUNTS, AND THEY'RE SAYING THAT

09:06AM 23    THOSE MEDILEAF ACCOUNTS ARE ATTRIBUTED TO HIM.  THAT'S THEIR

09:06AM 24    THEORY.

09:07AM 25              THE COURT:  OKAY.

09:07AM 1         MS. GILG:  SO --

09:07AM 2         THE COURT:  WELL, WE'LL SEE.  AS I SAID, IT MAY OPEN

09:07AM 3  THE DOOR AND THE DEFENSE MAY WANT TO PUT SOME EVIDENCE ON TO

09:07AM 4  REBUT THAT, AND THAT'S ENTIRELY APPROPRIATE GIVEN THE

09:07AM 5  RELEVANT -- IF IT IS RELEVANT EVIDENCE.

09:07AM 6         MS. GILG:  AND WE CERTAINLY WILL LET THE COURT --

09:07AM 7  WE'LL APPROACH THE COURT BEFORE WE DO SO.

09:07AM 8         THE COURT:  SURE.

09:07AM 9         MS. GILG:  NOW, ONE MORE LAST ISSUE.  I THINK WE'RE

09:07AM 10  MOVING ALONG NICELY.  WE ARE, AS A GROUP, REQUESTING THAT WE

09:07AM 11  HAVE TOMORROW OFF FOR PURPOSES OF -- YOU KNOW, THERE'S A FEW

09:07AM 12  THINGS THAT I HAD WANTED TO DO AND SPLICING THE VIDEO, AND I

09:07AM 13  KIND OF HAD THAT DAY PLANNED.  AND I THINK WHEN WE ALL

09:07AM 14  CONFERRED EVERYONE FELT THE SAME.  AND ALSO MR. KUBUROVICH HAS

09:07AM 15  COMMITTED TO A PROJECT AT THE BELL ROAD BAPTIST CHURCH IN

09:08AM 16  AUBURN TO ASSIST A SEVEN MAN CREW IN PUTTING ON A ROOF ON THE

09:08AM 17  CHURCH.

09:08AM 18         THE COURT:  THAT'S A NOBLE -- AND I APPRECIATE THAT,

09:08AM 19  HIS COMMITMENT TO HIS COMMUNITY, BUT I SUPPOSE WHAT THAT TELLS

09:08AM 20  ME IS PERHAPS HE DOESN'T HAVE AN INTEREST IN HIS TRIAL.

09:08AM 21  PERHAPS HE HAS SOME OTHER THINGS THAT ARE OF GREATER INTEREST

09:08AM 22  THAN A CRIMINAL TRIAL IN FEDERAL COURT.  THAT'S SURPRISING TO

09:08AM 23  ME.

09:08AM 24        WHEN WE SET THIS TRIAL DATE THAT MEANS EVERYONE COMMITS TO

09:08AM 25  THE COURT AND INCLUDING OUR COURT AND STAFF AND EVERYONE IN

09:08AM 1    THIS BUILDING.

09:08AM 2             MR. NICK:  YOUR HONOR, SORRY.

09:08AM 3             THE COURT:  AND I'M NOT BEING CRITICAL.  IT'S A

09:08AM 4    TRIAL.

09:08AM 5             MR. NICK:  THERE WAS ANOTHER THING THAT MS. GILG

09:08AM 6    FORGOT TO EXPLAIN TO THE COURT.  SINCE THEY LIVE IN AUBURN, HE

09:08AM 7    HAS A HEART CONDITION AND HE'S ON BRILANTA AND ANOTHER BLOOD

09:08AM 8    PRESSURE TYPE PILL, AND HE ONLY BROUGHT ENOUGH TO LAST THE

09:09AM 9    COURT SCHEDULE.  SO HE WOULD HAVE TO DRIVE ALL OF THE WAY TO

09:09AM 10   AUBURN ON WEDNESDAY AND LITERALLY TURN AROUND TO MAKE IT BACK

09:09AM 11   BY THURSDAY.

09:09AM 12       BUT IF THAT'S WHAT NEEDS TO HAPPEN, HE'S READY TO DO IT.

09:09AM 13            THE COURT:  I APPRECIATE THAT.  YOU KNOW, TRIALS ARE

09:09AM 14   STRESSFUL FOR EVERYONE.  AND WHEN WE SET A TRIAL -- AND YOU

09:09AM 15   HEARD ME LECTURE SOME OF OUR JURORS YESTERDAY, POTENTIAL JURORS

09:09AM 16   ABOUT LACK OF PLANNING WHEN THEY HAD NOTICE TO COME TO COURT.

09:09AM 17       MY GOODNESS, PART OF THIS IS, OKAY, I'M GOING TO BE IN

09:09AM 18   COURT.  I THINK WE ORIGINALLY SCHEDULED TWO WEEKS FOR THIS

09:09AM 19   TRIAL, IF NOT MORE.

09:09AM 20            MS. GILG:  BUT, YOUR HONOR --

09:09AM 21            THE COURT:  YOU SHOULD PLAN THINGS.  YOU SHOULD HAVE

09:09AM 22   MADE THOSE ARRANGEMENTS.  I ASSURE YOU MY STAFF HAS DONE THAT.

09:09AM 23   THEY'VE INTERRUPTED THEIR PERSONAL PLANS FOR THE TRIAL.

09:09AM 24            MS. GILG:  YOUR HONOR, JUST TO BE CLEAR, THOUGH,

09:09AM 25   TOMORROW WAS A DAY THAT WE -- WHEN WE GOT THE SCHEDULE IT WAS

DARK.

THE COURT:  IT WAS.

MS. GILG:  AND SO WE HAVE HAD THAT SCHEDULE FOR
SEVERAL WEEKS, AND SO IT WAS NOT UNTIL YESTERDAY THAT THE COURT
SUGGESTED THAT WE COME IN TOMORROW.

SO AS FAR AS PLANNING, CERTAINLY, YOU KNOW, I HAVE MADE
ALL OF MY PLANS AROUND THE COURT SCHEDULE AS PROVIDED.

I DIDN'T KNOW -- I HAVEN'T BEEN BEFORE YOUR HONOR BEFORE
SO I DIDN'T KNOW WHETHER THAT WAS SUBJECT TO CHANGE.  IF I HAD
KNOWN THAT, I WOULD NOT HAVE, YOU KNOW, PLANNED THINGS THE WAY
THAT I DID PLAN THEM.

BUT BECAUSE I WASN'T AWARE OF THAT --

THE COURT:  WELL, FAIR ENOUGH.  WHAT I TRIED TO DO
WAS TO CAPTURE SOME TIME BECAUSE WE HAVE, I KNOW AT SIDE-BAR,
MS. GILG, YOU AND MR. NICK INFORM ME ABOUT GREAT CONCERN ABOUT
LOSING SOME JURORS IN THIS CASE, MR. FINCH, AND I FORGET WHO
ELSE, MR. BARBOSA AND OTHERS, AND YOU WANTED TO MAKE SURE THAT
WE DIDN'T LOSE THEM.

AND YOU ASKED A QUESTION, I THINK, OF MR. BARBOSA ABOUT --
MAYBE MR. FINCH ABOUT HIS FINANCES, WHAT IF WE WENT TO THE END,
TO THE 27TH.  WOULD YOU BE CONCERNED ABOUT MAKING A RASH
DECISION OR BEING RUSHED TO JUDGMENT, I THINK?

AND RECOGNIZING YOUR CONCERN, THE COURT FELT THAT, WELL,
LET'S TRY TO RESOLVE THIS IN SOME MANNER, AND I'LL MOVE, AGAIN,
OUR SCHEDULE SO THAT WE CAN CAPTURE HALF A DAY, ALBEIT IT'S A

09:11AM 1    SHORT TRIAL, BUT WE CAN CAPTURE SOME TIME THAT WOULD BE OF A

09:11AM 2    CONVENIENCE TO YOU AND YOUR CLIENTS, MR. FINCH'S ECONOMIC

09:11AM 3    CIRCUMSTANCES, AND OTHERS.

09:11AM 4        SO THAT'S WHAT I WAS TRYING TO DO TO CAPTURE THAT

09:11AM 5    ADDITIONAL TIME.  I RECOGNIZE THAT IT'S A CHANGE.  IT CHANGES

09:11AM 6    YOUR SCHEDULE AND YOUR PLANNING AND THAT WAS MY MOTIVATION.

09:11AM 7        THIS IS A JOINT REQUEST TO HAVE TOMORROW OFF, THEN?

09:11AM 8            MR. SIMEON:  WELL, WE AGREE WITH DEFENSE, YOUR

09:11AM 9    HONOR.

09:11AM 10           THE COURT:  HAVING PREFACED IT THAT WAY, I TURN TO

09:11AM 11   THE GOVERNMENT AND SAY YOU, TOO?

09:12AM 12           MR. SIMEON:  SO DEFENSE APPROACHED US, AND WE DON'T

09:12AM 13   HAVE A PROBLEM WITH IT IN PART BECAUSE, AS WE MENTIONED OUR

09:12AM 14   WITNESS AVAILABILITY ISSUES, THEY ALSO EXTEND INTO THURSDAY FOR

09:12AM 15   THE SAME REASON THAT SOME PEOPLE WEREN'T AVAILABLE ON

09:12AM 16   WEDNESDAY.

09:12AM 17       ALSO TO UPDATE THE COURT, WE HAVE RECEIVED MANY PAGES OF

09:12AM 18   THE GERMAN BANK RECORDS TRANSLATED INTO ENGLISH.  I TURNED OVER

09:12AM 19   SOME OF THOSE RECORDS.  WE ACTUALLY RECEIVED SOME MORE, I THINK

09:12AM 20   LAST NIGHT, I HAVE TO GO BACK AND CHECK MY E-MAIL, AND I WILL

09:12AM 21   TURN THOSE OVER AFTER COURT TODAY.  AND I THINK IT'S GOING TO

09:12AM 22   TAKE SOME TIME FOR THE DEFENSE TO REVIEW THOSE RECORDS.

09:12AM 23           THE COURT:  OKAY.  ALL RIGHT.  YOU'D LIKE TOMORROW

09:12AM 24   OFF?

09:12AM 25           MS. GILG:  AND I PROMISE EVERY OTHER DAY I WILL NOT

| | | |
|---|---|---|
| 09:12AM | 1 | PLAN ANYTHING. |
| 09:12AM | 2 | THE COURT: YOU DON'T HAVE TO DO THAT. |
| 09:12AM | 3 | MS. GILG: I PROMISE. |
| 09:12AM | 4 | THE COURT: YOU UNDERSTAND THE MOTIVATIONS OF THE |
| 09:12AM | 5 | COURT. |
| 09:12AM | 6 | MS. GILG: I DO. |
| 09:12AM | 7 | THE COURT: AND I WANTED TO TRY TO CAPTURE AS MUCH |
| 09:12AM | 8 | COURT. IT MAY BE -- I'M INFORMED THAT TWO OF OUR JURORS LIVE A |
| 09:13AM | 9 | DISTANCE, I THINK APTOS AND SALINAS. |
| 09:13AM | 10 | THE CLERK: ACTUALLY THREE. APTOS, SALINAS, AND |
| 09:13AM | 11 | SANTA CRUZ. |
| 09:13AM | 12 | THE COURT: THAT PROBABLY WILL -- I'M GOING TO SEE |
| 09:13AM | 13 | IF OUR JURORS WOULD ACCEPT AN 8:30 START THAT WOULD ALLOW US |
| 09:13AM | 14 | TO, AGAIN, HAVE SOME EXTRA TIME, RECOGNIZING THAT PEOPLE TRAVEL |
| 09:13AM | 15 | FROM SALINAS HERE, IT'S A -- THAT'S A DRIVE. BUT I ALSO |
| 09:13AM | 16 | RECOGNIZE THAT THOSE TRAVELS FROM APTOS, SANTA CRUZ, AND |
| 09:13AM | 17 | SALINAS MIGHT BE BETTER ENGAGED IN AND MIGHT HAVE BETTER |
| 09:13AM | 18 | TRAFFIC IF THEY LEAVE EARLIER. THAT'S MY SENSE OF IT ALSO. |
| 09:13AM | 19 | BUT I'LL ASK THE JURORS. I DON'T WANT TO INCONVENIENCE |
| 09:13AM | 20 | THE JURORS IN ANY WAY WITH THE TIME. I WILL KEEP THAT IN MIND. |
| 09:13AM | 21 | ALL RIGHT. SO WE'LL HAVE THURSDAY AFTER. |
| 09:13AM | 22 | MS. GILG: THANK YOU, YOUR HONOR. |
| 09:13AM | 23 | THE COURT: SOMETHING ABOUT A SAMUEL CLEMENS QUOTE |
| 09:14AM | 24 | COMES TO MIND NOW, BUT I DON'T THINK I NEED TO REPEAT IT. |
| 09:14AM | 25 | LET ME TALK A LITTLE BIT ABOUT I KNOW THERE WERE SOME |

09:14AM 1    OBJECTIONS BY THE DEFENSE TO THE COURT'S EXERCISING ITS

09:14AM 2    DISCRETION TO CHALLENGE AND EXCUSE FOR CAUSE TWO WITNESSES.  I

09:14AM 3    THINK IT WAS MR. AGUILAR, POTENTIAL JUROR NUMBER 19, AS WELL AS

09:14AM 4    JUROR NUMBER 8, MS. ALUFFI.

09:14AM 5        AND AS WE WERE DISCUSSING IN VOIR DIRE, ONE OF THE

09:14AM 6    STANDARD QUESTIONS I HAVE IS I ASK JURORS WHETHER OR NOT THEY

09:14AM 7    WOULD GIVE GREATER OR LESSER CREDENCE TO A WITNESS'S TESTIMONY

09:14AM 8    IF THEY WERE A LAW ENFORCEMENT OFFICER, AGENT, OR WITNESS

09:14AM 9    SOLELY FOR THAT REASON OF EMPLOYMENT.

09:14AM 10       MS. ALUFFI INFORMED US, AND I TALKED WITH HER FIRST, SHE

09:14AM 11   COMES FROM A FAMILY OF LAW ENFORCEMENT.  AND AFTER SOME

09:14AM 12   QUESTIONING SHE INDICATED WITH GREAT CANDOR AND CLARITY THAT

09:15AM 13   SHE WOULD HAVE WOULD HAVE DIFFICULTY IN JUDGING TESTIMONY AND

09:15AM 14   SHE WOULD ALWAYS GIVE GREATER CREDIBILITY TO A LAW ENFORCEMENT

09:15AM 15   OFFICER'S TESTIMONY.

09:15AM 16          MR. NICK:  YOUR HONOR, IF I COULD HELP THE COURT OUT

09:15AM 17   FOR A MOMENT.  AT LEAST MY OBJECTION WAS NOT TO MS. ALUFFI.  IT

09:15AM 18   WAS TO THE SECOND JUROR THAT THE COURT HAS NOT GOTTEN TO YET.

09:15AM 19   I JUST WANTED TO MAKE SURE --

09:15AM 20          THE COURT:  I'M GETTING THERE.  I'M GETTING THERE.

09:15AM 21   AS I SAID EARLIER, I STARTED WITH MS. ALUFFI.

09:15AM 22          MR. NICK:  I'M SORRY, YOUR HONOR.

09:15AM 23          THE COURT:  SHE WAS THE FIRST PERSON THAT ANSWERED

09:15AM 24   TO THAT QUESTION THAT SHE WOULD NOT BE ABLE TO, IN THE COURT'S

09:15AM 25   OPINION, BE OBJECTIVE AS TO LAW ENFORCEMENT TESTIMONY.

09:15AM 1    WE TALKED WITH HER ABOUT THAT, AND I THANKED HER FOR HER

09:15AM 2    CANDOR, AND THE COURT EXCUSED HER WITHOUT GIVING YOU, BOTH

09:15AM 3    SIDES, AN OPPORTUNITY TO EXAMINE HER TO REHABILITATE HER IF YOU

09:15AM 4    WILL.

09:16AM 5    THE COURT FELT THAT BASED ON HER STATEMENTS, WHICH MY

09:16AM 6    OBSERVATION WAS THEY WERE HEARTFELT AND SHE WAS SINCERE, THAT

09:16AM 7    NO REHABILITATION WAS GOING TO, IN THE COURT'S MIND, SATISFY

09:16AM 8    THE DEFENSE IN ANY WAY TO REMAIN ON THIS JURY, EVEN WITH

09:16AM 9    ATTEMPTS AT REHABILITATION THAT THE DEFENSE WOULD BE SATISFIED

09:16AM 10   OR BE PLEASED WITH THAT AND THEY WOULD OTHERWISE FEEL LIKE THEY

09:16AM 11   WOULD HAVE TO EXERCISE ONE OF THEIR PRECIOUS CHALLENGES TO HER,

09:16AM 12   AND PROBABLY WOULD HAVE.  AND I DIDN'T WANT TO PUT THE DEFENSE

09:16AM 13   IN THAT POSITION.  SO THE COURT THANKED AND EXCUSED HER.

09:16AM 14   LATER, SUBSEQUENTLY WE ENGAGED CONVERSATION WITH

09:16AM 15   MR. AGUILAR, AND HE WAS SEATED AFTER MR. ALCALA LEFT BECAUSE AS

09:16AM 16   YOU RECALL MR. ALCALA HAD, I THINK, A CITATION.  WE ACTUALLY

09:16AM 17   LEARNED THAT HE WAS BOOKED FOR STREET RACING OR SOMETHING LIKE

09:16AM 18   THAT, AND HE EXPRESSED CONCERNS ABOUT THAT.  HE WAS EXCUSED,

09:16AM 19   AND MR. AGUILAR REPLACED HIM.

09:17AM 20   IN CONVERSATION WITH MR. AGUILAR, HE DIDN'T RAISE IT AT

09:17AM 21   FIRST, BUT LATER IN THE PROCESS HE THEN TALKED, MR. AGUILAR

09:17AM 22   DID, HE SAID I WANT TO TALK ABOUT SOMETHING.

09:17AM 23   I TRIED TO PROBE HIS FEELINGS ABOUT LAW ENFORCEMENT, AND

09:17AM 24   HE WAS LESS THAN FORTHCOMING, I THINK, ABOUT THE SPECIFICS.

09:17AM 25   WHAT WE DID LEARN, I THINK, WHEN I QUESTIONED HIM HE SAID BASED

09:17AM 1    ON PERSONAL EXPERIENCE AND FAMILY EXPERIENCE WITH LAW

09:17AM 2    ENFORCEMENT HE WOULD NOT BELIEVE ANYTHING A LAW ENFORCEMENT

09:17AM 3    OFFICER WOULD TESTIFY TO OR THEIR TESTIMONY, AND I TALKED WITH

09:17AM 4    HIM ABOUT THAT AND ULTIMATELY THAT'S WHAT HE SAID, I JUST

09:17AM 5    WOULDN'T BELIEVE THEM.

09:17AM 6        HIS STATEMENT WAS 180 DEGREE OPPOSITE OF MS. ALULFFI.

09:17AM 7    MS. ALULFFI SAID I'LL ALWAYS BELIEVE, AND MR. AGUILAR SAID I'LL

09:18AM 8    NEVER BELIEVE.  SO THE COURT IN EXERCISING ITS DISCRETION FOUND

09:18AM 9    CAUSE TO EXCUSE HIM, AND I THINK THE DEFENSE OBJECTED.

09:18AM 10       SO I DIDN'T WANT TO DO IT IN FRONT OF THE JURY AT THE

09:18AM 11    TIME, BUT OF COURSE IN OVERRULING THE OBJECTIONS THE COURT DID

09:18AM 12    FIND AND CONTINUES TO MAINTAIN THAT MR. AGUILAR COULD NOT BE A

09:18AM 13    FAIR AND IMPARTIAL JUROR FOR BOTH SIDES FOR THE SAME REASONS

09:18AM 14    THAT THE COURT EXCUSED MS. ALULFFI.  THEY HAD PRECONCEIVED

09:18AM 15    IDEAS ABOUT LAW ENFORCEMENT TESTIMONY NEITHER OF WHICH ARE

09:18AM 16    APPROPRIATE FOR A JURY, A FAIR JURY FOR BOTH SIDES.

09:18AM 17       AND I THINK BOTH OF YOU SUGGESTED IN YOUR COMMENTS TO THE

09:18AM 18    JURY THAT'S WHAT WE WERE SEEKING, AND THAT'S WHAT THE COURT WAS

09:18AM 19    SEEKING, AND THOSE WERE THE REASONS WHY THE COURT EXCUSED THOSE

09:18AM 20    TWO POTENTIAL JURORS FOR CAUSE.

09:18AM 21       SO I NOTE YOUR OBJECTIONS, THEY'RE OVERRULED.  WE HAVE A

09:18AM 22    JURY.  I WANTED TO PUT THAT ON THE RECORD.

09:18AM 23           MR. NICK:  THANK YOU, YOUR HONOR.

09:18AM 24           THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

09:19AM 25           MR. NICK:  JUST REAL QUICK, YOUR HONOR, ON 57 AGAIN,

09:19AM 1    THE COURT ASKED THAT CAYMAN ISLANDS BE STRICKEN, AND IT APPEARS

09:19AM 2    ON THE FIRST PAGE OF THE EXHIBIT BATES 26393.  THAT IS FOR

09:19AM 3    KRISTEL KUBUROVICH.

09:19AM 4        AND THEN IT APPEARS ON THE LAST PAGE OF EXHIBIT 57, BATES

09:19AM 5    26395, APPROXIMATELY LINE 3 DOWN, AND I WAS GOING TO REQUEST

09:19AM 6    THAT THAT BE REDACTED AS WELL.

09:19AM 7        MR. SCHENK:  NO OBJECTION.  WE'LL SPEND THURSDAY,

09:19AM 8    AMONG OTHER THINGS, MAKING THOSE REDACTIONS.

09:19AM 9        THE COURT:  YOU HAVE SOME TIME TO DO THAT TOMORROW,

09:19AM 10   I UNDERSTAND?

09:19AM 11       MS. GILG:  WE'LL BE VERY PRODUCTIVE.

09:19AM 12       THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

09:19AM 13       MR. NICK:  THAT WILL DO IT.

09:19AM 14       THE COURT:  BEFORE WE BRING OUR JURY?  ALL RIGHT.

09:19AM 15   WHAT IS GOING TO HAPPEN NOW IS I WILL READ THE PRELIMINARY

09:20AM 16   INSTRUCTIONS TO THE JURY, AND WE'D ENGAGE OPENING STATEMENTS

09:20AM 17   AND CALL WITNESSES.

09:20AM 18       MS. GILG:  MY COLLEAGUE IS HERE.  CAN SHE SIT AT

09:20AM 19   COUNSEL TABLE?

09:20AM 20       THE COURT:  YES.

09:20AM 21       MR. NICK:  YOUR HONOR, I'M GOING TO BE WAIVING MY

09:20AM 22   OPENING STATEMENT.

09:20AM 23       THE COURT:  ALL RIGHT.  I'LL CALL YOU ON.

09:20AM 24       MR. NICK:  YEAH, I JUST WANTED TO PUT THAT ON THE

09:20AM 25   RECORD.

09:20AM 1          THE COURT:  ALL RIGHT.

09:20AM 2          MR. NICK:  THANK YOU.

09:26AM 3      (RECESS FROM 9:20 A.M. UNTIL 9:28 A.M.)

09:28AM 4      (JURY IN AT 9:28 A.M.)

09:28AM 5          THE COURT:  WE ARE BACK ON THE RECORD IN THE

09:28AM 6   KUBUROVICH MATTER.  ALL COUNSEL ARE PRESENT.  DEFENDANTS ARE

09:28AM 7   PRESENT.  OUR JURORS AND ALTERNATES ARE PRESENT.

09:28AM 8      GOOD MORNING, LADIES AND GENTLEMEN.  NICE TO SEE YOU

09:28AM 9   AGAIN.  I HOPE YOU HAVE ENJOYED THE BREAKFAST WE PROVIDED FOR

09:28AM 10  YOU.

09:28AM 11         JURORS:  THANK YOU.

09:28AM 12         THE COURT:  I DIDN'T TELL YOU THAT, BUT PERIODICALLY

09:28AM 13  WE WILL HAVE EITHER BREAKFAST AND PERHAPS LUNCH DURING

09:28AM 14  DELIBERATIONS, I THINK, WILL BE ARRANGED.

09:28AM 15     I AM GOING TO GIVE YOU SOME PRELIMINARY INSTRUCTIONS IN

09:28AM 16  JUST A MOMENT, AND THOSE WILL BE FOLLOWED BY OPENING

09:28AM 17  STATEMENTS, AND THEN WE'LL BEGIN THE EVIDENCE IN EARNEST.

09:28AM 18     I DO WANT TO TALK ABOUT WE GOT A LATE START THIS MORNING

09:28AM 19  WHICH ALWAYS REMINDS ME TO TALK TO THE JURORS A LITTLE BIT

09:28AM 20  ABOUT PROFESSOR STEPHEN HAWKING.  I KNOW SOME OF YOU HAVE

09:28AM 21  PERHAPS KNOW STEPHEN HAWKING, THE CAMBRIDGE WONDERFUL,

09:29AM 22  WONDERFUL PHYSICIST WHO PASSED AWAY.  WE LOST HIM LAST YEAR.

09:29AM 23  PERHAPS HE'S BURIED IN CAMBRIDGE.

09:29AM 24     WHEN I THINK OF HIM I THINK ABOUT TIME BECAUSE YOU KNOW

09:29AM 25  THAT HE HAD THIS -- ONE OF HIS MANY THEORIES WAS CALLED STRING

09:29AM 1    THEORY AND PROBABLY MORE OF YOU KNOW ABOUT THIS THAN I DO.  BUT

09:29AM 2    THE STRING THEORY WAS ABOUT RELATIVITY AND ABOUT TIME, AND I

09:29AM 3    THINK ONE OF THE THOUGHTS WAS THAT THERE COULD BE PARALLEL,

09:29AM 4    PARALLEL DIMENSIONS, IF YOU WILL, WHERE TIME IS DIFFERENT IN

09:29AM 5    PARALLEL PLACES.

09:29AM 6        I SOMETIMES THINK THAT STEPHEN HAWKING SPENT SOME TIME IN

09:29AM 7    COURTS BECAUSE YOU SEE OUR TIME, COURT TIME, IS SOMETIMES VERY

09:29AM 8    DIFFERENT THAN BUSINESS TIME OR PUBLIC TIME, AND LET ME JUST

09:29AM 9    STATE THAT IS OWING TO THE FACT THAT THERE ARE TIMES WHEN I

09:29AM 10   NEED TO DISCUSS THINGS WITH THE LAWYERS OUTSIDE OF YOUR

09:29AM 11   PRESENCE.  I MIGHT NEED THEIR HELP ON SOME ISSUES, AND I NEED

09:29AM 12   TO TALK TO THEM OUTSIDE OF YOUR PRESENCE.

09:29AM 13       IT ALSO MEANS THAT THERE ARE OTHER DUTIES THAT FALL UPON

09:30AM 14   JUDGES.  I MAY HAVE TO SIGN SOME DOCUMENTS, MEET WITH OTHER

09:30AM 15   INDIVIDUALS PRIOR TO STARTING COURT.  THAT CAUSES A DELAY OF

09:30AM 16   OUR PROCEEDINGS, AND I WANT TO APOLOGIZE IN ADVANCE FOR THAT

09:30AM 17   BUT ALSO TELL YOU THAT I'M VERY COGNIZANT OF YOUR TIME, AND

09:30AM 18   I'VE DISCUSSED THIS WITH THE LAWYERS.  THEY ARE AS WELL.

09:30AM 19       SO WE'LL TRY TO LIMIT THOSE INTERRUPTIONS AS BEST WE CAN,

09:30AM 20   BUT I HAVE, IN THE SPIRIT OF FULL DISCLOSURE, IT SOMETIMES

09:30AM 21   HAPPENS.  THAT'S WHY I THINK STEPHEN HAWKING'S PARALLEL TIME

09:30AM 22   DIMENSIONS SOMETIMES PERHAPS MAY -- THE GENESIS OF THAT MAY

09:30AM 23   HAVE BEEN IN COURTS.  SO WE'LL DO OUR BEST TO RESOLVE THAT FOR

09:30AM 24   YOU.  THANK YOU.

09:30AM 25       I'LL NOW READ TO YOU, LADIES AND GENTLEMEN, SOME

09:30AM 1    PRELIMINARY INSTRUCTIONS IN THIS CASE.

09:30AM 2        YOU ARE NOW THE JURY IN THIS CASE, AND I WANT TO TAKE A

09:30AM 3    FEW MINUTES TO TELL YOU SOMETHING ABOUT YOUR DUTIES AS JURORS

09:31AM 4    AND TO GIVE YOU SOME PRELIMINARY INSTRUCTIONS.  AT THE END OF

09:31AM 5    THE TRIAL I WILL GIVE YOU SOME DETAILED INSTRUCTIONS THAT WILL

09:31AM 6    CONTROL YOUR DELIBERATIONS.

09:31AM 7        WHEN YOU DELIBERATE, IT WILL BE YOUR DUTY TO WEIGH AND TO

09:31AM 8    EVALUATE ALL OF THE EVIDENCE RECEIVED IN THE CASE AND IN THAT

09:31AM 9    PROCESS TO DECIDE THE FACTS.

09:31AM 10       TO THE FACTS AS YOU FIND THEM, YOU WILL APPLY THE LAW AS I

09:31AM 11   GIVE IT TO YOU WHETHER YOU AGREE WITH THE LAW OR NOT.

09:31AM 12       YOU MUST DECIDE THE CASE SOLELY ON THE EVIDENCE AND THE

09:31AM 13   LAW BEFORE YOU, PERFORM THESE DUTIES FAIRLY AND IMPARTIALLY, DO

09:31AM 14   NOT ALLOW PERSONAL LIKES OR DISLIKES, SYMPATHY, PREJUDICE,

09:31AM 15   FEAR, OR PUBLIC OPINION TO INFLUENCE YOU.

09:31AM 16       YOU SHOULD ALSO NOT BE INFLUENCED BY ANY PERSON'S RACE,

09:31AM 17   COLOR, RELIGION, NATIONAL ANCESTRY OR GENDER, SEXUAL

09:31AM 18   ORIENTATION, PROFESSION, OCCUPATION, CELEBRITY, ECONOMIC

09:31AM 19   CIRCUMSTANCES OR POSITION IN LIFE OR IN THE COMMUNITY.

09:32AM 20       THIS IS A CRIMINAL CASE BROUGHT BY THE UNITED STATES

09:32AM 21   GOVERNMENT.  THE GOVERNMENT CHARGES THE DEFENDANTS WITH

09:32AM 22   BANKRUPTCY FRAUD, CONCEALMENT OF ASSETS, AND FALSE STATEMENTS

09:32AM 23   DURING A BANKRUPTCY PROCEEDING.

09:32AM 24       THE CHARGES AGAINST THE DEFENDANT ARE CONTAINED IN THE

09:32AM 25   INDICTMENT.  THE INDICTMENT SIMPLY DESCRIBES THE CHARGES THAT

09:32AM 1    THE GOVERNMENT BRINGS AGAINST THE DEFENDANTS.  THE INDICTMENT

09:32AM 2    IS NOT EVIDENCE AND DOES NOT PROVE ANYTHING.

09:32AM 3        THE DEFENDANTS HAVE PLEADED NOT GUILTY TO THE CHARGES AND

09:32AM 4    ARE PRESUMED INNOCENT UNLESS AND UNTIL THE GOVERNMENT PROVES

09:32AM 5    THE DEFENDANT'S GUILTY BEYOND A REASONABLE DOUBT.

09:32AM 6        IN ADDITION, THE DEFENDANTS HAVE THE RIGHT TO REMAIN

09:32AM 7    SILENT AND NEVER HAVE TO PROVE INNOCENCE OR TO PRESENT ANY

09:32AM 8    EVIDENCE.

09:32AM 9        THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

09:32AM 10   FACTS ARE CONSISTS OF THE SWORN TESTIMONY OF ANY WITNESS, THE

09:33AM 11   EXHIBITS WHICH ARE RECEIVED INTO EVIDENCE, AND ANY FACTS TO

09:33AM 12   WHICH THE PARTIES AGREE.

09:33AM 13       THE FOLLOWING THINGS ARE NOT EVIDENCE, AND YOU MUST NOT

09:33AM 14   CONSIDER THEM AS YOU DECIDE THE FACTS IN THIS CASE.  STATEMENTS

09:33AM 15   AND ARGUMENTS OF THE ATTORNEYS, QUESTIONS AND OBJECTIONS OF THE

09:33AM 16   ATTORNEYS.  TESTIMONY THAT I INSTRUCT YOU TO DISREGARD AND

09:33AM 17   ANYTHING YOU MAY SEE OR HEAR WHEN THE COURT IS NOT IN SESSION

09:33AM 18   EVEN IF WHAT YOU HEAR IS SAID OR DONE BY ONE OF THE PARTIES OR

09:33AM 19   BY ONE OF THE WITNESSES.

09:33AM 20       EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

09:33AM 21   IS PROOF OF A FACT BY A WITNESS ABOUT WHAT THAT WITNESS

09:33AM 22   PERSONALLY SAW OR HEARD OR DID.

09:33AM 23       CIRCUMSTANTIAL EVIDENCE IS INDIRECT EVIDENCE; THAT IS, IT

09:34AM 24   IS PROOF OF ONE OR MORE FACTS FROM WHICH ONE CAN FIND ANOTHER

09:34AM 25   FACT.  YOU ARE TO CONSIDER BOTH DIRECT AND CIRCUMSTANTIAL

09:34AM 1    EVIDENCE.  EITHER CAN BE USED TO PROVE ANY FACT.  THE LAW MAKES

09:34AM 2    NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER DIRECT

09:34AM 3    OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR YOU TO DECIDE HOW MUCH

09:34AM 4    WEIGHT TO GIVE TO ANY EVIDENCE.

09:34AM 5         NOW, BY WAY OF EXAMPLE, IF YOU WAKE UP IN THE MORNING AND

09:34AM 6    YOU SEE THAT THE SIDEWALK IS WET, YOU MAY FIND FROM THAT FACT

09:34AM 7    THAT IT RAINED DURING THE NIGHT.

09:34AM 8         HOWEVER, OTHER EVIDENCE SUCH AS A TURNED ON GARDEN HOSE

09:34AM 9    MAY PROVIDE AN EXPLANATION FOR THE WATER ON THE SIDEWALK.

09:34AM 10   THEREFORE, BEFORE YOU DECIDE THAT A FACT HAS BEEN PROVED BY

09:34AM 11   CIRCUMSTANTIAL EVIDENCE, YOU MUST CONSIDER ALL OF THE EVIDENCE

09:35AM 12   IN THE LIGHT OF REASON, EXPERIENCE, AND COMMON SENSE.

09:35AM 13        THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE

09:35AM 14   RECEIVED INTO EVIDENCE.  WHEN A LAWYER ASKS A QUESTION OR

09:35AM 15   OFFERS AN EXHIBIT IN EVIDENCE AND A LAWYER ON THE OTHER SIDE

09:35AM 16   THINKS THAT IT IS NOT PERMITTED BY THE RULES OF EVIDENCE, THAT

09:35AM 17   LAWYER MAY OBJECT.

09:35AM 18        IF I OVERRULE THE OBJECTION, THE QUESTION MAY BE ANSWERED

09:35AM 19   OR THE EXHIBIT RECEIVED.  IF I SUSTAIN THE OBJECTION, THE

09:35AM 20   QUESTION CANNOT BE ANSWERED OR THE EXHIBIT CANNOT BE RECEIVED.

09:35AM 21        WHENEVER I SUSTAIN AN OBJECTION TO A QUESTION, YOU MUST

09:35AM 22   IGNORE THE QUESTION AND MUST NOT GUESS WHAT THE ANSWER WOULD

09:35AM 23   HAVE BEEN.

09:35AM 24        SOMETIMES I MAY ORDER THAT EVIDENCE BE STRICKEN FROM THE

09:35AM 25   RECORD AND THAT YOU DISREGARD OR IGNORE THE EVIDENCE.  THAT

09:35AM 1    MEANS THAT WHEN YOU ARE DECIDING THE CASE, YOU MUST NOT

09:35AM 2    CONSIDER THE EVIDENCE I TOLD YOU TO DISREGARD.

09:36AM 3        IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

09:36AM 4    WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

09:36AM 5    YOU MAY BELIEVE EVERYTHING A WITNESS SAYS OR PART OF IT OR NONE

09:36AM 6    OF IT.

09:36AM 7        IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

09:36AM 8    INTO ACCOUNT THE WITNESS'S OPPORTUNITY AND ABILITY TO SEE OR

09:36AM 9    HEAR OR KNOW THE THINGS TESTIFIED TO;

09:36AM 10       THE WITNESS'S MEMORY;

09:36AM 11       THE WITNESS'S MANNER WHILE TESTIFYING;

09:36AM 12       THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE, IF ANY;

09:36AM 13       THE WITNESS'S BIAS OR PREJUDICE, IF ANY;

09:36AM 14       WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S

09:36AM 15   TESTIMONY;

09:36AM 16       THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF

09:36AM 17   ALL OF THE EVIDENCE; AND,

09:36AM 18       ANY OTHER FACTORS THAT BEAR ON BELIEVABILITY.

09:37AM 19       THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

09:37AM 20   NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY ABOUT

09:37AM 21   IT.

09:37AM 22       WHAT IS IMPORTANT IS HOW BELIEVABLE THE WITNESSES ARE AND

09:37AM 23   HOW MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

09:37AM 24       I'LL NOW SAY A FEW WORDS ABOUT YOUR CONDUCT AS JURORS.

09:37AM 25   FIRST, KEEP AN OPEN MIND THROUGHOUT THE TRIAL AND DO NOT DECIDE

09:37AM 1    WHAT THE VERDICT SHOULD BE UNTIL YOU AND YOUR FELLOW JURORS

09:37AM 2    HAVE COMPLETED YOUR DELIBERATIONS AT THE END OF THE CASE.

09:37AM 3        SECOND, BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON

09:37AM 4    THE EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO

09:37AM 5    THE LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

09:37AM 6    INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

09:37AM 7    THE COURSE OF YOUR JURY DUTY.

09:37AM 8        THUS, UNTIL THE END OF THE CASE OR UNLESS I TELL YOU

09:38AM 9    OTHERWISE, DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT

09:38AM 10   LET ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE

09:38AM 11   MERITS OF THE CASE OR ANYTHING TO DO WITH IT.

09:38AM 12       THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

09:38AM 13   BY PHONE, OR ELECTRONIC MEANS VIA E-MAIL, VIA TEXT MESSAGING,

09:38AM 14   OR ANY INTERNET CHAT ROOM, BLOG, WEBSITE, OR APPLICATION

09:38AM 15   INCLUDING BUT NOT LIMITED TO FACEBOOK, YOUTUBE, TWITTER,

09:38AM 16   INSTAGRAM, LINKEDIN, SNAPCHAT OR ANY OTHER FORMS OF SOCIAL

09:38AM 17   MEDIA.

09:38AM 18       THIS APPLIES TO COMMUNICATING WITH YOUR FELLOW JURORS

09:38AM 19   UNTIL I GIVE YOU THE CASE FOR DELIBERATION, AND IT APPLIES TO

09:38AM 20   COMMUNICATING WITH EVERYONE ELSE, INCLUDING YOUR FAMILY

09:38AM 21   MEMBERS, YOUR EMPLOYER, THE MEDIA, OR PRESS, AND THE PEOPLE

09:38AM 22   INVOLVED IN THE TRIAL, ALTHOUGH YOU MAY NOTIFY YOUR FAMILY AND

09:39AM 23   YOUR EMPLOYER THAT YOU HAVE BEEN SEATED AS A JUROR IN THE CASE

09:39AM 24   AND HOW LONG YOU EXPECT THE TRIAL TO LAST.

09:39AM 25       BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

09:39AM 1    JURY SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND THAT

09:39AM 2    YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER AND REPORT THE

09:39AM 3    CONTACT TO THE COURT.

09:39AM 4        BECAUSE YOU WILL RECEIVE ALL OF THE EVIDENCE AND LEGAL

09:39AM 5    INSTRUCTION THAT YOU PROPERLY MAY CONSIDER TO RETURN A VERDICT,

09:39AM 6    DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS OR

09:39AM 7    COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.  ALTHOUGH

09:39AM 8    I HAVE NO INFORMATION THAT THERE WILL BE NEWS REPORTS ABOUT

09:39AM 9    THIS CASE.  DO NOT DO ANY RESEARCH, SUCH AS CONSULTING

09:39AM 10   DICTIONARIES, SEARCHING THE INTERNET, OR USING ANY OTHER

09:39AM 11   REFERENCE MATERIALS AND DO NOT MAKE ANY INVESTIGATION OR IN ANY

09:39AM 12   OTHER WAY TRY TO LEARN ABOUT THE CASE ON YOUR OWN.

09:40AM 13       DO NOT VISIT OR VIEW ANY PLACE DISCUSSED IN THIS CASE AND

09:40AM 14   DO NOT USE INTERNET PROGRAMS OR OTHER DEVICES TO SEARCH FOR OR

09:40AM 15   VIEW ANY PLACE DISCUSSED DURING THE TRIAL.

09:40AM 16       ALSO, DO NOT DO ANY RESEARCH ABOUT THIS CASE, THE LAW, OR

09:40AM 17   THE PEOPLE INVOLVED, INCLUDING THE PARTIES, THE WITNESSES, OR

09:40AM 18   THE LAWYERS UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

09:40AM 19       IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THIS

09:40AM 20   CASE IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

09:40AM 21   POSSIBLE.  THESE RULES PROTECT EACH PARTY'S RIGHT TO HAVE THIS

09:40AM 22   CASE DECIDED ONLY ON EVIDENCE THAT HAS BEEN PRESENTED HERE IN

09:40AM 23   COURT.

09:40AM 24       WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH,

09:40AM 25   AND THE ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE TRIAL

09:40AM  1        PROCESS.

09:40AM  2               IF YOU DO ANY RESEARCH OR INVESTIGATION OUTSIDE OF THE

09:41AM  3        COURTROOM, OR GAIN INFORMATION THROUGH IMPROPER COMMUNICATIONS,

09:41AM  4        THEN YOUR VERDICT MAY BE INFLUENCED BY INACCURATE, INCOMPLETE,

09:41AM  5        OR MISLEADING INFORMATION THAT HAS NOT BEEN TESTED BY THE TRIAL

09:41AM  6        PROCESS.

09:41AM  7               EACH OF THE PARTIES IS ENTITLED TO A FAIR TRIAL BY AN

09:41AM  8        IMPARTIAL JURY, AND IF YOU DECIDE THE CASE BASED ON INFORMATION

09:41AM  9        NOT PRESENTED IN COURT, YOU WILL HAVE DENIED THE PARTIES A FAIR

09:41AM 10        TRIAL.

09:41AM 11               REMEMBER, YOU HAVE TAKEN AN OATH TO FOLLOW THE RULES, AND

09:41AM 12        IT IS VERY IMPORTANT THAT YOU FOLLOW THESE RULES.

09:41AM 13               A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

09:41AM 14        FAIRNESS OF THESE PROCEEDINGS AND A MISTRIAL COULD RESULT THAT

09:41AM 15        WOULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.

09:41AM 16               IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

09:41AM 17        NOTIFY THE COURT IMMEDIATELY.

09:41AM 18               AT THE END OF THE TRIAL YOU WILL HAVE TO MAKE YOUR

09:42AM 19        DECISION BASED ON WHAT YOU RECALL OF THE EVIDENCE.  YOU WILL

09:42AM 20        NOT HAVE A WRITTEN TRANSCRIPT OF THE TRIAL.  I URGE YOU TO PAY

09:42AM 21        CLOSE ATTENTION TO THE TESTIMONY AS IT IS GIVEN.

09:42AM 22               IF YOU WISH, YOU MAY TAKE NOTES TO HELP YOU REMEMBER THE

09:42AM 23        EVIDENCE.  IF YOU DO TAKE NOTES, PLEASE KEEP THEM TO YOURSELF

09:42AM 24        UNTIL YOU AND YOUR FELLOW JURORS GO TO THE JURY ROOM TO DECIDE

09:42AM 25        THE CASE.

09:42AM 1    DO NOT LET NOTE TAKING DISTRACT YOU FROM BEING ATTENTIVE.

09:42AM 2    WHEN YOU LEAVE COURT FOR RECESSES, YOUR NOTES SHOULD BE

09:42AM 3    LEFT IN THE JURY ROOM.  NO ONE WILL READ YOUR NOTES.

09:42AM 4    WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR OWN

09:42AM 5    MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.

09:42AM 6    YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE OF

09:42AM 7    YOUR FELLOW JURORS.

09:42AM 8    THE NEXT PHASE OF THE TRIAL WILL NOW BEGIN.  FIRST, EACH

09:42AM 9    SIDE MAY MAKE AN OPENING STATEMENT IF THEY WISH.  AN OPENING

09:43AM 10   STATEMENT IS NOT EVIDENCE.  IT IS SIMPLY AN OUTLINE TO HELP YOU

09:43AM 11   UNDERSTAND WHAT THAT PARTY EXPECTS THE EVIDENCE WILL SHOW.

09:43AM 12   A PARTY IS NOT REQUIRED TO MAKE AN OPENING STATEMENT.  THE

09:43AM 13   GOVERNMENT WILL THEN PRESENT EVIDENCE AND COUNSEL FOR THE

09:43AM 14   DEFENDANT MAY CROSS-EXAMINE.

09:43AM 15   THEN IF THE DEFENDANT CHOOSES TO OFFER EVIDENCE, COUNSEL

09:43AM 16   FOR THE GOVERNMENT MAY CROSS-EXAMINE.

09:43AM 17   AFTER THE EVIDENCE HAS BEEN PRESENTED, THE ATTORNEYS WILL

09:43AM 18   MAKE THEIR CLOSING ARGUMENTS, AND I WILL THEN INSTRUCT YOU ON

09:43AM 19   THE LAW THAT APPLIES TO THIS CASE.

09:43AM 20   AFTER THAT, YOU WILL GO TO THE JURY ROOM TO DELIBERATE ON

09:43AM 21   YOUR VERDICT.

09:43AM 22   ALTHOUGH THE DEFENDANTS ARE BEING TRIED TOGETHER, YOU MUST

09:43AM 23   GIVE SEPARATE CONSIDERATION TO EACH DEFENDANT.  IN DOING SO,

09:43AM 24   YOU MUST DETERMINE WHICH EVIDENCE IN THE CASE APPLIES TO EACH

09:44AM 25   DEFENDANT, DISREGARDING ANY EVIDENCE ADMITTED SOLELY AGAINST

09:44AM 1  SOME OTHER DEFENDANT.  THE FACT THAT YOU MAY FIND ONE OF THE

09:44AM 2  DEFENDANTS GUILTY OR NOT GUILTY, SHOULD NOT CONTROL YOUR

09:44AM 3  VERDICT AS TO ANY OTHER DEFENDANT.

09:44AM 4  FROM TIME TO TIME DURING THE TRIAL IT MAY BECOME NECESSARY

09:44AM 5  FOR ME TO TAKE UP LEGAL MATTERS WITH THE ATTORNEYS PRIVATELY,

09:44AM 6  EITHER BY HAVING A CONFERENCE HERE AT THE BENCH WHEN THE JURY

09:44AM 7  IS PRESENT IN THE COURTROOM OR BY CALLING A RECESS.

09:44AM 8  PLEASE UNDERSTAND THAT WHILE YOU ARE WAITING, WE WILL BE

09:44AM 9  WORKING.  THE PURPOSE OF THESE CONFERENCES IS NOT TO KEEP

09:44AM 10  RELEVANT INFORMATION FROM YOU, BUT RATHER TO DECIDE HOW CERTAIN

09:44AM 11  EVIDENCE IS TO BE TREATED UNDER THE RULES OF EVIDENCE AND TO

09:44AM 12  AVOID CONFUSION AND ERROR.

09:44AM 13  OF COURSE, WE WILL DO WHAT WE CAN TO KEEP THE NUMBER AND

09:44AM 14  LENGTH OF THESE CONFERENCES TO A MINIMUM.

09:44AM 15  I MAY NOT ALWAYS GRANT AN ATTORNEY'S REQUEST FOR A

09:45AM 16  CONFERENCE AND DO NOT CONSIDER MY GRANTING OR DENYING A REQUEST

09:45AM 17  FOR A CONFERENCE AS ANY INDICATION OF MY OPINION OF THE CASE OR

09:45AM 18  WHAT YOUR VERDICT SHOULD BE.

09:45AM 19  THAT CONCLUDES THE COURT'S READING OF THE PRELIMINARY

09:45AM 20  INSTRUCTIONS.

09:45AM 21  LET ME TURN TO THE GOVERNMENT.  DOES THE GOVERNMENT HAVE

09:45AM 22  AN OPENING STATEMENT?

09:45AM 23  MR. SIMEON:  YES, YOUR HONOR.

09:45AM 24  THE COURT:  PLEASE PROCEED.

09:45AM 25  MR. SIMEON:  THANK YOU, YOUR HONOR.

09:45AM  1          **(COUNSEL FOR THE GOVERNMENT GAVE THEIR OPENING STATEMENT.)**

09:45AM  2          MR. SIMEON:  THIS CASE IS ABOUT THE BANKRUPTCY

09:45AM  3   SYSTEM AND THE DEFENDANTS' ABUSE OF THAT SYSTEM FOR THEIR OWN

09:45AM  4   PERSONAL BENEFIT.

09:45AM  5          THE EVIDENCE WILL SHOW THAT ON MAY 25TH, 2010, THE

09:45AM  6   DEFENDANT, GOYKO GUSTAV KUBUROVICH, ALSO KNOWN AS BATZI

09:46AM  7   KUBUROVICH, FILED A PETITION FOR BANKRUPTCY TO DISCHARGE OVER

09:46AM  8   $2.5 MILLION IN DEBT.  $2.5 MILLION THAT HE OWED TO INDIVIDUALS

09:46AM  9   SUCH AS ALAN HAMBLIN AND TO FINANCIAL ENTITIES SUCH AS CHASE

09:46AM 10   AND AMERICAN EXPRESS.

09:46AM 11          WHEN MR. KUBUROVICH FILED HIS BANKRUPTCY PETITION, HE WAS

09:46AM 12   REQUIRED TO LIST ALL OF HIS ASSETS, INCLUDING HIS REAL PROPERTY

09:46AM 13   SUCH AS HOUSES, AND HIS PERSONAL PROPERTY SUCH AS THE CASH IN

09:46AM 14   HIS POCKETS, MONEY IN HIS BANK ACCOUNTS, AND ALL OF HIS OTHER

09:46AM 15   PERSONAL BELONGINGS.

09:46AM 16          MR. KUBUROVICH WAS REQUIRED TO DISCLOSE ALL OF HIS ASSETS

09:46AM 17   BECAUSE, AS THE EVIDENCE WILL SHOW, THAT'S HOW THE BANKRUPTCY

09:46AM 18   SYSTEM WORKS.  THE BANKRUPTCY SYSTEM RELIES ON THE COMPLETE

09:46AM 19   HONEST TRUTH FROM DEBTORS ABOUT BOTH OF THEIR LIABILITIES AND

09:47AM 20   THEIR ASSETS AND THE BANKRUPTCY COURT, AND THE BANKRUPTCY

09:47AM 21   TRUSTEE USED THAT INFORMATION TO MAKE PROPER DECISIONS DURING

09:47AM 22   THE BANKRUPTCY PROCEEDINGS, DECISIONS THAT ARE FAIR TO BOTH THE

09:47AM 23   DEBTOR AND TO HIS CREDITORS.

09:47AM 24          THE EVIDENCE WILL SHOW THAT MR. KUBUROVICH DID NOT

09:47AM 25   DISCLOSE ALL OF HIS ASSETS.  INSTEAD, HE DECIDED NOT TO LIST

HIS HOUSE AT 7170 EAGLE RIDGE DRIVE IN GILROY, CALIFORNIA, AND

HE DECIDED NOT TO LIST APPROXIMATELY $220,000 IN CASH IN

VARIOUS BANK ACCOUNTS THAT HE CONTROLLED.

THE EVIDENCE WILL SHOW THAT PRIOR TO FILING FOR BANKRUPTCY

IN MAY 2010, BEGINNING IN LATE 2008 AND CONTINUING INTO 2009,

HE BEGAN HIDING HIS ASSETS, MOVING HIS ASSETS FROM HIS PERSONAL

ACCOUNTS INTO ACCOUNTS UNDER THE NAMES OF OTHER ENTITIES, IN

PARTICULAR HIS THEN 19-YEAR-OLD DAUGHTER, AND NOW HIS

CODEFENDANT, MS. KRISTEL KUBUROVICH.

THE EVIDENCE WILL SHOW THAT SEVERAL THINGS WERE HAPPENING

IN LATE 2008 AND EARLY 2009.

FIRST, MR. KUBUROVICH WAS RAPIDLY ACCUMULATING DEBT.  HE

WAS USING HIS CREDIT CARDS BUT NOT PAYING THEM ALL BACK.  HIS

HOUSE, HIS PREVIOUS HOUSE ON CASTLE LAKE DRIVE IN MORGAN HILL

WAS UNDER WATER, MEANING THAT HE OWED MORE ON THE HOUSE THAN IT

WAS WORTH, AND HE SIMPLY STOPPED MAKING MORTGAGE PAYMENTS ON

THAT HOUSE BY THE END OF 2008;

SECOND, HE FORMED A SHELL COMPANY THAT THE EVIDENCE WILL

SHOW WAS USED ONLY FOR THE PURPOSE OF FUNNELING AND MOVING AND

HIDING HIS ASSETS; AND,

THIRD, HE STARTED TRANSFERRING HIS ASSETS TO ACCOUNTS IN

THE NAME OF THIS SHELL COMPANY AND IN THE NAME OF HIS DAUGHTER,

KRISTEL KUBUROVICH.

MORE SPECIFICALLY, THE EVIDENCE WILL SHOW THE FOLLOWING

TIMELINE.  ON DECEMBER 12, 2008, MR. KUBUROVICH FORMED NATA LP,

09:49AM 1    A LIMITED PARTNERSHIP, AND MADE HIS THEN 19-YEAR-OLD DAUGHTER

09:49AM 2    HIS PARTNER.

09:49AM 3        SIX DAYS LATER ON DECEMBER 18TH, 2008, TWO NEW BANK

09:49AM 4    ACCOUNTS WERE OPENED IN THE NAME OF KRISTEL KUBUROVICH AT TWO

09:49AM 5    DIFFERENT BANKS.

09:49AM 6        THAT SAME DAY, DECEMBER 18TH, 2008, $250,000 WAS WIRED

09:49AM 7    FROM MR. KUBUROVICH'S PERSONAL ACCOUNT TO ONE OF THESE TWO NEW

09:49AM 8    ACCOUNTS UNDER KRISTEL KUBUROVICH'S NAME.

09:50AM 9        EIGHT DAYS LATER ON DECEMBER 26TH, 2008, ANOTHER $250,000

09:50AM 10   WIRE TRANSFER FROM MR. KUBUROVICH'S ACCOUNT WENT TO THIS NEW

09:50AM 11   KRISTEL KUBUROVICH ACCOUNT.

09:50AM 12       FIVE DAYS LATER ON DECEMBER 31ST, 2008, A THIRD $250,000

09:50AM 13   WIRE TRANSFER WENT FROM MR. KUBUROVICH'S PERSONAL ACCOUNT TO

09:50AM 14   ONE OF THESE TWO NEW ACCOUNTS UNDER KRISTEL KUBUROVICH'S NAME.

09:50AM 15       THE EVIDENCE WILL SHOW THAT OVER A 14-DAY PERIOD, 2 NEW

09:50AM 16   ACCOUNTS WERE OPENED UNDER KRISTEL KUBUROVICH'S NAME AND THEIR

09:50AM 17   ACCOUNT BALANCES WENT FROM 0 TO $750,000, ALL OF THAT MONEY

09:50AM 18   FROM HER FATHER, AND CODEFENDANT, GOYKO KUBUROVICH.

09:50AM 19       NOW, THREE DAYS LATER, THREE DAYS AFTER THIS $250,000

09:51AM 20   TRANSFER, ON JANUARY 3RD, 2009, MR. KUBUROVICH AND

09:51AM 21   MS. KUBUROVICH TAKE A FATHER-DAUGHTER TRIP FROM SAN FRANCISCO.

09:51AM 22   THEY FLY TO MUNICH, GERMANY, AND THEY GO TO ZURICH,

09:51AM 23   SWITZERLAND.  THEY ARRIVE AT ZURICH, SWITZERLAND ON

09:51AM 24   JANUARY 4TH, 2009.  THE EVIDENCE WILL SHOW THAT THEY THEN

09:51AM 25   TRAVELLED TO THE NEIGHBORING COUNTRY OF LIECHTENSTEIN WHERE AN

09:51AM  1    ACCOUNT WAS OPENED IN THE NAME OF KRISTEL KUBUROVICH.

09:51AM  2         AND IN ADDITION TO OPENING THE ACCOUNT, SHE GAVE SIGNATURE

09:51AM  3    AUTHORITY AND POWER OF ATTORNEY TO HER FATHER, AND CODEFENDANT,

09:51AM  4    MR. GOYKO KUBUROVICH OVER THIS LIECHTENSTEIN ACCOUNT.

09:51AM  5         THREE WEEKS LATER ON JANUARY 26TH, 2009, $500,000 WAS

09:52AM  6    WIRED FROM ONE OF KRISTEL KUBUROVICH'S U.S. ACCOUNTS INTO A NEW

09:52AM  7    ACCOUNT IN LIECHTENSTEIN.  AGAIN, THE EVIDENCE WILL SHOW THAT

09:52AM  8    ALL OF THIS MONEY CAME DIRECTLY FROM GOYKO KUBUROVICH.

09:52AM  9         ON MARCH 25TH, 2009, MR. KUBUROVICH RECEIVES A FORECLOSURE

09:52AM  10   NOTICE FOR THIS MORGAN HILL HOME THAT HE STOPPED MAKING

09:52AM  11   MORTGAGE PAYMENTS ON.

09:52AM  12        FIVE DAYS LATER ON MARCH 30TH, 2009, $50,000 IS WIRED FROM

09:52AM  13   ONE OF THE TWO NEW U.S. ACCOUNTS UNDER KRISTEL KUBUROVICH'S

09:52AM  14   NAME TO STEWART TITLE COMPANY TOWARDS THE PURCHASE OF A HOME AT

09:52AM  15   7170 EAGLE RIDGE DRIVE.

09:52AM  16        ON APRIL 6TH, 2009, $400,000 OF THE $500,000 THAT WAS

09:53AM  17   WIRED TO LIECHTENSTEIN WERE WIRED BACK TO THE UNITED STATES

09:53AM  18   INTO KRISTEL KUBUROVICH'S ACCOUNT.

09:53AM  19        THE FOLLOWING DAY, APRIL 7TH, 2009, $591,000 IS

09:53AM  20   TRANSFERRED FROM THAT KRISTEL KUBUROVICH ACCOUNT TO ANOTHER

09:53AM  21   BANK ACCOUNT.  THIS BANK ACCOUNT IS ALSO NEW, AND THE EVIDENCE

09:53AM  22   WILL SHOW THAT IT'S UNDER THE NAME OF NATA LP, THE LIMITED

09:53AM  23   PARTNERSHIP THAT GOYKO KUBUROVICH HAD FORMED JUST A FEW MONTHS

09:53AM  24   EARLIER.

09:53AM  25        AND AGAIN, THE EVIDENCE WILL SHOW THAT THIS $591,000 CAN

09:53AM 1   BE TRACED DIRECTLY TO MR. KUBUROVICH.

09:53AM 2       ON MAY 11TH, 2009, APPROXIMATELY $600,000 IS TRANSFERRED

09:53AM 3   FROM THAT NATA LP BANK ACCOUNT TO STEWART TITLE COMPANY FOR THE

09:54AM 4   REMAINDER OF THE BALANCE ON THE 7170 EAGLE RIDGE HOME, AND AT

09:54AM 5   THAT POINT THE HOME WAS THEIRS, MR. KUBUROVICH'S, AN ALL CASH

09:54AM 6   PAYMENT.  AGAIN, THE MONEY CAN BE TRACED DIRECTLY BACK TO HIS

09:54AM 7   ACCOUNT.

09:54AM 8       AROUND THAT SAME TIME HIS HOME IN MORGAN HILL IS

09:54AM 9   FORECLOSED, AND HE MOVES TO 7170 EAGLE RIDGE DRIVE, AND IT

09:54AM 10  BECOMES HIS PRIMARY RESIDENCE.

09:54AM 11      AFTER MOVING INTO 7170 EAGLE RIDGE DRIVE, MR. KUBUROVICH

09:54AM 12  CONTINUES.  HE TAKES OUT TWO LOANS, FIRST IN DECEMBER OF 2009

09:54AM 13  FOR $210,000, AND THEN AGAIN IN MAY 2010, JUST TWO WEEKS BEFORE

09:54AM 14  HE FILES FOR BANKRUPTCY, TWO PERSONAL LOANS.  AND AS SECURITY

09:54AM 15  FOR THESE TWO LOANS, HE PUTS UP THE 7170 EAGLE RIDGE DRIVE

09:55AM 16  RESIDENCE AS COLLATERAL.

09:55AM 17      NOW, THE EVIDENCE WILL SHOW THAT MR. KUBUROVICH DID NOT

09:55AM 18  LIST ANY OF THESE ASSETS ON HIS BANKRUPTCY PETITION OR ANYWHERE

09:55AM 19  ELSE ON THE FORM, HIS SCHEDULES, HIS STATEMENT OF FINANCIAL

09:55AM 20  AFFAIRS.  HE DID NOT LIST THE $750,000.  HE DID NOT LIST THE

09:55AM 21  7170 EAGLE RIDGE HOME.  HE DID NOT LIST THE $220,000 THAT HE

09:55AM 22  STILL HAD REMAINING IN VARIOUS BANK ACCOUNTS, AND HE DID NOT

09:55AM 23  LIST NATA LP, THE LIMITED PARTNERSHIP THAT HE JUST FORMED.

09:55AM 24      IN FACT, ON HIS BANKRUPTCY PETITION, MR. KUBUROVICH LISTED

09:55AM 25  AS THE TOTAL AMOUNT OF MONEY THAT HE HAD, THE CASH IN HIS

09:55AM  1      POCKETS, AND THE MONEY IN HIS BANK ACCOUNTS, AS $325.

09:56AM  2          NOW, WE BELIEVE THE EVIDENCE WILL SHOW THAT MR. KUBUROVICH

09:56AM  3      DID ALL OF THESE THINGS TO HIDE HIS ASSETS, TO HIDE THEM FROM

09:56AM  4      THE BANKRUPTCY TRUSTEE, TO HIDE THEM FROM THE BANKRUPTCY COURT,

09:56AM  5      AND TO HIDE THEM FROM THE CREDITORS THAT HE OWED MONEY.

09:56AM  6          NOW, THIS EVIDENCE WILL COME IN THE FORM OF SEVERAL

09:56AM  7      WITNESSES, AND I JUST WANTED TO BRIEFLY DISCUSS A COUPLE OF

09:56AM  8      THEM WITH YOU NOW.  ONE WILL BE TIMOTHY LAFFREDI.  HE'S AN

09:56AM  9      ASSISTANT UNITED STATES TRUSTEE, AND HIS JOB IS TO SUPERVISE

09:56AM  10     BANKRUPTCY PROCEEDINGS HERE IN THE NORTHERN DISTRICT OF

09:56AM  11     CALIFORNIA.

09:56AM  12         WE ANTICIPATE THAT MR. LAFFREDI WILL GIVE YOU EXPERT

09:56AM  13     TESTIMONY ON THE BANKRUPTCY SYSTEM.  WE EXPECT THAT HE WILL

09:56AM  14     TESTIFY THAT THERE IS ABSOLUTELY NOTHING WRONG WITH FILING FOR

09:57AM  15     BANKRUPTCY; THAT THE SYSTEM EXISTS FOR A REASON AND THAT IS TO

09:57AM  16     HELP HONEST BUT UNFORTUNATE DEBTORS.

09:57AM  17         WE ALSO EXPECT HIM TO TESTIFY THAT THE SYSTEM REQUIRES,

09:57AM  18     THEREFORE, THE COMPLETE HONESTY AND OPENNESS OF THOSE DEBTORS

09:57AM  19     WHO ARE FILING FOR BANKRUPTCY.

09:57AM  20         NOW, MR. LAFFREDI WILL DISCUSS THE VARIOUS FORMS WHERE

09:57AM  21     THAT INFORMATION IS SUPPOSED TO BE DISCLOSED, AND YOU WILL

09:57AM  22     LEARN THAT BANKRUPTCY HAS A SPECIALIZED VOCABULARY ALL OF ITS

09:57AM  23     OWN AND IT'S HELPFUL FOR YOU TO UNDERSTAND THAT VOCABULARY TO

09:57AM  24     UNDERSTAND THIS CASE.

09:57AM  25         SO, FOR EXAMPLE, MR. LAFFREDI WILL TALK ABOUT THE

09:57AM 1   BANKRUPTCY PETITION.  THAT'S THE INITIAL APPLICATION THAT A

09:57AM 2   DEBTOR FILES.  HE WILL TALK ABOUT THE SCHEDULES THAT ARE

09:57AM 3   ATTACHED TO THE PETITION.  EACH SCHEDULE ASKS FOR SPECIFIC

09:57AM 4   INFORMATION.  FOR EXAMPLE, SCHEDULE A ASKS FOR REAL PROPERTY

09:57AM 5   INFORMATION AND SCHEDULE B ASKS FOR PERSONAL PROPERTY

09:58AM 6   INFORMATION.

09:58AM 7        HE WILL DISCUSS THE STATEMENT OF FINANCIAL AFFAIRS, ALSO

09:58AM 8   KNOWN AS THE SOFA, AND AMENDMENTS WHICH CAN BE USED AT ANY TIME

09:58AM 9   DURING THE BANKRUPTCY PROCEEDINGS TO CORRECT AND UPDATE ANY

09:58AM 10  ERRORS THAT WERE MADE ON THE INITIAL PETITION.

09:58AM 11       WE ALSO EXPECT MR. LAFFREDI TO TESTIFY ABOUT THE DIFFERENT

09:58AM 12  PLAYERS IN THE BANKRUPTCY SYSTEM AND THE PROCESS, INCLUDING,

09:58AM 13  FOR EXAMPLE, THE BANKRUPTCY TRUSTEE WHO AS PART OF HER JOB

09:58AM 14  LOOKS TO SEE THE INFORMATION THAT THE DEBTOR DISCLOSES AND DOES

09:58AM 15  SOME CHECKS TO SEE IF SHE CAN FIND OUT IF THAT INFORMATION IS

09:58AM 16  HONEST AND COMPLETE.

09:58AM 17       AND WE EXPECT MR. LAFFREDI WILL TESTIFY THAT SOMETIMES

09:58AM 18  THOSE ASSETS CAN BE FOUND IF THEY ARE IN THE NAME OF THE DEBTOR

09:58AM 19  BUT THAT THEY'RE MUCH HARDER TO FIND IF THEY ARE HIDDEN IN

09:58AM 20  SOMEONE ELSE'S NAME.

09:58AM 21       AND THAT'S WHAT THIS CASE IS ABOUT.

09:58AM 22       WE ALSO EXPECT THAT THE EVIDENCE WILL SHOW THAT THE WAY TO

09:59AM 23  FIND THESE HIDDEN ASSETS IN THIS PARTICULAR CASE IS SIMPLY TO

09:59AM 24  FOLLOW THE MONEY.

09:59AM 25       AND THAT BRINGS ME TO THE SECOND WITNESS I WOULD LIKE TO

09:59AM  1    DISCUSS.  THAT IS MS. CARLENE KIKUGAWA.  SHE'S AN FBI FORENSIC

09:59AM  2    ACCOUNTANT, AND WE EXPECT SHE WILL TESTIFY THAT SHE HAS

09:59AM  3    REVIEWED THOUSANDS OF PAGES OF FINANCIAL RECORDS IN THE NAME OF

09:59AM  4    MR. KUBUROVICH, HIS VARIOUS BUSINESS ENTITIES, AND

09:59AM  5    MS. KUBUROVICH.

09:59AM  6        AND WE EXPECT THAT SHE WILL TESTIFY THAT HER SUMMARY OF

09:59AM  7    THESE FINANCIAL RECORDS SHOWS A MONEY TRAIL THAT LEADS DIRECTLY

09:59AM  8    TO MR. KUBUROVICH.

09:59AM  9        THE EVIDENCE WILL SHOW THAT HE HID HIS ASSETS AND THAT HE

09:59AM 10    HID HIS ASSETS UNDER THE NAME OF MS. KUBUROVICH WITH HER

09:59AM 11    KNOWING ASSISTANCE INCLUDING HER GIVING HIM POWER OF AUTHORITY

10:00AM 12    OVER HER ACCOUNT IN LIECHTENSTEIN AND SIGNING BLANK CHECKS FOR

10:00AM 13    VARIOUS BANK ACCOUNTS SHE HAD IN THE UNITED STATES THAT

10:00AM 14    MR. KUBUROVICH COULD USE HOWEVER HE SAW FIT.

10:00AM 15        NOW, THIS IS JUST A PREVIEW OF THE EVIDENCE THAT YOU WILL

10:00AM 16    HEAR DURING THE NEXT FEW DAYS, AND AFTER ALL OF THE EVIDENCE IS

10:00AM 17    IN WE WILL STAND HOPEFULLY IN FRONT OF YOU AGAIN AND WE BELIEVE

10:00AM 18    AT THAT TIME THAT YOU WILL BE FIRMLY CONVINCED, AND SO WE WILL

10:00AM 19    ASK YOU TO FIND THE DEFENDANTS GUILTY OF BANKRUPTCY FRAUD,

10:00AM 20    CONCEALMENT OF ASSETS DURING THE BANKRUPTCY PROCEEDING, AND

10:00AM 21    MR. KUBUROVICH GUILTY OF MAKING A FALSE STATEMENT DURING A

10:00AM 22    BANKRUPTCY PROCEEDING.

10:00AM 23        THANK YOU.

10:00AM 24            THE COURT:  THANK YOU, COUNSEL.

10:00AM 25        MR. NICK, DO YOU WISH TO GIVE AN OPENING STATEMENT AT THIS

10:00AM  1      TIME?

10:00AM  2              MR. NICK:  NO.  THANK YOU VERY MUCH, YOUR HONOR.  WE

10:00AM  3      WOULD WAIVE UNTIL THE GOVERNMENT CLOSES THEIR CASE.

10:00AM  4              THE COURT:  ALL RIGHT.  YOU RESERVE.

10:01AM  5          MS. GILG, DO YOU WISH TO MAKE AN OPENING STATEMENT?

10:01AM  6              MS. GILG:  YES, YOUR HONOR.

10:01AM  7              THE COURT:  PLEASE PROCEED.

10:01AM  8          **(COUNSEL FOR DEFENDANT KRISTEL KUBUROVICH GAVE THEIR**

10:01AM  9      **OPENING STATEMENT.)**

10:01AM 10              MS. GILG:  GOOD MORNING, LADIES AND GENTLEMEN OF THE

10:01AM 11      JURY.  GIVING AN OPENING STATEMENT IS NOT LIKE WRITING A

10:01AM 12      PREFACE TO A BOOK THAT HAS ALREADY BEEN WRITTEN, AND IT'S NOT

10:01AM 13      LIKE WRITING A REVIEW OF A FILM THAT HAS ALREADY BEEN SEEN.

10:01AM 14          SO AS WE, ATTORNEYS, TRY TO ENCAPSULATE WHAT WE BELIEVE IS

10:01AM 15      GOING TO TAKE PLACE OVER THE NEXT FEW DAYS, WE DON'T HAVE A

10:01AM 16      SCRIPT, AND WITNESSES DO DIFFERENT THINGS THAN WE EXPECT THEM

10:01AM 17      TO DO.  THE JUDGE RULES IN WAYS THAT WE'RE NOT EXPECTING.  SO

10:01AM 18      SOMETIMES WE MAY SAY SOMETHING IN OUR OPENING STATEMENT AND SAY

10:02AM 19      SOMETHING MAY BE SHOWN, AND THEN YOU NEVER HEAR ABOUT IT AGAIN

10:02AM 20      OR SAY SOMETHING IS NOT GOING TO BE SHOWN AND THEN IT IS SHOWN.

10:02AM 21          SO AS I GIVE YOU MY OPENING STATEMENT, I WANT TO BE VERY

10:02AM 22      CAREFUL OF THAT.

10:02AM 23          BUT THERE'S ONE THING THAT I AM ABSOLUTELY CERTAIN WILL

10:02AM 24      NOT BE SHOWN IN THIS TRIAL IS THAT MY CLIENT,

10:02AM 25      KRISTEL KUBUROVICH, HAS SUPER POWERS.  THAT MR. KUBUROVICH IS

10:02AM  1    CLAIRVOYANT.  THAT MY CLIENT IS PSYCHIC, AND THAT THIS DYNAMIC

10:02AM  2    DUO OF FATHER AND DAUGHTER WERE ABLE TO PREDICT THE IMPACT OF

10:02AM  3    THE GREAT RECESSION.  YOU WON'T SEE EVIDENCE OF THAT.

10:02AM  4         YOU'RE JUST GOING TO HEAR EVIDENCE ABOUT A FATHER AND

10:03AM  5    DAUGHTER WHO HAVE A CLOSE RELATIONSHIP.  THE DAUGHTER WAS 19 AT

10:03AM  6    THE TIME OF ALL OF THE EVENTS THAT BRING US HERE TODAY.

10:03AM  7         YOU'RE GOING TO SEE SOME EVIDENCE THAT SHE WASN'T THE MOST

10:03AM  8    RESPONSIBLE ON MAKING PAYMENTS THAT SHE INCURRED THROUGH THE

10:03AM  9    COURSE OF THE EVENTS THAT LEAD US HERE, AND THAT SHE TOOK

10:03AM  10   ADVICE AND COUNSEL FROM HER FATHER WHO WAS A PROPERTY

10:03AM  11   DEVELOPER.

10:03AM  12        SO AS YOU'RE VIEWING THE EVIDENCE, THERE'S THREE TIME

10:03AM  13   PERIODS THAT ARE CRITICAL.  AND THE FIRST TIME PERIOD IS THE

10:03AM  14   TIME PERIOD BEFORE THE WINTER OF 2008.

10:03AM  15        DURING THAT TIME PERIOD MR. KUBUROVICH HAD A PROPERTY

10:03AM  16   WHICH HE HAD INHERITED FROM HIS FATHER AND HE HAD THROUGH THE

10:04AM  17   COURSE OF VARIOUS INVESTMENTS ENDED UP IN A PROPERTY CALLED THE

10:04AM  18   ATWATER PROPERTIES.

10:04AM  19        AND THIS PROPERTY WAS HELD BY ONE OF THE DEVELOPMENT

10:04AM  20   COMPANIES BELLEVUE.  SO YOU'RE GOING TO HEAR TESTIMONY ABOUT

10:04AM  21   THESE VARIOUS PROPERTIES.

10:04AM  22        BUT THE IMPORTANT THING THAT YOU'RE GOING TO LEARN IS THAT

10:04AM  23   IN THE SUMMER OF 2008 THAT $3.1 MILLION WAS OBTAINED BY THE

10:04AM  24   SELL OF THIS ATWATER PROPERTY.  AND OF THAT $3 MILLION, OVER A

10:04AM  25   MILLION WENT TO MR. KUBUROVICH.  OKAY.  SO THIS HAPPENS IN --

10:04AM 1    TOWARDS THE FALL OF 2008.

10:05AM 2        NOW, THIS MILLION DOLLARS THAT HE'S GETTING -- AND AGAIN,

10:05AM 3    WE'RE TALKING ABOUT THIS TIME PERIOD WHERE ACCORDING TO THE

10:05AM 4    PROSECUTION THAT HE'S MAKING THIS PLAN TO FILE FOR BANKRUPTCY

10:05AM 5    IN 18 MONTHS.  SO WHEN HE GETS THIS MONEY, HE PUTS IT INTO HIS

10:05AM 6    OWN ACCOUNT, HIM AND HIS WIFE'S MERRILL LYNCH ACCOUNT.  AND

10:05AM 7    YOU'LL SEE THE RECORDS.

10:05AM 8        SO THIS OVER A MILLION DOLLARS GOES INTO HIS AND HIS

10:05AM 9    WIFE'S MERRILL LYNCH ACCOUNT, AND HE HELD IT THERE FOR A WHILE

10:05AM 10   IN HIS NAME.

10:05AM 11       THEN IN DECEMBER HE TRANSFERS IT TO HIS DAUGHTER,

10:05AM 12   KRISTEL KUBUROVICH.

10:05AM 13       NOW, YOU'LL HEAR ABOUT THE CREATION OF THIS LIMITED

10:05AM 14   PARTNERSHIP, NATA, WHICH IS NAMED FOR KRISTEL'S LITTLE SISTER,

10:05AM 15   NATALIE.  IT IS A LIMITED PARTNERSHIP IN WHICH THE LEGACY FROM

10:06AM 16   THE GRANDFATHER, THE $750,000, IS HELD, SUPPOSED TO BE HELD.

10:06AM 17       NOTHING IS SECRET ABOUT THIS.  IT'S FILED WITH THE

10:06AM 18   SECRETARY OF STATE.  IT'S A LIMITED PARTNERSHIP.  YOU'RE GOING

10:06AM 19   TO HEAR FROM THE ATTORNEY WHO CREATED IT FOR MS. KUBUROVICH AT

10:06AM 20   THE REQUEST OF HER FATHER WHEN HE ASKED HOW DO WE PROTECT THIS

10:06AM 21   MONEY?  THE LAWYER SAID, WELL, YOU MAKE A LIMITED PARTNERSHIP,

10:06AM 22   NATA, AND THEN BECAUSE NATA IS STILL UNDER AGE, SHE'S NOT 18,

10:06AM 23   AND SHE'S THE OTHER PARTNER.  THERE'S KRISTEL AND NATALIE.

10:06AM 24       THEN WE HAVE TO CREATE THIS OTHER ENTITY CALLED DESTRO,

10:06AM 25   AND YOU'RE GOING TO HEAR ALL OF THAT.  AND I'M NOT GOING TO GET

10:06AM  1    INTO THIS IN OPENING STATEMENT, BUT YOU'RE GOING TO HEAR HOW

10:06AM  2    THE ENTITY WAS SET UP AND THAT THE ENTITY WAS WITH MY CLIENT'S

10:06AM  3    NAME ON IT FILED WITH THE SECRETARY OF STATE.

10:06AM  4        BUT IMPORTANTLY, THE MONEY WENT FROM MR. KUBUROVICH TO HIS

10:07AM  5    DAUGHTER.  IT DIDN'T GO TO MR. KUBUROVICH TO NATA.  IT DIDN'T

10:07AM  6    GO FROM THE SELL OF THE ATWATER PROPERTY TO NATA.  IT WENT FROM

10:07AM  7    THE SELL OF ATWATER TO MR. KUBUROVICH, TO KRISTEL KUBUROVICH,

10:07AM  8    TO NATALIE -- NO, NO, NO, I'M SORRY.  IT DIDN'T GO TO NATA.  IT

10:07AM  9    WENT TO LIECHTENSTEIN, AND THEN CAME BACK FROM LIECHTENSTEIN IN

10:07AM  10   MS. KUBUROVICH'S NAME AND THEN WENT TO NATA.

10:07AM  11       NOW, IF YOU'RE REALLY GOING TO TRY AND CONCEAL THIS MONEY,

10:07AM  12   YOU'RE NOT GOING TO LEAVE THAT KIND OF A TRAIL.  AND MR. SIMEON

10:07AM  13   KEPT SAYING -- HIS WORDS WERE THIS MONEY -- WHAT WAS IT?  THE

10:07AM  14   MONEY CAN BE TRACED DIRECTLY TO MR. KUBUROVICH.

10:07AM  15       OF COURSE IT CAN BECAUSE NO ONE WAS HIDING IT.  I'M SURE

10:07AM  16   THAT THE FORENSIC ACCOUNTANT IS VERY, VERY SKILLED, BUT I'M

10:07AM  17   AFRAID SHE DIDN'T EXERCISE HER SKILLS VERY MUCH IN THIS BECAUSE

10:08AM  18   EVERY STEP OF THE WAY THERE'S A WIRE TRANSFER.

10:08AM  19       THEY TRAVEL TO LIECHTENSTEIN.  NOW, THEY DON'T TAKE THE

10:08AM  20   MONEY OUT OF THE BANK AND TURN IT INTO GOLD OR TURN IT INTO

10:08AM  21   SOME KIND OF A COMMODITY THAT THEY CAN TAKE OVER TO

10:08AM  22   LIECHTENSTEIN AND THERE'S NO TRAIL.  NO.

10:08AM  23       THEY GO TO LIECHTENSTEIN.  THE MONEY IS STILL IN THE

10:08AM  24   UNITED STATES.  AND THEN THEY WIRE THE MONEY TO LIECHTENSTEIN

10:08AM  25   FROM KRISTEL KUBUROVICH'S BANK.

10:08AM   1          THEN WHEN THEY FIND THE HOUSE TO PURCHASE, THEN THEY WIRE

10:08AM   2     THE MONEY BACK FROM LIECHTENSTEIN TO MR. KUBUROVICH'S BANK, NOT

10:08AM   3     TO NATA.

10:08AM   4          SO, YES, YOU CAN TRACE IT RIGHT BACK TO HER FATHER BECAUSE

10:08AM   5     HER FATHER GAVE HER THE MONEY IN 2008, 18 MONTHS BEFORE FILING

10:08AM   6     FOR BANKRUPTCY.

10:08AM   7          SO I WANT TO ASK YOU TO PAY CLOSE ATTENTION TO WHAT WAS

10:08AM   8     GOING ON IN 2008 AND BEFORE 2008.

10:08AM   9          AND THEN I'M GOING TO ASK YOU TO LOOK AT WHAT HAPPENED

10:09AM  10     DURING 2009 BECAUSE 2009 IS A REALLY TOUGH YEAR FOR THE

10:09AM  11     KUBUROVICH FAMILY.

10:09AM  12          AND I'M NOT GOING INTO ALL OF THE DETAILS OF ALL OF THE

10:09AM  13     EXPENSES.  I WILL ASK QUESTIONS, AND I WILL TRY TO GIVE YOU A

10:09AM  14     FLAVOR FOR WHAT WAS HAPPENING TO THIS FAMILY DURING THAT TIME,

10:09AM  15     BUT REMEMBER, MR. KUBUROVICH DIDN'T SAY IN 2008, AH, BOY, I

10:09AM  16     SURE WOULD LIKE TO FILE FOR BANKRUPTCY IN 2010 SO LET ME START

10:09AM  17     GETTING READY FOR IT.

10:09AM  18          A LOT HAPPENED IN 2009 WHICH ESSENTIALLY DRAINED THIS

10:09AM  19     FAMILY.  THEY TRIED TO OPEN THE BUSINESS CALLED MEDILEAF, WHICH

10:09AM  20     YOU HEARD ALREADY A LITTLE BIT ABOUT, THAT DRAINED THE FUNDS.

10:09AM  21          THE TWO LOANS, THE PERSONAL LOANS THAT MR. SIMEON TALKED

10:09AM  22     ABOUT, THOSE LOANS WERE FOR THE PURPOSE OF RUNNING THIS

10:09AM  23     BUSINESS MEDILEAF, AND THEY WERE SECURED BY THE PROPERTY AT

10:09AM  24     EAGLE RIDGE WHICH WAS IN NATA'S NAME AT THIS POINT.

10:10AM  25          SO THESE PERSONAL LOANS WEREN'T TAKEN ON BY

10:10AM  1      MR. KUBUROVICH.  THEY WERE TAKEN ON BY NATA.

10:10AM  2          BY THE TIME HE FILED FOR BANKRUPTCY IN 2010, NATA WASN'T

10:10AM  3      WORTH VERY MUCH BECAUSE IT HAD THESE TWO LOANS ON IT AND IT

10:10AM  4      HAD, YOU KNOW, IT WAS -- NATA HAD A LOT OF DEBT, TOO.  NATA

10:10AM  5      LOANED TO MEDILEAF, AND THEY DIDN'T RECOVER FROM THAT.  AND

10:10AM  6      KRISTEL PERSONALLY LOANED TO MEDILEAF.  AND THERE WERE A LOT OF

10:10AM  7      EXPENSES THAT WERE INCURRED DURING THAT YEAR THAT CAUSED

10:10AM  8      MR. KUBUROVICH TO FILE FOR BANKRUPTCY IN THE SPRING OF 2010,

10:10AM  9      AND THAT'S THE SECOND TIME PERIOD THAT I WOULD LIKE YOU TO LOOK

10:10AM  10     AT.

10:11AM  11         THEN THE THIRD TIME PERIOD TO LOOK AT IS AFTER THE FILING

10:11AM  12     FOR BANKRUPTCY, WHAT HAPPENED THEN?

10:11AM  13         AND WHAT YOU'RE GOING TO FIND OUT IS THAT THIS WAS A

10:11AM  14     LENGTHY BANKRUPTCY PROCEEDING.  MR. LAFFREDI IS GOING TO

10:11AM  15     TESTIFY ABOUT WHAT THE STAGES ARE IN A BANKRUPTCY PROCEEDING,

10:11AM  16     AND I'M ANTICIPATING, AGAIN, THIS IS ONE OF THOSE THINGS THAT I

10:11AM  17     DON'T HAVE A SCRIPT FOR BECAUSE I HAVE NEVER MET MR. LAFFREDI,

10:11AM  18     BUT I ANTICIPATE HE'S GOING TO TESTIFY THAT THIS PARTICULAR

10:11AM  19     BANKRUPTCY PROCEEDING WAS VERY INVOLVED.  THERE WAS A SPECIAL

10:11AM  20     ACCOUNTANT APPOINTED, THERE WAS A SPECIAL ATTORNEY APPOINTED,

10:11AM  21     THERE WAS -- IT TOOK FIVE YEARS.  THERE WERE NUMEROUS ATTEMPTS

10:11AM  22     TO NOT ALLOW FOR THE DISCHARGE.

10:11AM  23         AND EVENTUALLY WHAT HAPPENED WAS ALL OF THE MONEY THAT WAS

10:11AM  24     IN -- THAT WAS GIVEN TO HIS DAUGHTERS IN 2008 WAS USED TO PAY

10:12AM  25     THE DEBT OF THE BANKRUPTCY BECAUSE THAT'S WHAT FAMILIES DO.

10:12AM 1      SO YOU'RE GOING TO HEAR A STORY OF A FAMILY, A FATHER AND

10:12AM 2  A DAUGHTER, WHO DO THE KINDS OF THINGS THAT FATHERS AND

10:12AM 3  DAUGHTERS DO.  THEY HAVE GOOD DAYS AND THEY HAVE BAD DAYS, AND

10:12AM 4  YOU'LL PROBABLY BE ABLE TO OBSERVE THEM HAVING SOME GOOD DAYS

10:12AM 5  AND SOME BAD DAYS RIGHT BEFORE YOU.

10:12AM 6      BUT THERE WAS NO SCHEME TO DEFRAUD.  MY GOODNESS,

10:12AM 7  TEN YEARS AGO THE GREAT RECESSION.  WHO COULD HAVE PREDICTED

10:12AM 8  THAT?

10:12AM 9      IT WASN'T ON MR. KUBUROVICH'S BUCKET LIST TO FILE FOR

10:12AM 10 BANKRUPTCY IN 2008, AND IT CERTAINLY WASN'T MY 19-YEAR-OLD

10:12AM 11 CLIENT'S PRIORITY TO FIGURE OUT WHAT HER FATHER'S FINANCIAL

10:12AM 12 SITUATION WAS, AND, THEREFORE, ASSIST HIM IN HIDING THE MONEY

10:13AM 13 THAT HE WAS GOING TO HIDE WHEN HE FILED FOR BANKRUPTCY IN

10:13AM 14 18 MONTHS.  THAT'S WHAT THE GOVERNMENT HAS TO PROVE FOR

10:13AM 15 MS. KUBUROVICH TO BE GUILTY, THAT SHE PREDICTED AND KNEW AND

10:13AM 16 COULD READ HIS MIND.

10:13AM 17     LADIES AND GENTLEMEN OF THE JURY, IT'S JUST NOT GOING TO

10:13AM 18 HAPPEN.  I APPRECIATE ALL OF YOUR CLOSE ATTENTION.  AND I HOPE

10:13AM 19 AT THE CONCLUSION THAT YOU'LL FIND MY CLIENT NOT GUILTY AND HER

10:13AM 20 FATHER NOT GUILTY.

10:13AM 21     THANK YOU.

10:13AM 22         THE COURT:  THANK YOU, COUNSEL.

10:13AM 23 DOES THE GOVERNMENT HAVE A WITNESS TO CALL?

10:13AM 24         MR. SIMEON:  YES, YOUR HONOR.  THE GOVERNMENT CALLS

10:13AM 25 TIMOTHY LAFFREDI.

10:13AM 1       THE COURT:  ALL RIGHT.  THANK YOU.

10:14AM 2       PLEASE COME FORWARD, SIR.  AND IF YOU COULD STAND JUST

10:14AM 3   HERE FACING OUR COURTROOM DEPUTY WHILE YOU RAISE YOUR RIGHT

10:14AM 4   HAND, SHE HAS A QUESTION FOR YOU.

10:14AM 5       **(GOVERNMENT'S WITNESS, TIMOTHY LAFFREDI, WAS SWORN.)**

10:14AM 6       THE WITNESS:  YES.

10:14AM 7       THE COURT:  PLEASE HAVE A SEAT HERE, SIR.  MAKE

10:14AM 8   YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE CHAIR AND THE

10:14AM 9   MICROPHONE.

10:14AM 10       THE WITNESS:  THANK YOU.

10:14AM 11       THE COURT:  I'LL ENCOURAGE YOU TO SPEAK DIRECTLY

10:14AM 12   INTO THE MICROPHONE.  WHEN YOU ARE COMFORTABLE, WOULD YOU

10:14AM 13   PLEASE STATE YOUR NAME AND SPELL IT.

10:14AM 14       THE WITNESS:  MY NAME IS TIM LAFFREDI, AND MY LAST

10:14AM 15   NAME IS SPELLED L-A-F-F-R-E-D-I.

10:14AM 16       THE COURT:  THANK YOU.  COUNSEL, LET ME ASK YOU,

10:14AM 17   BEFORE YOU BEGIN YOUR EXAMINATION, IS THIS A GOOD TIME TO GO

10:14AM 18   THROUGH ANY EXHIBIT STIPULATIONS OF EXHIBITS?

10:14AM 19       MR. SIMEON:  YES.  THANK YOU, YOUR HONOR.

10:14AM 20       THE COURT:  SHOULD WE DO THAT NOW?

10:14AM 21       MR. SIMEON:  THE PARTIES HAVE AGREED THAT EXHIBITS

10:14AM 22   1, 2, 3, 4, AND 40 ARE ADMISSIBLE.

10:15AM 23       MS. GILG:  THAT'S CORRECT, YOUR HONOR.

10:15AM 24       MR. NICK:  SO AGREED.

10:15AM 25       THE COURT:  ALL RIGHT.  THANK YOU.  THOSE THEN, BY

10:15AM 1    STIPULATION, THOSE WILL BE ADMITTED AND MAY OTHERWISE BE

10:15AM 2    PUBLISHED TO THE JURY.

10:15AM 3              MR. SIMEON:  THANK YOU, YOUR HONOR.

10:15AM 4         (GOVERNMENT'S EXHIBIT 1, 2, 3, 4, AND 40 WERE RECEIVED IN

10:15AM 5    EVIDENCE.)

10:15AM 6                        **DIRECT EXAMINATION**

10:15AM 7    BY MR. SIMEON:

10:15AM 8    Q.   GOOD MORNING, MR. LAFFREDI.

10:15AM 9    A.   GOOD MORNING.

10:15AM 10   Q.   BEFORE WE GET INTO THE MEAT OF YOUR TESTIMONY, LET'S START

10:15AM 11   WITH SOME BACKGROUND QUESTIONS.

10:15AM 12        WHERE ARE YOU CURRENTLY EMPLOYED?

10:15AM 13   A.   I'M EMPLOYED WITH THE UNITED STATES TRUSTEE PROGRAM, AND I

10:15AM 14   AM THE ASSISTANT UNITED STATES TRUSTEE FOR THE NORTHERN

10:15AM 15   DISTRICT OF CALIFORNIA.

10:15AM 16   Q.   AND HOW LONG HAVE YOU BEEN EMPLOYED WITH THE U.S.

10:15AM 17   TRUSTEE'S OFFICE?

10:15AM 18   A.   SO I BEGAN MY CAREER WITH THE UNITED STATES TRUSTEE

10:15AM 19   PROGRAM IN JUNE OF 2007, AND I WAS A TRIAL ATTORNEY FOR THE

10:15AM 20   UNITED STATES TRUSTEE FOR ABOUT NINE YEARS BEFORE I BECAME THE

10:15AM 21   ASSISTANT UNITED STATES TRUSTEE IN JULY OF 2016.

10:16AM 22   Q.   OKAY.  AND JUST VERY BRIEFLY AND GENERALLY, WHAT ARE YOUR

10:16AM 23   CURRENT DUTIES AND RESPONSIBILITIES?

10:16AM 24   A.   SO -- WELL, IT MAY HELP TO GIVE A LITTLE MORE BACKGROUND

10:16AM 25   ABOUT WHAT THE UNITED STATES TRUSTEE PROGRAM IS TO HELP

10:16AM 1      UNDERSTAND WHAT I DO.

10:16AM 2      Q.   SURE.  WHY DON'T WE BACK UP TO YOUR -- THE BEGINNING OF

10:16AM 3      YOUR EDUCATION AND THEN WE'LL WORK OUR WAY TO THAT.

10:16AM 4      A.   SURE.

10:16AM 5      Q.   THANK YOU.  LET'S START WITH YOUR EDUCATION.  DID YOU

10:16AM 6      ATTEND COLLEGE?

10:16AM 7      A.   I DID.

10:16AM 8      Q.   WHERE DID YOU GO TO SCHOOL?

10:16AM 9      A.   I GRADUATED FROM ST. OLAF COLLEGE IN NORTHVILLE,

10:16AM 10     MINNESOTA.

10:16AM 11     Q.   DID YOU GRADUATE WITH ANY HONORS?

10:16AM 12     A.   YES, I DID.  HIGH HONORS.  AND I HAD A DOUBLE MAJOR IN

10:16AM 13     MATHEMATICS AND NORWEGIAN.

10:16AM 14     Q.   AFTER COLLEGE DID YOU WORK?

10:16AM 15     A.   I DID.  I TOOK A YEAR OFF AFTER COLLEGE, AND I WAS A

10:16AM 16     SUBSTITUTE TEACHER AT THE HIGH SCHOOL THAT I WENT TO.

10:16AM 17     Q.   AND HOW LONG DID YOU DO THAT?

10:16AM 18     A.   JUST FOR A YEAR.  SORRY.

10:16AM 19     Q.   I'M SORRY, A YEAR.  AND AFTER THAT YEAR?

10:17AM 20     A.   THEN I WENT TO LAW SCHOOL AT MARQUETTE UNIVERSITY, AND I

10:17AM 21     GRADUATED FROM HONORS IN MAY OF 2005 WITH A JURIS DOCTORATE

10:17AM 22     DEGREE.

10:17AM 23     Q.   AFTER YOUR J.D., WHAT DID YOU DO?

10:17AM 24     A.   I WAS ADMITTED TO THE BAR OF WISCONSIN.  SO I'M A MEMBER

10:17AM 25     OF THE WISCONSIN BAR.  I THEN BECAME A LAW CLERK FOR A

10:17AM 1    BANKRUPTCY JUDGE IN MILWAUKEE, JUDGE SUSAN V. KELLEY WITH THE

10:17AM 2    EASTERN DISTRICT OF WISCONSIN BANKRUPTCY COURT, AND I WAS A LAW

10:17AM 3    CLERK FOR HER FOR TWO YEARS.

10:17AM 4    Q.   WAS THAT YOUR FIRST EXPERIENCE WITH THE BANKRUPTCY

10:17AM 5    PROCESS?

10:17AM 6    A.   YEAH.  I HAD TAKEN A CLASS IN SCHOOL, IN LAW SCHOOL, BUT,

10:17AM 7    YEAH, THAT WAS MY FIRST INTERACTION WITH THE BANKRUPTCY

10:17AM 8    PROCESS.

10:17AM 9    Q.   AND COULD YOU BRIEFLY EXPLAIN WHAT YOUR DUTIES WERE AS A

10:17AM 10   BANKRUPTCY COURT LAW CLERK?

10:17AM 11   A.   SO THE LAW CLERK'S JOB IS TO BASICALLY ASSIST THE JUDGE

10:17AM 12   WITH RESEARCH, WRITING, COURTROOM DEPUTY DUTIES.  I INTERACTED

10:18AM 13   WITH THE BANKRUPTCY CLERK'S OFFICE AND BASICALLY DID WHATEVER

10:18AM 14   THE JUDGE REALLY NEEDED ME TO DO, AND I GOT A LOT OF EXPOSURE

10:18AM 15   AND EXPERIENCE IN THE BANKRUPTCY SYSTEM THROUGH THAT TWO-YEAR

10:18AM 16   CLERKSHIP.

10:18AM 17   Q.   AND IS THAT WHEN YOU DECIDED TO REMAIN AS PART OF THE

10:18AM 18   BANKRUPTCY SYSTEM?

10:18AM 19   A.   YEAH.  SO TOWARDS THE END OF MY CLERKSHIP I DECIDED -- YOU

10:18AM 20   KNOW, I WAS TRYING TO FIGURE OUT WHAT I WAS GOING TO DO, AND I

10:18AM 21   WANTED TO STICK WITH BANKRUPTCY BECAUSE IT WAS REALLY

10:18AM 22   INTERESTING TO ME, AND SO I APPLIED TO THE DEPARTMENT OF

10:18AM 23   JUSTICE ATTORNEY GENERAL'S HONORS PROGRAM WHICH IS REALLY THE

10:18AM 24   ONLY WAY FOR NEW LAWYERS TO GET INTO THE DEPARTMENT OF JUSTICE.

10:18AM 25        AND I SPECIFICALLY DESIGNATED THAT I WANTED TO WORK IN --

10:18AM 1    CONTINUE TO WORK IN BANKRUPTCY, AND SO THE UNITED STATES

10:18AM 2    TRUSTEE PROGRAM IS THE BANKRUPTCY COMPONENT OF THE DEPARTMENT

10:18AM 3    OF JUSTICE.  AND SO I GOT IN THROUGH THAT, AND THAT'S HOW I

10:18AM 4    ENTERED THE PROGRAM.

10:18AM 5    Q.   OKAY.  AND WHAT WAS YOUR FIRST JOB?

10:18AM 6    A.   SO I WAS READY TO GET OUT OF WISCONSIN, SO ANYWHERE WARM

10:19AM 7    THAT LOOKED GOOD TO ME.  SO I CHOSE -- I SELECTED A FEW CITIES

10:19AM 8    ON THE EAST COAST AND ORLANDO WAS ONE OF THEM, AND SO THEY

10:19AM 9    SELECTED ME TO BE A TRIAL ATTORNEY IN THE ORLANDO FIELD OFFICE

10:19AM 10   OF THE UNITED STATES TRUSTEE, AND I STAYED IN THAT POSITION FOR

10:19AM 11   NINE YEARS, JUST OVER NINE YEARS.

10:19AM 12   Q.   COULD YOU DESCRIBE WHAT YOUR DUTIES AND RESPONSIBILITIES

10:19AM 13   WERE FOR THAT PERIOD?

10:19AM 14   A.   SO AS A TRIAL ATTORNEY, THE UNITED STATES TRUSTEE PROGRAM

10:19AM 15   IS THE LITIGATING COMPONENT OF THE DEPARTMENT OF JUSTICE THAT

10:19AM 16   OVERSEES THE BANKRUPTCY SYSTEM IN THE COUNTRY.

10:19AM 17        AND SO THE TRIAL ATTORNEY'S JOB IS TO REPRESENT THE

10:19AM 18   INTERESTS OF THE UNITED STATES TRUSTEE IN COURT, IN PLEADINGS,

10:19AM 19   IN BANKRUPTCY CASES.

10:19AM 20        SO THE BANKRUPTCY -- EXCUSE ME.  THE UNITED STATES

10:19AM 21   TRUSTEE'S MISSION IS TO PROMOTE THE INTEGRITY AND EFFICIENCY OF

10:19AM 22   THE BANKRUPTCY PROCESS FOR ALL STAKE HOLDERS.  SO THAT'S

10:20AM 23   CREDITORS, DEBTORS, AND PUBLIC.

10:20AM 24        SO IN ORDER TO DO THAT WE TAKE POSITIONS IN COURT.  WE

10:20AM 25   MAKE SURE THAT DEBTORS, CREDITORS, AND EVERYBODY ELSE INVOLVED

10:20AM 1    IN THE PROCESS IS FULFILLING THEIR LEGAL OBLIGATIONS, AND WE

10:20AM 2    MAKE SURE THAT THE BANKRUPTCY LAWS ARE ENFORCED.

10:20AM 3        AND SO THE TRIAL ATTORNEY'S DUTY IS REALLY TO REPRESENT

10:20AM 4    THE INTERESTS OF THE UNITED STATES TRUSTEE IN BANKRUPTCY COURT

10:20AM 5    IN BANKRUPTCY CASES TO MAKE SURE THAT THE PROCESS IS -- THE

10:20AM 6    INTEGRITY OF THE PROCESS IS MAINTAINED.

10:20AM 7        SO MY DUTIES AS A TRIAL ATTORNEY IN ORLANDO WERE THAT I

10:20AM 8    HAD ABOUT A QUARTER OF ALL OF THE CASES THAT WERE FILED.  SO IT

10:20AM 9    COULD BE CONSUMER CASES, IT COULD BE CHAPTER 11 BUSINESS CASES.

10:20AM 10   IT COULD BE ANYTHING.  AND WE WOULD, YOU KNOW, WE WOULD APPEAR

10:20AM 11   IN CASES.  WE ADMINISTER CHAPTER 11 CASES.

10:20AM 12       SO WE WOULD GET INVOLVED IN THE INITIAL PART OF THE CASE

10:21AM 13   PROCESS.  WE WOULD TAKE ACTIONS AGAINST UNDERPERFORMING

10:21AM 14   ATTORNEYS, WE WOULD TAKE ACTIONS AGAINST BANKRUPTCY PETITION

10:21AM 15   PREPARERS, AND WE WOULD ALSO OVERSEE AND SUPERVISE THE PRIVATE

10:21AM 16   PANEL TRUSTEES.

10:21AM 17   Q.   THANK YOU.  AND THEN WHAT WAS YOUR NEXT POSITION AFTER

10:21AM 18   THAT?

10:21AM 19   A.   SO -- WELL, DURING THIS TIME I HAD A ONE YEAR DETAIL FOR

10:21AM 20   THE CIVIL DIVISION IN WASHINGTON, D.C.  I WAS WORKING ON THE --

10:21AM 21   I WAS REPRESENTING THE GOVERNMENT IN THE GUANTANAMO BAY HABEAS

10:21AM 22   LITIGATION AND WHICH WAS TOTALLY SEPARATE FROM MY NORMAL

10:21AM 23   BANKRUPTCY DUTIES.  SO THAT DETAIL WAS ONE YEAR.

10:21AM 24       AND THEN AFTER THAT DETAIL ENDED IN 2009, I CAME BACK TO

10:21AM 25   ORLANDO TO CONTINUE DOING BANKRUPTCY WORK.

10:21AM  1       SO IN JULY OF 2016, I MOVED OUT TO CALIFORNIA TO BECOME

10:21AM  2  THE ASSISTANT UNITED STATES TRUSTEE.  SO THIS IS THE -- I WAS

10:21AM  3  BASICALLY PROMOTED FROM MY POSITION AS A TRIAL ATTORNEY TO THE

10:22AM  4  ASSISTANT.  AND SO THE ASSISTANT'S JOB IS BASICALLY TO MAKE

10:22AM  5  SURE THAT, YOU KNOW, THEY DO THE OVERSIGHT OF THE STAFF IN THE

10:22AM  6  FIELD OFFICES AND THEY LIAS BETWEEN THE UNITED STATES TRUSTEE,

10:22AM  7  WHO IS BASICALLY THE CHIEF EXECUTIVE OF THE REGION THAT THEY

10:22AM  8  ARE IN, AND THEY ARE IN CHARGE OF SUPERVISING ALL OF THE

10:22AM  9  BANKRUPTCY CASES THAT ARE FILED IN THAT REGION.

10:22AM  10      SO MY JOB IS TO BE THE LOCAL PERSON ON THE GROUND IN THE

10:22AM  11  NORTHERN DISTRICT TO COMMUNICATE WITH THE UNITED STATES TRUSTEE

10:22AM  12  TO ADVISE HER ON POLICY ISSUES, UNIQUE LEGAL MATTERS, TO ASSIST

10:22AM  13  WITH SUPERVISION AND OVERSIGHT OF THE PRIVATE TRUSTEES IN THE

10:22AM  14  BANKRUPTCY CASE, AND, AGAIN, ALSO TO, YOU KNOW, MANAGE THE

10:22AM  15  STAFF IN THE OFFICES -- IN THE PERSONNEL MATTERS.

10:22AM  16  Q.   AND I'M SORRY, I THINK I CUT YOU OFF BEFORE WHEN YOU WERE

10:22AM  17  SPEAKING ABOUT THE U.S. TRUSTEE'S PROGRAM.

10:23AM  18      IS THERE MORE THAT YOU WANT TO ELABORATE ON TO HELP

10:23AM  19  EXPLAIN YOUR DUTIES?

10:23AM  20  A.   YEAH.  THERE'S KIND OF A LOT GOING ON.  UNITED STATES

10:23AM  21  TRUSTEE'S PROGRAM IS ACROSS THE COUNTRY.  IT'S DIVIDED UP INTO

10:23AM  22  21 GEOGRAPHICAL REGIONS, AND WE ARE CURRENTLY HERE IN REGION 21

10:23AM  23  WHICH CONSISTS OF THE NORTHERN DISTRICT OF CALIFORNIA, EASTERN

10:23AM  24  DISTRICT OF CALIFORNIA, AND THE DISTRICT OF NEVADA.

10:23AM  25      SO, LIKE I SAID, THE UNITED STATES TRUSTEE, THEY ARE

10:23AM 1    RESPONSIBLE FOR THAT GEOGRAPHICAL AREA, AND THEY'RE APPOINTED

10:23AM 2    BY THE ATTORNEY GENERAL, AND THEY'RE RESPONSIBLE FOR ALL OF THE

10:23AM 3    BANKRUPTCY CASES THAT ARE FILED IN THAT REGION.

10:23AM 4        SO IN ORDER TO HELP THAT PROCESS ALONG, BECAUSE THAT

10:23AM 5    ONE PERSON CAN'T BE IN ALL DIFFERENT OFFICES ALL OF THE TIME,

10:23AM 6    THERE ARE DIFFERENT FIELD OFFICES THAT ARE SORT OF THE LOCAL

10:23AM 7    HUBS FOR EACH OF THE AREAS.

10:23AM 8        IN THE NORTHERN DISTRICT OF CALIFORNIA, THERE ARE THREE

10:23AM 9    FIELD OFFICES:  SAN JOSE, SAN FRANCISCO, AND OAKLAND.

10:24AM 10       AND SO MY CURRENT RESPONSIBILITY IS FOR THOSE THREE FIELD

10:24AM 11   OFFICES.  I SUPERVISE ABOUT NINE EMPLOYEES WHICH ARE TRIAL

10:24AM 12   ATTORNEYS, PARALEGALS, AND LEGAL ASSISTANTS.

10:24AM 13       ANOTHER COMMON STAFF MEMBER THAT IS USUALLY IN ONE OF THE

10:24AM 14   OFFICES IS A BANKRUPTCY ANALYST, BUT UNFORTUNATELY WE DON'T

10:24AM 15   HAVE ANY BANKRUPTCY ANALYSTS IN THE NORTHERN DISTRICT RIGHT

10:24AM 16   NOW, BUT WE DO -- WE GET ASSISTANCE FROM OTHER PARTS OF OUR OWN

10:24AM 17   REGION IN TERMS OF BANKRUPTCY ANALYST ASSISTANCE, TRIAL

10:24AM 18   ASSISTANCE, AND ALL KINDS OF -- WE'RE CONSOLIDATING SO WE'RE

10:24AM 19   DOING A LOT OF OUR EFFORTS ON A COMBINED BASIS.

10:24AM 20   Q.   NOW, YOU MENTIONED LAW SCHOOL BEFORE.  DO YOU ALSO

10:24AM 21   PARTICIPATE IN CONTINUING LEGAL EDUCATION?

10:24AM 22   A.   YES.

10:24AM 23   Q.   ON WHAT SORTS OF TOPICS?

10:24AM 24   A.   WELL, I'M INVOLVED WITH -- YOU KNOW, I PROVIDE TRAINING ON

10:24AM 25   VARIOUS BANKRUPTCY TOPICS, I'VE DONE TRAININGS FOR OUR INTERNAL

10:25AM 1    DEPARTMENT OF JUSTICE NATIONAL ADVOCACY CENTER IN SOUTH

10:25AM 2    CAROLINA.  I APOLOGIZE IF I'M SPEAKING TOO FAST.

10:25AM 3        THE NATIONAL ADVOCACY CENTER, WHICH IS IN SOUTH CAROLINA,

10:25AM 4    AND THIS IS WHERE THE DEPARTMENT OF JUSTICE ATTORNEYS GO TO GET

10:25AM 5    TRAINING FOR VARIOUS TOPICS.

10:25AM 6        SO I'VE DONE A COUPLE OF TRAININGS THERE ON BUSINESS

10:25AM 7    ENTITIES AND THEIR FINANCIAL STATEMENTS.  AND SO THIS IS SORT

10:25AM 8    OF A PRIMER BANKRUPTCY FINANCIAL STATEMENTS 101 FOR SOME OF OUR

10:25AM 9    STAFF ACROSS THE COUNTRY.

10:25AM 10       I'VE DONE LOCAL PRESENTATIONS TO BARS -- BAR

10:25AM 11   ORGANIZATIONS.  IN FACT, I JUST DID ONE ON LAST FRIDAY I WAS ON

10:25AM 12   A PANEL FOR THE ALAMEDA COUNTY BAR ASSOCIATION TALKING ABOUT

10:25AM 13   HOT TOPICS IN BANKRUPTCY.

10:25AM 14       I'VE DONE TRUSTEE TRAININGS.  SO WE ARE REQUIRED TO

10:25AM 15   PROVIDE TRAININGS TO THE PANEL TRUSTEES, THE PRIVATE TRUSTEES

10:26AM 16   ON VARIOUS TOPICS THAT, YOU KNOW, THAT ARE BANKRUPTCY TOPICS

10:26AM 17   SPECIFIC TO THE TRUSTEES.

10:26AM 18       SO, YEAH, I'VE BEEN -- I ENJOY THAT SO I ENJOY PRESENTING

10:26AM 19   AND I ENJOY TEACHING, AND I'VE BEEN PRETTY HEAVILY INVOLVED IN

10:26AM 20   THAT.

10:26AM 21   Q.  AND JUST TO MAKE SURE THAT I UNDERSTAND, SO THE CONTINUING

10:26AM 22   LEGAL EDUCATION THAT YOU WERE JUST DISCUSSING, THOSE ARE

10:26AM 23   COURSES THAT YOU TAUGHT AND NOT THAT YOU ATTENDED?

10:26AM 24   A.  RIGHT.  AND SO WE HAVE TO FULFILL INTERNAL TRAINING

10:26AM 25   REQUIREMENTS.  YOU KNOW, IF THERE'S BANKRUPTCY SEMINARS THAT

10:26AM   1    ARE PROVIDED, WE GO TO THOSE.

10:26AM   2        THERE WAS ONE A COUPLE WEEKS AGO THAT WAS PROVIDED BY THE

10:26AM   3    BAY AREA BANKRUPTCY FOUNDATION, WHICH IS -- OR THE BAY AREA

10:26AM   4    BANKRUPTCY, YEAH, FOUNDATION, WHICH WAS -- IT WAS A

10:26AM   5    PRESENTATION BY ALL OF THE BANKRUPTCY JUDGES IN THE NORTHERN

10:26AM   6    DISTRICT OF CALIFORNIA ON VARIOUS BANKRUPTCY TOPICS, AND SO A

10:26AM   7    LOT OF THESE LOCAL BAR ORGANIZATIONS PROVIDE THESE THINGS AND

10:27AM   8    THEY OFFER CLE ALONG WITH THAT.

10:27AM   9        BUT EVEN IF THEY DIDN'T OFFER CLE, YOU KNOW, WE WOULD

10:27AM  10    PARTAKE IN THAT BECAUSE, YOU KNOW, IT'S GOOD TO KEEP UP ON ALL

10:27AM  11    OF THE BANKRUPTCY TOPICS.

10:27AM  12    Q.   SO IN TOTAL, MR. LAFFREDI, APPROXIMATELY HOW MANY YEARS

10:27AM  13    HAVE YOU BEEN PART OF THE BANKRUPTCY SYSTEM?

10:27AM  14    A.   UM, SINCE 2005.  SO OVER 13 YEARS.

10:27AM  15    Q.   AND DURING THAT TIME, APPROXIMATELY HOW MANY TIMES HAVE

10:27AM  16    YOU EXAMINED THE PAPERWORK NECESSARY TO FILE A CHAPTER 7

10:27AM  17    BANKRUPTCY?

10:27AM  18    A.   HOW MANY TIMES HAVE I REVIEWED THAT?

10:27AM  19    Q.   APPROXIMATELY?

10:27AM  20    A.   I DON'T KNOW.  PROBABLY A THOUSAND OR MORE.  I DON'T KNOW.

10:27AM  21    I HAVE NO IDEA.

10:27AM  22    Q.   AND IF YOU COULD ANSWER HOW MANY TIMES APPROXIMATELY HAVE

10:27AM  23    YOU INVESTIGATED CHAPTER 7 FILINGS FOR ABUSES OR ANY OTHER

10:27AM  24    ISSUES?

10:27AM  25    A.   I HAVE NO IDEA.  THAT'S WHAT WE DO DAY IN AND DAY OUT.  SO

10:28AM 1    I HAVE SEEN SO MANY OF THOSE.  I DON'T KNOW.  PROBABLY MAYBE A

10:28AM 2    THOUSAND.  I DON'T KNOW.

10:28AM 3    Q.   ALL RIGHT.  AND WHEN YOU SAY THAT'S THE JOB THAT YOU DO

10:28AM 4    DAY IN AND DAY OUT, THAT'S THE JOB THAT YOU'VE BEEN DOING DAY

10:28AM 5    IN AND DAY OUT FOR THE PAST NINE YEARS OR SO?

10:28AM 6    A.   RIGHT.  WELL, AS A TRIAL ATTORNEY, THAT LITERALLY WAS WHAT

10:28AM 7    I DID DAY IN AND DAY OUT BECAUSE THAT WAS MY JOB WAS TO -- PART

10:28AM 8    OF WHAT WE DID WAS TO REVIEW CHAPTER 7 FILINGS TO DETERMINE

10:28AM 9    WHETHER THE UNITED STATES TRUSTEE SHOULD TAKE ACTION TO MOVE TO

10:28AM 10   DISMISS A CASE FOR ABUSE.

10:28AM 11       AND SO REVIEWING THE BANKRUPTCY PAPERWORK, MEANING THE

10:28AM 12   PETITION, SCHEDULES, STATEMENTS, THAT'S WHAT WE DID ON A DAILY

10:28AM 13   BASIS.

10:28AM 14       AND SO -- AND WAY BACK WE DID A 100 PERCENT REVIEW OF ALL

10:28AM 15   OF THE STUFF THAT CAME IN.  SO I WAS SEEING A LOT OF THESE.

10:28AM 16       NOWADAYS SINCE I'M MORE IN MANAGEMENT AND IN A SUPERVISORY

10:28AM 17   ROLE, I DON'T DO THAT ON A DAILY BASIS AS MUCH, BUT THAT IS

10:28AM 18   STILL PART OF WHAT WE DO HERE.

10:28AM 19       AND SO SINCE I'M ALSO THE, YOU KNOW, I'M LIKE THE MANAGING

10:29AM 20   ATTORNEY OF THE OFFICE, I ALSO SUPERVISE OUR LEGAL ACTIVITIES

10:29AM 21   ON BEHALF OF THE OFFICE, AND SO IF WE DO HAVE SOME OF THESE

10:29AM 22   ISSUES, I WILL REVIEW THAT AND DETERMINE WHETHER WE TAKE ACTION

10:29AM 23   OR, YOU KNOW, FIGURE OUT WHETHER WE NEED MORE INFORMATION OR DO

10:29AM 24   DISCOVERY OR WHATEVER.

10:29AM 25       SO, YES, I'VE BEEN DOING THIS A LOT.

10:29AM 1    Q.   OKAY.  AND IS IT FAIR TO SAY THAT DURING THIS PROCESS

10:29AM 2    DURING ALL OF THIS WORK THAT YOUR JOB INVOLVED KNOWING AND

10:29AM 3    APPLYING THE RULINGS FOR BANKRUPTCY PETITIONS?

10:29AM 4    A.   YES.

10:29AM 5          MR. SIMEON:  YOUR HONOR, AT THIS TIME I ASK THAT

10:29AM 6    MR. TIMOTHY LAFFREDI BE ADMITTED AS AN EXPERT WITNESS.

10:29AM 7          THE COURT:  IN WHAT AREA?

10:29AM 8          MR. SIMEON:  I'M SORRY, IN THE AREA OF BANKRUPTCY

10:29AM 9    PROCEEDINGS.

10:29AM 10          THE COURT:  ANY OBJECTION, MR. NICK?

10:29AM 11          MR. NICK:  NO OBJECTION, YOUR HONOR.

10:29AM 12          THE COURT:  MS. GILG?

10:29AM 13          MS. GILG:  NO OBJECTION.

10:29AM 14          THE COURT:  LADIES AND GENTLEMEN, YOU'RE ABOUT TO

10:30AM 15   HEAR TESTIMONY FROM THIS WITNESS AS TO OPINIONS AND REASONS FOR

10:30AM 16   HIS OPINION.

10:30AM 17       HIS OPINION TESTIMONY IS PERMITTED BECAUSE OF THE

10:30AM 18   EDUCATION OR EXPERIENCE OF THE WITNESS.  THIS OPINION TESTIMONY

10:30AM 19   SHOULD BE JUDGED JUST LIKE ANY OTHER TESTIMONY, YOU MAY ACCEPT

10:30AM 20   IT OR REJECT IT AND GIVE IT AS MUCH WEIGHT AS YOU THINK IT

10:30AM 21   DESERVES CONSIDERING THE WITNESS'S EDUCATION AND EXPERIENCE,

10:30AM 22   THE REASONS GIVEN FOR THE OPINIONS, AND ALL OF THE OTHER

10:30AM 23   EVIDENCE IN THE CASE.

10:30AM 24       AND YOU'LL BE INSTRUCTED IN THE FINAL INSTRUCTIONS AS WELL

10:30AM 25   AS TO HOW YOU MAY TREAT THIS EVIDENCE.

10:30AM  1          COUNSEL.

10:30AM  2              MR. SIMEON:  THANK YOU, YOUR HONOR.

10:30AM  3      Q.  MR. LAFFREDI, I'M GOING TO START OFF WITH A VERY BROAD

10:30AM  4      QUESTION AND THEN WE'LL GET MORE SPECIFIC FROM THERE.

10:30AM  5          WHAT IS BANKRUPTCY?

10:30AM  6      A.  SO BANKRUPTCY IS A LEGAL PROCESS BY WHICH AN INDIVIDUAL, A

10:30AM  7      MARRIED COUPLE OR A BUSINESS ENTITY CAN SEEK RELIEF FROM ITS

10:31AM  8      DEBTS OR ITS CREDITORS BASICALLY.  THAT'S THE VERY DISTILLED

10:31AM  9      DESCRIPTION OF WHAT BANKRUPTCY IS.  IT'S A FEDERAL LAW, AND IT

10:31AM  10     REALLY LAYS OUT THE RIGHTS, REMEDIES, AND RESPONSIBILITIES OF

10:31AM  11     THOSE PARTIES WHO WOULD BE IMPACTED BY SOMEBODY WHO WOULD BE

10:31AM  12     SEEKING THIS RELIEF.

10:31AM  13     Q.  AND CAN YOU SAY A LITTLE BIT MORE ABOUT ULTIMATELY WHAT

10:31AM  14     THE GOAL IS OF AN ENTITY OR AN INDIVIDUAL WHO FILES FOR

10:31AM  15     BANKRUPTCY?

10:31AM  16     A.  SO GENERALLY A PERSON OR A BUSINESS WILL FILE A BANKRUPTCY

10:31AM  17     CASE TO -- THE END GOAL WOULD BE EITHER TO GET RID OF ALL OF

10:31AM  18     THEIR DEBTS THAT EXISTED AT THE TIME THAT THE CASE WAS FILED IN

10:31AM  19     EXCHANGE FOR SELLING OFF THEIR AVAILABLE ASSETS TO DISTRIBUTE

10:31AM  20     THAT TO THE CREDITORS WHO EXISTED AT THE TIME.

10:31AM  21          OR THE OTHER ONE IS TO REORGANIZE THEIR DEBTS AND PAY OFF

10:32AM  22     CREDITORS THAT EXISTED OVER A PERIOD OF TIME.  THOSE ARE REALLY

10:32AM  23     THE ONLY TWO WAYS THAT YOU WOULD GET OUT OF THE -- WELL, NOT

10:32AM  24     GET OUT OF THE BANKRUPTCY CASE BUT WHAT A PERSON WOULD WANT TO

10:32AM  25     GET OUT OF THE BANKRUPTCY CASE.

10:32AM 1    Q.   AND THE SECOND ONE, THE LATTER ONE THAT YOU TALKED ABOUT,

10:32AM 2    IS THAT SPECIFICALLY FOR BUSINESS ENTITIES?

10:32AM 3    A.   NO.  YOU COULD -- SO I DON'T KNOW HOW DEEP YOU WANT TO GET

10:32AM 4    INTO THIS NOW, BUT THE VARIOUS CHAPTERS PROVIDE VARIOUS TYPES

10:32AM 5    OF RELIEF FOR DEBTORS DEPENDING ON WHAT THEY DO.

10:32AM 6         AND A DEBTOR IS A PERSON WHO FILED A BANKRUPTCY CASE.

10:32AM 7    CREDITORS ARE THE PEOPLE THAT THEY OWE MONEY TO.  SO YOU'LL

10:32AM 8    HEAR THIS A LOT WHEN I'M TALKING.

10:32AM 9         SO A DEBTOR MAY WANT TO REORGANIZE AND THAT COULD BE AN

10:32AM 10   INDIVIDUAL.  IF YOU, YOU KNOW, HAD A BUSINESS AND YOU SAY,

10:32AM 11   WELL, I HAVE ENOUGH MONEY TO PAY A LITTLE BIT, I WANT TO DO

10:32AM 12   THIS OVER FIVE YEARS, YOU COULD ALSO DO THAT.

10:32AM 13        SO PAYING OVER TIME, A PAYMENT PLAN IS NOT JUST FOR

10:32AM 14   BUSINESSES.

10:32AM 15        JUST LIKE THE LIQUIDATION PART MEANING THAT THE

10:32AM 16   LIQUIDATION IS WHERE YOU WOULD SELL OFF YOUR ASSETS FOR

10:33AM 17   DISTRIBUTION CREDITORS.

10:33AM 18        LIQUIDATION IS ALSO NOT JUST FOR INDIVIDUALS.  A BUSINESS

10:33AM 19   COULD LIQUIDATE.

10:33AM 20   Q.   NOW, YOU MENTIONED DISCHARGE OR WIPING OUT ONE'S DEBTS AS

10:33AM 21   ONE OF THE END GOALS OF BANKRUPTCY; IS THAT CORRECT?

10:33AM 22   A.   YEAH.  SO A BANKRUPTCY DISCHARGE IS THE LEGAL EFFECT OF

10:33AM 23   BASICALLY WIPING OUT ALL OF THE DEBTS THAT EXISTED AT THE TIME

10:33AM 24   OF FILING.

10:33AM 25        THAT MEANS WHEN YOU GET YOUR DISCHARGE, YOU NO LONGER OWE

10:33AM 1    ANY OF YOUR CREDITORS OR THOSE SPECIFIC CREDITORS THAT EXISTED

10:33AM 2    WHEN YOU FILED.

10:33AM 3        CREDITORS COULD NOT COME AFTER YOU FOR THAT THAT EXISTED

10:33AM 4    AT THE TIME YOU FILED.  IT'S BASICALLY YOUR, YOU KNOW, YOU WALK

10:33AM 5    AWAY FREE CARD.  YOU DON'T HAVE TO PAY THOSE DEBTS BACK.

10:33AM 6        AND THAT'S -- SO REMEMBER THAT.  THAT'S A BANKRUPTCY

10:33AM 7    DISCHARGE.

10:33AM 8    Q.  ARE THERE ANY OTHER BENEFITS FOR FILING FOR BANKRUPTCY,

10:33AM 9    FOR EXAMPLE, BEFORE DISCHARGE JUST WHEN YOU FILE?

10:33AM 10   A.   YEAH.  SO THERE'S A COUPLE -- THERE'S REALLY TWO MAIN

10:34AM 11   REASONS WHY PEOPLE ACTUALLY GO AND FILE A BANKRUPTCY CASE.  THE

10:34AM 12   DISCHARGE, TO WIPE OUT OTHER DEBTS, THAT'S THE BIG ONE AND

10:34AM 13   THAT'S WHY THEY WANT TO FILE.

10:34AM 14       THE OTHER ONE IT'S CALLED THE AUTOMATIC STAY AND SO WHEN

10:34AM 15   YOU FILE A BANKRUPTCY PETITION, WHICH THE PETITION IS THE

10:34AM 16   PAPERWORK THAT INITIALLY STARTS YOUR BANKRUPTCY CASE, AS SOON

10:34AM 17   AS THAT IS FILED, THE AUTOMATIC STAY IS INVOKED, I GUESS, AND

10:34AM 18   THAT MEANS THAT NO CREDITORS WHO HAVE BEEN TRYING TO COLLECT

10:34AM 19   AGAINST YOU, WHO HAVE BEEN CALLING YOU ON THE PHONE, AT WORK,

10:34AM 20   IN THE MIDDLE OF THE NIGHT OR PROCEEDING WITH LEGAL ACTION

10:34AM 21   AGAINST YOU, NONE OF THEM CAN DO THAT ANYMORE.  IT'S AUTOMATIC.

10:34AM 22   IT DOESN'T MATTER WHETHER THEY KNOW ABOUT IT OR NOT, THEY HAVE

10:34AM 23   TO STOP AS OF THE DATE OF THAT PETITION, AND THAT'S WHY IT'S

10:34AM 24   CALLED THE AUTOMATIC STAY.

10:34AM 25       SO PEOPLE WILL, IF THEY'RE SICK OF GETTING DEBT COLLECTORS

10:34AM 1    CALLING THEM AND THEY WANT TO GET OUT OF THIS LAWSUIT OR GET A

10:34AM 2    BREATHER FROM THE LAWSUIT, THEY'LL FILE THE BANKRUPTCY CASE TO

10:34AM 3    STOP ALL OF THAT.

10:34AM 4         AND SO THAT'S ONE OF THE OTHER MAIN REASONS WHY A PERSON

10:34AM 5    WOULD FILE IS TO GET THAT BENEFIT OF THE AUTOMATIC STAY.

10:35AM 6         AND THEN AGAIN, THE OTHER ONE IS TO GET THE BENEFIT OF THE

10:35AM 7    BANKRUPTCY DISCHARGE.

10:35AM 8    Q.   AND ONCE THE AUTOMATIC STAY IS IN PLACE, HOW LONG DOES IT

10:35AM 9    STAY THERE?

10:35AM 10   A.   GENERALLY UNTIL THE CASE OR THE DISCHARGE IS ENTERED OR

10:35AM 11   THE CASE IS CLOSED, BUT THERE ARE WAYS THAT CREDITORS COULD GET

10:35AM 12   AROUND THAT TO, TO PROCEED ON THEIR ACTION OR FORECLOSE.

10:35AM 13   THAT'S A BIG ONE.  THEY WILL WANT RELIEF FROM THE AUTOMATIC

10:35AM 14   STAY TO CONTINUE THEIR FORECLOSURE BUT GENERALLY IT'S WHILE THE

10:35AM 15   CASE IS PENDING.

10:35AM 16   Q.   OKAY.  YOU MENTIONED THE AUTOMATIC STAY AND ITS EFFECT ON

10:35AM 17   CREDITORS.  ARE THERE ANY OTHER EFFECTS ON CREDITORS WITH THE

10:35AM 18   FILING OF THE PETITION EITHER BENEFITS OR BURDENS?

10:35AM 19   A.   WELL, THE AUTOMATIC STAY, MEANING THEY HAVE TO STOP THEIR

10:35AM 20   COLLECTION EFFORTS, THAT'S THE BIGGEST I GUESS BURDEN THAT THEY

10:35AM 21   HAVE TO BEAR.

10:35AM 22        THE FILING OF A BANKRUPTCY CASE IS NOT JUST THE BENEFIT

10:35AM 23   FOR THE DEBTOR BECAUSE IT PUTS CREDITORS ON A LEVEL PLAYING

10:36AM 24   FIELD WITH THE DEBTOR BECAUSE NOW, OKAY, WELL, THEY CAN'T

10:36AM 25   NECESSARILY COLLECT OR CONTINUE WITH THEIR LITIGATION AGAINST

10:36AM 1    THE DEBTOR, BUT THAT MEANS THAT THE DEBTOR IS REQUIRED TO

10:36AM 2    DISCLOSE ALL OF THEIR ASSETS, ALL OF THEIR LIABILITIES, ALL OF

10:36AM 3    THEIR INCOME, ALL OF THEIR EXPENSES.  ALL OF THIS IS PUBLICLY

10:36AM 4    FILED.  SO IT HAS TO BE FILED ON THE DOCKET IN THE CASE.

10:36AM 5        THIS INFORMATION IS PROVIDED UNDER PENALTY OF PERJURY.

10:36AM 6    DEBTORS ARE REQUIRED TO GO TO A -- WHAT IS CALLED A MEETING OF

10:36AM 7    CREDITORS, AND THEY HAVE TO PHYSICALLY APPEAR AND BE PUT UNDER

10:36AM 8    OATH AND ANSWER QUESTIONS ABOUT THEIR FINANCIAL SITUATION,

10:36AM 9    WHICH IS ANOTHER GOOD THING FOR CREDITORS BECAUSE THEY HAVE THE

10:36AM 10   OPPORTUNITY TO COME AND ASK.  THIS IS ALSO A PUBLIC PROCEEDING.

10:36AM 11   IT'S A MEETING THAT IS HELD OUTSIDE OF THE BANKRUPTCY COURT AND

10:36AM 12   USUALLY THE TRUSTEE OF THE CASE WILL PRESIDE OVER THAT MEETING

10:36AM 13   AND ASK THOSE QUESTIONS.

10:36AM 14       BUT AGAIN, CREDITORS HAVE THE OPPORTUNITY NOW TO COME IN

10:36AM 15   AND LOOK AT ALL OF THE FINANCIAL INFORMATION AND ASK QUESTIONS.

10:36AM 16       SO THERE'S A LOT OF GOOD THINGS ACTUALLY THAT HAPPEN.

10:37AM 17   IT'S NOT MAYBE THE WAY THAT THE CREDITORS WANT IT TO HAPPEN BUT

10:37AM 18   NOW THAT THE BANKRUPTCY CASE HAS BEEN FILED, NOW THAT THE

10:37AM 19   AUTOMATIC STAY IS IN EFFECT, THEY STILL HAVE OTHER WAYS OF

10:37AM 20   GETTING ADDITIONAL INFORMATION AND SEEKING OTHER RELIEF THAT

10:37AM 21   MIGHT BE AVAILABLE TO THEM.

10:37AM 22   Q.   AND THEN MOVING TO THE END OF THE CASE WHEN THERE'S A

10:37AM 23   DISCHARGE, ARE THERE ANY BENEFITS TO CREDITORS AT THAT TIME?

10:37AM 24   A.   WELL, IF THE -- SO WHEN A DEBTOR RECEIVES THEIR DISCHARGE,

10:37AM 25   THE CREDITOR IF, YOU KNOW, THEY DIDN'T GET AN EXCEPTION FROM

10:37AM  1    THAT CHARGE, THEN THEY WON'T BE ABLE TO COLLECT ON THAT.

10:37AM  2         THEY COULD, YOU KNOW, THEY COULD EXTEND NEW CREDIT OR NEW,

10:37AM  3    YOU KNOW -- THEY COULD BECOME NEW CREDITORS OF THE DEBTOR IF

10:37AM  4    THEY WANTED TO AND POSSIBLY CHARGE MORE INTEREST BECAUSE OF THE

10:37AM  5    RISK OF THE DEBTOR HAVING FILED BANKRUPTCY BEFORE, BUT

10:37AM  6    GENERALLY A DISCHARGE MEANS THAT, YOU KNOW, THE CASE IS OVER AS

10:37AM  7    FAR AS THE DEBTOR IS CONCERNED AND THEY GOT WHAT THEY WANTED

10:38AM  8    AND THE CREDITOR CAN'T COLLECT ANYMORE ON THOSE DEBTS THAT

10:38AM  9    EXISTED WHEN THE CASE WAS FILED.

10:38AM  10   Q.   DOES IT DEPEND ON THE AMOUNT OF THE ASSETS IN THE DEBTOR'S

10:38AM  11   ESTATE AT THE TIME OF DISCHARGE?

10:38AM  12   A.   I'M NOT SURE I UNDERSTAND.

10:38AM  13   Q.   IS IT POSSIBLE FOR THE CREDITORS TO GET SOMETHING

10:38AM  14   DEPENDING ON THE SIZE OF THE DEBTOR'S ESTATE?

10:38AM  15   A.   OKAY.  SO, YEAH.  SO WHEN THE BANKRUPTCY IS FILED -- AND

10:38AM  16   WE'RE JUST GOING TO TALK ABOUT CHAPTER 7.

10:38AM  17   Q.   FOR NOW LET'S STICK WITH CHAPTER 7.

10:38AM  18   A.   OKAY.  SO THE BANKRUPTCY CODE IS TITLE 11 OF THE UNITED

10:38AM  19   STATES CODE.  YOU'LL SEE TITLE 11 HERE OR THERE OR WHEREVER

10:38AM  20   YOU'RE LOOKING.  THAT'S THE BANKRUPTCY CODE.

10:38AM  21        THE BANKRUPTCY CODE IS DIVIDED INTO DIFFERENT CHAPTERS.

10:38AM  22   LIKE I SAID EARLIER, THERE ARE DIFFERENT TYPES OF CHAPTERS

10:38AM  23   DEPENDING ON WHAT TYPE OF RELIEF YOU WANT.

10:38AM  24        CHAPTER 7 IS BASICALLY THE LIQUIDATION CHAPTER.  SO THAT'S

10:38AM  25   WHERE YOU FILE YOUR CASE AND SAY, ALL RIGHT, I'M GOING TO GIVE

10:38AM 1    UP ALL OF MY ASSETS AND THEN IN EXCHANGE FOR THAT I GET MY

10:39AM 2    DISCHARGE.

10:39AM 3         A TRUST -- THERE'S ANOTHER PARTY WHO IS INVOLVED IN A

10:39AM 4    CHAPTER 7 BANKRUPTCY CASE, AND THAT'S THE CHAPTER 7 TRUSTEE.

10:39AM 5         SO THE CHAPTER 7 TRUSTEE IS AN INDEPENDENT PERSON WHO IS

10:39AM 6    ON A PANEL OF PRIVATE TRUSTEES.  THESE ARE PRIVATE CITIZENS

10:39AM 7    WHOSE JOB IT IS TO BE TRUSTEES IN BANKRUPTCY CASES, BASICALLY.

10:39AM 8         A CHAPTER 7 TRUSTEE IS APPOINTED BY OUR OFFICE TO

10:39AM 9    ADMINISTER THE ASSETS OF THE BANKRUPTCY ESTATE.

10:39AM 10        SO WHEN YOU FILE A BANKRUPTCY CASE, THIS BANKRUPTCY ESTATE

10:39AM 11   IS CREATED.  IT'S LIKE A NEW ENTITY AS OF THE DATE OF FILING.

10:39AM 12        THE TRUSTEE NOW SORT OF CONTROLS THAT ESTATE AND SO THE

10:39AM 13   TRUSTEE'S JOB IS TO LOOK AT ALL OF THE STUFF THAT THE DEBTOR

10:39AM 14   PUT DOWN, ALL OF THE ASSETS, ALL OF THE LIABILITIES, FIGURE OUT

10:39AM 15   WHAT IS AVAILABLE FOR LIQUIDATION SELLING OFF TO CREDITORS.

10:40AM 16        DEBTORS ARE ENTITLED TO EXEMPTIONS.  EXEMPTIONS ARE

10:40AM 17   THINGS, BASICALLY THINGS THAT YOU GET TO KEEP BASED UPON

10:40AM 18   FEDERAL LAW OR STATE LAW.

10:40AM 19        SO YOU'VE HEARD OF HOMESTEAD EXEMPTIONS, YOU'VE HEARD OF

10:40AM 20   YOU KEEP YOUR CLOTHES AND A CERTAIN AMOUNT OF YOUR CLOTHES AND

10:40AM 21   A CERTAIN AMOUNT OF VALUE AND OTHER ASSETS.

10:40AM 22        THE TRUSTEE LOOKS AT ALL OF THAT AND SAYS, WELL, IS THERE

10:40AM 23   ANYTHING ABOVE THAT THAT THE DEBTOR GETS TO KEEP THAT I CAN

10:40AM 24   THEN SELL TO BENEFIT CREDITORS?

10:40AM 25        AND THAT'S THE TRUSTEE'S JOB BASICALLY.  THEY ARE LOOKING

10:40AM 1    AT ALL OF THE INFORMATION THAT IS FILED.  THEY HAVE LISTENED TO

10:40AM 2    THE DEBTOR'S TESTIMONY UNDER OATH, AND THEN THEY MAY DO THEIR

10:40AM 3    OWN INDEPENDENT RESEARCH AND SEEING WHETHER THERE IS SOMETHING

10:40AM 4    ELSE AVAILABLE THAT MIGHT NOT HAVE BEEN LISTED.

10:40AM 5        THEY WILL GATHER THAT UP.  IT'S CALL MARSHALLING THE

10:40AM 6    ASSETS.  THEY SELL THAT, AND THEN THEY DISTRIBUTE IT TO

10:40AM 7    CREDITORS.

10:40AM 8        SO THE PROCESS IS THAT, YOU KNOW, ANYTHING THAT WOULD BE

10:40AM 9    AVAILABLE, DEPENDING ON THE SIZE OF THE ESTATE, ANYTHING THAT

10:40AM 10   IS ABOVE THE EXEMPTIONS WOULD BE PAID OUT TO CREDITORS.

10:41AM 11       A LOT OF TIMES -- I MEAN, MORE OFTEN THAN NOT THERE ARE NO

10:41AM 12   ASSETS AVAILABLE SO IT'S A "NO ASSET CASE."  I'M USING AIR

10:41AM 13   QUOTES, MEANING NO ASSETS, MEANING THERE'S NOTHING TO SELL FOR

10:41AM 14   CREDITORS.  SO CREDITORS DON'T GET ANYTHING.  THEIR DEBT IS

10:41AM 15   DISCHARGED, AND THAT'S BASICALLY IT.

10:41AM 16       BUT NOW FOR DEBTORS WHO DO HAVE ASSETS, THAT'S, THAT'S THE

10:41AM 17   BURDEN THAT THEY HAVE TO BEAR.  THEY'VE RECEIVED ALL OF THESE

10:41AM 18   BENEFITS BUT, YOU KNOW, WE HAVE TO SELL YOUR CAR.  WE HAVE TO

10:41AM 19   SELL YOUR COIN COLLECTION.  WE HAVE TO SELL WHATEVER BECAUSE

10:41AM 20   YOU CAN'T EXEMPT IT AND THE CREDITORS DESERVE TO GET PAID

10:41AM 21   SOMETHING.

10:41AM 22   Q.   OKAY.  LET'S TALK A LITTLE BIT MORE ABOUT THAT CHAPTER 7

10:41AM 23   PROCESS.  HOW LONG DOES A TYPICAL CHAPTER 7 BANKRUPTCY LAST?

10:41AM 24   A.   SO THE BANKRUPTCY CASE IS FILED AND THE MEETING OF

10:41AM 25   CREDITORS IS SET BETWEEN 21 -- USUALLY 21 AND 60 DAYS, ANYWHERE

10:42AM 1    BETWEEN THERE, AFTER THE CASE IS FILED, AND THAT'S AGAIN WHERE

10:42AM 2    THE CREDITORS CAN COME AND ASK QUESTIONS.

10:42AM 3         THE DEADLINE TO OBJECT TO A DISCHARGE, MEANING IF THERE'S

10:42AM 4    SOME REASON WHY A DEBTOR SHOULDN'T GET A DISCHARGE, SO THEY'VE

10:42AM 5    DONE -- YOU KNOW, THEY'VE COMMITTED FRAUD OR THERE'S SOMETHING

10:42AM 6    THAT THEY'VE DONE WHICH IS EXPLICITLY DEFINED IN THE BANKRUPTCY

10:42AM 7    CODE, THE THINGS THAT YOU HAVE TO DO IN ORDER NOT TO GET

10:42AM 8    DISCHARGED, THE DEADLINE TO OBJECT TO THAT DISCHARGE IS 60 DAYS

10:42AM 9    AFTER THE FILING OF THE -- EXCUSE ME, IT'S 60 DAYS AFTER THE

10:42AM 10   341 MEETING, THE MEETING OF CREDITORS.

10:42AM 11        SO GENERALLY THAT'S THE TIMEFRAME FOR THE CASE.  IF IT'S

10:42AM 12   JUST A REGULAR OLD CASE AND NOTHING FANCY AND NOTHING FUNNY

10:42AM 13   GOING ON, IT'S ABOUT 90 DAYS OR SO FROM THE FILING, 90 TO 120,

10:42AM 14   MAYBE, FROM THE FILING OF THE CASE UNTIL THE DEBTOR GETS THE

10:42AM 15   DISCHARGE.

10:42AM 16   Q.   AND THE DISCHARGE IS THE FINAL STEP?

10:43AM 17   A.   WELL, THE DISCHARGE -- WELL, NOT NECESSARILY, BUT THAT'S

10:43AM 18   THE FINAL STEP PRETTY MUCH FOR THE DEBTOR.  THAT'S WHAT THEY

10:43AM 19   WANT.

10:43AM 20        THE CASE MAY REMAIN OPEN FOR ALL KINDS OF OTHER REASONS,

10:43AM 21   IF THERE'S OTHER KIND OF LITIGATION GOING ON OR WHATEVER, BUT

10:43AM 22   THE CASE CAN THEN BE CLOSED -- THE CASE WILL NOT BE CLOSED

10:43AM 23   BEFORE THE DISCHARGE IS ENTERED.

10:43AM 24        IF THE TRUSTEE IS ADMINISTERING ASSETS, THAT'S A REASON

10:43AM 25   WHY THE CASE MAY REMAIN OPEN AFTER THE DEBTOR GETS THEIR

10:43AM 1    DISCHARGE BECAUSE, YOU KNOW, THEY HAVE TO SELL THINGS, THEY'RE

10:43AM 2    PUTTING IT ON THE MARKET, WHATEVER THEY'RE DOING.

10:43AM 3        ONCE THE TRUSTEE HAS GONE THROUGH EVERYTHING, SOLD

10:43AM 4    EVERYTHING, ACCOUNTED FOR EVERYTHING AND IS READY TO MAKE

10:43AM 5    PAYMENTS TO CREDITORS, THE TRUSTEE WILL FILE A FINAL REPORT

10:43AM 6    BASICALLY IDENTIFYING EVERYTHING.

10:43AM 7        AND THEN ONCE THAT PROCESS IS DONE, THEY MADE THEIR

10:43AM 8    DISTRIBUTION, THE CASE WILL BE CLOSED.  A FINAL DECREE WILL BE

10:43AM 9    ENTERED MEANING THE TRUSTEE, YOU DID YOUR JOB, THE DEBTOR GOT

10:43AM 10   THE DISCHARGE, THERE'S NOTHING LEFT TO DO IN THE CASE.  THEN

10:43AM 11   THE CASE WILL BE CLOSED.

10:43AM 12   Q.   I'M GOING TO GO BACKWARDS A LITTLE BIT --

10:44AM 13   A.   SORRY.

10:44AM 14   Q.   -- UNTIL THE BEGINNING.  YOU MENTIONED THE DEBTOR'S

10:44AM 15   ESTATE.  CAN YOU DISCUSS BRIEFLY HOW AND WHEN THAT IS CREATED

10:44AM 16   AND WHAT THAT IS?

10:44AM 17   A.   YEAH.  SO VERY GENERALLY THE BANKRUPTCY ESTATE AGAIN IS

10:44AM 18   THIS NEW ENTITY THAT IS FILED OR IS CREATED WHEN A BANKRUPTCY

10:44AM 19   IS FILED.

10:44AM 20       SO THE MOMENT THAT PETITION IS FILED WITH THE BANKRUPTCY

10:44AM 21   COURT, IT'S DATE STAMPED AND DOCKETED AND THE BANKRUPTCY ESTATE

10:44AM 22   IS CREATED.

10:44AM 23       SO THE BANKRUPTCY ESTATE IS DEFINED BY THE BANKRUPTCY

10:44AM 24   CODE, AND IT'S SPECIFICALLY IDENTIFIED WHAT IS INCLUDED IN

10:44AM 25   THAT, BUT BASICALLY IT'S ALL OF THE DEBTOR'S ASSETS THAT

10:44AM 1    EXISTED AT THE TIME WHEN THE CASE WAS FILED.

10:44AM 2        SO WHATEVER THE DEBTOR OWNED OR HAD RIGHTS TO, THAT ALL

10:44AM 3    GOES INTO THE BANKRUPTCY ESTATE, AND AGAIN IT'S THE TRUSTEE'S

10:44AM 4    JOB TO LOOK AT THAT AND SEE WHAT IS AVAILABLE FOR DISTRIBUTION

10:44AM 5    TO CREDITORS.

10:45AM 6    Q.   AND WHERE DOES THE TRUSTEE GET THAT INFORMATION?

10:45AM 7    A.   SO ONE OF THE DUTIES THE DEBTOR HAS IN EXCHANGE FOR

10:45AM 8    GETTING ALL OF THESE BENEFITS IS THAT THEY HAVE TO FILE

10:45AM 9    SCHEDULES AND THEY HAVE TO FILE STATEMENTS AND OTHER

10:45AM 10   INFORMATION WITH THE BANKRUPTCY COURT UNDER PENALTY OF PERJURY

10:45AM 11   THAT LISTS ALL OF THE THINGS.

10:45AM 12       SO IT LISTS ASSETS, LISTS LIABILITIES, LISTS INCOME, LISTS

10:45AM 13   EXPENSES, AND ALSO LISTS INFORMATION ABOUT RECENT FINANCIAL

10:45AM 14   INFORMATION ABOUT THE DEBTOR.

10:45AM 15       SO THAT'S REALLY WHERE THE TRUSTEE GETS THE FIRST -- WELL,

10:45AM 16   NOT THE TRUSTEE BUT THE COURT, OUR OFFICE, CREDITORS WHO ARE

10:45AM 17   WATCHING, THAT'S WHERE THEY ARE GOING TO GET ALL OF THE

10:45AM 18   INFORMATION.

10:45AM 19       SO THEY HAVE THIS SET OF DOCUMENTS AND IT'S THEIR FORMS

10:45AM 20   THAT ARE FILED IN EVERY CASE AND YOU HAVE TO USE THE FORMS, AND

10:45AM 21   THEY'RE FORMS SO THEY'RE UNIFORM.  IT ASKS THE SAME

10:45AM 22   INFORMATION, IT ASKS THE SAME QUESTIONS, AND ALL OF THESE

10:45AM 23   QUESTIONS HAVE TO BE ANSWERED UNDER OATH.

10:45AM 24       SO THAT'S GOING TO BE THE FIRST PLACE WHERE THE TRUSTEE

10:46AM 25   WOULD LOOK TO SAY, ALL RIGHT, WHAT DO WE HAVE HERE?  WHAT DOES

10:46AM 1   THE DEBTOR OWN?  WHERE IS THE PROPERTY?  WHAT ELSE DO I NEED TO

10:46AM 2   LOOK AT?  MAYBE I CAN GET SOMETHING ELSE INTO THE BANKRUPTCY

10:46AM 3   ESTATE SOMEHOW.

10:46AM 4       SO THOSE SCHEDULES ARE GOING TO BE THE FIRST PLACE THAT

10:46AM 5   THEY'RE GOING TO LOOK.

10:46AM 6       THE NEXT -- SOME INFORMATION AND DOCUMENTS ARE NOT

10:46AM 7   REQUIRED TO BE FILED, MEANING THEY DON'T HAVE TO BE PUBLICLY

10:46AM 8   DOCKETED, BUT THEY DO HAVE TO BE PROVIDED TO THE TRUSTEE IF THE

10:46AM 9   TRUSTEE ASKS FOR THAT.

10:46AM 10      SO, FOR EXAMPLE, TAX RETURNS ARE NOT FILED ON THE DOCKET

10:46AM 11  BUT THE TRUSTEE IS GOING TO WANT TO LOOK AT THOSE TAX RETURNS

10:46AM 12  TO SEE WHAT THE DEBTOR WAS SIGNING UNDER THE PENALTY OF PERJURY

10:46AM 13  WITH THE I.R.S. BEFORE THEY FILED THE CASE.  BECAUSE THEY'LL

10:46AM 14  LOOK AND SAY, WOW, SOMETHING IS DIFFERENT HERE.  WHAT IS GOING

10:46AM 15  ON?

10:46AM 16      BANK STATEMENTS IS ANOTHER THING THAT THE TRUSTEE

10:46AM 17  TYPICALLY WILL ASK FOR.

10:46AM 18      PAYMENT PAY STUBS, THEY'RE CALLED PAYMENT ADVICES.  RECENT

10:46AM 19  PAYMENT ADVICES ARE ALSO SOMETHING THAT ARE TYPICALLY REQUIRED

10:46AM 20  BY THE TRUSTEE.

10:46AM 21      SO THOSE ARE NOT FILED AND NOT AVAILABLE TO YOU IF YOU

10:47AM 22  WANT TO JUST GO AND LOOK UP A CASE, BUT THE TRUSTEE WOULD HAVE

10:47AM 23  THAT, AND THE TRUSTEE WOULD TAKE A LOOK AT THAT IN DETERMINING

10:47AM 24  WHETHER THERE WERE ASSETS AVAILABLE FOR ADMINISTRATION.

10:47AM 25      AND THEN AFTER THAT IS THE 341 MEETING, WHICH IS THE

10:47AM 1      MEETING OF CREDITORS.  THEY CAN ASK QUESTIONS.

10:47AM 2          AGAIN, I MENTIONED EARLIER THAT A TRUSTEE WILL TYPICALLY

10:47AM 3      USE OUTSIDE ASSET SEARCH SERVICES SO, YOU KNOW, YOU CAN --

10:47AM 4      WESTLAW AND NEXIS, LEXIS NEXIS, THESE ARE RESEARCH TOOLS, BUT

10:47AM 5      THEY ALSO HAVE A PUBLIC RECORDS FUNCTION WHICH MEANS THAT YOU

10:47AM 6      CAN LOOK UP OWNERSHIP INTEREST IN PROPERTY AND DMV RECORDS AND

10:47AM 7      ALL OF THAT KIND OF STUFF.  THOSE ARE COMMERCIAL SERVICES THAT

10:47AM 8      A TRUSTEE WOULD HAVE TO PAY FOR, AND THEY'RE NOT NECESSARILY

10:47AM 9      ALWAYS 100 PERCENT RELIABLE, BUT IT GIVES AT LEAST AN IDEA OF

10:47AM 10     WHERE THE TRUSTEE CAN ASK MORE QUESTIONS, GO TO DRIVE BY THIS

10:47AM 11     PROPERTY, GIVE A PHONE CALL.  IT'S A WAY THAT THE TRUSTEE WOULD

10:47AM 12     GET A LITTLE BIT MORE OF A DIRECTION IN WHERE TO LOOK.

10:48AM 13         SO THOSE ARE REALLY THE -- AND ANY OTHER THINGS THAT THE

10:48AM 14     DEBTOR WOULD FILE.  SO MAYBE THEY'RE FILING MOTIONS FOR

10:48AM 15     SOMETHING OR FILING REQUESTS FOR THIS OR THAT, ANYTHING REALLY

10:48AM 16     FILED IN THE CASE THE TRUSTEE COULD LOOK AT TO SAY, ALL RIGHT,

10:48AM 17     WELL, WHAT IS -- YOU KNOW, MAYBE THERE'S SOMETHING ELSE THAT I

10:48AM 18     DIDN'T KNOW ABOUT THAT I COULD GO AFTER.

10:48AM 19         AND BY GO AFTER MEANING ADMINISTER FOR THE BENEFIT OF

10:48AM 20     CREDITORS.

10:48AM 21     Q.   YOU JUST MENTIONED SOME COMMERCIAL SEARCHES THAT ARE

10:48AM 22     AVAILABLE.

10:48AM 23     A.   UH-HUH.

10:48AM 24     Q.   WHAT TYPE OF INFORMATION WOULD A TRUSTEE TYPICALLY SEARCH

10:48AM 25     FOR?

10:48AM 1      A.   SO YOU CAN SEARCH BY -- I MEAN, WE HAVE USED SOME OF

10:48AM 2      THESE, TOO, JUST IN THE WAY THAT OUR REVIEW OF CASES, TRUSTEES

10:48AM 3      USE THESE.  YOU CAN SEARCH BY NAME.

10:48AM 4           SO IF YOU TYPE IN, YOU KNOW, JOHN DOE, YOU'LL FIND ALL OF

10:48AM 5      THE JOHN DOE'S, AND THERE WILL BE A LOT OF THEM.

10:48AM 6           YOU CAN SEARCH BY SOCIAL SECURITY NUMBER, WHETHER YOU HAVE

10:48AM 7      THE FULL NUMBER OR THE LAST FOUR DIGITS.

10:49AM 8           YOU CAN SEARCH BY ADDRESS, TOO, IF YOU HAVE AN ADDRESS OF

10:49AM 9      SOMEWHERE.

10:49AM 10          AND GENERALLY THESE -- DEPENDING ON WHAT YOU -- WHAT

10:49AM 11     PACKAGE YOU GET, YOU CAN GET, YOU KNOW, DMV INFORMATION, SO ANY

10:49AM 12     TIME A CAR HAS BEEN REGISTERED TO THAT PERSON.

10:49AM 13          YOU CAN GET CRIMINAL -- EITHER CONVICTIONS OR CHARGES

10:49AM 14     AGAINST THAT PERSON.

10:49AM 15          YOU CAN GET PROPERTIES THAT ARE RELATED TO THAT PERSON.

10:49AM 16     YOU CAN -- I THINK YOU CAN EVEN GET UTILITY INFORMATION LIKE

10:49AM 17     HOW -- WHEN THE PERSON WAS REGISTERED WITH THE UTILITY COMPANY

10:49AM 18     AT A CERTAIN ADDRESS.

10:49AM 19          YOU CAN GET RELATED BUSINESSES, YOU CAN GET RELATED

10:49AM 20     PEOPLE.  YOU CAN GET PHONE NUMBERS.  YOU CAN GET ALL KINDS OF

10:49AM 21     STUFF.

10:49AM 22          SO WHEN YOU USE THESE SEARCHES YOU HAVE TO BE ABLE TO

10:49AM 23     CHECK THAT YOU'RE DOING IT FOR A VERY PARTICULAR PURPOSE

10:49AM 24     BECAUSE OTHERWISE PEOPLE COULD USE THAT FOR THE WRONG REASONS.

10:49AM 25          BUT IF THE TRUSTEE IS TRYING TO FIGURE OUT WHETHER THE

10:49AM 1    DEBTOR IS COMPLYING WITH THE BANKRUPTCY CODE, THAT'S, YOU KNOW,

10:49AM 2    ONE OF THE REASONS THAT THEY WOULD CHECK WHEN THEY'RE DOING

10:49AM 3    THESE SEARCHES BECAUSE THEY'RE TRYING TO FIGURE OUT -- THEY'RE

10:49AM 4    TRYING TO DO THEIR JOB AND FILLING OUT IF THERE'S ANYTHING ELSE

10:50AM 5    AVAILABLE FOR CREDITORS.

10:50AM 6         TRUSTEES DON'T ALWAYS USE THIS.  THEY WOULD HAVE TO PAY

10:50AM 7    FOR THAT, BUT IT IS AVAILABLE TO THEM.

10:50AM 8    Q.   AND IF I UNDERSTOOD YOU CORRECTLY, WHEN THEY DO THESE

10:50AM 9    SEARCHES, THEY'RE USING CERTAIN IDENTIFYING INFORMATION ABOUT

10:50AM 10   THAT PARTICULAR DEBTOR; IS THAT CORRECT?

10:50AM 11   A.   RIGHT.

10:50AM 12   Q.   OKAY.  SUCH AS NAME?

10:50AM 13   A.   SUCH AS NAME, SUCH AS SOCIAL SECURITY NUMBER, MAYBE

10:50AM 14   ADDRESS.  I THINK YOU CAN DO PHONE NUMBER.

10:50AM 15        BUT YOU DO HAVE TO INPUT THE INFORMATION.  YOU CAN LOOK UP

10:50AM 16   AN ADDRESS, AND IT WILL TELL YOU THE PEOPLE OR THE BUSINESSES

10:50AM 17   THAT WERE RELATED TO THAT ADDRESS SOMEHOW, WHETHER IT'S

10:50AM 18   UTILITIES, WHETHER IT'S MAILING ADDRESS OR WHATEVER IT IS.

10:50AM 19   BUT, AGAIN, IT'S NOT ENTIRELY RELIABLE BECAUSE IT JUST KIND OF

10:50AM 20   GIVES YOU AN IDEA OF SOME OF THE PEOPLE THAT -- AND ENTITIES

10:50AM 21   THAT MAY BE RELATED.  BUT AGAIN, IT'S A WAY TO, YOU KNOW, FIND

10:50AM 22   LEADS IF YOU THINK THAT THERE'S MAYBE OTHER ASSETS AVAILABLE.

10:50AM 23   Q.   AND IS IT ALSO FAIR TO SAY THAT THE ACCURACY OF THE

10:51AM 24   RESULTS, TO THE EXTENT THAT THEY'RE ACCURATE, DEPENDS ON THE

10:51AM 25   INFORMATION THAT THE TRUSTEE PUTS INTO THE SEARCH?

10:51AM 1    A.   YEAH, I THINK SO.  I MEAN, IF THEY DON'T HAVE A FULL

10:51AM 2    SOCIAL SECURITY NUMBER OR A CORRECT SPELLING OF A NAME OR AN

10:51AM 3    ADDRESS, YEAH, IT WOULD DEPEND ON THAT.

10:51AM 4        BUT IF YOU KNOW THE PERSON THAT YOU'RE TRYING TO SEARCH

10:51AM 5    FOR, WHATEVER WOULD BE RELATED TO THEM WOULD COME UP

10:51AM 6    PRESUMABLY.

10:51AM 7    Q.   NOW, EARLIER YOU DISCUSSED THAT THE MAIN ADVANTAGE, THE

10:51AM 8    MAIN GOAL THAT THE DEBTOR SEEKS IS THE DISCHARGE IN THE END.

10:51AM 9    CAN YOU DISCUSS MORE THE BURDENS OR THE OBLIGATIONS THAT ARE

10:51AM 10   PLACED ON THE DEBTOR IN FILING FOR BANKRUPTCY?

10:51AM 11   A.   YEAH.  SO I MENTIONED SOME OF THESE ALREADY.  THE DEBTOR

10:51AM 12   IS REQUIRED TO LIST ALL OF THEIR ASSETS, LIABILITY, INCOME AND

10:51AM 13   EXPENSES ON THEIR SCHEDULES, AND THEY HAVE TO DO THIS UNDER

10:52AM 14   OATH.

10:52AM 15       THEY ALSO HAVE TO LIST -- ANSWER QUESTIONS ABOUT THE

10:52AM 16   RECENT FINANCIAL HISTORY.  IT'S CALLED A STATEMENT OF FINANCIAL

10:52AM 17   AFFAIRS.  THAT IS ALSO -- THEY HAVE TO ANSWER THESE QUESTIONS

10:52AM 18   UNDER OATH.

10:52AM 19       THEY ARE REQUIRED TO ATTEND THE 341 MEETING OF CREDITORS

10:52AM 20   AND ANSWER QUESTIONS AGAIN UNDER OATH.  THEY ARE REQUIRED TO --

10:52AM 21   THERE ARE OTHER OBLIGATIONS LIKE FILING CERTAIN -- YOU KNOW,

10:52AM 22   PROVIDING -- COOPERATING WITH THE TRUSTEE, THAT'S A BIG ONE.

10:52AM 23   THEY ARE REQUIRED TO COOPERATE WITH THE TRUSTEE IN PROVIDING

10:52AM 24   DOCUMENTS AND INFORMATION THAT IS REQUESTED.

10:52AM 25       THEY ARE REQUIRED TO UPDATE THEIR ADDRESS.  THEY'RE

10:52AM  1    REQUIRED TO ATTEND CERTAIN HEARINGS, BUT BASICALLY THE BURDEN

10:52AM  2    IS ON THE DEBTOR TO BE TRUTHFUL, TO DISCLOSE EVERYTHING WITHOUT

10:52AM  3    HAVING TO ASK 30 TIMES FOR IT.  THEY HAVE TO DO IT THE FIRST

10:52AM  4    TIME BECAUSE IT'S UNDER OATH AND COOPERATE.

10:53AM  5        AND IF YOU DO ALL OF THAT, YOU GET A DISCHARGE.  YOU GET

10:53AM  6    TO WALK AWAY FROM ALL OF YOUR DEBTS BASICALLY.

10:53AM  7            THE COURT:  WHY DON'T WE TAKE OUR MORNING BREAK HERE

10:53AM  8    BEFORE YOU MOVE INTO ANOTHER AREA.

10:53AM  9        LET'S TAKE A RECESS, LADIES AND GENTLEMEN.  SO 15 MINUTES,

10:53AM  10   15 MINUTES WE'LL BE IN RECESS.

10:53AM  11           MR. SIMEON:  THANK YOU, YOUR HONOR.

10:53AM  12           THE WITNESS:  THANK YOU.

11:09AM  13       (RECESS FROM 10:53 A.M. UNTIL 11:12 A.M.)

11:12AM  14           THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK YOU

11:12AM  15   FOR YOUR COURTESY.  WE'RE BACK ON THE RECORD.  OUR JURY AND

11:12AM  16   ALTERNATES ARE PRESENT, AND ALL COUNSEL ARE PRESENT.

11:12AM  17       YOU CAN CONTINUE WITH YOUR EXAMINATION.

11:12AM  18           MR. SIMEON:  THANK YOU, YOUR HONOR.

11:12AM  19   Q.   MR. LAFFREDI, I NOW WANT TO TRANSITION INTO DISCUSSING THE

11:13AM  20   FORMS THAT THE DEBTOR HAS TO FILL OUT.

11:13AM  21       COULD YOU PLEASE EXPLAIN WHAT THOSE FORMS ARE STARTING

11:13AM  22   WITH THE BANKRUPTCY PETITION?

11:13AM  23   A.   SO THE BANKRUPTCY PETITION IS THE DOCUMENT THAT INITIATES

11:13AM  24   A BANKRUPTCY CASE.  IT'S THE DOCUMENT THAT CAUSES THE AUTOMATIC

11:13AM  25   STAY TO GO INTO EFFECT.  IT'S REALLY WHAT STARTS THE WHOLE

11:13AM   1    PROCESS FOR A DEBTOR.

11:13AM   2         AND THAT PETITION IS FAIRLY SHORT.  IT INCLUDES VERY BASIC

11:13AM   3    INFORMATION ABOUT THE DEBTOR INCLUDING THEIR NAME, THEIR

11:13AM   4    ADDRESS, WHAT TYPE OF -- WHAT CHAPTER THEY'RE SEEKING RELIEF

11:13AM   5    UNDER, ESTIMATES ABOUT THEIR ASSETS AND LIABILITY AND SOME

11:13AM   6    OTHER INFORMATION.

11:13AM   7         IT ALSO INCLUDES THEIR SIGNATURE UNDER PENALTY OF PERJURY

11:13AM   8    THAT, THEY ARE FILING THE DOCUMENT, AND THE INFORMATION THAT IS

11:14AM   9    CONTAINED IN THAT DOCUMENT IS ACCURATE.

11:14AM  10    Q.   AND WHAT ABOUT THE BANKRUPTCY SCHEDULES?

11:14AM  11    A.   SO THE SCHEDULES AGAIN ARE THE LIST OF THE DEBTOR'S

11:14AM  12    ASSETS, LIABILITIES, INCOME AND EXPENSES.

11:14AM  13         THOSE ARE TYPICALLY FILED WITH THE PETITION.  SO

11:14AM  14    EVERYTHING IS FILED AT ONCE, BUT THEY'RE NOT TECHNICALLY DUE

11:14AM  15    UNTIL 14 DAYS AFTER THE PETITION IS FILED.

11:14AM  16         SO ANY TIME BETWEEN, YOU KNOW, THE FILING OF THE PETITION

11:14AM  17    AND 14 DAYS LATER IS WHEN YOU'LL GET THE SCHEDULES.

11:14AM  18         AND AGAIN, THAT'S REALLY -- EVERYTHING THAT THE DEBTOR

11:14AM  19    OWNS, OWES, AND EARNS AT THE TIME OF THE FILING.

11:14AM  20         AND THEN THE LAST ONE IS THE STATEMENT OF FINANCIAL

11:14AM  21    AFFAIRS, WHICH IS AGAIN THE QUESTIONS ABOUT THE DEBTOR'S RECENT

11:14AM  22    FINANCIAL HISTORY.  SO IT INCLUDES RECENT INCOME INFORMATION,

11:14AM  23    RECENT TRANSFERS, RECENT PAYMENTS TO CREDITORS, RECENT

11:14AM  24    ACTIVITIES IN BUSINESSES, THAT KIND OF STUFF.

11:15AM  25         THOSE ARE -- THE SCHEDULES REALLY CAPTURE THE DEBTOR'S

11:15AM 1    FINANCIAL SITUATION AT THE TIME THE CASE IS FILED, AND THEN THE

11:15AM 2    STATEMENT OF FINANCIAL AFFAIRS GIVES A LITTLE BIT MORE

11:15AM 3    INFORMATION ABOUT WHAT HAPPENED JUST BEFORE THE CASE WAS FILED.

11:15AM 4         SO THAT HELPS GIVE THE TRUSTEE, CREDITORS, THE COURT,

11:15AM 5    EVERYONE A LITTLE BIT BETTER PICTURE OF WHAT THE DEBTOR'S

11:15AM 6    FINANCIAL SITUATION IS ACTUALLY LIKE, AND IT'S ALL UNDER

11:15AM 7    PENALTY OF PERJURY.  ALL OF THEM ARE SIGNED BY THE DEBTOR UNDER

11:15AM 8    PENALTY OF PERJURY.

11:15AM 9    Q.   HOW COMPLETE IS THIS PICTURE OF THE DEBTOR'S FINANCIAL

11:15AM 10   AFFAIRS BASED ON THE INFORMATION IN THESE FORMS?

11:15AM 11   A.   IT SHOULD BE EVERYTHING.  EVERYTHING ABOUT THE DEBTOR'S

11:15AM 12   FINANCIAL HISTORY SHOULD BE IN THERE.

11:15AM 13        IF IT'S NOT ASKED ON A CERTAIN SCHEDULE, THEN IT MAY

11:15AM 14   APPEAR AS AN ANSWER TO A QUESTION IN THE STATEMENT OF FINANCIAL

11:15AM 15   AFFAIRS, BUT THE DEBTOR HAS TO PUT EVERYTHING DOWN.  THE DEBTOR

11:15AM 16   HAS TO LIST IT ALL.  IT'S ALL IN THE EFFORTS OF FULL

11:16AM 17   DISCLOSURE.  THAT'S AGAIN, ONE OF THE DEBTOR'S FEW OBLIGATIONS

11:16AM 18   IN A BANKRUPTCY CASE IS TO DISCLOSE EVERYTHING.

11:16AM 19   Q.   CAN YOU BRIEFLY DESCRIBE WHAT AMENDMENTS ARE?

11:16AM 20   A.   RIGHT.  SO WHEN YOU FILE YOUR SCHEDULES, STATEMENTS,

11:16AM 21   REALLY ANY DOCUMENT IN YOUR BANKRUPTCY CASE, YOU ARE ATTESTING

11:16AM 22   UNDER OATH THAT THE DOCUMENT CONTAINS INFORMATION THAT IS

11:16AM 23   ACCURATE.

11:16AM 24        LATER ON IN THE CASE MAYBE, YOU KNOW, WHETHER IT'S THROUGH

11:16AM 25   THE TRUSTEE'S INQUIRIES, WHETHER IT'S BECAUSE YOU DID ANOTHER,

11:16AM 1    YOU KNOW, THE DEBTOR DID ANOTHER REVIEW OF THEIR SITUATION AND

11:16AM 2    DETERMINED, OH, WHOOPS, I FORGOT TO PUT THIS DOWN, DEBTORS HAVE

11:16AM 3    THE OPPORTUNITY TO AMEND SCHEDULES OR AMEND INFORMATION THAT

11:16AM 4    THEY HAVE ALREADY DISCLOSED.

11:16AM 5        SO AMENDMENT MEANS JUST LIKE CHANGING IT.  IT'S, IT'S

11:16AM 6    FIXING WHAT SHOULD HAVE BEEN LISTED BEFORE.

11:16AM 7        SO AN AMENDMENT IS NOT SOMETHING THAT YOU WOULD -- IT'S

11:17AM 8    NOT AN UPDATE.  SO SAY YOU HAD, YOU KNOW, INCOME OF $5,000 A

11:17AM 9    MONTH WHEN YOU FILED, TWO MONTHS LATER YOU GOT A RAISE AND NOW

11:17AM 10   IT'S 7,000, YOU WOULDN'T AMEND YOUR INITIAL SCHEDULE TO SAY,

11:17AM 11   WELL, IT WAS 5,000 BEFORE BUT NOW IT'S 7,000.

11:17AM 12       IF YOU LISTED 5,000 BUT YOU ACTUALLY WERE NEVER MAKING

11:17AM 13   5,000, IT SHOULD HAVE BEEN 500 A MONTH AND YOU REALIZED,

11:17AM 14   WHOOPS, THAT WAS A TYPO, YOU CAN GO IN AT ANY TIME AND SAY,

11:17AM 15   OKAY, IT SHOULD HAVE BEEN 500 WHEN I FILED NOT 5,000.

11:17AM 16       YOU'RE BASICALLY GOING BACK AND FIXING WHAT THE DOCUMENT

11:17AM 17   SHOULD HAVE SAID AT THE TIME IT WAS ORIGINALLY FILED.  THAT'S

11:17AM 18   WHAT AN AMENDMENT IS.  IT'S NOT AN UPDATE.

11:17AM 19       AND SO THOSE ARE TYPICALLY FREELY GRANTED.  THE

11:17AM 20   OPPORTUNITY TO AMEND SCHEDULES IS TYPICALLY ALLOWED AT ANY

11:17AM 21   TIME, BUT AGAIN, THE QUESTION WOULD BE, WELL, WHY DIDN'T YOU

11:17AM 22   LIST IT THE FIRST TIME?  YOU SIGNED IT UNDER PENALTY OF PERJURY

11:17AM 23   SAYING IT WAS TRUE, WHY DIDN'T YOU LIST IT RIGHT THE FIRST

11:17AM 24   TIME?

11:18AM 25   Q.  AND WHEN YOU SAY YOU CAN AMEND IT ANY TIME, YOU MEAN ANY

11:18AM  1   TIME BETWEEN FILING OF THE PETITION OR THE SCHEDULES AND THE

11:18AM  2   DATE OF THE DISMISSAL AND DISCHARGE?

11:18AM  3   A.   WELL, SO DISMISSAL IS A VERY SPECIFIC TERM IN BANKRUPTCY.

11:18AM  4   IF YOUR CASE IS DISMISSED, THAT MEANS THAT IT DIDN'T GO TO THE

11:18AM  5   END.  SO SOMETHING HAPPENED WHERE YOU GOT BASICALLY KICKED OUT

11:18AM  6   OF BANKRUPTCY, OR YOU GOT KICKED OUT OF, YOU KNOW -- KICKED OUT

11:18AM  7   MEANING THAT YOUR CASE IS OVER BEFORE YOU GOT THE DISCHARGE OR

11:18AM  8   BEFORE SOMETHING ELSE HAPPENED.

11:18AM  9        DISMISSAL MEANS THAT YOU'RE BACK TO WHERE YOU STARTED FROM

11:18AM 10   BEFORE THE PETITION WAS FILED.

11:18AM 11        DISCHARGE, AGAIN, IS THE ACT -- THE LEGAL ACT OF WIPING

11:18AM 12   OUT ALL OF THE DEBTS.

11:18AM 13        CASE CLOSURE IS WHEN THE CASE IS OVER.  SO TYPICALLY -- I

11:18AM 14   MEAN, YOU CAN HAVE AN AMENDMENT ANY TIME.  IN FACT, PEOPLE TRY

11:18AM 15   TO REOPEN THEIR CLOSED CASES TO AMEND SOMETHING FOR WHATEVER

11:18AM 16   REASON.  THEY MAY THINK THAT, YOU KNOW, THEY WANTED TO ADD THIS

11:18AM 17   CREDITOR OR, OH, I DISCOVERED AN ASSET I DIDN'T LIST INITIALLY,

11:19AM 18   I WANT TO LIST IT NOW EVEN THOUGH THE CASE IS CLOSED.

11:19AM 19        IN THAT INSTANCE OUR OFFICE WOULD LOOK AND SAY, DO WE NEED

11:19AM 20   TO APPOINT A TRUSTEE AGAIN TO LOOK AT THIS NEW ASSET TO

11:19AM 21   DETERMINE WHETHER SOMETHING IS AVAILABLE?

11:19AM 22        SO REALLY, IT CAN HAPPEN AT ANY TIME, INCLUDING AFTER THE

11:19AM 23   CASE IS CLOSED.

11:19AM 24        AN AMENDMENT IS ALLOWED AND BY ALLOWED MEANING THERE'S

11:19AM 25   REALLY NO REASON TO PREVENT THAT FROM HAPPENING BECAUSE, AGAIN,

11:19AM 1    IT'S IN THE INTEREST OF DISCLOSURE.  THE DEBTOR NEEDS TO

11:19AM 2    DISCLOSE.

11:19AM 3        BUT THERE'S OTHER IMPLICATIONS.  IF YOU FILE AN AMENDMENT

11:19AM 4    THREE YEARS LATER OF SOMETHING YOU KNEW ABOUT ON DAY ONE, WHY

11:19AM 5    DID IT TAKE YOU THREE YEARS TO FILE THAT?

11:19AM 6        BUT THE AMENDMENT ITSELF WOULD BE ALLOWED.

11:19AM 7    Q.   SO, MR. LAFFREDI, AT THIS TIME I WOULD ACTUALLY LIKE YOU

11:19AM 8    TO WALK US THROUGH A SPECIFIC BANKRUPTCY PETITION.

11:19AM 9    A.   OKAY.

11:19AM 10   Q.   AND THE ASSOCIATED FORMS.

11:19AM 11       MS. HOLLIMAN, COULD YOU PLEASE BRING UP EXHIBIT 1, WHICH

11:19AM 12   HAS ALREADY BEEN ADMITTED INTO EVIDENCE.

11:20AM 13       AND, YOUR HONOR, WITH YOUR PERMISSION I'LL HAVE THIS

11:20AM 14   EXHIBIT PUBLISHED TO THE JURY.

11:20AM 15           THE COURT:  AND YOU ADMITTED THIS BY STIPULATION, I

11:20AM 16   BELIEVE?

11:20AM 17           MR. SIMEON:  YES, YOUR HONOR.

11:20AM 18           THE COURT:  AND IT MAY BE PUBLISHED AT THIS TIME.

11:20AM 19   BY MR. SIMEON:

11:20AM 20   Q.   MR. LAFFREDI, DO YOU HAVE A PAPER COPY OF THIS AS WELL?

11:20AM 21   A.   I DO.

11:20AM 22   Q.   SO I'M GOING TO BE FOLLOWING ALONG ON THE MONITOR AND YOU

11:20AM 23   CAN USE WHICHEVER IS EASIER FOR YOU TO READ.

11:20AM 24   A.   OKAY.

11:20AM 25   Q.   MS. HOLLIMAN, CAN YOU PLEASE ZOOM IN ON THE TOP THIRD OF

11:20AM  1    THE PAGE.

11:20AM  2         BEFORE WE START, WHAT FORM IS THIS?

11:20AM  3    A.   THIS IS THE OFFICIAL FORM 1, WHICH IS THE VOLUNTARY

11:20AM  4    BANKRUPTCY PETITION.

11:20AM  5    Q.   SO LET'S START AT THE TOP.  COULD YOU PLEASE READ THE

11:20AM  6    NAMES AT THE TOP?

11:20AM  7    A.   GOYKO GUSTAV AND PATRICIA ELIZABETH KUBUROVICH.

11:21AM  8    Q.   OKAY.  AND WHEN YOU SEE TWO NAMES UP THERE, WHAT DOES THAT

11:21AM  9    MEAN?

11:21AM  10   A.   THAT MEANS THAT THIS IS A CASE FILED BY A MARRIED COUPLE.

11:21AM  11   Q.   AND LIKE A JOINT FILING?

11:21AM  12   A.   A JOINT FILING, YES.

11:21AM  13   Q.   AND MOVING DOWN TO WHERE IT SAYS STREET ADDRESS?

11:21AM  14   A.   UH-HUH.

11:21AM  15   Q.   WHAT IS THAT?

11:21AM  16   A.   THIS -- IT'S LISTED 18670 CASTLE LAKE DRIVE, MORGAN HILL,

11:21AM  17   CALIFORNIA 95037.

11:21AM  18   Q.   AND IS THAT WHERE THE DEBTOR'S RESIDENTIAL ADDRESS GOES?

11:21AM  19   A.   YEAH, THAT WOULD BE -- I WOULD LOOK TO SEE WHERE THE

11:21AM  20   DEBTOR LIVED.  IF YOU LOOK BELOW WHERE IT SAYS THE COUNTY OF

11:21AM  21   SANTA CLARA AND THERE'S ALSO A BOX FOR MAILING ADDRESS.  SO IF

11:21AM  22   THE DEBTOR HAD A DIFFERENT MAILING ADDRESS, THAT'S WHAT THEY

11:21AM  23   WOULD PUT THERE.  THAT'S WHAT THEY WOULD PUT THERE.

11:21AM  24        IF THEY HAD A BUSINESS AND A LOCATION OF THE PRINCIPAL

11:21AM  25   ASSETS ARE SOMEWHERE ELSE OTHER THAN WHERE THEIR STREET ADDRESS

11:21AM  1    IS, THAT'S WHERE YOU WOULD PUT IT.

11:21AM  2        SO SINCE THEY ONLY LISTED ONE HERE, IT LOOKS LIKE THAT'S

11:22AM  3    WHERE THEY LIVE.

11:22AM  4    Q.   THE SECTION AT THE BOTTOM OF THE SCREEN STARTING ON THE

11:22AM  5    LEFT STARTING WITH TYPE OF DEBTOR.  COULD YOU READ THAT

11:22AM  6    INFORMATION AND EXPLAIN WHAT EACH BOX ASKS FOR?

11:22AM  7             MR. NICK:  I'M SORRY.  YOUR HONOR, I'M GOING TO

11:22AM  8    OBJECT TO THE LAST RESPONSE AND MOVE TO STRIKE PURSUANT TO THE

11:22AM  9    COURT'S RULING ON CONCLUSIONS REGARDING THE NAME OF THESE FORMS

11:22AM 10    AS TO WHO IS READING THEM.

11:22AM 11             MS. GILG:  I'M JOINING THAT OBJECTION, YOUR HONOR.

11:22AM 12             THE COURT:  THE PORTION OF THE ANSWER "IT LOOKS LIKE

11:22AM 13    THAT'S WHERE THEY LIVE" IS YOUR OBJECTION?

11:22AM 14             MR. NICK:  CORRECT, YOUR HONOR.

11:22AM 15             THE COURT:  DO YOU WANT TO ASK -- I'LL ASK THAT BE

11:22AM 16    STRICKEN.  THAT LAST PORTION IS STRICKEN.  YOU CAN ASK ANOTHER

11:22AM 17    QUESTION.

11:22AM 18             MR. SIMEON:  THANK YOU, YOUR HONOR.

11:22AM 19    Q.   GOING BACK UP TO THE STREET ADDRESS.  IS THAT QUESTION

11:22AM 20    ASKING FOR THE DEBTOR'S RESIDENTIAL ADDRESS?

11:22AM 21             MR. NICK:  OBJECTION.

11:22AM 22             THE COURT:  OVERRULED.

11:23AM 23             THE WITNESS:  THAT IS WHERE A PERSON WOULD PUT THEIR

11:23AM 24    ADDRESS, THEIR STREET ADDRESS WHERE THEY LIVE.

11:23AM 25             MR. NICK:  OBJECTION, YOUR HONOR.  MOVE TO STRIKE.

11:23AM  1    IT'S A CONCLUSION AND NOT WHAT THE QUESTION ASKED.

11:23AM  2            THE COURT:  COUNSEL, LET ME SEE YOU AT SIDE-BAR FOR

11:23AM  3    JUST A MOMENT, PLEASE.

11:23AM  4        (SIDE-BAR CONFERENCE ON THE RECORD.)

11:23AM  5            THE COURT:  WE'RE AT SIDE-BAR OUTSIDE OF THE

11:23AM  6    PRESENCE OF THE JURY.

11:23AM  7        I CALLED YOU OVER HERE BECAUSE I NEGLECTED TO SAY THAT I

11:23AM  8    DON'T PERMIT SPEAKING OBJECTIONS SO --

11:23AM  9            MR. NICK:  I WAS HOPING YOU WOULD CALL ME UP HERE,

11:23AM 10    YOUR HONOR.

11:23AM 11            THE COURT:  AND YOUR WISH IS GRANTED.  YOU'RE UP

11:23AM 12    HERE.

11:23AM 13            MR. NICK:  AND I APOLOGIZE.

11:23AM 14            THE COURT:  NO, THAT'S ALL RIGHT.

11:23AM 15        THIS IS -- HE IS PERMITTED TO TESTIFY ABOUT THE

11:23AM 16    APPLICATION, THE BOX, AND WHAT SOMEONE WOULD PUT IN THERE.  AS

11:23AM 17    HE SAID, THIS IS WHERE SOMEONE WOULD PUT THEIR ADDRESS IN.

11:23AM 18    THAT'S PERMITTED.

11:23AM 19        I STRUCK THE PREVIOUS TESTIMONY WHERE HE SAID THAT'S WHERE

11:23AM 20    I BELIEVE THEY LIVE.  I THINK THAT'S CONCURRENT WITH OUR

11:24AM 21    DISCUSSION.  HE CERTAINLY IS PERMITTED TO SAY THAT THIS IS A

11:24AM 22    FORM, THIS BOX ASKS FOR THIS, AND THAT'S WHERE SOMEONE WOULD

11:24AM 23    PUT THIS INFORMATION.

11:24AM 24            MR. NICK:  SO THAT I DON'T HAVE TO DO A SPEAKING

11:24AM 25    OBJECTION, YOUR HONOR, MY BASIS OF OBJECTION IN THE FUTURE

11:24AM 1     WOULD BE ON RELEVANCY.

11:24AM 2                 THE COURT:  OKAY.

11:24AM 3                 MR. NICK:  TO LET THE COURT KNOW.

11:24AM 4                 THE COURT:  OKAY.

11:24AM 5                 MS. GILG:  AND BEFORE WE LEAVE, JUST TO CLARIFY,

11:24AM 6     IF -- LET'S SAY HE GETS TO A BOX WHERE IT SAYS BUSINESS

11:24AM 7     ENTITIES AND HE SAYS, WELL, THAT'S WHERE YOU WOULD PUT THE

11:24AM 8     BUSINESS ENTITY THAT YOU CREATED FOR YOUR DAUGHTER.

11:24AM 9         I MEAN, THAT I THINK --

11:24AM 10                THE COURT:  I DON'T THINK HE'S GOING TO ASK THAT

11:24AM 11    QUESTION.

11:24AM 12                MR. SIMEON:  HE DOESN'T KNOW THE SPECIFICS OF THIS

11:24AM 13    CASE.

11:24AM 14                MS. GILG:  OKAY.  I JUST WANT TO MAKE SURE.

11:24AM 15                THE COURT:  THIS IS INFORMATION AS TO WHAT GOES

11:24AM 16    WHERE.

11:24AM 17                MS. GILG:  RIGHT.

11:24AM 18                THE COURT:  AND WHAT HE WOULD PUT WHERE.  IT'S AKIN

11:24AM 19    TO COMING TO A DOOR AND IT SAYS OPEN, DOES THAT MEAN PUSH?

11:24AM 20    WHAT DO YOU DO WHEN YOU GET IN?

11:24AM 21        OKAY.  THANK YOU.

11:25AM 22        (END OF DISCUSSION AT SIDE-BAR.)

11:25AM 23                THE COURT:  COUNSEL.

11:25AM 24                MR. SIMEON:  THANK YOU, YOUR HONOR.

11:25AM 25    Q.  MR. LAFFREDI, MOVING DOWN, IF YOU COULD JUST GO FROM LEFT

11:25AM 1   TO RIGHT AND EXPLAIN WHAT EACH BOX IS ASKING FOR AND JUST TELL

11:25AM 2   WHAT THE ANSWER IS STARTING WITH TYPE OF DEBTOR?

11:25AM 3   A.   OKAY.  SURE.  SO THE FIRST ONE IS INDIVIDUAL.  SO THAT'S

11:25AM 4   LIKE A PERSON, A NATURAL PERSON.  SO IT COULD BE A SINGLE

11:25AM 5   PERSON.  IT COULD BE A MARRIED COUPLE, WHICH WOULD BE A JOINT

11:25AM 6   CASE.

11:25AM 7        SO THEY'VE CHECKED THAT BOX HERE.

11:25AM 8        YOU CAN ALSO HAVE A CORPORATION, WHICH IS A BUSINESS

11:25AM 9   ENTITY WHICH ALSO INCLUDES LLC'S AND LLP'S WHICH ARE LIMITED

11:25AM 10  LIABILITY COMPANIES AND LIMITED LIABILITY PARTNERSHIPS.

11:26AM 11       THEN YOU CAN ALSO HAVE A PARTNERSHIP, WHICH IS ANOTHER

11:26AM 12  TYPE OF BUSINESS ENTITY.

11:26AM 13       AND THEN IF THE TYPE OF DEBTOR DOES NOT FIT INTO ONE OF

11:26AM 14  THOSE THREE CATEGORIES, YOU CAN SELECT OTHER.  SO SOMETIMES

11:26AM 15  YOU'LL SEE LIKE A BUSINESS TRUST OR SOME OTHER KIND OF BUSINESS

11:26AM 16  ENTITY.

11:26AM 17  Q.   AND IT MIGHT BE HELPFUL ACTUALLY IF YOU SHIFT OVER TO THE

11:26AM 18  LOWER RIGHT TO THE SECTION AND EXPLAIN WHAT IS BEING ASKED FOR

11:26AM 19  IN THAT BOX AND WHAT IS ANSWERED?

11:26AM 20  A.   THE NATURE OF BUSINESS.

11:26AM 21  Q.   AND THE NATURE OF DEBTS IN THE LOWER RIGHT?

11:26AM 22  A.   OH.  OH, I SEE.

11:26AM 23       SO, YES.  WELL, IT'S A LITTLE --

11:26AM 24  Q.   I'M SORRY.  IT'S IN THE LOWER RIGHT OF THE TOP HALF THAT

11:26AM 25  WAS UP BEFORE.

11:27AM 1    A.   SO NATURE OF DEBTS FOR WHEN IT'S AN INDIVIDUAL, IF THE

11:27AM 2    NATURE OF DEBTS ARE CONSUMER DEBTS AND IT'S DEFINED RIGHT

11:27AM 3    THERE, THE BANKRUPTCY STATUTE IS DEFINED RIGHT THERE WHAT

11:27AM 4    CONSUMER DEBTS ARE MEANING BEING INCURRED BY AN INDIVIDUAL

11:27AM 5    PRIMARILY FOR A PERSONAL, FAMILY, OR HOSTEL PURPOSE.

11:27AM 6        IF YOU HAVE PRIMARILY CONSUMER DEBTS, THEN YOU CHECK THAT

11:27AM 7    BOX.

11:27AM 8        IF YOU HAVE OTHER DEBTS THAT ARE OTHER THAN THAT, MEANING

11:27AM 9    PRIMARILY BUSINESS DEBTS, THEN YOU WOULD CHECK THAT BOX, AND

11:27AM 10   THAT BOX IS CHECKED RIGHT HERE.

11:27AM 11   Q.   MS. HOLLIMAN, COULD YOU GO BACK TO THE TOP OF THE PAGE

11:27AM 12   SHOWING THE FIRST HALF, PLEASE, OR THE MIDDLE IS FINE.  THANK

11:27AM 13   YOU.

11:27AM 14       AND THEN IF YOU COULD EXPLAIN THE REMAINING BOXES IN THAT

11:27AM 15   PART OF THE FORM, WHAT IS BEING ASKED AND WHAT THE ANSWER IS

11:27AM 16   FOR NATURE OF BUSINESS AND CHAPTER OF BANKRUPTCY CODE?

11:27AM 17   A.   SO THE NATURE OF BUSINESS, THERE'S A BUNCH OF DIFFERENT

11:28AM 18   TYPES OF BUSINESSES THAT CAN BE CHECKS, HEALTH CARE BUSINESS,

11:28AM 19   SINGLE ASSET REAL ESTATE, RAILROADS, STOCKBROKER, COMMODITY

11:28AM 20   BROKER, CLEARING BANK.

11:28AM 21       THERE ARE SPECIFIC PROVISIONS IN THE BANKRUPTCY CODE ABOUT

11:28AM 22   THESE TYPES OF BUSINESSES, AND SO THAT'S WHY THEY'RE LISTED

11:28AM 23   LIKE THAT.

11:28AM 24       BUT THEN YOU CAN ALSO CHECK OTHER IF YOU DON'T FIT INTO

11:28AM 25   THOSE, AND THAT'S WHAT IS CHECKED HERE H.

11:28AM   1        AND THEN THE CHAPTER, THIS IS WHERE YOU DECIDE WHICH

11:28AM   2   CHAPTER UNDER THE BANKRUPTCY CODE YOU WANT TO FILE AND YOU WANT

11:28AM   3   YOUR RELIEF UNDER.

11:28AM   4        CHAPTER 7, AS I INDICATED EARLIER, THAT'S THE LIQUIDATION

11:28AM   5   CHAPTER WHERE YOUR ASSETS GET SOLD AND YOU GET A DISCHARGE

11:28AM   6   PRETTY QUICKLY, AND THAT'S THE CHAPTER THAT WAS CHOSEN HERE.

11:28AM   7        AND THEN FILING FEE, THEY PAID THE FILING FEE WITH THE

11:28AM   8   PETITION.

11:28AM   9   Q.   WE'LL SKIP DOWN TO THE BOTTOM OF THE FORM NOW,

11:28AM  10   MS. HOLLIMAN.  IF YOU COULD ZOOM INTO THE BOTTOM THIRD.

11:29AM  11        COULD YOU PLEASE EXPLAIN WHAT IS BEING ASKED IN THESE

11:29AM  12   BOXES AND WHAT THE ANSWERS ARE?

11:29AM  13   A.   SO THESE ARE ESTIMATES THAT THE DEBTOR AND IT KIND OF

11:29AM  14   GIVES A PREVIEW OF WHAT THE CASE WILL LOOK LIKE, AND IT'S EVEN

11:29AM  15   MORE IMPORTANT WHEN THE DEBTOR DOES NOT FILE SCHEDULES RIGHT

11:29AM  16   AWAY.

11:29AM  17        SO THE FIRST BOX ASKS WHETHER THEY THINK THAT THERE WILL

11:29AM  18   BE ASSETS OR FUNDS THAT WILL BE AVAILABLE FOR DISTRIBUTION TO

11:29AM  19   CREDITORS, AND HERE THEY CHECK THE BOX THAT INDICATED THAT THEY

11:29AM  20   DID NOT THINK THAT FUNDS WOULD BE AVAILABLE FOR DISTRIBUTION TO

11:29AM  21   UNSECURED CREDITORS, MEANING IT WOULD BE A NO ASSET CASE.

11:29AM  22        THEN THE NEXT ONE DOWN IS AN ESTIMATED NUMBER OF

11:29AM  23   CREDITORS, SO HOW MANY CREDITORS DO THEY THINK THAT THEY OWE

11:29AM  24   MONEY TO, AND THEY'VE CHECKED THE BOX BETWEEN 1 AND 49.

11:29AM  25        THEN THE NEXT ONE IS ESTIMATED ASSETS.  THIS IS HOW

11:30AM 1   MUCH -- THE VALUE OF THEIR TOTAL ASSETS THAT THEY THINK THAT

11:30AM 2   THEY'RE ESTIMATING THAT THEY HAVE AT THE TIME THE CASE IS

11:30AM 3   FILED.  HERE THEY'VE ESTIMATED THAT THE VALUE OF THEIR ASSETS

11:30AM 4   IS BETWEEN $500,001 AND $1 MILLION.  AND AGAIN, THIS IS ALL

11:30AM 5   ESTIMATES.

11:30AM 6        AND FINALLY ESTIMATED LIABILITIES, THIS IS WHERE THE

11:30AM 7   DEBTOR WOULD INDICATE AN ESTIMATED AMOUNT THAT THEY OWE TO

11:30AM 8   CREDITORS, ALL CREDITORS AT THE TIME OF FILING.  AND HERE THEY

11:30AM 9   ESTIMATED THAT THEY OWE BETWEEN $1,000,001 AND $10 MILLION.

11:30AM 10  Q.   AND AT THE VERY BOTTOM OF THE PAGE THERE ARE STAMPS THAT

11:30AM 11  APPEARS TO BE ADMINISTRATIVE INFORMATION.  CAN YOU EXPLAIN WHAT

11:30AM 12  THAT INFORMATION IS?

11:30AM 13  A.   YES.  SO THE RED PART, THESE ARE STAMPS DONE BY THE

11:30AM 14  BANKRUPTCY COURT WHEN A DOCUMENT IS FILED, AND IT JUST

11:30AM 15  BASICALLY HELPS IDENTIFY THE DOCUMENT IF YOU PRINT IT OUT OR IF

11:31AM 16  YOU'RE LOOKING AT IT FROM SOMEWHERE ELSE.

11:31AM 17       SO HERE IT STARTS WITH CASE NUMBER.  SO THIS CASE WAS

11:31AM 18  ASSIGNED CASE NUMBER 10-55471 IN THE BANKRUPTCY COURT.  THIS IS

11:31AM 19  THE FIRST DOCUMENT THAT WAS FILED IN THE CASE BECAUSE IT SAYS

11:31AM 20  DOCUMENT NUMBER 1.  IT GIVES THE DATE THAT THE DOCUMENT WAS

11:31AM 21  FILED.

11:31AM 22       SO THIS BANKRUPTCY PETITION WAS FILED ON MAY 25TH, 2010,

11:31AM 23  FROM THE STAMP AND THEN IT GIVES THE TIME THAT IT WAS FILED.

11:31AM 24       SO IT WAS FILED JUST AFTER 2:20 IN THE AFTERNOON ON MAY

11:31AM 25  25TH, 2010.

11:31AM 1    Q.   LET'S SKIP TO PAGE 1-3, PLEASE.

11:31AM 2         MS. HOLLIMAN, IF YOU COULD ZOOM INTO THE TOP LEFT HALF OF

11:31AM 3    THE FORM WHERE THE SIGNATURES ARE.

11:31AM 4         MR. LAFFREDI, COULD YOU PLEASE EXPLAIN WHAT IS BEING ASKED

11:32AM 5    FOR AND WHAT IS ENTERED HERE?

11:32AM 6    A.   SO THIS IS WHERE THE DEBTOR WOULD SIGN UNDER PENALTY OF

11:32AM 7    PERJURY THAT THE INFORMATION THAT THEY'VE PROVIDED IN THE

11:32AM 8    PETITION WAS TRUE AND CORRECT.  AND HERE IT'S AN ELECTRONIC

11:32AM 9    SIGNATURE BECAUSE IT HAS THAT SLASH S SLASH, AND THEN THE

11:32AM 10   DEBTOR'S NAMES, AND THEN THE DATE THAT IT WAS SIGNED.

11:32AM 11        SO THIS, TO ME, WOULD MEAN THAT THERE'S AN UNDERLYING WET

11:32AM 12   SIGNATURE SOMEWHERE THAT THE DEBTOR ACTUALLY PHYSICALLY SIGNED

11:32AM 13   AND THAT WOULD BE IN THE POSSESSION OF THE DEBTOR'S ATTORNEY.

11:32AM 14   Q.   IS IT NORMAL TO GET ELECTRONIC SIGNATURES ON THESE

11:32AM 15   FILINGS?

11:32AM 16   A.   YES.

11:32AM 17   Q.   AND THAT'S THE TYPICAL CASE?

11:32AM 18   A.   RIGHT.

11:32AM 19   Q.   MS. HOLLIMAN, COULD YOU ZOOM IN ON THE BOX JUST BELOW

11:32AM 20   THAT?

11:32AM 21   A.   I SHOULD SAY IT'S TYPICAL WHEN THERE'S AN ATTORNEY.  A PRO

11:32AM 22   SE PERSON REPRESENTING THEMSELVES USUALLY WOULD NOT FILE THIS.

11:32AM 23   THEY WOULD FILE THE DOCUMENT THAT THEY HAVE WRITTEN AND USUALLY

11:32AM 24   THERE WOULD BE A HAND SIGNATURE.

11:32AM 25   Q.   AND THE BOX JUST BELOW THAT, CAN YOU PLEASE EXPLAIN WHAT

11:32AM   1    IS BEING ASKED FOR THERE AND WHAT YOU SEE?

11:33AM   2    A.   RIGHT.  SO THIS IS WHERE A DEBTOR'S ATTORNEY WOULD SIGN

11:33AM   3    AND SO HERE IT INDICATES THAT THE DEBTOR'S ATTORNEY IS

11:33AM   4    CHARLES -- THE DEBTOR'S ATTORNEY IS CHARLES B. GREENE.  HE ALSO

11:33AM   5    HAD A SLASH S SLASH.

11:33AM   6         FOR ATTORNEYS WHO ARE ABLE TO FILE ELECTRONICALLY, THEY

11:33AM   7    CAN USE THAT SLASH S SLASH AS THEIR SIGNATURE, AND THAT'S

11:33AM   8    INDICATING THAT THE DEBTOR'S ATTORNEY HAS, YOU KNOW, REVIEWED

11:33AM   9    THIS DOCUMENT AND IS FILING IT ON THEIR BEHALF, AND ALSO IT

11:33AM  10    INCLUDES INFORMATION ABOUT THE DEBTOR'S ATTORNEY'S ADDRESS,

11:33AM  11    FIRM NAME, TELEPHONE NUMBER, FAX NUMBER, E-MAIL ADDRESS.

11:33AM  12    Q.   THANK YOU.

11:33AM  13    A.   AND EVEN AT THE BOTTOM IT SAYS, IN A CASE IN WHICH A

11:33AM  14    CERTAIN SECTION OF THE BANKRUPTCY CODE APPLIES, 707(B)(4)(D),

11:33AM  15    THIS SIGNATURE ALSO CONSTITUTES A CERTIFICATION THAT THE

11:33AM  16    ATTORNEY HAS NO KNOWLEDGE AFTER AN INQUIRY THAT THE INFORMATION

11:33AM  17    IN THE SCHEDULES IS INCORRECT.

11:34AM  18         SO THAT MEANS THAT THE DEBTOR'S ATTORNEY HAS DONE SOME DUE

11:34AM  19    DILIGENCE AND DETERMINED THAT THE INFORMATION THAT IS IN THE

11:34AM  20    SCHEDULES IS NOT INCORRECT, AND, THEREFORE, IS SIGNING

11:34AM  21    ATTESTING TO THAT.

11:34AM  22    Q.   THANK YOU.

11:34AM  23         MS. HOLLIMAN, CAN WE SKIP TO PAGE 1-12, PLEASE, AND IF YOU

11:34AM  24    COULD ZOOM IN ON THE TOP HALF.

11:34AM  25         MR. LAFFREDI, WHAT ARE WE LOOKING AT HERE?

11:34AM 1    A.   SO THIS IS THE FIRST SCHEDULE.  WE TALKED ABOUT SCHEDULES

11:34AM 2    EARLIER.  THIS IS THE FIRST ONE.  IT'S SCHEDULE A.  THIS IS THE

11:34AM 3    SCHEDULE.  THIS IS THE FORM WHERE A DEBTOR IS REQUIRED TO LIST

11:34AM 4    ALL INTERESTS IN ANY REAL PROPERTY THAT THEY HAVE.

11:34AM 5    Q.   COULD YOU PLEASE READ THE FIRST SENTENCE IN THE

11:34AM 6    INSTRUCTIONS?

11:34AM 7    A.   YES.  SO AT THE TOP THERE, THERE IS A LIST OF INSTRUCTIONS

11:34AM 8    ON HOW TO COMPLETE THE FORM, AND THE FIRST SENTENCE IS "EXCEPT

11:35AM 9    AS DIRECTED BELOW, LIST ALL REAL PROPERTY IN WHICH THE DEBTOR

11:35AM 10   HAS ANY LEGAL, EQUITABLE, OR FUTURE INTEREST, INCLUDING ALL

11:35AM 11   PROPERTY OWNED AS A COTENANT, COMMUNITY PROPERTY, OR IN WHICH

11:35AM 12   THE DEBTOR HAS A LIFE ESTATE."

11:35AM 13   Q.   ARE YOU ABLE TO EXPLAIN WHAT THAT IS ASKING FOR IN

11:35AM 14   LAYMEN'S TERMS?

11:35AM 15   A.   BASICALLY IT'S JUST SAYING THAT YOU HAVE TO LIST EVERY

11:35AM 16   INTEREST THAT YOU HAVE IN A PIECE OF REAL PROPERTY.

11:35AM 17   Q.   HOW WOULD YOU DESCRIBE AN INTEREST IN PROPERTY?

11:35AM 18            MS. GILG:  OBJECTION.

11:35AM 19            MR. NICK:  OBJECTION, RELEVANCE.

11:35AM 20            MS. GILG:  AND OUTSIDE OF THE SCOPE OF THIS

11:35AM 21   WITNESS'S EXPERTISE.

11:35AM 22            THE COURT:  ARE YOU ASKING HIM TO DESCRIBE WHAT THE

11:35AM 23   BANKRUPTCY -- IS IT IN HIS EXPERIENCE WHAT INTEREST MEANS IN

11:35AM 24   RELATIONSHIP TO THIS FORM?

11:35AM 25            MR. SIMEON:  THAT'S -- WHAT THE FORM IS ASKING FOR

11:35AM  1    IN THIS CONTEXT, YOUR HONOR.

11:35AM  2            THE COURT:  ARE YOU ABLE TO ANSWER THAT QUESTION,

11:35AM  3    SIR, IN RELATION TO --

11:35AM  4            THE WITNESS:  I THINK.

11:35AM  5            THE COURT:  -- IN YOUR EXPERIENCE AND IN YOUR

11:36AM  6    UNDERSTANDING OF WHAT THE FORM IS.

11:36AM  7            THE WITNESS:  YES, I BELIEVE SO.

11:36AM  8            THE COURT:  YOU WILL BE PERMITTED TO ANSWER THAT

11:36AM  9    QUESTION IN THAT CONTEXT.

11:36AM 10            THE WITNESS:  SO THE QUESTION AGAIN?  I'M SORRY.

11:36AM 11    BY MR. SIMEON:

11:36AM 12    Q.   THIS FORM ASKS -- YOU SAID THAT THIS FORM IS ASKING FOR AN

11:36AM 13    INTEREST IN PROPERTY.

11:36AM 14        ON THIS FORM BASED ON YOUR EXPERIENCE AND KNOWLEDGE WITH

11:36AM 15    THIS BANKRUPTCY OR BANKRUPTCY PROCEEDINGS, WHAT DOES IT MEAN TO

11:36AM 16    HAVE AN INTEREST IN PROPERTY?

11:36AM 17            MS. GILG:  OBJECTION.  MISSTATES THE TESTIMONY.  I

11:36AM 18    DON'T WANT TO SPEAK.

11:36AM 19            THE COURT:  THE QUESTION IS HIS UNDERSTANDING OF

11:36AM 20    WHAT BANKRUPTCY THIS FORM, HIS EXPERIENCE AND KNOWLEDGE, WHAT

11:36AM 21    THIS FORM ASKS FOR AS TO INTEREST.

11:36AM 22            MR. SIMEON:  THAT'S CORRECT, YOUR HONOR.  I BELIEVE

11:36AM 23    HE USED THE TERM "INTEREST AND PROPERTY."

11:36AM 24            THE COURT:  ALL RIGHT.  I WILL PERMIT HIM TO ANSWER

11:36AM 25    THAT QUESTION.

11:36AM 1          THE WITNESS:  AND TO BE CLEAR, THE FORM ITSELF

11:36AM 2    REFERS TO INTEREST.

11:36AM 3          SO IN MY EXPERIENCE THIS IS WHERE A PERSON WOULD LIST

11:36AM 4    OWNERSHIP OUTRIGHT IN A PIECE OF PROPERTY SO THEY HAVE A DEED

11:37AM 5    TO A PIECE OF PROPERTY, THAT'S PROBABLY THE MOST COMMON

11:37AM 6    INTEREST.

11:37AM 7          BUT THE OTHER INTEREST THAT A PERSON MIGHT HAVE THAT ARE

11:37AM 8    SPECIFICALLY MENTIONED IN THAT INSTRUCTION, FUTURE INTEREST.

11:37AM 9          SO THAT MEANS THAT SOMETHING THAT A PERSON MAYBE DOESN'T

11:37AM 10   HAVE RIGHT NOW BUT THEY ARE ENTITLED TO AT SOME POINT IN THE

11:37AM 11   FUTURE.

11:37AM 12         LIFE ESTATE, THAT'S ANOTHER ONE, AND IT'S VERY UNCOMMON,

11:37AM 13   BUT IT'S WHERE A PERSON'S OWNERSHIP INTEREST DEPENDS ON THE

11:37AM 14   LIFESPAN OF SOMEONE ELSE.

11:37AM 15         SO IT'S NOT JUST I HAVE A DEED TO A PIECE OF PROPERTY.

11:37AM 16   REALLY, ANY INTEREST THAT YOU HAVE.  AND IT SAYS ANY LEGAL,

11:37AM 17   EQUITABLE OR FUTURE INTEREST, YOU HAVE TO PUT IT DOWN.

11:37AM 18         SO IF YOU HAVE RIGHTS TO USE A CERTAIN PROPERTY, THAT'S --

11:37AM 19   THIS SCHEDULE ASKS YOU TO PUT THAT DOWN.

11:37AM 20             MR. NICK:  YOUR HONOR, OBJECTION.  RELEVANCY.  MOVE

11:37AM 21   TO STRIKE.

11:37AM 22             THE COURT:  OVERRULED.  YOU CAN MOVE ON TO ANOTHER

11:37AM 23   TOPIC.

11:37AM 24   BY MR. SIMEON:

11:37AM 25   Q.   MR. LAFFREDI, LET'S MOVE ON TO THE SECOND SENTENCE IN THE

11:37AM 1    INSTRUCTIONS.  COULD YOU PLEASE READ THE SECOND SENTENCE?

11:37AM 2    A.   "INCLUDE ANY PROPERTY IN WHICH THE DEBTOR HOLDS RIGHTS AND

11:38AM 3    POWERS EXERCISABLE FOR THE DEBTOR'S OWN BENEFIT."

11:38AM 4           MR. NICK:  YOUR HONOR, I'M SORRY.  CAN WE APPROACH

11:38AM 5    AGAIN?  I APOLOGIZE BUT --

11:38AM 6           THE COURT:  WHY DON'T YOU STAND UP WHEN YOU SPEAK.

11:38AM 7    YEAH, COME OVER HERE.

11:38AM 8           MR. NICK:  THANK YOU.

11:38AM 9       (SIDE-BAR CONFERENCE ON THE RECORD.)

11:38AM 10          THE COURT:  OKAY.  WE'RE AT SIDE-BAR WITH COUNSEL.

11:38AM 11          MR. NICK:  YOUR HONOR, THE WITNESS HAS TESTIFIED

11:38AM 12   THAT AN INTEREST IN PROPERTY INCLUDES IF YOU'RE ABLE TO USE THE

11:38AM 13   PROPERTY, AND THAT IS JUST NOT ONLY INCORRECT BUT THIS -- THESE

11:38AM 14   ARE THE TYPES OF OPINIONS THAT I'M CONCERNED ABOUT.  IT'S

11:38AM 15   CLEARLY NOT CORRECT.  NUMBER ONE, THE GOVERNMENT SHOULD CORRECT

11:38AM 16   THAT ON THE RECORD.

11:38AM 17          THE COURT:  I DON'T THINK HE --

11:38AM 18          MS. GILG:  HE SAID IF YOU HAVE A RIGHT TO USE THE

11:38AM 19   PROPERTY, THAT'S AN INTEREST THAT SHOULD BE DECLARED, AND

11:38AM 20   THAT'S JUST INACCURATE.

11:39AM 21          THE COURT:  DO YOU WANT TO RESPOND TO THIS?

11:39AM 22          MR. SIMEON:  I DON'T KNOW, YOUR HONOR.  THAT'S THE

11:39AM 23   EXPERT WITNESS'S TESTIMONY SO I DON'T HAVE ANY PERSONAL

11:39AM 24   KNOWLEDGE OF WHETHER THAT'S CORRECT OR NOT.  I DEFER TO MY

11:39AM 25   WITNESS, THE EXPERT WITNESS ON THAT TOPIC.

11:39AM 1      MS. GILG:  YOUR HONOR, MY OBJECTION IS THAT HE'S

11:39AM 2  TESTIFYING AS TO A LEGAL CONCLUSION.  THAT'S A LEGAL CONCLUSION

11:39AM 3  AND --

11:39AM 4      THE COURT:  WHAT THIS WITNESS CAN TESTIFY TO AND

11:39AM 5  WHAT WE WENT OVER WAS WHAT THIS FORM ASKS FOR AND IN THE

11:39AM 6  CONTEXT OF HIS EXPERIENCE AND HIS KNOWLEDGE AS A TRUSTEE AND

11:39AM 7  HIS ADMINISTRATOR AS TO WHAT INTEREST GOES AND WHAT IS SUPPOSED

11:39AM 8  TO GO IN THOSE PARTICULAR FORMS.

11:39AM 9      NOW, IF HE GOES A LITTLE FURTHER ABOUT HIM SAYING I MADE

11:39AM 10  LEGAL DETERMINATIONS AND GIVING A LEGAL OPINION ABOUT THAT,

11:39AM 11  THAT MIGHT GO A LITTLE TOO FAR.  HE CAN SAY WHAT IS THIS

11:39AM 12  INTEREST.  LIFE ESTATE.  I THINK THAT'S PERMITTED.  HE CAN TALK

11:39AM 13  ABOUT WHAT A LIFE ESTATE IS, AND HE CAN TALK ABOUT WHAT THOSE

11:39AM 14  FORMS ARE -- EXCUSE ME, WHAT THE WORDS ARE AND WHAT THE

11:39AM 15  DEFINITIONS AND WHAT THAT IS.

11:40AM 16      NOW, YOUR OBJECTION --

11:40AM 17      MS. GILG:  IF I ALLOW --

11:40AM 18      THE COURT:  EXCUSE ME.  YOUR OBJECTION WAS AS TO HE

11:40AM 19  DESCRIBED IN HIS ANSWER?

11:40AM 20      MR. NICK:  HE'S GIVING AN OPINION AS TO WHAT A LEGAL

11:40AM 21  INTEREST IS, AND IT'S A VERY DANGEROUS OPINION, YOUR HONOR,

11:40AM 22  BECAUSE IT'S NOT ONLY INACCURATE.  I MEAN, IF YOU THINK WHAT HE

11:40AM 23  JUST SAID IS EVEN IF YOU RENT A PLACE, YOU HAVE TO DISCLOSE IT,

11:40AM 24  YOU HAVE AN INTEREST IN IT, AND THAT'S JUST NOT TRUE.

11:40AM 25      EVEN IF YOU HAVE A MOTEL ROOM FOR THE DAY, YOU HAVE TO

11:40AM  1    DISCLOSE IT, AND THESE BROAD STATEMENTS ARE JUST NOT ACCURATE,

11:40AM  2    AND THESE ARE THE OPINIONS THAT ARE BEING USED TO INFER WHAT

11:40AM  3    THE STATE OF MIND OF THE DEFENDANTS ARE AND SO THAT'S THE BASES

11:40AM  4    OF THAT.

11:40AM  5             THE COURT:  I APPRECIATE THAT AND WE TALKED ABOUT

11:40AM  6    THIS.

11:40AM  7        HE CAN TESTIFY ABOUT WHAT HE -- WHAT THE FORM CALLS AND

11:40AM  8    WHAT HE SEES IN RESPONSES TO THE FORM.

11:40AM  9        GOING FURTHER.  IF YOU ASK HIM, AND I THINK HE VOLUNTEERED

11:40AM 10    THIS, IT WASN'T PART OF THE QUESTION BUT HE VOLUNTEERED IT, A

11:41AM 11    LIFE ESTATE -- EXCUSE ME, AN INTEREST IS, AND THEN HE GAVE A

11:41AM 12    LEGAL OPINION ABOUT WHAT AN INTEREST IS, THAT PROBABLY GOES TOO

11:41AM 13    FAR.

11:41AM 14        HE CAN TALK ABOUT WHAT TYPES OF, ACCORDING TO THE

11:41AM 15    QUESTIONS, WHAT TYPES OF INTEREST THOSE ARE AND THE LIFE ESTATE

11:41AM 16    AND WHATEVER AN INHERITANCE AND WHATEVER IT SAYS.  THAT'S

11:41AM 17    PERMITTED.

11:41AM 18        BUT I THINK IF YOU ASK HIM TO IDENTIFY WHAT THAT IS, THAT

11:41AM 19    BECOMES PROBLEMATIC AS GIVING HIS LEGAL OPINION ABOUT WHAT A

11:41AM 20    LIFE ESTATE IS AND WHAT OTHER INTERESTS ARE.

11:41AM 21        HE CAN CERTAINLY GIVE HIS OPINION ABOUT WHAT GOES IN THE

11:41AM 22    FORM, BUT TO GO FURTHER AND SAY A LIFE ESTATE IS, OR WHATEVER

11:41AM 23    IT IS A LEGAL INTEREST MIGHT BE, AND THEN GO OFF INTO SOME

11:41AM 24    OTHER DESCRIPTION, I THINK IS A LITTLE TOO FAR.

11:41AM 25             THE EVIDENCE -- I DON'T THINK THE FACTS HERE INDICATE

11:41AM 1    THAT.  IF YOU WERE GOING TO ASK HIM ABOUT STOCK DISTRIBUTIONS

11:41AM 2    AND HOW MUCH INTEREST HE HAS IN THAT, AND THEN HE GOES INTO

11:42AM 3    COLLOQUY ABOUT ANALYZING HOW MUCH INTEREST HE HAS BASED ON THE

11:42AM 4    RATE OF RETURN OR INVESTMENTS, ALL OF THOSE TYPES OF THINGS,

11:42AM 5    THAT'S NOT PERMITTED HERE.

11:42AM 6         SO YOU CAN CONTINUE THE EXAMINATION, BUT ESSENTIALLY WHAT

11:42AM 7    DO YOU EXPECT TO SEE IN THE FORM.

11:42AM 8              MS. GILG:  WILL YOU BE STRIKING THE PHRASE WHEN HE

11:42AM 9    SAID IF YOU USE IT, IF YOU --

11:42AM 10             THE COURT:  DID HE -- I'M GOING TO LOOK AT THE

11:42AM 11   TRANSCRIPT.

11:42AM 12             MS. GILG:  THAT YOU HAVE A RIGHT TO USE OR

11:42AM 13   SOMETHING.

11:42AM 14             THE COURT:  I'LL LOOK AT THE TRANSCRIPT AND SEE

11:42AM 15   EXACTLY WHAT THAT LANGUAGE WAS.  BUT IF HE SAID SOMETHING LIKE

11:42AM 16   THAT, THEN I WILL STRIKE IT.

11:42AM 17             MR. NICK:  AND I MEAN, HE DID VOLUNTEER IT.  IT

11:42AM 18   WASN'T PROMPTED BY THE GOVERNMENT'S QUESTION PER SE.

11:42AM 19             THE COURT:  RIGHT.  RIGHT.  SO LET ME SEE IF I FIND

11:42AM 20   THAT, AND I'LL STRIKE THAT.

11:42AM 21             MR. SIMEON:  SO, YOUR HONOR, THE OBJECTION WAS TO MY

11:42AM 22   LAST QUESTION?

11:42AM 23             MR. NICK:  IT WAS MORE TO THE ANSWER, WHICH IS

11:42AM 24   OUTSIDE OF HIS AREA OF EXPERTISE.  IT CALLS FOR A LEGAL

11:43AM 25   CONCLUSION.

11:43AM 1          MS. GILG:  IT CALLS FOR A LEGAL CONCLUSION.

11:43AM 2          MR. SIMEON:  BECAUSE MY LAST QUESTION, I BELIEVE, IS

11:43AM 3     WHAT THE SECOND SENTENCE WAS ASKING FOR.

11:43AM 4          THE COURT:  YES.

11:43AM 5          MR. SIMEON:  I JUST WANT TO --

11:43AM 6          MR. NICK:  IT'S ONE OF THOSE QUESTIONS WHERE YOU

11:43AM 7     ASKED --

11:43AM 8          MR. SIMEON:  I UNDERSTAND.

11:43AM 9          THE COURT:  THE ANSWER WAS VOLUNTEERED.  THAT'S

11:43AM 10    OKAY.  ALL RIGHT.  OKAY.  I THINK WE UNDERSTAND.  THANK YOU.

11:43AM 11        THANK YOU, COUNSEL.

11:43AM 12        (END OF DISCUSSION AT SIDE-BAR.)

11:43AM 13         THE COURT:  COUNSEL, GIVE ME JUST A MOMENT.

11:43AM 14        (PAUSE IN PROCEEDINGS.)

11:43AM 15         THE COURT:  ALL RIGHT.  I'M GOING TO SUSTAIN THE

11:44AM 16    OBJECTION AS TO THE LAST PORTION OF THIS WITNESS'S ANSWER,

11:44AM 17    LADIES AND GENTLEMEN, THAT WHERE THE WITNESS INDICATED "IT'S

11:44AM 18    NOT JUST I HAVE A DEED TO A PIECE OF PROPERTY.  REALLY, ANY

11:44AM 19    INTEREST THAT YOU HAVE."

11:44AM 20        AND IT WENT FURTHER, "IF YOU HAVE THE RIGHT TO USE CERTAIN

11:44AM 21    PROPERTY, THIS SCHEDULE ASKS YOU TO PUT THAT DOWN."

11:44AM 22        I'M GOING TO STRIKE THAT PORTION OF THE TESTIMONY.  THAT

11:44AM 23    PORTION OF THE TESTIMONY IS STRICKEN.  EVERYTHING ELSE REMAINS.

11:44AM 24        ALL RIGHT, YOU CAN PROCEED.

11:44AM 25         MR. SIMEON:  THANK YOU, YOUR HONOR.

11:44AM 1    Q.   MR. LAFFREDI, YOU HAD JUST READ THE SENTENCE THAT READS:

11:44AM 2    "INCLUDE ANY PROPERTY IN WHICH THE DEBTOR HOLDS RIGHTS AND

11:44AM 3    POWERS EXERCISABLE FOR THE DEBTOR'S OWN BENEFIT."

11:44AM 4         MY QUESTION IS WHAT IS THAT PART OF THE INSTRUCTION ASKING

11:44AM 5    FOR OR EXPLAINING?

11:44AM 6    A.   THAT, TO ME, MEANS THAT IF YOU DO NOT OWN A PIECE OF

11:45AM 7    PROPERTY OUTRIGHT BUT YOU HAVE RIGHTS OR POWERS THAT ARE

11:45AM 8    EXERCISABLE FOR YOUR BENEFIT, YOU HAVE TO LIST IT THERE.

11:45AM 9    Q.   NOW, MOVING DOWN TO THE DESCRIPTION AND LOCATION OF

11:45AM 10   PROPERTY.  HOW MANY PROPERTIES ARE LISTED?

11:45AM 11   A.   ONE.

11:45AM 12   Q.   AND CAN YOU READ WHAT THAT SAYS?

11:45AM 13   A.   IT'S 1310 FILLMORE, NUMBER 302, SAN FRANCISCO, CALIFORNIA,

11:45AM 14   CONDOMINIUM-INVESTMENT.

11:45AM 15   Q.   AND CAN YOU EXPLAIN WHAT THE ENTRIES TO THE RIGHT OF THAT

11:45AM 16   MEAN?

11:45AM 17   A.   SO AT THE TOP THERE ARE DIFFERENT COLUMNS ASKING FOR

11:45AM 18   DIFFERENT TYPES OF INFORMATION.  AND SO THE FIRST ONE IS THE

11:45AM 19   DESCRIPTION AND LOCATION OF PROPERTY, WHICH IS WHAT I JUST

11:45AM 20   READ.

11:45AM 21        AND THEN THE NEXT ONE THE DEBTOR IS SUPPOSED TO LIST THE

11:45AM 22   NATURE OF THE DEBTOR'S INTEREST IN THAT PROPERTY.  THE DEBTOR

11:45AM 23   DID NOT LIST ANYTHING HERE.

11:45AM 24        AND THEN THE TYPE OF OWNERSHIP.  SO WHETHER IT'S HUSBAND,

11:46AM 25   WHETHER IT'S WIFE, WHETHER IT'S JOINTLY OWNED OR WHETHER IT'S

11:46AM 1     COMMUNITY PROPERTY.  COMMUNITY PROPERTY IS SPECIFIC IN

11:46AM 2     CALIFORNIA.  THAT'S A TYPE OF OWNERSHIP INTEREST, AND THEY

11:46AM 3     LISTED C FOR COMMUNITY.

11:46AM 4         AND THEN THE DEBTOR IS SUPPOSED TO LIST THE VALUE OF THEIR

11:46AM 5     INTEREST IN THE PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM

11:46AM 6     MEANING LIKE A MORTGAGE OR A LIEN AMOUNT, AND SO THEY LISTED

11:46AM 7     THE VALUE OF THEIR PROPERTY AT $520,000.

11:46AM 8         AND THEN THE LAST COLUMN IS THE AMOUNT OF ANY SECURED

11:46AM 9     CLAIMS THAT MIGHT BE ON THAT PROPERTY, AND SO THEY HAVE LISTED

11:46AM 10    THAT THEY HAVE $705,332 IN SECURED CLAIMS AGAINST THAT PIECE OF

11:46AM 11    PROPERTY.

11:46AM 12        SO THAT, TO ME, MEANS THAT THE PROPERTY IS WORTH ABOUT

11:46AM 13    $185,000 LESS THAN WHAT IS OWED ON IT.

11:46AM 14    Q.  LET'S MOVE ON TO SCHEDULE B WHICH IS PAGE 1-13.

11:47AM 15        MS. HOLLIMAN, CAN YOU ZOOM IN ON THE TOP HALF, PLEASE.

11:47AM 16        MR. LAFFREDI, IF YOU COULD PLEASE READ THE FIRST LINE OF

11:47AM 17    THE INSTRUCTIONS AND THEN JUST EXPLAIN WHAT THAT MEANS OR WHAT

11:47AM 18    IT IS ASKING FOR?

11:47AM 19    A.  WELL, SO SCHEDULE B IS A LIST OF ALL OF THE DEBTORS.  THIS

11:47AM 20    IS WHERE THE DEBTORS HAVE TO LIST ALL OTHER PROPERTY THAT THE

11:47AM 21    DEBTOR OWNS.  SO NOT REAL ESTATE, BUT EVERYTHING ELSE, AND

11:47AM 22    THAT'S CALLED PERSONAL PROPERTY.

11:47AM 23        AND THIS SCHEDULE, THE FIRST SENTENCE OF THE INSTRUCTIONS

11:47AM 24    IS "EXCEPT AS DIRECTED BELOW, LIST ALL PERSONAL PROPERTY OF THE

11:47AM 25    DEBTOR OF WHATEVER KIND."

11:47AM  1    Q.    SO WHAT IS THAT ASKING FOR THEN?

11:47AM  2    A.    THAT MEANS THAT THE DEBTOR HAS TO LIST EVERYTHING ELSE

11:47AM  3    THAT THE DEBTOR OWNS OTHER THAN REAL PROPERTY.

11:47AM  4    Q.    OKAY.  SO LET'S GO THROUGH THE FIRST FEW LINES AND IF YOU

11:48AM  5    COULD JUST READ WHAT IS ANSWERED FIRST FOR NUMBER 1, WHAT IS

11:48AM  6    ASKED FOR AND WHAT IS ANSWERED?

11:48AM  7              MS. GILG:  OBJECTION.  THIS DOCUMENT SPEAKS FOR

11:48AM  8    ITSELF.

11:48AM  9              THE COURT:  YOU CAN -- OVERRULED.  HE CAN READ IT

11:48AM  10   INTO THE RECORD.

11:48AM  11              THE WITNESS:  SO THE FIRST ONE ASKS FOR CASH ON

11:48AM  12   HAND.  SO AGAIN AT THE TOP THERE IS THE DIFFERENT COLUMNS.  SO

11:48AM  13   THE FIRST COLUMN IS THE TYPE OF PROPERTY, AND THAT'S WHERE IT

11:48AM  14   GOES INTO A BUNCH OF DIFFERENT TYPES OF PROPERTY THAT YOU CAN

11:48AM  15   LIST.

11:48AM  16       AND THE NEXT COLUMN JUST SAYS NONE.  IF THE DEBTOR DOES

11:48AM  17   NOT HAVE ANY PROPERTY OF THAT TYPE, THEN THEY WOULD PUT AN X

11:48AM  18   THERE, MEANING THEY DON'T HAVE THAT.  THERE'S NONE OF THAT

11:48AM  19   PROPERTY.

11:48AM  20       THE NEXT COLUMN IS A DESCRIPTION AND LOCATION OF THE

11:48AM  21   PROPERTY.  SO THIS WOULD BE WHERE THE DEBTOR KIND OF DESCRIBES

11:48AM  22   AND IDENTIFIES WHERE THE PROPERTY IS LOCATED.

11:48AM  23       AND THEN AGAIN THAT NEXT COLUMN IS THE TYPE OF OWNERSHIP

11:49AM  24   INTEREST THAT THE DEBTOR HAS, MEANING DO THEY OWN IT BY

11:49AM  25   THEMSELVES?  DO THEY OWN IT WITH SOMEBODY ELSE?

11:49AM  1        AND THEN FINALLY, THE DEBTOR LISTS THE VALUE OF THEIR

11:49AM  2   INTEREST IN THAT PROPERTY, AGAIN, WITHOUT DEDUCTING ANY SECURED

11:49AM  3   CLAIM AGAINST THE PROPERTY.

11:49AM  4        SO THE VERY FIRST ONE, NUMBER 1, IT ASKS FOR THE DEBTOR TO

11:49AM  5   LIST ALL CASH ON HAND AT THE TIME THE BANKRUPTCY WAS FILED AND

11:49AM  6   THE DEBTOR CHECKED THE BOX THAT THEY DID NOT HAVE ANY CASH ON

11:49AM  7   HAND AT THE TIME THE CASE WAS FILED.

11:49AM  8   BY MR. SIMEON:

11:49AM  9   Q.   AND WHAT IS NUMBER --

11:49AM  10  A.   AND IN MY EXPERIENCE CASH MEANS CASH.  IF YOU HAVE IT IN

11:49AM  11  YOUR WALLET, IF YOU HAVE IT IN A MATTRESS, IF YOU HAVE IT IN A

11:49AM  12  SAFE, YOU HAVE TO LIST THAT CASH.

11:49AM  13  Q.   AND WHAT IS NUMBER 2 ASKING FOR?

11:49AM  14  A.   NUMBER 2 ASKS FOR ALL CHECKING, SAVINGS OR OTHER FINANCIAL

11:49AM  15  ACCOUNTS, CD'S, DIFFERENT TYPES OF ACCOUNTS THAT YOU WOULD KEEP

11:49AM  16  MONEY AT.

11:49AM  17       AND THE DEBTOR LISTED --

11:50AM  18            MS. GILG:  OBJECTION.  THERE'S NO QUESTION PENDING.

11:50AM  19            THE COURT:  SUSTAINED.  DO YOU HAVE ANOTHER

11:50AM  20  QUESTION?

11:50AM  21  BY MR. SIMEON:

11:50AM  22  Q.   WHAT DID THE DEBTOR LIST?

11:50AM  23  A.   SO THE DEBTORS HERE LISTED WHAT APPEARS TO BE FOUR BANK

11:50AM  24  ACCOUNTS.  THE FIRST ONE IS A BANK ACCOUNT WITH PINNACLE

11:50AM  25  BANK-MORGAN HILL WHICH IS OWNED AS COMMUNITY PROPERTY, AND IT

11:50AM 1    HAD -- THE DEBTORS INDICATED THAT IT HAD A HUNDRED DOLLARS IN

11:50AM 2    IT WHEN THE CASE WAS FILED.

11:50AM 3        THEN THE NEXT ONE IS A BANK OF AMERICA ACCOUNT THAT IS

11:50AM 4    ALSO COMMUNITY PROPERTY THAT HAD $200 IN IT WHEN THE CASE WAS

11:50AM 5    FILED.  AGAIN, THAT'S MAY 25TH, 2010.

11:50AM 6        AND THEN A THIRD ACCOUNT, UNITED SECURITY BANK, ALSO

11:50AM 7    COMMUNITY PROPERTY THAT HAD $15 IN IT AS OF THE DATE OF FILING.

11:50AM 8        AND THEN A FOURTH ACCOUNT TD AMERITRADE, COMMUNITY

11:50AM 9    PROPERTY WITH $10 IN IT, AND THAT WOULD CONSTITUTE ALL OF THE

11:50AM 10   DEBTOR'S BANK ACCOUNTS THAT THEY HAD AT THE TIME THE CASE WAS

11:51AM 11   FILED.

11:51AM 12   Q.  MS. HOLLIMAN, COULD YOU JUST MOVE DOWN A LITTLE FURTHER

11:51AM 13   DOWN THE PAGE, PLEASE, AND ZOOM IN AT THE LOWER PART.

11:51AM 14       WHAT IS NUMBER 6 ASKING FOR?

11:51AM 15   A.  NUMBER 6 IS ASKING FOR WEARING APPAREL.  SO THIS IS

11:51AM 16   GENERALLY CLOTHES AND STUFF THAT YOU WEAR.  THE DEBTORS -- I'M

11:51AM 17   SORRY.

11:51AM 18   Q.  THAT'S FINE.  LET'S MOVE ON TO PAGE 1-16.

11:51AM 19       MS. HOLLIMAN, COULD YOU ZOOM IN ON THE TOP HALF OF THE

11:51AM 20   PAGE.

11:51AM 21       AND THIS IS STILL PART OF SCHEDULE B; CORRECT?

11:52AM 22   A.  YES.

11:52AM 23   Q.  PLEASE READ NUMBER 35 AND EXPLAIN WHAT IS BEING ASKED FOR

11:52AM 24   THERE?

11:52AM 25   A.  NUMBER 35 ASKS FOR "OTHER PERSONAL PROPERTY OF ANY KIND

11:52AM 1      NOT ALREADY LISTED.  ITEMIZE."

11:52AM 2          AND THAT IS BASICALLY THE CATCHALL FOR ANY OTHER TYPE OF

11:52AM 3      PROPERTY THAT WAS NOT EXPLICITLY ASKED FOR IN ONE OF THE OTHER

11:52AM 4      TYPES OF PROPERTY.

11:52AM 5          SO IT LOOKS LIKE THERE ARE 35 -- 34 TYPES OF PROPERTY THAT

11:52AM 6      YOU CAN LIST.  35 BASICALLY SAYS, LOOK, IF IT DID NOT

11:52AM 7      EXPLICITLY ASK FOR A TYPE OF PROPERTY THAT YOU OWN, HERE'S

11:52AM 8      WHERE YOU PUT IT OR IF YOU DON'T KNOW WHERE TO PUT IT, THIS IS

11:52AM 9      WHERE YOU PUT IT.

11:52AM 10     Q.   AND YOU --

11:52AM 11     A.   AND THIS IS ONLY PERSONAL PROPERTY, NOT REAL PROPERTY.

11:52AM 12         REAL PROPERTY GOES ON SCHEDULE A.

11:52AM 13     Q.   SO ALL REAL PROPERTY ON SCHEDULE A AND ALL OTHER PROPERTY

11:52AM 14     OF ANY KIND IN SCHEDULE B; IS THAT CORRECT?

11:52AM 15     A.   RIGHT.

11:52AM 16     Q.   MS. HOLLIMAN, LET'S MOVE ON TO SCHEDULE C, PAGE 1-17.

11:53AM 17         MR. LAFFREDI, CAN YOU JUST EXPLAIN WHAT THIS SCHEDULE IS

11:53AM 18     AND WHAT IT ASKS FOR?

11:53AM 19     A.   SO EARLIER I MENTIONED THAT A TRUSTEE'S JOB IS TO

11:53AM 20     LIQUIDATE AVAILABLE ASSETS FOR THE BENEFIT OF CREDITORS, AND IN

11:53AM 21     ORDER TO FIGURE OUT WHAT IS AVAILABLE THEY HAVE TO DETERMINE

11:53AM 22     WHAT EXEMPTIONS HAVE BEEN TAKEN ON THE DEBTOR'S PROPERTY.

11:53AM 23         SO THIS IS THE SCHEDULE WHERE THE DEBTOR TELLS THE

11:53AM 24     TRUSTEE, TELLS THE CREDITORS, TELLS THE COURT, YOU CAN'T TAKE

11:53AM 25     THIS AMOUNT OF THE PROPERTY THAT I'VE LISTED BECAUSE IT'S AN

11:53AM  1    EXEMPTION THAT I'M ENTITLED TO.

11:53AM  2         AND SO HERE THEY LIST THE TYPE OF PROPERTY WHICH WILL ALSO

11:53AM  3    BE LISTED ON SCHEDULE B OR A.

11:53AM  4         SO THIS IS REALLY JUST COPYING FROM SCHEDULE A AND B AND

11:53AM  5    PUTTING IT INTO THE SCHEDULE AND SAYING I AM EXEMPTING THIS

11:53AM  6    PROPERTY THAT I'VE ALREADY LISTED.

11:53AM  7         THE MIDDLE COLUMN, THE SPECIFY LAW PROVIDING EACH

11:54AM  8    EXEMPTION, THAT'S WHERE THE DEBTOR GETS THE ENTITLEMENT TO THE

11:54AM  9    EXEMPTION UNDER LAW.  IN CALIFORNIA LAW THEY'RE REQUIRED TO USE

11:54AM  10   CALIFORNIA STATE LAW EXEMPTIONS.

11:54AM  11        SO THESE ARE CITATIONS TO THE CALIFORNIA STATUTES THAT

11:54AM  12   ALLOW THEM TO TAKE A CERTAIN AMOUNT OF THE EXEMPTIONS.

11:54AM  13        THEN THE NEXT COLUMN IS THE VALUE OF THE EXEMPTION.  SO

11:54AM  14   THIS IS THE AMOUNT THAT THEY SAY THAT THEY'RE ENTITLED TO KEEP.

11:54AM  15        AND THEN THE LAST COLUMN IS THE TOTAL VALUE OF THE

11:54AM  16   PROPERTY WITHOUT DEDUCTING THE EXEMPTION.

11:54AM  17        SO THIS IS THE -- THE LAST COLUMN IS WHAT THE PROPERTY

11:54AM  18   THEY OWN IS WORTH, AND THEN THE SECOND TO THE LAST COLUMN IS

11:54AM  19   THIS IS WHAT I AM CLAIMING AS MY EXEMPTION.

11:54AM  20        SO IF YOU SEE THAT THE NUMBERS MATCH, THAT MEANS THAT

11:54AM  21   THEY'RE CLAIMING THE FULL VALUE OF THE PROPERTY THAT THEY HAVE

11:54AM  22   LISTED AND THAT THE TRUSTEE CANNOT TAKE THAT PROPERTY FROM

11:54AM  23   THEM.

11:54AM  24   Q.   NEXT PAGE, PLEASE, 1-18.

11:55AM  25        MR. LAFFREDI, WHAT SCHEDULE IS THIS AND WHAT IS THIS

11:55AM 1   ASKING FOR?

11:55AM 2   A.   THIS IS SCHEDULE D WHICH IS -- NOW WE'VE JUST DONE THE

11:55AM 3   SCHEDULES WHERE THE DEBTORS LIST THEIR ASSETS AND NOW WE GET TO

11:55AM 4   WHERE THEY'RE LISTING THEIR LIABILITIES, AND SCHEDULE D IS ALL

11:55AM 5   CREDITORS WHO HOLD SECURED CLAIMS AGAINST THE DEBTOR'S

11:55AM 6   PROPERTY.

11:55AM 7        SO SECURED CLAIMS ARE LIKE LIENS AND LIKE A CAR LIEN, LIKE

11:55AM 8   A MORTGAGE.  THIS IS WHERE A CREDITOR HAS A RIGHT TO GO AFTER A

11:55AM 9   CERTAIN PIECE OF PROPERTY AND EITHER TAKE IT BACK OR SELL IT

11:55AM 10  AND KEEP THE MONEY TO SATISFY THE OBLIGATION THAT EXISTS ON

11:55AM 11  THAT.

11:55AM 12       SO THIS IS A LIST OF ALL OF THE CREDITORS WHO HAVE A

11:55AM 13  SECURED INTEREST ON THE DEBTOR'S PROPERTY.

11:55AM 14  Q.   AND NEXT PAGE, PLEASE, 1-19.

11:56AM 15       MR. LAFFREDI, WHAT SCHEDULE IS THIS?

11:56AM 16  A.   THIS IS SCHEDULE E, WHICH IS WHERE THE DEBTOR IS REQUIRED

11:56AM 17  TO LIST ALL CREDITORS WHO HOLD UNSECURED CLAIMS, MEANING

11:56AM 18  THERE'S NO PROPERTY TO ATTACH TO OR GET.

11:56AM 19       BUT E IS SPECIFIC TO VARIOUS TYPE OF PRIORITY CLAIMS THAT

11:56AM 20  ARE SPECIFICALLY IDENTIFIED IN THE BANKRUPTCY CODE.

11:56AM 21       THE REASON THAT THEY'RE PRIORITY IS BECAUSE THEY'RE NOT

11:56AM 22  JUST REGULAR OLD UNSECURED CLAIMS, THEY'RE MORE THAN THAT.

11:56AM 23       SO THIS SCHEDULE FURTHER DOWN SHOWS WHAT TYPES OF PRIORITY

11:56AM 24  CLAIMS THAT THERE ARE THAT ARE IDENTIFIED IN THE BANKRUPTCY

11:56AM 25  CODE.

11:56AM 1      SO DOMESTIC SUPPORT OBLIGATION, IF A PERSON OWES CHILD

11:56AM 2   SUPPORT, THAT DOESN'T MEAN THAT THE PERSON WHO OWES THE CHILD

11:56AM 3   SUPPORT HAS TO FIGHT WITH ALL OF THE CREDIT CARDS AND OTHER

11:56AM 4   TYPES OF DEBTS, AND THEY HAVE PRIORITY AND IN FACT THEY GET

11:57AM 5   PAID FIRST OUT OF ANY RECOVERY.

11:57AM 6      AND THEN IT GOES DOWN THE LIST.  INVOLUNTARY CASE,

11:57AM 7   EXPENSES, WAGES.  SO IF A BUSINESS FILES AND THEIR EMPLOYEES

11:57AM 8   ARE OWED WAGES, THEN THEY ARE ENTITLED TO GET PAID BEFORE OTHER

11:57AM 9   CREDITORS UP TO A CERTAIN AMOUNT.

11:57AM 10  Q.   LET'S SKIP TO THE NEXT SCHEDULE, SCHEDULE F, AND THAT'S ON

11:57AM 11  PAGE 1-21.

11:57AM 12  A.   SO THEN SCHEDULE --

11:57AM 13  Q.   WAIT.

11:57AM 14  A.   I'M SORRY.

11:57AM 15  Q.   SO WHAT SCHEDULE IS THIS?

11:57AM 16  A.   THIS IS SCHEDULE F WHICH IS A LIST OF ALL CREDITORS WHO

11:57AM 17  HOLD UNSECURED NONPRIORITY CLAIMS.

11:57AM 18     SO THIS IS REALLY ALL OF THE REST OF THE DEBT THAT WOULD

11:57AM 19  BE OWED BY THE DEBTOR THAT IS NOT SECURED, AND THAT IS NOT A

11:57AM 20  PRIORITY ON A SECURED CLAIM.

11:57AM 21  Q.   AND, MS. HOLLIMAN, IF YOU COULD ZOOM IN ON THE BOTTOM HALF

11:57AM 22  WHERE THE CREDITORS ARE LISTED.

11:58AM 23     CAN YOU PLEASE EXPLAIN THE ORGANIZATION OF THIS SECTION,

11:58AM 24  INCLUDING THE BOX IN THE LOWER RIGHT AND THE SUBTOTAL?

11:58AM 25  A.   SURE.  SO THE FIRST COLUMN IS WHERE THE DEBTOR WOULD LIST

11:58AM 1    THE CREDITOR'S NAME, ADDRESS, AND THEN ACCOUNT NUMBER IF THERE

11:58AM 2    WAS AN ACCOUNT NUMBER.

11:58AM 3        THEN THERE ARE TWO SKINNY LITTLE COLUMNS NEXT TO THAT.

11:58AM 4    THE FIRST LITTLE COLUMN IT SAYS CODEBTOR, AND THAT MEANS IF THE

11:58AM 5    DEBTOR IS LIABLE ON THAT DEBT WITH ANYBODY ELSE, WHETHER IT'S A

11:58AM 6    PERSON, A BUSINESS, ANYBODY, THEY WOULD CHECK -- THEY WOULD PUT

11:58AM 7    A LITTLE X THERE THAT INDICATES THAT IT'S NOT JUST A DEBTOR WHO

11:58AM 8    IS LIABLE ON THIS, THERE'S SOMEONE ELSE WHO IS LIABLE.

11:58AM 9        AND THEN THE NEXT COLUMN IS ONE WE HAVE SEEN BEFORE.  THIS

11:58AM 10   IS WHERE THEY INDICATE WHERE IT'S JUST THE HUSBAND WHO OWNS THE

11:58AM 11   DEBT, WHETHER IT'S JUST THE WIFE WHO OWNS THE DEBT, WHETHER

11:58AM 12   THEY OWE IT JOINTLY OR TOGETHER OR WHETHER IT IS A COMMUNITY

11:59AM 13   DEBT.

11:59AM 14       AND THEN THE MIDDLE COLUMN IS WHERE THE DEBTOR IS SUPPOSED

11:59AM 15   TO PUT THE DATE THAT THE DEBT WAS INCURRED AND IF THERE WAS ANY

11:59AM 16   CONSIDERATION FOR THE CLAIM, AND THEN ALSO IF IT'S SUBJECT TO A

11:59AM 17   SET OFF WHICH IS A SPECIFIC BANKRUPTCY TERM FOR A RIGHT A

11:59AM 18   CREDITOR MAY HAVE.  YOU'RE SUPPOSED TO PUT THAT INFORMATION IN

11:59AM 19   THERE.

11:59AM 20       THE LAST THREE SKINNY COLUMNS THERE CONTINGENT,

11:59AM 21   UNLIQUIDATED, DISPUTED, THOSE ARE AGAIN SPECIFIC TERMS OF ART

11:59AM 22   IN BANKRUPTCY.  AND IF THE DEBTOR CLAIMS -- IF THE DEBTOR

11:59AM 23   ALLEGES THAT A CLAIM IS DISPUTED FOR SOME REASON, SAY THEY

11:59AM 24   DON'T OWE THAT MUCH OR THEY DON'T -- YOU KNOW, IT'S NOT THEM,

11:59AM 25   IT'S SOMEBODY ELSE, OR SOME REASON THAT THEY HAVE TO DISPUTE

11:59AM 1    THAT DEBT, THEY WOULD CHECK DISPUTED.

11:59AM 2        IF IT'S CONTINGENT, MEANING SOMETHING ELSE HAS TO HAPPEN

11:59AM 3    FIRST BEFORE THE DEBT IS ACTUALLY OWED, THEY COULD CHECK

11:59AM 4    CONTINGENT.  IF IT'S UNLIQUIDATED, IT MEANS THERE'S NO WAY TO

12:00PM 5    DETERMINE WHAT THE AMOUNT WOULD BE OR IT'S NOT SORT OF RIPE FOR

12:00PM 6    COLLECTION, THEN THEY WOULD PUT IT UNDER UNLIQUIDATED.

12:00PM 7        AND THEN THE NEXT COLUMN IS THE AMOUNT OF THE CLAIM.  SO

12:00PM 8    WHAT THE DEBTOR SAYS THE CREDITOR IS OWED.

12:00PM 9    Q.   PRE --

12:00PM 10   A.   SORRY.  THE SUBTOTAL IN THE BOTTOM RIGHT, THAT'S A

12:00PM 11   SUBTOTAL OF ALL OF THE DEBTS LISTED ON THAT PARTICULAR PAGE.

12:00PM 12   Q.   AND PREVIOUSLY WHEN YOU WERE DISCUSSING DISCHARGE, I

12:00PM 13   BELIEVE YOU WERE REFERRING TO UNSECURED CLAIMS; IS THAT RIGHT?

12:00PM 14   A.   RIGHT.

12:00PM 15   Q.   OKAY.  SO IS THAT THIS SECTION OF THE FORM, SCHEDULE F?

12:00PM 16   A.   RIGHT, IT WOULD INCLUDE SCHEDULE E AS WELL IF THERE WERE

12:00PM 17   ANY UNSECURED.  A DISCHARGE DISCHARGES THE DEBTOR OF UNSECURED

12:00PM 18   DEBTS.  IT DOESN'T DISCHARGE THEM OF SECURED DEBTS.

12:00PM 19       SO IF YOU GOT OUT OF A BANKRUPTCY CASE AND YOU STILL HAD A

12:00PM 20   MORTGAGE, THAT DOESN'T MEAN THAT YOU DON'T HAVE TO PAY YOUR

12:01PM 21   MORTGAGE ANYMORE.

12:01PM 22       THE SECURED DEBT SURVIVES THE DISCHARGE.  THE DISCHARGE

12:01PM 23   ONLY AFFECT UNSECURED DEBTS.  SO THE UNSECURED DEBTS LISTED ON

12:01PM 24   SCHEDULE E AND F, THOSE WOULD BE GENERALLY THE DEBTS THAT WOULD

12:01PM 25   BE DISCHARGED.

12:01PM   1    Q.   MOVING TO THE BOTTOM, THE LOWER LEFT OF THIS PAGE.  WHAT

12:01PM   2    HAVE DOES IT SAY THERE?  WHAT IS IT ASKING FOR?

12:01PM   3    A.   I THINK 8 CONTINUATION -- IT'S ASKING FOR -- TO INDICATE

12:01PM   4    HOW MANY ADDITIONAL PAGES ARE GOING TO BE ATTACHED LISTING

12:01PM   5    ADDITIONAL CREDITORS AND IT --

12:01PM   6    Q.   AND WHAT DOES IT MEAN IT'S ASKING FOR HOW MANY PAGES IN

12:01PM   7    SCHEDULE F THERE ARE?

12:01PM   8    A.   RIGHT.

12:01PM   9    Q.   AND WHAT DOES THIS ONE SAY?

12:01PM  10    A.   EIGHT.

12:01PM  11    Q.   MS. HOLLIMAN, IF YOU COULD GO TO THE NEXT PAGE 1-22.

12:02PM  12         AND THIS IS PAGE 2 OF SCHEDULE F; CORRECT?

12:02PM  13    A.   YES, IT LOOKS LIKE THAT.

12:02PM  14    Q.   LET'S SKIP TO THE LAST PAGE IN SCHEDULE F WHICH IS 1-29.

12:02PM  15         ACTUALLY, MS. HOLLIMAN, IF YOU COULD ZOOM IN ON THE BOTTOM

12:02PM  16    HALF OF THE FORM, PLEASE.

12:02PM  17         SO THE BOTTOM RIGHT ON THIS PAGE LOOKS A LITTLE BIT

12:02PM  18    DIFFERENT.  CAN YOU JUST EXPLAIN THE ORGANIZATION AND WHAT THIS

12:02PM  19    FORM IS SHOWING?

12:02PM  20    A.   SO THIS APPEARS TO BE THE LAST OF THE EIGHT ADDITIONAL

12:02PM  21    PAGES.  AND SO ON THE RIGHT THERE'S NOT ONLY A SUBTOTAL, WHICH

12:02PM  22    WAS A TOTAL OF JUST THIS ONE PAGE, BUT IT ALSO INCLUDES A TOTAL

12:03PM  23    OF ALL OF THE OTHER PAGES TOGETHER.

12:03PM  24    Q.   AND THAT'S THE TOTAL OF ALL OF THE UNSECURED DEBTS IN

12:03PM  25    SCHEDULE F; IS THAT RIGHT?

12:03PM  1    A.   UNSECURED NONPRIORITY DEBTS THAT ARE LISTED IN SCHEDULE F,

12:03PM  2    YES.

12:03PM  3    Q.   AND WHAT IS THE NUMBER THERE?

12:03PM  4    A.   $2,540,514.90.

12:03PM  5              THE COURT:  IS THIS A GOOD TIME TO TAKE OUR LUNCH

12:03PM  6    BREAK?

12:03PM  7              MR. SIMEON:  YES.  THANK YOU.

12:03PM  8              THE COURT:  LET'S TAKE OUR LUNCH BREAK NOW, LADIES

12:03PM  9    AND GENTLEMEN.  AND WE WILL -- IF YOU COULD COLLECT YOURSELVES

12:03PM 10    IN THE JURY ASSEMBLY ROOM SUCH THAT WE CAN CALL YOU UP AND

12:03PM 11    START AT 1:30, PLEASE.  IF YOU COULD BE DOWN THERE SUCH THAT

12:03PM 12    OUR COURTROOM CLERK COULD BRING YOU UP TO START AT 1:30.

12:03PM 13        LET ME ALSO TELL YOU A SCHEDULE CHANGE YET AGAIN.  I THINK

12:03PM 14    I INDICATED THAT WE WOULD BE ABLE TO HAVE EVIDENCE TOMORROW

12:03PM 15    MORNING OR TOMORROW HALF DAY.  WELL, THAT'S CHANGED.  WE'RE NOT

12:03PM 16    GOING TO BE IN SESSION TOMORROW AT ALL.  SO I APOLOGIZE FOR THE

12:04PM 17    INCONVENIENCE.  I WANTED TO LET YOU KNOW NOW SO THAT YOU COULD

12:04PM 18    MAKE ADJUSTMENTS TO YOUR SCHEDULE.

12:04PM 19              THE CLERK:  THE MICROPHONE.

12:04PM 20              THE COURT:  SO WE WILL NOT BE IN SESSION TOMORROW,

12:04PM 21    THURSDAY, AT ALL, AND I APOLOGIZE FOR THIS LAST MINUTE CHANGE.

12:04PM 22        ALL RIGHT.  WE'LL BE IN RECESS.  HAVE A GOOD LUNCH.  WE'LL

12:04PM 23    SEE YOU BACK IN THE AFTERNOON.

12:04PM 24        YOU MAY STAND DOWN, SIR.

12:04PM 25              THE CLERK:  COURT IS IN RECESS.

12:04PM   1              (LUNCH RECESS TAKEN AT 12:04 P.M.)

          2

          3

          4

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

12:04PM   1                    **AFTERNOON SESSION**

01:32PM   2          (JURY OUT AT 1:32 P.M.)

01:32PM   3               THE COURT:  ALL RIGHT.  WE'RE BACK ON THE RECORD

01:33PM   4     OUTSIDE THE PRESENCE OF THE JURY.  ALL COUNSEL ARE PRESENT.

01:33PM   5          I JUST WANTED TO BRING TO COUNSEL'S ATTENTION A

01:33PM   6     COMMUNICATION THAT OUR COURTROOM DEPUTY RECEIVED FROM JUROR

01:33PM   7     NUMBER 2, MR. ALFARO.  AND MR. ALFARO REPORTS, I THINK,

01:33PM   8     REPORTED TO OUR COURTROOM DEPUTY THAT JUROR NUMBER 4,

01:33PM   9     MR. BARBOSA'S BROTHER, IS A GOOD FRIEND OF MR. ALFARO AND

01:33PM  10     APPARENTLY HE JUST REALIZED THIS OVER THE EVENING AND PUT THAT

01:33PM  11     TOGETHER, AND HE BROUGHT IT TO OUR COURTROOM DEPUTY'S

01:33PM  12     ATTENTION.  I WANTED TO BRING IT TO YOUR ATTENTION.

01:33PM  13               MS. GILG:  MISTRIAL.

01:33PM  14               THE COURT:  I DON'T KNOW IF WE NEED TO BRING

01:33PM  15     MR. ALFARO IN TO ASK HIM QUESTIONS ABOUT HIS RELATIONSHIP WITH

01:33PM  16     MR. BARBOSA'S BROTHER.

01:34PM  17          I'VE ALREADY ADMONISHED THEM ABOUT -- THEY HAD THEIR

01:34PM  18     INSTRUCTIONS ALREADY ABOUT WHAT THEY'RE NOT TO DO, THAT IS,

01:34PM  19     COMMUNICATE WITH ANYONE ABOUT THE CASE, BUT I WANTED TO BRING

01:34PM  20     THIS TO YOUR ATTENTION FOR ANY COMMENTS OR ACTIONS THAT COUNSEL

01:34PM  21     WISHED THE COURT TO MAKE.

01:34PM  22          I'LL GIVE YOU A MOMENT TO TALK ABOUT IT IF YOU WISH.

01:34PM  23          (PAUSE IN PROCEEDINGS.)

01:34PM  24               THE COURT:  WHY DON'T YOU COME FORWARD.  MS. GILG.

01:34PM  25               MS. GILG:  ON BEHALF OF MS. KRISTEL KUBUROVICH I

01:34PM   1      DON'T THINK ANY FURTHER ACTION IS NECESSARY.

01:34PM   2              MR. NICK:  I JOIN.

01:34PM   3              MR. SCHENK:  WE AGREE THAT NO FURTHER INQUIRY IS

01:35PM   4      NECESSARY, AND IT REALLY SHOWS HOW DILIGENT THE JURY IS ABOUT

01:35PM   5      REPORTING ANYTHING TO THE COURT.

01:35PM   6              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  LET'S

01:35PM   7      BRING IN OUR JURY THEN.

01:35PM   8          (JURY IN AT 1:35 P.M.)

01:36PM   9              THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

01:36PM  10      SEATED.  WE'RE BACK ON THE RECORD.  ALL COUNSEL AND THE CLIENTS

01:36PM  11      ARE PRESENT.  OUR WITNESS IS ON THE STAND.

01:36PM  12          WOULD YOU LIKE TO CONTINUE WITH YOUR EXAMINATION,

01:36PM  13      MR. SIMEON?

01:36PM  14              MR. SIMEON:  THANK YOU, YOUR HONOR.

01:36PM  15      Q.  MR. LAFFREDI, WE LEFT OFF RIGHT AT THE END OF SCHEDULE F,

01:36PM  16      CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS.  SO I'D LIKE TO

01:36PM  17      MOVE ON NOW TO SCHEDULE G, WHICH IS PAGE 1-30.

01:36PM  18          MS. HOLLIMAN, COULD YOU ZOOM IN ON THE TOP HALF OF THE

01:36PM  19      FORM.  THANK YOU.

01:36PM  20          MR. LAFFREDI, WHAT IS SCHEDULE G ASKING FOR?

01:36PM  21      A.  SCHEDULE G IS THE SCHEDULE WHERE A DEBTOR IS REQUIRED TO

01:36PM  22      LIST ANY EXECUTORY CONTRACTS OR EXPIRED LEASES THAT THEY HAD AT

01:36PM  23      THE TIME OF FILING.

01:36PM  24      Q.  WHAT EXACTLY IS THAT?

01:36PM  25      A.  SO AN EXECUTORY CONTRACT IS AN AGREEMENT OR A CONTRACT

01:36PM 1    BETWEEN PARTIES WHERE THERE IS STILL SOMETHING LEFT TO PERFORM

01:37PM 2    ON EITHER SIDE, AND THEN AN UNEXPIRED LEASE IS A LEASE THAT IS

01:37PM 3    STILL IN EFFECT AT THE TIME OF FILING.

01:37PM 4    Q.   AND THAT'S LIKE A REGULAR APARTMENT LEASE?

01:37PM 5    A.   IT COULD BE AN APARTMENT LEASE OR CAR LEASE, ANY TYPE OF

01:37PM 6    LEASE.

01:37PM 7    Q.   AND WHAT IS THE ANSWER TO THIS QUESTION?

01:37PM 8    A.   THE BOX IS CHECKED THAT SAYS CHECK THIS BOX IF DEBTOR HAS

01:37PM 9    NO EXECUTORY CONTRACTS OR UNEXPIRED LEASES.

01:37PM 10   Q.   THANK YOU.  NEXT PAGE, PLEASE.  YES, THANK YOU.

01:37PM 11       MR. LAFFREDI, WHAT IS THIS?

01:37PM 12   A.   THIS IS SCHEDULE H WHERE THE DEBTOR IS REQUIRED TO LIST

01:37PM 13   ANY OTHER PARTIES WHO ARE ALSO LIABLE ON ANY OF THE DEBTS THAT

01:37PM 14   THEY LISTED IN THESE SCHEDULES.

01:37PM 15   Q.   AND CAN YOU READ WHAT THE ANSWER ON SCHEDULE H IS FROM

01:37PM 16   THIS DEBTOR?

01:37PM 17   A.   SO IN THE FIRST COLUMN, WHICH ASKS FOR NAME AND ADDRESS OF

01:37PM 18   CODEBTOR, THE DEBTOR IS LISTED KRISTEL PROPERTIES, INC.,

01:38PM 19   WITHOUT AN ADDRESS, AND THEN THE NAME AND ADDRESS OF THE

01:38PM 20   CREDITOR TO WHICH THEY'RE BOTH LIABLE IS CENTURY 21 REAL ESTATE

01:38PM 21   WITH THE CARE OF GORDON & REES, 275 BATTERY STREET, NUMBER

01:38PM 22   2000, SAN FRANCISCO.

01:38PM 23   Q.   MS. HOLLIMAN, NEXT PAGE, PLEASE.  AND IF YOU COULD ZOOM IN

01:38PM 24   ON THE TOP THIRD OF THE FORM, PLEASE.

01:38PM 25       MR. LAFFREDI, WHAT IS SCHEDULE I?

01:38PM  1    A.   SO SCHEDULES A THROUGH H ARE THE LISTS OF ALL OF THE

01:38PM  2    DEBTOR'S ASSETS AND LIABILITIES, AND NOW WE'RE GETTING INTO THE

01:38PM  3    DEBTOR'S LIST OF INCOME AND THAT IS WHAT SCHEDULE I IS.

01:38PM  4        SO THIS IS WHERE THE DEBTOR IS REQUIRED TO LIST ALL INCOME

01:38PM  5    AND THEN PAYROLL DEDUCTION AND STUFF LIKE THAT, BUT ANY INCOME

01:38PM  6    FROM ANY SOURCES SHOULD BE LISTED HERE AS OF THE DATE OF

01:38PM  7    FILING.

01:38PM  8    Q.   AND CAN YOU READ THE INFORMATION THAT IS ANSWERED IN THE

01:39PM  9    BOX BELOW WHERE IT SAYS EMPLOYMENT STARTING WITH THE LINES

01:39PM 10    "DEBTOR AND SPOUSE."

01:39PM 11    A.   YEAH.  SO THE FIRST COLUMN IS FOR THE DEBTOR, WHICH IN

01:39PM 12    THIS CASE IS THE FIRST DEBTOR WHO IS NAMED WHICH IS GOYKO

01:39PM 13    GUSTAV KUBUROVICH PRESUMABLY.  THE OCCUPATION IS LISTED AS

01:39PM 14    REALTOR.  THE NAME OF THE EMPLOYER IS LISTED AS CORNERSTONE

01:39PM 15    COMMERCIAL REAL ESTATE.  HOW LONG EMPLOYED?  EIGHTEEN YEARS.

01:39PM 16    AND THE ADDRESS OF THE EMPLOYER IS 16430 MONTREAUX ROAD, NUMBER

01:39PM 17    5, MORGAN HILL CALIFORNIA.

01:39PM 18        AND THEN FOR THE SPOUSE IT INDICATES THAT THE SPOUSE

01:39PM 19    APPEARS TO BE PATRICIA ELIZABETH KUBUROVICH IS UNEMPLOYED.

01:39PM 20    Q.   MS. HOLLIMAN, COULD YOU ZOOM IN ON THE THIRD PART OF THE

01:39PM 21    DOCUMENT ON THE SCREEN, PLEASE.

01:39PM 22        MR. LAFFREDI, REFERRING YOU TO LINE 16, COULD YOU -- LINES

01:40PM 23    15 AND 16.  COULD YOU EXPLAIN WHAT IS BEING ASKED FOR AND WHAT

01:40PM 24    IS THE ANSWER IS THERE?

01:40PM 25    A.   SO NUMBER 15 IS BASICALLY A SUBTOTAL OF ALL OF THE INCOME

01:40PM  1    FOR EACH DEBTOR.  SO IT HAS A COLUMN FOR THE DEBTOR AND A

01:40PM  2    COLUMN FOR THE SPOUSE.  BASICALLY WHAT THAT IS, IS YOU JUST ADD

01:40PM  3    UP THE LINES ABOVE.

01:40PM  4        NUMBER 16 IS COMBINING THOSE TWO LINES.  SO THEY HAVE A

01:40PM  5    COMBINED AVERAGE MONTHLY INCOME.

01:40PM  6        AND DID YOU ASK 17, TOO?

01:40PM  7    Q.   YES.  GOING BACK TO 15?

01:40PM  8    A.   I'M SORRY.

01:40PM  9    Q.   AND 15 SHOWS WHAT AGAIN?

01:40PM 10    A.   IT SHOWS $5,700 FOR THE DEBTOR AND THEN 0 FOR THE SPOUSE.

01:40PM 11    Q.   AND YES, PLEASE READ NUMBER 17 AND EXPLAIN WHAT THAT IS

01:40PM 12    STATING.

01:40PM 13    A.   17 ASKS THE DEBTOR TO DESCRIBE ANY INCREASE OR DECREASE IN

01:40PM 14    INCOME REASONABLY ANTICIPATED TO OCCUR WITHIN THE YEAR

01:41PM 15    FOLLOWING THE FILING OF THIS DOCUMENT.

01:41PM 16        SO IF ON THE DATE OF FILING THE DEBTOR HAD A CERTAIN

01:41PM 17    AMOUNT OF INCOME AND -- BUT THEY KNEW IN SIX MONTHS THEY WOULD

01:41PM 18    GET A RAISE, THAT'S WHERE YOU WOULD PUT IT.

01:41PM 19    Q.   THANK YOU.  NEXT PAGE, PLEASE, MS. HOLLIMAN.

01:41PM 20        MR. LAFFREDI, WHAT IS THIS?

01:41PM 21    A.   SCHEDULE J IS A LIST THEN OF THE DEBTOR'S EXPENSES, AND

01:41PM 22    THIS IS WHERE THE DEBTOR WOULD LIST ALL OF THE VARIOUS EXPENSES

01:41PM 23    THAT THEY HAVE FOR EACH MONTH.

01:41PM 24    Q.   AND I'LL JUST ASK YOU ABOUT A COUPLE OF THE LINES.

01:41PM 25        WHAT IS LINE 1 ASKING FOR?

01:41PM  1    A.   LINE 1 ASKS FOR THE RENT OR THE HOME MORTGAGE PAYMENT.

01:41PM  2    Q.   AND WHAT IS THE ANSWER TO THAT QUESTION?

01:41PM  3    A.   $2,000.

01:41PM  4    Q.   AND, MS. HOLLIMAN, IF YOU COULD GO DOWN TO THE BOTTOM OF

01:41PM  5    THE PAGE, PLEASE.

01:41PM  6         CAN YOU EXPLAIN NUMBER 20 AND THEN SHOW WHAT ANSWER IS

01:42PM  7    THERE?

01:42PM  8    A.   NUMBER 20 IS -- IT COMBINES THE TOTAL FROM SCHEDULE I WITH

01:42PM  9    THE TOTAL FROM SCHEDULE J AND THEN IT SUBTRACTS.

01:42PM 10         SO LINE 20-A IS THE AVERAGE MONTHLY INCOME FROM SCHEDULE I

01:42PM 11    AND WHAT IS LISTED HERE AS $5,700.

01:42PM 12         LINE 20-B IS THE AVERAGE MONTHLY EXPENSES THAT ARE

01:42PM 13    TOTALLED FROM ABOVE ON THIS SCHEDULE.  SO HERE THEY'VE LISTED

01:42PM 14    $5,725.

01:42PM 15         AND THEN LINE 20-C IS THE DIFFERENCE BETWEEN THOSE TWO,

01:42PM 16    AND HERE THEY'VE LISTED THEY HAVE A NEGATIVE $25.

01:42PM 17         SO THIS MEANS THAT THEY'RE LISTING -- THE DEBTORS ARE

01:42PM 18    LISTING AN AVERAGE NEGATIVE INCOME OF $25 PER MONTH.

01:42PM 19    Q.   NEXT PAGE, PLEASE.

01:42PM 20         THIS APPEARS TO BE ANOTHER SIGNATURE PAGE; IS THAT RIGHT?

01:43PM 21    A.   YES.

01:43PM 22    Q.   AND IS THIS THE SAME TYPE OF SIGNATURE PAGE AT THE END OF

01:43PM 23    THE BANKRUPTCY PETITION THAT WE SAW BEFORE?

01:43PM 24    A.   IT'S JUST -- YEAH, IT'S ASKING THE DEBTOR TO SWEAR UNDER

01:43PM 25    PENALTY OF PERJURY THAT THE INFORMATION THAT THEY HAVE INCLUDED

01:43PM 1    IS TRUE AND CORRECT.

01:43PM 2    Q.   SO THERE'S THIS SAME TYPE OF PAGE FOR THE PETITION, FOR

01:43PM 3    THE SCHEDULES, AND FOR THE STATEMENT FINANCIAL AFFAIRS?

01:43PM 4    A.   RIGHT.  THERE ARE OTHERS -- OTHER DOCUMENTS THAT INCLUDE A

01:43PM 5    SIGNATURE PAGE LIKE THIS, BUT YEAH.

01:43PM 6            THE COURT:  CAN I JUST SEE COUNSEL FOR A MOMENT,

01:43PM 7    PLEASE.

01:43PM 8            MR. SIMEON:  YES.

01:43PM 9        (SIDE-BAR CONFERENCE ON THE RECORD.)

01:43PM 10           THE COURT:  OKAY.  WE'RE AT SIDE-BAR WITH COUNSEL.

01:43PM 11   I JUST ASK THAT THIS BE TAKEN DOWN.  I NOTE ON THE BOTTOM IT

01:43PM 12   DOES HAVE -- THIS IS UNDER SIGNED PENALTY OF PERJURY, IT HAS

01:43PM 13   THE STATUTE, AND IT ALSO HAS THE PENALTIES.

01:44PM 14       AND LET'S REDACT THAT FROM ANY OTHER, ANY OTHER FORMS THAT

01:44PM 15   HAVE THIS, AND WE WON'T SHOW THIS AGAIN AND MAKE NO REFERENCE

01:44PM 16   TO IT.

01:44PM 17       I THINK YOU'VE GOT THE INFORMATION FROM THIS, BUT WE

01:44PM 18   SHOULD MAKE SURE THAT ANY OF THESE DOCUMENTS OR ANY EXHIBITS

01:44PM 19   THAT ARE SHOWN DO NOT HAVE REFERENCES TO PENALTIES.

01:44PM 20       OKAY.  ALL RIGHT.  THANK YOU.

01:44PM 21           MR. SCHENK:  THANK YOU.

01:44PM 22       (END OF DISCUSSION AT SIDE-BAR.)

01:44PM 23           THE COURT:  THANK YOU, COUNSEL.

01:44PM 24   BY MR. SIMEON:

01:44PM 25   Q.   NEXT PAGE, PLEASE, MS. HOLLIMAN, 1-35.

01:44PM 1      MR. LAFFREDI, WHAT FORM IS THIS?

01:44PM 2   A.   THIS IS CALLED A STATEMENT OF FINANCIAL AFFAIRS, AND THIS

01:44PM 3   IS THE FORM THAT ASKS A BUNCH OF QUESTIONS ABOUT THE DEBTOR'S

01:44PM 4   RECENT FINANCIAL HISTORY.

01:45PM 5   Q.   COULD WE ZOOM IN ON THE BOTTOM HALF OF THE PAGE, PLEASE.

01:45PM 6   WHAT IS QUESTION NUMBER 1 ASKING FOR?

01:45PM 7   A.   IT ASKS THE DEBTOR TO LIST GROSS INCOME RECEIVED FROM

01:45PM 8   EMPLOYMENT OR OPERATION OF THE DEBTOR'S BUSINESS OVER THE LAST

01:45PM 9   TWO PRIOR CALENDAR YEARS AND THEN YEAR TO DATE THIS YEAR.

01:45PM 10  Q.   AND CAN YOU READ WHAT THE ANSWERS ARE FOR 2008, 2009, AND

01:45PM 11  2010?

01:45PM 12  A.   THE AMOUNT -- THE FIRST ONE IS ZERO AND THE SOURCE WAS

01:45PM 13  2008 ADJUSTED GROSS INCOME.

01:45PM 14  Q.   AND JUST THE AMOUNTS IS FINE?

01:45PM 15  A.   OKAY.  SORRY.  THEN THE SECOND FOR 2009 WAS 0 AND THEN FOR

01:45PM 16  2010 YEAR TO DATE IT'S $20,196.

01:45PM 17  Q.   NEXT PAGE, PLEASE.

01:45PM 18      COULD YOU ZOOM IN ON THE BOTTOM THIRD, PLEASE.

01:46PM 19      WHAT IS QUESTION NUMBER 4?

01:46PM 20  A.   QUESTION 4 ASKS THE DEBTOR TO LIST ALL LAWSUITS OR

01:46PM 21  ADMINISTRATIVE PROCEEDINGS TO WHICH THEY WERE A PARTY WITHIN

01:46PM 22  THE YEAR PRIOR TO FILING THE CASE.

01:46PM 23  Q.   AND IT LOOKS LIKE THERE ARE FOUR PROCEEDINGS LISTED; IS

01:46PM 24  THAT CORRECT?

01:46PM 25  A.   THERE'S -- IT APPEARED THAT THERE WERE FOUR ON THIS PAGE

01:46PM 1    AND THEN TWO MORE ON THE NEXT PAGE.

01:46PM 2    Q.   SO SIX TOTAL?

01:46PM 3    A.   SIX TOTAL, THAT'S WHAT IT LOOKS LIKE.

01:46PM 4    Q.   NEXT PAGE, MS. HOLLIMAN.  IF YOU COULD ZOOM IN ON NUMBER 5

01:46PM 5    IN THE MIDDLE OF THE PAGE, PLEASE.

01:46PM 6        WHAT IS QUESTION NUMBER 5?

01:46PM 7    A.   THIS ASKS FOR THE DEBTOR TO LIST ALL PROPERTY THAT HAD

01:46PM 8    BEEN REPOSSESSED OR SOLD AT A FORECLOSURE SALE, TRANSFERRED

01:46PM 9    THROUGH A DEED IN LIEU OF FORECLOSURE, OR RETURNED TO THE

01:46PM 10   SELLER WITHIN ONE YEAR PRIOR TO THE FILING OF THE BANKRUPTCY

01:47PM 11   CASE.

01:47PM 12   Q.   AND COULD YOU PLEASE READ THE ANSWERS.  YOU DON'T HAVE TO

01:47PM 13   GIVE ALL OF THE ADDRESS INFORMATION FOR THE CREDITORS BUT THE

01:47PM 14   BASIC INFORMATION AND THE ANSWERS, PLEASE?

01:47PM 15   A.   SURE.  SO IT APPEARS THAT THERE ARE TWO LISTED.  THE FIRST

01:47PM 16   ONE THE CREDITOR WAS CHASE HOME FINANCE, AND IT LOOKS LIKE THE

01:47PM 17   REPOSSESSION, FORECLOSURE, TRANSFER OR RETURN OCCURRED ON

01:47PM 18   MARCH 30, 2010, AND THE DESCRIPTION APPEARS TO BE DEFICIENCY

01:47PM 19   FROM FORECLOSURE OF 18760 CASTLE LAKE DRIVE.

01:47PM 20       THEN THE SECOND ONE THE CREDITOR IS WACHOVIA.  THE DATE IT

01:47PM 21   APPEARS TO BE A FORECLOSURE THAT OCCURRED ON AUGUST -- IN

01:47PM 22   AUGUST OF 2009, AND THE PROPERTY ADDRESS IS LISTED AT 6630

01:47PM 23   OXENDALE AVENUE IN LAS VEGAS.

01:48PM 24   Q.   MS. HOLLIMAN, IF YOU COULD GO DOWN TO THE BOTTOM OF THE

01:48PM 25   PAGE AND ZOOM IN ON NUMBER 7, PLEASE.

01:48PM 1        WHAT IS NUMBER 7 ASKING?

01:48PM 2   A.   THIS ASKS THE DEBTOR TO LIST ALL GIFTS OR CHARITABLE

01:48PM 3   CONTRIBUTIONS MADE WITHIN THE YEAR PRIOR TO FILING EXCEPT

01:48PM 4   ORDINARY AND USUAL GIFTS TO FAMILY MEMBERS TOTALLY LESS THAN

01:48PM 5   $200 PER FAMILY MEMBER AND CHARITABLE CONTRIBUTIONS TOTALLING

01:48PM 6   LESS THAN $100 PER RECIPIENT.

01:48PM 7   Q.   AND WHAT IS THE ANSWER THERE?

01:48PM 8   A.   IT LOOKS LIKE THEY'VE CHECKED THE BOX INDICATING THAT THEY

01:48PM 9   DID NOT HAVE ANY GIFTS THAT QUALIFIED FOR THIS -- UNDER THIS

01:48PM 10  QUESTION.

01:48PM 11  Q.   NEXT PAGE, PLEASE.

01:48PM 12       AND PLEASE ZOOM IN ON THE BOTTOM HALF OF THE PAGE, NUMBER

01:48PM 13  10 AND 11.

01:48PM 14       MR. LAFFREDI, LET'S START WITH NUMBER 10, OTHER TRANSFERS.

01:49PM 15  WHAT INFORMATION IS REQUESTED THERE?

01:49PM 16  A.   THIS QUESTION ASKS THE DEBTOR TO LIST ALL OTHER PROFIT

01:49PM 17  OTHER THAN PROPERTY TRANSFERRED IN THE ORDINARY COURSE OF THE

01:49PM 18  BUSINESS OR FINANCIAL AFFAIRS OF THE DEBTOR WITHIN THE

01:49PM 19  TWO YEARS PRIOR TO FILING THE CASE.

01:49PM 20  Q.   AND BASED ON YOUR EXPERIENCE AND UNDERSTANDING WHAT IS

01:49PM 21  ORDINARY COURSE OF BUSINESS?

01:49PM 22            MR. NICK:  OBJECTION.  CALLS FOR A LEGAL CONCLUSION.

01:49PM 23            THE COURT:  IT'S EASIER TO HEAR YOU WHEN YOU STAND.

01:49PM 24            MR. NICK:  SORRY, YOUR HONOR.  AND RELEVANCE.

01:49PM 25            MS. GILG:  AND I WOULD JOIN ESPECIALLY IN THE LEGAL

01:49PM 1    CONCLUSION.

01:49PM 2          THE COURT:  I'LL SUSTAIN THE OBJECTION AS TO THE

01:50PM 3    FORM OF THE QUESTION.  YOU CAN ASK IT A DIFFERENT WAY.

01:50PM 4    BY MR. SIMEON:

01:50PM 5    Q.   MR. LAFFREDI, COULD YOU EXPLAIN IN LAYMEN'S TERMS WHAT

01:50PM 6    THIS INSTRUCTION IS ASKING FOR?

01:50PM 7          MS. GILG:  OBJECTION.  IRRELEVANT.

01:50PM 8          THE COURT:  OVERRULED.

01:50PM 9          THE WITNESS:  THIS QUESTION IS DESIGNED TO ELICIT A

01:50PM 10   RESPONSE FROM THE DEBTOR INDICATING ANY PROPERTY THAT HAS BEEN

01:50PM 11   TRANSFERRED IN THE TWO YEARS PRIOR TO FILING.

01:50PM 12       AGAIN, THIS -- THE WHOLE POINT OF THE PROCESS IS TO --

01:50PM 13         MS. GILG:  OBJECTION.  ASKED AND NO QUESTION

01:50PM 14   PENDING.

01:50PM 15         THE COURT:  OVERRULED.  OVERRULED.

01:50PM 16         THE WITNESS:  THE WHOLE POINT OF THESE QUESTIONS,

01:50PM 17   AND AGAIN, BACK TO WHAT WE WERE TALKING ABOUT EARLIER WITH THE

01:50PM 18   DEBTOR'S OBLIGATIONS, IT'S NOT REALLY UP TO THE DEBTOR WHAT

01:50PM 19   THINGS ARE LISTED AND WHAT AREN'T.  THEY NEED TO ANSWER THE

01:50PM 20   QUESTIONS AND THEN THE TRUSTEE'S JOB IS TO DETERMINE WHAT IS

01:50PM 21   APPROPRIATE FOR LIQUIDATION, IF THERE'S A WAY TO GET SOME

01:50PM 22   PROPERTY BACK INTO THE ESTATE, THAT'S THE WHOLE POINT OF THESE

01:50PM 23   QUESTIONS.

01:50PM 24   BY MR. SIMEON:

01:50PM 25   Q.   AND WHAT IS THE ANSWER TO THIS QUESTION ON THIS FORM?

01:51PM  1    A.    THE DEBTORS CHECKED THE BOX THAT THEY DID NOT HAVE -- THEY

01:51PM  2    DID NOT TRANSFER ANY PROPERTY OUTSIDE OF THE ORDINARY COURSE OF

01:51PM  3    BUSINESS IN THE LAST TWO YEARS.

01:51PM  4    Q.    QUESTION NUMBER 11, WHAT IS THAT ASKING FOR?

01:51PM  5    A.    QUESTION 11 ASKS FOR ALL -- ASKS THE DEBTOR TO LIST ALL

01:51PM  6    FINANCIAL ACCOUNTS AND INSTRUMENTS THAT HAD BEEN CLOSED, SOLD,

01:51PM  7    OR OTHERWISE TRANSFERRED WITHIN THE YEAR PRIOR TO FILING THE

01:51PM  8    CASE.

01:51PM  9    Q.    AND WHAT IS THE ANSWER TO THAT QUESTION?

01:51PM 10    A.    THE DEBTORS CHECKED THE BOX INDICATING THAT THEY DID NOT

01:51PM 11    CLOSE ANY -- CLOSE, TRANSFER, OR SELL ANY FINANCIAL ACCOUNTS OR

01:51PM 12    INSTRUMENTS IN THE YEAR PRIOR TO FILING.

01:51PM 13    Q.    NEXT PAGE, PLEASE.  MS. HOLLIMAN, IF YOU COULD ZOOM IN ON

01:51PM 14    THE MIDDLE PORTION IN NUMBERS 14 AND 15, PLEASE.

01:51PM 15          MR. LAFFREDI, IF YOU COULD DO THE SAME THING FOR NUMBER 14

01:52PM 16    AND STATE WHAT THE QUESTION IS AND PUT IN LAYMEN'S TERMS WHAT

01:52PM 17    IS BEING ASKED.

01:52PM 18    A.    QUESTION 14 ASKS THE DEBTOR TO LIST ALL PROPERTY THAT IS

01:52PM 19    OWNED BY SOMEBODY ELSE THAT THE DEBTOR HOLDS OR CONTROLS.

01:52PM 20          THAT IS BASICALLY ASKING FOR IF THERE'S SOME PROPERTY THAT

01:52PM 21    IS EITHER IN THE DEBTOR'S POSSESSION, SAY, FOR EXAMPLE,

01:52PM 22    SOMEBODY WHO FIXES CARS, THEY HAVE A BUNCH OF CARS IN THEIR LOT

01:52PM 23    THAT ARE NOT OWNED BY THEM BUT ARE IN THEIR CONTROL, THAT'S

01:52PM 24    WHERE YOU WOULD PUT THAT.

01:52PM 25          IT'S REALLY DESIGNED SO THAT THE TRUSTEE WHO IS DRIVING

01:52PM 1    PAST THE PROPERTY TO SEE WHAT PROPERTY THERE IS, THEY WOULD

01:52PM 2    KNOW, OH, WELL, THOSE FOUR CARS ARE NOT -- THE DEBTORS ARE NOT

01:52PM 3    GOING TO SELL THOSE BECAUSE THEY'RE NOT OWNED BY THE DEBTOR.

01:52PM 4    Q.   AND WHAT IS THE ANSWER THERE?

01:52PM 5    A.   THE DEBTORS HAVE INDICATED THAT THEY DID NOT HAVE CONTROL

01:52PM 6    OR HOLD ANY PROPERTY THAT WAS OWNED BY SOMEBODY ELSE.

01:52PM 7    Q.   SAME FOR NUMBER 15.  WHAT ARE YOU REQUESTING AND IF YOU

01:52PM 8    COULD PLEASE PUT IT IN LAYMEN'S TERMS?

01:53PM 9    A.   QUESTION 15 ASKS THE DEBTORS TO IDENTIFY ANY PROPERTIES OR

01:53PM 10   ANY PREMISES IN WHICH THE DEBTORS OCCUPIED DURING THE THREE

01:53PM 11   YEARS PRIOR TO FILING THE CASE IF THEY HAD MOVED.

01:53PM 12       AND THIS AGAIN IS DESIGNED TO DETERMINE WHERE THE DEBTOR

01:53PM 13   WAS PRIOR TO FILING AND IF THERE WERE ANY OTHER ADDRESSES THAT

01:53PM 14   THE DEBTOR LIVED AT, THAT'S WHERE THEY WOULD GO.

01:53PM 15   Q.   NEXT PAGE, PLEASE.

01:53PM 16       PLEASE ZOOM IN ON NUMBER 18.

01:53PM 17       MR. LAFFREDI, IF YOU COULD EXPLAIN WHAT IS BEING ASKED BY

01:53PM 18   NUMBER 18?

01:53PM 19   A.   THIS QUESTION IS ASKING THE DEBTORS TO IDENTIFY ANY

01:53PM 20   BUSINESSES SPECIFICALLY FOR INDIVIDUAL DEBTORS.  IT ASKS THEM,

01:54PM 21   THE DEBTORS, TO IDENTIFY ANY BUSINESSES IN WHICH THEY WERE AN

01:54PM 22   OFFICER, DIRECTOR, PARTNER, OR MANAGING EXECUTIVE, A PARTNER IN

01:54PM 23   A PARTNERSHIP, A SOLE PROPRIETOR, OR WAS SELF-EMPLOYED EITHER

01:54PM 24   FULL TIME OR PART TIME WITHIN THE SIX YEARS PRIOR TO FILING THE

01:54PM 25   CASE OR IN WHICH THEY OWNED 5 PERCENT OR MORE OF THE VOTING OR

01:54PM 1    EQUITY SECURITIES, MEANING THAT THEY OWNED 5 PERCENT OR MORE OF

01:54PM 2    THE ENTITY WITHIN SIX YEARS PRIOR TO FILING THE CASE.

01:54PM 3    Q.   NOW, THE 5 PERCENT, IS THAT REFERRING ONLY TO THE LAST

01:54PM 4    CLAUSE FOR VOTING OR EQUITY SECURITIES?

01:54PM 5    A.   THE LAST CLAUSE IS THAT YOU EITHER LIST WHETHER THE DEBTOR

01:54PM 6    WAS AN OFFICER, DIRECTOR, PARTNER OR ALL OF THAT, OR YOU LIST

01:54PM 7    WHETHER THE DEBTOR HAD A 5 PERCENT OWNERSHIP IN THE BUSINESS.

01:54PM 8    Q.   OKAY.  SO IF THE DEBTOR WAS AN OFFICER, DIRECTOR, PARTNER,

01:55PM 9    OR MANAGING EXECUTIVE OF A CORPORATION OR A PARTNER IN A

01:55PM 10   PARTNERSHIP, THERE'S NO THRESHOLD FOR THE LEVEL OF INVOLVEMENT

01:55PM 11   FOR HIM TO ANSWER?

01:55PM 12   A.   IF YOU'RE TALKING ABOUT OWNERSHIP, NO, THEY DON'T HAVE TO

01:55PM 13   OWN A COMPANY TO PUT IT DOWN IF THEY'RE -- THEY DON'T HAVE TO

01:55PM 14   HAVE OWNERSHIP IN THE COMPANY TO LIST IT IF THEY'RE AN OFFICER.

01:55PM 15   THEY'RE STILL REQUIRED TO LIST THEIR OFFICERSHIP ON THIS -- IN

01:55PM 16   RESPONSE TO THIS QUESTION.

01:55PM 17        THE VALUE OF THE PROPERTY -- BUSINESS DOES NOT MATTER.

01:55PM 18   Q.   MS. HOLLIMAN, COULD YOU ZOOM IN ON THE BOTTOM HALF OF THAT

01:55PM 19   PAGE.

01:56PM 20        AND IT APPEARS THAT THERE ARE NINE DIFFERENT ENTITIES

01:56PM 21   LISTED; IS THAT CORRECT?

01:56PM 22   A.   NINE ON THIS PAGE IT LOOKS LIKE, YES.

01:56PM 23        AND THEN ONE, TWO, THREE --

01:56PM 24   Q.   WE'LL GET TO THAT NEXT PAGE IN A SECOND.

01:56PM 25   A.   OH, SORRY.

01:56PM 1    Q.   AND SO ON THIS PAGE THERE ARE NINE.  AND HOW MANY IS THE

01:56PM 2    DEBTOR LISTING HIMSELF AS A MANAGER MEMBER?

01:56PM 3    A.   IT LOOKS LIKE HE'S INDICATED MANAGER MEMBER FOR FOUR OF

01:56PM 4    THEM.

01:56PM 5    Q.   AND HOW MANY OF THEM ARE STILL ACTIVE?

01:56PM 6    A.   WELL, AS OF THE DATE OF FILING IT LOOKED LIKE THERE WERE

01:56PM 7    ONLY TWO.

01:56PM 8    Q.   NEXT PAGE, PLEASE.  PLEASE ZOOM IN ON THE TOP PART.  THANK

01:56PM 9    YOU.

01:56PM 10       THIS IS THE SAME QUESTION; IS THAT CORRECT?

01:56PM 11   A.   YES, IT'S JUST A CONTINUATION OF THE QUESTION 18.

01:57PM 12   Q.   AND, MR. LAFFREDI, CAN YOU PLEASE READ THE FIRST LINE,

01:57PM 13   BELLEVUE?

01:57PM 14   A.   BELLEVUE CENTRE, LLC.  NATURE OF BUSINESS IS MANAGER

01:57PM 15   MEMBER-REAL ESTATE DEVELOPMENT PROJECT AND BEGINNING AND ENDING

01:57PM 16   DATES 11-2005 TO 5-2008.

01:57PM 17   Q.   AND IT APPEARS THAT THERE ARE SIX ENTITIES LISTED ON THIS

01:57PM 18   PAGE; IS THAT RIGHT?

01:57PM 19   A.   SIX, YES.

01:57PM 20   Q.   AND SO 15 TOTAL FOR NUMBER 18?

01:57PM 21   A.   RIGHT.

01:57PM 22        MR. SIMEON:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

01:57PM 23   WOULD LIKE TO PUBLISH EXHIBIT 2 TO THE JURY.  EXHIBIT 2 HAS

01:57PM 24   ALREADY BEEN ADMITTED INTO EVIDENCE BY STIPULATION OF THE

01:57PM 25   PARTIES.

01:57PM 1          THE COURT:  ALL RIGHT.  IT MAY BE ADMITTED AND

01:57PM 2    PUBLISHED.

01:57PM 3          MR. SIMEON:  AND THAT IS PAGE 2-1.  THANK YOU.

01:58PM 4    Q.   MR. LAFFREDI, WHAT IS THIS?

01:58PM 5    A.   THIS IS AN AMENDED SCHEDULE B.

01:58PM 6    Q.   AND SCHEDULE B AGAIN IS WHICH SCHEDULE?

01:58PM 7    A.   SCHEDULE B IS A LIST OF THE DEBTORS' PERSONAL PROPERTY

01:58PM 8    THAT WERE OWNED AT THE TIME OF FILING.

01:58PM 9    Q.   HAVE YOU BEEN ABLE TO COMPARE THIS SCHEDULE -- WELL, LET

01:58PM 10   ME BACK UP.

01:58PM 11        WHEN A DEBTOR FILES AN AMENDED SCHEDULE, WHAT INFORMATION

01:58PM 12   DO THEY PUT ON, JUST THE NEW INFORMATION?

01:58PM 13   A.   WELL, NO.  THIS IS JUST -- IT APPEARS THAT THIS WOULD BE

01:58PM 14   THE SAME -- WHETHER THEY'RE ADDING OR REMOVING WOULD JUST BE

01:58PM 15   ADDED OR REMOVED TO THE ORIGINAL SCHEDULE.

01:58PM 16        SO IF THEY ADDED SOME INFORMATION, ALL OF THE INFORMATION

01:58PM 17   THAT HAD EXISTED AT THE TIME THE ORIGINAL ONE WAS FILED WOULD

01:58PM 18   STILL BE THERE.  IT WOULD JUST BE ANOTHER THING.

01:59PM 19        IF SOMETHING WAS REMOVED, ALL BUT THAT ONE THING THAT WAS

01:59PM 20   REMOVED WOULD STILL BE THERE.

01:59PM 21        SO IN ORDER TO DETERMINE WHAT WAS AMENDED, YOU WOULD

01:59PM 22   LIKELY HAVE TO COMPARE THE TWO.

01:59PM 23   Q.   OKAY.  WERE YOU ABLE TO COMPARE THIS PAGE WITH THE

01:59PM 24   PREVIOUS PAGE?

01:59PM 25   A.   YES.

01:59PM 1    Q.   DO YOU KNOW WHERE THE AMENDMENT IS ON THIS FORM?

01:59PM 2    A.   I BELIEVE FOR SCHEDULE B -- LET ME JUST MAKE SURE.  IT

01:59PM 3    APPEARS THAT THE DEBTORS ADDED A RESPONSE TO LINE 13 BY ADDING

01:59PM 4    AZ CUSTOM SMART HOMES, LLC 50 PERCENT INTEREST; LAKEFRONT

01:59PM 5    ENTERPRISES, LLC, 50 PERCENT INTEREST; CORNERSTONE COMMERCIAL

01:59PM 6    REAL ESTATE 100 PERCENT INTEREST.

01:59PM 7         ALL COMMUNITY PROPERTY WITH A VALUE OF $0.

02:00PM 8    Q.   MS. HOLLIMAN, COULD YOU GO TO PAGE 2- --

02:00PM 9              MS. GILG:  I'M SORRY, YOUR HONOR.  COULD I ASK THE

02:00PM 10   WITNESS TO IDENTIFY WHAT BATE STAMPS HE'S COMPARING TO.

02:00PM 11             THE WITNESS:  SURE.  SO WHAT I'M LOOKING AT IS THE

02:00PM 12   ORIGINAL SCHEDULE B, WHICH IS AT BATE STAMP 1-13 THROUGH 1-16,

02:00PM 13   AND THEN I'M COMPARING THAT TO 2-1 TO 2-4.

02:00PM 14             MS. GILG:  OKAY.  THANK YOU.

02:00PM 15   BY MR. SIMEON:

02:00PM 16   Q.   2-5, PLEASE.  AND, MS. HOLLIMAN, IF YOU COULD ZOOM IN FROM

02:00PM 17   THE MIDDLE PART OF THE PAGE DOWN, THE BOTTOM HALF.

02:01PM 18        MR. LAFFREDI, IS THIS ANOTHER AMENDMENT?

02:01PM 19   A.   YES, THIS LOOKS LIKE AN AMENDMENT TO SCHEDULE I.

02:01PM 20   Q.   AND ARE YOU ABLE TO SEE WHAT CHANGES WERE MADE?

02:01PM 21   A.   I BELIEVE THE ONLY CHANGES THAT WERE MADE WERE REDUCING

02:01PM 22   THE AMOUNT THAT WAS IN LINE 1 AND ADDING AN AMOUNT TO LINE 8,

02:01PM 23   INCOME FROM REAL PROPERTY.

02:01PM 24   Q.   AND WHAT ABOUT THE TOTALS IN 15 AND 16?

02:01PM 25   A.   THE TOTALS IN 15 AND 16 DID NOT CHANGE.  AGAIN, I'M

02:01PM 1   COMPARING PAGE 1-32 TO PAGE 2-5.

02:01PM 2           MR. SIMEON:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

02:01PM 3   WOULD LIKE TO PUBLISH TO THE JURY EXHIBIT NUMBER 3, WHICH WAS

02:01PM 4   PREVIOUSLY ADMITTED BY STIPULATION.

02:01PM 5           THE COURT:  ALL RIGHT.  RECEIVED.  IT MAY BE

02:01PM 6   PUBLISHED.

02:01PM 7   BY MR. SIMEON:

02:02PM 8   Q.  MS. HOLLIMAN, PAGE 3-4, PLEASE.  IF YOU COULD ZOOM IN ON

02:02PM 9   NUMBER 10.

02:02PM 10          MR. LAFFREDI, DID YOU HAVE AN OPPORTUNITY TO COMPARE --

02:02PM 11  WELL, FIRST OF ALL, LET ME BACK UP.

02:02PM 12          WHICH FORM IS THIS?

02:02PM 13  A.  THIS IS AN AMENDED STATEMENT OF FINANCIAL AFFAIRS.

02:02PM 14  Q.  AND DID YOU HAVE AN OPPORTUNITY TO COMPARE ANSWER NUMBER

02:02PM 15  10 IN THE AMENDED SOFA WITH THE ORIGINAL SOFA?

02:02PM 16  A.  YES.

02:02PM 17  Q.  AND ARE THERE ANY CHANGES?

02:02PM 18  A.  YES.  SO ORIGINALLY IT APPEARS THAT THE DEBTORS INDICATED

02:02PM 19  THAT THEY DID NOT TRANSFER ANY PROPERTY OUTSIDE OF THE ORDINARY

02:02PM 20  COURSE OF BUSINESS WITHIN THE TWO YEARS PRIOR TO FILING, BUT

02:02PM 21  THEN IN THIS AMENDMENT THE DEBTOR HAS INDICATED THAT THERE WAS

02:02PM 22  ONE TRANSFER.

02:02PM 23  Q.  AND WHAT IS THAT TRANSFER?

02:02PM 24  A.  THE TRANSFEREE WAS KRISTEL KUBUROVICH, WHICH APPEARS TO BE

02:03PM 25  THE DAUGHTER, AT 7170 EAGLE RIDGE DRIVE IN GILROY.  THE DATE OF

02:03PM 1    THAT TRANSFER APPEARS TO BE JANUARY 12TH, 2010.

02:03PM 2         AND THEN THE DESCRIPTION OF THE PROPERTY TRANSFERRED AND

02:03PM 3    THE VALUE RECEIVED, IT APPEARS THAT THE DEBTOR TRANSFERRED THE

02:03PM 4    DEBTOR'S 1/8TH INTEREST IN A LAS VEGAS CONDOMINIUM, AND THE

02:03PM 5    VALUE OF THE DEBTOR'S INTEREST APPROXIMATELY 18,000 IN EXCHANGE

02:03PM 6    FOR CANCELLATION OF DEBT OWED TO KRISTEL KUBUROVICH.

02:03PM 7    Q.   MS. HOLLIMAN, COULD YOU ZOOM IN AT THE BOTTOM OF THE PAGE,

02:03PM 8    PLEASE, WHERE THE ADMINISTRATIVE INFO IS, THE FILING

02:03PM 9    INFORMATION AT THE BOTTOM.  LOWER, PLEASE.

02:03PM 10        AND DOES THIS SHOW THE DATE OF THIS AMENDMENT, THIS

02:03PM 11   FILING?

02:03PM 12   A.   YES.

02:03PM 13   Q.   AND WHAT DATE WAS THAT?

02:03PM 14   A.   THIS AMENDMENT WAS FILED ON JUNE 21ST, 2011.

02:04PM 15        MR. SIMEON:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

02:04PM 16   WOULD LIKE TO MOVE OR PUBLISH EXHIBIT 4 TO THE JURY.  EXHIBIT 4

02:04PM 17   WAS ALSO PREVIOUSLY ADMITTED BY STIPULATION.

02:04PM 18        THE COURT:  ALL RIGHT.  IT'S ADMITTED, AND IT MAY BE

02:04PM 19   PUBLISHED.

02:04PM 20   BY MR. SIMEON:

02:04PM 21   Q.   MR. LAFFREDI, WHAT IS THIS?

02:04PM 22   A.   THIS IS ANOTHER AMENDED SCHEDULE B.

02:04PM 23   Q.   DID YOU HAVE AN OPPORTUNITY TO COMPARE THIS AMENDMENT WITH

02:04PM 24   THE PREVIOUS SCHEDULE B?

02:04PM 25   A.   YES.

02:04PM 1    Q.   AND WHAT IS THE AMENDMENT ON THIS SCHEDULE?

02:04PM 2    A.   IT APPEARS THAT THE ONLY AMENDMENT WAS TO ADD TO LINE 2,

02:04PM 3    AND AGAIN, NOW I'M COMPARING THE MOST RECENT AMENDMENT, WHICH

02:04PM 4    IS AT PAGE 2-2, TO THIS AMENDMENT, WHICH IS AT PAGE 4-1.

02:05PM 5         AND IT LOOKS LIKE THEY ADDED A BANK ACCOUNT TO LINE NUMBER

02:05PM 6    2, VP BANK ACCOUNT LOCATED IN LIECHTENSTEIN.

02:05PM 7         IT APPEARS IT'S OWNED ONLY BY THE HUSBAND AND THE VALUE OF

02:05PM 8    THE PROPERTY AT THE DATE OF FILING -- THE VALUE OF THE ACCOUNT

02:05PM 9    AT THE DATE OF FILING WAS $1,035.65.

02:05PM 10   Q.   MS. HOLLIMAN, IF YOU COULD, AGAIN, ZOOM IN AT THE BOTTOM

02:05PM 11   OF THE PAGE WITH THE FILING INFORMATION.

02:05PM 12        AND, MR. LAFFREDI, DOES THIS SHOW WHEN THIS WAS FILED?

02:05PM 13   A.   YES, IT WAS FILED ON MAY 14TH, 2014.

02:05PM 14   Q.   IS THAT THE LAST AMENDMENT THAT YOU'RE AWARE OF TO THIS

02:05PM 15   PETITION?

02:05PM 16   A.   I THINK SO.

02:05PM 17   Q.   OKAY.  NOW, MR. LAFFREDI, DID YOU HAVE A CHANCE TO REVIEW

02:05PM 18   THE BANKRUPTCY DOCKET FOR THIS CASE?

02:06PM 19   A.   I DID.

02:06PM 20   Q.   AND DO YOU KNOW WHETHER THERE WAS A DATE OF DISCHARGE IN

02:06PM 21   THIS CASE?

02:06PM 22   A.   YES, I THINK THERE WAS.

02:06PM 23   Q.   DO YOU REMEMBER WHAT THAT DATE WAS?

02:06PM 24   A.   I DON'T, NO.

02:06PM 25   Q.   AND IF I SHOWED YOU A COPY OF THE DOCKET, WOULD THAT

02:06PM  1    ASSIST?

02:06PM  2    A.  YES.

02:06PM  3           MR. SIMEON:  YOUR HONOR, MAY I SHOW THE WITNESS?

02:06PM  4           THE COURT:  YES.  WHY DON'T YOU SHOW COUNSEL.

02:06PM  5    BY MR. SIMEON:

02:06PM  6    Q.  MR. LAFFREDI, PLEASE LOOK AT THIS AND READ IT SILENTLY TO

02:06PM  7    YOURSELF AND THEN LOOK UP WHEN YOU'RE DONE (HANDING).

02:06PM  8       I'M RETRIEVING THE DOCUMENT FROM THE WITNESS.

02:06PM  9       MR. LAFFREDI, DOES THAT REFRESH YOUR RECOLLECTION AS TO

02:06PM  10   THE DATE OF DISCHARGE IN THIS CASE?

02:06PM  11   A.  YES.

02:06PM  12   Q.  AND WHEN WAS IT?

02:06PM  13   A.  AUGUST 5TH, 2015.

02:06PM  14          MR. SIMEON:  NO FURTHER QUESTIONS, YOUR HONOR.

02:07PM  15          THE COURT:  CROSS-EXAMINATION?  MR. NICK?

02:07PM  16          MR. NICK:  YOUR HONOR, WE'RE DISCUSSING WHICH

02:07PM  17   COUNSEL WOULD GO FIRST, AND MS. GILG IS GOING TO DO THAT IF

02:07PM  18   THAT'S OKAY WITH THE COURT.

02:07PM  19          THE COURT:  OKAY.  FINE.

02:07PM  20          MR. NICK:  THANK YOU.

02:07PM  21                     **CROSS-EXAMINATION**

02:07PM  22   BY MS. GILG:

02:07PM  23   Q.  GOOD AFTERNOON, MR. LAFFREDI.

02:07PM  24   A.  GOOD AFTERNOON.

02:07PM  25   Q.  NOW, ARE YOU AN EMPLOYEE FROM THE DEPARTMENT OF JUSTICE?

02:07PM 1   A.   YES.

02:07PM 2   Q.   AND SO THESE ARE YOUR COLLEAGUES, CORRECT, BEHIND ME?

02:07PM 3   A.   THEY DON'T WORK IN MY PROGRAM, BUT THEY ALSO WORK FOR THE

02:07PM 4   DEPARTMENT OF JUSTICE, I BELIEVE.

02:07PM 5   Q.   NOW, WOULD IT BE FAIR TO SAY THAT PEOPLE DON'T ASPIRE TO

02:07PM 6   GO INTO BANKRUPTCY?  IT'S NOT SOMETHING THAT THEY SAY, "I HAVE

02:07PM 7   A GOAL IN MY LIFE AND THAT'S GOING TO BE TO FILE BANKRUPTCY"?

02:08PM 8   A.   I GUESS YOU COULD SAY THAT.

02:08PM 9   Q.   AND, IN FACT, THERE ARE QUITE A FEW DISADVANTAGES TO

02:08PM 10  FILING FOR BANKRUPTCY; IS THAT TRUE?

02:08PM 11  A.   YES.

02:08PM 12  Q.   AND, FOR INSTANCE, IN THE CASE WHERE YOU HAVE WHAT YOU

02:08PM 13  CALL THE LIQUIDATING ALL OF YOUR ASSETS, RIGHT, THAT MEANS THAT

02:08PM 14  YOU LOSE ALL OF YOUR ASSETS EXCEPT THOSE THAT ARE EXEMPT;

02:08PM 15  CORRECT?

02:08PM 16  A.   UM, YEAH, I GUESS.  YEAH.

02:08PM 17  Q.   AND SO YOU CAN'T REALLY BE A DEADBEAT SO TO SPEAK; RIGHT?

02:08PM 18  A.   IF YOU HAVE AN ABILITY TO PAY THEN, YEAH, THAT WOULD MAYBE

02:08PM 19  FORCE YOU INTO A DIFFERENT CHAPTER AND REQUIRE YOU TO PAY OR

02:08PM 20  YOU WOULDN'T GET THE BENEFIT OF THE BANKRUPTCY.

02:08PM 21  Q.   RIGHT.  AND SO WHEN YOU'RE GOING INTO BANKRUPTCY, YOU'RE

02:08PM 22  PRETTY SURE THAT YOU'RE GOING TO LOSE EVERYTHING OTHER THAN

02:08PM 23  WHAT IS EXEMPT IF YOUR DEBTS ARE GREATER THAN YOUR ASSETS;

02:08PM 24  TRUE?

02:08PM 25  A.   I'M SORRY, THERE WAS A LOT IN THAT QUESTION.  WHAT WAS THE

02:08PM  1    QUESTION AGAIN?

02:08PM  2    Q.   IF YOU GO INTO BANKRUPTCY, YOU COULD PRETTY MUCH BE

02:08PM  3    ASSURED THAT YOU'RE GOING TO LOSE EVERYTHING THAT IS NOT

02:08PM  4    EXEMPT?

02:08PM  5    A.   IF THERE IS ANYTHING THAT IS NOT EXEMPT.  MOST CASES THERE

02:09PM  6    ARE NO ASSET CASES SO THERE'S NOTHING -- THE DEBTOR DOESN'T

02:09PM  7    LOSE ANYTHING.

02:09PM  8    Q.   NOW, YOU SAID SOMETHING THAT -- WELL, ACTUALLY ANOTHER

02:09PM  9    DOWNSIDE TO GOING INTO BANKRUPTCY IS THAT YOU LOSE SOME CREDIT;

02:09PM 10    RIGHT?

02:09PM 11    A.   THAT'S TRUE, I BELIEVE.  I'M NOT AN EXPERT ON THE CREDIT

02:09PM 12    REPORTING INDUSTRY BUT, YEAH, THAT IS GENERALLY THE CASE.

02:09PM 13    Q.   AND THEN SO YOU'RE NOT JUST WALKING AWAY FREE AND CLEAR

02:09PM 14    FROM A BANKRUPTCY; RIGHT?

02:09PM 15    A.   WELL, OF YOUR DEBTS?  YEAH.

02:09PM 16    Q.   WELL, IF YOU DON'T HAVE ANY ASSETS TO PAY; CORRECT?

02:09PM 17    A.   ANY ASSETS TO PAY?

02:09PM 18    Q.   WELL, LET ME ASK YOU THIS, IS IT UNUSUAL FOR A

02:09PM 19    BANKRUPTCY -- SOMEBODY IN BANKRUPTCY -- IT SOUNDS TO ME --

02:09PM 20    WELL, LET ME TAKE THAT BACK AND START OVER.

02:09PM 21         IT SOUNDS TO ME THAT IT'S A BIT UNUSUAL FOR SOMEONE WHO

02:09PM 22    GOES INTO BANKRUPTCY TO ACTUALLY PAY THEIR DEBTORS, I MEAN

02:09PM 23    THEIR CREDITORS?

02:09PM 24    A.   IN A CHAPTER 7 CASE, MOST CASES THERE IS NO -- THERE'S

02:10PM 25    NOTHING TO LIQUIDATE SO IT'S A NO ASSET CASE.  THEY GET THEIR

02:10PM 1    DISCHARGE, AND THAT'S IT.

02:10PM 2         IF YOU'RE TALKING ABOUT OTHER CHAPTERS LIKE CHAPTER 13,

02:10PM 3    AND 12, AND 11, THOSE ARE PAYMENT PLANS SO THEY JUST DON'T WALK

02:10PM 4    AWAY, RIGHT.

02:10PM 5    Q.   SO LET'S STICK WITH CHAPTER 7.

02:10PM 6    A.   YEAH.

02:10PM 7    Q.   SO IN CHAPTER 7 YOU'RE SAYING IT'S UNUSUAL FOR PEOPLE, THE

02:10PM 8    CREDITORS, TO ACTUALLY RECOVER ANYTHING IN A CHAPTER 7

02:10PM 9    BANKRUPTCY?

02:10PM 10   A.   I WOULDN'T CALL IT "UNUSUAL," BUT IT'S MORE COMMON THAT

02:10PM 11   THERE ARE NO ASSET CASES.

02:10PM 12   Q.   OKAY.  NOW, YOU SAID SOMETHING ABOUT CREDITORS THAT THEY

02:10PM 13   MAY BECOME NEW CREDITORS AT A HIGHER -- AFTER THE CASE IS

02:10PM 14   CLOSED, THAT THEY MAY BECOME NEW CREDITORS.  DOES THAT JUST

02:10PM 15   MEAN THAT THEY ENGAGED IN ANOTHER DEAL WITH THE SAME PERSON?

02:10PM 16   A.   YEAH.  THAT'S WHAT I MEANT.

02:10PM 17   Q.   THAT'S WHAT I THOUGHT.

02:10PM 18   A.   AND TYPICALLY AT HIGHER INTEREST RATES BECAUSE OF THE RISK

02:10PM 19   OF HAVING A PRIOR BANKRUPTCY.

02:11PM 20   Q.   NOW, WOULD YOU SAY THAT THE BANKRUPTCY IN THE PRESENT CASE

02:11PM 21   WAS -- WENT A LOT LONGER THAN THE TYPICAL ONE; CORRECT?

02:11PM 22   A.   I DON'T REMEMBER THE EXACT DATES.  I DON'T REMEMBER

02:11PM 23   EXACTLY HOW LONG.

02:11PM 24   Q.   I THINK WE KNOW IT WAS FILED IN MAY OF 2010; CORRECT?

02:11PM 25   A.   YEAH.

02:11PM 1    Q.   AND I THINK YOU JUST TESTIFIED --

02:11PM 2    A.   YEAH.

02:11PM 3    Q.   -- THAT IT WAS DISCHARGED IN AUGUST OF 2015?

02:11PM 4    A.   YEAH, THAT IS MUCH LONGER THAN THE NORMAL TYPICAL CASE.

02:11PM 5    Q.   NOW, THERE ARE SOME CASES, I WOULD IMAGINE, THAT REQUIRE

02:11PM 6    MORE SCRUTINY; TRUE?

02:11PM 7    A.   BY WHOM?

02:11PM 8    Q.   BY THE -- BY YOUR OFFICE?

02:11PM 9    A.   SURE, YES, UH-HUH.

02:11PM 10   Q.   AND WITH THOSE CASES THAT INVOLVE VARIOUS BUSINESSES,

02:11PM 11   LIMITED PARTNERSHIPS, ET CETERA, THOSE MAY TAKE A LITTLE BIT

02:11PM 12   LONGER AND A LITTLE MORE SCRUTINY?

02:12PM 13   A.   NOT FROM OUR OFFICE'S PERSPECTIVE.  WE WOULD -- THE REVIEW

02:12PM 14   THAT WE DO IS TYPICALLY AT THE VERY BEGINNING PART OF THE CASE.

02:12PM 15        IF WE HAVE TAKEN ACTION, THAT MAY PROLONG THE CASE.

02:12PM 16        BUT FROM OUR PERSPECTIVE, YOU KNOW, OUR REVIEW IS DONE AT

02:12PM 17   THE VERY BEGINNING OF THE CASE SO IT WOULDN'T NECESSARILY

02:12PM 18   PROLONG -- MAKE A CASE LAST MORE THAN FIVE YEARS, OR WHATEVER

02:12PM 19   THIS ONE WAS.

02:12PM 20   Q.   SO THERE ARE NO -- YOU WOULD AGREE THAT THERE ARE OTHER

02:12PM 21   STEPS THAT COULD BE TAKEN THAT MAY PROLONG THE CASE SUCH AS

02:12PM 22   REQUIRING A RULE 2004 EVALUATION; CORRECT?

02:12PM 23   A.   RIGHT, WHICH A 2004 EXAM IS LIKE A DEPOSITION.  UNDER

02:12PM 24   BANKRUPTCY RULE 2004 IT'S JUST AN OPPORTUNITY FOR ANYBODY

02:12PM 25   REALLY, A CREDITOR, A TRUSTEE, OUR OFFICE TO BRING THE DEBTOR

02:12PM 1    IN AGAIN UNDER OATH AND ASK MORE QUESTIONS.

02:12PM 2    Q.   AND SO THAT WOULD BE -- THERE WOULD BE A MORE CLOSELY

02:13PM 3    WATCHED EVALUATION IN THAT SITUATION; CORRECT?

02:13PM 4    A.   IT DEPENDS ON WHY.  I MEAN, ANYBODY CAN ASK FOR A 2004

02:13PM 5    EXAMINATION FOR WHATEVER REASON.

02:13PM 6    Q.   BUT IT DOES THEN -- WHAT THE EVALUATION DOES, THOUGH, IS

02:13PM 7    THAT IT SCRUTINIZES THE BANKRUPTCY PETITION MORE CAREFULLY;

02:13PM 8    RIGHT?

02:13PM 9    A.   WELL, FOR EXAMPLE, IF A CREDITOR WANTED TO DO A RULE 2004

02:13PM 10   EXAM BECAUSE THEY HAVE A MORTGAGE ON THE DEBTOR'S PROPERTY AND

02:13PM 11   THEY WANT TO FIND OUT, YOU KNOW, MORE INFORMATION ABOUT THE

02:13PM 12   PAYMENT HISTORY OR WHATEVER, THEY COULD DO A 2004 EXAM.

02:13PM 13       THAT WOULDN'T NECESSARILY MEAN THAT WE WOULD PARTICIPATE

02:13PM 14   IN THAT OR A CREDIT -- OR ANY OTHER CREDITOR WOULD PARTICIPATE

02:13PM 15   IN THAT OR THE TRUSTEE MAY EVEN NOT PARTICIPATE IN THAT.  IT'S

02:13PM 16   REALLY UNIQUE TO THAT CREDITOR.

02:13PM 17       IF THERE WERE OTHER ISSUES AND EVERYONE WANTED TO JOIN IN

02:13PM 18   THAT 2004 EXAMINATION, THAT IS PROBABLE AND THAT DOES HAPPEN

02:13PM 19   SOMETIMES.  BUT JUST BECAUSE SOMEONE IS DOING A 2004, THAT

02:13PM 20   WOULDN'T PROLONG THE CASE.

02:14PM 21       BUT FOR THAT CREDITOR IT WOULD MEAN BE MORE SCRUTINY, YES.

02:14PM 22   Q.   THAT'S WHAT I'M ASKING, MORE SCRUTINY.

02:14PM 23   A.   BY THAT WHOEVER IS TAKING THE EXAMINATION.

02:14PM 24   Q.   SO THERE WOULD BE MORE SCRUTINY INVOLVED IN A 2004

02:14PM 25   EVALUATION?

02:14PM 1    A.   TYPICALLY THE REASON WHY A PERSON, AN ENTITY WOULD ASK

02:14PM 2    FOR -- ASK FOR AN ORDER AUTHORIZING A RULE 2004 EXAMINATION IS

02:14PM 3    BECAUSE THEY HAVE MORE QUESTIONS TO ASK.

02:14PM 4    Q.   AND SO THERE WOULD BE MORE SCRUTINY INVOLVED IN A 2004

02:14PM 5    EVALUATION?

02:14PM 6    A.   WHAT DO YOU MEAN BY "SCRUTINY"?  ASKING QUESTIONS?

02:14PM 7    Q.   THE ACCOUNTS, WHATEVER IS RELEVANT TO THE CREDITOR'S

02:14PM 8    INQUIRY, THERE WOULD BE MORE SCRUTINY INVOLVED?

02:14PM 9    A.   2004 EXAMS ALLOW FOR ADDITIONAL DOCUMENTS ALLOWED TO BE

02:14PM 10   PRODUCED AND ADDITIONAL QUESTIONS TO BE ASKED.  SO IT DEPENDS

02:14PM 11   ON WHAT THEY WANT.  AND SO I WOULD ASSUME THAT IF THEY'RE

02:14PM 12   ASKING MORE QUESTIONS THAT THEY ARE, THEY ARE SCRUTINIZING A

02:14PM 13   LITTLE BIT MORE THAN WHAT HAD BEEN DONE BEFORE.

02:14PM 14   Q.   THANK YOU.  NOW, IS IT ALSO -- IS IT -- NOT ALSO -- IS IT

02:15PM 15   TYPICAL TO APPOINT AN ACCOUNTANT IN A BANKRUPTCY PROCEEDING, A

02:15PM 16   PRIVATE ACCOUNTANT?

02:15PM 17   A.   TYPICAL?  I MEAN, IT HAPPENS A LOT.

02:15PM 18   Q.   IT HAPPENS A LOT?

02:15PM 19   A.   UH-HUH.  YOU MEAN BY THE TRUSTEE?

02:15PM 20   Q.   CORRECT?

02:15PM 21   A.   YES.  I DON'T KNOW THE PERCENTAGE, BUT IT DOES HAPPEN

02:15PM 22   FREQUENTLY AND TYPICALLY WHEN THERE ARE ASSETS OR SOME OTHER

02:15PM 23   ASPECT THAT REQUIRES AN ACCOUNTANT.

02:15PM 24   Q.   SO WHEN THERE ARE ASSETS INVOLVED IN THE -- I THINK YOU

02:15PM 25   SAID -- I THINK YOU SAID, WELL, I'LL WITHDRAW THAT.  BUT IT IS

02:15PM 1    NOT DONE IN EVERY CASE, BUT IT IS DONE IN SOME CASES?

02:15PM 2    A.   RIGHT.

02:15PM 3    Q.   AND THOSE CASES WOULD THEN INVOLVE, I WOULD IMAGINE, A

02:15PM 4    HIGHER LEVEL OF SCRUTINY?

02:15PM 5    A.   IF THEY ARE GETTING AN ACCOUNTANT TO ANALYZE SOME ASPECT

02:15PM 6    OF THE DEBTOR'S FINANCES, THEN, YEAH, I WOULD THINK SO, TOO.

02:15PM 7    Q.   AND WHAT ABOUT APPOINTING AN ATTORNEY, A PRIVATE ATTORNEY

02:15PM 8    TO EXAMINE OR TO WATCH OVER WHAT THE TRUSTEE IS DOING, IS THAT

02:16PM 9    SOMETHING THAT HAPPENS?

02:16PM 10   A.   IT DOESN'T WORK LIKE THAT.  SO I THINK WHAT YOU'RE ASKING

02:16PM 11   IS ABOUT A TRUSTEE RETAINING COUNSEL IN THE CASE.

02:16PM 12   Q.   YES.

02:16PM 13   A.   SO WHENEVER A TRUSTEE -- SOME OF THE TRUSTEES ARE

02:16PM 14   ATTORNEYS AND SOME OF THEM ARE NOT, AND SOME OF THEM CAN FILE

02:16PM 15   THINGS ON THEIR OWN AND SOME OF THEM WOULD RATHER HAVE AN

02:16PM 16   ATTORNEY DO THAT FOR THEM.

02:16PM 17        IF THERE ARE ISSUES THAT REQUIRE ADDITIONAL LEGAL

02:16PM 18   INTERPRETATION OR ADDITIONAL EXTRA WORK, THEN A TRUSTEE WOULD

02:16PM 19   TYPICALLY SEEK TO HIRE COUNSEL TO ASSIST THEM.

02:16PM 20        THE TRUSTEE STILL IS REQUIRED TO DO THE TRUSTEE'S DUTIES.

02:16PM 21   THEY CAN'T JUST SAY, OH, HERE, I'M GETTING AN ATTORNEY AND YOU

02:16PM 22   DO EVERYTHING.  THEY STILL HAVE TO DO THEIR TRUSTEE'S DUTIES

02:16PM 23   BUT THEN THEY HAVE THE ASSISTANCE OF COUNSEL.  AND SO, YES,

02:16PM 24   THAT DOES HAPPEN.  IT'S NOT AN ATTORNEY WATCHING OVER THE

02:16PM 25   TRUSTEE, THOUGH.

02:16PM 1    Q.  BUT IT'S SOMETHING THAT HAPPENS IN NOT ALL CHAPTER

02:16PM 2    7 CASES?

02:16PM 3    A.  RIGHT, BECAUSE AGAIN, IT'S EXPENSIVE.  AND REMEMBER, ONE

02:16PM 4    OF THE THINGS THAT -- THE WAY THAT CREDITORS, YOU KNOW, WITH

02:17PM 5    LIQUIDATION, THE PEOPLE WHO ARE LIQUIDATING, THE PROFESSIONALS

02:17PM 6    IN THE CASE, THEY NEED TO GET PAID SO THIS IS SOMETHING THAT

02:17PM 7    THE TRUSTEE WOULD THINK ABOUT IN TERMS OF HIRING COUNSEL.  THEY

02:17PM 8    DON'T JUST HIRE COUNSEL IN EVERY CASE BECAUSE IT MAY BE TOO

02:17PM 9    EXPENSIVE.  SO THAT'S PART OF IT.

02:17PM 10        AND IF THE TRUSTEE THOUGHT THAT A COUNSEL WAS WARRANTED

02:17PM 11   AND NECESSARY TO ASSIST, THEN THEY WOULD SEEK TO EMPLOY THEM.

02:17PM 12   Q.  AND THAT WOULD BE BECAUSE IT WOULD BE LEGALLY A LITTLE BIT

02:17PM 13   MORE COMPLICATED THAN YOUR AVERAGE CHAPTER 7 CASE?

02:17PM 14   A.  I THINK SO.  I THINK THAT'S FAIR.

02:17PM 15   Q.  AND WOULD IT ALSO BE FAIR TO SAY THAT GENERALLY THAT WOULD

02:17PM 16   HAPPEN WHEN THERE APPEAR TO BE SOME ASSETS IN THE ESTATE?

02:17PM 17   A.  YES.  ALTHOUGH SOMETIMES THE RISK IS THAT THEY HIRED ALL

02:17PM 18   OF THESE PROFESSIONALS AND, THEN IT TURNS OUT THERE IS NOTHING

02:17PM 19   AND EVERYBODY GOES AWAY SAD.

02:17PM 20   Q.  SURE.  SURE.  BUT GENERALLY THEY'LL HAVE THAT IN MIND WHEN

02:17PM 21   THEY ASK FOR AN APPOINTMENT?

02:17PM 22   A.  RIGHT.

02:17PM 23   Q.  AND THEY GO TO THE BANKRUPTCY JUDGE, AND THEY'LL SAY WILL

02:17PM 24   YOU APPOINT THIS ATTORNEY; CORRECT?

02:17PM 25   A.  NO.  THE BANKRUPTCY CODE AUTHORIZES THEM TO SEEK TO EMPLOY

02:18PM 1    COUNSEL UNDER SPECIFIC SECTIONS OF THE BANKRUPTCY CODE, AND

02:18PM 2    THERE ARE CERTAIN RISKS THAT THEY CAN'T HAVE SOME CONNECTIONS

02:18PM 3    WITH THE DEBTOR, THEY CAN'T BE OWED MONEY, THEY CAN'T HAVE A

02:18PM 4    CREDITOR RELATIONSHIP, BUT GENERALLY IF THOSE CRITERIA ARE MET,

02:18PM 5    THEN THE TRUSTEE -- THEN AN ORDER IS ENTERED AUTHORIZING THAT

02:18PM 6    EMPLOYMENT FOR THE TRUSTEE.

02:18PM 7         THEN AT THE END OF THE CASE, BASED UPON THAT EMPLOYMENT,

02:18PM 8    THEY CAN GET PAID REASONABLE AND NECESSARY EXPENSES.

02:18PM 9    Q.   AND WHAT ABOUT THE ACCOUNTANT, IS THAT THE SAME WAY?

02:18PM 10   A.   SAME.

02:18PM 11            MS. GILG:  MAY I USE THE ELMO?

02:18PM 12            THE CLERK:  YES.

02:19PM 13   BY MS. GILG:

02:19PM 14   Q.   NOW, I WANT TO START WITH THE STATEMENT OF FINANCIAL

02:19PM 15   AFFAIRS THAT WAS FILED ORIGINALLY, AND I'M GOING TO REFER TO

02:19PM 16   THIS AS GOVERNMENT'S EXHIBIT 1 AND NUMBER 7.  I'M GOING TO ZOOM

02:19PM 17   IN ON NUMBER 7.  DO YOU HAVE THAT 3-7?

02:20PM 18   A.   YEAH, I THINK IT'S ON PAGE 1-37.

02:20PM 19   Q.   I'M LOOKING AT THIS LITTLE -- SORRY.  SO I'M GOING TO SHOW

02:20PM 20   YOU ON THE BOTTOM OF THAT PAGE IT SAYS GIFTS.

02:20PM 21        DO YOU SEE THAT?

02:20PM 22   A.   YEAH, I DO.

02:20PM 23   Q.   AND THE GIFTS SECTION SAYS THAT IF YOU HAVE GIVEN

02:20PM 24   SOMETHING WITHIN ONE YEAR; CORRECT?

02:20PM 25   A.   YES.

02:20PM  1      Q.   THAT YOU REPORT THAT; CORRECT?

02:20PM  2      A.   RIGHT.

02:20PM  3      Q.   SO IF SOMEONE HAD GIVEN A GIFT TO THEIR CHILDREN BEFORE

02:20PM  4      MAY 25TH OF 2009, THAT WOULD NOT BE INCLUDED THERE; RIGHT?

02:20PM  5      A.   BEFORE WHAT, MAY OF 2009?

02:20PM  6      Q.   RIGHT.

02:20PM  7      A.   IF THEY HAD GIVEN A GIFT THAT QUALIFIED UNDER THIS IN MAY

02:21PM  8      OF 2009, NO, IT WOULD NOT BE LISTED THERE.

02:21PM  9      Q.   SO THAT'S NUMBER 7.  AND THEN YOU GO TO NUMBER 10 AND

02:21PM 10      THAT'S THE ONE THAT HAS THE 2-YEAR CAP?

02:21PM 11      A.   UH-HUH.

02:21PM 12      Q.   AND NUMBER 10 SAYS LIST ALL OTHER PROPERTY; CORRECT?  SO

02:21PM 13      THAT MEANS PROPERTY NOT ALREADY DESCRIBED IN THE ABOVE

02:21PM 14      SECTIONS; CORRECT?

02:21PM 15      A.   PROPERTY NOT ALREADY LISTED I WOULD THINK, YEAH.

02:21PM 16      Q.   AND SO IF IT DIDN'T QUALIFY -- IF A GIFT DOESN'T QUALIFY

02:21PM 17      UNDER NUMBER 7, IT DOESN'T QUALIFY UNDER NUMBER 10?

02:21PM 18      A.   NO, I DON'T THINK THAT'S TRUE BECAUSE IT'S NOT -- IF

02:21PM 19      YOU'RE SAYING THAT THE GIFT WHICH WAS IN MAY OF -- OR BEFORE

02:21PM 20      MAY OF 2009, IT STILL MAY QUALIFY UNDER NUMBER 10 BECAUSE IT

02:21PM 21      WAS TWO YEARS AND IT WASN'T LISTED.

02:21PM 22      Q.   BUT IF YOU HAVE -- WELL, THE DOCUMENT SAYS -- WHEN

02:21PM 23      SOMEBODY IS READING IT THEY SAY, OKAY, LIST ALL GIFTS.  OKAY?

02:22PM 24      A.   YEAH.

02:22PM 25      Q.   NO GIFTS.  AND THEN YOU GO TO 10.  LIST ALL OTHER PROFITS?

02:22PM 1    A.   RIGHT.

02:22PM 2    Q.   RIGHT?  SO YOU'VE ALREADY EXCLUDED GIFTS; RIGHT?

02:22PM 3    A.   WELL, YOU DIDN'T LIST ANYTHING FOR GIFTS.

02:22PM 4    Q.   RIGHT, BECAUSE YOU DIDN'T -- THERE WAS NO QUALIFYING

02:22PM 5    GIFTS?

02:22PM 6    A.   WELL, BUT THERE WAS -- I READ THIS AS -- AGAIN, THIS IS TO

02:22PM 7    DISCLOSE, THIS IS ALL ABOUT DISCLOSURE.  I WOULD READ THIS TO

02:22PM 8    SAY LIST ALL PROPERTY THAT YOU HAVEN'T ALREADY LISTED.

02:22PM 9    Q.   THAT YOU HAD WITHIN THE LAST TWO YEARS?

02:22PM 10   A.   RIGHT.

02:22PM 11   Q.   THAT'S HOW YOU WOULD READ IT?

02:22PM 12   A.   RIGHT.

02:22PM 13   Q.   COULD YOU AGREE THAT SOMEONE MIGHT READ IT DIFFERENTLY?

02:22PM 14   A.   WELL, WITH THE OBLIGATION --

02:22PM 15          MR. SIMEON:  OBJECTION, YOUR HONOR.  IT CALLS FOR

02:22PM 16   SPECULATION.

02:22PM 17          THE COURT:  SUSTAINED.

02:23PM 18   BY MS. GILG:

02:23PM 19   Q.   NOW, IF ALL PROPERTY -- IF ALL TRANSFERS HAD TO BE LISTED

02:23PM 20   WITHIN THE NEXT TWO YEARS, WHY DOES THE -- WHY DOES THE FORM

02:23PM 21   BREAK IT DOWN INTO DIFFERENT TYPES OF TRANSFERS?

02:23PM 22   A.   IT COULD BE BECAUSE THERE MAY BE DIFFERENT THRESHOLDS THAT

02:23PM 23   A TRUSTEE MIGHT -- BECAUSE, AGAIN, MOST OF THIS IS DESIGNED TO

02:23PM 24   CAPTURE INFORMATION THAT WOULD BE USEFUL FOR A TRUSTEE TO GET

02:23PM 25   ASSETS.

02:23PM 1       SO THERE ARE CERTAIN PROVISIONS UNDER THE BANKRUPTCY CODE

02:23PM 2   THAT A TRUSTEE CAN GO AFTER A TRANSFER TO SAY A REGULAR OLD

02:23PM 3   CREDITOR AFTER A TRANSFER OF FILING, THAT'S WHY YOU SEE IT

02:23PM 4   LISTED UNDER NUMBER 3 LIKE THAT.

02:23PM 5       IT MAY BE THAT THEY TRANSFERRED IT TO A FAMILY MEMBER

02:23PM 6   PRIOR TO A YEAR OF FILING.

02:23PM 7       IF THERE ARE OTHER TRANSFERS PRIOR TO THAT, THEN THE

02:23PM 8   TRUSTEE MAY STILL HAVE AN OPPORTUNITY TO GO AFTER THAT ASSET

02:23PM 9   AND BRING IT BACK INTO THE BANKRUPTCY ESTATE FOR THE BENEFIT OF

02:23PM 10  CREDITORS.

02:23PM 11      THE REASON THESE ARE SEPARATED OUT LIKE THAT IS BECAUSE OF

02:23PM 12  THE DIFFERENT STANDARDS THAT A TRUSTEE WOULD LOOK AT IN ORDER

02:24PM 13  TO DETERMINE WHETHER THERE IS SOMETHING AVAILABLE FOR

02:24PM 14  CREDITORS.

02:24PM 15      AND AGAIN, THIS IS UP TO THE TRUSTEE TO DETERMINE.

02:24PM 16  Q.   OKAY.  AND I WOULD IMAGINE IT WOULD ALSO BE IF SOMEONE HAS

02:24PM 17  HIRED AN ATTORNEY, THE ATTORNEY'S INTERPRETATION OF IT;

02:24PM 18  CORRECT?

02:24PM 19  A.   YOU MEAN THE TRUSTEE'S ATTORNEY OR THE DEBTOR'S ATTORNEY.

02:24PM 20  Q.   THE DEBTOR'S ATTORNEY.

02:24PM 21          MR. SIMEON:  OBJECTION, YOUR HONOR.  IT CALLS FOR

02:24PM 22  SPECULATION.

02:24PM 23          THE COURT:  UNLESS YOU HAVE SOME SPECIFIC KNOWLEDGE

02:24PM 24  OR EXPERIENCE ABOUT ATTORNEYS FILLING THIS FORM OUT SUCH THAT

02:24PM 25  YOU CAN ANSWER THAT QUESTION.

02:24PM  1         THE WITNESS:  WELL, I WOULD SAY THAT THE DEBTOR

02:24PM  2   SIGNED THIS UNDER THE PENALTY OF PERJURY.  THE DEBTOR SIGNS

02:24PM  3   EVERYTHING UNDER PENALTY OF PERJURY AND SAYING THAT ALL OF THE

02:24PM  4   INFORMATION PROVIDED IS TRUE AND CORRECT.

02:24PM  5   BY MS. GILG:

02:24PM  6   Q.   RIGHT.  I UNDERSTAND THAT.  BUT I'M SAYING THAT IN

02:24PM  7   PREPARING, IN PREPARING THIS PETITION THEY SEEK ADVICE OF

02:24PM  8   COUNSEL; CORRECT?

02:24PM  9   A.   THEY CAN, YEAH.  I THINK IN THIS CASE THEY DID.

02:24PM 10   Q.   AND IT WOULD BE THE SAME WITH REGARD TO THE AMENDED

02:25PM 11   PETITION WHERE -- I'M SORRY, THE AMENDMENT STATEMENT OF

02:25PM 12   FINANCIAL AFFAIRS WHERE THE QUESTION, I'M LOOKING AT

02:25PM 13   GOVERNMENT'S EXHIBIT 3, ITEM NUMBER 7 ASKS FOR GIFTS WITHIN

02:25PM 14   ONE YEAR, WHICH YOU'VE SAID WOULD NOT INCLUDE A GIFT TO A CHILD

02:25PM 15   IN -- BEFORE MAY OF 2009; CORRECT?

02:25PM 16   A.   RIGHT, THAT'S -- RIGHT.  BEFORE MAY 25TH, 2009.

02:25PM 17   Q.   CORRECT.  AND THEN AGAIN IT SAYS OTHER TRANSFERS ON NUMBER

02:25PM 18   10; CORRECT?

02:25PM 19   A.   UH-HUH.

02:26PM 20   Q.   AND THEN AGAIN THAT'S THE ONE THAT WAS WITHIN TWO YEARS

02:26PM 21   OTHER TRANSFERS; CORRECT?

02:26PM 22   A.   RIGHT.

02:26PM 23   Q.   AND THAT DOES LIST SOMETHING THAT WAS GIVEN TO

02:26PM 24   KRISTEL KUBUROVICH; CORRECT?

02:26PM 25   A.   IT LOOKS LIKE THAT, YES.

02:26PM 1    Q.   AND IT ACTUALLY IDENTIFIES THE PROPERTY THAT IS THE

02:26PM 2    SUBJECT OF THIS LITIGATION OR IS ONE OF THE SUBJECTS OF THIS

02:26PM 3    LITIGATION?  WELL, I WILL WITHDRAW THAT.  I'LL WITHDRAW THAT.

02:26PM 4    A.   WELL --

02:26PM 5    Q.   IT ALSO LISTS HER AT 7170 EAGLE RIDGE DRIVE; CORRECT?

02:26PM 6    A.   IT LISTS HER ADDRESS, YEAH.

02:26PM 7    Q.   NOW, I BELIEVE THAT DURING DIRECT EXAMINATION YOU COMPARED

02:26PM 8    PAGES AND IN GOVERNMENT'S EXHIBIT 1, PAGES 1-13 TO 1-16 TO

02:27PM 9    GOVERNMENT'S EXHIBIT 2, 2-1 TO 2-2; CORRECT?

02:27PM 10   A.   YES.

02:27PM 11   Q.   NOW, LET'S PUT EXHIBIT 2 UP.  WHOOPS.  2-1.

02:27PM 12        NOW, WHAT DID YOU SAY WAS ADDED TO 2-1 WHICH IS NOT IN

02:28PM 13   EXHIBIT A?

02:28PM 14   A.   IT'S ON PAGE -- IT'S PAGE 2-2 IT LOOKS LIKE, NUMBER 13.

02:28PM 15        IT LOOKS LIKE THE DEBTOR LISTED BUSINESSES THAT THEY

02:28PM 16   HADN'T LISTED EARLIER.

02:28PM 17   Q.   IS THAT THE ONLY THING THAT YOU SAID ON DIRECT EXAMINATION

02:28PM 18   THAT IS DIFFERENT?

02:28PM 19   A.   I THINK SO.  THAT IS WHAT I SAID, BUT LET ME JUST

02:28PM 20   DOUBLE-CHECK.

02:28PM 21        YEAH, THAT LOOKS LIKE TO BE THE ONLY THING THAT WAS

02:28PM 22   CHANGED.

02:28PM 23   Q.   AND ON YOUR COMPARISON WITH 2-1 -- I'M SORRY, 1-32, TO

02:29PM 24   2-5, WHAT DID YOU SAY WAS DIFFERENT?

02:29PM 25   A.   SO IT LOOKS LIKE THE ONLY THING THEY DID IS THAT THEY

02:29PM 1    REDUCE THE AMOUNT OF MONTHLY GROSS WAGES AND SALARIES AND

02:29PM 2    COMMISSION FROM 5500 ON LINE 1 TO 3,000 AND THEN THEY ADDED --

02:29PM 3    THEY INCREASE THE INCOME FROM REAL PROPERTY ON LINE 8 FROM 0 TO

02:29PM 4    2500, BUT THE NET RESULT WAS NO CHANGE IN THE TOTALS.

02:29PM 5    Q.   OKAY.  SO THERE REALLY IS NOT A SIGNIFICANT DIFFERENCE

02:29PM 6    WHEN YOU COMPARE THOSE TWO SCHEDULES, IS THAT FAIR TO SAY?

02:29PM 7    A.   WELL, YEAH, BECAUSE THEY'RE SAYING IN THE FIRST SET THAT

02:29PM 8    THEY DIDN'T HAVE ANY RENTAL INCOME, AND THEN IN THE SECOND SET

02:29PM 9    HE SAID THAT THEY DID AND THAT THEIR GROSS WAGES WERE REDUCED.

02:29PM 10   Q.   BY HOW MUCH?

02:29PM 11   A.   TWENTY-FIVE HUNDRED.

02:29PM 12   Q.   BUT THE RESULT WAS THE SAME?

02:29PM 13   A.   THE NET RESULT, THE TOTAL INCOME, RIGHT.

02:29PM 14   Q.   NOW, IF THEY HAD MOVED TO A DIFFERENT LOCATION, WOULD THAT

02:29PM 15   HAVE CHANGED THE RENTAL INCOME?

02:30PM 16   A.   NO.  IF THEY'RE, IF THEY'RE GETTING INCOME -- I'M SORRY, I

02:30PM 17   DON'T --

02:30PM 18   Q.   OH, THAT'S THEIR INCOME.  SO THEY ACTUALLY INCREASED THEIR

02:30PM 19   INCOME?

02:30PM 20   A.   WELL, IT LOOKS LIKE THEY JUST TOOK THE RENTAL INCOME AND

02:30PM 21   SEPARATED IT OUT.

02:30PM 22   Q.   OKAY.

02:30PM 23   A.   BECAUSE FROM WHAT I CAN TELL IT LOOKS LIKE THEY MAY HAVE

02:30PM 24   INCLUDED THEIR GROSS WAGES -- HIS GROSS WAGES WITH HIS GROSS

02:30PM 25   RENTAL INCOME, LUMPED THEM TOGETHER THE FIRST TIME.  THE SECOND

02:30PM  1   TIME THEY SPLIT THEM UP AND PUT THE RENTAL INCOME ON LINE 8

02:30PM  2   WHERE IT SHOULD GO.

02:30PM  3   Q.   OKAY.  SO AGAIN, THAT'S A CHANGE IN FORM BUT NOT IN

02:30PM  4   SUBSTANCE.  WOULD YOU AGREE?

02:30PM  5   A.   WELL, IF I WAS REVIEWING THIS, I WOULD NOT KNOW THAT THEY

02:30PM  6   WERE RECEIVING RENTAL INCOME ON THE FIRST TIME AROUND BECAUSE

02:30PM  7   IT SAYS ZERO.

02:30PM  8        AND THEN NOW I'M LOOKING AT IT AND THE SECOND ONE AND THE

02:30PM  9   AMENDMENT AND, OH, I GET IT, I SEE THEY HAVE RENTAL FROM SOME

02:30PM 10   PROPERTY.  WHAT PROPERTY IS THAT?

02:31PM 11   Q.   WELL, THEY CERTAINLY IDENTIFIED THEIR REAL PROPERTY;

02:31PM 12   CORRECT?

02:31PM 13   A.   THEY LISTED A PIECE OF PROPERTY ON SCHEDULE A, YES.

02:31PM 14   Q.   YES.  AND AS A MATTER OF FACT WHEN MR. SIMEON WAS SHOWING

02:31PM 15   YOU THE ASSETS, HE DIDN'T SHOW YOU THE WHOLE PICTURE; CORRECT?

02:31PM 16   A.   UM -- NO, I THINK WE WENT THROUGH.

02:31PM 17   Q.   WELL.  OKAY.

02:31PM 18        MR. SCHENK:  YOUR HONOR, MAY WE HAVE A SIDE-BAR?

02:31PM 19   (SIDE-BAR CONFERENCE ON THE RECORD.)

02:31PM 20        THE COURT:  WE'RE AT SIDE-BAR WITH COUNSEL.

02:31PM 21   MR. SCHENK.

02:31PM 22        MR. SCHENK:  THANK YOU, YOUR HONOR.  MS. GILG IS

02:31PM 23   DOING EXACTLY WHAT WE WERE AT SIDE-BAR SPEAKING ABOUT BEFORE

02:31PM 24   LUNCH, AND, THAT IS, ASKING THE WITNESS TO SPECULATE ON THE

02:31PM 25   MENTAL STATE OF THE DEBTOR, DID THE DEBTOR DECLARE EVERYTHING

02:31PM 1    AND IS THE DEBTOR SEPARATING OUT THE SOURCES OF INCOME?  SHE'S

02:32PM 2    DOING WHAT SHE TOLD US WERE IMPROPER QUESTIONS FOR US TO ASK,

02:32PM 3    AND I ASK THE COURT NOW TO ALLOW US ON REDIRECT, MR. SIMEON, TO

02:32PM 4    ASK QUESTIONS THAT DRAW ON THIS WITNESS TO MAKE ASSUMPTIONS

02:32PM 5    ABOUT WHAT IS IN THE MIND OF THE DEBTOR.

02:32PM 6        MS. GILG:  YOUR HONOR, I'M ASKING.  HE'S SAYING --

02:32PM 7    HE SAID HE COMPARED THESE TWO DOCUMENTS AND THAT THERE WERE

02:32PM 8    THESE HUGE DIFFERENCES.

02:32PM 9        I'M NOT ASKING WHAT IS IN THE MIND OF THE DEBTOR.  I'M

02:32PM 10   SAYING WHAT ARE THE DIFFERENCES?  ARE THEY SIGNIFICANT?  WELL,

02:32PM 11   HE ANSWERED.  HE SAID I THINK IT'S SIGNIFICANT BECAUSE IT SHOWS

02:32PM 12   A RENTAL INCOME.

02:32PM 13       BUT I'M ASKING SPECIFICALLY ABOUT WHAT WAS ASKED ON DIRECT

02:32PM 14   EXAMINATION AS THEY DESCRIBED THESE DOCUMENTS AND TO POINT OUT

02:32PM 15   THAT CERTAIN THINGS COULD BE INTERPRETED DIFFERENTLY.

02:32PM 16       I'M NOT SAYING THE DEBTOR INTERPRETED THEM DIFFERENTLY,

02:32PM 17   BUT --

02:32PM 18       THE COURT:  WELL, I THINK THAT'S WHERE MR. SCHENK'S

02:32PM 19   POINT IS, IT COULD BE INTERPRETED DIFFERENTLY.

02:32PM 20       IF YOU'RE GOING TO EXAMINE HIM ON -- AND I THINK IT'S A

02:32PM 21   GOOD IDEA FOR THE JURY TO PUT THE FORMS UP IF YOU CAN.

02:33PM 22       MS. GILG:  OKAY.  I DIDN'T WANT TO TAKE SO MUCH

02:33PM 23   TIME.

02:33PM 24       THE COURT:  JUST SO I THINK THE JURY CAN FOLLOW AND

02:33PM 25   TRACE WHAT YOU'RE TALKING ABOUT, BECAUSE OTHERWISE THERE'S NO

02:33PM 1    CONTEXT REALLY, AND THEY'VE LOOKED AND SEEN A LOT OF FORMS

02:33PM 2    HERE.

02:33PM 3         BUT IF YOU'RE GOING TO ASK HIM OPINION QUESTIONS ABOUT IN

02:33PM 4    SOME WAY TOUCHING ON COULDN'T THEY HAVE PUT THIS HERE AND DID

02:33PM 5    THEY PUT IT HERE FOR A PARTICULAR REASON, THAT DOES OPEN THE

02:33PM 6    DOOR TO RESPONSIVE QUESTIONS.

02:33PM 7         MS. GILG:  BUT THAT WASN'T MY QUESTION.  MY QUESTION

02:33PM 8    WAS, WAS IT A SIGNIFICANT DIFFERENCE?  THAT WAS MY QUESTION

02:33PM 9    WAS -- YOU KNOW, IT WASN'T LIKE --

02:33PM 10        THE COURT:  YOU CAN TRACK -- I THINK WE'RE GETTING

02:33PM 11   CLOSE AND, MR. SCHENK, I APPRECIATE YOU RAISING IT NOW.

02:33PM 12        MS. GILG:  YEAH, I DO, TOO.

02:33PM 13        THE COURT:  YOU'RE GETTING CLOSE.

02:33PM 14        MS. GILG:  OKAY.

02:33PM 15        THE COURT:  AND YOU CAN ASK HIM WHY THIS WAS HERE

02:33PM 16   AND WHY IT'S NOT THERE AND WHY IT WOULD BE HERE.

02:33PM 17        BUT IF YOU START GETTING INTO ISSUES ABOUT WHY WOULD

02:33PM 18   SOMEONE PUT IT THERE AS OPPOSED TO HERE AND DIDN'T --

02:34PM 19        MS. GILG:  YES.

02:34PM 20        THE COURT:  -- AND DIDN'T THIS REALLY MEAN SOMETHING

02:34PM 21   DIFFERENT FROM THE FORM, THERE MAY BE PLACES ON THIS FORM WHERE

02:34PM 22   CERTAIN EVIDENCE OR CERTAIN REPORTS, IT COULD BE IN TWO PLACES

02:34PM 23   AND YOU CAN CERTAINLY ASK ABOUT THAT.

02:34PM 24        HE'S TALKED ABOUT THAT ALREADY, I THINK, AND MR. SIMEON

02:34PM 25   AND, WELL, YOU DIDN'T PUT IT HERE, BUT YOU COULD PUT IT HERE,

02:34PM 1    AND THIS CALLS FOR THAT.

02:34PM 2        BUT IF YOU'RE GOING TO GET INTO THESE SPECIFICS AND TRY TO

02:34PM 3    TEST THE EVIDENCE ABOUT WHY IT'S HERE AND NOT HERE, THAT OPENS

02:34PM 4    THE DOOR.

02:34PM 5            MS. GILG:  OKAY.

02:34PM 6            THE COURT:  ALL RIGHT.  THANK YOU.

02:34PM 7        (END OF DISCUSSION AT SIDE-BAR.)

02:34PM 8            THE COURT:  THANK YOU, COUNSEL.

02:35PM 9        PLEASE PROCEED.

02:35PM 10   BY MS. GILG:

02:35PM 11   Q.   OKAY.  I'M GOING TO PUT UP 10-1, WHICH IS THE SUMMARY OF

02:35PM 12   THE SCHEDULES, THE VERY SCHEDULES THAT WE DISCUSSED; CORRECT?

02:35PM 13   A.   YES, I BELIEVE.

02:35PM 14   Q.   AND SO IN THE SUMMARY OF THE SCHEDULES IT SHOWS ALL OF THE

02:35PM 15   REAL PROPERTY THAT WAS DECLARED BY THE DEBTOR; IS THAT CORRECT?

02:35PM 16   A.   WELL, THIS, THIS IS JUST A SUMMARY OF WHAT WAS PUT DOWN ON

02:35PM 17   THE OTHER SCHEDULES.

02:35PM 18   Q.   RIGHT.

02:35PM 19   A.   SO THE OTHER SCHEDULES ARE WHERE THE REAL INFORMATION IS.

02:35PM 20   THIS IS JUST A SUMMARY.

02:35PM 21   Q.   OKAY.  SO SCHEDULE A, WHICH I BELIEVE MR. SIMEON SHOWED

02:36PM 22   YOU, THAT'S THE REAL PROPERTY; CORRECT?

02:36PM 23   A.   RIGHT.

02:36PM 24   Q.   AND THAT'S $520,000?

02:36PM 25   A.   THAT'S THE VALUE THE DEBTORS LISTED, YES.

02:36PM 1    Q.   AND THAT'S IN THE SUMMARY SCHEDULE FOR REAL PROPERTY;

02:36PM 2    CORRECT?

02:36PM 3    A.   CORRECT, YOU JUST TAKE THE TOTAL AT THE BOTTOM OF EACH

02:36PM 4    SCHEDULE AND YOU PUT IT IN THERE.  THAT'S ALL IT IS.

02:36PM 5    Q.   OKAY.  AND SO THEN WE MOVE TO PERSONAL PROPERTY.  AND I

02:36PM 6    BELIEVE THAT YOU WERE SHOWN PART OF THIS SCHEDULE, SCHEDULE B;

02:36PM 7    CORRECT?

02:36PM 8    A.   RIGHT, I'VE SEEN THE WHOLE THING.  RIGHT.

02:36PM 9    Q.   AND YOU'RE SEEING THE ENTIRE THING AT THIS POINT; CORRECT?

02:36PM 10   A.   YES, IT'S ALL IN THE -- IT'S IN EXHIBIT 1.  THIS IS THE

02:36PM 11   FIRST ONE, YEAH, EXHIBIT 1-13 THROUGH 16.

02:36PM 12   Q.   OKAY.  AND THAT WAS WHAT YOU TESTIFIED TO BEFORE AND WE'VE

02:36PM 13   GOT A TOTAL, A SUBTOTAL OF 4668 FOR THE ASSETS THERE?

02:37PM 14   A.   NO, JUST ON THAT ONE PAGE.

02:37PM 15   Q.   RIGHT?

02:37PM 16   A.   THE TOTAL OF ALL OF THE PAGES IN SCHEDULE B IS $151,151.

02:37PM 17   Q.   RIGHT.  SO WE'RE GOING TO SHOW YOU 1-2 -- I'M SORRY, 1-14?

02:37PM 18   A.   UH-HUH.

02:37PM 19   Q.   THAT'S ANOTHER $119,000; CORRECT?

02:37PM 20   A.   RIGHT.

02:37PM 21   Q.   PLUS?

02:37PM 22   A.   I DIDN'T ADD THEM ALL, BUT IT LOOKS LIKE IT.

02:37PM 23   Q.   AND THEN WE HAVE SOME MORE HERE, SCHEDULE B; RIGHT?

02:37PM 24   A.   RIGHT.

02:37PM 25   Q.   SO WE ADD ANOTHER $27,250?

02:37PM  1    A.   RIGHT.

02:37PM  2    Q.   AND SO WHAT WE HAVE THEN FOR THE TOTAL DISCLOSED PERSONAL

02:37PM  3    PROPERTY IS $151,151; CORRECT?

02:37PM  4    A.   RIGHT, THE VALUE OF THE PROPERTY IS WORTH $151,151.

02:38PM  5    Q.   NOW, THERE ARE ALSO THESE EXEMPT PROVISIONS; CORRECT?

02:38PM  6    A.   RIGHT.

02:38PM  7    Q.   AND THESE ARE THE EXEMPT PROVISIONS THAT YOU TESTIFIED TO

02:38PM  8    IN SCHEDULE 1-17?

02:38PM  9    A.   SCHEDULE C, YES, IS A LIST OF ALL OF THE EXEMPTIONS THAT

02:38PM  10   THE DEBTOR IS CLAIMING -- THAT THE DEBTORS ARE CLAIMING ON

02:38PM  11   THEIR PROPERTY.

02:38PM  12   Q.   NOW, THE TRUSTEE DECIDES WHETHER OR NOT THOSE ARE, IN

02:38PM  13   FACT, EXEMPT; CORRECT?

02:38PM  14   A.   RIGHT.  PART OF THE TRUSTEE'S JOB IS TO OBJECT TO

02:38PM  15   EXEMPTIONS IF THEY THINK IT'S NOT APPROPRIATE OR IT'S NOT

02:38PM  16   WARRANTED BECAUSE ANY EXEMPTION THAT IS REDUCED MAY MEAN MORE

02:38PM  17   FOR CREDITORS.

02:38PM  18   Q.   AND THEN YOU TALKED ABOUT THE HOMESTEAD EXEMPTION.

02:38PM  19   THAT'S -- LET ME PUT THIS BACK UP, 1-17.  THAT'S NOT ON THIS

02:38PM  20   PROPERTY CLAIMED AS EXEMPT; CORRECT?

02:38PM  21   A.   WELL, I JUST MENTIONED THE HOMESTEAD EXEMPTION AS AN

02:38PM  22   EXAMPLE, BUT I DON'T SEE THAT HERE.

02:38PM  23   Q.   AND THE HOMESTEAD EXEMPTION, DOES THAT MEAN THAT IF YOU

02:39PM  24   OWN THE HOME THAT YOU'RE LIVING IN, YOU GET A CERTAIN

02:39PM  25   EXEMPTION; IS THAT CORRECT?

02:39PM 1    A.   GENERALLY YOU GET A CERTAIN AMOUNT OF THE VALUE OF ANY

02:39PM 2    EQUITY THAT YOU HAVE IN THE HOME.  THAT WOULD BE AN EXEMPTION.

02:39PM 3    Q.   I'M SHOWING YOU EXHIBIT A 1-20.  THAT WOULD BE IF THERE

02:39PM 4    ARE ANY TAXES OWED, THAT WOULD BE REFLECTED IN THIS DOCUMENT?

02:39PM 5    A.   SCHEDULE -- YES.  SCHEDULE E IS A LIST OF UNSECURED

02:39PM 6    PRIORITY CLAIMS AND TAXES ARE ONE OF THE TYPES OF UNSECURED

02:40PM 7    CLAIMS THAT ARE GIVEN PRIORITY IN THE BANKRUPTCY CODE, AND,

02:40PM 8    YES, THAT'S WHERE YOU WOULD LIST IT, UNLESS IT WAS SECURED.

02:40PM 9    SOMETIMES THERE ARE LIENS AND THEY GET TAX LIENS AND THAT WOULD

02:40PM 10   BE ON SCHEDULE D.

02:40PM 11   Q.   OKAY.  BUT --

02:40PM 12   A.   BUT UNSECURED CLAIMS FOR TAXES WOULD GO ON -- WELL, IF

02:40PM 13   THEY'RE TOO OLD THEY MAY BE GENERAL UNSECURED CLAIMS THAT WOULD

02:40PM 14   GO ON SCHEDULE F.

02:40PM 15        IF THEY'RE ENTITLED TO PRIORITY THEY WOULD GO ON SCHEDULE

02:40PM 16   E.

02:40PM 17        IF THERE'S A TAX LIEN, THEY WOULD GO ON SCHEDULE D.  SO

02:40PM 18   IT'S MORE COMPLICATED.

02:40PM 19   Q.   THERE WERE NO TAX LIENS ON THESE FORMS?

02:40PM 20   A.   YES, THERE WAS.

02:40PM 21   Q.   IN WHICH FORM?

02:40PM 22   A.   ON SCHEDULE D THERE'S PROPERTY TAXES THAT ARE OWED TO THE

02:40PM 23   COUNTY OF SAN FRANCISCO TAX COLLECTOR.  IT LOOKS LIKE THERE'S A

02:40PM 24   LIEN IN THE AMOUNT OF $15,352.

02:40PM 25   Q.   THAT WOULD BE FOR THE FILLMORE PROPERTY; CORRECT?

02:41PM 1      A.   YES.

02:41PM 2      Q.   OKAY.

02:41PM 3      A.   AND AGAIN I'M LOOKING AT 1-18.

02:41PM 4      Q.   UH-HUH.

02:41PM 5           AND THEN SHOWING YOU EXHIBIT 1-4, THERE'S A NOTATION OF

02:41PM 6      KRISTEL PROPERTIES.

02:41PM 7      A.   1-4?

02:41PM 8      Q.   1-41?

02:41PM 9      A.   41.

02:41PM 10          I'M SORRY.  WHAT WAS THE QUESTION AGAIN?

02:41PM 11     Q.   DOES THAT REFLECT A BUSINESS THAT MR. KUBUROVICH IS

02:41PM 12     CLAIMING AS HIS?  IS THAT WHY THAT WOULD BE ON THERE?  OR WHAT

02:42PM 13     IS THAT -- THE PURPOSE OF THAT LIST?

02:42PM 14     A.   NO.  THIS LIST IS, AGAIN, THIS IS A LIST OF ALL BUSINESSES

02:42PM 15     THAT THE DEBTOR EITHER OWNED 5 PERCENT OR MORE OF OR WAS AN

02:42PM 16     OFFICER OF.

02:42PM 17     Q.   OKAY.

02:42PM 18     A.   WITHIN THE LAST SIX YEARS.

02:42PM 19     Q.   UH-HUH.  NOW, WHAT, WHAT OCCURS IF A -- IF THE TRUSTEE

02:42PM 20     FILES A MOTION FOR SUMMARY JUDGMENT TO DISMISS A BANKRUPTCY,

02:42PM 21     WHAT DOES THAT MEAN?

02:42PM 22     A.   I DON'T KNOW IF I'VE EVER SEEN A TRUSTEE FILE A MOTION FOR

02:42PM 23     SUMMARY JUDGMENT TO DISMISS A CASE.  A BANKRUPTCY CASE OR AN

02:43PM 24     ADVERSARY PROCEEDING?

02:43PM 25          SO BANKRUPTCY CASES OR THE MAIN BANKRUPTCY CASE THAT YOU

02:43PM 1   FILED BY FILING A PETITION BUT THEN THERE CAN BE LAWSUITS

02:43PM 2   WITHIN THE LAWSUIT SO THAT WOULD BE IF THERE'S -- SOMEBODY IS

02:43PM 3   TRYING TO GET AN INJUNCTION OR IF THEY'RE TRYING TO GO AFTER

02:43PM 4   SOMEONE'S DISCHARGE OR IF THERE'S A DISCHARGEABILITY ACTION OR

02:43PM 5   TRYING TO GET MONEY FROM SOMEBODY LIKE THE TRUSTEE IS SUING

02:43PM 6   THE, I DON'T KNOW, SOMEBODY ELSE TO RECOVER MONEY BACK, THOSE

02:43PM 7   ARE MINI LAWSUITS WITHIN THE BANKRUPTCY, AND THOSE ARE CALLED

02:43PM 8   ADVERSARY PROCEEDINGS.

02:43PM 9         SO THE TERMINOLOGY IS NOT RIGHT.  YOU WOULD -- A TRUSTEE

02:43PM 10  COULD FILE A MOTION TO DISMISS THE CASE, BUT THAT WOULD MEAN

02:43PM 11  THAT THE CASE WOULD THEN BE GONE AND THE DEBTOR WOULD BE BACK

02:43PM 12  OUT ON THE STREET RIGHT BEFORE -- LIKE AS HE WAS IN BEFORE --

02:43PM 13  THE POSITION HE WAS IN BEFORE HE FILED.

02:43PM 14        A MOTION TO DISMISS AN ADVERSARY PROCEEDING COULD BE JUST

02:44PM 15  THEY WANT TO GET RID OF THAT MINI LAWSUIT WITHIN THE BANKRUPTCY

02:44PM 16  CASE.  I DON'T KNOW WHAT YOU'RE REFERRING TO.

02:44PM 17  Q.   OKAY.  THAT'S IT?

02:44PM 18        THE COURT:  ANY FURTHER QUESTIONS, MS. GILG?  DID

02:44PM 19  YOU FINISH?

02:44PM 20        MS. GILG:  I'M SORRY.  I'M DONE.  YES.

02:44PM 21        THE COURT:  ALL RIGHT.  MR. NICK.

02:44PM 22        MR. NICK:  MAY I PROCEED, YOUR HONOR?

02:44PM 23        THE COURT:  YES.

02:44PM 24  /  /  /

02:44PM 25  /  /  /

**CROSS-EXAMINATION**

BY MR. NICK:

Q.   OKAY.  GOOD AFTERNOON, MR. LAFFREDI.

A.   GOOD AFTERNOON.

Q.   I WANT TO START FROM THE BEGINNING OF YOUR TESTIMONY.  I
HEARD ALL OF YOUR CREDENTIALS AND WHATEVER, BUT I JUST WANT TO
CLARIFY WITH YOU, YOU ARE NOT LICENSED TO PRACTICE LAW IN THE
STATE OF CALIFORNIA; IS THAT CORRECT?

A.   RIGHT, THAT'S CORRECT.

Q.   YOU'RE NOT A MEMBER OF THE CALIFORNIA BAR?

A.   NO, I'M NOT.

Q.   ALL RIGHT.  THROUGHOUT YOUR TENURE HERE AS THE ASSISTANT
UNITED STATES TRUSTEE IN THE SAN JOSE OFFICE OF THE TRUSTEE
HAVE YOU HAD THE OPPORTUNITY TO BECOME FAMILIAR WITH
CALIFORNIA'S LAWS REGARDING LIMITED LIABILITY CORPORATIONS?

A.   UM -- I MEAN, I'VE SEEN THEM.  WHAT DO YOU MEAN BY
"FAMILIAR"?

Q.   ARE YOU FAMILIAR WITH THE LIMITED LIABILITY CORPORATION
ACT, FOR EXAMPLE, AND THE VARIOUS STATUTES THAT IT HAS?

A.   I'M AWARE IT'S OUT THERE.  I COULDN'T TELL YOU MUCH ABOUT
IT.

Q.   ARE YOU FAMILIAR WITH THE CALIFORNIA PARTNERSHIP LAW ACT
THAT APPLIES TO PARTNERSHIP CORPORATIONS?

A.   I'M SURE THERE IS ONE.  I DON'T KNOW THE SPECIFIC
PROVISIONS.

02:45PM 1    Q.   ALL RIGHT.  NOW, JUST GENERALLY SPEAKING FROM YOUR LAW

02:45PM 2    SCHOOL EXPERIENCE AND WHEREVER YOU'VE LEARNED BANKRUPTCY, I

02:45PM 3    JUST WANT TO ASK YOU A COUPLE OF QUESTIONS ABOUT CORPORATIONS.

02:45PM 4         MR. SIMEON:  OBJECTION, YOUR HONOR.  HE'S AN EXPERT

02:46PM 5    WITNESS ON BANKRUPTCY, NOT CORPORATE LAW.

02:46PM 6         THE COURT:  WELL, I DON'T KNOW WHAT THE QUESTION IS,

02:46PM 7    BUT IF YOU'RE GOING TO PROBE SOMETHING ELSE OUTSIDE OF HIS

02:46PM 8    EXPERTISE --

02:46PM 9         MR. NICK:  I'M NOT, YOUR HONOR.

02:46PM 10        THE COURT:  OKAY.  THEN YOU CAN ASK YOUR QUESTION.

02:46PM 11   BY MR. NICK:

02:46PM 12   Q.   DIRECTLY CONNECTED TO YOUR BANKRUPTCY WORK YOU'VE LEARNED

02:46PM 13   SOME BASICS ABOUT CORPORATIONS I WOULD SAY; CORRECT?

02:46PM 14   A.   I GUESS YOU COULD SAY THAT.

02:46PM 15   Q.   ALL RIGHT.  AND, FOR EXAMPLE, I THINK IN THIS PETITION

02:46PM 16   SOMEWHERE MR. KUBUROVICH LISTED THAT HE WAS A MEMBER OF SOME

02:46PM 17   LIMITED LIABILITY CORPORATIONS AND THAT HE WAS A MANAGING

02:46PM 18   MEMBER OF OTHERS?

02:46PM 19   A.   UH-HUH.

02:46PM 20   Q.   IS THAT CORRECT?

02:46PM 21   A.   I THINK SO, YES.

02:46PM 22   Q.   ALL RIGHT.  COULD YOU TELL US WHAT THE DIFFERENCE IS

02:46PM 23   BETWEEN A MANAGER MEMBER AND A MEMBER?

02:46PM 24   A.   I MEAN, AGAIN, I'M NOT AN EXPERT ON CORPORATE LAW OR

02:46PM 25   LIMITED LIABILITY COMPANIES, BUT THE MANAGING -- THE MEMBERS

02:46PM 1    ARE THE MEMBERS OF THE LLC WHO JUST LIKE A PARTNERSHIP, THEY'RE

02:46PM 2    LIKE THE PARTNERS, AND THEN THE MANAGING MEMBER IS THE ONE WHO

02:47PM 3    MANAGES THE LLC.

02:47PM 4    Q.   AND NORMALLY THAT'S DETERMINED BY A DOCUMENT, AND JUST LET

02:47PM 5    ME KNOW IF YOU KNOW THIS OR NOT, CALLED AN OPERATING AGREEMENT?

02:47PM 6    A.   THAT'S MY UNDERSTANDING.

02:47PM 7    Q.   AND THE OPERATING AGREEMENT IS KIND OF LIKE THE

02:47PM 8    CONSTITUTION OF THAT CORPORATION?

02:47PM 9    A.   THAT'S MY UNDERSTANDING, YEAH.

02:47PM 10   Q.   ALL RIGHT.  ALL RIGHT.

02:47PM 11        NOW, IF YOU COULD TAKE A LOOK AT EXHIBIT 1-14.  ACTUALLY,

02:47PM 12   IF WE CAN DO 1-13 FIRST.  CAN YOU SEE THAT?

02:48PM 13   A.   YES, I HAVE IT RIGHT HERE.

02:48PM 14   Q.   AND WHAT I WANTED TO ASK YOU WAS FOR NUMBER 2, WHICH IS

02:48PM 15   CHECKING AND SAVINGS OR OTHER FINANCIAL ACCOUNTS THERE'S

02:48PM 16   APPROXIMATELY $325 LISTED?

02:48PM 17   A.   THAT'S WHAT IT LOOKS LIKE, YEAH.

02:48PM 18   Q.   ALL RIGHT.  BUT THAT'S NOT THE TOTAL AMOUNT OF CASH THAT

02:48PM 19   THIS DEBTOR DECLARE; CORRECT?

02:48PM 20   A.   THE DEBTOR DIDN'T DECLARE ANY CASH.

02:48PM 21   Q.   ACTUALLY, LET ME BE MORE PRECISE.  THESE ARE NOT THE ONLY

02:48PM 22   ACCOUNTS WITH MONEY IN IT THAT THE DEBTOR DECLARED?

02:48PM 23   A.   RIGHT.  IT LOOKS LIKE THERE ARE IRA'S THAT ARE LISTED

02:48PM 24   SEPARATELY.

02:48PM 25   Q.   ALL RIGHT.  SO ON YOUR DIRECT EXAMINATION, THE PROSECUTOR

02:48PM 1    DID NOT COVER THIS PAGE WITH YOU; IS THAT CORRECT, SIR?

02:48PM 2    A.    YEAH, I DON'T REMEMBER COVERING THIS PAGE ON DIRECT.

02:48PM 3    Q.    AND ON HERE WE SEE THE DEBTOR DECLARING ONE IRA ACCOUNT

02:48PM 4    THAT HAS $4,200 IN IT?

02:49PM 5    A.    YES.

02:49PM 6    Q.    AND WE SEE THE DEBTOR DECLARING ANOTHER ACCOUNT THAT HAS

02:49PM 7    $2,469 IN IT?

02:49PM 8    A.    RIGHT.  SO THE FIRST ONE IS THE HUSBAND'S ALONE, AND THE

02:49PM 9    SECOND IS THE WIFE'S ALONE WITHOUT ACCOUNT NUMBERS, THOUGH, SO

02:49PM 10   IT'S HARD TO TELL.

02:49PM 11   Q.    ALL RIGHT.  AND THERE'S ONE LISTED ON THERE THAT

02:49PM 12   MR. KUBUROVICH IS CLAIMING AS HIS EXCLUSIVELY THAT HAS $62,500

02:49PM 13   IN IT?

02:49PM 14   A.    RIGHT.

02:49PM 15   Q.    AND THERE'S ANOTHER ONE THAT HAD $50,000 IN IT; CORRECT?

02:49PM 16   A.    FOR MS. KUBUROVICH, YES.

02:49PM 17   Q.    AND SO WHEN HE FILED THE ORIGINAL PETITION, HE LET THE

02:49PM 18   TRUSTEE KNOW THAT HE HAD ACCOUNTS THAT HAD WHATEVER AMOUNT

02:49PM 19   THOSE NUMBERS ADD UP TO?

02:49PM 20   A.    WELL, THESE ARE RETIREMENT ACCOUNTS THOUGH SO THEY'RE

02:49PM 21   PROBABLY EXEMPT.

02:49PM 22   Q.    ALL RIGHT.  BUT THEY'RE STILL ACCOUNTS WITH MONEY IN IT

02:49PM 23   THAT HE'S DECLARING, CORRECT, SIR?

02:49PM 24   A.    YEAH.  AGAIN, THOUGH, IT'S THE TRUSTEE'S JOB TO DETERMINE

02:50PM 25   WHETHER THE --

02:50PM 1          MS. GILG:  OBJECTION.  NO QUESTION PENDING.

02:50PM 2          MR. NICK:  OBJECTION.  NO QUESTION PENDING.

02:50PM 3     NONRESPONSIVE.

02:50PM 4          THE COURT:  THE RESPONSE IS STRICKEN.  YOU CAN ASK

02:50PM 5     YOUR NEXT QUESTION.

02:50PM 6     BY MR. NICK:

02:50PM 7     Q.   ALL RIGHT.  LET'S TAKE A LOOK AT EXHIBIT 137.  AND,

02:50PM 8     MR. LAFFREDI, WHAT PART OF THE PETITION IS THIS AGAIN?

02:50PM 9     A.   WELL, THIS IS NOT THE PART OF THE PETITION.  THIS IS THE

02:50PM 10    STATEMENT OF FINANCIAL AFFAIRS.

02:50PM 11    Q.   ALL RIGHT.  SO IT'S A TECHNICALITY DIFFERENCE.  IT GOES

02:50PM 12    WITH THE PETITION, BUT IT IS CALLED THE STATEMENT OF THE

02:50PM 13    FINANCIAL AFFAIRS?

02:50PM 14    A.   NO, BECAUSE THE PETITION IS A SEPARATE DOCUMENT.  I MEAN,

02:50PM 15    THESE CAN BE FILED TOGETHER.  I THINK IN THIS CASE THEY WERE

02:50PM 16    FILED TOGETHER, BUT AGAIN, IT'S NOT DUE UNTIL 14 DAYS LATER SO

02:50PM 17    SOMETIMES PEOPLE FILE THE PETITION AND WAIT AND THEN FILE THE

02:50PM 18    REST OF THE DOCUMENTS.  SO TECHNICALLY THEY ARE SEPARATE

02:50PM 19    DOCUMENTS.

02:50PM 20    Q.   THEY ARE SEPARATE DOCUMENTS, AND IN THIS CASE THEY WERE

02:50PM 21    FILED TOGETHER WITH THE PETITION ON THE ORIGINAL DATE THAT THIS

02:51PM 22    MATTER COMMENCED?

02:51PM 23    A.   RIGHT.  EXACTLY.

02:51PM 24         IT IS AN IMPORTANT DISTINCTION, THOUGH, BECAUSE THIS IS

02:51PM 25    NOT THE PETITION.

02:51PM 1    Q.   OKAY.  THIS IS THE STATEMENT OF FINANCIAL AFFAIRS?

02:51PM 2    A.   RIGHT.

02:51PM 3    Q.   AND IT CAN BE FILED EITHER ON THE SAME DAY THAT THE

02:51PM 4    PETITION IS FILED?

02:51PM 5    A.   RIGHT.

02:51PM 6    Q.   OR UP TO 14 DAYS LATER?

02:51PM 7    A.   EXACTLY.

02:51PM 8    Q.   OR YOU CAN GET AN EXTENSION?

02:51PM 9    A.   EXACTLY.

02:51PM 10   Q.   TO MAYBE EVEN FILE LATER?

02:51PM 11   A.   RIGHT.

02:51PM 12   Q.   AND SO I JUST WANT TO COVER SOME OF THE LANGUAGE IN HERE

02:51PM 13   WITH YOU IF YOU DON'T MIND.

02:51PM 14   A.   YES.

02:51PM 15   Q.   AND FIRST OF ALL, IF WE CAN GO TO NUMBER 6, DESCRIBE --

02:51PM 16   AND TELL ME IF THIS IS WHAT IT SAYS, "DESCRIBE ANY ASSIGNMENT

02:51PM 17   OF PROPERTY FOR THE BENEFIT OF CREDITORS MADE WITHIN 120 DAYS

02:51PM 18   IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE?"

02:51PM 19        IS THAT CORRECT?

02:51PM 20   A.   YES.

02:51PM 21   Q.   AND WHAT IS AN ASSIGNMENT OF PROPERTY?

02:51PM 22   A.   AN ASSIGNMENT FOR THE BENEFIT OF CREDITORS IS A VERY

02:51PM 23   PARTICULAR VEHICLE THAT DEBTORS TRY TO USE I GUESS TO AVOID

02:52PM 24   GOING INTO BANKRUPTCY, AND IT'S VERY UNCOMMON.  IN FACT, I'VE

02:52PM 25   ONLY SEEN ONE IN MY WHOLE CAREER.

02:52PM 1      IT'S A WAY THAT THEY TRY TO DEAL WITH PAYING OFF CREDITORS

02:52PM 2   BY BASICALLY ASSIGNING RIGHTS OR ASSETS OVER TO THEM IS MY

02:52PM 3   UNDERSTANDING.

02:52PM 4   Q.   AND INCIDENTALLY, IN YOUR CAREER JUST GENERALLY FROM

02:52PM 5   DEBTORS, DO YOU KNOW WHETHER DEBTORS RAISE QUESTIONS ABOUT WHAT

02:52PM 6   THAT MEANS?

02:52PM 7   A.   I -- TO BE HONEST, I DON'T REMEMBER ANY DEBTOR EVER

02:52PM 8   FILLING THIS OUT EXCEPT FOR ONE CASE WHERE I KNOW THAT THERE

02:52PM 9   WAS AN ASSIGNMENT FOR THE BENEFIT OF THE CREDITOR.

02:52PM 10  Q.   IT'S A RARE EVENT?

02:52PM 11  A.   IT'S RARE.

02:52PM 12  Q.   AND NEVERTHELESS IF THAT ASSIGNMENT OCCURS 120 DAYS BEFORE

02:52PM 13  THE FILING, IT WOULD NOT HAVE TO BE LISTED HERE; CORRECT?

02:52PM 14  A.   CORRECT.

02:52PM 15  Q.   ALL RIGHT.  LET'S GO TO NUMBER 7.  TELL ME IF THIS IS WHAT

02:52PM 16  IT SAYS.  "LIST ALL GIFTS OR CHARITABLE CONTRIBUTIONS MADE

02:52PM 17  WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS

02:53PM 18  CASE EXCEPT ORDINARY AND USUAL GIFTS TO FAMILY MEMBERS

02:53PM 19  AGGREGATING LESS THAN $200 IN VALUE PER INDIVIDUAL FAMILY

02:53PM 20  MEMBER AND CHARITABLE CONTRIBUTIONS AGGREGATING LESS THAN $100

02:53PM 21  PER RECIPIENT."

02:53PM 22      IS THAT CORRECT?

02:53PM 23  A.   THAT'S RIGHT.

02:53PM 24  Q.   SO IF I GAVE OR THE -- LET ME NOT PUT MYSELF AS A BANKRUPT

02:53PM 25  AND THAT MAY BE BAD LUCK.

02:53PM 1    A.   DEBTOR.

02:53PM 2    Q.   IF A DEBTOR HAD GIVEN $5,000 TO THE AMERICAN CIVIL

02:53PM 3    LIBERTIES UNION 367 DAYS BEFORE THE FILING OF THE PETITION,

02:53PM 4    THAT WOULD NOT HAVE TO BE LISTED HERE; CORRECT?

02:53PM 5    A.   BEFORE THE -- 3 -- WHEN WAS THE -- WHAT WAS THE TIMING

02:53PM 6    AGAIN?

02:53PM 7    Q.   ONE YEAR AND TWO DAYS?

02:53PM 8    A.   YEAH, THEN IT WOULD NOT HAVE TO BE LISTED HERE ON THIS

02:53PM 9    ONE.

02:53PM 10   Q.   AND IF THE DEBTOR GAVE HIS OLDEST SON HIS FAVORITE YACHT

02:54PM 11   THREE YEARS BEFORE THE BANKRUPTCY PETITION AND SIGNED ALL

02:54PM 12   PAPERS AND OWNERSHIP OVER TO HIM, HE WOULD NOT HAVE TO LIST

02:54PM 13   THAT YACHT ON THERE; CORRECT?

02:54PM 14   A.   NOT ON THIS ONE, NO.

02:54PM 15   Q.   ALL RIGHT.  ALL RIGHT.  IF WE CAN TAKE A LOOK AT

02:54PM 16   EXHIBIT 1-38, AND I THINK IT WAS NUMBER 10 THAT I WANTED TO

02:54PM 17   COVER WITH YOU.  YES?

02:54PM 18   A.   UH-HUH.

02:54PM 19   Q.   AND TELL ME IF THIS IS CORRECT WHAT IT SAYS -- ACTUALLY,

02:54PM 20   BEFORE I GO TO NUMBER 10, THERE IS NUMBER 8 AT THE TOP, AND

02:54PM 21   WITHOUT READING ALL OF THE LANGUAGE IT BASICALLY ASKS YOU TO

02:54PM 22   LIST ANY LOSSES THAT YOU'VE HAD?

02:54PM 23   A.   RIGHT, WITHIN THE YEAR PRIOR TO FILING OR SINCE THE CASE

02:54PM 24   HAS BEEN FILED.

02:54PM 25   Q.   ALL RIGHT.  SO KIND OF SAME QUESTION.  IF I HAD PROPERTY

02:54PM 1   AND IT WAS ALL A STRUCTURE AND IT BURNED DOWN TO THE GROUND AND

02:54PM 2   THERE WAS NO INSURANCE BUT IT HAPPENED THREE YEARS BEFORE, I

02:55PM 3   WOULDN'T HAVE TO LIST IT ON THERE?

02:55PM 4   A.   IT DOESN'T MATTER ABOUT THE INSURANCE.  THAT'S TYPICALLY

02:55PM 5   WHY THIS QUESTION IS HELPFUL BECAUSE THAT'S WHY YOU FIND OUT IF

02:55PM 6   THERE WAS INSURANCE BECAUSE IT'S NOT DISCLOSED.  BUT IF YOU'RE

02:55PM 7   TALKING ABOUT THREE YEARS, THEN NO.

02:55PM 8   Q.   ALL RIGHT.  AND THEN NUMBER 9 IS THE NEXT CATEGORY.  "LIST

02:55PM 9   ALL PAYMENTS MADE OR PROPERTY TRANSFERRED BY OR ON BEHALF OF

02:55PM 10  THE DEBTOR TO ANY PERSON, INCLUDING ATTORNEYS, FOR CONSULTATION

02:55PM 11  CONCERNING DEBT CONSOLIDATION," AND THERE IS SOME OTHER

02:55PM 12  LANGUAGE IN THERE.

02:55PM 13  A.   UH-HUH.

02:55PM 14  Q.   AND THIS IS BASICALLY WHERE YOU LIST THE MONEY THAT YOU

02:55PM 15  PAID TO YOUR ATTORNEY FOR THE BANKRUPTCY PETITION?

02:55PM 16  A.   YES.

02:55PM 17  Q.   RIGHT?

02:55PM 18  A.   OR OTHER.  YOU CAN PUT -- IF YOU HAD CONSULTATION WITH

02:55PM 19  OTHER ATTORNEYS BUT YOU DID NOT END UP GOING WITH THEM OR IF

02:55PM 20  YOU HAD A BANKRUPTCY PETITION PREPARED OR POSSIBLY THAT YOU

02:55PM 21  PAID ANYTHING RELATED TO CONCERNING DEBT CONSOLIDATION OR

02:55PM 22  RELIEF UNDER THE BANKRUPTCY ACT OR PREPARATION OF THE PETITION,

02:55PM 23  YOU HAVE TO PUT IT ALL THERE WITHIN THE YEAR PRIOR TO FILING.

02:56PM 24  Q.   VERY WELL.

02:56PM 25  A.   AND YOU ALSO HAVE TO LIST THE AMOUNT OF THE MONEY AND THE

02:56PM 1   VALUE OF THE PROPERTY TRANSFERRED, BUT THIS DOESN'T LIST THAT.

02:56PM 2   THIS JUST SAYS SEE 2016(B).

02:56PM 3   Q.   WHAT DOES THAT MEAN?

02:56PM 4   A.   SO THE 2016(B) STATEMENT IS A STATEMENT THAT THE ATTORNEY

02:56PM 5   IS REQUIRED TO FILE, AND SO THE ATTORNEY DECLARES THIS IS WHAT

02:56PM 6   I WAS PAID, AND THIS IS THE SCOPE OF MY REPRESENTATION BLAH,

02:56PM 7   BLAH, BLAH.

02:56PM 8        BUT THE SOFAS, THOSE ARE THE DEBTOR'S RESPONSES.  SO

02:56PM 9   THAT'S WHY I WOULD SAY, WELL, THIS IS NOT REALLY -- I DON'T

02:56PM 10  KNOW THE DEBTOR.  YOU OFTEN HAVE TO COMPARE THE TWO BECAUSE

02:56PM 11  SOMETIMES THE DEBTOR SAYS ONE THING AND THE ATTORNEY SAYS

02:56PM 12  SOMETHING ELSE.  SO THAT'S WHY IT'S HELPFUL TO HAVE THE DEBTOR

02:56PM 13  FILL THIS PART OUT AND THE ATTORNEY FILL THE OTHER PART OUT.

02:56PM 14  Q.   SO THERE CAN BE SOME COMPARISON?

02:56PM 15  A.   EXACTLY.

02:56PM 16  Q.   ALL RIGHT.  SO THEN WE'LL GO TO NUMBER 10.  AND THEN

02:56PM 17  NUMBER 10 -- I'M JUST GOING TO READ THE LANGUAGE.  TELL ME IF

02:56PM 18  THIS IS WHAT IT SAYS.

02:56PM 19       "LIST ALL OTHER PROPERTY, OTHER THAN PROPERTY TRANSFERRED

02:56PM 20  IN THE ORDINARY COURSE OF THE BUSINESS OR FINANCIAL AFFAIRS OF

02:57PM 21  THE DEBTOR, TRANSFERRED EITHER ABSOLUTELY OR AS SECURITY WITHIN

02:57PM 22  TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE."

02:57PM 23       THAT'S WHAT IT STATES; CORRECT?

02:57PM 24  A.   YES.

02:57PM 25  Q.   NOW, THE QUESTION I HAD IS WHAT DOES IT MEAN "OTHER THAN

02:57PM 1    PROPERTY TRANSFERRED IN THE ORDINARY COURSE OF BUSINESS OR

02:57PM 2    FINANCIAL AFFAIRS"?

02:57PM 3         BECAUSE I HAD READ THAT AND IT SEEMS LIKE, OKAY, YOU DO A

02:57PM 4    TRANSACTION AND YOU TRANSFER MONEY AND THEN THAT IS EXEMPTED.

02:57PM 5    A.   I'M SORRY.  EXEMPTED?

02:57PM 6    Q.   WELL, I MEAN, I'M JUST -- HERE.  LET ME READ IT AGAIN, ALL

02:57PM 7    RIGHT?

02:57PM 8    A.   I SEE WHAT IT SAYS.  WHAT IS THE QUESTION AGAIN, I'M

02:57PM 9    SORRY?

02:57PM 10   Q.   YEAH.  THE QUESTION IS BASED ON YOUR EXPERIENCE?

02:57PM 11   A.   UH-HUH.

02:57PM 12   Q.   WHAT DOES IT MEAN "OTHER THAN PROPERTY TRANSFERRED IN THE

02:57PM 13   ORDINARY COURSE OF THE BUSINESS OR FINANCIAL AFFAIRS OF THE

02:57PM 14   DEBTOR"?

02:57PM 15        AND LET ME ASK YOU THIS ABOUT THAT LANGUAGE FIRST BECAUSE

02:58PM 16   THE SAME QUESTION BUT THAT LANGUAGE IS SAYING THOSE TYPES OF

02:58PM 17   TRANSACTIONS DON'T NEED TO BE LISTED THERE; CORRECT?

02:58PM 18   A.   TRANSFERS IN THE ORDINARY COURSE OR FINANCIAL AFFAIRS OF

02:58PM 19   THE DEBTOR DO NOT NEED TO BE LISTED THERE, RIGHT.

02:58PM 20   Q.   AND GENERALLY WHAT IS THAT?

02:58PM 21   A.   SO IF THE DEBTOR SELLS CARS FOR A LIVING, THEY DON'T HAVE

02:58PM 22   TO LIST EVERY SINGLE CAR THEY SELL.

02:58PM 23        BUT IF THEY SELL CARS AND THEN THEY TRANSFER A HOUSE, THEY

02:58PM 24   HAVE TO LIST THE HOUSE BECAUSE THAT'S NOT IN THE ORDINARY

02:58PM 25   COURSE.

02:58PM 1       ORDINARY COURSE IS VERY SPECIFIC.  IT'S A LEGAL CONCEPT.

02:58PM 2   SO YOU WOULD HAVE TO EVALUATE WHETHER SOMETHING IS OR ISN'T.

02:58PM 3   BUT GENERALLY SPEAKING, IF IT IS IN THE DEBTOR'S -- WHAT THE

02:58PM 4   DEBTOR DOES FOR THEIR BUSINESS, THEN THEY SHOULDN'T LIST IT

02:58PM 5   HERE BECAUSE THAT'S THEIR BUSINESS.

02:58PM 6       IT PROBABLY IS LISTED SOMEWHERE ELSE OR IT CAN BE

02:58PM 7   DISCOVERED SOMEWHERE ELSE.

02:58PM 8   Q.  ALL RIGHT.  AND THE FIRST THREE WORDS OF NUMBER 10 IS

02:58PM 9   "LIST ALL OTHER PROPERTY;" CORRECT?

02:58PM 10  A.  RIGHT.

02:58PM 11  Q.  TAKE A LOOK AT 1-40.  AND SO I JUST -- THESE ARE SOME THAT

02:59PM 12  I WANTED TO ASK YOU HERE.

02:59PM 13      APPARENTLY, HE WAS THE DEBTOR IN THIS CASE.

02:59PM 14  MR. KUBUROVICH LISTED HIMSELF AS A MEMBER OF CANYON EDGE HOMES;

02:59PM 15  CORRECT?

02:59PM 16  A.  WELL, IT DOESN'T SPECIFICALLY SAY THAT HE WAS THE ONE

02:59PM 17  BECAUSE IT'S A JOINT CASE, BUT IT JUST SAYS MEMBERS.

02:59PM 18      SO I DON'T KNOW WHO IT IS.

02:59PM 19  Q.  WHETHER IT'S THE HUSBAND OR THE WIFE?

02:59PM 20  A.  RIGHT.

02:59PM 21  Q.  ALL RIGHT.  AND I JUST WANT TO KIND OF NUMERICALLY COUNT

02:59PM 22  WHO HAS HIM AS A MEMBER AND WHICH ONES HAVE HIM AS A MANAGER

02:59PM 23  MEMBER.

02:59PM 24  A.  UH-HUH.

02:59PM 25  Q.  AND HE'S LISTED AS A MEMBER ON THE FIRST TWO; CORRECT?

03:00PM 1    A.   ONE OF THE TWO DEBTORS IS A MEMBER OF THE FIRST TWO, YES.

03:00PM 2    Q.   THANK YOU.  AND THEN THE NEXT TWO HE'S A MANAGER MEMBER;

03:00PM 3    CORRECT?

03:00PM 4    A.   ONE OF THE TWO DEBTORS IS A MANAGER MEMBER, YES, OR WAS

03:00PM 5    BECAUSE THESE ARE ALL -- THESE WERE ALL ENDED BEFORE THE

03:00PM 6    PETITION -- BEFORE THE BANKRUPTCY WAS FILED.

03:00PM 7    Q.   EXACTLY.  AND THEN THE NEXT ONE IS STILL KIND OF OPEN, THE

03:00PM 8    AZ CUSTOM SMART HOMES, LLC; CORRECT, SIR?

03:00PM 9    A.   AZ CUSTOM SMART HOMES, LLC, YES, IT APPEARS TO STILL BE

03:00PM 10   OPERATING AS OF THE DATE OF THE FILING.

03:00PM 11   Q.   ALL RIGHT.  AND HE'S LISTED AS A MEMBER OF THAT LIMITED

03:00PM 12   LIABILITY CORPORATION; CORRECT, SIR?

03:00PM 13   A.   RIGHT.

03:00PM 14   Q.   AND THEN THE NEXT ONE AT LAKEFRONT ENTERPRISES, HE'S A

03:01PM 15   MANAGER MEMBER THERE?

03:01PM 16   A.   WELL, ONE OF THE TWO DEBTORS IS A MANAGER MEMBER, YES.

03:01PM 17   Q.   ALL RIGHT.  AND IF I SAY HE AND JUST CORRECT ME AND SAY IT

03:01PM 18   COULD BE EITHER.

03:01PM 19   A.   YEAH, I CAN'T TELL FROM THIS WHETHER IT'S HIM OR HIS WIFE.

03:01PM 20   Q.   AND THEN THERE'S PARC PARTNERS, LLC, AND ONE OF THE TWO

03:01PM 21   DEBTORS IS LISTED AS MANAGER MEMBER?

03:01PM 22   A.   RIGHT, YES.

03:01PM 23   Q.   AND THEN THERE IS HANSON FILM FUND WHERE HE LISTS OR

03:01PM 24   SOMEBODY LISTS, ONE OF THE TWO DEBTORS, THAT THEY HAVE A

03:01PM 25   1 PERCENT INTEREST IN THAT MOVIE PRODUCTION IN THAT PARTICULAR

03:01PM  1    BUSINESS; CORRECT?

03:01PM  2    A.   RIGHT.  AND IT ENDED IN DECEMBER OF 2009 IT LOOKS LIKE.

03:01PM  3    Q.   ALL RIGHT.  AND NEXT IS CORNERSTONE INVESTMENT PARTNERS

03:01PM  4    AND THE DEBTORS LISTED THAT THEY'RE MEMBERS OF THAT LIMITED

03:01PM  5    LIABILITY CORPORATION?

03:01PM  6    A.   RIGHT.

03:02PM  7         WELL, IN ANSWER TO YOUR QUESTION, I DON'T KNOW IF THEY

03:02PM  8    BOTH ARE OR ONE OF THEM OR NOT.

03:02PM  9    Q.   AND IT'S UNCLEAR WHICH OF THE TWO OF THEM; CORRECT?

03:02PM  10   A.   IT COULD BE BOTH OF THEM.  BUT IT JUST SAYS MEMBER.  I

03:02PM  11   DON'T KNOW.

03:02PM  12   Q.   OKAY.  TAKING A LOOK NOW AT EXHIBIT 1-41 NEXT IS THE

03:02PM  13   BELLEVUE CENTRE, LLC.  AND FOR THE COURT REPORTER'S BENEFIT

03:02PM  14   CENTRE IS SPELLED C-E-N-T-R-E.  AND THERE HE'S LISTED OR ONE OF

03:02PM  15   THE TWO DEBTORS IS LISTED AS A MANAGER MEMBER?

03:02PM  16   A.   MANAGER MEMBER, YES.

03:02PM  17   Q.   OR MAYBE BOTH?

03:02PM  18   A.   RIGHT.

03:02PM  19   Q.   AND THEN WE HAVE KRISTEL PROPERTIES AND THAT INDICATES

03:02PM  20   CFO-REAL ESTATE BROKERAGE DBA CENTURY 21 PREMIER.

03:02PM  21        WHAT DOES CFO GENERALLY MEAN?

03:02PM  22   A.   CHIEF FINANCIAL OFFICER IS WHAT I WOULD THINK IT WOULD

03:03PM  23   MEAN.

03:03PM  24   Q.   ALL RIGHT.  AND THEN THERE'S LOS GATOS CAPITAL.COM LISTED

03:03PM  25   NEXT, AND THE DEBTOR HAS LISTED HIMSELF AS A CFO OF THAT

03:03PM  1    MORTGAGE BROKERAGE FIRM; IS THAT CORRECT?

03:03PM  2    A.   I DON'T KNOW WHAT KIND OF A FIRM THAT IS OTHER THAN IT'S A

03:03PM  3    SUB S CORPORATION IT LOOKS LIKE, BUT IT LOOKS LIKE HE'S LISTED

03:03PM  4    HIMSELF OR ONE OF THEM IS A CFO-MORTGAGE BROKER.

03:03PM  5    Q.   AND THEN THERE'S MI CASA ES SU CASA REAL ESTATE, AND THE

03:03PM  6    DEBTORS HAVE LISTED THEMSELVES CFO, LIKELY CHIEF FINANCIAL

03:03PM  7    OFFICER; CORRECT?

03:03PM  8    A.   THAT'S WHAT I WOULD TAKE THAT TO BE, YES.

03:03PM  9    Q.   AND NEXT THERE'S A BUSINESS CALLED MEDILEAF.  DO YOU SEE

03:03PM  10   THAT?

03:03PM  11   A.   YES.

03:03PM  12   Q.   AND IT SAYS, MEDICAL COLLECTIVE NONPROFIT MUTUAL BENEFIT

03:03PM  13   CORP.  DO YOU SEE THAT?

03:03PM  14   A.   YES, A 501C CORP.

03:03PM  15   Q.   AND DO YOU KNOW WHAT A MUTUAL BENEFIT CORPORATION IS IN

03:04PM  16   CALIFORNIA?

03:04PM  17   A.   NO.

03:04PM  18   Q.   AND THEN WE HAVE CORNERSTONE COMMERCIAL REAL ESTATE,

03:04PM  19   CEO-REAL ESTATE BROKERAGE IS THE NATURE OF THE BUSINESS LISTED.

03:04PM  20   AND WHAT DOES CEO NORMALLY STAND FOR?

03:04PM  21   A.   CHIEF EXECUTIVE OFFICER.

03:04PM  22   Q.   THANK YOU VERY MUCH, MR. LAFFREDI.

03:04PM  23        NOW, I WANT TO ASK YOU, MR. LAFFREDI, THE BANKRUPTCY

03:04PM  24   TRUSTEE'S OFFICE -- WELL, BEFORE I ASK YOU THAT, JUST GENERALLY

03:04PM  25   SPEAKING, IF THE TRUSTEE'S OFFICE KNOWS THAT AN INDIVIDUAL HAS

03:04PM 1    WITHHELD ASSETS IN THEIR PETITION, GENERALLY SPEAKING ONE OF

03:04PM 2    THE PUNISHMENTS IS NO DISCHARGE; CORRECT?

03:04PM 3    A.   THE TRUSTEE'S OFFICE, YOU MEAN THE PANEL TRUSTEE, THE

03:04PM 4    CHAPTER 7 TRUSTEE?

03:04PM 5    Q.   YEAH.

03:04PM 6    A.   SO ONE OF THEIR DUTIES IS TO DETERMINE WHETHER AN

03:04PM 7    OBJECTION TO DISCHARGE IS WARRANTED, AND ONE REASON WOULD BE

03:04PM 8    FAILURE TO DISCLOSE ASSETS, YEAH.

03:04PM 9        THE GROUNDS FOR OBJECTING TO DISCHARGE ARE ENUMERATED IN

03:05PM 10   THE BANKRUPTCY CODE.

03:05PM 11   Q.   AND IN THIS CASE THIS PETITION WAS GRANTED AFTER

03:05PM 12   FIVE YEARS OF LITIGATION; IS THAT CORRECT?

03:05PM 13   A.   WELL, THERE'S NO GRANTING OF A PETITION.  THE PETITION IS

03:05PM 14   FILED, BUT THE DISCHARGE WAS ENTERED, RIGHT.

03:05PM 15   Q.   AND IF I USE WRONGLY --

03:05PM 16   A.   THAT'S OKAY.  THAT'S OKAY.

03:05PM 17   Q.   JUST GO AHEAD.

03:05PM 18   A.   YES, THE DEBTOR RECEIVED A DISCHARGE.

03:05PM 19   Q.   ALL RIGHT.  NOW, THIS CASE HAD SOME ADVERSARIAL

03:05PM 20   PROCEEDING?

03:05PM 21   A.   UH-HUH.

03:05PM 22   Q.   AND I'M SORRY, YES?

03:05PM 23   A.   YES, SOME ADVERSARIAL PROCEEDINGS.

03:05PM 24   Q.   COULD YOU TELL ME HOW MANY?

03:05PM 25   A.   I DON'T KNOW.  I WOULDN'T WANT TO GUESS.

03:05PM 1    Q.   IT WAS MORE THAN ONE?

03:05PM 2    A.   I THINK SO.  I DON'T KNOW.  I WOULD HAVE TO LOOK AT THE

03:05PM 3    DOCKET.  I DON'T REMEMBER.

03:05PM 4    Q.   VERY WELL.  AND I MEAN, I ASSUME THAT -- I THINK YOU

03:05PM 5    TESTIFIED THAT YOU, YOUR OFFICE, NOT YOU IN PARTICULAR, BUT

03:05PM 6    YOUR ASSISTANTS AND WHOEVER YOU ARE SUPERVISING, YOU FOLKS GET

03:06PM 7    INTO THE PETITION RIGHT AWAY AS SOON AS IT'S FILED, AND THAT'S

03:06PM 8    WHEN YOU DO YOUR WORK AND REVIEW IT AND START LOOKING AT

03:06PM 9    THINGS; CORRECT?

03:06PM 10   A.   TYPICALLY.

03:06PM 11   Q.   ALL RIGHT.  AND SO THE SCOURING, FORGIVE ME IF I USE THAT

03:06PM 12   WORD, OR THE PERUSING, OR THE SCRUTINIZING OF THIS PETITION IN

03:06PM 13   THIS CASE WOULD HAVE LIKELY HAVE BEEN DONE AT THE VERY

03:06PM 14   BEGINNING OF THE FILING OF THE PETITION?

03:06PM 15   A.   BY WHOM?

03:06PM 16   Q.   BY THE TRUSTEE'S OFFICE.

03:06PM 17   A.   THE CHAPTER 7 TRUSTEE?

03:06PM 18   Q.   YES.

03:06PM 19   A.   YES.  SO THE CHAPTER 7 TRUSTEE DEFINITELY DIVES IN RIGHT

03:06PM 20   AWAY BECAUSE THEY HAVE TO DETERMINE WHAT ASSETS ARE EVEN

03:06PM 21   AVAILABLE.

03:06PM 22        SO ONE OF THE THINGS THEY WILL FIGURE OUT IS, OH, DID THEY

03:06PM 23   LIST EVERYTHING?  OUR OFFICE MAY NOT GET INVOLVED RIGHT AWAY

03:06PM 24   BECAUSE WE MAY NOT HAVE ANYTHING TO REALLY LOOK AT.  SO

03:06PM 25   GENERALLY, THOUGH, WE DO GET INVOLVED EARLY ON IN THE CASE AND

03:06PM  1    BY EARLY I MEAN AROUND THE TIME OF THE 341 MEETING.

03:06PM  2    Q.   ALL RIGHT.

03:06PM  3    A.   BUT THE TRUSTEE IS DEFINITELY RIGHT IN THERE RIGHT AWAY

03:07PM  4    FIGURING OUT WHAT ASSETS ARE AVAILABLE.

03:07PM  5    Q.   VERY WELL.

03:07PM  6         THE COURT:  MR. NICK, WHY DON'T WE TAKE OUR

03:07PM  7    AFTERNOON BREAK.

03:07PM  8         MR. NICK:  THANK YOU, YOUR HONOR.

03:07PM  9         THE COURT:  WE'LL TAKE OUR AFTERNOON BREAK, LADIES

03:07PM 10    AND GENTLEMEN, 15 MINUTES, 15 MINUTES.

03:07PM 11         MR. NICK:  THANK YOU.

03:07PM 12         THE CLERK:  COURT IS IN RECESS.

03:11PM 13      (RECESS FROM 3:11 P.M. UNTIL 3:31 P.M.)

03:31PM 14         THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE

03:31PM 15    RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

03:31PM 16    OUR JURY IS PRESENT.

03:31PM 17      MR. NICK, WOULD YOU LIKE TO CONTINUE?

03:31PM 18         MR. NICK:  THANK YOU VERY MUCH, YOUR HONOR.

03:31PM 19    Q.   OKAY.  GOOD AFTERNOON, MR. LAFFREDI.

03:31PM 20    A.   GOOD AFTERNOON.

03:31PM 21    Q.   SIR, IF WE COULD TAKE A LOOK AT EXHIBIT 3-4.  THIS IS PAGE

03:32PM 22    3 OF THE AMENDED STATEMENT OF FINANCIAL AFFAIRS.

03:32PM 23    A.   RIGHT.

03:32PM 24    Q.   I'LL JUST CALL IT SOFA.  THAT'S THE ACRONYM THAT IS USED

03:32PM 25    IN THE INDUSTRY; IS THAT CORRECT, MR. LAFFREDI?

03:32PM 1    A.   YES, BUT IT LOOKS LIKE IT'S PAGE 4 INSTEAD OF PAGE 3.

03:32PM 2    Q.   OH, PARDON ME.  SO 3-4; IS THAT CORRECT?

03:32PM 3    A.   YES.

03:32PM 4    Q.   OKAY.  NOW, NUMBER 10 STATES -- AND BY THE WAY, THIS WAS

03:32PM 5    FILED ON JUNE 21ST, 2011; CORRECT?

03:32PM 6    A.   RIGHT.

03:32PM 7    Q.   ALL RIGHT.  NOW, NUMBER 10 ASKS YOU TO LIST OTHER

03:32PM 8    TRANSFERS; CORRECT?

03:32PM 9    A.   RIGHT.

03:32PM 10   Q.   AND THE LANGUAGE THAT IT USES IS IT SAYS, "LIST ALL OTHER

03:32PM 11   PROPERTY OTHER THAN THE PROPERTY TRANSFERRED IN THE ORDINARY

03:32PM 12   COURSE OF BUSINESS OR FINANCIAL AFFAIRS OF THE DEBTOR."  AND

03:32PM 13   THE REST OF THE LANGUAGE IS THE SAME THAT WE COVERED A FEW

03:32PM 14   MOMENTS AGO?

03:32PM 15   A.   YEAH, IT'S THE SAME QUESTION.

03:32PM 16   Q.   ALL RIGHT.  AND HERE THE DEBTOR IS LISTED UNDER NAME AND

03:33PM 17   ADDRESS OF TRANSFEREE AND RELATIONSHIP TO DEBTOR THEY LISTED

03:33PM 18   KRISTEL KUBUROVICH, 7170 EAGLE RIDGE DRIVE, GILROY; CORRECT?

03:33PM 19   A.   YEP.

03:33PM 20   Q.   AND THEY LISTED THAT THE RELATIONSHIP WAS A DAUGHTER;

03:33PM 21   CORRECT?

03:33PM 22   A.   THAT'S WHAT IT LOOKS LIKE, YES.

03:33PM 23   Q.   ALL RIGHT.  AND THEN IT HAS GOT A DATE OF JANUARY 12TH,

03:33PM 24   2010?

03:33PM 25   A.   RIGHT.

03:33PM 1    Q.   ALL RIGHT.  AND THEN IT HAS A COLUMN THAT STATES "DESCRIBE

03:33PM 2    PROPERTY TRANSFERRED AND VALUE RECEIVED;" CORRECT?

03:33PM 3    A.   YES.

03:33PM 4    Q.   AND THEN THE FIRST THING IT LISTS IS KRISTEL KUBUROVICH

03:33PM 5    AND THEN A COMMA; CORRECT?

03:33PM 6    A.   YES.

03:33PM 7    Q.   AND THEN IT LISTS THE ADDRESS 7170 EAGLE RIDGE DRIVE,

03:33PM 8    GILROY, AND THEN THERE'S A COMMA?

03:33PM 9    A.   UH-HUH, RIGHT.

03:34PM 10   Q.   AND THEN THERE'S DAUGHTER OF DEBTOR LISTED RIGHT AFTER

03:34PM 11   THAT; CORRECT?

03:34PM 12   A.   YES.

03:34PM 13   Q.   AND THEN THERE'S A SEMICOLON IT LOOKS LIKE AND THEN THE

03:34PM 14   DATE JANUARY 12TH, 2010; CORRECT?

03:34PM 15   A.   RIGHT.

03:34PM 16   Q.   THEN THERE'S ANOTHER SEMICOLON WHICH I'M JUST GOING TO

03:34PM 17   SUMMARIZE BUT THEN GET INTO THE SPECIFICS.  IT TALKS ABOUT A

03:34PM 18   DIFFERENT TRANSFER OR A TRANSFER I SHOULD SAY, CORRECT, OF A

03:34PM 19   CONDOMINIUM IN LAS VEGAS?

03:34PM 20   A.   A DIFFERENT TRANSFER?

03:34PM 21   Q.   WELL, LET ME RESTATE IT.  AFTER SEMICOLON THE WORD

03:34PM 22   "TRANSFER OF DEBTOR'S 1/8TH INTEREST IN LAS VEGAS, CONDOMINIUM,

03:34PM 23   VALUE OF DEBTOR'S INTEREST APPROXIMATELY 18,000 IN EXCHANGE FOR

03:34PM 24   CANCELLATION AND DEBT OWED TO KRISTEL KUBUROVICH."

03:34PM 25        IS THAT CORRECT?

03:34PM  1    A.   YES.

03:34PM  2    Q.   NOW, I WANTED -- DO YOU HAVE THE DOCKET FOR THE CASE?

03:35PM  3    A.   NO, I DON'T THINK SO.

03:35PM  4          MR. NICK:  YOUR HONOR, CAN I APPROACH AND SHOW THE

03:35PM  5    WITNESS THE DOCKET?

03:35PM  6          THE COURT:  SURE.

03:35PM  7          MR. NICK:  OH, MAYBE I CAN DO IT ON THE ELMO.

03:35PM  8          MR. SCHENK:  IT'S NOT IN EVIDENCE.

03:35PM  9          THE COURT:  WHY DON'T YOU APPROACH.

03:35PM  10         MR. NICK:  AND I WAS USING IT TO REFRESH HIS

03:35PM  11   RECOLLECTION, YOUR HONOR.  CAN I APPROACH?

03:35PM  12         THE CLERK:  HE CAN PUT IT ON THE ELMO, AND HE CAN

03:35PM  13   SEE IT, AND I WON'T SHOW ALL.

03:35PM  14         THE COURT:  IF YOU CAN DO THAT AND KEEP IT OFF THE

03:35PM  15   JURY'S MONITORS.

03:35PM  16         THE CLERK:  YES.

03:35PM  17   BY MR. NICK:

03:35PM  18   Q.   ALL RIGHT.  MR. LAFFREDI, YOU DON'T OBVIOUSLY REMEMBER

03:35PM  19   EVERY SINGLE TRANSACTION IN THIS PETITION WITHOUT LOOKING AT

03:35PM  20   DOCUMENTS TO REFRESH YOUR MEMORY; CORRECT?

03:35PM  21   A.   WELL, I WASN'T INVOLVED IN THIS.  THIS WAS SIX YEARS

03:35PM  22   BEFORE I STARTED IN THIS DISTRICT.

03:35PM  23   Q.   AND SO YOU'VE HAD AN OPPORTUNITY TO REVIEW THIS DOCKET?

03:35PM  24   A.   YES, I THINK SO.  I DON'T KNOW WHAT CASE THIS IS.

03:35PM  25   Q.   WELL, LET'S TAKE A LOOK AT THE FIRST PAGE RIGHT THERE

03:36PM 1    (INDICATING).

03:36PM 2    A.   OKAY.

03:36PM 3         MR. NICK:  AND THIS IS THE DOCKET THAT WE'RE LOOKING

03:36PM 4    AT YOU, YOUR HONOR, RIGHT NOW FOR BANKRUPTCY PETITION NUMBER

03:36PM 5    10- --

03:36PM 6         MR. SCHENK:  YOUR HONOR --

03:36PM 7         THE COURT:  THIS IS NOT IN EVIDENCE IN THIS CASE.

03:36PM 8    BY MR. NICK:

03:36PM 9    Q.   LET ME ASK YOU THIS WAY THEN.

03:36PM 10        DO YOU RECALL AN ADVERSARIAL PROCEEDING IN THIS CASE BEING

03:36PM 11   FILED BY A LAWYER NAMED CAROL WU WHO WAS REPRESENTING THE

03:36PM 12   TRUSTEE?

03:36PM 13   A.   NO.  CAROL WU IS THE TRUSTEE.

03:36PM 14   Q.   OKAY.  SO IT WOULD BE ACTUALLY CAROL WU WOULD BE THE

03:36PM 15   TRUSTEE FILING THE PETITION -- WHATEVER SHE FILED?

03:36PM 16   A.   I THINK SO, YES.  I DON'T KNOW IF THERE WAS ONLY ONE.

03:36PM 17   THERE COULD HAVE BEEN MORE, I DON'T REMEMBER.

03:36PM 18   Q.   AND WITH RESPECT TO CAROL WU'S FILINGS, DO YOU RECALL THAT

03:36PM 19   SHE FILED AN OBJECTION TO THE REVOCATION -- AND A REVOCATION OF

03:36PM 20   DISCHARGE PURSUANT TO CERTAIN BANKRUPTCY LAWS?

03:36PM 21   A.   WELL, IT'S NOT AN OBJECTION AND REVOCATION.  I BELIEVE SHE

03:36PM 22   FILED A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE.

03:37PM 23   Q.   ALL RIGHT.  AND IF I GET THE TERMINOLOGY WRONG, PLEASE

03:37PM 24   CORRECT ME.

03:37PM 25   A.   AND I SHOULD CLARIFY.  I DON'T REMEMBER ANY OF THIS.  I

03:37PM  1     REMEMBER SEEING IT.

03:37PM  2     Q.   OKAY.

03:37PM  3     A.   FROM WHAT I HAD REVIEWED LATER.

03:37PM  4     Q.   AND IS IT CORRECT THAT WHEN AN ADVERSARIAL PROCEEDING IS

03:37PM  5     FILED BY THE TRUSTEE, THAT GETS ITS OWN CASE NUMBER?

03:37PM  6     A.   YES, AN ADVERSARIAL PROCEEDING IS A MINI LAWSUIT WITHIN

03:37PM  7     THE BANKRUPTCY CASE.  SO IT IS ASSIGNED A SEPARATE CASE NUMBER,

03:37PM  8     AND IT HAS ITS OWN DOCKET.

03:37PM  9     Q.   ALL RIGHT.  AND I WANTED TO ASK YOU IF YOU RECALL IF

03:37PM 10     APPROXIMATELY TWO MONTHS AFTER THE AMENDED SOFA WAS FILED THAT

03:37PM 11     CAROL WU FILED A MOTION FOR SUMMARY JUDGMENT TO HAVE THE

03:38PM 12     PETITION DISCHARGED TO THROW THE PETITION OUT OF COURT AND NOT

03:38PM 13     TO ALLOW IT TO BE DISCHARGED.  I GUESS THAT WOULD BE THE MOST

03:38PM 14     LAYMEN'S WAY I COULD SAY IT.

03:38PM 15     A.   WELL, THE TERMINOLOGY IS ALL OVER THE PLACE.  SO YOU

03:38PM 16     WOULDN'T DISMISS THE BANKRUPTCY CASE.

03:38PM 17          FIRST OF ALL, I DON'T REMEMBER THIS.  I DON'T REMEMBER

03:38PM 18     WHAT SHE DID OR THE TIMING.  I DO REMEMBER THAT SHE FILED A

03:38PM 19     COMPLAINT OBJECTING TO THE DISCHARGE WHICH THE RESULT OF THAT

03:38PM 20     IS IF SHE WAS SUCCESSFUL, THE DEBTOR WOULD NOT RECEIVE A

03:38PM 21     DISCHARGE IN THE CASE.

03:38PM 22     Q.   OKAY.  THANK YOU.  AND AGAIN, THIS CASE -- THE PETITION

03:38PM 23     FOR DISCHARGE WAS GRANTED.  I DON'T KNOW IF I'M USING THE RIGHT

03:38PM 24     LANGUAGE.

03:38PM 25     A.   WELL, THE DISCHARGE WAS ENTERED, RIGHT, IN AUGUST OF 2015,

03:38PM  1    RIGHT.

03:38PM  2    Q.   ALL RIGHT.  AND THERE'S A LOT OF VERY SPECIFIC TERMS AND

03:38PM  3    IT DOES GET CONFUSING.

03:39PM  4         MR. LAFFREDI, ARE THE FORMS THAT ARE CURRENTLY USED

03:39PM  5    TODAY -- LET ME REPHRASE THAT.  IS THE STATEMENT OF FINANCIAL

03:39PM  6    AFFAIRS FORM THAT THE DEBTOR HAS TO FILL OUT, DOES IT CONTAIN

03:39PM  7    THE IDENTICAL LANGUAGE AS IT DID TODAY AS IT DID BACK IN 2010

03:39PM  8    OR HAS IT CHANGED?

03:39PM  9         MR. SIMEON:  OBJECTION, YOUR HONOR.  RELEVANCE.

03:39PM 10         THE COURT:  SUSTAINED.

03:39PM 11         MR. NICK:  YOUR HONOR, IF I CAN MAKE AN OFFER OF

03:39PM 12    PROOF REGARDING ITS RELEVANCY.

03:39PM 13         THE COURT:  OKAY.  LET'S HAVE A SIDE-BAR.

03:39PM 14         MR. NICK:  THANK YOU.

03:39PM 15    (SIDE-BAR CONFERENCE ON THE RECORD.)

03:39PM 16         THE COURT:  ALL RIGHT.  WE'RE AT SIDE-BAR.

03:40PM 17         MR. NICK:  OKAY.  YOUR HONOR, THERE WAS AN

03:40PM 18    IMPRESSION CREATED BY MR. LAFFREDI THAT THE FORM REQUIRES GIFTS

03:40PM 19    THAT ARE -- EVEN THOUGH HE KIND OF ADMITTED THAT THEY DON'T

03:40PM 20    HAVE TO BE BEYOND THE YEAR AS THE ORIGINAL FORM, THAT THE

03:40PM 21    KUBUROVICHES FILLED OUT AND FILED A PETITION, I SHOULD SAY OR

03:40PM 22    EVEN MORE APPROPRIATE IS THE STATEMENT OF FINANCIAL AFFAIRS.

03:40PM 23         IN THAT FORM IT STATED ONE YEAR.  IF THE GIFT WAS MADE

03:40PM 24    WITHIN ONE YEAR.

03:40PM 25         MS. GILG:  YES.

03:40PM  1        MR. NICK:  THE IMPRESSION THAT HE LEFT IS THAT EVEN

03:40PM  2   GIFTS THAT ARE LATER THAN A YEAR, ALTHOUGH I WILL ADMIT THAT I

03:40PM  3   WAS ABLE TO KIND OF CLARIFY THAT ON MY CROSS, BUT HE STILL LEFT

03:40PM  4   AN IMPRESSION THAT GIFTS THAT HAVE BEEN PROVIDED TO A PERSON

03:40PM  5   THAT ARE OLDER THAN ONE YEAR HAS TO BE REPORTED ON THAT

03:40PM  6   CATCHALL, NUMBER 10.

03:41PM  7        THAT DOES NOT MAKE ANY SENSE, YOUR HONOR, IN LIGHT OF THE

03:41PM  8   FACT THAT TODAY'S BANKRUPTCY FORM SPECIFICALLY CALLS FOR

03:41PM  9   TWO YEARS BEFORE THE BANKRUPTCY, AND IT'S BEEN CHANGED BY YEAR.

03:41PM 10   SO IT'S A MINOR POINT, YOUR HONOR.

03:41PM 11        MS. GILG:  THE GIFTS.

03:41PM 12        MR. NICK:  THE GIFTS, THAT IS.

03:41PM 13        SO I WANT TO BE ABLE TO SHOW TO THE JURY THAT THE

03:41PM 14   BANKRUPTCY COURTS ARE WELL AWARE THAT GIFTS MEAN GIFTS, AND

03:41PM 15   THAT THEY HAVE EXTENDED IT BY A YEAR IN ORDER TO BE ABLE TO

03:41PM 16   WRAP IN MORE GIFTS THAT WERE PROVIDED INTO THE PETITION TODAY.

03:41PM 17        THE COURT:  DO YOU WISH TO BE HEARD?

03:41PM 18        MR. SIMEON:  WELL, FIRST I'D LIKE TO SEE THE

03:41PM 19   LEGISLATIVE HISTORY OF THAT CHANGE.  I DON'T KNOW IF THAT'S

03:41PM 20   WHAT THEY MEANT IN CHANGING IT.

03:41PM 21        SECOND OF ALL, AS MR. LAFFREDI TESTIFIED, THERE ARE

03:41PM 22   DIFFERENT SECTIONS ON THE FORM FOR DIFFERENT REASONS, AND SO

03:41PM 23   THE REASON TO PUT SOMETHING AS A GIFT OR THE PROPERTY MAY BE

03:41PM 24   COMPLETELY DIFFERENT FROM THIS CHANGE.

03:41PM 25        THIRD, IT'S STILL IRRELEVANT TO HIS INTERPRETATION OF THE

03:41PM 1    FORM THAT MR. KUBUROVICH FILLED OUT.

03:41PM 2         THE COURT:  THIS FORM -- THE CHANGE IN THE FORM

03:42PM 3    OCCURRED POST THE FILING OF THIS CASE.

03:42PM 4         MR. NICK:  I'M --

03:42PM 5         THE COURT:  SO I DON'T SEE THE RELEVANCE OF ASKING

03:42PM 6    HAVEN'T THEY -- HASN'T THIS FORM CHANGED NOW?  HAS THE

03:42PM 7    BANKRUPTCY CHANGED THIS FORM?

03:42PM 8         MR. NICK:  LET ME SUMMARIZE MY RELEVANCY ARGUMENT

03:42PM 9    AGAIN, YOUR HONOR.

03:42PM 10      IF THE BANKRUPTCY COURT CHANGED THE FORM ON THE GIFTS PART

03:42PM 11   FROM 2010 WHERE IT SAID REPORT ANY GIFTS WITHIN A YEAR TO NOW

03:42PM 12   REPORTING GIFTS WITHIN TWO YEARS, THEN UNDENIABLY THE

03:42PM 13   BANKRUPTCY COURTS ARE AWARE THAT GIFTS ARE GIFTS AND THEY GO

03:42PM 14   ONLY IN THE GIFTS SECTION.

03:42PM 15        THE COURT:  I THINK THAT'S A BROAD STATEMENT AS TO

03:42PM 16   THEN IT DRAWS YOUR -- YOU'RE ASKING EVERYONE TO DRAW

03:42PM 17   CONCLUSIONS AS TO WHY THAT WAS CHANGED.  IT COULD BE ONE OF

03:42PM 18   THOSE REASONS AND, IT COULD BE OTHER REASONS.

03:42PM 19        MR. NICK:  I THINK I WOULD BE ENTITLED TO ARGUE THAT

03:42PM 20   FROM THE END, YOUR HONOR, THAT THE BANKRUPTCY COURTS CHANGED

03:42PM 21   THE FORM TO MAKE IT WITHIN TWO YEARS, AND THEN IT'S PRETTY

03:43PM 22   CLEAR THAT GIFTS GO WHERE GIFTS GO AND THERE'S NO OTHER SECTION

03:43PM 23   FOR IT.

03:43PM 24        MS. GILG:  BUT WHY WOULD THEY HAVE CHANGED THE FORM

03:43PM 25   IF YOU HAD PUT GIFTS IN THE OTHER TRANSFERS?

03:43PM 1       AND I THINK THAT'S A -- A REASONABLE INFERENCE THAT WE CAN

03:43PM 2   DRAW FROM THE CHANGE IN THE FORM IS THAT IF GIFTS WOULD FIT

03:43PM 3   INTO OTHER TRANSFERS IN SECTION 10, THEN WHY WOULD THEY CHANGE

03:43PM 4   SECTION 7?

03:43PM 5       THE COURT:  WHAT IS THE RELEVANCE TO THAT?

03:43PM 6       MS. GILG:  BECAUSE HE TESTIFIED THAT, WELL, IF YOU

03:43PM 7   DON'T FIT IN SECTION 7 WITH THE GIFTS, THEN YOU PUT IT IN

03:43PM 8   SECTION 10 WITH THE OTHER --

03:43PM 9       THE COURT:  YOU MEAN AT THE TIME OF THE FILING ISN'T

03:43PM 10  THAT ACCURATE?

03:43PM 11      MS. GILG:  NO.  IF YOU DON'T PUT IT IN GIFTS, THEN

03:43PM 12  IF IT'S NOT A GIFT GIVEN WITHIN A YEAR, THEN IT'S NOT INCLUDED

03:43PM 13  ON THE PETITION BECAUSE IT'S NOT YOUR PROPERTY.

03:43PM 14      THE PETITION HAS YOUR PROPERTY SO WHAT THEY'RE TRYING TO

03:44PM 15  DO -- RIGHT.  IT'S NOT LIKE YOU PUT EVERYTHING THAT YOU HAVE

03:44PM 16  EVER OWED WITHIN YOUR LIFETIME SO THEY LIMITED WHAT YOU HAVE TO

03:44PM 17  PUT IN THE PROPERTY AND FOR GIFTS THEY GAVE IT A YEAR AND FOR

03:44PM 18  OTHER PROPERTY THEY GIVE IT FOR TWO YEARS.

03:44PM 19      SO OUR ARGUMENT IS THE FACT THAT THEY CHANGED GIFTS FOR

03:44PM 20  TWO YEARS MEANS THAT THEY HAVE INTENDED TO REPORT GIFTS WITHIN

03:44PM 21  A YEAR.  IT DOESN'T MAKE ANY SENSE WHY THEY WOULD CHANGE THAT

03:44PM 22  IF THEY'RE STILL GETTING IT UNDER NUMBER 10, THE TWO YEARS.

03:44PM 23      SO THIS ISN'T LIKE, OH, YOU HAVE TO REPORT ALL OF YOUR

03:44PM 24  PROPERTY.  THIS IS PROPERTY THAT YOU DON'T HAVE ANYMORE, AND

03:44PM 25  THIS IS THE BANKRUPTCY COURT SAYING WE WANT YOU TO TELL US WHAT

03:44PM  1    IT IS THAT YOU HAD BEFORE YOU FILED FOR BANKRUPTCY, AND WE'LL

03:44PM  2    GIVE YOU THESE CLASSIFICATIONS OF WHAT YOU HAVE.

03:44PM  3         IF IT'S A GIFT, YOU DO THIS.  THERE'S A FEW OF THOSE.

03:44PM  4         AND THEN IF IT'S SOMETHING OTHER THAN WHAT YOU'VE -- WHAT

03:44PM  5    WE JUST DISCUSSED IN THE OTHER SECTIONS, THEN YOU REPORT IT IF

03:45PM  6    IT'S WITHIN TWO YEARS.

03:45PM  7         SO OUR ARGUMENT IS THAT HE WAS NOT -- WELL, WHAT WE'LL

03:45PM  8    ARGUE IN CLOSING IS THAT MR. KUBUROVICH WAS NOT REQUIRED TO

03:45PM  9    REPORT THE GIFT ON ANY OF THOSE QUESTIONS, AND THAT'S LIKE THE

03:45PM  10   CONCEALMENT ARGUMENT.  IT'S LIKE WHETHER OR NOT HE WAS SUPPOSED

03:45PM  11   TO REPORT THE GIFT IN SECTION 10 IS REALLY, I THINK, THE PART

03:45PM  12   OF --

03:45PM  13             THE COURT:  DO YOU WISH TO BE HEARD?

03:45PM  14             MR. SCHENK:  NO.  THE ARGUMENT SEEMED TO BE -- I

03:45PM  15   CLEANED UP SOME OF IT ON CROSS, BUT I WANT ANOTHER OPPORTUNITY

03:45PM  16   TO CORRECT SOMETHING THAT WAS SAID ON DIRECT.

03:45PM  17        AND MY RECOLLECTION OF THE POINT THAT WAS JUST MADE ON

03:46PM  18   CROSS WAS THAT IF YOU GIVE YOUR CHILD A YACHT THREE YEARS

03:46PM  19   BEFORE FILLING OUT THIS FORM, DOES IT NEED TO BE REPORTED ON

03:46PM  20   THIS SECTION?

03:46PM  21        AND I THINK THAT MR. LAFFREDI UNEQUIVOCALLY SAID, NO.  SO

03:46PM  22   IT DOESN'T SEEM TO ME THAT THERE IS SOME OUTSTANDING AREA OF

03:46PM  23   CONFUSION THAT THIS WOULD HELP ADDRESS.

03:46PM  24        IT'S ADDITIONALLY CONFUSING TO DO IT THROUGH NEW FORMS

03:46PM  25   THAT WEREN'T IN EFFECT AT THE TIME OF THE FILING, AND YOU'RE

03:46PM 1    TRYING TO GET AT THE BANKRUPTCY COURT'S INTENT IN CHANGING ITS

03:46PM 2    FORM AND WHEN WHAT IS RELEVANT IS MR. KUBUROVICH FILLING OUT

03:46PM 3    THE FORM AND FOR THAT THE FACT OF THE FILLING OUT THE FORM, ALL

03:46PM 4    THAT IS RELEVANT.

03:46PM 5              THE COURT:  I'M HAVING SOME TROUBLE HAVING YOU ASK

03:46PM 6    HAVE THE FORMS CHANGED NOW.  AND WHAT YOU'RE ASKING IN ESSENCE

03:46PM 7    IS HAS THE STATUTE CHANGED AND HAS THE FORM NOW CHANGED TO

03:46PM 8    TWO YEARS.  AND THAT'S WHAT YOU'RE GOING TO ASK HIM, AND HE'LL

03:46PM 9    SAY, YES, IT HAS CHANGED TO TWO YEARS NOW.

03:47PM 10   WHAT DOES THAT DO TO YOUR ARGUMENT THEN?  ARE YOU GOING TO

03:47PM 11   SAY THIS IS WHAT HE HAD IN MIND, THE CHANGE, AND EVEN THE

03:47PM 12   GOVERNMENT RECOGNIZES THE CONFUSION?

03:47PM 13   I THINK THAT GOES TOO FAR.  THEY MAY HAVE CHANGED IT FOR

03:47PM 14   SOME OTHER REASON, BUT TO SAY THAT IMPUTES CONFUSION OR

03:47PM 15   RECOGNIZE THAT THERE WAS SOME ERROR I THINK IS A LITTLE BIT

03:47PM 16   MUCH.  THAT'S PROBLEMATIC.  I THINK YOU DID ASK THE QUESTION

03:47PM 17   ABOUT THE YACHT.

03:47PM 18             MR. NICK:  YES.

03:47PM 19             THE COURT:  AND I THINK THE POINT WAS MADE THROUGH

03:47PM 20   THAT IF IT'S LONGER THAN THIS, THEN YOU DON'T PUT IT DOWN

03:47PM 21   THERE.  I DON'T THINK YOU'RE PRECLUDED FROM MAKING THE ARGUMENT

03:47PM 22   THAT YOU WANT TO MAKE.

03:47PM 23   THIS -- IF I ALLOWED YOU TO SAY HASN'T IT CHANGED NOW AND

03:47PM 24   DIDN'T THEY CHANGE IT THEN, I THINK THAT WOULD PERMIT YOU TO

03:47PM 25   SAY THAT EVEN THE GOVERNMENT OR BANKRUPTCY RECOGNIZED THAT THIS

03:47PM   1    WAS A PROBLEM, AND SO THAT'S WHY THEY CHANGED IT, BUT THERE'S

03:47PM   2    NO EVIDENCE OF THAT.  THAT'S THE PROBLEM.  IF YOU HAD SOMEBODY

03:47PM   3    COME IN AND SAY THAT, I SUPPOSE THAT'S RELEVANT.

03:47PM   4         BUT -- OKAY.  MATTER SUBMITTED.

03:48PM   5             MR. SIMEON:  YOUR CLIENT IS NOT CHARGED UNDER COUNT

03:48PM   6    THREE.

03:48PM   7             MS. GILG:  BUT EVERYTHING THAT IS CHARGED AGAINST

03:48PM   8    MR. KUBUROVICH IS AGAINST MY CLIENT, TOO.

03:48PM   9             THE COURT:  I UNDERSTAND.  LET ME ASK, DO YOU THINK

03:48PM  10    WE'RE GOING TO FINISH WITH THIS WITNESS?

03:48PM  11             MR. NICK:  I WAS ALMOST DONE.

03:48PM  12             THE COURT:  WILL WE FINISH HIM TODAY, DO YOU THINK?

03:48PM  13             MR. SIMEON:  I'LL BE BRIEF ON REDIRECT.

03:48PM  14             MR. SCHENK:  WE HAVE OTHER WITNESSES TO CALL.

03:48PM  15             THE COURT:  WE CAN GET THEM STARTED AT LEAST.

03:48PM  16         (END OF DISCUSSION AT SIDE-BAR.)

03:48PM  17             THE COURT:  THANK YOU, COUNSEL.

03:48PM  18             MR. NICK:  YOUR HONOR, IF I COULD JUST CHECK MY

03:48PM  19    NOTES REAL QUICK TO SEE IF I HAVE ANY OTHER QUESTIONS.

03:48PM  20             THE COURT:  PLEASE.

03:49PM  21         (PAUSE IN PROCEEDINGS.)

03:49PM  22    BY MR. NICK:

03:49PM  23    Q.   MR. LAFFREDI, I JUST HAD A COUPLE OF CLARIFYING QUESTIONS

03:49PM  24    FROM THE THINGS THAT YOU SAID ON DIRECT OR TESTIFIED TO.  I

03:49PM  25    BELIEVE YOU TESTIFIED THAT THE DEADLINE TO OBJECT TO DISCHARGE

03:49PM 1    IS 60 DAYS?

03:49PM 2    A.    AFTER THE MEETING OF CREDITORS.

03:49PM 3    Q.    IS, IS THERE SOME EXEMPTION -- EXCEPTION FOR THAT, FOR

03:49PM 4    EXAMPLE, IF THE TRUSTEE DISCOVERS FRAUD?

03:49PM 5    A.    EXCEPTION TO THAT?  I MEAN LIKE GETTING AN EXTENSION?

03:49PM 6    Q.    YEAH, JUST TO KIND OF GIVE YOU A HYPOTHETICAL, SIMPLE ONE?

03:49PM 7    A.    OH, SORRY.  GO AHEAD.

03:49PM 8    Q.    AND LET'S SAY YOU FILED A PETITION AND 90 DAYS LATER THE

03:49PM 9    TRUSTEE SOMEHOW FIGURES OUT THERE WAS SOME FRAUD INVOLVED,

03:49PM 10   WOULD THEY STILL BE ABLE TO OBJECT?

03:49PM 11   A.    NO, NOT OBJECT, BUT THERE'S A PROVISION WHICH IS SOMETHING

03:49PM 12   THAT YOU REFERENCED EARLIER TO REVOKE THE DISCHARGE.

03:50PM 13   Q.    UNDERSTOOD.

03:50PM 14   A.    SO IF THE DISCHARGE IS ENTERED BUT THEN IT LATER TURNS OUT

03:50PM 15   THAT IT WAS ENTERED UNDER FRAUD OR SOMETHING, THERE IS A

03:50PM 16   PROVISION TO ALLOW FOR A PARTY TO COME BACK AND SEEK TO REVOKE

03:50PM 17   THE DISCHARGE THAT WAS ALREADY ENTERED.

03:50PM 18   Q.    ALL RIGHT.  SO OBJECTING IS --

03:50PM 19   A.    OBJECTING IS PRIOR TO THE ENTRY OF A DISCHARGE.

03:50PM 20   REVOCATION IS WHAT YOU DO AFTER.

03:50PM 21   Q.    ALL RIGHT.

03:50PM 22   A.    BUT THERE'S A LIMITATION ON THAT.  THAT CAN ONLY BE DONE

03:50PM 23   AFTER A YEAR WITHIN THE DISCHARGE BEING ENTERED.

03:50PM 24   Q.    WITHIN A YEAR OF THE DISCHARGE BEING ENTERED; IS THAT

03:50PM 25   CORRECT?

03:50PM 1    A.   YES.

03:50PM 2    Q.   CAN YOU TELL THE JURY APPROXIMATELY IN YOUR EXPERIENCE HOW

03:50PM 3    FREQUENTLY AMENDED STATEMENTS OF FINANCIAL AFFAIRS, HOW

03:51PM 4    FREQUENTLY THAT'S DONE?  IS IT LIKE ONLY 1 PERCENT OR IS IT

03:51PM 5    LIKE IN 50 PERCENT OF THE CASES?

03:51PM 6    A.   OVERALL I DON'T KNOW THAT IT'S THAT COMMON.  I THINK WHEN

03:51PM 7    THERE ARE -- WHEN THERE IS INQUIRY WHETHER FROM OUR OFFICE,

03:51PM 8    FROM A TRUSTEE, FROM A CREDITOR, AND THERE'S MORE SCRUTINY THAT

03:51PM 9    IS DEVOTED FOR WHATEVER REASON, THAT TENDS TO BRING AMENDMENTS

03:51PM 10   OUT OF THE WOODWORK.

03:51PM 11        SO IN THE REGULAR OLD CASE, YOU KNOW, THERE'S NO ASSETS

03:51PM 12   AND NOTHING TO DO AND THE DEBTOR GETS A DISCHARGE, IN MY

03:51PM 13   EXPERIENCE THERE'S NOT AMENDMENT.

03:51PM 14   Q.   ALL RIGHT.

03:51PM 15   A.   BUT IF ONE IS REQUIRED IT SHOULD BE FILED.

03:51PM 16   Q.   VERY WELL.  I HAD ONE LAST AREA THAT I WANTED TO ASK YOU

03:51PM 17   ABOUT WHICH WAS SCHEDULE G.

03:51PM 18   A.   UH-HUH.

03:51PM 19   Q.   AND THAT CONTAINED THE -- YOU HAVE THE LEASES THAT ARE NOT

03:52PM 20   EXPIRED; IS THAT CORRECT?

03:52PM 21   A.   RIGHT.  AMONG OTHER THINGS, RIGHT.

03:52PM 22   Q.   AND SO I WAS JUST CURIOUS, IF YOU HAVE LIKE A -- IF YOU

03:52PM 23   HAVE NO LEASE AND YOU'RE JUST ON MONTH-TO-MONTH TENANCY WITH NO

03:52PM 24   LEASE, IS THAT SOMETHING THAT HAS TO BE LISTED?

03:52PM 25   A.   YEAH, THAT IS A LEASE.  IT DOESN'T HAVE TO BE IN WRITING.

03:52PM   1    IS THAT WHAT YOU'RE SAYING IN WRITING?

03:52PM   2    Q.   WELL --

03:52PM   3    A.   IT DOESN'T MATTER WHETHER IT'S IN WRITING OR NOT.  IF YOU

03:52PM   4    HAVE A LEASE AND THERE'S AN AGREEMENT, THEN IT SHOULD BE

03:52PM   5    LISTED.

03:52PM   6    Q.   ALL RIGHT.

03:52PM   7    A.   IF IT'S NOT A LEASE, THEN IT COULD BE AN EXECUTORY

03:52PM   8    CONTRACT BECAUSE THERE'S TWO THINGS THAT NEED TO HAPPEN.

03:52PM   9    Q.   SO JUST GENERALLY YOU'RE AWARE IF SOMEBODY LEASES A

03:52PM   10   PROPERTY AND THERE'S NO LEASE AND THEY'RE ON A MONTH-TO-MONTH

03:52PM   11   TENANCY?

03:52PM   12   A.   RIGHT.

03:52PM   13   Q.   MEANING THAT EVERY MONTH IS A NEW TERM?

03:52PM   14   A.   RIGHT.

03:52PM   15   Q.   SO EVEN MONTH-TO-MONTH TENANCIES WITH NOTHING MORE THAN A

03:52PM   16   BASIC AGREEMENT FOR RENT WOULD HAVE TO BE LISTED?

03:52PM   17   A.   YES.

03:52PM   18   Q.   ALL RIGHT.

03:52PM   19   A.   AND PART OF THE REASON IS BECAUSE EITHER THE LANDLORD OR

03:53PM   20   THE TENANT NEEDS TO KNOW ABOUT THE BANKRUPTCY CASE.

03:53PM   21         MS. GILG:  OBJECTION.  NONRESPONSIVE.

03:53PM   22         THE COURT:  I'LL ALLOW IT.  I'LL ALLOW IT.  IT WAS

03:53PM   23   CLARIFYING.

03:53PM   24   BY MR. NICK:

03:53PM   25   Q.   YOU WERE SAYING?

03:53PM 1    A.   I WAS JUST SAYING THAT THE REASON THAT THOSE NEED TO BE

03:53PM 2    LISTED IS EITHER THE LANDLORD OR THE TENANT, WHOEVER IT IS,

03:53PM 3    NEEDS TO HAVE NOTICE OF THE BANKRUPTCY CASE, AND THAT'S ONE OF

03:53PM 4    THE REASONS WHY THAT SCHEDULE IS THERE.

03:53PM 5    Q.   THANK YOU VERY MUCH.

03:53PM 6         I HAVE NOTHING FURTHER.

03:53PM 7              THE COURT:  REDIRECT.

03:53PM 8              MR. SIMEON:  THANK YOU, YOUR HONOR.

03:53PM 9                        **REDIRECT EXAMINATION**

03:53PM 10   BY MR. SIMEON:

03:53PM 11   Q.   MR. LAFFREDI, I JUST HAVE A FEW QUESTIONS FOR YOU.  I

03:53PM 12   THINK YOU TOUCHED ON THIS DURING CROSS-EXAMINATION, BUT I JUST

03:53PM 13   WANT TO CLARIFY.

03:53PM 14        YOU DIDN'T ACTUALLY HAVE ANY PERSONAL INVOLVEMENT IN THIS

03:53PM 15   CASE; CORRECT?

03:53PM 16   A.   I DID NOT.

03:53PM 17   Q.   AND, SIR, YOU'RE NOT FAMILIAR WITH THE DECISIONS THAT WERE

03:53PM 18   MADE OR WHETHER THEY WERE CORRECT?

03:53PM 19   A.   I DON'T KNOW.

03:53PM 20   Q.   NOW, MR. NICK ASKED YOU ABOUT THE PERSONAL PROPERTY IN

03:54PM 21   SCHEDULE B AND THE IRA'S?

03:54PM 22   A.   YES.

03:54PM 23   Q.   MS. HOLLIMAN, COULD YOU PLEASE BRING UP GOVERNMENT'S

03:54PM 24   EXHIBIT 1, 1-16.  AND IF YOU COULD ZOOM IN ON THE LOWER PART OF

03:54PM 25   THE SCREEN, PLEASE.

03:54PM 1          JUROR:  IT'S NOT ON.

03:54PM 2          THE COURT:  YOU NEED TO TURN IT.

03:54PM 3          THE CLERK:  OH.

03:54PM 4    BY MR. SIMEON:

03:54PM 5    Q.   MR. LAFFREDI, THIS IS THE LAST PAGE --

03:54PM 6          PROSPECTIVE JUROR:  IT'S STILL NOT ON.  NOW IT IS.

03:54PM 7    BY MR. SIMEON:

03:54PM 8    Q.   THIS IS THE LAST PAGE OF SCHEDULE B FOR PERSONAL PROPERTY.

03:54PM 9          IN THE LOWER RIGHT WHAT -- WHEN IT SAYS TOTAL, WHAT NUMBER

03:54PM 10   IS THAT REFERRING TO?

03:55PM 11   A.   WELL, THERE'S THREE TOTALS THERE.  THE BOTTOM TOTAL IS THE

03:55PM 12   TOTAL OF ALL OF THE DEBTOR'S -- THE VALUE OF ALL OF THE

03:55PM 13   DEBTOR'S PERSONAL PROPERTY THAT IS LISTED HERE.

03:55PM 14   Q.   AND THAT'S THE ENTIRETY OF SCHEDULE B?

03:55PM 15   A.   RIGHT.

03:55PM 16   Q.   OKAY.  AND THAT'S $151,151; IS THAT CORRECT?

03:55PM 17   A.   RIGHT.

03:55PM 18   Q.   OKAY.

03:55PM 19   A.   AND AGAIN, I DID NOT GO THROUGH AND ADD UP TO MAKE SURE

03:55PM 20   THAT --

03:55PM 21          MS. GILG:  OBJECTION.  NONRESPONSIVE.

03:55PM 22          THE COURT:  THAT LAST PORTION IS STRICKEN.  YOU CAN

03:55PM 23   ASK ANOTHER QUESTION.

03:55PM 24   BY MR. SIMEON:

03:55PM 25   Q.   MS. HOLLIMAN, NEXT PAGE, PLEASE.

03:55PM 1      MR. LAFFREDI, THIS IS SCHEDULE C, PROPERTY CLAIMED AS

03:55PM 2  EXEMPT.

03:55PM 3      AND THIS IS A SUBSET OF SCHEDULE B; IS THAT CORRECT?

03:55PM 4  A.   SUBSET?  IT'S A SEPARATE LIST, BUT ALL OF THE PROPERTY

03:55PM 5  THAT IS INCLUDED IN HERE IS FROM THAT SCHEDULE, YES.

03:55PM 6  Q.   OKAY.  SO IT'S ALL OF THE PROPERTY FROM SCHEDULE B THAT IS

03:56PM 7  NONEXEMPT OR THAT IS EXEMPT?  I'M SORRY?

03:56PM 8  A.   THIS IS A LIST OF ALL OF THE DEBTOR'S PROPERTY THAT SHOULD

03:56PM 9  HAVE BEEN LISTED THAT THEY'RE CLAIMING AS EXEMPT UNDER SOME

03:56PM 10 PROVISION.

03:56PM 11 Q.   AND WHAT IS THE TOTAL OF EXEMPT PROPERTY IN THE LOWER

03:56PM 12 RIGHT?

03:56PM 13 A.   $147,108.

03:56PM 14 Q.   SO OF THE $151,000 IN PERSONAL PROPERTY, APPROXIMATELY

03:56PM 15 $147,000 IS EXEMPT?

03:56PM 16 A.   RIGHT.

03:56PM 17 Q.   AND MS. GILG ASKED YOU ABOUT SOME OF THE NEGATIVES OF

03:56PM 18 FILING FOR BANKRUPTCY.  DO YOU REMEMBER THAT?

03:56PM 19 A.   I THINK SO.

03:56PM 20 Q.   I THINK SHE BEGAN BY SAYING SOMETHING LIKE ONE OF THE

03:56PM 21 NEGATIVES IS THAT THE DEBTOR LOSES ALL OF HIS NONEXEMPT ASSETS?

03:56PM 22 A.   RIGHT, I DO REMEMBER THAT.

03:56PM 23 Q.   AND BY LOSING THAT I THINK IT MEANS IT'S LIQUIDATED, IS

03:56PM 24 THAT HOW YOU WOULD UNDERSTAND?

03:56PM 25 A.   YEAH.  I MEAN, IT'S NOT NECESSARILY LOSING BECAUSE THE

03:56PM 1    DEBTOR FILES THE BANKRUPTCY CASE AND THAT CREATES THE

03:57PM 2    BANKRUPTCY ESTATE LIKE WE SAID.  SO IT'S NOT THE DEBTOR'S

03:57PM 3    PROPERTY NECESSARILY ANYMORE.  AND THE TRUSTEE DETERMINES WHAT

03:57PM 4    VALUE WOULD BE ABOVE ANY EXEMPTION.  AND SO ALL OF THE EXEMPT

03:57PM 5    PROPERTY THE DEBTOR GETS TO KEEP, QUOTE, "KEEP."  BUT ANYTHING

03:57PM 6    ELSE THE TRUSTEE CAN LIQUIDATE.

03:57PM 7          AND EVEN IF THERE IS LIKE A PORTION OF THE VALUE OF A

03:57PM 8    PIECE OF PROPERTY THAT IS EXEMPT AND PART IS NOT, THE TRUSTEE

03:57PM 9    CAN STILL LIQUIDATE THAT PROPERTY, GIVE THE DEBTOR THE VALUE

03:57PM 10   THAT THEY WOULD HAVE BEEN ALLOWED TO EXEMPT, AND THEN KEEP THE

03:57PM 11   REST FOR DISTRIBUTION TO CREDITORS.

03:57PM 12   Q.   WHAT ABOUT PROPERTY THAT THE TRUSTEE NEVER FINDS OUT

03:57PM 13   ABOUT, DOES THAT BECOME PART OF THE ESTATE?

03:57PM 14   A.   YEAH.  BY OPERATION OF THE BANKRUPTCY CODE ITS EVERYTHING

03:57PM 15   THAT THE DEBTOR OWNED AT THE TIME OF FILING.  SO EVEN IF THEY

03:57PM 16   DIDN'T LIST IT, TECHNICALLY THAT WOULD BE PROPERTY OF THE

03:58PM 17   BANKRUPTCY ESTATE.  THAT'S PART OF THE REASON WHY DISCLOSURE IS

03:58PM 18   SO IMPORTANT BECAUSE THE TRUSTEE NEEDS TO KNOW WHAT THEY NEED

03:58PM 19   TO EVALUATE.  AND IF THEY DON'T KNOW ABOUT IT, THEY CAN'T

03:58PM 20   EVALUATE IT.

03:58PM 21   Q.   SO IF I UNDERSTAND YOU CORRECTLY, IT WOULD BE TECHNICALLY

03:58PM 22   PART OF THE DEBTOR'S ESTATE, BUT IT WOULDN'T BE PART OF THE

03:58PM 23   TRUSTEE'S CALCULATION BECAUSE THE TRUSTEE DOESN'T KNOW ABOUT

03:58PM 24   IT?

03:58PM 25   A.   RIGHT.

03:58PM 1               MR. SIMEON:  NO FURTHER QUESTIONS.  THANK YOU, YOUR

03:58PM 2  HONOR.

03:58PM 3               THE COURT:  MS. GILG?

03:58PM 4               MS. GILG:  I HAVE NOTHING.

03:58PM 5               THE COURT:  MR. NICK?

03:58PM 6               MR. NICK:  I HAVE A COUPLE OF QUESTIONS BASED ON

03:58PM 7  THIS.

03:58PM 8                     **RECROSS-EXAMINATION**

03:58PM 9  BY MR. NICK:

03:58PM 10  Q.  MR. LAFFREDI, LET'S GO BACK TO THE ISSUE OF GIFTS.

03:58PM 11              MR. SIMEON:  OBJECTION, YOUR HONOR.  BEYOND THE

03:58PM 12  SCOPE.

03:58PM 13              THE COURT:  I DON'T THINK THIS WAS COVERED.

03:58PM 14              MR. NICK:  OH, IT WAS, YOUR HONOR, THE COVERAGE --

03:58PM 15  WHICH ASSETS CAN BE USED TO PAY FOR THE DEBTS WAS JUST COVERED,

03:58PM 16  AND I WANT TO ASK ONE SIMPLE QUESTION ON THAT TOPIC.

03:58PM 17              THE COURT:  WELL, THAT'S NOT GIFTS BUT GO AHEAD AND

03:58PM 18  ASK YOUR QUESTION.

03:58PM 19              MR. NICK:  ALL RIGHT.

03:58PM 20  Q.  CAN GIFTS BE USED, TAKEN FROM THE PERSON WHO THEY WERE

03:59PM 21  GIFTED TO, AND THEN USED TO PAY THE DEBTOR'S DEBT?

03:59PM 22  A.  ONE OF THE POWERS OF THE TRUSTEE IS TO BE ABLE TO BRING

03:59PM 23  BACK, CLAW BACK PROPERTY THAT WAS TRANSFERRED PRIOR TO THE

03:59PM 24  FILING.

03:59PM 25              SO DEPENDING ON IF THE GIFT WOULD FIT WITHIN THOSE

03:59PM 1  PARAMETERS, POSSIBLY.

03:59PM 2  Q.   AND WHAT ARE THOSE PARAMETERS?

03:59PM 3  A.   I DON'T KNOW OFF THE TOP OF MY HEAD.  I DON'T KNOW.

03:59PM 4  Q.   THANK YOU VERY MUCH.

03:59PM 5       NOTHING FURTHER.

03:59PM 6            MR. SIMEON:  NOTHING FURTHER FROM THE GOVERNMENT.

03:59PM 7            THE COURT:  ANYTHING FURTHER?

03:59PM 8            MS. GILG:  NO, YOUR HONOR.

03:59PM 9            THE COURT:  MAY THIS WITNESS BE EXCUSED?

03:59PM 10           MR. NICK:  YES, YOUR HONOR.

03:59PM 11           MR. SIMEON:  YES, YOUR HONOR.

03:59PM 12           THE COURT:  THANK YOU.  YOU'RE EXCUSED.

03:59PM 13           THE WITNESS:  THANK YOU, YOUR HONOR.

03:59PM 14           THE COURT:  AND THE GOVERNMENT HAS ANOTHER WITNESS

03:59PM 15  TO CALL?

03:59PM 16           MR. SCHENK:  YES, YOUR HONOR.  THE UNITED STATES

03:59PM 17  CALLS CHARLES GREENE.

04:00PM 18           THE COURT:  SIR, IF YOU WOULD COME FORWARD, PLEASE,

04:00PM 19  AND FACE OUR COURTROOM DEPUTY WHILE YOU RAISE YOUR RIGHT HAND,

04:00PM 20  SHE HAS A QUESTION FOR YOU.

04:00PM 21           THE WITNESS:  ALL RIGHT.

04:00PM 22       **(GOVERNMENT'S WITNESS, CHARLES GREENE, WAS SWORN.)**

04:00PM 23           THE WITNESS:  YES.

04:00PM 24           THE COURT:  PLEASE HAVE A SEAT HERE, SIR, AND MAKE

04:00PM 25  YOURSELF COMFORTABLE.

04:00PM 1          THE WITNESS:  SURE.

04:00PM 2          THE COURT:  FEEL FREE TO ADJUST THE CHAIR AND THE

04:00PM 3    MICROPHONE AS YOU NEED.

04:00PM 4        I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

04:00PM 5        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

04:00PM 6    AND THEN SPELL IT, PLEASE.

04:00PM 7          THE WITNESS:  YES, YOUR HONOR.  MY NAME IS

04:00PM 8    CHARLES GREENE.  C-H-A-R-L-E-S.  LAST NAME IS GREENE.

04:00PM 9    G-R-E-E-N-E.

04:00PM 10          THE COURT:  THANK YOU.  COUNSEL.

04:00PM 11          MR. SCHENK:  JUST ONE MOMENT, YOUR HONOR.  THANK

04:00PM 12    YOU.

04:00PM 13        (DISCUSSION OFF THE RECORD.)

04:00PM 14                     **DIRECT EXAMINATION**

04:00PM 15    BY MR. SCHENK:

04:00PM 16    Q.   GOOD AFTERNOON, MR. GREENE.  HOW ARE YOU?

04:01PM 17    A.   I'M WELL, THANK YOU.

04:01PM 18    Q.   WE HAVE NOT MET BEFORE THIS AFTERNOON; IS THAT RIGHT?

04:01PM 19    A.   THAT IS CORRECT.

04:01PM 20    Q.   I'M GOING TO ASK YOU SOME QUESTIONS, BUT BEFORE I DO,

04:01PM 21    THERE'S A BINDER OF DOCUMENTS IN FRONT OF YOU.  WOULD YOU

04:01PM 22    OPEN -- DO YOU SEE THE BINDER?

04:01PM 23    A.   THIS BINDER (INDICATING)?

04:01PM 24    Q.   YES.  DO YOU SEE A TAB MARKED EXHIBIT NUMBER 1 IN THAT

04:01PM 25    BINDER?

04:01PM 1     A.   YES, I DO.

04:01PM 2     Q.   I'M GOING TO ASK YOU TO JUST TAKE A MOMENT AND LOOK

04:01PM 3     THROUGH EXHIBIT NUMBER 1 AND REFRESH YOUR MEMORY AND TELL ME IF

04:01PM 4     THAT DOCUMENT LOOKS FAMILIAR TO YOU AT ALL.

04:02PM 5     A.   IT DOES LOOK FAMILIAR TO ME.

04:02PM 6     Q.   IT DOES.  ARE YOU CURRENTLY EMPLOYED?

04:02PM 7     A.   SELF-EMPLOYED.

04:02PM 8     Q.   AND HOW ARE YOU EMPLOYED?

04:02PM 9     A.   I'M AN ATTORNEY.

04:02PM 10    Q.   WHAT AREAS DO YOU PRACTICE LAW?

04:02PM 11    A.   BANKRUPTCY LAW.

04:02PM 12    Q.   EXCLUSIVELY BANKRUPTCY?

04:02PM 13    A.   YES.

04:02PM 14    Q.   HOW LONG HAVE YOU PRACTICED BANKRUPTCY LAW?

04:02PM 15    A.   SINCE 1980, '81.

04:02PM 16    Q.   THERE ARE A FEW PARTIES IN BANKRUPTCY.  CREDITORS,

04:02PM 17    DEBTORS.  DO YOU REPRESENT DEBTORS OR ARE YOU A CHAPTER 7

04:02PM 18    TRUSTEE, OR HAVE YOU WORN SEVERAL HATS?

04:02PM 19    A.   I PRINCIPALLY IN MY CAREER HAVE REPRESENTED DEBTORS.  I

04:02PM 20    HAVE REPRESENTED A FEW CREDITORS IN THE LAST NUMBER OF YEARS.

04:02PM 21    Q.   OKAY.  HAVE YOU REPRESENTED THE KUBUROVICHES, MR. AND

04:03PM 22    MRS. KUBUROVICH?

04:03PM 23    A.   YES.

04:03PM 24    Q.   AND DID YOU REPRESENT THEM IN A PERSONAL BANKRUPTCY

04:03PM 25    FILING?

04:03PM 1     A.   YES.

04:03PM 2     Q.   WHEN YOU ESTABLISH AN ATTORNEY-CLIENT RELATIONSHIP WITH

04:03PM 3     SOMEONE, SOMEONE COMES TO YOU AND IS THINKING ABOUT HIRING YOU

04:03PM 4     TO HELP THEM FILE BANKRUPTCY, WHAT IS INVOLVED IN THAT PROCESS?

04:03PM 5     NOT SPECIFICALLY MR. AND MRS. KUBUROVICH.  BUT JUST GENERALLY

04:03PM 6     WHAT HAPPENS?

04:03PM 7     A.   WELL, IT'S USUALLY INITIATED BY A PHONE CALL TO SCHEDULE

04:03PM 8     AN APPOINTMENT.

04:03PM 9     Q.   DO YOU TAKE NOTES ON THAT PHONE CALL?

04:03PM 10    A.   GENERALLY I DON'T.

04:03PM 11    Q.   OKAY.  DOES THAT PHONE CALL GO TO YOU OR DO YOU HAVE AN

04:03PM 12    ASSISTANT?

04:03PM 13    A.   OVER THE YEARS?

04:03PM 14    Q.   YES, OVER THE YEARS.  HAS YOUR PRACTICE CHANGED?

04:03PM 15    A.   WELL, I'VE ADOPTED THE PHILOSOPHY THAT I'M THE ATTORNEY,

04:03PM 16    AND SO I ANSWER MY OWN PHONE.  I'VE DONE THAT FOR ABOUT THE

04:03PM 17    LAST 15 OR 16 YEARS.  I'VE HAD A STAFF OF ONE OR TWO

04:03PM 18    SECRETARIES DURING MY ENTIRE CAREER, AND I PRESENTLY HAVE ONE.

04:04PM 19         BUT I THINK IT'S MORE EFFICIENT THAT IF A CALL COMES IN

04:04PM 20    FROM A PROSPECTIVE CLIENT, THAT I SPEAK TO THEM FIRST TO GET A

04:04PM 21    FEEL ARE THEY REALLY LOOKING FOR BANKRUPTCY?  AND THEN IF

04:04PM 22    APPROPRIATE, YOU KNOW, AN APPOINTMENT IS MADE.

04:04PM 23    Q.   OKAY.  SO DURING THE PHONE CALL, IS IT YOUR PRACTICE TO

04:04PM 24    TAKE NOTES WHEN YOU'RE TALKING TO SOMEONE BEFORE YOU'VE DECIDED

04:04PM 25    WHETHER THEY REALLY ARE GOING TO FILE BANKRUPTCY OR IF YOU'RE

04:04PM  1    GOING TO REPRESENT THEM IN THE PROCESS, DO YOU TAKE NOTES ON

04:04PM  2    THIS INITIAL PHONE CALL?

04:04PM  3    A.   GENERALLY NOT.

04:04PM  4    Q.   OKAY.  IF THE CONVERSATION LEADS YOU TO CONCLUDE WE SHOULD

04:04PM  5    HAVE AN IN-PERSON MEETING?

04:04PM  6    A.   UH-HUH.

04:04PM  7    Q.   DO THEY GENERALLY COME TO YOUR OFFICE OR DO YOU GO TO

04:04PM  8    THEM?

04:04PM  9    A.   THEY GENERALLY COME TO MY OFFICE.

04:04PM  10   Q.   OKAY.  ARE THERE PAPERS THAT ARE CREATED DURING THAT

04:04PM  11   MEETING?

04:04PM  12   A.   WHEN YOU SAY "CREATED"?

04:04PM  13   Q.   DO YOU HAVE AN INTAKE FORM THAT YOU ASK THEM TO FILL OUT

04:04PM  14   OR THAT YOU FILL OUT WHEN YOU'RE HAVING A CONVERSATION WITH

04:05PM  15   THEM OR A DOCUMENT SOMEWHAT SIMILAR TO THAT?

04:05PM  16   A.   I DO NOT HAVE AN INTAKE FORM.  SOME ATTORNEYS DO, BUT I

04:05PM  17   DON'T.

04:05PM  18   Q.   OKAY.

04:05PM  19   A.   AND WHAT I DO ESSENTIALLY IS ASK THEM QUESTIONS CONCERNING

04:05PM  20   THE MAJOR TOPICS OF BANKRUPTCY ASSETS AND LIABILITIES.

04:05PM  21   Q.   OKAY.  DO YOU TAKE NOTES?

04:05PM  22   A.   SOMETIMES.

04:05PM  23   Q.   WHAT MAKES THE DIFFERENCE WHEN YOU TAKE NOTES AND WHEN YOU

04:05PM  24   DON'T?  IF YOU DON'T ALWAYS TAKE NOTES, WHY DON'T YOU IN THE

04:05PM  25   INSTANCES WHEN YOU --

04:05PM 1    A.   IF IT BECOMES APPARENT TO ME EARLY ON IN THE

04:05PM 2    CONVERSATION -- WHEN I SAY THAT, I MEAN WITHIN THE FIRST 10 TO

04:05PM 3    15 MINUTES -- THAT THEY PROBABLY DON'T NEED A BANKRUPTCY

04:05PM 4    ATTORNEY, I'M NOT GOING TO BE TAKING NOTES.

04:05PM 5         BUT IF I CONCLUDE THAT MY SERVICES WOULD BE APPROPRIATE,

04:05PM 6    THEN I'LL GENERALLY BEGIN TAKING NOTES.

04:05PM 7    Q.   OKAY.  AFTER THAT FIRST MEETING, IF IT IS DECIDED THAT

04:06PM 8    THEY'RE GOING TO RETAIN YOU, DO YOU HAVE AN AGREEMENT OR LETTER

04:06PM 9    THAT YOU SIGN WITH YOUR CLIENT TO MEMORIALIZE THIS

04:06PM 10   ATTORNEY-CLIENT RELATIONSHIP?

04:06PM 11   A.   NORMALLY I DO.  I SEND OUT A LETTER CONFIRMING THE FEE

04:06PM 12   ARRANGEMENT AND THAT IT BROADLY OUTLINES THE PROCESS, AND THAT

04:06PM 13   -- I EMPHASIZE THAT WE HAVE TO GO TO COURT.  BANKRUPTCY IS NOT

04:06PM 14   A PROCESS PROVIDED.  THE ATTORNEY IS THE MOUTHPIECE.  I JUST

04:06PM 15   DON'T SHOW UP IN COURT BY MYSELF.  THEY HAVE TO PARTICIPATE.

04:06PM 16        AND I GENERALLY OUTLINE WHETHER IT'S CHAPTER 7, 13 OR 11,

04:06PM 17   I DO ALL TYPES OF BANKRUPTCY, WHAT THAT PROCESS CONSISTS OF AND

04:06PM 18   WHAT THEIR OBLIGATION IS TO SHOW UP IN COURT WITH ME AND TO

04:06PM 19   TESTIFY TO A TRUSTEE IF IT'S A CHAPTER 7 OR 13.

04:06PM 20        IF IT'S A CHAPTER 11, WHAT THAT REORGANIZATION PROCESS

04:07PM 21   INVOLVES.

04:07PM 22   Q.   AND AFTER THE ENGAGEMENT OR AGREEMENT LETTER HAS BEEN

04:07PM 23   SIGNED OR THEY'VE ACCEPTED THE FEE, HOW DO YOU GET THE

04:07PM 24   INFORMATION FROM THEM THAT YOU NEED TO COMPLETE THE PAPERWORK?

04:07PM 25   A.   WELL, OVER THE YEARS IT'S EITHER WITH THE INTERNET AN

04:07PM 1    E-MAIL.  I'LL SEND THEM A QUESTIONNAIRE, AND IT WILL SAY THESE

04:07PM 2    ARE THE AREAS OF INFORMATION THAT I NEED IN ORDER TO PREPARE A

04:07PM 3    CHAPTER 7 OR A CHAPTER 13 OR A CHAPTER 11.

04:07PM 4        AND THEN I -- CUSTOMARILY I'LL MEET WITH THEM AFTER THEY

04:07PM 5    PROVIDE ME WITH THE INFORMATION TO GO OVER IF I HAVE QUESTIONS

04:07PM 6    CONCERNING IT OR IF THERE WERE ITEMS THAT THEY DIDN'T

04:07PM 7    UNDERSTAND AND THEY SIMPLY SAID, WE'LL DISCUSS WITH YOU,

04:07PM 8    MR. GREENE, WE'LL MEET WITH YOU, AND WE DON'T KNOW WHAT THE

04:07PM 9    APPROPRIATE ANSWER WILL BE.  SO THERE'S A FACE-TO-FACE MEETING

04:07PM 10   THAT TAKES PLACE.

04:07PM 11   Q.   OKAY.  IN THE EXAMPLE OF A CHAPTER 7 FILING, DO YOU

04:07PM 12   RECEIVE THE E-MAIL OR THE COMMUNICATION FROM THE CLIENT THAT

04:08PM 13   CONTAINS ANSWERS TO THE QUESTIONS AND THEN HAVE AN IN-PERSON

04:08PM 14   MEETING WITH THE CLIENT BEFORE YOU BEGIN FILLING OUT THE

04:08PM 15   PAPERWORK?

04:08PM 16   A.   NOT NECESSARILY.  SOME OF MY CHAPTER 7 CLIENTS THE

04:08PM 17   INFORMATION IS CLIENT -- IN MY OPINION IT'S COMPLETE, AND I

04:08PM 18   PREPARE A DRAFT OF THE CHAPTER 7 DOCUMENTATION, AND I FORWARD

04:08PM 19   THAT DRAFT TO THE CLIENT AND TELL THEM THIS IS AN INITIAL

04:08PM 20   DRAFT.  WE NEED TO MEET AND DISCUSS THE INFORMATION.

04:08PM 21   Q.   AND WHY DO YOU SEND THEM A DRAFT BEFORE YOU FILE IT?

04:08PM 22   A.   I THINK IT'S MORE EFFICIENT BECAUSE I'M TRYING TO OBTAIN

04:08PM 23   COMPLETENESS OF THE INFORMATION AND ALSO I WANT TO MEET WITH

04:08PM 24   THEM.  THEY HAVE TO SIGN THE CHAPTER 7 DOCUMENTS, OR WHATEVER

04:08PM 25   TYPE OF BANKRUPTCY IT IS, AND MY PRACTICE HAS BEEN TO HAVE

04:08PM  1    THOSE DOCUMENTS SIGNED IN MY PRESENCE.

04:08PM  2        SO I DON'T SIMPLY SEND THEM A DRAFT AND THEN SAY CALL ME

04:09PM  3    AND TELL ME IT'S OKAY AND I AM GOING TO FILE IT.  THEY HAVE TO

04:09PM  4    SIGN THE DOCUMENTATION OF BANKRUPTCY.

04:09PM  5    Q.   AND SO YOU HAVE AT LEAST ONE IN-PERSON MEETING WITH EVERY

04:09PM  6    CLIENT THAT YOU FILE CHAPTER 7 BANKRUPTCIES; IS THAT FAIR?

04:09PM  7    A.   YES.

04:09PM  8    Q.   AND WHEN YOU SEND YOUR CLIENTS THE DRAFT, DO YOU EXPRESS

04:09PM  9    TO THEM THE IMPORTANCE OF THE CLIENT REVIEWING THE CONTENTS OF

04:09PM  10   THE DRAFT?

04:09PM  11   A.   YES.

04:09PM  12   Q.   WHY?

04:09PM  13   A.   WELL, I WANTED TO MAKE SURE THAT THE INFORMATION THAT

04:09PM  14   THEY'VE PROVIDED TO ME IS COMPLETE.  AND WHEN I USE THE WORD

04:09PM  15   "COMPLETE," TO THE EXTENT THAT THEY UNDERSTAND WHAT I'M

04:09PM  16   SEEKING.  I'M ASKING DO YOU -- IS YOUR ANSWER COMPLETE?  AND I

04:09PM  17   NEED TO MEET WITH YOU TO GO OVER THE DOCUMENTS SO YOU CAN SIGN

04:09PM  18   THEM.

04:09PM  19   Q.   OKAY.  AND WHEN YOU HAVE THIS MEETING, THE REVIEW OF THE

04:09PM  20   DRAFT MEETING --

04:09PM  21   A.   YES.

04:09PM  22   Q.   -- IS IT YOUR PRACTICE TO TAKE NOTES?

04:09PM  23   A.   SOMETIMES.

04:09PM  24   Q.   WHAT HELPS MAKE THAT DISTINCTION WHEN YOU DECIDE TO TAKE

04:10PM  25   NOTES OR ON THESE REVIEW OF DRAFTS WHEN YOU DECIDE NOT TO TAKE

04:10PM  1    NOTES?  IS THERE AN EVENT OR A THING THAT HAPPENS THAT SAYS

04:10PM  2    THIS IS THE KIND OF MEETING I NEED TO TAKE NOTES ON?

04:10PM  3    A.   WELL, IN GOING OVER A DRAFT, IF THE CLIENT SAYS I DIDN'T

04:10PM  4    UNDERSTAND THAT QUESTION OR I'M NOT CERTAIN, MR. GREENE, IF

04:10PM  5    THAT'S THE INFORMATION YOU'RE SEEKING, I WILL MAKE A NOTE OF

04:10PM  6    THAT SO I'M AWARE OF THE CHANGE POSSIBLY OR THE ADDITION OF

04:10PM  7    INFORMATION BECAUSE I CAN'T REMEMBER IT ALL.

04:10PM  8    Q.   SURE.  DO YOU EVER GET QUESTIONS FROM YOUR CLIENTS IN

04:10PM  9    CHAPTER 7 BANKRUPTCY FILINGS OVER E-MAIL?

04:10PM  10   A.   YES.

04:10PM  11   Q.   AND DO YOU RESPOND TO THOSE QUESTIONS OVER E-MAIL?

04:10PM  12   A.   I TRY.

04:10PM  13   Q.   AND DO YOU SAVE THOSE E-MAILS?

04:10PM  14   A.   SOMETIMES.

04:11PM  15   Q.   WHAT --

04:11PM  16   A.   WELL, SOMETIMES I'M READING THE E-MAIL, AND I'VE GOT THE

04:11PM  17   DOCUMENT OUT THAT THEY'RE ASKING ME ABOUT, AND I PULL THE

04:11PM  18   DOCUMENT OUT, AND I JUST MAKE THE CHANGE.  IN OTHER WORDS, I

04:11PM  19   DON'T PRINT THE E-MAIL AND PUT IT IN THE FILE.  I'LL MAKE THAT

04:11PM  20   CHANGE BASED ON THE E-MAIL THAT THEY SEND ME.

04:11PM  21   Q.   HOW ABOUT YOUR SERVICE, YOUR INTERNET SERVICE PROVIDER, DO

04:11PM  22   THEY RETAIN YOUR E-MAILS?  HAS THAT CHANGED OVER TIME?

04:11PM  23            MS. GILG:  OBJECTION.  THIS CALLS FOR DISCOVERY,

04:11PM  24   YOUR HONOR.

04:11PM  25            THE COURT:  OVERRULED.

04:11PM  1    BY MR. SCHENK:

04:11PM  2    Q.   YOU SAID YOU DON'T PRINT OUT THE E-MAILS?

04:11PM  3    A.   RIGHT.

04:11PM  4    Q.   SO I'M WONDERING IF THERE WASN'T A PRINTED COPY, DOES THAT

04:11PM  5    MEAN THERE WOULDN'T BE A COPY?

04:11PM  6    A.   I DON'T KNOW.

04:11PM  7    Q.   OKAY.  HAVE YOU EVER FILED A CHAPTER 7 PETITION FOR A

04:11PM  8    CLIENT WITHOUT HAVING THEM SIGN THE DOCUMENT IN FRONT OF YOU?

04:11PM  9    A.   NO.

04:11PM  10   Q.   HAVE YOU EVER FILED A CHAPTER 7 PETITION FOR A CLIENT

04:11PM  11   WITHOUT HAVING A MEETING WITH THEM IN PERSON WHERE YOU ASSURE

04:12PM  12   YOURSELF THAT THEY UNDERSTAND THE QUESTIONS AND PROVIDED

04:12PM  13   ACCURATE ANSWERS?

04:12PM  14   A.   YES.

04:12PM  15   Q.   YOU HAVE HAD THOSE FILINGS BEFORE?

04:12PM  16   A.   UH-HUH.

04:12PM  17   Q.   DESCRIBE THAT SITUATION TO ME, PLEASE?

04:12PM  18   A.   WELL, AN EXAMPLE WOULD BE WHAT I CALL AN EMERGENCY FILING.

04:12PM  19   AS AN EXAMPLE, DURING THE FINANCIAL CRISIS THAT HAPPENED

04:12PM  20   BETWEEN 2010 AND 2013, '14 WHERE PEOPLE'S HOMES WERE BEING

04:12PM  21   FORECLOSED ON, I WOULD LITERALLY GET A PHONE CALL, BY WAY OF AN

04:12PM  22   EXAMPLE, BY A CLIENT SAYING OUR HOME IS GOING TO BE FORECLOSED

04:12PM  23   ON TOMORROW AT 10:00 A.M., AND WE WERE GIVEN YOUR NAME BY

04:12PM  24   SOMEONE ELSE.  IT'S 3:30 P.M. AND WHAT CAN WE DO?

04:12PM  25        AND I'D EXPLAIN TO THEM THAT WHAT THE PROCESS IS, THAT

04:12PM 1    THEY HAVE TO TAKE AN EDUCATION COURSE ON LINE.  IN ORDER TO

04:12PM 2    FILE AN EMERGENCY CASE, ALL WE NEED IS THE PETITION BECAUSE

04:13PM 3    THEN WHEN YOU FILE A PETITION IT STOPS FORECLOSURE.  IT'S

04:13PM 4    CALLED AN AUTOMATIC STAY.

04:13PM 5         AND I'LL ASK THE CLIENT I'M GOING TO SEND YOU THE PETITION

04:13PM 6    BASED ON THE INFORMATION THAT YOU GIVE ME, YOUR NAME, YOUR

04:13PM 7    ADDRESS, YOUR SOCIAL SECURITY NUMBERS, ET CETERA, I'M GOING TO

04:13PM 8    E-MAIL THIS TO YOU.  I WANT YOU TO SCAN IT WITH YOUR SIGNATURE

04:13PM 9    AND GET IT BACK TO ME.

04:13PM 10        AND ONCE I HAVE THAT SCAN OF YOUR SIGNATURE OR IF IT'S A

04:13PM 11   MARRIED COUPLE, THE TWO SIGNATURES, I WILL THEN FILE YOUR

04:13PM 12   PETITION, BUT I WANT THE HARD COPY SENT TO MY LAW OFFICE.

04:13PM 13   Q.   OTHER THAN THE EXAMPLE YOU GAVE OF AN EMERGENCY FILING TO

04:13PM 14   OBTAIN THE AUTOMATIC STAY, HAVE YOU EVER FILED A CHAPTER 7 ON

04:13PM 15   BEHALF OF A CLIENT WHERE YOU DID NOT HAVE AN IN-PERSON MEETING

04:13PM 16   WITH THAT CLIENT AND ASSURE YOURSELF THAT THEY UNDERSTOOD THE

04:13PM 17   QUESTIONS ON THE FORM AND THE ACCURATE -- THE IMPORTANCE OF THE

04:14PM 18   ACCURACY OF THEIR ANSWERS?

04:14PM 19   A.   I DON'T BELIEVE SO.

04:14PM 20   Q.   IN YOUR ANSWER DESCRIBING THIS EMERGENCY SITUATION, YOU

04:14PM 21   SAID THAT THE PERIOD OF TIME BETWEEN 2010 AND 2014 WHEN THERE

04:14PM 22   WERE A LOT OF HOME FORECLOSURES --

04:14PM 23   A.   UH-HUH.

04:14PM 24   Q.   DO YOU THINK THAT THE RECESSION MAY HAVE STARTED A COUPLE

04:14PM 25   YEARS EARLIER THAN THAT?  I'M KIND OF CURIOUS ABOUT THE DATE

1   RANGE THAT YOU PICKED?

2   A.   WELL, YES, I DO THINK THAT THE RECESSION STARTED BEFORE

3   THEN.  I DO HAVE A NON-PROFESSIONAL INTEREST IN THE ECONOMY

4   ANYWAY.

5        BEGINNING IN 2009, 2009, 2010, IN SANTA CLARA COUNTY,

6   WHICH IS WHERE I GENERALLY PRACTICE -- LIMIT MY PRACTICE TO

7   CASES IN SANTA CLARA COUNTY, THAT THERE WAS A SEVERE, SEVERE

8   DOWNTURN, AN ECONOMIC DOWNTURN.

9   Q.   IT BECAME CLEAR ONLY IN 2009, IS THAT WHAT YOU'RE SAYING?

10  A.   WELL, THE CASE -- IF YOU WERE TO GO TO THE CLERK'S OFFICE

11  IN THIS BUILDING ON THE THIRD FLOOR WHERE THE BANKRUPTCY COURT

12  IS, AND YOU ASKED THEM A STATISTIC OF WHEN DID THE CASE LOAD

13  OVER THE LAST DECADE BEGIN TO GO UP?  I'M CERTAIN THEY'LL TELL

14  YOU '09, '10, '11, '12, '13.  I THINK THE BANKRUPTCIES

15  NATIONALLY CAPPED OUT IN 2013, 2014.

16  Q.   SO YOU'RE TALKING ABOUT KIND OF THE INCREASE IN BANKRUPTCY

17  FILINGS, NOT NECESSARILY WHEN THE GREAT RECESSION HAPPENED?

18  A.   CORRECT, YES.

19  Q.   THANK YOU.  IN THE DOCUMENT IN FRONT OF YOU, WOULD YOU

20  TURN TO WHAT IS NUMBER 1-3, THE THIRD PAGE OF EXHIBIT NUMBER 1.

21       AND IF WE COULD PUBLISH 1-3 TO THE JURY, YOUR HONOR.

22            THE COURT:  YES.

23  BY MR. SCHENK:

24  Q.   ON THE LEFT SIDE OF THE DOCUMENT THERE'S A DOCUMENT AND IN

25  THE MIDDLE OF THE PAGE THERE'S A SLASH S SLASH, AND THEN I

04:15PM 1    THINK YOUR NAME; IS THAT CORRECT?

04:15PM 2    A.    THAT IS CORRECT.

04:15PM 3    Q.    IS IT YOUR PRACTICE TO FILE CHAPTER 7 PETITIONS

04:16PM 4    ELECTRONICALLY?

04:16PM 5    A.    WELL, BEGINNING IN 2005, I THINK, THE COURTS REQUIRED

04:16PM 6    MEMBERS OF THE BAR WHO PRACTICED BANKRUPTCY TO FILE

04:16PM 7    ELECTRONICALLY.

04:16PM 8    Q.    SO YOU FILED THIS PETITION ELECTRONICALLY; IS THAT RIGHT?

04:16PM 9    A.    I BELIEVE SO, YES, SIR.  YES, SIR.

04:16PM 10   Q.    AND ABOVE THE BOX THAT IS NOW HIGHLIGHTED ON THE SCREEN,

04:16PM 11   IS THERE ALSO A SLASH S SLASH FOR THE TWO NAMES OF THE DEBTORS?

04:16PM 12   DO YOU SEE THAT?

04:16PM 13   A.    YES, I DO.

04:16PM 14   Q.    DO YOU HAVE IN YOUR OFFICE A WET INK VERSION OF THIS PIECE

04:16PM 15   OF PAPER, THIS PAGE?

04:16PM 16   A.    I DO NOT.

04:16PM 17   Q.    WHY NOT?

04:16PM 18   A.    IT'S MY PRACTICE, MY BUSINESS PRACTICE THAT I DESTROY OR

04:16PM 19   SHRED MY BANKRUPTCY FILES AFTER GENERALLY THREE YEARS AFTER A

04:16PM 20   CASE IS FILED, AND I DO THAT FOR TWO REASONS.  ONE IS ECONOMIC.

04:17PM 21   TO STORE FILES IS COSTLY.

04:17PM 22        BUT THE OTHER MORE PERTINENT, I THINK, IS THE BANKRUPTCY

04:17PM 23   COURT WITH THE ELECTRONIC FILING SYSTEM MAINTAINS IN PERPETUITY

04:17PM 24   THE FILINGS, ALL OF THE DOCUMENTS THAT AN ATTORNEY WOULD FILE

04:17PM 25   WITH THE COURT.

04:17PM 1      Q.  DO YOU LINK YOUR DESTRUCTION DATE TO THE DATE THAT THE

04:17PM 2      PETITION IS FILED, NOT THE DATE OF DISCHARGE?

04:17PM 3      A.  I DO BOTH ACTUALLY.

04:17PM 4          IN SOME OF MY FILES IN CHAPTER 7 IT WILL BE THREE YEARS

04:17PM 5      FROM THE DISCHARGE DATE, AND I SO STATE THAT TO THE CLIENT.

04:17PM 6          IN OTHERS WHERE CASES INVOLVING MY WORK AS THE BANKRUPTCY

04:17PM 7      ATTORNEY AS OPPOSED TO WHAT IS CALLED THE SPECIAL COUNSEL

04:17PM 8      HANDLING ADVERSARY PROCEEDINGS, IF THOSE ADVERSARY PROCEEDINGS

04:17PM 9      ARE CONTINUING FOR AN EXTENDED PERIOD OF TIME, I DON'T MAINTAIN

04:17PM 10     MY FILES.  I GO BACK TO THE FACT THAT THE ELECTRONIC CORE

04:18PM 11     FILING SYSTEM, ECF, HAS ALL OF THE RECORDS THAT I WOULD HAVE TO

04:18PM 12     RECALL, IF YOU WILL, OF CLIENTS OF MR. GREENE.  I NEED A COPY

04:18PM 13     OF THE DOCUMENTS THAT YOU FILED ON MY BEHALF.

04:18PM 14     Q.  SO IF THE DOCKET HAS ADVERSARY PROCEEDINGS, YOU DESTROY

04:18PM 15     THREE YEARS AFTER THE PETITION?

04:18PM 16     A.  NORMALLY I DO THAT, YES, SIR.

04:18PM 17     Q.  BUT IF IT HAS NO ADVERSARY PROCEEDINGS, YOU WAIT UNTIL

04:18PM 18     THERE'S DISCHARGE?

04:18PM 19     A.  CORRECT.

04:18PM 20     Q.  PLUS THREE?

04:18PM 21     A.  YES, SIR.

04:18PM 22     Q.  SO IN THIS CASE DO YOU HAVE FILES STILL?

04:18PM 23     A.  NO, SIR, I DO NOT.

04:18PM 24     Q.  I WOULD LIKE YOU NOW TO TURN TO TAB 40.  I THINK IT MIGHT

04:18PM 25     BE IN THE SECOND BINDER.

04:18PM  1    A.    I HAVE ONE BINDER IN FRONT OF ME.

04:18PM  2             THE COURT:  YOU JUST HAVE ONE BINDER?

04:18PM  3             THE WITNESS:  YES, SIR.

04:18PM  4             MR. SCHENK:  YOUR HONOR, MAY I APPROACH?

04:18PM  5             THE COURT:  YES.

04:18PM  6             THE CLERK:  AND THAT WAS ADMITTED, YOUR HONOR.  THAT

04:18PM  7    WAS ADMITTED.

04:19PM  8             MR. SCHENK:  OH, I THINK IT'S ON THE CART.  SORRY.

04:19PM  9             THE WITNESS:  TAB 4-0?

04:19PM 10    BY MR. SCHENK:

04:19PM 11    Q.    YES, SIR.

04:19PM 12    A.    I HAVE THAT IN FRONT OF ME.

04:19PM 13             MR. SCHENK:  YOUR HONOR, I THINK EXHIBIT 40 WAS

04:19PM 14    ADMITTED EARLIER PURSUANT TO STIPULATION OF THE PARTIES.

04:19PM 15             THE COURT:  YES, AND IT MAY BE PUBLISHED.

04:19PM 16             MR. SCHENK:  THANK YOU, YOUR HONOR.

04:19PM 17        IF WE COULD PUBLISH EXHIBIT 40.

04:20PM 18    Q.    DO YOU RECOGNIZE THIS LETTER?

04:20PM 19    A.    YES.  IT'S ON MY LETTERHEAD, AND IT BEARS MY SIGNATURE.

04:20PM 20    Q.    OKAY.  ONE THING I NOTICED, I JUST WANTED TO ASK YOU

04:20PM 21    ABOUT, THE SUITE NUMBER, I THINK THE ADDRESS IS THE SAME FOR

04:20PM 22    YOU, BUT IF YOU COMPARE 1-3 AND EXHIBIT 40, THE SUITE CHANGED.

04:20PM 23        THAT'S STILL YOU; RIGHT?  YOU CHANGED OFFICES I PRESUME?

04:20PM 24    A.    THAT'S STILL ME.  THE LANDLORD MOVED US FROM ONE SUITE TO

04:20PM 25    ANOTHER.

04:20PM 1    Q.   DID YOU WRITE THIS ON BEHALF OF YOUR REPRESENTATION OF THE

04:20PM 2    KUBUROVICHES, MR. AND MRS. KUBUROVICH?

04:20PM 3    A.   YES.

04:20PM 4    Q.   AND IT LISTS IN THE REGARDING LINE A CASE NUMBER THAT'S

04:20PM 5    10-55471.  IS THAT THE CASE NUMBER FOR THE CHAPTER 7 BANKRUPTCY

04:20PM 6    PETITION THAT YOU ASSISTED IN THE FILING?

04:20PM 7    A.   CORRECT.

04:20PM 8    Q.   AND WHO IS CAROL WU?

04:20PM 9    A.   SHE WAS A BANKRUPTCY TRUSTEE, AND SHE WAS THE TRUSTEE IN

04:21PM 10   THIS PARTICULAR CHAPTER 7 CASE.

04:21PM 11   Q.   OKAY.  SO THAT'S THE PRIVATE CITIZEN, NOT SOMEONE AT THE

04:21PM 12   U.S. TRUSTEE'S OFFICE?

04:21PM 13   A.   CORRECT.

04:21PM 14   Q.   BUT THE PRIVATE CITIZEN WHO LOOKS FOR ASSETS IF YOU WILL?

04:21PM 15   A.   WELL, IN BANKRUPTCY CASES IN CHAPTER 7, THE COURT, THE

04:21PM 16   BANKRUPTCY COURT HAS A PANEL OF PERSONS THAT ARE TRUSTEES IN

04:21PM 17   CHAPTER 7, AND MS. WU WAS ONE OF THOSE PERSONS.

04:21PM 18   Q.   OKAY.  AND WHY DID YOU SEND HER THIS LETTER?

04:21PM 19   A.   INDEPENDENT OF READING THE LETTER, I DON'T KNOW.  I'M NOT

04:21PM 20   SURE I UNDERSTAND YOUR QUESTION.

04:21PM 21   Q.   WE CAN WALK THROUGH THE LETTER IF THAT WOULD BE EASIER.

04:21PM 22   THE FIRST SENTENCE SAYS THAT YOU REPRESENT THE KUBUROVICHES,

04:21PM 23   MR. BATZI.  DID YOU KNOW MR. KUBUROVICH ALSO BY THE NAME OF

04:21PM 24   BATZI?

04:21PM 25   A.   I DID.

04:21PM  1    Q.   YOU RECENTLY LEARNED OF AN OVERSEAS BANK ACCOUNT OF HIS

04:22PM  2    THAT WAS IN EXISTENCE AT THE TIME OF THE CHAPTER 7 FILING AND

04:22PM  3    THEN YOU REFERENCE THE DATE IN MAY OF 2010?

04:22PM  4    A.   CORRECT.

04:22PM  5    Q.   AND I'M CURIOUS ABOUT THE WORDS "RECENTLY LEARNED."

04:22PM  6         WHY DID YOU WRITE THAT?

04:22PM  7    A.   I DON'T KNOW.  THIS IS FOUR AND A HALF YEARS AGO.

04:22PM  8    Q.   WOULD YOU HAVE WRITTEN THAT FOR ANY OTHER REASON THAN

04:22PM  9    MR. KUBUROVICH TOLD YOU I RECENTLY LEARNED OF THIS BANK

04:22PM  10   ACCOUNT?

04:22PM  11             MS. GILG:  OBJECTION.  IT CALLS FOR SPECULATION.

04:22PM  12             THE COURT:  OVERRULED.

04:22PM  13             THE WITNESS:  I WOULD SAY THAT MR. KUBUROVICH CALLED

04:22PM  14   ME OR CONTACTED ME.

04:22PM  15   BY MR. SCHENK:

04:22PM  16   Q.   RIGHT.  AND HE WOULD HAVE TOLD YOU WHAT IN ORDER FOR YOU

04:22PM  17   TO WRITE THIS SENTENCE?

04:22PM  18             MS. GILG:  OBJECTION.  IT CALLS FOR SPECULATION.

04:22PM  19             THE COURT:  IN THE COURSE OF YOUR PRACTICE IF YOU

04:22PM  20   COULD ANSWER THE QUESTION.  IN THE COURSE OF YOUR PRACTICE, IF

04:23PM  21   YOU WROTE THIS LETTER, WHY WOULD YOU HAVE WRITTEN THIS LETTER

04:23PM  22   IN THE COURSE OF YOUR PRACTICE?

04:23PM  23             THE WITNESS:  IN THE COURSE OF MY PRACTICE THIS

04:23PM  24   LETTER WOULD HAVE BEEN WRITTEN BECAUSE MR. KUBUROVICH CONTACTED

04:23PM  25   ME.  I DON'T THINK I WOULD HAVE HAD INDEPENDENT KNOWLEDGE

04:23PM 1    SOMEHOW OF A BANK ACCOUNT IN LIECHTENSTEIN.

04:23PM 2    BY MR. SCHENK:

04:23PM 3    Q.   OKAY.  WOULD YOU HAVE WRITTEN THAT YOUR CLIENT RECENTLY

04:23PM 4    LEARNED OF A BANK ACCOUNT IF YOUR CLIENT HAD KNOWN ABOUT IT FOR

04:23PM 5    YEARS OR WOULD YOUR CLIENT HAVE HAD TO TELL YOU "I'VE RECENTLY

04:23PM 6    REMEMBERED I HAD THIS ACCOUNT OR LEARNED I HAD THIS ACCOUNT,"

04:23PM 7    AND THAT'S WHY YOU WROTE IT IN THE LETTER?

04:23PM 8            MS. GILG:  OBJECTION.  IT CALLS FOR SPECULATION.

04:23PM 9            THE COURT:  SUSTAINED.  I'LL SUSTAIN THE OBJECTION

04:23PM 10   TO THE FORM OF THE QUESTION.  I THINK IT WAS COMPOUND AS WELL.

04:23PM 11           MR. SCHENK:  OKAY.

04:23PM 12   Q.   YOUR SECOND SENTENCE IN THE FIRST PARAGRAPH DESCRIBES THE

04:23PM 13   TIMING OF WHEN MR. KUBUROVICH LEARNED OF AN ACCOUNT; IS THAT

04:23PM 14   RIGHT?

04:23PM 15   A.   WELL, YES.  I'M NOT CERTAIN.  I MEAN, WHEN A CLIENT CALLS

04:24PM 16   AND HYPOTHETICALLY IF A CLIENT CALLS AND SAYS I RECENTLY

04:24PM 17   LEARNED, I DON'T GENERALLY SAY WAS THAT A DAY AGO OR A WEEK AGO

04:24PM 18   OR TWO WEEKS AGO.  THEY'RE SAYING TO ME, MR. GREENE, I RECENTLY

04:24PM 19   LEARNED.  OKAY.

04:24PM 20   Q.   AND YOU ARE JUST TRANSMITTING THAT INFORMATION TO THE

04:24PM 21   TRUSTEE?

04:24PM 22   A.   CORRECT.

04:24PM 23   Q.   AND THE LETTER WAS WRITTEN IN 2014, IN MAY OF 2014, ABOUT

04:24PM 24   FOUR YEARS AFTER THE PETITION WAS FILED?

04:24PM 25   A.   CORRECT.

04:24PM 1    Q.   IS IT SIGNIFICANT FOR THE FILING IF THIS INFORMATION WAS

04:24PM 2    RECENTLY LEARNED?  DOES THAT HAVE AN EFFECT ON THE PETITION?

04:24PM 3    IS THAT AN IMPORTANT FACT THAT YOU WOULD WANT TO NOTE IN THE

04:24PM 4    LETTER?

04:24PM 5    A.   NO.

04:24PM 6    Q.   IT WOULD BE FINE IF MR. KUBUROVICH KNEW ABOUT THIS ACCOUNT

04:24PM 7    FOR FOUR YEARS BUT JUST IN MAY OF 2014 LET MS. WU KNOW ABOUT

04:25PM 8    IT?

04:25PM 9    A.   WELL, HE LET ME KNOW ABOUT IT, AND I COMMUNICATED VIA THIS

04:25PM 10   LETTER TO MS. WU THIS INFORMATION.

04:25PM 11   Q.   I'M SORRY, I THINK MY QUESTION WAS NOT CLEAR.

04:25PM 12        IN THE LETTER THAT YOU WROTE TO MS. WU, THE TRUSTEE --

04:25PM 13   A.   UH-HUH.

04:25PM 14   Q.   -- THAT YOUR CLIENT RECENTLY LEARNED OF A BANK ACCOUNT,

04:25PM 15   AND MY QUESTION IS, AND THIS LETTER WAS SENT FOUR YEARS AFTER

04:25PM 16   THE PETITION WAS FILED; IS THAT CORRECT?

04:25PM 17   A.   CORRECT.

04:25PM 18   Q.   IF YOU HAD WRITTEN THIS LETTER SAYING MY CLIENT HAS KNOWN

04:25PM 19   ABOUT THIS BANK ACCOUNT FOR FOUR YEARS, BUT I'M JUST NOW

04:25PM 20   DISCLOSING IT TO YOU, WOULD THAT HAVE HAD AN EFFECT ON THE

04:25PM 21   BANKRUPTCY PETITION OR THE FILING?

04:25PM 22   A.   IT COULD HAVE, BUT THAT WOULD HAVE BEEN FROM MS. WU.

04:25PM 23   Q.   FROM THE PERSPECTIVE OF THE TRUSTEE?

04:25PM 24   A.   YES.

04:25PM 25   Q.   WHY?

04:25PM  1     A.    I DON'T KNOW.

04:25PM  2     Q.    YOU DON'T KNOW WHY IT WOULD HAVE MATTERED TO HER TO LEARN

04:25PM  3     ABOUT A BANK ACCOUNT FOUR YEARS LATER?

04:25PM  4     A.    WELL, THE WAY YOU'RE PHRASING THE QUESTION, MS. WU WOULD

04:26PM  5     HAVE HAD AN OBLIGATION IF SHE HAS BEEN INFORMED THAT THERE IS A

04:26PM  6     BANK ACCOUNT OR AN ASSET.  SHE HAS AN OBLIGATION AS A TRUSTEE

04:26PM  7     TO LIQUIDATE THAT, IN OTHER WORDS, TO COLLECT THE MONEY, AND

04:26PM  8     THEN NOTIFY CREDITORS THAT SHE'S HOLDING MONEY THAT SHOULD BE

04:26PM  9     DISTRIBUTED TO CREDITORS IN PARTIAL PAYMENT OF THEIR CLAIMS.

04:26PM  10         I DON'T KNOW IF THAT ANSWERS YOUR QUESTION.

04:26PM  11    Q.    THANK YOU.  COULD WE NOW GO DOWN TO THE THIRD PARAGRAPH OF

04:26PM  12    THE LETTER.  IT BEGINS "ENCLOSED."

04:26PM  13    A.    YES.

04:26PM  14    Q.    DO YOU SEE THAT SENTENCE?

04:26PM  15    A.    I DO.

04:26PM  16    Q.    SO ENCLOSED IS A CHECK FOR JUST OVER $1,000.  DO YOU SEE

04:26PM  17    THAT?

04:26PM  18    A.    I DO.

04:26PM  19    Q.    AND DO YOU KNOW WHAT THE BALANCE IN THE ACCOUNT WAS IN

04:26PM  20    2010?

04:26PM  21    A.    I HAVE NO RECOLLECTION OF THAT, NO, SIR.

04:26PM  22    Q.    WOULD IT MAKE A DIFFERENCE TO LET THE TRUSTEE KNOW THE

04:26PM  23    BALANCE ON THE DATE IN MAY OF 2014 VERSUS IN MAY OF 2010 WHEN

04:27PM  24    THE PETITION WAS FILED?

04:27PM  25    A.    THAT WOULD BE UP TO MS. WU.

04:27PM 1      NORMALLY TRUSTEES, AT LEAST MY PRACTICE, WILL ASK THE

04:27PM 2 DEBTOR OR DEBTOR'S COUNSEL TO PROVIDE TO THEM A COPY OF A BANK

04:27PM 3 STATEMENT CONTEMPORANEOUSLY WITH THE FILING OF THE PETITION.

04:27PM 4 Q.   I'M SORRY TO INTERRUPT.

04:27PM 5 A.   NO.

04:27PM 6 Q.   WHY DO YOU WANT A STATEMENT THAT ACTUALLY SHOWS THE

04:27PM 7 BALANCE AT THE TIME OF FILING AS OPPOSED TO AT THE TIME THAT

04:27PM 8 SOMEONE REMEMBERS THAT THEY HAVE A BANK ACCOUNT?

04:27PM 9 A.   WELL, AGAIN, IT'S IMPORTANT TO THE TRUSTEE, NOT

04:27PM 10 NECESSARILY TO COUNSEL, IT'S IMPORTANT TO THE TRUSTEE SO THE

04:27PM 11 TRUSTEE -- THERE'S A DIFFERENCE BETWEEN THE AMOUNT THAT'S BEING

04:27PM 12 REMITTED, IN THIS INSTANCE $1,025, VERSUS IF THERE WAS MORE IN

04:27PM 13 THE ACCOUNT, MS. WU AS THE TRUSTEE SHOULD HAVE SAID PROVIDE TO

04:28PM 14 ME, MR. GREENE, FROM YOUR CLIENT A COPY OF THE BANK STATEMENT

04:28PM 15 OF THAT TIMEFRAME OR THERE ARE INSTANCES WHERE THE TRUSTEE WILL

04:28PM 16 GO DIRECTLY TO THE BANK.  I'M MORE FAMILIAR WITH DOMESTIC

04:28PM 17 BANKS.  THE TRUSTEE WILL GO TO A BANK OF AMERICA OR A WELLS

04:28PM 18 FARGO AND SAY I'M THE TRUSTEE AND I WOULD LIKE TO KNOW WHAT WAS

04:28PM 19 IN ACCOUNT 1234 AS OF THIS DATE.

04:28PM 20 Q.   YOU SAID IT WOULD BE IMPORTANT, THE DIFFERENCE IN

04:28PM 21 BALANCES --

04:28PM 22 A.   RIGHT.

04:28PM 23 Q.   -- YOU SAID IT WOULD BE IMPORTANT TO THE TRUSTEE BUT NOT

04:28PM 24 TO YOU.  I AM CURIOUS WHY WOULDN'T THAT BE A FACT THAT YOU

04:28PM 25 WOULD WANT TO KNOW ALSO AS A LAWYER REPRESENTING A BANKRUPTCY

04:28PM 1    PETITIONER?

04:28PM 2    A.   I DON'T KNOW FROM THIS CASE, BUT NORMALLY OR CUSTOMARILY I

04:28PM 3    WOULD AT LEAST INQUIRE AND ASK MY CLIENT HOW MUCH WAS IN THE

04:28PM 4    ACCOUNT AS OF THE DATE OF THE PETITION.

04:28PM 5    Q.   AND HOW ABOUT WHEN YOU WERE HAVING THE DISCUSSION WITH

04:28PM 6    YOUR CLIENT IN ADVANCE OF FILING THE FIRST PETITION.

04:28PM 7         WOULD YOU HAVE ASKED "TELL ME ALL OF YOUR BANK ACCOUNTS"?

04:28PM 8    A.   YES.

04:29PM 9    Q.   AND YOU'VE NOW IN THIS INSTANCE HAD CAUSE TO WRITE A

04:29PM 10   LETTER UPDATING INFORMATION THAT WAS PROVIDED IN THE FIRST

04:29PM 11   PETITION; IS THAT RIGHT?

04:29PM 12   A.   THAT'S CORRECT.

04:29PM 13   Q.   SO WOULD YOU WONDER IF THE CLIENT TOLD YOU EVERYTHING BACK

04:29PM 14   IN 2010?

04:29PM 15   A.   WELL, I --

04:29PM 16        MR. NICK:  OBJECTION.  IT CALLS FOR SPECULATION.

04:29PM 17        THE COURT:  OVERRULED.

04:29PM 18        THE WITNESS:  I'VE HAD A LITTLE OVER 4600 CLIENTS IN

04:29PM 19   MY CAREER, AND I HAVE A BELIEF THAT MOST OF MY CLIENTS, OR

04:29PM 20   CLIENTS IN GENERAL, TELL THE TRUTH.  WHEN I SAY TELL ME TO THE

04:29PM 21   BEST OF YOUR RECOLLECTION, DO YOU HAVE BANK ACCOUNTS BECAUSE IN

04:29PM 22   THE PETITION THERE'S A SCHEDULE OF ASSETS WHICH INCLUDES BANK

04:29PM 23   ACCOUNTS.

04:29PM 24        SO IF A CLIENT SAYS I HAVE AN ACCOUNT AT BANK A, B, AND C,

04:29PM 25   I'LL SAY TO THE CLIENT CAN YOU RECALL ANY OTHERS?

04:30PM  1      IF LATER IN THE PROCEEDING THE CLIENT SAYS I HAVE ANOTHER

04:30PM  2   BANK ACCOUNT AT BANK D OR E OR F, I GENERALLY DON'T SAY WHY

04:30PM  3   DIDN'T YOU TELL ME THAT AT THE START BECAUSE I THINK PEOPLE'S

04:30PM  4   MEMORIES AREN'T AS CLEAR AS SOME PEOPLE MAY THINK THAT THEY

04:30PM  5   ARE.

04:30PM  6   Q.   AND RELYING ON THAT, THAT YOU BELIEVE YOUR CLIENTS ARE

04:30PM  7   HONEST AND THAT IF YOU ASK THEM A QUESTION, TELL ME ABOUT YOUR

04:30PM  8   BANK ACCOUNTS, YOU RELY ON THE HONESTY THAT THEY PROVIDE TO

04:30PM  9   YOU, I HAVE A BANK ACCOUNT AS YOU SAID AT A, B, AND C, AND YOUR

04:30PM  10  SYSTEM OF ATTORNEY-CLIENT RELATIONSHIPS WOULD COMPLETELY BREAK

04:30PM  11  DOWN IF YOU HAD TO DO DUE DILIGENCE ON EVERY QUESTION YOU ASK

04:30PM  12  AND EVERY ANSWER THEY PROVIDED; RIGHT?

04:30PM  13  A.   IT WOULD BE VERY, VERY LABORIOUS, AND IT WOULD BE VERY

04:30PM  14  EXPENSIVE.

04:30PM  15  Q.   MAYBE ONE PETITION A YEAR.  YOU WOULDN'T HAVE 6,000

04:31PM  16  CLIENTS, YOU WOULD HAVE 21 CLIENTS?

04:31PM  17  A.   YES.

04:31PM  18  Q.   AND I NEED TO GO BACK.  EXHIBITS 2, 3, AND 4, THEY'VE BEEN

04:31PM  19  ADMITTED INTO EVIDENCE AND I'M WONDERING -- I'LL GIVE YOU AN

04:31PM  20  OPPORTUNITY TO LOOK AT THEM.

04:31PM  21  A.   2, 3, AND 4?

04:31PM  22  Q.   YES, SIR.

04:31PM  23  A.   ALL RIGHT.  I'VE LOOKED AT THOSE.

04:31PM  24  Q.   WERE THOSE AMENDMENTS FILED FOR MR. AND MRS. KUBUROVICH'S

04:31PM  25  BANKRUPTCY PETITION?

04:31PM 1     A.    NUMBER 2 IS AN AMENDED SCHEDULE B AS IN BOY; NUMBER 3 IS

04:31PM 2     AN AMENDED STATEMENT OF FINANCIAL AFFAIRS; AND, NUMBER 4 IS

04:31PM 3     ANOTHER AMENDED SCHEDULE B AS IN BOY.

04:31PM 4     Q.    AND JUST FOR COMPLETENESS, IF YOU WOULD LOOK AT PAGE 2-5

04:32PM 5     YOU'LL SEE ANOTHER SCHEDULE THAT WAS AMENDED.  THEY WERE JUST

04:32PM 6     ALL PUT TOGETHER.

04:32PM 7     A.    YES, THAT'S SCHEDULE I.

04:32PM 8     Q.    SO 2, 3, AND 4 ARE AMENDMENTS FILED ON BEHALF OF THE

04:32PM 9     KUBUROVICHES FOR THE ORIGINAL PETITION THAT'S EXHIBIT NUMBER 1?

04:32PM 10    A.    YES, THAT'S CORRECT.

04:32PM 11    Q.    AND WERE YOU THEIR LAWYER FOR THE AMENDMENTS ALSO?

04:32PM 12    A.    YES, I WAS.

04:32PM 13    Q.    AND DOES THE SAME PROCEDURE WORK, THAT IS, THEY SIGN IN

04:32PM 14    FRONT OF YOU AND YOU ONLY SUBMIT THE AMENDMENTS AFTER YOU HAVE

04:32PM 15    A WET SIGNATURE?

04:32PM 16    A.    THAT'S CORRECT.

04:32PM 17    Q.    AND DO YOU HAVE THE SAME KIND OF CONVERSATIONS WITH YOUR

04:32PM 18    CLIENTS ABOUT THE ACCURACY OF THE INFORMATION AND AMENDMENTS

04:32PM 19    BEFORE YOU FILE AN AMENDMENT?

04:32PM 20    A.    YES.

04:32PM 21    Q.    OKAY.

04:32PM 22           MR. SCHENK:  NO FURTHER QUESTIONS.  THANK YOU, YOUR

04:32PM 23    HONOR.

04:32PM 24           THE COURT:  THANK YOU.  I THINK WHAT I'LL DO IS TAKE

04:32PM 25    OUR EVENING RECESS AT THIS TIME AND THEN WE'LL ENGAGE

04:33PM 1    CROSS-EXAMINATION.

04:33PM 2         LADIES AND GENTLEMEN, AS I INDICATED -- YOU CAN STAND

04:33PM 3    DOWN, MR. GREENE.  I'M GOING TO ASK YOU AND EXTEND AN

04:33PM 4    INVITATION FOR YOU TO RETURN THIS FRIDAY AT 9:00 A.M.

04:33PM 5         THE WITNESS:  WELL, YOUR HONOR, I HAVE A MEDICAL

04:33PM 6    APPOINTMENT FOR A CT SCAN AT STANFORD UNIVERSITY.

04:33PM 7         THE COURT:  LET'S -- WHY DON'T WE HAVE YOU STAND

04:33PM 8    DOWN FOR JUST A MOMENT AND STAY IN THE COURTROOM HERE, AND I'LL

04:33PM 9    LET YOU TALK WITH THE LAWYERS ABOUT THAT.

04:33PM 10        THE WITNESS:  ALL RIGHT.

04:33PM 11        THE COURT:  WE'RE NEXT SCHEDULED TO BE IN SESSION

04:33PM 12   FRIDAY MORNING, LADIES AND GENTLEMEN, FRIDAY MORNING AT 9:00

04:33PM 13   A.M. AND IF YOU COULD COLLECT YOURSELVES AGAIN DOWNSTAIRS, OUR

04:33PM 14   COURTROOM DEPUTY WILL BRING YOU UP.

04:33PM 15        AND WE'RE NOT IN SESSION TOMORROW AS YOU RECALL.

04:33PM 16        BUT BEFORE -- OH, HAVE A SEAT, MR. GREENE.  THANK YOU.

04:33PM 17        THE WITNESS:  YES, YOUR HONOR.

04:33PM 18        THE COURT:  I DO WANT TO READ TO YOU A CAUTIONARY

04:33PM 19   INSTRUCTION REGARDING OUR FIRST EVENING RECESS.  PARDON ME.

04:33PM 20   EXCUSE ME.

04:34PM 21        I WILL READ THIS TO YOU, AND AS WE CONCLUDE EACH DAY I'M

04:34PM 22   GOING TO REMIND YOU OF WHAT I WILL CALL "THE ADMONITION."  WHEN

04:34PM 23   I SAY "ADMONITION" I'M REFERRING TO THIS INSTRUCTION.

04:34PM 24        WE'RE ABOUT TO TAKE OUR EVENING BREAK AND REMEMBER UNTIL

04:34PM 25   THE TRIAL IS OVER DO NOT DISCUSS THIS CASE WITH ANYONE,

04:34PM 1     INCLUDING YOUR FELLOW JURORS, MEMBERS OF YOUR FAMILY, PEOPLE

04:34PM 2     INVOLVED IN THE TRIAL OR ANYONE ELSE AND DO NOT ALLOW OTHERS TO

04:34PM 3     DISCUSS THE CASE WITH YOU.

04:34PM 4          THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

04:34PM 5     BY PHONE OR ELECTRONIC MEANS VIA E-MAIL, VIA TEXT MESSAGING OR

04:34PM 6     ANY INTERNET CHAT ROOM, BLOG, WEBSITE, OR APPLICATION INCLUDING

04:34PM 7     BUT NOT LIMITED TO FACEBOOK, YOUTUBE, TWITTER, INSTAGRAM,

04:34PM 8     LINKEDIN, SNAPCHAT OR OTHER FORMS OF SOCIAL MEDIA.

04:34PM 9          IF ANYONE TRIES TO COMMUNICATE WITH YOU ABOUT THE CASE,

04:34PM 10    PLEASE LET ME KNOW ABOUT IT IMMEDIATELY.  DO NOT READ, WATCH,

04:34PM 11    OR LISTEN TO ANY NEWS REPORTS OR OTHER ACCOUNTS ABOUT THE TRIAL

04:35PM 12    OR ANYONE ASSOCIATED WITH IT INCLUDING ANY ONLINE INFORMATION.

04:35PM 13    DO NOT DO ANY RESEARCH SUCH AS CONSULTING DICTIONARIES,

04:35PM 14    SEARCHING THE INTERNET, OR USING ANY OTHER REFERENCE MATERIALS,

04:35PM 15    AND DO NOT MAKE ANY INVESTIGATION ABOUT THE CASE ON YOUR OWN.

04:35PM 16         FINALLY, KEEP AN OPEN MIND UNTIL ALL OF THE EVIDENCE HAS

04:35PM 17    BEEN PRESENTED AND YOU HAVE HEARD THE ARGUMENTS OF COUNSEL, MY

04:35PM 18    INSTRUCTIONS ON THE LAW, AND THE VIEWS OF YOUR FELLOW JURORS.

04:35PM 19         IF YOU NEED TO SPEAK WITH ME ABOUT ANYTHING, SIMPLY GIVE A

04:35PM 20    SIGNED NOTE TO OUR COURTROOM DEPUTY TO GIVE TO ME.

04:35PM 21         WITH THAT, LADIES AND GENTLEMEN, WE'LL BE IN RECESS FOR

04:35PM 22    THE EVENING.  HAVE A GOOD EVENING AND HAVE A GOOD DAY TOMORROW.

04:35PM 23    I'LL SEE YOU FRIDAY MORNING.  I THINK WE'LL HAVE BREAKFAST

04:35PM 24    FRIDAY MORNING.

04:35PM 25         THE CLERK:  YES, YOUR HONOR.

04:35PM 1          THE COURT:  WE'LL HAVE BREAKFAST FRIDAY MORNING

04:35PM 2     AWAITING.  THANK YOU.

04:35PM 3          (JURY OUT AT 4:35 P.M.)

04:36PM 4          THE COURT:  PLEASE BE SEATED.  THANK YOU.  THE

04:36PM 5     RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE BREAK.

04:36PM 6     I'M GOING TO ALLOW COUNSEL TO MEET AND CONFER WITH MR. GREENE

04:36PM 7     OFF THE RECORD ABOUT ANY CONFLICTS.  I'LL STAY HERE, BUT WE'RE

04:36PM 8     OFF THE RECORD.

04:43PM 9          (COURT ADJOURNED AT 4:43 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2
 3                    CERTIFICATE OF REPORTER
 4
 5
 6
 7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
 8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
 9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10     CERTIFY:
11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12     A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13     ABOVE-ENTITLED MATTER.
14
15
16     _____
       IRENE RODRIGUEZ, CSR, RMR, CRR
17     CERTIFICATE NUMBER 8074
18
19                    DATED:  OCTOBER 22, 2018
20
21
22
23
24
25
```