1

2
UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

3
SAN JOSE DIVISION

4
UNITED STATES OF AMERICA,

5
PLAINTIFF,                    CASE NO.  CR-16-00373-EJD

6
VS.                      SAN JOSE, CALIFORNIA

7
GOYKO KUBUROVICH AND KRISTEL      SEPTEMBER 21, 2018

8
KUBUROVICH,
VOLUME 3

DEFENDANTS.

9
PAGES 448 - 656

10

11
TRIAL TRANSCRIPT OF PROCEEDINGS

BEFORE THE HONORABLE EDWARD J. DAVILA

12
UNITED STATES DISTRICT JUDGE

A-P-P-E-A-R-A-N-C-E-S

13

14
FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY

BY:   SCOTT SIMEON

15
JEFF SCHENK

150 ALMADEN BOULEVARD, SUITE 900

16
SAN JOSE, CALIFORNIA 95113

17

FOR DEFENDANT        LAW OFFICE OF J. DAVID NICK

18
GOYKO:               BY:   J. DAVID NICK

345 FRANKLIN STREET

19
SAN FRANCISCO, CALIFORNIA 94102

20
FOR DEFENDANT        LAW OFFICE OF ZENIA K. GILG

KRISTEL:             BY:   ZENIA K. GILG

21
SAUSALITO PLAZA

1505 BRIDGEWAY, SUITE 103

22
SAUSALITO, CALIFORNIA 94965

23
OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR

CERTIFICATE NUMBER 8074

24

25
PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,

TRANSCRIPT PRODUCED WITH COMPUTER.

INDEX OF PROCEEDINGS

GOVERNMENT'S:

**CHARLES GREENE**
CROSS-EXAM BY MR. NICK                P. 475
CROSS-EXAM BY MS. GILG               P. 481
REDIRECT EXAM BY MR. SCHENK          P. 490
RECROSS EXAM BY MR. NICK             P. 491

**CARLENE KIKUGAWA**
DIRECT EXAM BY MR. SIMEON            P. 493
CROSS-EXAM BY MR. NICK               P. 555
CROSS-EXAM BY MS. GILG               P. 577
REDIRECT BY MR. SIMEON               P. 599
RECROSS-EXAM BY MR. NICK             P. 601
RECROSS-EXAM BY MS. GILG             P. 602

**DAVID WARDA**
DIRECT EXAM BY MR. SCHENK            P. 607
CROSS-EXAM BY MR. NICK               P. 619
CROSS-EXAM BY MS. GILG               P. 624

1                          INDEX OF EXHIBITS

2

3
                                          IDENT.        EVIDENCE
4      GOVERNMENT'S:

5
       58-1 - 58016                                     500
6      58-18                                            517
       58-17                                            525
7      59                                               533
       56-1                                             541
8      51-5, 51-78, AND 51-209                          544
       52                                               547
9      38-1                                             549
       28-10                                            550
10     49-1                                             551
       33                                               589
11     43                                               613
03:37PM  5, 8, 23, 41, 42, 43, 44,                      637
03:37PM 12  46, 47, 52, 53, 55, 56,
03:37PM     AND 57
13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 03:37PM | 1 | SAN JOSE, CALIFORNIA                    SEPTEMBER 21, 2018 |
| 03:37PM | | |
| 03:37PM | 2 | P R O C E E D I N G S |
| 09:01AM | 3 | (JURY OUT AT 9:01 A.M.) |
| 09:01AM | 4 | THE COURT:  WE'RE ON THE RECORD OUTSIDE OF THE |
| 09:01AM | 5 | PRESENCE OF THE JURY.  ALL COUNSEL ARE PRESENT, AND THE |
| 09:01AM | 6 | DEFENDANTS ARE PRESENT. |
| 09:01AM | 7 | IS THERE ANYTHING THAT WE SHOULD SPEAK ABOUT? |
| 09:01AM | 8 | MR. SIMEON:  YES, YOUR HONOR.  GOOD MORNING, YOUR |
| 09:01AM | 9 | HONOR.  SCOTT SIMEON FOR THE UNITED STATES. |
| 09:01AM | 10 | THE COURT:  THANK YOU. |
| 09:01AM | 11 | MR. SIMEON:  WE DID REACH STIPULATIONS AS TO CERTAIN |
| 09:01AM | 12 | EXHIBITS, AND I CAN REVIEW THOSE WITH THE COURT NOW. |
| 09:01AM | 13 | THE COURT:  OKAY. |
| 09:02AM | 14 | MR. SIMEON:  EXHIBIT 5, WHICH IS A REDACTED VERSION |
| 09:02AM | 15 | OF THE VIDEO, AND THERE'S A JOINT FILING COMING REGARDING THAT |
| 09:02AM | 16 | AS WELL. |
| 09:02AM | 17 | EXHIBIT 8, 23, 41, 42, 43, 44, 46, 47, 52, 53, 55, 56, AND |
| 09:02AM | 18 | 57, WHICH HAS BEEN REDACTED, AND I DON'T BELIEVE THAT WE'VE |
| 09:02AM | 19 | ACTUALLY SHOWN A COPY TO DEFENSE COUNSEL YET, BUT WE REDACTED |
| 09:02AM | 20 | AS PER THE COURT'S INSTRUCTIONS THE CAYMAN ISLANDS AS WELL AS |
| 09:02AM | 21 | THE POST AUGUST 2015 TRAVEL. |
| 09:02AM | 22 | THE COURT:  ALL RIGHT.  AND IN ADDITION TO THAT, |
| 09:03AM | 23 | YOUR HONOR, AND I HAVE NOT HAD A CHANCE TO DISCUSS THIS WITH |
| 09:03AM | 24 | DEFENSE COUNSEL, BUT THERE ARE CERTAIN INDIVIDUAL PAGES FROM |
| 09:03AM | 25 | SOME OF THE UNDERLYING BANK RECORDS THAT THE GOVERNMENT INTENDS |

09:03AM 1    TO INTRODUCE INTO EVIDENCE TODAY.  THEY'RE COVERED BY 902(11)

09:03AM 2    CERTIFICATE.  I BELIEVE THAT DEFENSE COUNSEL INTENDS TO ADMIT

09:03AM 3    ALL OF THE UNDERLYING FINANCIAL RECORDS, AND THESE ARE PART OF

09:03AM 4    THEM, SO WE DIDN'T GET A CHANCE TO DISCUSS IT, BUT --

09:03AM 5         MS. GILG:  YOUR HONOR, I DON'T KNOW IF WE'RE GOING

09:03AM 6    TO ASK TO HAVE ALL OF THE FINANCIAL RECORDS ADMITTED YET, BUT I

09:03AM 7    HAVE NO OBJECTION TO WHAT MR. SIMEON IS PROPOSING.

09:03AM 8         I WOULD LIKE TO BE HEARD, THOUGH, ON JUST TWO OF THE

09:03AM 9    STIPULATIONS ON THE ADMISSION OF EXHIBITS.

09:03AM 10        THE COURT:  ALL RIGHT.

09:03AM 11        MS. GILG:  NUMBER 5, FIRST OF ALL, I WANT TO MAKE IT

09:03AM 12   CLEAR WE'RE NOT STIPULATING TO ITS ADMISSION.  WE'RE RESERVING

09:03AM 13   OUR OBJECTION, BUT WE ARE IN AGREEMENT THAT THE FORM THAT IT IS

09:03AM 14   IN NOW, BASED ON THE JUDGE'S RULING, THIS IS THE VIDEOTAPE OF

09:03AM 15   MY CLIENT.  SO I JUST DON'T WANT IT TO APPEAR THAT WE ARE

09:03AM 16   ABANDONING THAT ISSUE.

09:03AM 17        AND THEN ALSO I SPOKE WITH MR. SIMEON ABOUT THIS, AND I'M

09:04AM 18   NOT SURE IF THIS HAPPENED, BUT ON EXHIBIT 42, THIS IS A FILING

09:04AM 19   THAT WAS DONE IN THE NATA BANKRUPTCY, WHICH HAS NOT EVEN BEEN

09:04AM 20   MENTIONED, AND IT DOESN'T APPEAR TO BE PART OF THE

09:04AM 21   PROSECUTION'S CASE.

09:04AM 22        SO I THOUGHT IT WOULD BE GOOD TO TAKE OFF THE FILE STAMP

09:04AM 23   READ BAR AT THE BOTTOM BECAUSE IT WILL CONFUSE THE JURY BECAUSE

09:04AM 24   IT WILL LOOK LIKE IT HAS BEEN FILED IN A BANKRUPTCY PROCEEDING

09:04AM 25   AND WHICH IS A DIFFERENT NUMBER THAN WHAT WE HAD TALKED ABOUT.

09:04AM 1    MR. SIMEON: THAT'S CORRECT. AND WE HAVEN'T

09:04AM 2 ACTUALLY PHYSICALLY REDACTED IT YET, BUT BEFORE IT GOES BACK TO

09:04AM 3 THE JURY WE WILL REDACT THAT INFORMATION AT THE BOTTOM.

09:04AM 4    THE COURT: ALL RIGHT. OR WHEN IT'S PUBLISHED?

09:04AM 5    MR. SIMEON: YES, THAT'S CORRECT. THAT'S CORRECT.

09:04AM 6    MS. GILG: THAT'S IT. SO WITH THOSE TWO CAVEATS. I

09:04AM 7 DON'T KNOW IF MR. NICK HAS ANYTHING TO ADD.

09:04AM 8    MR. NICK: NO. I JOIN IN ALL COCOUNSEL'S COMMENTS,

09:04AM 9 YOUR HONOR. THANK YOU.

09:04AM 10    THE COURT: ALL RIGHT. THANK YOU.

09:04AM 11    MS. GILG: ONE MORE THING, I DID PROVIDE AN UPDATE

09:04AM 12 THE EXHIBIT LIST -- OF EXHIBITS THAT CAME TO BE RELEVANT

09:05AM 13 THROUGH THE TESTIMONY ON WEDNESDAY. I'LL PROVIDE A COPY TO THE

09:05AM 14 CLERK.

09:05AM 15    THE COURT: PLEASE.

09:05AM 16    MS. GILG: AND I DON'T KNOW WHAT THE POSITION IS FOR

09:05AM 17 THE --

09:05AM 18    THE COURT: SO YOU'LL PROVIDE TWO -- ONE FOR THE

09:05AM 19 CLERK AND ONE FOR ME, PLEASE, IF YOU WOULD.

09:05AM 20    MS. GILG: OKAY. I HAVE ONE READY, AND I'LL GET THE

09:05AM 21 OTHER ONE READY BEFORE TOO LONG, BUT I WANTED TO KNOW WHAT THE

09:05AM 22 ADMISSIBILITY ISSUES ARE. THEY'RE ALL BANKRUPTCY COURT

09:05AM 23 RECORDS.

09:05AM 24    THE COURT: MR. SCHENK.

09:05AM 25    MR. SCHENK: I RECEIVED THEM THIS MORNING. I HAVE

09:05AM 1    NOT HAD A CHANCE TO MAKE IT THROUGH ALL OF THEM, BUT I CAN READ

09:05AM 2    THEM AS THE CROSS-EXAMINATION IS GOING ON AND --

09:05AM 3            THE COURT:  AND REPORT BACK.

09:05AM 4            MR. SCHENK:  OR RAISE AN OBJECTION IF THE DOCUMENT

09:05AM 5    IS MOVED IN.

09:05AM 6        BUT IF THE COURT WOULD PREFER TO HANDLE OBJECTIONS BEFORE

09:05AM 7    WE BEGIN THIS MORNING, I'M HAPPY TO TAKE JUST A COUPLE OF

09:05AM 8    MINUTES AND LOOK THROUGH THEM BEFORE WE CALL IN THE JURY IF THE

09:05AM 9    COURT WOULD PREFER.

09:05AM 10            THE COURT:  WELL, HOW MANY PAGES ARE THERE?

09:05AM 11            MS. GILG:  WELL, THERE'S -- I DIRECTED TO FOUR OF

09:06AM 12    THE NEW EXHIBITS WHICH ARE -- TWO OF THEM ARE BATES STAMPED.

09:06AM 13    THEY'RE FROM DISCOVERY, AND THE OTHER TWO ARE FROM THE

09:06AM 14    ADVERSARY PROCEEDINGS AND THE BANKRUPTCY PROCEEDING.

09:06AM 15        SO IT SHOULD BE PRETTY QUICK.  I WOULD SAY IT'S NOT

09:06AM 16    20 PAGES.  IT WAS MORE -- THIS WAS THE ORDER DISMISSING THE

09:06AM 17    ADVERSARY PROCEEDINGS BECAUSE THE PARTIES SETTLED THAT KIND OF

09:06AM 18    THING.

09:06AM 19            THE COURT:  OKAY.  MAYBE YOU SHOULD TAKE A MOMENT TO

09:06AM 20    LOOK AT IT.

09:06AM 21            MS. GILG:  I'LL GET THE OTHER SET READY, TOO.

09:06AM 22            MR. SCHENK:  ONE OTHER ISSUE THAT I WANTED TO RAISE.

09:06AM 23    THERE WAS A REFERENCE TO A JOINT STIPULATION OF THE PARTIES

09:06AM 24    THAT I THINK WILL HIT THE DOCKET THIS MORNING.  WE AGREED UPON

09:06AM 25    IT, AND IT WILL BE E-FILED.  IT HAS THREE JOINT STIPULATIONS.

09:06AM 1    I HANDED A COPY -- AN UNFILED COPY UP TO THE COURT'S CLERK.  I

09:06AM 2    SHOWED IT TO THE DEFENSE BEFORE I DID.

09:06AM 3        STIPULATION NUMBER 2 IS THE ONE THAT AFFECTS THE VIDEO,

09:06AM 4    AND IT WOULD BE THE PARTY'S REQUEST, IF THE COURT IS OKAY WITH

09:06AM 5    IT, THAT BEFORE THE VIDEO IS PLAYED THAT THE COURT READ THE

09:06AM 6    PROPOSED LANGUAGE, THE TWO SENTENCES UNDER STIPULATION NUMBER

09:07AM 7    2.  IT JUST GIVES A LITTLE BIT OF BACKGROUND SO THE JURY KNOWS

09:07AM 8    WHAT THEY'RE SEEING, AND IT GIVES THEM AN EXHIBIT NUMBER IF

09:07AM 9    THEY HAVE A QUESTION ABOUT IT OR IF, YOU KNOW, A NOTE NEEDS TO

09:07AM 10   BE WRITTEN ABOUT IT OR SOMETHING LIKE THAT.

09:07AM 11           THE COURT:  ANY OBJECTION TO THAT?

09:07AM 12           MR. NICK:  YOUR HONOR, IF WE COULD JUST TAKE A QUICK

09:07AM 13   LOOK AT THE DOCUMENT.

09:07AM 14           THE COURT:  OH.

09:07AM 15           MR. NICK:  WE JUST HAVE TO BE ABSOLUTELY CERTAIN.

09:07AM 16           MS. GILG:  AND WITH REGARD TO NUMBER 2, AGAIN, I

09:07AM 17   JUST WANT TO MAKE IT CLEAR THAT ALTHOUGH I'M STIPULATING TO THE

09:07AM 18   FORM THAT IT'S COMING IN, IT'S NOT A STIPULATION AS TO ITS

09:07AM 19   ADMISSIBILITY.

09:07AM 20           THE COURT:  YOU'RE NOT WAIVING YOUR OBJECTION.

09:07AM 21   UNDERSTOOD.

09:07AM 22       (PAUSE IN PROCEEDINGS.)

09:07AM 23           MS. GILG:  IT LOOKS GOOD TO ME, YOUR HONOR.

09:08AM 24           MR. NICK:  SO AGREED, YOUR HONOR.

09:08AM 25           THE COURT:  ALL RIGHT.

09:08AM 1    MR. SIMEON:  A COUPLE OTHER EXHIBITS, YOUR HONOR.

09:08AM 2  I'M SORRY.  58 AND 59 WE ALSO DISCUSSED WITH DEFENSE COUNSEL

09:08AM 3  YESTERDAY, AND I THINK SHE WANTED TO MAKE SURE THAT SHE WASN'T

09:08AM 4  WAIVING HER OBJECTION, BUT AFTER THE COURT'S RULING, WE WOULD

09:08AM 5  AGREE THAT THEY'RE NOW ADMISSIBLE.

09:08AM 6    MS. GILG:  RIGHT.  SO TO SPEAK.  I'M SUBMITTING ON

09:08AM 7  THE ISSUE, YOUR HONOR.

09:08AM 8    THE COURT:  OKAY.

09:08AM 9    MS. GILG:  THANK YOU.

09:08AM 10    MR. SIMEON:  AND FINALLY, YOUR HONOR, THE

09:08AM 11  LIECHTENSTEIN TRANSLATIONS, TO THE EXTENT THAT WE CAN GET THEM,

09:08AM 12  WE'VE TURNED OVER TO THE DEFENSE IT'S ABOUT 60 PAGES OR SO OF

09:08AM 13  TRANSLATED DOCUMENTS.

09:08AM 14    THE COURT:  OKAY.

09:08AM 15    MR. SIMEON:  WHICH I THINK IS THE VAST MAJORITY OF

09:08AM 16  THE GERMAN GANG DOCUMENTS.

09:08AM 17    THE COURT:  YOU HAVE THOSE, AND YOU'RE GOING THROUGH

09:08AM 18  THEM NOW.

09:08AM 19    MS. GILG:  I AM, YES, YOUR HONOR.

09:08AM 20    THE COURT:  OKAY.  GREAT.

09:08AM 21    LET ME JUST ASK, LET'S SEE, MR. GREENE IS GOING TO RESUME

09:08AM 22  THE STAND.

09:08AM 23    YOU HAD FINISHED YOUR DIRECT, I BELIEVE, MR. SCHENK?

09:08AM 24    MR. SCHENK:  YES, SIR.

09:08AM 25    THE COURT:  AND CROSS-EXAMINATION, MR. NICK?  YOU

09:08AM 1    HAVE CROSS-EXAMINATION?

09:08AM 2            MR. NICK:  YES, I DO, YOUR HONOR.

09:09AM 3            THE COURT:  AND, MS. GILG, YOU HAVE

09:09AM 4    CROSS-EXAMINATION?

09:09AM 5            MS. GILG:  YES.

09:09AM 6            THE COURT:  I KNOW WE TALKED ABOUT WHETHER OR NOT

09:09AM 7    YOU WANTED ME TO INTRODUCE HIM AS YOUR WITNESS.  ARE WE GOING

09:09AM 8    TO ENGAGE IN THAT OR YOU'RE JUST GOING TO DO CROSS-EXAMINATION?

09:09AM 9            MR. NICK:  SO FAR IT'S JUST CROSS-EXAMINATION, YOUR

09:09AM 10   HONOR.  SO THANK YOU FOR REMINDING ME OF THAT.

09:09AM 11           THE COURT:  OKAY.

09:09AM 12           MR. NICK:  IF I FEEL THAT THERE'S A NEED FOR THAT

09:09AM 13   CROSSOVER, YOUR HONOR, I WILL REQUEST TO APPROACH.

09:09AM 14           THE COURT:  OKAY.

09:09AM 15           MR. NICK:  THANK YOU.

09:09AM 16           THE COURT:  OKAY.  THANK YOU.

09:09AM 17           MR. SCHENK:  YOUR HONOR, I'VE HAD AN OPPORTUNITY,

09:09AM 18   NOW THAT WE'VE BEEN DISCUSSING, TO REVIEW THE PROPOSED

09:09AM 19   EXHIBITS.  WOULD IT BE HELPFUL IF I HEARD A PROFFER REGARDING

09:09AM 20   THE RELEVANCE?

09:09AM 21       THE DOCUMENTS LOOK TO BE FILINGS FROM THE ATTORNEYS, AND

09:09AM 22   THEN THE COURT ENTERING DISMISSALS OF ADVERSARY PROCEEDINGS IN

09:09AM 23   THE UNDERLYING BANKRUPTCY CASE DISCUSSING THINGS LIKE WHO BEARS

09:09AM 24   ATTORNEY'S FEES OR COSTS, FOR INSTANCE, FROM THE SETTLEMENT OR

09:09AM 25   RESOLUTION.  I'M CURIOUS ABOUT RELEVANCE, AND THAT WOULD HELP

09:09AM 1   ME ANALYZE IT.

09:09AM 2            THE COURT:  MS. GILG?

09:09AM 3            MS. GILG:  YES, YOUR HONOR.  ESSENTIALLY WHEN

09:09AM 4   MR. LAFFREDI TESTIFIED HE TALKED ABOUT THIS NO ASSET BANKRUPTCY

09:10AM 5   AND PEOPLE WALK AWAY FROM THEIR BANKRUPTCY WITHOUT PAYING

09:10AM 6   ANYTHING.

09:10AM 7        IN THIS CASE WE HAVE DOCUMENTS THAT ESTABLISH THAT

09:10AM 8   MR. KUBUROVICH PAID ALMOST A MILLION DOLLARS TO HIS CREDITORS

09:10AM 9   AFTER BEING DISCHARGED.

09:10AM 10       SO THESE DOCUMENTS TOGETHER, THERE'S THREE DOCUMENTS

09:10AM 11  TOGETHER.  ONE IS THE FINAL DECREE OF THE TRUSTEE WHICH SHOWS

09:10AM 12  THAT, AND I DON'T HAVE IT IN FRONT OF ME, BUT I THINK SOME I

09:10AM 13  WANT TO SAY 300,000, OR SOMETHING LIKE THAT, WAS PAID IN THE --

09:10AM 14  FROM THE BANKRUPTCY ESTATE.

09:10AM 15       AND THEN WITH REGARD TO THE ADVERSARY PROCEEDINGS BROUGHT

09:10AM 16  BY TWO OF THE VERY LARGE CLAIMANTS, AZ CUSTOM HOMES AND

09:10AM 17  MR. HAMBLIN, THAT THEY SETTLED ON THE SIDE OF THE BANKRUPTCY

09:10AM 18  PROCEEDING, WHICH IS ANOTHER THING THAT MR. LAFFREDI DISCUSSED.

09:10AM 19       SO THEY HAD A SETTLEMENT AS WELL.  IT DOESN'T SAY IN THE

09:10AM 20  DOCUMENT WHAT THE SETTLEMENT WAS, BUT THE PARTIES WERE

09:10AM 21  SATISFIED, AND, THEREFORE, THEY DISMISSED THEIR ADVERSARY

09:11AM 22  PROCEEDING.

09:11AM 23       SO I THINK IT GOES TO THE ISSUE OF STATE OF MIND, YOU

09:11AM 24  KNOW, WHEN HE FILED FOR BANKRUPTCY DID HE INTEND TO TRY TO WALK

09:11AM 25  AWAY FROM ALL OF HIS DEBTS AS THEY ARE REPRESENTING?

09:11AM 1    AND IT IS KIND OF IMPEACHMENT TO MR. LAFFREDI'S CLAIM

09:11AM 2  THAT, YOU KNOW, THEY JUST WALK AWAY AND THEY DON'T PAY

09:11AM 3  ANYTHING.

09:11AM 4    MR. NICK:  YOUR HONOR, JUST ONE OTHER THING TO

09:11AM 5  REFRESH THE COURT'S MEMORY THAT THERE WAS SORT OF A SUGGESTION

09:11AM 6  IN OPENING STATEMENT BY THE GOVERNMENT THAT MY CLIENT HAD

09:11AM 7  INCURRED THE DEBTS WITH MR. HAMBLIN, WHO IS ONE OF THE THESE

09:11AM 8  ADVERSARIAL PROCEEDINGS, AND WITH AZ HOMES TO COME IN HERE AND

09:11AM 9  INTO BANKRUPTCY COURT TO WALK AWAY COMPLETELY FROM THOSE DEBTS.

09:11AM 10  THAT SUGGESTION WAS ALSO MADE IN OPENING STATEMENT.

09:11AM 11  MR. HAMBLIN'S NAME WAS MENTIONED TO THE JURY.

09:11AM 12    IT WAS MENTIONED TO THE JURY THAT MY CLIENT INTENDED TO

09:11AM 13  WALK AWAY FROM THOSE DEBTS, AND SO THERE'S THIS IMPRESSION THAT

09:12AM 14  HAS BEEN CREATED THAT THIS IS A BANKRUPTCY ORCHESTRATED TO WALK

09:12AM 15  AWAY FROM EVERY SINGLE THING THAT THE DEFENDANTS CAN POSSIBLY

09:12AM 16  WALK AWAY FROM AND THAT IS JUST -- WE SHOULD BE ENTITLED TO

09:12AM 17  DISABUSE THE JURY OF THAT NOTION.

09:12AM 18    MS. GILG:  AND IN ADDITION, YOUR HONOR, THE IDEA

09:12AM 19  THAT THE ASSETS HELD BY NATA AND MY CLIENT, KRISTEL KUBUROVICH,

09:12AM 20  THAT THOSE WERE SOMEHOW HIDDEN FROM THE BANKRUPTCY COURT,

09:12AM 21  THAT'S A BIG PART OF THEIR CASE.

09:12AM 22    WE BELIEVE THAT THE EVIDENCE WILL ESTABLISH AS WE GO

09:12AM 23  ALONG, ESPECIALLY WITH THE FORENSIC ACCOUNTANT'S TESTIMONY,

09:12AM 24  THAT, IN FACT, IT WAS FUNDS FROM THE SOURCE THAT ENDED UP

09:12AM 25  PAYING A LOT OF THESE DEBTS.

09:12AM 1          THE COURT:  FUNDS FROM?

09:12AM 2          MS. GILG:  FROM NATA AND FROM THE HOME.

09:12AM 3      AND, YOU KNOW, THEY'RE BRINGING IN MR. WARDA WHO HAS

09:12AM 4  NOTHING TO DO WITH THE BANKRUPTCY PROCEEDING AT ALL BUT WHO HAD

09:13AM 5  A LIEN ON THE EAGLE RIDGE PROPERTY.

09:13AM 6      BUT I THINK ALL OF THESE THINGS TO SHOW THAT HE INCURRED

09:13AM 7  THESE DEBTS ARE CERTAINLY PART OF WHAT THE PROSECUTION IS

09:13AM 8  TRYING TO SHOW, AND I THINK IN ORDER TO NEGATE THE ELEMENT OF

09:13AM 9  INTENT TO FRAUD TO SHOW THAT THEY DID PAY A LOT OF THESE DEBTS

09:13AM 10  IS PART OF THE DEFENSE.

09:13AM 11          MR. NICK:  LASTLY, YOUR HONOR, THESE EXHIBITS ALSO

09:13AM 12  DEMONSTRATE AND THERE'S ALSO A SUGGESTION THAT THIS NATA

09:13AM 13  LIMITED LIABILITY PARTNERSHIP HAD NEVER BEEN DISCLOSED AND

09:13AM 14  THESE EXHIBITS WOULD IN ESSENCE BELIE THAT AS WELL.

09:13AM 15          THE COURT:  MR. SCHENK.

09:13AM 16          MR. SCHENK:  YES, YOUR HONOR.  A COUPLE.  FIRST,

09:13AM 17  THEY GAVE A COUPLE OF REASONS.  THE ONE REASON WAS TESTIMONY OF

09:13AM 18  LAFFREDI MUST BE IMPEACHED.

09:13AM 19      FIRST, I'D SAY THAT IS NOT WITHIN THE SCOPE OF THE DIRECT.

09:13AM 20  THAT'S USING THIS WITNESS TO INTRODUCE THEIR OWN EVIDENCE TO

09:14AM 21  RESPOND TO A DIFFERENT WITNESS, AND THEY TOLD YOUR HONOR

09:14AM 22  MOMENTS AGO THAT THEY DID NOT INTEND TO DO ANYTHING OTHER THAN

09:14AM 23  CROSS MR. GREENE, AND YET IT LOOKS LIKE THESE EXHIBITS ARE

09:14AM 24  EXACTLY THAT;

09:14AM 25          SECOND, IT'S IMPROPER IMPEACHMENT OF A PRIOR WITNESS ON A

09:14AM 1    COLLATERAL MATTER, AND THE COURT SHOULD EXCLUDE IT ON THAT

09:14AM 2    BASIS;

09:14AM 3        THIRD, FORGIVE THE ANALOGY, BUT IF YOU ROB A BANK AND THEN

09:14AM 4    RETURN THE MONEY, YOU DON'T GET TO INTRODUCE THE RETURN OF

09:14AM 5    MONEY AS RELEVANT EVIDENCE TO YOUR STATE OF MIND AT THE

09:14AM 6    ROBBERY.  THAT'S WHAT THIS IS.

09:14AM 7        MS. GILG ARGUED TO THE COURT THAT THE GOVERNMENT IS

09:14AM 8    SHOWING THE DEFENDANT'S INTENT AT THE TIME OF FILING

09:14AM 9    BANKRUPTCY, AND WE WANT TO DISPROVE THE INTENT BECAUSE THE

09:14AM 10   CREDITORS GOT SETTLEMENTS OR GOT PAID BACK OR GOT SOME FRACTION

09:14AM 11   OF A CENTS ON THE DOLLAR OR 100 PERCENT, WHATEVER THE CASE MAY

09:14AM 12   BE, IT JUST IS NOT RELEVANT TO THE INTENT DURING THE TIME AT

09:14AM 13   ISSUE.  IT'S RETURNING THE MONEY TO THE BANK POST ROBBERY.

09:14AM 14       SO I THINK FOR THOSE THREE REASONS THE COURT SHOULD

09:15AM 15   EXCLUDE IT.

09:15AM 16           THE COURT:  HOW ARE YOU INTENDING TO INTRODUCE THESE

09:15AM 17   DOCUMENTS, MS. GILG?

09:15AM 18           MS. GILG:  WELL, I WAS GOING TO ASK HIM.

09:15AM 19           THE COURT:  ASK WHO?

09:15AM 20           MS. GILG:  MR. GREENE.  FIRST OF ALL, I DON'T KNOW

09:15AM 21   IF I WILL GET THESE THROUGH MR. GREENE, BUT THEY'RE ALL PART OF

09:15AM 22   THE BANKRUPTCY FILING WHICH WE AGREED WOULD BE ADMISSIBLE OVER

09:15AM 23   ANY OTHER OBJECTION OTHER THAN RELEVANCE.

09:15AM 24       BUT MY QUESTION IS GOING TO BE TO HIM IN RESPONSE TO SOME

09:15AM 25   OF THE THINGS THAT WERE ASKED ON DIRECT EXAMINATION SUCH AS

09:15AM 1    DIDN'T YOU -- WHAT WOULD YOU DO IN THE CASE WHERE SOMEBODY

09:15AM 2    NOTIFIED YOU THAT THERE WAS, YOU KNOW, MONEY IN A BANK OR

09:15AM 3    SOMETHING LIKE THAT?

09:15AM 4        AND THERE WAS A LOT OF EXAMINATION OF THIS WITNESS THAT

09:15AM 5    HAD TO DO WITH WHAT HE WOULD DO IN CERTAIN CIRCUMSTANCES.  AND

09:15AM 6    SO I WANT TO JUST SHOW HIM OR ASK HIM IF HE RECALLS WHAT

09:15AM 7    HAPPENED AT THE CONCLUSION OF THIS BANKRUPTCY AND THAT IF HE

09:16AM 8    CANNOT REMEMBER, TO REFRESH HIS RECOLLECTION WITH IT.

09:16AM 9        THE COURT:  SO YOU INTEND TO ASK HIM TO YOUR EARLIER

09:16AM 10   POINT ABOUT MR. LAFFREDI SPEAKING ABOUT NO ASSET BANKRUPTCY,

09:16AM 11   YOU INTEND TO ASK HIM WAS THIS BANKRUPTCY A NO ASSET

09:16AM 12   BANKRUPTCY; IS THAT YOUR QUESTION?

09:16AM 13       MS. GILG:  NO, BECAUSE I THINK I'LL HAVE TO BRING IN

09:16AM 14   MY OWN WITNESS TO DO THAT.

09:16AM 15       THE COURT:  WELL, THAT'S WHY I'M TRYING TO

09:16AM 16   UNDERSTAND WHAT IS -- HOW YOU WISH TO GET THESE DOCUMENTS IN.

09:16AM 17       MR. NICK:  YOUR HONOR, FROM MY END THE WAY I WOULD

09:16AM 18   GET THEM IN WHEN IT'S MY OPPORTUNITY IS I THINK I'M ENTITLED TO

09:16AM 19   ASK MR. GREENE WHAT HE RECOLLECTS ABOUT THE BANKRUPTCY

09:16AM 20   PROCEEDING WITH RESPECT TO QUESTIONS THAT HAVE ALREADY BEEN

09:16AM 21   INJECTED INTO THIS CASE, MEANING WERE THERE ASSETS IN THIS

09:16AM 22   BANKRUPTCY?  WERE CREDITORS PAID?

09:16AM 23       HE MAY OR MAY NOT RECALL.  I THINK I'M ENTITLED TO SHOW

09:16AM 24   HIM THESE COURT DOCUMENTS AS A STARTER TO SEE IF IT REFRESHES

09:17AM 25   HIS RECOLLECTION.

09:17AM 1          THE COURT:  ON YOUR DIRECT?

09:17AM 2          MR. NICK:  WELL, I THINK ON CROSS, YOUR HONOR.  THIS

09:17AM 3  IS RELEVANT TO THE CROSS BECAUSE HE WAS ASKED ON DIRECT

09:17AM 4  EXAMINATION MANY QUESTIONS THAT RAISED THE SPECTER THAT THERE

09:17AM 5  WAS FRAUD INVOLVED, AND SO ANYTHING THAT I CAN DO TO

09:17AM 6  REHABILITATE THIS WITNESS OR TO CREATE A DIFFERENT IMPRESSION

09:17AM 7  SHOULD BE PERMITTED ON CROSS-EXAMINATION.

09:17AM 8      HOWEVER, IT'S NOTHING TO QUIBBLE ABOUT, MEANING IF THE

09:17AM 9  COURT WOULD PREFER I DO IT ON DIRECT, I'M PERFECTLY FINE DOING

09:17AM 10 THAT AS WELL.

09:17AM 11         THE COURT:  I'M NOT SURE IT FALLS UNDER DIRECT

09:17AM 12 IMPEACHMENT.  I'M TRYING TO GATHER AND RECOLLECT WHAT HE SAID,

09:17AM 13 MR. LAFFREDI, TALKING ABOUT NO ASSET BANKRUPTCIES.  I DON'T

09:17AM 14 THINK THAT QUESTION WAS ASKED OF MR. GREENE ON DIRECT.  I DON'T

09:17AM 15 RECALL.  MAYBE IT WAS.

09:17AM 16         MR. NICK:  WELL -- OBLIQUELY, YOUR HONOR, MEANING

09:17AM 17 NOT DIRECTLY.  WHAT I MEAN BY THAT IS THAT WHEN THE GOVERNMENT

09:18AM 18 IS ASKING THE WITNESS QUESTIONS WHICH SUGGEST THAT MY CLIENT

09:18AM 19 LIED TO HIS ATTORNEY IN THE PROCESS OF CREATING THE BANKRUPTCY,

09:18AM 20 IT RAISES ISSUES OF FRAUD AND INTENT.  AND TO HAVE AN ESTATE IN

09:18AM 21 BANKRUPTCY THAT CONTAINED MONEY TO PAY THE CREDITORS AND THAT

09:18AM 22 THOSE CREDITORS WALKED AWAY EITHER WHOLE OR SEMI WHOLE TENDS TO

09:18AM 23 COUNTER THAT SUGGESTION.

09:18AM 24         THE COURT:  WELL, I THINK I UNDERSTAND WHAT YOU'RE

09:18AM 25 TRYING TO DO.  I'M NOT CERTAIN THAT CROSS-EXAMINATION AS IT

09:18AM 1    STANDS NOW IS THE WAY TO GET THOSE RECORDS IN.  I, I THINK

09:18AM 2    MR. -- I RECALL MR. SCHENK ASKING HIM ABOUT THE RECENT -- THE

09:18AM 3    AMENDMENT AND ASKING HIM HOW WOULD YOU DO THAT.

09:19AM 4         I THINK MR. GREENE REALLY DIDN'T RECALL, BUT IN THE COURSE

09:19AM 5    OF HIS PRACTICE, I THINK THE QUESTIONING MORPHED INTO WHAT

09:19AM 6    WOULD YOU DO AND IF SOMEONE CALLED YOU TO SAY I REMEMBER THIS

09:19AM 7    ACCOUNT, WHAT WOULD YOU DO?

09:19AM 8         AND I THINK HE TALKED ABOUT, WELL, I WOULD SEND A LETTER

09:19AM 9    AND NOTIFYING THEM.

09:19AM 10        BUT I DON'T KNOW IF THAT GETS INTO THE ENTIRETY OF THIS

09:19AM 11   BANKRUPTCY.

09:19AM 12        I GUESS WHAT I'M SUGGESTING IS THAT IT SOUNDS LIKE IF

09:19AM 13   YOU'RE GOING TO TRY TO GET THESE IN, IT'S GOING TO BE ON

09:19AM 14   DIRECT.  I DON'T THINK THERE'S ANYTHING IN CROSS, ANYTHING THAT

09:19AM 15   WAS ASKED BY THE GOVERNMENT ON DIRECT THAT ALLOWS FOR AN

09:19AM 16   IMPEACHMENT.

09:19AM 17             MR. NICK:  THEN WHEN I GET TO THAT POINT, YOUR

09:19AM 18   HONOR, THEN I WILL SWITCH TO DIRECT AND NOTIFY YOU.

09:19AM 19             THE COURT:  MR. SCHENK.

09:19AM 20             MR. SCHENK:  YES, YOUR HONOR.  IF IT SWITCHES TO

09:19AM 21   DIRECT AND THEN THEY INTRODUCE THIS EVIDENCE IN THEIR CASE IN

09:19AM 22   CHIEF ON DIRECT, I'M NOT SURE HOW IT DOESN'T OPEN THE DOOR

09:19AM 23   REGARDING THE SANTA CLARA STATE LAWSUIT OR PROCEEDINGS BECAUSE

09:19AM 24   MY UNDERSTANDING IS THAT THE CREDITORS GOT PAID BACK THROUGH A

09:20AM 25   RESOLUTION IN THE SANTA CLARA COURT SYSTEM, THE MATTER THAT

09:20AM 1      MR. VICTOR CHEN WAS INVOLVED IN.

09:20AM 2           THE COURT:  IS THAT THE CASE, COUNSEL?

09:20AM 3           MR. NICK:  HE DID, YOUR HONOR.  BUT THE MONEY -- I

09:20AM 4      MEAN, "THROUGH" IS A CORRECT TERM, BUT IT'S WHERE THE MONEY

09:20AM 5      COMES FROM, AND THE MONEY COMES DIRECTLY FROM NATA AND SO --

09:20AM 6      FOR THE PAYMENT OF MR. HAMBLIN AND FOR AZ HOMES AS WELL, YOUR

09:20AM 7      HONOR.  MEANING THE STATE CRIMINAL CASE IS USED AS THE

09:20AM 8      AUTHORITY TO GET THAT MONEY.

09:20AM 9           MS. GILG:  WELL, I MEAN, I DON'T KNOW IF YOU WOULD

09:20AM 10     SAY THE AUTHORITY.  WHAT HAPPENED WAS THAT THERE WAS A

09:20AM 11     RESOLUTION REACHED THAT MR. KUBUROVICH AGREED TO, THAT MY

09:20AM 12     CLIENT AGREED TO.

09:20AM 13       BECAUSE REMEMBER, WHATEVER MR. KUBUROVICH'S STATE OF MIND

09:20AM 14     MAY HAVE BEEN, THE MONEY WAS LEGALLY IN MY CLIENT'S POSSESSION

09:20AM 15     AND SO SHE DIDN'T HAVE TO AGREE TO TURN IT OVER.

09:20AM 16       AND THERE WOULD BE NO WAY THAT MR. KUBUROVICH --

09:20AM 17          THE COURT:  HOW DID THE MONEY GET THERE?  LET'S GET

09:21AM 18     TO THE POINT.

09:21AM 19          MS. GILG:  THE MONEY GOT THERE THROUGH ESCROW

09:21AM 20     BECAUSE THE HOUSE WAS SOLD AND THE TITLE COMPANY KEPT THE MONEY

09:21AM 21     AND THEN PAID THE CREDITORS.

09:21AM 22          THE COURT:  IN THE CRIMINAL CASE?

09:21AM 23          MS. GILG:  YES.

09:21AM 24          MR. NICK:  AND, YOUR HONOR --

09:21AM 25          THE COURT:  HOW DID THAT ATTACH TO THE BANKRUPTCY

09:21AM 1    THEN?

09:21AM 2              MS. GILG:  BECAUSE THESE PEOPLE HAD ADVERSARY CLAIMS

09:21AM 3    THAT WERE FILED.

09:21AM 4              THE COURT:  I SEE.  AND THEY RESOLVED THOSE CLAIMS

09:21AM 5    IN THE CRIMINAL CASE OR THROUGH THE CRIMINAL CASE RESTITUTION,

09:21AM 6    IF YOU WILL?

09:21AM 7              MR. NICK:  RIGHT.

09:21AM 8              MR. SCHENK:  DOESN'T IT LEAVE THE JURY WITH THE

09:21AM 9    IMPRESSION, IF THE GOVERNMENT IS NOT ALLOWED TO INTRODUCE THAT

09:21AM 10   PART, THAT THIS MONEY WAS VOLUNTARILY TRANSFERRED.

09:21AM 11             THE COURT:  THAT'S A PROBLEM IS HOW FAR DOWN THE

09:21AM 12   RABBIT HOLE DO WE GO SO TO SPEAK.

09:21AM 13             MS. GILG:  WELL, WE CAN SAY IT WAS A SANTA CLARA

09:21AM 14   COURT PROCEEDING.  WE DON'T HAVE TO SAY IT WAS A CRIMINAL CASE,

09:21AM 15   BUT I THINK THAT OTHERWISE WE LEAVE THE IMPRESSION THAT HE

09:21AM 16   DIDN'T PAY ANY OF THESE PEOPLE BACK.  I MEAN, THAT'S THE

09:21AM 17   PROBLEM.

09:21AM 18             MR. NICK:  WELL, YOUR HONOR, THE FACT THAT

09:22AM 19   MR. HAMBLIN AND AZ HOMES FILED ADVERSARY PROCEEDINGS AND IT

09:22AM 20   RESULTS IN A RESOLUTION, THAT PAINTS AN ACCURATE PICTURE TO THE

09:22AM 21   JURY THAT THIS IS A PAYMENT AS A RESULT OF LITIGATION BROUGHT

09:22AM 22   BY THESE CREDITORS THAT THEY DIDN'T GET MAYBE THE FULL AMOUNT,

09:22AM 23   THAT THEY GOT SOME SORT OF A SETTLEMENT.

09:22AM 24        THE OTHER PART IS COMPLETELY INFLAMMATORY AND UNNECESSARY

09:22AM 25   TO INJECT THE OTHER PART TO --

09:22AM 1          THE COURT:  THE OTHER PART?

09:22AM 2          MR. NICK:  -- MEANING THE CRIMINAL CASE AND HOW THAT

09:22AM 3   AFFECTS THE STATE CRIMINAL CASE.  IT'S JUST NOT RELEVANT.

09:22AM 4          THE WHOLE POINT IS THAT MR. HAMBLIN AND AZ HOMES BRING AN

09:22AM 5   ADVERSARIAL PROCEEDINGS, AND AT THE TIME THERE'S A CRIMINAL

09:22AM 6   CASE GOING ON AND WHATEVER MAKES THEM HAPPY THERE IS ENOUGH TO

09:22AM 7   ENTER INTO A SETTLEMENT AND TO DISMISS THE ADVERSARIAL

09:22AM 8   PROCEEDINGS.

09:22AM 9          THE GOVERNMENT IS FREE TO ARGUE OUT OF THOSE FACTS, LOOK,

09:22AM 10  HE DIDN'T REALLY PAY THEM.  THEY HAD TO SUE HIM IN BANKRUPTCY

09:22AM 11  COURT.  THEY HAD TO LITIGATE AND ONLY THEN DID THEY GET PAID.

09:23AM 12         SO IT DOESN'T MATTER WHAT PROCESS BROUGHT ABOUT THE

09:23AM 13  PAYMENT OUTSIDE OF BANKRUPTCY COURT.  IT'S THE FACT THAT THEY

09:23AM 14  DISMISSED THEIR ADVERSARIAL PROCEEDING AND THEY WERE SATISFIED

09:23AM 15  WITH WHATEVER THEY GOT.

09:23AM 16          THE COURT:  BUT THE FUNDING CAME FROM NATA?

09:23AM 17          MR. NICK:  YES, THAT DEFINITELY IS THE CASE AND THAT

09:23AM 18  IS PART OF THE STIPULATION THAT THE COURT HAS IN FRONT OF YOU,

09:23AM 19  YOUR HONOR.  I THINK IT'S NUMBER 1 THAT -- OR NUMBER 3, I THINK

09:23AM 20  IT IS, THAT THE FUNDS THAT CAME FROM NATA IN LIECHTENSTEIN WENT

09:23AM 21  TO PAY A DEBT OF MR. KUBUROVICH.

09:23AM 22         SO THIS IS ALREADY BEING INJECTED THROUGH A STIPULATION

09:23AM 23  THAT A DEBT IS BEING PAID TO THESE CREDITORS, AND SO THIS IS

09:23AM 24  RELEVANT, YOUR HONOR, THAT THESE CREDITORS WERE IN FACT PAID.

09:23AM 25          AND AGAIN, I BRING THE COURT BACK --

09:23AM 1          THE COURT:  IT SAYS HERE MR. KUBUROVICH'S DEBT.

09:24AM 2          MR. SCHENK:  YOUR HONOR, I WAS JUST GOING TO ARGUE

09:24AM 3    THAT THE STIPULATION, NUMBER 3, MAKES THE POINT, THAT'S WHY WE

09:24AM 4    AGREED TO IT, THAT THE DEFENSE WANTS TO ARGUE IS THE PROFFERED

09:24AM 5    RELEVANCE; THAT IS, THIS IS NOT A NO ASSET BANKRUPTCY WHERE

09:24AM 6    CREDITORS WERE LEFT HOLDING THE BAG.

09:24AM 7          IF THE DEFENSE'S PROFFERED BASIS FOR WANTING TO INTRODUCE

09:24AM 8    THE UNDERLYING RECORDS IS BECAUSE IF SOMEONE HAD THE INTENT TO

09:24AM 9    DEFRAUD CREDITORS THEY WOULDN'T HAVE STIPULATED TO THE PAYMENT

09:24AM 10   OF CREDITORS LATER, WELL, THEN THE GOVERNMENT SHOULD BE ALLOWED

09:24AM 11   TO ARGUE IN RESPONSE TO THAT TYPE OF EVIDENCE THAT HE DIDN'T

09:24AM 12   VOLUNTARILY DO IT.  ONLY WHEN THE CRIMINAL SYSTEM GOT INVOLVED

09:24AM 13   AND AS A MEANS OF RESOLVING THE CRIMINAL MATTER.  IT WASN'T THE

09:24AM 14   ADVERSARY PROCEEDING ALONE.  IT WAS THE INVOLVEMENT OF THE

09:24AM 15   STATE CRIMINAL SYSTEM AND THE ABILITY TO REACH A SETTLEMENT IN

09:24AM 16   THAT CASE DID HE AGREE TO RESOLVE.

09:24AM 17         THAT'S A COLLATERAL MATTER WHERE THE JURY --

09:24AM 18         THE COURT:  THAT'S PROBLEMATIC I THINK TO TELL -- TO

09:25AM 19   INFORM THE JURY -- IF YOU WANT TO INFORM THE JURY EXACTLY WHAT

09:25AM 20   HAPPENED, IT SEEMS LIKE LEAVING THAT PART OUT WOULD THEN

09:25AM 21   MISLEAD THEM IN SOME WAY AS TO THE TRUE SOURCE OF THIS.  THAT'S

09:25AM 22   THE PROBLEM I'M HAVING WITH THIS.

09:25AM 23         IF IT CAME FROM THE CRIMINAL CASE -- AND I UNDERSTAND THIS

09:25AM 24   MONEY CAME FROM THE NATA, MS. KUBUROVICH, NATA, TO PAY THIS

09:25AM 25   OFF, BUT THE RESULT WAS THE CRIMINAL CASE AS A RESULT.

09:25AM 1      MS. GILG:  IT WAS A RESOLUTION OF THE CRIMINAL CASE.

09:25AM 2  IT WASN'T A COURT ORDER.  IT WAS AN AGREEMENT BY THE PARTIES TO

09:25AM 3  AVOID THE RISK OF GOING TO TRIAL.

09:25AM 4      THE COURT:  AND IT SOUNDS LIKE THIS MAY HAVE BEEN

09:25AM 5  NEGOTIATED BY MR. MANCHESTER AND WHO I'M ASSUMING WAS THE

09:25AM 6  CRIMINAL DEFENSE ATTORNEY IN THE STATE CASE.

09:25AM 7      MR. NICK:  THAT'S CORRECT.

09:25AM 8      THE COURT:  AND SO HE NEGOTIATED THAT RESOLUTION

09:25AM 9  THAT THEN FILTERS OVER INTO THE BANKRUPTCY.

09:26AM 10      MS. GILG:  I GUESS THE PROBLEM -- AND WE REALLY

09:26AM 11 DON'T NEED THE RECORDS OR WE DON'T EVEN NEED TO ASK MR. GREENE

09:26AM 12 ABOUT THEM IF THEY'RE SELF-AUTHENTICATING AS BANKRUPTCY

09:26AM 13 FILINGS.

09:26AM 14      THE COURT:  PARDON ME FOR INTERRUPTING YOU.  CAN'T

09:26AM 15 YOU STILL MAKE YOUR SAME ARGUMENT WITHOUT THOSE RECORDS?

09:26AM 16      MR. NICK:  WE COULD, YOUR HONOR, IF THE QUESTIONS

09:26AM 17 RELATING TO THE RECORDS ARE ANSWERED WITHOUT THE NEED OF THE

09:26AM 18 DOCUMENT ITSELF.

09:26AM 19      THE COURT:  IT SEEMED TO ME IF YOU'RE CONCERNED

09:26AM 20 ABOUT THE ISSUE THAT YOU WOULD LIKE TO PRESENT TO THE JURY IS

09:26AM 21 THAT THIS IS NOT A NO ASSET CASE.  ACTUALLY, CREDITORS WERE

09:26AM 22 PAID OUT OF THE BANKRUPTCY, AS MR. LAFFREDI DESCRIBED,

09:26AM 23 CREDITORS DO GET PAID WHEN THERE IS FUNDING.

09:26AM 24      AND STIPULATION 3 INDICATES THAT MONEY CAME FROM

09:26AM 25 MS. KUBUROVICH.  AND MY SENSE IS THAT YOU'LL BE ABLE TO ARGUE

09:27AM 1    THAT MONEY WAS PAID FOR THE DEBTS.  IS THAT THE SAME THING

09:27AM 2    ACCOMPLISHING --

09:27AM 3            MR. NICK:  I THINK THE PROBLEM IS THAT IT KEEPS

09:27AM 4    RUBBING ON ME I KEEP HEARING MR. SIMEON'S OPENING STATEMENT AND

09:27AM 5    AFTER SO MANY YEARS OF DOING THAT I KNOW THE IMPACT THAT HAS TO

09:27AM 6    TELL THE JURY IN ESSENCE HE CAME HERE TO COMMIT FRAUD IN THIS

09:27AM 7    BANKRUPTCY COURT.  HE PILED UP ALL OF THESE DEBTS.  HE INTENDED

09:27AM 8    TO PAY NOBODY.  THAT'S IN ESSENCE WHAT HE COMMUNICATED TO THIS

09:27AM 9    JURY.

09:27AM 10            THE COURT:  BUT DOESN'T THIS -- ISN'T THIS EVIDENCE,

09:27AM 11    THIS MEANING THIS $101,000 --

09:27AM 12            MR. NICK:  IT IS, BUT HE MENTIONED MR. HAMBLIN,

09:27AM 13    MR. HAMBLIN SPECIFICALLY IN OPENING STATEMENT, YOUR HONOR.

09:27AM 14        SO AT MINIMUM, AT MINIMUM, YOUR HONOR, I WOULD ASK TO

09:27AM 15    COUNTER THAT ASPECT OF OPENING STATEMENT THAT SOME WITNESS IN

09:27AM 16    THIS CASE BE ABLE TO ANSWER QUESTIONS ABOUT MR. HAMBLIN HAVING

09:27AM 17    RECEIVED SOME SORT OF A SETTLEMENT OR PAYMENT FOR HIS DEBT AND

09:27AM 18    THAT THE ADVERSARIAL PROCEEDING THAT HE BROUGHT WAS --

09:27AM 19            THE COURT:  WILL YOU BE ABLE TO IDENTIFY MR. HAMBLIN

09:28AM 20    AS ONE OF THE CREDITORS?

09:28AM 21            MR. NICK:  YES.  HE'S ON THE SCHEDULES.  HE'S ON

09:28AM 22    EXHIBIT 1 THAT HAS BEEN ADMITTED.

09:28AM 23            THE COURT:  AND IS THERE EVIDENCE THAT SHOWS THAT HE

09:28AM 24    WAS PAID?

09:28AM 25            MR. NICK:  YES, IT'S IN THE DOCKET OF THE BANKRUPTCY

09:28AM 1    COURT.

09:28AM 2         THE COURT:  SO DOES THAT -- PARDON ME.  BUT DOESN'T

09:28AM 3    THAT RESOLVE THE ISSUE THEN?

09:28AM 4         MR. NICK:  IT DOES, AND IF WE CAN GET THAT BEFORE

09:28AM 5    THE JURY.

09:28AM 6         MS. GILG:  THE ONLY THING IS THAT IN THE FINAL

09:28AM 7    DECREE FOR THE BANKRUPTCY COURT, IT SHOWS THAT MR. HAMBLIN WAS

09:28AM 8    NOT PAID BECAUSE HE WAS PAID IN THE ADVERSARIAL PROCEEDING AND

09:28AM 9    THAT'S HOW -- AND MR. LAFFREDI KIND OF TESTIFIED ABOUT THAT.

09:28AM 10   THERE'S LIKE THIS PARALLEL ADVERSARY PROCEEDING GOING ON.

09:28AM 11        THE COURT:  WILL MR. GREENE HAVE KNOWLEDGE OF THAT?

09:28AM 12        MS. GILG:  THAT'S WHAT I DON'T KNOW, AND I KIND OF

09:28AM 13   DOUBT IT BECAUSE HE REALLY DOESN'T REMEMBER.  IT WAS SO LONG

09:28AM 14   AGO.

09:28AM 15        THE COURT:  ARE THERE RECORDS THAT WOULD REFRESH HIS

09:28AM 16   RECOLLECTION?

09:28AM 17        MS. GILG:  THAT'S ALL I WAS GOING TO USE THEM FOR

09:28AM 18   WAS TO REFRESH HIS RECOLLECTION.

09:28AM 19        MR. SCHENK:  SO I THINK THAT IS THESE RECORDS -- I'M

09:28AM 20   SORRY, THESE ARE THE DEFENDANTS' PROFFERED RECORDS THIS

09:28AM 21   MORNING.

09:28AM 22        THE COURT:  RIGHT.

09:28AM 23        MR. SCHENK:  THE GOVERNMENT'S CONCERN IS THAT THE

09:29AM 24   PAYMENT TO MR. HAMBLIN CANNOT ENTER THE TRIAL IN FRONT OF THE

09:29AM 25   JURY AS HAVING BEEN DONE VOLUNTARILY AND BECAUSE MR. KUBUROVICH

09:29AM 1    NEVER HAD AN INTENT TO FRAUD AND HE WAS ALWAYS INTENDING TO

09:29AM 2    RETURN THIS MONEY.

09:29AM 3         THE TRUTH IS IT WAS PART OF A STATE CRIMINAL CASE.  AND

09:29AM 4    I'M CONCERNED, AND WE RAISED THIS ISSUE AT OUR PRETRIAL

09:29AM 5    CONFERENCE, THAT THE DEFENSE IS GOING TO OPEN THE DOOR TO THE

09:29AM 6    GOVERNMENT INTRODUCING EVIDENCE ABOUT WHAT GOT MR. KUBUROVICH

09:29AM 7    TO MAKE THIS PAYMENT OR TO AGREE THAT THE MONEY BE PAID.

09:29AM 8         IT WASN'T VOLUNTARILY BECAUSE HE ALWAYS INTENDED TO PAY

09:29AM 9    HIS CREDITORS.  IT WAS TO RESOLVE A CRIMINAL CASE.

09:29AM 10         THE COURT:  WELL, THAT'S THE RISK, I SUPPOSE, YOU

09:29AM 11   RUN.  I HAVE SAID IN A VERY DELICATE WAY WE WANT TO KEEP THAT

09:29AM 12   OUT OF THIS CASE FOR FEAR OF PREJUDICING YOUR CLIENTS,

09:29AM 13   CANDIDLY.

09:29AM 14         AND IT'S A RISK THAT YOU RUN BY OPENING THAT DOOR, AND IT

09:29AM 15   MAY BE THAT THE GOVERNMENT MIGHT BE ENTITLED TO TALK ABOUT

09:30AM 16   THAT.  THAT WAS ANOTHER CASE AND RESOLUTION OF THAT CASE AND IN

09:30AM 17   A DIFFERENT COURT OTHER THAN A CIVIL COURT ALLOWED FOR THAT

09:30AM 18   PAYMENT TO BE MADE AND THAT WAS A -- THE SIDE AGREEMENTS THAT

09:30AM 19   YOU REFERENCED EARLIER.

09:30AM 20         YOU KNOW, I DON'T WANT TO COMPLICATE THAT, AND I DON'T

09:30AM 21   WANT TO PREJUDICE YOUR CLIENTS BRINGING THAT CRIMINAL CASE IN.

09:30AM 22   THAT'S WHAT I TOLD YOU IS THAT I WANT TO KEEP THAT SEPARATE.

09:30AM 23         I UNDERSTAND YOUR DESIRE TO ARGUE THAT, WELL, THIS WASN'T

09:30AM 24   A NO ASSET CASE AND THAT MY CLIENT ACTUALLY DID MAKE SOME

09:30AM 25   PAYMENTS.  THERE WERE PAYMENTS MADE TO INDIVIDUALS.

09:30AM 1      I THINK YOU CAN DO THAT.  IF YOU CAN REFRESH THIS

09:30AM 2  WITNESS'S RECOLLECTION ABOUT THAT, YOU CAN DO THAT.

09:30AM 3      BUT YOU PROCEED AT YOUR OWN PERIL BECAUSE YOU MAY OPEN THE

09:30AM 4  DOOR TO THE CRIMINAL CASE.

09:30AM 5      MS. GILG:  JUST SO THAT WE ARE CLEAR ON WHAT MAY

09:30AM 6  OPEN THE DOOR.  SO WE CAN ASK WERE SOME OF THESE DEBTS PAID?

09:30AM 7  DO YOU RECALL HOW MUCH DEBT WAS PAID?

09:31AM 8      THE COURT:  WELL, IT WAS NO ASSET -- NOT -- DOUBLE

09:31AM 9  NEGATIVE.  IT WAS NOT A NO ASSET CASE.  THERE WERE ASSETS AND

09:31AM 10  CREDITORS WERE PAID.

09:31AM 11      MR. NICK:  YES, YOUR HONOR, WE WOULD BE SATISFIED.

09:31AM 12      THE COURT:  RIGHT.  CREDITORS WERE PAID.  AND I

09:31AM 13  THINK THAT --

09:31AM 14      MR. NICK:  IT DOES.

09:31AM 15      THE COURT:  AND ASSUMING THAT THE JURY REMEMBERS THE

09:31AM 16  ELOQUENCE OF MR. SIMEON IN HIS OPENING STATEMENT AS YOU DO AND

09:31AM 17  YOU ARE CONCERNED ABOUT IT.  I THINK THAT ALLOWS YOU TO EXPRESS

09:31AM 18  YOUR ELOQUENCE AT CLOSING THAT THIS --

09:31AM 19      MR. NICK:  HE DOES DO JIUJITSU, YOUR HONOR.  ALL

09:31AM 20  RIGHT.  THANK YOU, YOUR HONOR.

09:31AM 21      THE COURT:  DOES THAT HELP?  DOES THAT HELP?  IS

09:31AM 22  THAT HELPFUL?

09:31AM 23      MR. SCHENK:  YES.

09:31AM 24      MR. NICK:  YES.  THANK YOU.

09:31AM 25      THE COURT:  SHOULD WE BRING THE JURY IN NOW THEN?

09:31AM 1          MR. SIMEON:  YES.

09:31AM 2          MR. SCHENK:  YES.

09:31AM 3          THE COURT:  OKAY.

09:32AM 4      (JURY IN AT 9:32 A.M.)

09:32AM 5          THE COURT:  PLEASE BE SEATED.  THANK YOU.  WE ARE

09:32AM 6  BACK ON THE RECORD.  OUR JURY AND ALTERNATE ARE PRESENT.  ALL

09:32AM 7  COUNSEL AND THE DEFENDANTS ARE PRESENT.

09:32AM 8      MR. SCHENK, I THINK YOU HAVE CONCLUDED YOUR DIRECT OF

09:32AM 9  MR. GREENE.

09:32AM 10         MR. SCHENK:  YES, YOUR HONOR.

09:32AM 11         THE COURT:  ALL RIGHT.  LET'S HAVE MR. GREENE COME

09:32AM 12  IN.  THANK YOU.

09:33AM 13      GOOD MORNING, SIR.  PLEASE COME FORWARD.  AND IF YOU WOULD

09:33AM 14  RESUME THE STAND, PLEASE.

09:33AM 15         THE WITNESS:  YES, YOUR HONOR.

09:33AM 16         THE COURT:  AND IF YOU COULD JUST STATE YOUR NAME

09:33AM 17  AGAIN AFTER YOU MAKE YOURSELF COMFORTABLE.

09:33AM 18         THE WITNESS:  THANK YOU.  MY NAME IS CHARLES GREENE.

09:33AM 19         THE COURT:  THANK YOU.  AND YOU'RE STILL UNDER OATH.

09:33AM 20  I'LL REMIND YOU OF THAT, SIR.

09:33AM 21         THE WITNESS:  YES, YOUR HONOR.

09:33AM 22      **(GOVERNMENT'S WITNESS, CHARLES GREENE, WAS PREVIOUSLY**

09:33AM 23  **SWORN.)**

09:33AM 24         THE COURT:  MR. NICK.

09:33AM 25         MR. NICK:  THANK YOU VERY MUCH, YOUR HONOR.

**CROSS-EXAMINATION**

BY MR. NICK:

Q.   GOOD MORNING, MR. GREENE.

A.   GOOD MORNING, SIR.

Q.   MR. GREENE, I WANTED TO ASK YOU IF THE TIME THAT

MR. KUBUROVICH AND MRS. KUBUROVICH, HIS WIFE, RETAINED YOU TO

DO THE BANKRUPTCY, WHETHER THAT WAS THE FIRST TIME THAT YOU

EVER MET MR. KUBUROVICH?

A.   IT WAS NOT THE FIRST TIME.

Q.   TELL US HOW YOU HAD MET HIM PRIOR TO THAT OCCASION?

A.   WELL, VERY BRIEFLY.  AFTER GRADUATING FROM LAW SCHOOL I

TOOK EMPLOYMENT WITH A FIRM IN SAN JOSE, RICHARD CAPUTO AND

SALVADOR LICCARDO, AND THAT FIRM ENGAGED WHAT THEY CALLED A

PROCESS SERVER COURT RUNNER, AND THAT SERVICE PROVIDER WOULD

COME TO THE LAW FIRM'S OFFICES AND PICK UP PAPERS THAT HAD TO

BE FILED WITH THE COURT.

     AND MY RECOLLECTION IS THAT DURING MY TENURE THERE, WHICH

WAS UNTIL 1983, I MET MR. KUBUROVICH WHO WAS A YOUNG MAN AND

APPARENTLY HE WORKED FOR THE PROCESS SERVING FIRM OR PROVIDER.

     SO THAT WAS THE FIRST TIME I EVER MET HIM.

Q.   OKAY.  AND SO YOU DIDN'T REALLY HAVE A FRIENDSHIP WITH

HIM, YOU JUST KNEW HIM FOR A VERY LONG TIME BECAUSE OF THAT

SITUATION THAT YOU JUST DESCRIBED?

A.   YES, SIR.

Q.   WOULD THAT BE ACCURATE?

09:35AM 1    A.   UH-HUH.

09:35AM 2    Q.   ALL RIGHT.  CAN YOU TELL US ABOUT HOW MANY TIMES YOU MET

09:35AM 3    IN PERSON WITH MR. KUBUROVICH TO DISCUSS HIS ASSETS?

09:35AM 4    A.   I'M SORRY, I DON'T RECALL THAT.

09:35AM 5    Q.   WOULD IT HAVE BEEN AT LEAST ONE TIME?

09:35AM 6    A.   AT LEAST ONE TIME, YES.

09:35AM 7    Q.   AND AS A MATTER OF COURSE YOU EXPLAINED WHAT THE

09:35AM 8    BANKRUPTCY PROCESS IS LIKE; CORRECT?

09:35AM 9    A.   CORRECT.

09:35AM 10   Q.   AND THE NEED TO DISCLOSE ASSETS; CORRECT?

09:35AM 11   A.   CORRECT, YES, SIR.

09:35AM 12   Q.   AND THERE IS ALSO CERTAIN TYPES OF PROPERTY, DEPENDING ON

09:35AM 13   THE RULES AND HOW THE PROPERTY IS CLASSIFIED, THAT THE DEBTOR

09:35AM 14   DOES NOT HAVE TO DISCLOSE SUCH AS A GIFT, FOR EXAMPLE, THE

09:36AM 15   PERSON GAVE AWAY SEVERAL YEARS BEFORE.  WOULD THAT BE ONE OF

09:36AM 16   THEM?

09:36AM 17   A.   THAT WOULD BE AN EXAMPLE.

09:36AM 18   Q.   ALL RIGHT.  AND DO YOU EXPLAIN AS A MATTER OF COURSE THOSE

09:36AM 19   ASPECTS OF THE LAW TO YOUR CLIENTS?

09:36AM 20   A.   NORMALLY YES, SIR.

09:36AM 21   Q.   YOU WOULD ALSO REVIEW THE PETITION, CORRECT, SIR, AFTER

09:36AM 22   IT'S COMPLETED BECAUSE YOU PUT YOUR ELECTRONIC SIGNATURE ON IT?

09:36AM 23   A.   CORRECT, YES, SIR.

09:36AM 24   Q.   NOW, YOU HADN'T MET WITH MR. SCHENK WHO QUESTIONED YOU ON

09:36AM 25   DIRECT PRIOR TO YOUR TESTIMONY THE DAY BEFORE YESTERDAY AND --

09:37AM 1    BUT YOU HAD MET WITH SOME OTHER MEMBERS OF THE PROSECUTION; IS

09:37AM 2    THAT CORRECT?

09:37AM 3    A.   YES, SIR.

09:37AM 4    Q.   AND WOULD THAT HAVE BEEN MR. SIMEON?

09:37AM 5    A.   IF HE COULD RAISE HIS HAND.

09:37AM 6    Q.   DO YOU SEE HIM HERE?

09:37AM 7    A.   I DO.  I DON'T THINK I'VE BEEN INTRODUCED TO HIM.  I DON'T

09:37AM 8    BELIEVE I MET WITH HIM BEFORE.

09:37AM 9    Q.   ALL RIGHT.  WERE YOU ALSO INTERVIEWED BY AN AGENT OF THE

09:37AM 10   FEDERAL BUREAU OF INVESTIGATION IN APPROXIMATELY FEBRUARY OF

09:37AM 11   THIS YEAR?

09:37AM 12   A.   YES, SIR.  ACTUALLY TWO AGENTS --

09:37AM 13   Q.   OKAY.

09:37AM 14   A.   -- CAME TO MY LAW OFFICE.

09:37AM 15   Q.   AND WAS THAT THE FIRST TIME THAT YOU'VE BEEN QUESTIONED

09:37AM 16   REGARDING A BANKRUPTCY FRAUD BY GOVERNMENT AGENTS?

09:37AM 17            MR. SCHENK:  OBJECTION.  RELEVANCE.

09:37AM 18            THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION,

09:37AM 19   SIR.

09:37AM 20            THE WITNESS:  IN THIS CASE?

09:37AM 21            MR. NICK:  YES, SIR.

09:37AM 22            THE WITNESS:  I THINK, BUT I'M NOT CERTAIN.  I

09:37AM 23   THINK.

09:38AM 24   BY MR. NICK:

09:38AM 25   Q.   ALL RIGHT.  YOUR BEST MEMORY IS THAT IS THE FIRST?

09:38AM 1    A.   YES, SIR.   YES, SIR.

09:38AM 2    Q.   ALL RIGHT.   AND DURING THAT INTERVIEW WERE YOU ASKED

09:38AM 3    WHETHER GIFTS OR SOMETHING THAT YOU WOULD HAVE ADVISED

09:38AM 4    MR. KUBUROVICH TO REVEAL IN HIS BANKRUPTCY PETITION?   DO YOU

09:38AM 5    RECALL THAT LINE OF QUESTIONING?

09:38AM 6    A.   NO, SIR, I DON'T.

09:38AM 7    Q.   ALL RIGHT.   LET ME GIVE YOU A MOMENT TO SEE IF I CAN SHOW

09:38AM 8    YOU SOMETHING TO SEE IF IT REFRESHES YOUR RECOLLECTION.

09:38AM 9    A.   ALL RIGHT.

09:38AM 10        (PAUSE IN PROCEEDINGS.)

09:39AM 11            MR. NICK:   OKAY.   YOUR HONOR, MAY I APPROACH THE

09:39AM 12   WITNESS TO SHOW HIM A TWO PAGE DOCUMENT?

09:39AM 13            THE COURT:   YES.

09:39AM 14        (DISCUSSION OFF THE RECORD.)

09:39AM 15            MR. NICK:   MAY I APPROACH?

09:39AM 16            THE COURT:   YES.

09:39AM 17   BY MR. NICK:

09:39AM 18   Q.   MR. GREENE, I'VE PLACED SOME X'S AT THE BOTTOM OF THE

09:39AM 19   PARAGRAPH SO IT WOULD REFRESH YOUR RECOLLECTION.   SO IT WOULD

09:39AM 20   BE ON BATE STAMP 23183 TO THIS X RIGHT HERE ON BATE STAMP

09:39AM 21   23184.

09:39AM 22   A.   ALL RIGHT.

09:39AM 23   Q.   THANK YOU VERY MUCH, SIR.

09:39AM 24            THE COURT:   SO JUST READ THOSE TO YOURSELF, SIR, AND

09:39AM 25   LET COUNSEL KNOW WHEN YOU'VE FINISHED READING THEM AND THEN

09:39AM  1    WE'LL ASK YOU ANOTHER QUESTION.

09:39AM  2            MR. NICK:  YES.

09:40AM  3         (PAUSE IN PROCEEDINGS.)

09:40AM  4            THE WITNESS:  ALL RIGHT.  I'VE COMPLETED READING

09:40AM  5    THIS.

09:40AM  6    BY MR. NICK:

09:40AM  7    Q.   I JUST WANT TO ASK YOU IF THIS DOCUMENT REFRESHES YOUR

09:40AM  8    MEMORY OF THE INTERVIEW, SIR?

09:40AM  9    A.   IT DOES.

09:40AM  10   Q.   AND LET ME SEE.  I DON'T HAVE IT IN FRONT OF ME SO I'LL

09:40AM  11   TRY TO DO MY BEST TO REMEMBER --

09:40AM  12   A.   ALL RIGHT.

09:40AM  13   Q.   -- FROM MY QUESTION.  YOU WERE ASKED IF YOU COULD

09:40AM  14   RECOLLECT WHAT TYPE OF ADVICE YOU LIKELY WOULD HAVE GIVEN TO

09:40AM  15   MR. KUBUROVICH REGARDING GIFTS; CORRECT?

09:40AM  16   A.   UH-HUH, YES.

09:40AM  17   Q.   AND AFTER YOU WERE GIVEN A HYPOTHETICAL BY THE FBI, YOUR

09:40AM  18   RESPONSE WAS THAT YOU PROBABLY WOULD NOT HAVE ADVISED THEM TO

09:40AM  19   REVEAL THAT TYPE OF A GIFT?

09:41AM  20   A.   THAT'S WHAT THE DOCUMENT SAYS, UH-HUH.

09:41AM  21   Q.   OKAY.  YOU ALSO MENTIONED THAT THIS IS A LEGALLY COMPLEX

09:41AM  22   AREA TO THE POINT THAT YOU PROBABLY HAVE TO HAVE A DISCUSSION

09:41AM  23   WITH LAW STUDENTS IN YOUR BANKRUPTCY CLASS THAT YOU TEACH IN

09:41AM  24   ORDER TO PROBABLY COME UP WITH A CONCISE ANSWER.  WOULD THAT BE

09:41AM  25   ACCURATE?

09:41AM 1    A.   IT'S ACCURATE.  IT WASN'T A LAW SCHOOL CLASS.  THE MEMBERS

09:41AM 2    OF THE BANKRUPTCY BAR HERE IN SAN JOSE, WE MEET MONTHLY.

09:41AM 3    Q.   YES, FORGIVE ME.

09:41AM 4    A.   AND WE DISCUSS HYPOTHETICALS, WE DISCUSS ASPECTS OF THE

09:41AM 5    LAW, ET CETERA, BUT I'VE NEVER TAUGHT AT SANTA CLARA OR

09:41AM 6    STANFORD.

09:41AM 7    Q.   ALL RIGHT.  SORRY.

09:41AM 8    A.   THAT'S ALL RIGHT.

09:41AM 9    Q.   AND NOT ONLY THAT, YOU MENTIONED TO THE AGENTS THAT THE

09:41AM 10   BANKRUPTCY JUDGES IN THIS DISTRICT TEND TO HAVE A LIBERAL

09:41AM 11   INTERPRETATION OF WHAT NEEDS TO BE REVEALED AND WHAT DOESN'T

09:42AM 12   NEED TO BE REVEALED?

09:42AM 13          MR. SCHENK:  OBJECTION.  RELEVANCE.

09:42AM 14          THE COURT:  SUSTAINED.

09:42AM 15          MR. NICK:  MAY I MAKE A PROFFER, YOUR HONOR?

09:42AM 16          THE COURT:  WHY DON'T YOU ASK A DIFFERENT --

09:42AM 17          MR. NICK:  VERY WELL.

09:42AM 18   Q.   IS YOUR EXPERIENCE -- THE WAY THAT THE JUDGES RULE IN THE

09:42AM 19   THOUSANDS OF BANKRUPTCY THAT YOU'VE BEEN INVOLVED IN SORT OF

09:42AM 20   FORMULATE PART OF THE WELL OF THE ADVICE THAT YOU GIVE TO

09:42AM 21   CLIENTS.  WOULD THAT BE ACCURATE?

09:42AM 22   A.   IT'S ACCURATE, YES, SIR.

09:42AM 23   Q.   AND IS IT YOUR EXPERIENCE THAT THE INTERPRETATION OF WHAT

09:42AM 24   A GIFT IS TENDS TO BE IN A MANNER WHICH IS INTERPRETED IN FAVOR

09:42AM 25   OF THE DEBTOR?

09:42AM 1    A.   THAT'S MY PERCEPTION OF THE BENCH IN THIS PARTICULAR

09:43AM 2    DIVISION OF THE BANKRUPTCY COURT.

09:43AM 3    Q.   ALL RIGHT.  THANK YOU, SIR.  AND I WANTED TO ASK YOU JUST

09:43AM 4    GENERALLY IF YOU RECALL WHETHER SOME OF THE CREDITORS IN THIS

09:43AM 5    CASE WERE EVENTUALLY PAID OUT OF THE ESTATE?

09:43AM 6    A.   I DON'T RECALL.

09:43AM 7    Q.   VERY WELL.  THANK YOU VERY MUCH.  I HAVE NOTHING FURTHER.

09:43AM 8    A.   THANK YOU.

09:43AM 9         MR. NICK:  YOUR HONOR, MAY I APPROACH THE WITNESS TO

09:43AM 10   GET MY --

09:43AM 11        THE COURT:  YES, YOU MAY.

09:43AM 12        MR. NICK:  THANK YOU VERY MUCH.

09:43AM 13        THE COURT:  MS. GILG.

09:43AM 14                    **CROSS-EXAMINATION**

09:43AM 15   BY MS. GILG:

09:43AM 16   Q.   GOOD MORNING, MR. GREENE.

09:43AM 17   A.   HELLO.

09:43AM 18   Q.   PRIOR TO TODAY HAVE YOU EVER MET OR SPOKEN WITH MR. NICK?

09:43AM 19   A.   UM, I DON'T THINK SO.

09:43AM 20   Q.   BUT YOU AND I HAVE SPOKEN ON THE PHONE ONCE; IS THAT

09:43AM 21   CORRECT?

09:43AM 22   A.   THAT IS CORRECT.

09:43AM 23   Q.   AND AGENT EHNOT, IS SHE ONE OF THE AGENTS THAT CAME TO SEE

09:44AM 24   YOU?

09:44AM 25   A.   I BELIEVE SO.

09:44AM 1    Q.   AND MR. NICK ASKED YOU ABOUT SOME OF THE QUESTIONS THAT

09:44AM 2    WERE ASKED DURING THAT INTERVIEW AS THEY RELATED TO GIFTS AND

09:44AM 3    REFRESHED YOUR RECOLLECTION WITH THE DOCUMENT THAT YOU READ?

09:44AM 4    A.   UH-HUH.

09:44AM 5    Q.   AND YOU SAID THAT'S WHAT THE DOCUMENT SAYS ABOUT WHAT YOU

09:44AM 6    WOULD HAVE ADVISED.

09:44AM 7         IS IT YOUR RECOLLECTION -- DO YOU PRESENTLY RECALL

09:44AM 8    INFORMING THE AGENTS THAT YOU AREN'T CERTAIN WHETHER YOU WOULD

09:44AM 9    HAVE ADVISED MR. KUBUROVICH TO, TO DECLARE THE GIFT THAT WAS

09:44AM 10   PRESENTED IN THE HYPOTHETICAL THAT THEY GAVE YOU?

09:44AM 11   A.   THAT'S CORRECT.

09:44AM 12   Q.   OKAY.  AND THE HYPOTHETICAL THAT THEY GAVE YOU, DO YOU

09:44AM 13   HAPPEN TO RECALL WHAT IT WAS?

09:44AM 14   A.   NO, MA'AM, NOT SPECIFICALLY.

09:44AM 15   Q.   DO YOU RECALL WHETHER IT INVOLVED A GIFT TO HIS DAUGHTER

09:44AM 16   THAT MAY HAVE BEEN GIVEN PRIOR TO THE YEAR BEFORE THE

09:45AM 17   BANKRUPTCY?

09:45AM 18             MR. SCHENK:  OBJECTION.  RELEVANCE AND MOVE TO

09:45AM 19   STRIKE.  HE SAID HE DOES NOT RECALL.

09:45AM 20             THE COURT:  WELL, I'LL ALLOW IF THAT REFRESHES YOUR

09:45AM 21   RECOLLECTION, THE QUESTION DOES.

09:45AM 22             THE WITNESS:  NO, I'M NOT CERTAIN.

09:45AM 23   BY MS. GILG:

09:45AM 24   Q.   OKAY.  DO YOU RECALL WHETHER OR NOT -- AND AGAIN, THIS IS

09:45AM 25   JUST IF IT REFRESHES YOUR RECOLLECTION, MY QUESTION, WHETHER OR

09:45AM 1    NOT IT INVOLVED THE GIFT SECTION PORTION OF THE BANKRUPTCY

09:45AM 2    FILINGS?

09:45AM 3    A.   IT INVOLVED THE GIFT SECTION AND QUESTION 10 OR 11 DEALS

09:45AM 4    WITH FINANCIAL PLANNING AND NORMAL COURSE OF BUSINESS

09:45AM 5    TRANSACTIONS.

09:45AM 6    Q.   CORRECT?

09:45AM 7    A.   YEAH.

09:45AM 8    Q.   AND ACTUALLY, COULD I USE THE ELMO.

09:45AM 9         I WANT TO SHOW YOU WHAT IS PART OF THE GOVERNMENT --

09:45AM 10            THE COURT:  IS THIS IN EVIDENCE?

09:45AM 11            MS. GILG:  YES, IT IS.

09:45AM 12   Q.   -- GOVERNMENT'S EXHIBIT --

09:46AM 13        (DISCUSSION OFF THE RECORD.)

09:46AM 14   BY MS. GILG:

09:46AM 15   Q.   -- GOVERNMENT'S EXHIBIT 3.  AND THIS IS PAGE 4 OF 9 OF

09:46AM 16   GOVERNMENT'S EXHIBIT 3.

09:46AM 17        DO I TURN IT ON?

09:47AM 18            THE COURT:  MS. GILG, YOU CAN ADJUST THE IMAGE.

09:47AM 19   BY MS. GILG:

09:47AM 20   Q.   I'M FOCUSSING IN ON NUMBER 10 THERE.  THAT'S THE -- WELL,

09:47AM 21   BEFORE I DO THAT, LET'S FOCUS ON -- THIS IS THE SAME EXHIBIT

09:47AM 22   BUT NUMBER 7.  THAT'S FOR GIFTS; CORRECT?

09:47AM 23   A.   IT'S CAPTIONED GIFTS, YES, MA'AM.

09:47AM 24   Q.   AND SO THAT WOULD BE GIFTS MADE WITHIN A YEAR BEFORE

09:47AM 25   FILING THE BANKRUPTCY?

09:47AM 1      A.    THAT'S CORRECT.

09:47AM 2      Q.    AND THEN YOU WERE ASKED WHETHER OR NOT A GIFT OF A CERTAIN

09:48AM 3      NATURE THAT WAS GIVEN WITHIN TWO YEARS OF FILING BANKRUPTCY,

09:48AM 4      WHETHER OR NOT YOU WOULD HAVE ADVISED MR. KUBUROVICH BASED ON

09:48AM 5      YOUR PRACTICE AND PROCEDURES WHETHER YOU WOULD HAVE ADVISED HIM

09:48AM 6      TO INCLUDE IT ON NUMBER 10; CORRECT?

09:48AM 7      A.    NO.  NUMBER 10 IS OTHER TRANSFERS.  AND THE LANGUAGE OF

09:48AM 8      QUESTION NUMBER 10, IT'S NOT A QUESTION, BUT IN THE INFORMATION

09:48AM 9      SIDE IT DOESN'T ASK ABOUT GIFTS.  THE WORD "GIFTS" IS NOT IN

09:48AM 10     THAT SECTION.

09:48AM 11     Q.    SO REGARDLESS OF WHEN THE GIFT WAS GIVEN, YOU WOULD NOT

09:48AM 12     PUT IT IN THAT SECTION?  THAT'S NOT A GIFT SECTION?

09:48AM 13     A.    I -- CORRECT.  I WOULD PUT IT IN THE GIFTS SECTION IS MY

09:48AM 14     CUSTOM AND PRACTICE.

09:48AM 15     Q.    THANK YOU.  NOW, YOU'LL NOTICE THAT THERE'S THESE WORDS

09:48AM 16     HERE "IN THE ORDINARY COURSE OF BUSINESS OR FINANCIAL AFFAIRS

09:49AM 17     OF THE DEBTOR."

09:49AM 18          IS THAT A PHRASE THAT HAS SORT OF A BANKRUPTCY COURT

09:49AM 19     MEANING?  IN OTHER WORDS, IS IT A JARGON FROM THE BANKRUPTCY

09:49AM 20     COURT OR IS THAT -- DOES IT MEAN SOMETHING TO YOU THAT IT MAY

09:49AM 21     NOT MEAN TO A LAYPERSON?

09:49AM 22          MR. SCHENK:  OBJECTION.  IT CALLS FOR A LEGAL

09:49AM 23     CONCLUSION, AND THIS WITNESS IS NOT AN EXPERT.

09:49AM 24          THE COURT:  PERHAPS YOU SHOULD REPHRASE YOUR

09:49AM 25     QUESTION.

BY MS. GILG:

Q.   IN YOUR PRACTICE, DO YOU FIND THAT THE -- THAT PARTICULAR

PHRASE RELATING TO THE ORDINARY COURSE OF BUSINESS OR FINANCIAL

AFFAIRS OF THE DEBTOR HAS TO BE EXPLAINED TO YOUR CLIENTS?  DO

YOU FIND THAT YOU HAVE TO EXPLAIN THAT?

A.   ALL RIGHT.  I -- IN MY PRACTICE WHEN I'M GOING OVER THE

INFORMATION THAT I NEED AND THE CLIENT TO PREPARE THE

BANKRUPTCY DOCUMENTATION, I WILL ASK THEM QUESTIONS.

     FOR EXAMPLE, ITEM NUMBER 10, QUESTION NUMBER 10 I SAY TO

THE QUESTION, HAVE YOU TRANSFERRED, OTHER THAN IN THE ORDINARY

COURSE OF YOUR BUSINESS, YOU OPERATE A MACHINE SHOP OR YOU HAVE

SOME SORT OF SERVICE, OR OTHER THAN YOUR FINANCIAL AFFAIRS HAVE

YOU TRANSFERRED ANY PROPERTY?

     IF THE CLIENT SAYS NO, AND I, IN MY OPINION OF THE CLIENT,

MY PERCEPTION OF THE CLIENT -- I HAVE TO ARTFULLY USE IT BUT

NOT MY DIAGNOSIS OF THE CLIENT, BUT DO I THINK THAT THE CLIENT

INTELLECTUALLY AND COGNITIVELY UNDERSTANDS THE QUESTION, I

GENERALLY DON'T GO ANY FURTHER.

     FOR EXAMPLE, I DON'T -- I DON'T SAY, WELL, LET ME GIVE YOU

SOME EXAMPLES, DID THIS HAPPEN?  I DON'T DO THAT IN MY

PRACTICE.

Q.   AND IS THE ORDINARY COURSE OF BUSINESS THE SAME THING AS

THE PHRASE OF FINANCIAL AFFAIRS?

          MR. SCHENK:  OBJECTION.  IT CALLS FOR A LEGAL

CONCLUSION.

09:51AM 1        THE COURT:  YOU'RE ASKING HOW HE INTERPRETS THAT IN

09:51AM 2   HIS -- HOW HE ADVISES HIS CLIENTS?

09:51AM 3        MS. GILG:  YES.  THANK YOU, YOUR HONOR.

09:51AM 4        THE WITNESS:  SO WHEN I READ "LIST ALL OTHER

09:51AM 5   PROPERTY OTHER THAN PROPERTY TRANSFERRED IN THE ORDINARY COURSE

09:51AM 6   OF THE BUSINESS OR FINANCIAL AFFAIRS OF THE DEBTOR," MY

09:51AM 7   INTERPRETATION, AGAIN THROUGH MY PRACTICE AND COURSES I'VE

09:51AM 8   TAKEN AND SEMINARS WITH COLLEAGUES, ET CETERA, "FINANCIAL

09:51AM 9   AFFAIRS," TO ME, IS A VERY BROAD PHRASE.

09:51AM 10       AND IF I COULD, YOUR HONOR, THE BANKRUPTCY IS FEDERAL LAW.

09:51AM 11  IT'S NOT STATE LAW.  AND THE FEDERAL SYSTEM HAS DELEGATED,

09:51AM 12  CONGRESS HAS DELEGATED TO CERTAIN PERSONS IN THE BANKRUPTCY

09:52AM 13  SYSTEM THE OBLIGATION TO CONSTRUCT THE BANKRUPTCY DOCUMENTS

09:52AM 14  THAT WE'RE TALKING.

09:52AM 15       ABOUT SO QUESTION NUMBER 10, AS I UNDERSTAND, IS NOT THE

09:52AM 16  LEGISLATIVE HISTORY.  YOU CAN'T GO TO THE CONGRESSIONAL RECORD

09:52AM 17  AND FIND ANYTHING THAT EXPLAINS WHAT IS A FINANCIAL AFFAIR.

09:52AM 18       BUT IT'S MY UNDERSTANDING THAT THE FINANCIAL AFFAIRS IS

09:52AM 19  LIBERALLY CONSTRUED IN THE NORMAL COURSE OF SOMEONE'S BUSINESS

09:52AM 20  OR IN THEIR EVENTUAL PLANNING THEY WOULD TRANSFER, AND SO THAT

09:52AM 21  WOULD COME WITHIN THE CONTEXT OF QUESTION NUMBER 10.

09:52AM 22       I DON'T KNOW IF THAT'S HELPFUL, BUT THAT'S MY

09:52AM 23  UNDERSTANDING.

09:52AM 24  BY MS. GILG:

09:52AM 25  Q.   AND THAT'S HOW YOU WOULD EXPLAIN IT TO YOUR CLIENTS?

09:52AM 1      A.   YES.

09:52AM 2      Q.   AND IT'S FAIR TO SAY THAT YOU DON'T RECALL THE MEETING

09:52AM 3   WITH MR. KUBUROVICH, YOU KNOW, BACK IN 2008.  AND SO WHAT

09:52AM 4   YOU'RE TESTIFYING TO IS BASED ON YOUR COMMON PRACTICE FOR MANY

09:53AM 5   YEARS THIS IS HOW YOU'VE HANDLED CLIENTS, BUT YOU HAVE NO

09:53AM 6   PARTICULAR RECOLLECTION OF MR. KUBUROVICH; IS THAT FAIR TO SAY?

09:53AM 7      A.   EIGHT AND A HALF YEARS IS A LONG TIME FOR ME, MA'AM, SO I

09:53AM 8   DON'T REMEMBER.

09:53AM 9      Q.   THAT'S RIGHT.  THANK YOU.

09:53AM 10          THEN WITH REGARD TO -- YOU TESTIFIED ON DIRECT EXAMINATION

09:53AM 11  ABOUT THE URGENCY THAT CAME ABOUT IN 2009 AND 2010 WITH THE

09:53AM 12  GREAT RECESSION.

09:53AM 13          AND YOU TESTIFIED THAT PEOPLE WOULD COME TO YOU AT THE

09:53AM 14  LAST MINUTE BECAUSE THEY WERE ABOUT TO BE FORECLOSED; IS THAT

09:53AM 15  CORRECT?

09:53AM 16     A.   YES, MA'AM.

09:53AM 17     Q.   AND IF -- LET ME ASK THIS AS A FOUNDATIONAL QUESTION.

09:53AM 18          SECURED DEBTS CANNOT BE DISCHARGED -- LIKE IF A DEBT IS

09:53AM 19  SECURED BY A HOME, IT CANNOT BE DISCHARGED IN BANKRUPTCY; IS

09:54AM 20  THAT TRUE?

09:54AM 21             MR. SCHENK:  OBJECTION.  IT CALLS FOR A LEGAL

09:54AM 22  CONCLUSION.

09:54AM 23             MS. GILG:  IT'S FOUNDATIONAL, YOUR HONOR.

09:54AM 24             THE COURT:  WELL, IN HIS PRACTICE.

09:54AM 25             MS. GILG:  I'LL REPHRASE IT.

09:54AM 1    Q.   IN YOUR PRACTICE HAVE YOU COME TO BELIEVE THAT A SECURED

09:54AM 2    DEBT CANNOT BE DISCHARGED IN BANKRUPTCY GENERALLY?

09:54AM 3    A.   ALL RIGHT.  I DON'T WANT TO GIVE YOU A LAWYER ANSWER, BUT

09:54AM 4    IT'S YES AND NO.  THIS QUESTION THAT YOU'VE ASKED ME COMES UP

09:54AM 5    VERY, VERY FREQUENTLY IN MY PRACTICE.

09:54AM 6         A SECURED OBLIGATION, FOR EXAMPLE, A HOME MORTGAGE, CAN BE

09:54AM 7    DISCHARGED AS TO THE INDIVIDUAL, THE HUMAN BEING.  IN OTHER

09:54AM 8    WORDS, IF I HAVE A MORTGAGE AND I FILE BANKRUPTCY,

09:54AM 9    CHARLES GREENE'S OBLIGATION TO PAY THAT MORTGAGE IS DISCHARGED,

09:54AM 10   BUT THE SECURED OBLIGATION REMAINS AS A LIEN ON THE REAL

09:54AM 11   PROPERTY, ON THE DIRT.

09:54AM 12        SO SOMETIMES CLIENTS BELIEVE BY FILING BANKRUPTCY THAT THE

09:55AM 13   DISCHARGE OF THEIR PERSONAL OBLIGATION ALSO MEANS THE LIEN ON

09:55AM 14   THE HOME, ON THE DIRT GOES AWAY.  THAT'S NOT THE CASE.

09:55AM 15        SO I'M ANSWERING YOUR QUESTION AS A BANKRUPTCY ATTORNEY, A

09:55AM 16   LAYPERSON SOMETIMES BECOMES CONFUSED ABOUT THE DISCHARGED AND

09:55AM 17   THE NONDISCHARGED.  ANYWAY.

09:55AM 18   Q.   SO ESSENTIALLY WHAT YOU'RE SAYING IS BECAUSE THERE'S A

09:55AM 19   LIEN ON THE HOME, THE BANK, IF IT'S A MORTGAGE, GETS THE HOME

09:55AM 20   SO IT'S NOT NECESSARILY A DISCHARGE IN BANKRUPTCY COURT BUT YOU

09:55AM 21   CAN'T SAVE YOUR HOME BY FILING FOR BANKRUPTCY.

09:55AM 22        WOULD THAT BE A FAIR --

09:55AM 23   A.   NO.  IF YOU FILE BANKRUPTCY -- THERE ARE SEVERAL TYPES OF

09:55AM 24   BANKRUPTCY:  CHAPTER 7, CHAPTER 11, CHAPTER 13.

09:56AM 25   Q.   I DON'T WANT TO INTERRUPT YOU, BUT LET'S STICK WITH

09:56AM 1     CHAPTER 7.

09:56AM 2     A.   ALL RIGHT.  SO IN CHAPTER 7 IF YOU FILE BANKRUPTCY AND GET

09:56AM 3     THE AUTOMATIC STAY, THAT STOPS THE FORECLOSURE AT LEAST FOR

09:56AM 4     90 DAYS.  BANKRUPTCY AND CHAPTER 7 TAKES A MINIMUM OF 90 DAYS.

09:56AM 5          WHEN THE COURT ISSUES A DISCHARGE ORDER TO THE PERSON,

09:56AM 6     HUMAN BEING, THE AUTOMATIC STAY NO LONGER EXISTS.  SO THE

09:56AM 7     PERSON COULD SAVE THEIR HOME IF SOMEHOW THEY COULD COME UP WITH

09:56AM 8     THE MONEY TO CURE THE DEFAULT BECAUSE UNDER CALIFORNIA LAW,

09:56AM 9     CALIFORNIA FORECLOSURE LAW, IF YOU CURE THE DEFAULT, THE BANK

09:56AM 10    CAN'T TAKE YOUR HOUSE.

09:56AM 11    Q.   SO IT SLOWS THE PROCESS DOWN?

09:56AM 12    A.   IT SLOWS IT DOWN.

09:56AM 13    Q.   AND YOU FOUND THAT A LOT OF PEOPLE WERE DOING THAT IN 2009

09:56AM 14    AND 2010?

09:56AM 15    A.   '09, 10, 11, '12, '13, '14, YES, MA'AM.

09:56AM 16    Q.   AND WAS THAT -- IN YOUR EXPERIENCE WAS THAT SOMETHING THAT

09:57AM 17    PEOPLE DID IN ORDER TO -- WELL, I'LL WITHDRAW THAT.

09:57AM 18         IN 2008 -- WERE YOU GETTING BANKRUPTCY CALLS IN 2008?

09:57AM 19              MR. SCHENK:  OBJECTION.  RELEVANCE.

09:57AM 20              MS. GILG:  IT'S WITHIN THE -- IT'S FOUNDATION --

09:57AM 21              THE COURT:  I'M NOT CERTAIN RELEVANCE.  THIS IS

09:57AM 22    FOUNDATION TO ANOTHER QUESTION?

09:57AM 23              MS. GILG:  YES.

09:57AM 24              THE COURT:  MY SENSE IS THE ANSWER WAS, YES, YOU

09:57AM 25    WERE STILL IN BUSINESS, AND YOU WERE GETTING CALLS FOR

09:57AM 1     BANKRUPTCY ASSISTANCE.

09:57AM 2              MS. GILG:  HOW ABOUT IF I ASK JUST A DIFFERENT WAY?

09:57AM 3              THE COURT:  SURE.

09:57AM 4     BY MS. GILG:

09:57AM 5     Q.   YOU TESTIFIED ABOUT WHAT WAS OCCURRING IN 2008 AND 2009,

09:57AM 6     AND MR. SCHENK WAS ASKING YOU WHAT ABOUT 2008 WAS YOUR

09:57AM 7     EXPERIENCE THEN OR WAS -- WERE THESE DEFAULTS HAPPENING THEN?

09:57AM 8          AND I THINK YOU SAID THAT IT WAS REALLY MORE 2009.  IS

09:57AM 9     THAT A FAIR STATEMENT?

09:57AM 10    A.   A FAIR STATEMENT.  BEGINNING IN 2009 AND GOING ON FOR

09:58AM 11    ABOUT FIVE AND A HALF YEARS I RECEIVED MORE AND MORE CALLS

09:58AM 12    ABOUT FORECLOSURES AS AN ISSUE AND NECESSITATED BANKRUPTCY.

09:58AM 13    Q.   AND WOULD THAT HAVE BEEN -- WELL, NO, I'LL WITHDRAW THAT.

09:58AM 14         I HAVE NOTHING FURTHER.  THANK YOU VERY MUCH.

09:58AM 15    A.   YOU'RE WELCOME.

09:58AM 16              THE COURT:  MR. SCHENK.

09:58AM 17                        **REDIRECT EXAMINATION**

09:58AM 18    BY MR. SCHENK:

09:58AM 19    Q.   GOOD MORNING, MR. GREENE.

09:58AM 20    A.   GOOD MORNING MR. SCHENK.

09:58AM 21    Q.   YOU TESTIFIED ON CROSS-EXAMINATION I BELIEVE -- AND I JUST

09:58AM 22    WANT TO CLARIFY, YOU DID INTERACT WITH MR. KUBUROVICH.  AND BY

09:58AM 23    THAT I MEAN MET WITH HIM, SPOKE TO HIM ON THE PHONE AND IN

09:58AM 24    PERSON BEFORE THE FILING OF HIS BANKRUPTCY PETITION; IS THAT

09:59AM 25    RIGHT?

09:59AM 1    A.   YES, SIR.

09:59AM 2    Q.   BUT YOU HAVE NO RECOLLECTION OF THOSE DISCUSSIONS?

09:59AM 3    A.   NO, SIR.

09:59AM 4    Q.   YOU DON'T RECALL IF YOU DISCUSSED GIFTS; IS THAT RIGHT?

09:59AM 5    A.   I HAVE NO SPECIFIC RECOLLECTION OF THAT, SIR.

09:59AM 6    Q.   YOU DON'T RECALL ANY ADVICE YOU GAVE HIM IF THERE WAS A

09:59AM 7    CONVERSATION ABOUT GIFTS?

09:59AM 8    A.   THAT'S CORRECT.

09:59AM 9    Q.   AND SIMILARLY, YOU WERE SHOWN A COUPLE OF OTHER QUESTIONS

09:59AM 10   ON THE STATEMENT OF FINANCIAL AFFAIRS FORM ALSO CALLED THE

09:59AM 11   SOFA.

09:59AM 12       YOU DON'T RECALL WHETHER YOU DISCUSSED THOSE QUESTIONS

09:59AM 13   WITH MR. KUBUROVICH; IS THAT RIGHT?

09:59AM 14   A.   I HAVE NO SPECIFIC RECOLLECTION.

09:59AM 15   Q.   AND CERTAINLY NOT ANY ADVICE THAT YOU GAVE HIM IF YOU DID

09:59AM 16   HAVE CONVERSATIONS, YOU DON'T RECALL THE ADVICE, EITHER?

09:59AM 17   A.   NO, SIR, I DO NOT.

09:59AM 18   Q.   THANK YOU, SIR.

09:59AM 19                        **RECROSS-EXAMINATION**

09:59AM 20   BY MR. NICK:

09:59AM 21   Q.   MR. GREENE?

09:59AM 22   A.   YES, SIR.

09:59AM 23   Q.   IT'S BEEN EIGHT YEARS AND SO YOU DON'T HAVE A SPECIFIC

09:59AM 24   RECOLLECTION OF THE WORDS THAT WERE SPOKEN WITH MR. KUBUROVICH;

09:59AM 25   IS THAT CORRECT?

09:59AM  1    A.   YES, SIR.

09:59AM  2    Q.   BUT YOU'VE BEEN PRACTICING I THINK FOR 35 YEARS, AND YOU

09:59AM  3    CERTAINLY RECALL WHAT YOUR PROCESS IS; CORRECT?

09:59AM  4    A.   YES, SIR.

09:59AM  5    Q.   ALL RIGHT.  AND GIFTS AND WHAT IS REQUIRED OF THEM TO BE

10:00AM  6    DISCLOSED IS ON THE FORM, AND THUS YOU DISCUSSED WHAT IS

10:00AM  7    REQUIRED WITH THE CLIENTS?

10:00AM  8    A.   THAT WOULD BE MY CUSTOM AND PRACTICE, YES, SIR.

10:00AM  9    Q.   THANK YOU VERY MUCH.  NOTHING FURTHER.

10:00AM 10         MS. GILG:  NOTHING FURTHER.

10:00AM 11         THE COURT:  MAY THIS WITNESS BE EXCUSED?

10:00AM 12         MR. SCHENK:  YES, YOUR HONOR.

10:00AM 13         MR. NICK:  YES, YOUR HONOR.

10:00AM 14         MS. GILG:  YES.

10:00AM 15         THE COURT:  THANK YOU, SIR.

10:00AM 16         THE WITNESS:  THANK YOU, YOUR HONOR.

10:00AM 17         THE COURT:  YOU'RE WELCOME.  GOOD LUCK TO YOU, SIR.

10:00AM 18         THE WITNESS:  THANK YOU.

10:00AM 19         THE COURT:  DOES THE GOVERNMENT HAVE ANOTHER

10:00AM 20    WITNESS?

10:00AM 21         MR. SIMEON:  YES, YOUR HONOR.  THE GOVERNMENT CALLS

10:00AM 22    CARLENE KIKUGAWA.

10:01AM 23         THE COURT:  GOOD MORNING, MA'AM.  IF YOU WOULD

10:01AM 24    PLEASE COME FORWARD AND STAND OVER HERE AND FACE OUR COURTROOM

10:01AM 25    DEPUTY AND RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU.

10:01AM  1        **(GOVERNMENT'S WITNESS, CARLENE KIKUGAWA, WAS SWORN.)**

10:01AM  2              THE WITNESS:  I DO.

10:01AM  3              THE COURT:  PLEASE HAVE A SEAT HERE, MA'AM, AND MAKE

10:01AM  4    YOURSELF COMFORTABLE.  PLEASE FEEL FREE TO ADJUST THE CHAIR AND

10:01AM  5    MICROPHONE AS YOU NEED, AND I'LL ENCOURAGE YOU TO SPEAK

10:01AM  6    DIRECTLY INTO THE MICROPHONE.

10:01AM  7              WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

10:01AM  8    AND THEN SPELL IT, PLEASE.

10:01AM  9              THE WITNESS:  SURE.  IT'S CARLENE KIKUGAWA.  THAT'S

10:01AM  10   K-I-K-U-G-A-W-A.

10:01AM  11             THE COURT:  THANK YOU.  COUNSEL.

10:01AM  12             MR. SIMEON:  THANK YOU, YOUR HONOR.

10:01AM  13                        **DIRECT EXAMINATION**

10:01AM  14   BY MR. SIMEON:

10:01AM  15   Q.   GOOD MORNING, MS. KIKUGAWA.

10:01AM  16   A.   GOOD MORNING.

10:01AM  17   Q.   AND WHAT IS YOUR CURRENT OCCUPATION?

10:01AM  18   A.   I'M A FORENSIC ACCOUNTANT WITH THE FEDERAL BUREAU OF

10:01AM  19   INVESTIGATION.  WE'RE ALSO REFERRED TO AS THE FBI.

10:02AM  20   Q.   HOW LONG HAVE YOU BEEN WITH THE FBI?

10:02AM  21   A.   FOR A LITTLE OVER FOUR YEARS.

10:02AM  22   Q.   AND WERE YOU A FORENSIC ACCOUNTANT BEFORE JOINING THE FBI?

10:02AM  23   A.   YES.  I HAVE FOCUSSED ON FORENSIC ACCOUNTING FOR AT LEAST

10:02AM  24   THE LAST TEN YEARS.

10:02AM  25   Q.   AND WHEN DID YOU START TRAINING IN ACCOUNTING?

10:02AM 1    A.   WELL, I BEGAN MY CAREER MANY YEARS AGO.  I BEGAN WITH

10:02AM 2    PRICE WATER HOUSE COOPERS, AND I WAS IN THEIR AUDIT DEPARTMENT,

10:02AM 3    WHICH I BELIEVE THEY REFER TO IT AS THE ADVISORY AND ASSURANCE

10:02AM 4    DEPARTMENT NOW, AND I WAS THERE FOR ABOUT SEVEN AND A HALF

10:02AM 5    YEARS.

10:02AM 6         AND THEN I LEFT WITH A COUPLE OF OTHER SENIOR MANAGERS,

10:02AM 7    AND WE FORMED AN ACCOUNTING PRACTICE, AND THAT PRACTICE

10:02AM 8    FOCUSSED PRIMARILY ON AUDIT AND TAX.

10:02AM 9         AND THEN PROBABLY AFTER ABOUT TEN YEARS I BEGAN DOING MORE

10:02AM 10   OF THE FORENSIC ACCOUNTING AND THE LITIGATION SUPPORT, AND THEN

10:02AM 11   ULTIMATELY SOLD MY SHARE OF THE PRACTICE TO THE OTHER PARTNERS,

10:03AM 12   AND I JOINED A LARGE REGIONAL FIRM CALLED SINGER LEWAK.  I WAS

10:03AM 13   IN THEIR FORENSIC ACCOUNTING DEPARTMENT.  AND THEN I WAS THERE

10:03AM 14   FOR ABOUT SIX YEARS, LEFT AND FORMED MY OWN PRACTICE, WHICH IS

10:03AM 15   WHERE I WAS FOR ABOUT THREE YEARS PRIOR TO JOINING THE FBI.

10:03AM 16   Q.   AND IN THAT PRACTICE YOU ALSO DID FORENSIC ACCOUNTING?

10:03AM 17   A.   THAT'S PRETTY MUCH ALL I DID, YES.

10:03AM 18   Q.   HOW WOULD YOU DESCRIBE THE JOB OF A FORENSIC ACCOUNTANT?

10:03AM 19   A.   FORENSIC ACCOUNTING IS ACTUALLY SORT OF AN INVESTIGATIVE

10:03AM 20   TYPE OF ACCOUNTING, AND WE EXAMINE FINANCIAL AND OTHER

10:03AM 21   DOCUMENTS AND FIND EVIDENCE THAT IS SUITABLE FOR USE IN A COURT

10:03AM 22   OF LAW.  AND THE TERM ACTUALLY -- THE TERM FORENSIC ORIGINALLY

10:03AM 23   -- ONE OF THE ORIGINAL DEFINITIONS MEANT RELATED TO OR SUITABLE

10:03AM 24   FOR USE IN A COURT OF LAW.  SO OUR FINDINGS ARE SUITABLE FOR

10:03AM 25   USE IN A COURT OF LAW.

10:03AM  1          AND GENERALLY ONE OF THE DIFFERENCES IS WE DIG AND DIG TO

10:04AM  2   DETERMINE THE TRUE SUBSTANCE OF A TRANSACTION AS OPPOSED TO

10:04AM  3   POSSIBLY JUST THE STRUCTURE AND WHAT IT ON THE SURFACE APPEARS

10:04AM  4   TO BE.

10:04AM  5   Q.   NOW, LET ME TURN YOUR ATTENTION TO THIS CASE.  WERE YOU

10:04AM  6   ASKED TO PERFORM A FORENSIC ACCOUNTING INVESTIGATION RELATED TO

10:04AM  7   GOYKO AND KRISTEL KUBUROVICH?

10:04AM  8   A.   YES, I WAS.

10:04AM  9   Q.   AND SPECIFICALLY WHAT WERE YOU ASKED TO DO?

10:04AM  10  A.   INITIALLY I WAS ASKED TO EXAMINE BANK RECORDS WITH THE

10:04AM  11  OBJECTIVE OF DETERMINING WHAT BALANCES WERE ON HAND AS OF

10:04AM  12  MAY 25TH, 2010.  THAT WAS ONE OF THE ORIGINAL TASKS.

10:04AM  13         ANOTHER TASK WAS TO TRACE FUNDS THAT WERE UTILIZED TO

10:04AM  14  PURCHASE A HOUSE ON EAGLE RIDGE, I THINK IT'S EAGLE RIDGE ROAD

10:04AM  15  IN GILROY, CALIFORNIA.

10:04AM  16         I WAS ALSO ASKED TO DO A LIMITED ANALYSIS OF VARIOUS

10:05AM  17  CREDIT CARDS, AND THEN OTHER TASKS JUST AS IT MIGHT COME UP OR

10:05AM  18  JUST AS REQUESTED.

10:05AM  19  Q.   BUT THOSE WERE THE THREE MAIN TASKS?

10:05AM  20  A.   THOSE WERE THE THREE MAIN THINGS, YES.

10:05AM  21  Q.   AND WHAT DID YOU DO INITIALLY TO BEGIN THOSE TASKS?

10:05AM  22  A.   INITIALLY -- AND THIS IS -- IN FORENSIC ACCOUNTING WE

10:05AM  23  GENERALLY START MOST INVESTIGATIONS WITH BANK RECORDS BECAUSE

10:05AM  24  THE BANK RECORDS TELL A STORY.  SO I BEGAN WITH LOOKING AT THE

10:05AM  25  BANK RECORDS AND SCHEDULING OUT THE TRANSACTIONS OF THE BANK

10:05AM  1    RECORDS.

10:05AM  2    Q.   AND HOW DID YOU OBTAIN THE BANK RECORDS?

10:05AM  3    A.   THEY WERE OBTAINED VIA GRAND JURY SUBPOENA.

10:05AM  4    Q.   AND WHAT TYPE OF RECORDS DID YOU OBTAIN?

10:05AM  5    A.   OKAY.  ON BANK RECORDS WE GET THE OPENING DOCUMENTS WHICH

10:05AM  6    USUALLY INCLUDES THE SIGNATURE CARDS AND THE ACCOUNT

10:05AM  7    APPLICATION; THEN WE GET THE MONTHLY BANK STATEMENTS; WE GET

10:05AM  8    THE UNDERLYING DOCUMENTS OF THOSE BANK RECORDS, AND THE

10:05AM  9    UNDERLYING DOCUMENTS WOULD INCLUDE THINGS LIKE THE DEPOSITS,

10:06AM  10   AND THE DEPOSITS WOULD INCLUDE THE DEPOSIT SLIP AS WELL AS WHAT

10:06AM  11   WAS INCLUDED IN THAT DEPOSIT.

10:06AM  12        SO IF IT WAS A CHECK DEPOSITED, IT WOULD INCLUDE A COPY OF

10:06AM  13   THAT CHECK.  IT ALSO INCLUDES THE DETAILED ITEMS OF

10:06AM  14   WITHDRAWALS.  SO IF IT WAS A PAYCHECK, IT WOULD INCLUDE THAT

10:06AM  15   PAYCHECK.  IF IT WAS A WIRE TRANSFER, IT WOULD INCLUDE THAT

10:06AM  16   WIRE.  IT COULD BE A BANK TRANSFER TO ANOTHER BANK.

10:06AM  17        SO IT'S REALLY THE BANK STATEMENT AND ALL OF THE

10:06AM  18   UNDERLYING DOCUMENTS THAT SUPPORT THE ITEMS ON THAT STATEMENT.

10:06AM  19   Q.   MS. KIKUGAWA, I'LL DIRECT YOUR ATTENTION TO THE SMALL

10:06AM  20   TABLE BEHIND WHERE THE UNITED STATES IS SITTING.  AND DO YOU

10:06AM  21   SEE THAT BOX THERE (INDICATING)?

10:06AM  22   A.   YES, I DO.

10:06AM  23   Q.   THIS BOX CONTAINS WHAT IS MARKED AS GOVERNMENT'S

10:06AM  24   EXHIBIT 11, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36,

10:06AM  25   37, 48, AND 51.

10:07AM  1          ARE THOSE THE EXHIBITS THAT YOU REVIEWED AS PART OF YOUR

10:07AM  2     INVESTIGATION?

10:07AM  3     A.   YES, THEY ARE.

10:07AM  4     Q.   ARE THEY VOLUMINOUS?

10:07AM  5     A.   THEY ARE VOLUMINOUS, YES.

10:07AM  6     Q.   AND IS THAT THE ENTIRETY OF THE FINANCIAL RECORDS THAT YOU

10:07AM  7     REVIEWED OR WERE THERE MORE?

10:07AM  8     A.   I BELIEVE THAT THERE WERE ADDITIONAL RECORDS THAT

10:07AM  9     WEREN'T -- THAT DID NOT WIND UP BEING EXACTLY RELATED TO THE

10:07AM 10     TASK THAT I WAS ASSIGNED BUT THERE WERE ADDITIONAL RECORDS,

10:07AM 11     YES.

10:07AM 12     Q.   ALL RIGHT.  DID YOU SUMMARIZE THESE RECORDS?

10:07AM 13     A.   YES, I DID.

10:07AM 14     Q.   CAN YOU WALK US THROUGH THE STEPS THAT YOU TOOK IN TAKING

10:07AM 15     THE RAW INFORMATION FROM THESE DOCUMENTS AND SUMMARIZING THEM?

10:07AM 16     A.   YES.  THE BANK RECORDS ARE PUT THROUGH BASICALLY IT'S A

10:07AM 17     SCANNING PROCESS THAT CONVERTS IT FROM A COPY OF THE BANK

10:07AM 18     STATEMENT INTO ALMOST WHAT IS AN EXCEL SPREADSHEET.  IT'S NOT

10:07AM 19     AN EXACT SCIENCE BY ANY MEANS BECAUSE YOU HAVE TO GO THROUGH

10:08AM 20     AND MAKE SURE THAT SOMETIMES AN 8 WILL BE PICKED UP AS A 3.  SO

10:08AM 21     YOU HAVE TO ENSURE THAT THOSE ARE CORRECT.

10:08AM 22          SO THAT'S THE FIRST THING.  AND THEN JUST MAKING SURE THAT

10:08AM 23     THOSE EXCEL SHEETS CAPTURE EVERYTHING ON THE BANK STATEMENTS.

10:08AM 24          AND THEN FOR THE ITEMS OF DEPOSIT OR WITHDRAWALS TO GO

10:08AM 25     THROUGH AND SEE WHAT THOSE WERE BECAUSE AS YOU KNOW BANK

10:08AM 1    STATEMENTS WILL SAY CHECK NUMBER 1000.  SO THEN IT WILL GO BACK

10:08AM 2    TO CHECK 1000 TO SEE WHO IT WAS PAYABLE TO OR IF IT WAS A

10:08AM 3    TRANSFER TO ANOTHER BANK ACCOUNT, TO FIND OUT WHAT THAT OTHER

10:08AM 4    BANK ACCOUNT WAS SO THAT YOU CAN ACTUALLY DETERMINE WHERE THE

10:08AM 5    MONIES WENT.

10:08AM 6       SO THAT WAS THE STEP -- THE PROCEDURE THAT I TOOK.

10:08AM 7    Q.   YOU MENTIONED SCANNING INITIALLY AND HAVING TO

10:08AM 8    DOUBLE-CHECK.  DID I UNDERSTAND YOU CORRECTLY?

10:08AM 9    A.   YES.

10:08AM 10    Q.   DID YOU CHECK EVERY TRANSACTION?

10:08AM 11    A.   YES.  WHAT I DO IS THAT I -- BASICALLY THERE'S A FORMULA

10:08AM 12    THAT JUST SAYS BEGINNING BALANCE, DEPOSITS, WITHDRAWALS, AND

10:09AM 13    ENDING BALANCE.

10:09AM 14       AND THEN I ALWAYS ENSURE THAT THAT ENDING BALANCE IS

10:09AM 15    EXACTLY EQUAL TO THE BANK STATEMENT AND THAT EVERY TRANSACTION

10:09AM 16    PICKED UP ON THAT EXCEL SHEET IS REFLECTIVE OF WHAT IS ON THE

10:09AM 17    BANK STATEMENT.

10:09AM 18    Q.   FOR EACH BANK ACCOUNT, WHAT IS THE FINAL PRODUCT OF THIS

10:09AM 19    PROCESS?

10:09AM 20    A.   IT IS -- THE FINAL PRODUCT FOR EACH ACCOUNT WAS AN EXCEL

10:09AM 21    SHEET THAT LISTED THE TRANSACTION NUMBER, THE DATE, THE BANK

10:09AM 22    ACCOUNT DATE.

10:09AM 23       SO LIKE IF IT WAS A JUNE 30TH, 2008, BANK STATEMENT DATE,

10:09AM 24    THE TRANSACTION WOULD HAVE BEEN WITHIN THAT TIMEFRAME.  SO IT

10:09AM 25    WOULD INDICATE THE TRANSACTION DATE AS WELL AS THE BANK

10:09AM  1    STATEMENT DATE AND THEN THE TRANSACTION AND A RUNNING BALANCE.

10:09AM  2    Q.   IS THIS WHAT YOU REFER TO AS A SCHEDULE?

10:09AM  3    A.   YES.

10:09AM  4    Q.   MS. KIKUGAWA, DO YOU HAVE THE EXHIBIT BINDERS IN FRONT OF

10:09AM  5    YOU OR IS THERE A PHYSICAL BINDER?

10:10AM  6    A.   NO.

10:10AM  7    Q.   COULD WE GET THE SECOND BINDER, PLEASE.  I APOLOGIZE FOR

10:10AM  8    NOT GETTING THOSE.

10:10AM  9    A.   THAT'S OKAY.

10:10AM  10          THE CLERK:  2 OF 3.

10:10AM  11          MR. SIMEON:  2 OF THE GOVERNMENT'S, YOUR HONOR.

10:10AM  12          THE CLERK:  2 OF 3.

10:10AM  13          MR. SIMEON:  IT WOULD BE THE LAST ONE, YES.  THANK

10:10AM  14    YOU.  3 OF 3.

10:10AM  15          THE WITNESS:  NOT THIS ONE.  SHOULD I KEEP THIS ONE

10:10AM  16    UP HERE?

10:10AM  17          MR. SIMEON:  NO.  YOU DON'T NEED THAT ONE.  MY

10:10AM  18    APOLOGIES.  MY COPY IS SMALLER.

10:10AM  19    Q.   COULD YOU PLEASE TURN TO EXHIBIT 58 AND JUST LOOK THROUGH

10:11AM  20    PAGES 58-1 THROUGH 58-205.

10:11AM  21    A.   SORRY.  IT TOOK ME A MINUTE TO FIGURE OUT THE PAGE

10:11AM  22    NUMBERS.  YES, OKAY.

10:11AM  23          MS. GILG:  YOUR HONOR, I'M SORRY.  CAN I JUST SPEAK

10:11AM  24    TO MR. SIMEON?

10:11AM  25          THE COURT:  SURE.  YEAH.

10:11AM   1          (DISCUSSION OFF THE RECORD.)

10:11AM   2                MS. GILG:  THANK YOU, YOUR HONOR.

10:11AM   3     BY MR. SIMEON:

10:11AM   4     Q.   SO EXHIBIT NUMBERS 58-1 THROUGH 58-205 AND THE

10:12AM   5     CORRESPONDING BATE NUMBERS ARE 26105 THROUGH 26390.

10:12AM   6          MS. KIKUGAWA, ARE THOSE THE SUMMARIES -- EXCUSE ME -- THE

10:12AM   7     SUMMARIES THAT YOU PREPARED?

10:12AM   8     A.   YES, THEY ARE.

10:12AM   9     Q.   AND HOW MANY SCHEDULES ARE THERE?

10:12AM  10     A.   THERE WERE 16.

10:12AM  11                MR. SIMEON:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

10:12AM  12     MOVES TO ADMIT GOVERNMENT'S EXHIBIT 58-1 THROUGH 58-16 AS RULE

10:12AM  13     1006 SUMMARIES.

10:12AM  14                THE COURT:  MR. NICK?

10:12AM  15                MS. GILG:  SUBMIT IT, YOUR HONOR.

10:12AM  16                MR. NICK:  SUBMIT IT, YOUR HONOR.

10:12AM  17                THE COURT:  ALL RIGHT.  THANK YOU.  THOSE WILL BE

10:12AM  18     ADMITTED, AND THEY MAY BE PUBLISHED.

10:12AM  19                MR. SIMEON:  THANK YOU, YOUR HONOR.

10:12AM  20          (GOVERNMENT'S EXHIBITS 58-1 THROUGH 58-16 WERE RECEIVED IN

10:12AM  21     EVIDENCE.)

10:12AM  22                THE COURT:  WE'LL NEED TO TURN THE ELMO OFF.

10:13AM  23          IS THAT ON THE JURY'S SCREEN?

10:13AM  24                PROSPECTIVE JUROR:  (NODS HEAD UP AND DOWN.)

10:13AM  25                THE COURT:  THANK YOU.

10:13AM 1    BY MR. SIMEON:

10:13AM 2    Q.   MS. KIKUGAWA, THIS IS 58-1 BATES NUMBER 26185.  CAN YOU

10:13AM 3    DESCRIBE WHAT THIS IS?

10:13AM 4    A.   YES.  THIS IS THE SCHEDULE THAT I PREPARED FOR UNITED

10:13AM 5    SECURITY BANK ACCOUNT ENDING IN 0505, AND THIS ACCOUNT WAS HELD

10:13AM 6    IN THE NAME OF GOYKO KUBUROVICH AND --

10:13AM 7    Q.   I'M SORRY TO INTERRUPT.

10:13AM 8        MS. HOLLIMAN, CAN YOU JUST ZOOM IN ON THE UPPER LEFT,

10:13AM 9    PLEASE.

10:13AM 10        THE WITNESS:  AND THIS IS FOR THE PERIOD MARCH 4TH,

10:13AM 11   2008, THROUGH APRIL 10TH, 2009.

10:13AM 12   BY MR. SIMEON:

10:14AM 13   Q.   WHY DID YOU PICK THAT DATE RANGE?

10:14AM 14   A.   THIS -- THE MARCH 4TH DATE WAS ACTUALLY THE FIRST

10:14AM 15   TRANSACTION OF THE ACCOUNT.  THE ACCOUNT WAS OPENED EITHER ON

10:14AM 16   THAT DATE OR VERY CLOSE TO THAT TIMEFRAME, AND THAT WAS THE

10:14AM 17   FIRST DEPOSIT, AND THEN THE ACCOUNT WAS CLOSED AS OF

10:14AM 18   APRIL 10TH, 2009.

10:14AM 19        SO THIS WAS THE ENTIRE PERIOD DURING WHICH THAT ACCOUNT

10:14AM 20   WAS OPENED.

10:14AM 21   Q.   AND I BELIEVE YOU JUST SAID THIS ACCOUNT 0505 WAS IN THE

10:14AM 22   NAME OF GOYKO KUBUROVICH; IS THAT CORRECT?

10:14AM 23   A.   YES, THAT'S CORRECT.

10:14AM 24   Q.   AND HOW DID YOU IDENTIFY THAT?

10:14AM 25   A.   THAT WAS BASED ON A SIGNATURE CARD.

10:14AM 1      Q.   AND WHAT DID THE SIGNATURE CARD SHOW?

10:14AM 2      A.   IT SHOWED THAT MR. KUBUROVICH WAS THE SIGNOR ON THE

10:14AM 3      ACCOUNT.

10:14AM 4      Q.   WAS HE THE ONLY SIGNOR?

10:14AM 5      A.   ON THIS ACCOUNT, YES.

10:14AM 6      Q.   MS. HOLLIMAN, CAN YOU ZOOM IN ON THE TOP FEW LINES OF

10:14AM 7      THESE ENTRIES.  THANK YOU.

10:14AM 8          MS. KIKUGAWA, CAN YOU PLEASE WALK US THROUGH AND EXPLAIN

10:14AM 9      WHAT EACH OF THESE COLUMNS MEAN?

10:14AM 10     A.   SURE.  THIS STATEMENT AT THE VERY FAR LEFT COLUMN JUST

10:15AM 11     SHOWS THE ACCOUNT NUMBER AND THE FACT THAT IT'S A UNITED

10:15AM 12     SECURITY BANK, USB, BANK AND THE ACCOUNT NUMBER.

10:15AM 13         THE NEXT COLUMN IS THE SEQUENCE NUMBER AND 0, 1, 2, AND IT

10:15AM 14     MAKES IT EASY TO REFER TO.

10:15AM 15         THE NEXT COLUMN IS THE BANK STATEMENT DATE AND GOING TO

10:15AM 16     THE RIGHT IT WOULD BE THE TRANSACTION DATE, AND THIS IS THE

10:15AM 17     DATE THAT IT IS POSTED BY THE BANK.  SO IF THERE WERE A CHECK,

10:15AM 18     THE CHECK MIGHT HAVE A DIFFERENT DATE, BUT THIS IS THE DATE

10:15AM 19     THAT IT WAS POSTED BY THE BANK.

10:15AM 20         THEN THE NEXT COLUMN OVER IS THE DESCRIPTION.

10:15AM 21         AND THEN THE NEXT COLUMN WOULD BE THE REFERENCE, WHICH

10:15AM 22     MIGHT BE A CHECK NUMBER OR IT COULD BE SOME OTHER REFERENCE.

10:15AM 23         AND THEN GOING FURTHER IT'S THE DEPOSIT AMOUNT, THE

10:15AM 24     DISBURSEMENT AMOUNT, AND THEN FINALLY THE RUNNING BALANCE.

10:15AM 25         SO THIS BALANCE IS ALWAYS THE PREVIOUS BALANCE PLUS ANY

10:16AM 1    DEPOSIT, LESS ANY DISBURSEMENT WOULD RESULT IN THE NEW BALANCE.

10:16AM 2    Q.   IS THIS INFORMATION ALL OBTAINED FROM THE STATEMENT

10:16AM 3    ITSELF?

10:16AM 4    A.   YES, IT IS.

10:16AM 5         AND THIS PARTICULAR -- WELL, EVERY SCHEDULE THAT I DID ON

10:16AM 6    THIS INCLUDES 100 PERCENT OF THE TRANSACTIONS ON THE BANK

10:16AM 7    STATEMENT.

10:16AM 8    Q.   AND THE DESCRIPTION COLUMN, IS THAT YOUR DESCRIPTION OR IS

10:16AM 9    IT FROM THE ACCOUNT STATEMENT?

10:16AM 10   A.   IN SOME CASES IT'S FROM THE ACCOUNT STATEMENT AND IN SOME

10:16AM 11   CASES IT WOULD BE MINE.  AND THIS KIND OF GOES INTO THE

10:16AM 12   CATEGORY THAT SOMETIMES WHEN IT WOULD SAY CHECK, IF I HAD THE

10:16AM 13   CHECK AND KNEW WHO IT WAS TO, I WOULD PUT THE PAYEE ON THERE,

10:16AM 14   AND THAT WOULD NOT BE SOMETHING THAT WAS ON THE BANK STATEMENT,

10:16AM 15   BUT IT WOULD BE SOMETHING THAT WAS OBTAINED VIA THAT GRAND JURY

10:16AM 16   SUBPOENA.

10:16AM 17   Q.   AND JUST TO BE CLEAR, TWO COLUMNS LEFT OF BALANCE, DEPOSIT

10:16AM 18   AND DISBURSEMENT AND DEPOSIT MEANS THE MONEY IS COMING IN AND

10:16AM 19   DISBURSEMENT MEANS THE MONEY IS GOING OUT; IS THAT RIGHT?

10:17AM 20   A.   YES, THAT'S CORRECT.

10:17AM 21   Q.   COULD YOU TAKE US THROUGH SOME OF THE SIGNIFICANT ENTRIES.

10:17AM 22   A.   YES.  WELL, AS I INDICATED, THE ACCOUNT WAS OPENED AND

10:17AM 23   THERE WAS A NEW ACCOUNT DEPOSIT ON MARCH 4TH, 2008.

10:17AM 24        THE COURT:  COULD I INTERRUPT YOU FOR A MOMENT.

10:17AM 25        THE WITNESS:  UH-HUH, CERTAINLY.

10:17AM 1          THE COURT:  AND IS IT POSSIBLE TO EXPAND THIS ON THE

10:17AM 2    SCREEN SO THE JURY WOULD HAVE A BETTER VIEW?  I DON'T KNOW IF

10:17AM 3    THAT'S POSSIBLE, THE ENTIRETY OF THE DOCUMENT.

10:17AM 4          MR. SIMEON:  ONE SECOND.

10:17AM 5          THE COURT:  SURE.

10:17AM 6          THE WITNESS:  THIS ONE IS NOT TOO BAD LIKE THIS.

10:17AM 7          MR. SIMEON:  YOUR HONOR, I THINK WHAT WE'LL HAVE TO

10:17AM 8    DO IS PROBABLY BLOW UP PART OF THE SCREEN, THE ONE HALF.

10:17AM 9          THE COURT:  THAT'S FINE.  I NOTE THAT THE BACK ROW

10:17AM 10   OF THE JURY MIGHT HAVE SOME DIFFICULTY LOOKING AT THIS SCREEN

10:18AM 11   SO THAT'S FINE.  THANK YOU.

10:18AM 12   BY MR. SIMEON:

10:18AM 13   Q.  SO, MS. KIKUGAWA, WHAT WE CAN DO IS YOU CAN START TALKING

10:18AM 14   ABOUT ONE OF THE LINES AND AS WE GET TO THE RIGHT SIDE --

10:18AM 15         MS. HOLLIMAN, CAN YOU SWITCH AND ZOOM IN ON THE RIGHT

10:18AM 16   SIDE.

10:18AM 17   A.  PROBABLY THE FIRST ITEM I WOULD LOOK AT HERE IS SEQUENCE

10:18AM 18   NUMBER 10 AND THAT IS DATED MAY 19TH, 2008.

10:18AM 19   Q.  OKAY.

10:18AM 20   A.  AND THAT IS A DEPOSIT FOR $1,042,355, BUT I'M NOT SURE

10:18AM 21   IT'S SHOWING ON THIS SCREEN.

10:18AM 22   Q.  SO WE'LL BACK UP.  LET'S GO FROM LEFT TO RIGHT ON THE

10:18AM 23   SCREEN, AND WE CAN EXPLAIN THE STATEMENT DATE AND ALL OF THE

10:18AM 24   INFORMATION ON THE LEFT, AND THEN WE'LL MOVE TO THE RIGHT SIDE

10:18AM 25   OF THE SCREEN.

10:18AM  1          SO MAYBE IF WE CAN GET LINES 9 AND 10, PLEASE.  STARTING

10:19AM  2     ON THE LEFT.

10:19AM  3     A.   OKAY.  STARTING ON THE LEFT ON LINE 9 THE FIRST COLUMN IS

10:19AM  4     THE ACCOUNT NUMBER.  IT'S USB ACCOUNT ENDING IN 0505.  WE THEN

10:19AM  5     HAVE THE SEQUENCE NUMBER.

10:19AM  6          I'M SORRY, WERE YOU REFERRING TO LINE 9?

10:19AM  7     Q.   YES, YOU CAN START WITH 9.

10:19AM  8     A.   OKAY.  THE BANK STATEMENT DATE FOR THAT PARTICULAR LINE

10:19AM  9     WAS MAY 15TH, 2008.  THE TRANSACTION DATE WAS APRIL 17TH, 2008.

10:19AM 10     AND THIS WAS A CHECK, CHECK NUMBER 5004 FOR $5,000, AND THAT

10:19AM 11     WAS TO KRISTEL PROPERTIES, LLC.

10:19AM 12     Q.   CAN YOU ZOOM IN ON THE RIGHT SIDE NOW, PLEASE.

10:19AM 13          I'M SORRY, IT'S GOING TO BE A LITTLE BIT SLOWER.

10:19AM 14          THE COURT:  IF THIS IS A PROBLEM -- I WAS TRYING TO

10:19AM 15     SEE IF IT WAS POSSIBLE TO EXPAND IT, BUT IF IT'S NOT, IT SOUNDS

10:20AM 16     LIKE IT WOULD BE EASIER TO JUST HAVE THE WHOLE SCREEN UP.

10:20AM 17          PROSPECTIVE JUROR:  YEAH.

10:20AM 18          THE WITNESS:  I'M A NUMBERS PERSON, AND IT WAS

10:20AM 19     CONFUSING TO ME.

10:20AM 20          THE COURT:  IT'S PROBABLY EASIER TO FOLLOW, A STRAIN

10:20AM 21     ON THE EYES, BUT EASIER TO FOLLOW.

10:20AM 22     BY MR. SIMEON:

10:20AM 23     Q.   LET'S DO IT LIKE THIS BECAUSE THE LEFT COLUMN IS GOING TO

10:20AM 24     BE THE SAME ON THIS SCHEDULE; RIGHT?

10:20AM 25     A.   THAT'S CORRECT, YES.

10:20AM 1    Q.   AND THE SECOND COLUMN IS SIMPLY THE ENTRY THAT YOU PUT?

10:20AM 2    A.   YES.

10:20AM 3    Q.   ALL RIGHT.  SO WHY DON'T WE START WITH THE TRANSACTION

10:20AM 4    DATE ON THE LEFT COLUMN, PLEASE, AND END WITH THE BALANCE ON

10:20AM 5    THE RIGHT SIDE.

10:20AM 6    A.   YOU SAID STARTING WITH TRANSACTION 8.  I'M SORRY, WHICH

10:20AM 7    TRANSACTION?

10:20AM 8    Q.   SO WE WERE ON SEQUENCE 9.  IF YOU COULD PLEASE CONTINUE

10:20AM 9    WITH SEQUENCE 9.

10:20AM 10   A.   OKAY.  SEQUENCE 9 WAS A CHECK, CHECK NUMBER 5004, AND THIS

10:21AM 11   WAS FOR $5,000, AND IT WAS TO KRISTEL PROPERTIES, LLC.  SO THAT

10:21AM 12   WOULD HAVE BEEN A DISBURSEMENT AMOUNT, AND AFTER THAT

10:21AM 13   DISBURSEMENT THE AMOUNT IN THE ACCOUNT WAS $344.59.  SO A VERY

10:21AM 14   LOW AMOUNT.  VERY CLOSE TO A 0 BALANCE.

10:21AM 15   Q.   AND THEN THE NEXT TRANSACTION, PLEASE.

10:21AM 16   A.   THE NEXT TRANSACTION IT WAS IN STATEMENT ENDING JUNE 13TH,

10:21AM 17   2008.  THE TRANSACTION DATE IS MAY 19TH, 2008, AND THAT WAS A

10:21AM 18   DEPOSIT OF $1,042,355, AND THAT CAME FROM BELLEVUE INTEREST,

10:21AM 19   LLC.  AND AFTER THAT DEPOSIT THERE WAS A BALANCE OF

10:21AM 20   $1,042,699.59 IN THE ACCOUNT.

10:22AM 21   Q.   ALL RIGHT.  MS. HOLLIMAN, CAN WE DO THE SAME THING BUT

10:22AM 22   ZOOMING IN ON NUMBER -- ON LINE 14, PLEASE.  AND YOU CAN START

10:22AM 23   WITH THE TRANSACTION DATE?

10:22AM 24   A.   YES, THE TRANSACTION --

10:22AM 25   Q.   I'M SORRY, MS. KIKUGAWA, I APOLOGIZE.  IF YOU CAN JUST

10:22AM 1     BLOW UP STARTING FROM THE TRANSACTION DATE.

10:22AM 2         OKAY?

10:22AM 3     A.   THE TRANSACTION DATE ON THIS WAS JUNE 3RD, 2008, AND THIS

10:22AM 4     WAS A WIRE TRANSFER TO AN ACCOUNT AT MERRILL LYNCH HELD IN THE

10:22AM 5     NAME OF GOYKO AND PATRICIA KUBUROVICH, AND THAT ACCOUNT ENDED

10:22AM 6     IN 1466.  THAT WAS A WIRE TRANSFER OUT OF $775,000.

10:22AM 7         SO AFTER THIS WIRE TRANSFER OUT THERE WAS A BALANCE THEN

10:22AM 8     OF $13,799.

10:22AM 9     Q.   NEXT PAGE, PLEASE.  IF YOU COULD ZOOM IN AGAIN, PLEASE, ON

10:23AM 10    THE TOP TRANSACTIONS FROM 18 THROUGH ABOUT 20.

10:23AM 11    A.   YES.  ON TRANSACTION 18 ON DECEMBER 17TH, 2,008, $589,131

10:23AM 12    COMES IN FROM A SMITH BARNEY ACCOUNT HELD IN THE NAME OF GOYKO

10:23AM 13    AND PATRICIA KUBUROVICH AND THAT'S SMITH BARNEY ACCOUNT ENDING

10:23AM 14    IN ACCOUNT NUMBER 8749.  SO AFTER THE TRANSFER THERE'S $589,405

10:23AM 15    IN THIS ACCOUNT 0505.

10:23AM 16        GOING DOWN TO THE NEXT DAY WHICH WAS DECEMBER 18TH, 2008,

10:23AM 17    THERE WAS A DISBURSEMENT OF $250,000.  THE NOTATION ON THAT WAS

10:24AM 18    A BANK WITHDRAWAL AND THE NOTATION ON IT WAS TO OPEN DAUGHTER'S

10:24AM 19    CHECKING ACCOUNT ENDING IN 0823, THAT WAS FOR $250,000.

10:24AM 20        GOING DOWN DECEMBER 24TH, 2008.  THERE WAS ANOTHER

10:24AM 21    TRANSFER IN OF $206,023 AND THAT WAS FROM THE GOYKO AND

10:24AM 22    PATRICIA KUBUROVICH, SMITH BARNEY ACCOUNT, THE SAME ACCOUNT

10:24AM 23    THAT WE REFERRED TO ABOVE ENDING IN 8749.

10:24AM 24    Q.   AND THE FINAL BALANCE ON THAT DATE?

10:24AM 25    A.   YES, THE BALANCE, I'M SORRY, AT THAT TIME WAS $545,428.

10:24AM 1    Q.   ALL RIGHT.  AND, MS. HOLLIMAN, IF YOU COULD ZOOM IN ON THE

10:24AM 2    BOTTOM HALF OF THE LINES PLEASE ENDING ON 22.

10:24AM 3    A.   YES.  ON DECEMBER 26TH, 2008, THERE WAS ANOTHER TRANSFER

10:25AM 4    OF 250,000 TO THE KRISTEL KUBUROVICH ACCOUNT ENDING IN 0823.

10:25AM 5    RESULTING BALANCE AFTER THAT POINT WAS $262,428.

10:25AM 6        AND THEN GOING DOWN TO SEQUENCE 25 ON DECEMBER 31ST, 2008,

10:25AM 7    THERE WAS A TRANSFER AGAIN 250,000 TO A KRISTEL KUBUROVICH

10:25AM 8    ENDING IN 0569.

10:25AM 9        SO AT THIS POINT IN TIME THERE'S $750,000 TRANSFERRED TO

10:25AM 10   MS. KRISTEL KUBUROVICH.  500,000 WENT INTO ONE OF HER ACCOUNTS

10:25AM 11   AND 250,000 INTO ANOTHER ACCOUNT.

10:25AM 12   Q.   AND THEN WHAT HAPPENS AT THE END HERE?

10:25AM 13   A.   AT THE END THERE IS A CHECK 5012 FOR 10,000 RESULTING IN A

10:26AM 14   BALANCE OF $8.66, AND THEN THERE WAS A MISCELLANEOUS BANK DEBIT

10:26AM 15   OF THAT AMOUNT TO CLOSE THE ACCOUNT AND THE ACCOUNT WAS CLOSED.

10:26AM 16   Q.   SO AFTER THE THIRD $250,000 DISBURSEMENT ON DECEMBER 31ST,

10:26AM 17   2008, THERE WERE JUST TWO MORE TRANSACTIONS AND THE ACCOUNT WAS

10:26AM 18   CLOSED?

10:26AM 19   A.   THAT IS CORRECT.

10:26AM 20   Q.   MS. HOLLIMAN, PAGE 58-79, WHICH IS SCHEDULE 7.

10:26AM 21       MS. HOLLIMAN, IF YOU COULD ZOOM IN, PLEASE, ON THE TOP

10:26AM 22   STARTING WITH SEQUENCE 0.

10:26AM 23       AND I'M SORRY, IF YOU COULD DO THAT AGAIN BUT INCLUDE THE

10:27AM 24   RIGHT COLUMN AS WELL.

10:27AM 25       MS. KIKUGAWA, COULD YOU PLEASE DO THE SAME THING AND WALK

10:27AM   1   US THROUGH -- FIRST, I'M SORRY, FIRST EXPLAIN WHAT THIS

10:27AM   2   SCHEDULE IS?

10:27AM   3   A.   YES.   THIS IS THE SCHEDULE OF MS. KRISTEL KUBUROVICH'S

10:27AM   4   ACCOUNT ENDING IN 0823.

10:27AM   5        AND IF YOU RECALL, THIS IS THE ACCOUNT THAT WE HAVE

10:27AM   6   TRANSFERS GOING INTO.  SO THIS IS THE SCHEDULE OF THAT ACCOUNT.

10:27AM   7        AND AGAIN, I THINK AS I INDICATED, THIS SCHEDULE WOULD

10:27AM   8   LIST 100 PERCENT OF THE TRANSACTIONS ON THE BANK STATEMENTS

10:27AM   9   DURING THIS TIME PERIOD.  IT STARTS OFF AND -- DO YOU WANT ME

10:27AM  10   TO JUST KIND OF WALK THROUGH IT?

10:27AM  11   Q.   SURE.  AND WHAT ARE THE DATES AGAIN?

10:27AM  12   A.   YES.   THE DATES WERE -- THE STATEMENT DATES WERE

10:27AM  13   DECEMBER 18TH, 2008, THROUGH APRIL 6TH, 2009.

10:27AM  14        AND THE ACTUAL FIRST TRANSACTION WAS ALSO DECEMBER 18TH,

10:27AM  15   2008.

10:27AM  16   Q.   OKAY.  SO THAT'S THE DATE THAT THE ACCOUNT WAS OPENED?

10:27AM  17   A.   YES.

10:27AM  18   Q.   AND SO LET'S START WITH THAT DATE, DECEMBER 18TH, 2008?

10:28AM  19   A.   UH-HUH.

10:28AM  20   Q.   AND PLEASE WALK US THROUGH THE SCHEDULE?

10:28AM  21   A.   YES, THERE WAS AN INITIAL DEPOSIT OF $100 BUT THEN THERE

10:28AM  22   WAS ALSO THE NEW ACCOUNT DEPOSIT OF 250,100.  AND THAT WAS THE

10:28AM  23   ONE, IF YOU RECALL, WE WERE LOOKING AT THE 0505 ACCOUNT IT

10:28AM  24   INDICATED TO OPEN THE DAUGHTER'S ACCOUNT, AND THAT WAS THAT

10:28AM  25   DEPOSIT.

10:28AM  1        AND THEN GOING DOWN TO DECEMBER 26TH, 2008, THERE WAS

10:28AM  2    ANOTHER TRANSFER OF 250,000 FOR MR. KUBUROVICH'S 0505 ACCOUNT.

10:28AM  3        SO AT THIS POINT IN TIME THERE IS 500,000 IN THE ACCOUNT

10:28AM  4    ENDING IN 0823, BASICALLY ALL 500,000 WAS TRACED TO

10:28AM  5    MR. KUBUROVICH'S 0505 ACCOUNT.

10:29AM  6        THEN GOING DOWN TO JANUARY 28TH, 2009, THERE IS A $250,000

10:29AM  7    AMOUNT COMING INTO THIS ACCOUNT.  THAT AMOUNT IS COMING IN FROM

10:29AM  8    KRISTEL'S OTHER ACCOUNT THAT WE REFERRED TO, THE 0569 ACCOUNT.

10:29AM  9    Q.   LET ME ACTUALLY HAVE YOU BACK UP AND GO TO JANUARY 26TH.

10:29AM  10   A.   SURE.  THANK YOU.  YES, I MISSED THAT.

10:29AM  11       ON JANUARY 26TH, 2009, AND AS I INDICATED PREVIOUSLY PRIOR

10:29AM  12   TO THIS THERE WAS $500,146 IN THIS ACCOUNT TRACED TO

10:29AM  13   MR. KUBUROVICH'S 0505 ACCOUNT.

10:29AM  14       THEN ON JANUARY 26TH, 2009, 500,000 WAS WIRED TO A PRIVATE

10:29AM  15   BANK IN LIECHTENSTEIN.  SO THEN AFTER THIS WIRE TRANSFER THERE

10:29AM  16   WAS $146 IN THE ACCOUNT.

10:30AM  17   Q.   DO YOU HAVE ANY OTHER INFORMATION ABOUT THAT TRANSACTION?

10:30AM  18   A.   THERE'S A NOTATION THAT THERE WAS AN E-MAIL BASICALLY SENT

10:30AM  19   FROM MR. KUBUROVICH SAYING "I SEND THIS E-MAIL TO CONFIRM YOUR

10:30AM  20   RECEIPT OF THE WIRE TRANSFER OF FUNDS TO KRISTEL'S ACCOUNT.

10:30AM  21   THANK YOU, GOYKO KUBUROVICH.  RESPONSE:  I HEREWITH CONFIRM THE

10:30AM  22   RECEIPT OF THE TRANSFER IN KRISTEL'S ACCOUNT.  SHALL WE PARK

10:30AM  23   THE MONEY IN A SHORT TERM TIME DEPOSIT?"

10:30AM  24   Q.   THANK YOU.  AND IF YOU COULD MOVE ON TO THE LINE THAT YOU

10:30AM  25   WERE ON BEFORE, PLEASE.

10:30AM 1    A.   YES.  ON JANUARY 28TH, 2009, THERE IS 250,000 COMING INTO

10:30AM 2    THIS ACCOUNT.  THAT CAME IN FROM MR. KUBUROVICH'S OTHER ACCOUNT

10:30AM 3    ENDING IN 0569.

10:30AM 4        AND IF YOU RECALL WHEN WE WERE GOING THROUGH

10:30AM 5    MR. KUBUROVICH'S 0505 ACCOUNT HE HAD TRANSFERRED THIS 250,000

10:30AM 6    INTO THIS ACCOUNT.  SO IT'S NOW COMING IN MS. KUBUROVICH'S 0823

10:31AM 7    ACCOUNT.

10:31AM 8        AFTER THAT TRANSFER THERE WAS 250,000 IN THE ACCOUNT.

10:31AM 9    Q.   LET'S SKIP DOWN AND GO TO SEQUENCE 9 WHICH HAS A

10:31AM 10   TRANSACTION DATE OF MARCH 30TH, 2009.

10:31AM 11   A.   YES.  THIS WAS A CHECK THAT WAS CHECK NUMBER 1005.  I

10:31AM 12   BELIEVE THE CHECK WAS MADE PAYABLE TO CASH.  IT WAS $50,008.

10:31AM 13       UPON GETTING THE UNDERLYING DOCUMENTATION, THAT WAS A

10:31AM 14   CASHIER'S CHECK, THE CHECK PAYABLE TO CASH WAS USED TO PURCHASE

10:31AM 15   A CASHIER'S CHECK WHICH WAS PAYABLE TO STEWART TITLE AND THAT

10:31AM 16   INCLUDED AN $8 BANK FEE.

10:31AM 17       SO THE CASHIER'S CHECK WAS ACTUALLY $50,000 BUT THE

10:31AM 18   WITHDRAWAL WAS $50,008.

10:31AM 19       AND THIS REPRESENTED A DEPOSIT FOR THE 7170 EAGLE RIDGE

10:31AM 20   DRIVE HOUSE.

10:32AM 21   Q.   MS. HOLLIMAN, CAN YOU ZOOM IN ON THE BOTTOM TWO LINES

10:32AM 22   SEQUENCE NUMBER 12 AND 13.

10:32AM 23       AND, MS. KIKUGAWA, SEQUENCE 12 I BELIEVE HAS A DATE OF

10:32AM 24   APRIL 6TH, 2009?

10:32AM 25   A.   YES.  ON APRIL 6TH, 2009, THERE WAS A WIRE TRANSFER BACK

10:32AM  1    TO THE ACCOUNT, AND I'LL SAY IT WAS FOR 400,000.  THE ACTUAL

10:32AM  2    AMOUNT WAS $399,975 BECAUSE IT WAS LESS A $25 WIRE FEE.

10:32AM  3        THAT WIRE CAME BACK IN FROM THE LIECHTENSTEIN ACCOUNT, AND

10:32AM  4    AS WE HAD SEEN UP ABOVE, ON JANUARY 26TH, 2009, 500,000 WENT

10:32AM  5    OUT TO LIECHTENSTEIN AND ON APRIL 6TH, 400,000 IS COMING BACK

10:32AM  6    FROM LIECHTENSTEIN.

10:32AM  7    Q.   AND WHAT IS THE CURRENT BALANCE THEN AFTER THIS

10:32AM  8    TRANSACTION?

10:32AM  9    A.   I'M SORRY.  THE BALANCE AT THAT POINT IN TIME IS $591,197.

10:33AM 10    Q.   AND THE NEXT LINE, PLEASE?

10:33AM 11    A.   THE NEXT LINE, WHICH IS ACTUALLY THE SAME DATE OF

10:33AM 12    APRIL 6TH, 2009, THERE WAS A CHECK TO CASH WHICH WAS USED TO

10:33AM 13    PURCHASE A CASHIER'S CHECK WHICH WAS PAYABLE TO NATA LP, AND

10:33AM 14    THAT CHECK WAS FOR $591,000, AND THAT WENT TO NATA LP.

10:33AM 15        AND AFTER THAT DISBURSEMENT THERE WAS $197 LEFT IN THE

10:33AM 16    ACCOUNT.

10:33AM 17    Q.   DO YOU KNOW WHERE THAT MONEY WENT?

10:33AM 18            MS. GILG:  OBJECTION.  VAGUE.

10:33AM 19            THE COURT:  WHICH MONEY ARE YOU REFERRING TO?

10:33AM 20            MR. SIMEON:  FOR THAT TRANSACTION THE $591,000.

10:33AM 21            THE WITNESS:  YES.  IT WENT INTO THE NATA LP BANK

10:33AM 22    ACCOUNT ENDING IN 1277.

10:33AM 23    BY MR. SIMEON:

10:33AM 24    Q.   THANK YOU.  NEXT PAGE, PLEASE.

10:33AM 25    A.   AFTER THAT TRANSACTION --

10:33AM  1    Q.   ONE SECOND.  I'M SORRY.

10:34AM  2             MS. GILG:  I'M SORRY.  COULD YOU GIVE ME THE BATES

10:34AM  3    NUMBER ON THE LAST.

10:34AM  4             MR. SIMEON:  OH, I'M SORRY.  SO THESE -- THERE ARE

10:34AM  5    TWO PAGES.  THE EXHIBIT PAGES ARE 58-79 AND 58-80 CORRESPONDING

10:34AM  6    BATES NUMBERS 26263 TO 26264.

10:34AM  7             MS. GILG:  THANK YOU.

10:34AM  8    BY MR. SIMEON:

10:34AM  9    Q.   SO THERE APPEARS TO BE ONLY ONE LINE ON THE SECOND PAGE.

10:34AM 10    CAN YOU PLEASE EXPLAIN?

10:34AM 11    A.   YES.  ON THE SECOND PAGE THERE IS A DISBURSEMENT AMOUNT OF

10:34AM 12    $197.55, AND THAT WAS SERVICE CHARGES AND CLOSING THE ACCOUNT.

10:34AM 13         SO THE ACCOUNT HAS BEEN CLOSED AND HAD 0 BALANCE.

10:34AM 14    Q.   AND THIS IS THE TOTAL NUMBER OF TRANSACTIONS FOR THE

10:34AM 15    LIFESPAN OF THIS ACCOUNT?

10:34AM 16    A.   YES.  THERE WERE IN TOTAL 14 TRANSACTIONS DURING THIS TIME

10:35AM 17    PERIOD.

10:35AM 18    Q.   MS. HOLLIMAN, COULD YOU ZOOM BACK IN TO THE LEFT OF THE

10:35AM 19    PAGE.  THANK YOU.

10:35AM 20         AND AGAIN, CAN YOU EXPLAIN THE DATE RANGE THAT YOU PICKED?

10:35AM 21    A.   YES.  THIS WAS DECEMBER 18TH, 2008, WHICH WAS WHEN THE

10:35AM 22    ACCOUNT WAS OPENED, TO APRIL 6TH, 2009, WHICH IS WHEN THE

10:35AM 23    ACCOUNT WAS CLOSED.

10:35AM 24    Q.   THANK YOU.  MS. KIKUGAWA, NEXT I WOULD LIKE YOU TO LOOK AT

10:35AM 25    SCHEDULE 10 WHICH IS AT EXHIBIT PAGE NUMBER 58-84 AND THE

10:35AM 1    CORRESPONDING BATES NUMBER IS 26269.

10:35AM 2        MS. HOLLIMAN, COULD YOU PLEASE ZOOM IN ON THE DATA ON THE

10:35AM 3    UPPER LEFT OF THE PAGE.  WHAT SCHEDULE IS THIS?

10:35AM 4    A.   YEAH.  THIS IS THE SCHEDULE OF THE NATA LP BANK ACCOUNT AT

10:36AM 5    PINNACLE BANK AND THE ACCOUNT ENDS IN 1277.

10:36AM 6        THE TIME PERIOD WAS FEBRUARY 12TH, 2009, WHICH WAS WHEN

10:36AM 7    THE ACCOUNT WAS OPENED, AND IT WENT TO MAY 25TH, 2010.

10:36AM 8    Q.   AND WHY DID YOU PICK THOSE DATES?

10:36AM 9    A.   THE FEBRUARY 12TH, THE DATE WAS WHEN THE ACCOUNT WAS

10:36AM 10   OPENED, AND THEN I STOPPED AT THE MAY 25TH DATE BECAUSE THAT

10:36AM 11   WAS THE DATE OF THE BANKRUPTCY FILING.

10:36AM 12   Q.   AND, MS. HOLLIMAN, IF YOU COULD ZOOM IN.  I'M JUST GOING

10:36AM 13   TO PICK A FEW OF THE LINES HERE.  WE'LL GO WITH SEQUENCE

10:36AM 14   NUMBERS 6 AND 8, 6 THROUGH 8.

10:36AM 15       MS. KIKUGAWA, IF YOU COULD WALK UP THROUGH THE SCHEDULE?

10:36AM 16   A.   YES.  ON APRIL 7TH, 2009, THERE IS A DEPOSIT INTO THIS

10:37AM 17   ACCOUNT OF $591,000, AND THAT CAME FROM THE KRISTEL KUBUROVICH

10:37AM 18   ACCOUNT ENDING IN 0823.

10:37AM 19       AND IF YOU RECALL WE HAD JUST GONE THROUGH THAT

10:37AM 20   TRANSACTION.  SO THAT IS THE DEPOSIT OF THAT AMOUNT THAT CAME

10:37AM 21   OUT OF THE 0823 ACCOUNT.

10:37AM 22       SO AFTER THAT DEPOSIT THEN THERE WAS $593,000 BALANCE IN

10:37AM 23   THE NATA LP ACCOUNT 1277.

10:37AM 24   Q.   ALL RIGHT.

10:37AM 25   A.   THEN GOING DOWN TO -- SKIPPING A TRANSACTION DOWN TO

10:37AM 1    SEQUENCE NUMBER 8, WHICH WAS MAY 11TH, 2009, THERE WAS A WIRE

10:37AM 2    TRANSFER OUT TO STEWART TITLE, AND THAT WAS FOR $597,311, AND

10:37AM 3    THAT WAS FOR THE PURCHASE OF THE EAGLE RIDGE HOUSE.

10:38AM 4    Q.   MS. HOLLIMAN, COULD YOU PLEASE GO TO THE NEXT PAGE, THE

10:38AM 5    NEXT PAGE PLEASE.  WE'LL GO TO SEQUENCE NUMBER 41.

10:38AM 6        AND, MS. KIKUGAWA, IT LOOKS LIKE SEQUENCE NUMBER 41 HAS A

10:38AM 7    TRANSACTION DATE OF DECEMBER 11TH, 2009.  COULD YOU PLEASE

10:38AM 8    EXPLAIN THAT ENTRY?

10:38AM 9    A.   YES.  THAT IS A WIRE TRANSFER IN OF $176,603.  THAT WIRE

10:38AM 10   CAME FROM OLD REPUBLIC TITLE, AND THAT WAS A LOAN THAT HAD BEEN

10:38AM 11   PLACED ON THE EAGLE RIDGE HOUSE.

10:38AM 12       AND AS YOU RECALL BACKING UP, THE HOUSE HAD BEEN PURCHASED

10:38AM 13   FOR CASH AND THEN THIS IS ADDING A LOAN TO THAT HOUSE OF THE

10:39AM 14   NET AMOUNT RECEIVED WAS $176,603.

10:39AM 15   Q.   AND, MS. HOLLIMAN, COULD YOU ACTUALLY GO UP AND ZOOM UP

10:39AM 16   ONE LINE, PLEASE, BECAUSE IT APPEARS --

10:39AM 17       YOU SAID THERE WAS A DEPOSIT OF 176,000; IS THAT RIGHT?

10:39AM 18   A.   THAT'S CORRECT, YES.

10:39AM 19   Q.   BUT THEN AFTER THAT THE BALANCE IS ONLY 96,000?

10:39AM 20   A.   YES.  ON THE SAME DAY THERE IS A TRANSFER OF 75,000 TO

10:39AM 21   KRISTEL KUBUROVICH'S ACCOUNT ENDING IN 0569, AND THERE WAS ALSO

10:39AM 22   A CHECK NUMBER 5022 ON THE SAME DATE TO SANTA CLARA COUNTY TAX

10:39AM 23   COLLECTOR AND THAT WAS FOR $7,605.43.

10:39AM 24   Q.   SO THE STATEMENT BALANCE -- I SEE.  ON DECEMBER 11TH, HOW

10:40AM 25   MANY TRANSACTIONS WERE THERE?

10:40AM 1    A.   THERE WERE THREE TRANSACTIONS ON THAT DAY.  SO ACTUALLY

10:40AM 2    THEY KIND OF WENT INTO THE NEGATIVE FIRST AS OPPOSED TO

10:40AM 3    POSITIVE, BUT THE THREE TRANSACTIONS WERE A DEPOSIT OF

10:40AM 4    $176,603, AND A DISBURSEMENT OF $75,000, AND THEN A CHECK FOR

10:40AM 5    THE $7,605.43.  SO THAT LEFT A BALANCE OF $96,207 IN THE

10:40AM 6    ACCOUNT.

10:40AM 7    Q.   ALL RIGHT.  AND PLEASE EXPLAIN AGAIN THE $176,603 DEPOSIT.

10:40AM 8    WHAT IS THAT?

10:40AM 9    A.   THAT WAS A LOAN THAT WAS TAKEN OUT AND SECURED BY THE

10:40AM 10   EAGLE RIDGE HOUSE.

10:40AM 11   Q.   MS. HOLLIMAN, IF YOU COULD SKIP ONE OR TWO PAGES TO

10:40AM 12   SEQUENCE NUMBER 83.  THAT'S THE BOTTOM OF THE NEXT PAGE.  I'M

10:41AM 13   SORRY.  THE BOTTOM OF THE NEXT PAGE.  SEQUENCE 83, PLEASE.

10:41AM 14        MS. KIKUGAWA, COULD YOU EXPLAIN THIS LINE?

10:41AM 15   A.   YES.  THIS IS A DEPOSIT OF $149,037 AND THIS AGAIN CAME IN

10:41AM 16   FROM OLD REPUBLIC TITLE.  THIS ALSO WAS ANOTHER LOAN THAT WAS

10:41AM 17   SECURED BY THE EAGLE RIDGE HOUSE.

10:41AM 18   Q.   AND AFTER THAT TRANSACTION WHAT IS THE BALANCE?

10:41AM 19   A.   THAT IS A SIMILAR SITUATION.  ON THE SAME DAY THERE WAS

10:41AM 20   ALSO A DISBURSEMENT OF $75,000 THAT WENT TO KRISTEL

10:41AM 21   KUBUROVICH'S 0569 ACCOUNT, AND SO AFTER THESE TWO TRANSACTIONS

10:41AM 22   ON MAY 7TH, 2010, THE BALANCE WAS $74,190.

10:42AM 23   Q.   AND YOU MENTIONED THIS WAS LIKE THE PREVIOUS LOANS; IS

10:42AM 24   THAT CORRECT?

10:42AM 25   A.   THAT IS CORRECT, YES, IT WAS SECURED BY THE EAGLE RIDGE

10:42AM 1    HOUSE.

10:42AM 2    Q.   SO LET'S MOVE ON FROM THESE SCHEDULES NOW.  I ALSO WANTED

10:42AM 3    TO ASK YOU ABOUT ONE OF YOUR OTHER TASKS.  YOU SAID YOU WERE

10:42AM 4    ALSO TASKED WITH DOING A CREDIT CARD ANALYSIS; IS THAT CORRECT?

10:42AM 5    A.   THAT IS CORRECT, YES.

10:42AM 6    Q.   AND HOW DID YOU BEGIN THAT ANALYSIS?

10:42AM 7    A.   THERE WERE VARIOUS CREDIT CARDS THAT WERE OBTAINED AGAIN

10:42AM 8    VIA GRAND JURY SUBPOENA, AND THE ANALYSIS WAS TO GO THROUGH

10:42AM 9    DURING THE TIME PERIOD AND STARTED OFF WITH BASICALLY WITH THE

10:42AM 10   BEGINNING BALANCE WITH WHEN THAT PARTICULAR STATEMENT WAS AND

10:42AM 11   WHAT CHARGES HAD BEEN MADE ON THE CREDIT CARD FOR THAT MONTH

10:42AM 12   AND WHAT PAYMENTS HAD BEEN MADE ON THE CREDIT CARD FOR THAT

10:42AM 13   MONTH AND THEN AN ENDING BALANCE.  AND OF COURSE THAT ENDING

10:43AM 14   BALANCE BECOMES THE BEGINNING BALANCE FOR THE NEXT MONTH.

10:43AM 15   Q.   AND LET'S BACK UP.  DID YOU USE THE SAME PROCESS BEFORE TO

10:43AM 16   SUBPOENA THE RECORDS?

10:43AM 17   A.   YES.

10:43AM 18   Q.   AND DO YOU REMEMBER HOW MANY RECORDS YOU SUBPOENAED OR HOW

10:43AM 19   MANY DIFFERENT CREDIT CARDS?

10:43AM 20   A.   I DON'T REMEMBER EXACTLY.  I WOULD THINK IT WAS ABOUT TEN,

10:43AM 21   BUT I DON'T RECALL EXACTLY.

10:43AM 22   Q.   AND DID YOU RECEIVE THOSE RECORDS?

10:43AM 23   A.   YES, WE DID.

10:43AM 24   Q.   WERE THEY VOLUMINOUS?

10:43AM 25   A.   YES.

10:43AM 1    Q.   AND AGAIN, COULD YOU JUST EXPLAIN TO US THE STEPS YOU TOOK

10:43AM 2    ONCE YOU HAD THOSE RECORDS IN HAND?

10:43AM 3    A.   WHAT I DID WAS I WENT THROUGH AND REALLY LOOKED AT THE

10:43AM 4    SUMMARY PAGE OF EACH CREDIT CARD STATEMENT.  SO I LOOKED AT THE

10:43AM 5    BEGINNING BALANCE, I LOOKED AT CHARGES THAT WERE MADE DURING

10:43AM 6    THAT STATEMENT CLOSING DATE, PAYMENTS THAT WERE MADE DURING

10:43AM 7    THAT DATE, AND THEN THE ENDING BALANCE.

10:43AM 8         IN CASES THAT THERE WERE CHARGES, I ALSO LOOKED AT THE

10:43AM 9    CHARGES.

10:43AM 10   Q.   MS. KIKUGAWA, COULD YOU TURN IN YOUR BINDER TO EXHIBIT 58,

10:44AM 11   GOVERNMENT'S EXHIBIT 58, NUMBER 18, WHICH IS AT EXHIBIT NUMBERS

10:44AM 12   58-208 TO 58-215.

10:44AM 13        AND 58-208 CORRESPONDS WITH BATES NUMBER 26555 AND IT GOES

10:44AM 14   THROUGH BATES NUMBER 26563.

10:44AM 15        DO YOU RECOGNIZE THIS?

10:44AM 16   A.   YES, I DO.

10:44AM 17   Q.   AND WHAT IS IT?

10:44AM 18   A.   THE -- IF I'M LOOKING AT THE CORRECT ONE, THE 58-208.

10:45AM 19   Q.   YES.  AND CONTINUING FROM THERE, YES.

10:45AM 20   A.   OKAY.  THIS IS A SCHEDULE OF THE CREDIT CARD BALANCES BOTH

10:45AM 21   AS OF MAY 25TH, 2010, WHICH WAS THE DATE OF THE BANKRUPTCY

10:45AM 22   FILING, AND ALSO THE BALANCE AS OF MARCH -- THE STATEMENT

10:45AM 23   CLOSING DATE IN MARCH AND IT INDICATES WHICH CREDIT CARD IT IS

10:45AM 24   AND THEN THE BALANCES AS OF THOSE DATES.  THAT IS BASICALLY THE

10:45AM 25   LEFT HALF OF THIS SCHEDULE.

10:45AM   1        GOING ACROSS TO THE RIGHT --

10:45AM   2   Q.   ACTUALLY, I'M SORRY, BEFORE WE GO INTO DETAILS ABOUT THE

10:45AM   3   SCHEDULE?

10:45AM   4   A.   SURE.

10:45AM   5   Q.   JUST GENERALLY WHAT ARE THESE PAGES?

10:45AM   6   A.   THIS JUST INDICATES THE BALANCES OF THE CREDIT CARDS AS OF

10:45AM   7   THAT DATE.

10:45AM   8   Q.   DO THEY SUMMARIZE THE RECORDS YOU REVIEWED PREVIOUSLY?

10:45AM   9   A.   YES, AND SOME OF THE DETAILED RECORDS ARE BEHIND THAT, BUT

10:45AM  10   THAT'S -- THIS PARTICULAR SCHEDULE WAS A SUMMARY.

10:45AM  11        MR. SIMEON:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:46AM  12   ADMIT GOVERNMENT'S EXHIBIT 58-18, IT'S FROM PAGES 58-208 TO

10:46AM  13   58-215, AS A RULE 1006 SUMMARY.

10:46AM  14        MS. GILG:  SUBMIT IT, YOUR HONOR.

10:46AM  15        MR. NICK:  SUBMIT IT, YOUR HONOR.

10:46AM  16        THE COURT:  IT WILL BE ADMITTED, AND IT MAY BE

10:46AM  17   PUBLISHED.

10:46AM  18     (GOVERNMENT'S EXHIBIT 58-18 WAS RECEIVED IN EVIDENCE.)

10:46AM  19        MR. SIMEON:  THANK YOU.

10:46AM  20   MS. HOLLIMAN, COULD YOU PLEASE PULL UP 58-209.

10:46AM  21   Q.   ALL RIGHT.  MS. KIKUGAWA, EVERYONE CAN SEE THAT NOW SO CAN

10:46AM  22   YOU EXPLAIN WHAT THIS DOCUMENT IS, PLEASE?

10:46AM  23   A.   SURE.  ON THE LEFT-HAND SIDE IT INDICATES BASICALLY THE

10:46AM  24   CREDIT CARD.  SO STARTING WITH THE FIRST ONE IT WAS AN AMERICAN

10:46AM  25   EXPRESS; AND THEN THE NEXT COLUMN INDICATES THE APPLICABLE

10:46AM  1    CREDIT CARD ACCOUNT NUMBER; THE THIRD COLUMN INDICATES THE

10:46AM  2    STATEMENT CLOSING DATE, AND THIS IS WHERE I WAS REFERRING TO

10:46AM  3    BEFORE WHERE THE BEGINNING BALANCE CHARGES DURING THAT

10:47AM  4    STATEMENT PERIOD, PAYMENTS DURING THAT STATEMENT PERIOD, AND

10:47AM  5    THEN THE ENDING BALANCE.

10:47AM  6         SO YOU CAN SEE THE ENDING BALANCE.  JUST LOOKING AT THIS

10:47AM  7    FIRST ONE, THE ENDING BALANCE IS $65,725.79.  THAT BECOMES THE

10:47AM  8    BEGINNING BALANCE FOR THE FOLLOWING MONTH.

10:47AM  9         SO I JUST DID THIS FOR EACH CREDIT CARD FOR EACH STATEMENT

10:47AM  10   PERIOD.

10:47AM  11   Q.   CAN YOU TAKE US THROUGH THAT FIRST STATEMENT AND INDICATE

10:47AM  12   LINE BY LINE WHAT IS HAPPENING?

10:47AM  13   A.   CERTAINLY.  ON THE AMERICAN EXPRESS -- AND THERE WERE TWO

10:47AM  14   ACCOUNTS THERE, AND THERE WAS ONE STATEMENT.  BUT SOMETIMES ON

10:47AM  15   THE CREDIT CARD THERE WILL BE REFERENCED TO TWO ACCOUNTS.  SO

10:47AM  16   THERE MIGHT BE TWO CARD HOLDERS, BUT THE STATEMENT CLOSING DATE

10:47AM  17   WAS THE FIRST ONE I HAD WAS THE CLOSING DATE WAS JANUARY 18TH,

10:47AM  18   2009, AND THE BEGINNING BALANCE WAS $47,510.22, AND THERE WERE

10:48AM  19   THEN CHARGES OF $21,215.57, THERE WERE PAYMENTS OF 3,000.  SO

10:48AM  20   THE ENDING BALANCE WAS THEN 65,725.79.

10:48AM  21        THEN GOING TO THE NEXT CLOSING STATEMENT DATE, WHICH WOULD

10:48AM  22   HAVE BEEN FEBRUARY 17TH, 2009, THAT BALANCE BECOMES THE

10:48AM  23   BEGINNING BALANCE, $65,725.79.  THERE WERE CHARGES OF

10:48AM  24   $1,940.40, PAYMENTS OF $2,000, ENDING BALANCE OF $65,666.

10:48AM  25        GOING DOWN TO THE NEXT STATEMENT DATE WHICH WAS ENDING

10:48AM 1     MARCH 19TH, 2009, THERE WERE CHARGES OF $1,933 AND PAYMENTS OF

10:48AM 2     $1,000, AND THEN AN ENDING BALANCE OF $66,599.70.

10:49AM 3          AND THEN AFTER THE MARCH 19TH DATE GOING DOWN TO

10:49AM 4     APRIL 19TH, MAY 19TH, AND JUNE 18TH, ALL 2009, THERE WERE NO

10:49AM 5     CHARGES AND NO PAYMENTS.  AND THE JUNE 18TH, 2009, WAS THE LAST

10:49AM 6     STATEMENT THAT WAS PROVIDED.

10:49AM 7          SO AT THAT POINT IN TIME THE ENDING BALANCE WAS

10:49AM 8     $66,599.70.

10:49AM 9     Q.   MS. HOLLIMAN, COULD YOU ZOOM IN ON THE NEXT SECTION, THE

10:49AM 10    NEXT STATEMENT.  AND IT'S NOT NECESSARY TO GO LINE BY LINE, BUT

10:49AM 11    IF YOU COULD EXPLAIN GENERALLY WHAT IS HAPPENING WITH THESE

10:49AM 12    ACCOUNTS AS WELL?

10:49AM 13    A.   CERTAINLY.  THE PROCEDURE THAT I FOLLOWED WAS OBVIOUSLY

10:49AM 14    THE SAME, CHARGES, PAYMENTS, AND THEN ENDING BALANCE.

10:49AM 15         AND WHAT I NOTICED ON THIS ONE ON MARCH 27TH, THE

10:50AM 16    STATEMENT CLOSING DATE, THERE WERE SMALL CHARGES WHICH WERE

10:50AM 17    PRIMARILY FINANCE CHARGES.  THERE WERE NO PAYMENTS.

10:50AM 18         AND THEN AFTER THAT DATE, EVERY CLOSING DATE THROUGH

10:50AM 19    NOVEMBER 25TH, WHICH WAS THE LAST STATEMENT DATE THAT I HAD,

10:50AM 20    THERE WERE NO PAYMENTS.  AND AFTER MAY 27TH THERE WERE NO

10:50AM 21    CHARGES.

10:50AM 22    Q.   AND WHAT ABOUT THE NEXT ACCOUNT?

10:50AM 23    A.   GOING DOWN TO THE NEXT ACCOUNT, A SIMILAR SITUATION, ON

10:50AM 24    THE MARCH 10TH, 2009, CLOSING DATE THERE WERE PAYMENTS OF $250,

10:50AM 25    AND AFTER THAT THERE WERE NO PAYMENTS.  AND THE LAST STATEMENT

10:50AM 1    THAT I GOT WAS OCTOBER 10TH, 2009, AND UP UNTIL THAT POINT

10:50AM 2    THERE WERE NO PAYMENTS.

10:50AM 3        MOVING DOWN, THE SAME SITUATION WITH EACH ACCOUNT.  AFTER

10:50AM 4    APPROXIMATELY THE END OF MARCH OF 2009, THERE WERE NO PAYMENTS

10:50AM 5    ON ANY OF THE CREDIT CARDS I BELIEVE WITH ONE EXCEPTION OF THE

10:51AM 6    $500 PAYMENT.

10:51AM 7    Q.   AND HOW DID YOU PICK THESE SPECIFIC ACCOUNTS TO SUMMARIZE?

10:51AM 8    A.   THESE WERE THE CREDIT CARDS THAT WERE LISTED IN THE

10:51AM 9    CHAPTER 11 -- I'M SORRY, IT WASN'T CHAPTER 11, THE BANKRUPTCY

10:51AM 10   FILING I THINK WAS CHAPTER 7, THE BANKRUPTCY FILING.

10:51AM 11   Q.   AND LISTED UNDER WHOSE NAMES?

10:51AM 12   A.   I BELIEVE THEY WERE LISTED UNDER MR. GOYKO'S AND

10:51AM 13   MS. PATRICIA KUBUROVICH'S NAME.

10:51AM 14   Q.   MS. HOLLIMAN, COULD YOU GO TO THE NEXT PAGE, PLEASE.  AND

10:51AM 15   WE DON'T NEED TO ZOOM IN ON THIS, BUT I THINK YOU JUST SAID

10:51AM 16   THAT THIS SAME SITUATION HAPPENS FOR EVERY CREDIT CARD ACCOUNT;

10:51AM 17   IS THAT CORRECT?

10:51AM 18   A.   THAT IS CORRECT.

10:51AM 19   Q.   AND EXPLAIN WHAT WAS SIMILAR BETWEEN THEM?

10:51AM 20   A.   JUST THE FACT THAT THERE WAS VIRTUALLY NO ACTIVITY AFTER

10:51AM 21   MARCH OF 2009.  THERE WERE NO PAYMENTS AND THE ONLY CHARGES, IF

10:51AM 22   THERE WERE ANY CHARGES, WERE CREDIT CARD AND FINANCIAL CHARGES

10:52AM 23   AND IN SOME SITUATIONS THERE WERE NO CHARGES BECAUSE IT

10:52AM 24   APPEARED THAT THE ACCOUNT HAD BEEN CLOSED.

10:52AM 25   Q.   NEXT PAGE, PLEASE.  NEXT PAGE.  NEXT PAGE, PLEASE.  AND

10:52AM 1     THE LAST PAGE.

10:52AM 2          SO THERE'S A NOTE AT THE VERY END THERE.  IS THAT YOUR

10:52AM 3     NOTE?

10:52AM 4     A.   YES, IT IS.

10:52AM 5     Q.   AND WHAT IS THAT?

10:52AM 6     A.   IT JUST NOTES THAT THERE, AS I INDICATED, THERE WAS THIS

10:52AM 7     ONE PAYMENT OF $500 THAT WAS MADE ON APRIL 15TH, 2009, BUT

10:52AM 8     EXCLUDING THAT PAYMENT THERE WERE NO PAYMENTS ON THESE CREDIT

10:52AM 9     CARDS AFTER MARCH OF 2009.

10:52AM 10    Q.   MS. KIKUGAWA, IN REVIEWING THE FINANCIAL RECORDS, WERE YOU

10:53AM 11    ALSO ABLE TO DETERMINE MR. KUBUROVICH'S MORTGAGE PAYMENTS?

10:53AM 12    A.   ON SOME OF THEM, YES.

10:53AM 13    Q.   REGARDING HIS CASTLE LAKE HOME IN MORGAN HILL?

10:53AM 14    A.   YES.

10:53AM 15    Q.   AND WHAT DO YOU KNOW ABOUT THOSE PAYMENTS?

10:53AM 16    A.   THE LAST PAYMENT ON THAT MORTGAGE WAS IN NOVEMBER OF -- I

10:53AM 17    BELIEVE NOVEMBER 1ST, 2008.

10:53AM 18    Q.   SO NOW I WANT TO MOVE ON TO THE THIRD TASK THAT YOU

10:53AM 19    MENTIONED THAT YOU HAD TO PERFORM, AND THAT IS TRACING THE

10:53AM 20    FUNDS THAT WENT INTO THE 7170 EAGLE RIDGE HOUSE; IS THAT

10:53AM 21    CORRECT?

10:53AM 22    A.   YES.

10:53AM 23    Q.   AND WHEN YOU DID THAT, DID YOU USE THE SAME VOLUMINOUS

10:53AM 24    RECORDS THAT YOU USED FOR THE ACCOUNT SUMMARIES ON MAY 25TH?

10:53AM 25    A.   YES, I DID.

10:53AM  1      THE COURT:  BEFORE WE GO FURTHER INTO THAT, WHY

10:53AM  2  DON'T WE TAKE OUR MORNING RECESS NOW.  WE'LL TAKE 15 MINUTES,

10:54AM  3  15 MINUTES, LADIES AND GENTLEMEN.  THANK YOU.

10:54AM  4      (RECESS FROM 10:54 A.M. UNTIL 11:14 A.M.)

11:14AM  5      THE COURT:  PLEASE BE SEATED.  THANK YOU.  WE'RE

11:14AM  6  BACK ON THE RECORD.  ALL COUNSEL AND THE DEFENDANTS ARE

11:14AM  7  PRESENT.  PLEASE BE SEATED.  THANK YOU.

11:14AM  8      BEFORE I ASK YOU TO CONTINUE WITH YOUR EXAMINATION, LADIES

11:14AM  9  AND GENTLEMEN, TODAY I THINK WE'LL HAVE AN ABBREVIATED LUNCH,

11:14AM 10  WHICH IS TO SAY I'D LIKE TO START BY 1:15.  SO IF YOU COULD

11:14AM 11  COLLECT YOURSELVES DOWN STARED ACCORDINGLY, AND I SAY IF WE GET

11:14AM 12  STARTED BY 1:15 I THINK WE'LL ACCOMPLISH MY GOAL.  SO WE HOPE

11:14AM 13  TO HAVE YOU SEATED AT 1:15, AND WE'LL PROBABLY END TODAY ABOUT

11:14AM 14  4:40 AND GIVE YOU A LITTLE HEAD START ON TRAFFIC.  THAT'S OUR

11:14AM 15  SCHEDULE.  MONDAY WILL BE ALL DAY, ON MONDAY.  ALL RIGHT.

11:14AM 16  THANK YOU.

11:14AM 17      MR. SIMEON:  THANK YOU, YOUR HONOR.

11:14AM 18  Q.  MS. KIKUGAWA, BEFORE WE MOVE ON TO 7170 EAGLE RIDGE, I

11:14AM 19  JUST WANTED TO WRAP UP A COUPLE OF THINGS REGARDING THE BANK

11:14AM 20  ACCOUNT AND CREDIT CARD BALANCES.

11:14AM 21  A.  YES.

11:14AM 22  Q.  EARLIER YOU DISCUSSED THE SCHEDULED YOU MADE USING THE

11:14AM 23  UNDERLYING BANK RECORDS.

11:14AM 24      DID YOU ALSO CREATE A SUMMARY OF ALL OF THE BANK RECORDS?

11:14AM 25  A.  YES, I DID.

11:14AM  1    Q.   AND CAN YOU BRIEFLY EXPLAIN THAT PROCESS?

11:14AM  2    A.   YES.   WHAT I DID IS IT WAS A SUMMARY SCHEDULE OF ALL OF

11:14AM  3    THE 16 DETAIL SCHEDULES THAT I HAD, AND SO IT LISTED THE BANK

11:14AM  4    ACCOUNT, THE ACCOUNT NUMBER, THE SIGNERS ON THE ACCOUNT, AND I

11:14AM  5    BELIEVE IT HAS BEGINNING BALANCE, TOTAL DEPOSITS, TOTAL

11:14AM  6    WITHDRAWALS, AND THEN ENDING BALANCE.

11:14AM  7         SO IT WAS REALLY JUST THE TOTAL OF EACH OF THOSE 16

11:14AM  8    ACCOUNTS.   AND SO THE SUMMARY SCHEDULE HAS EACH OF THE 16

11:14AM  9    ACCOUNTS LISTED AND THEN IN TOTAL THE DEPOSITS FOR THAT

11:14AM  10   ACCOUNT, IN TOTAL THE DISBURSEMENTS FOR THAT ACCOUNT, AND THEN

11:14AM  11   AN ENDING BALANCE.

11:14AM  12   Q.   AND IS THIS THE SUMMARY YOU WERE REFERRING TO BEFORE FOR

11:14AM  13   YOUR TASK OF FINDING OUT THE BALANCES AS OF MAY 5TH, 2010?

11:14AM  14   A.   YES, IT IS.

11:14AM  15        MR. SIMEON:   YOUR HONOR, THE GOVERNMENT MOVES INTO

11:14AM  16   EVIDENCE GOVERNMENT'S EXHIBIT 58-17 WHICH IS AT BATES RANGE --

11:14AM  17   I'M SORRY, EXHIBIT NUMBER PAGE 58-207 AND BATES NUMBER 26554.

11:14AM  18        58-17.   58-207 IS THE PAGE NUMBER.

11:14AM  19        THE COURT:   ANY OBJECTION, COUNSEL?

11:14AM  20        MR. NICK:   SUBMIT IT.

11:14AM  21        MS. GILG:   SUBMIT IT.

11:14AM  22        THE COURT:   THANK YOU.   IT WILL BE ADMITTED AND IT

11:14AM  23   MAY BE PUBLISHED.

11:14AM  24        MR. SIMEON:   THANK YOU, YOUR HONOR.

11:14AM  25        (GOVERNMENT'S EXHIBIT 58-17 WAS RECEIVED IN EVIDENCE.)

11:14AM  1          MR. SIMEON:  MS. HOLLIMAN, COULD YOU PLEASE PULL UP

11:14AM  2     58-207.  COULD YOU ZOOM IN ON THE TOP HALF OF THE SCREEN,

11:15AM  3     PLEASE.

11:15AM  4     Q.   AND, MS. KIKUGAWA, YOU EXPLAINED WHAT THIS FORM IS.  CAN

11:15AM  5     YOU EXPLAIN IN DETAIL WHAT THIS FORM IS HERE?

11:15AM  6     A.   SURE.  THESE ARE THE BANK ACCOUNTS THAT I ANALYZED AND

11:15AM  7     BASICALLY BROKEN DOWN BY ACCOUNT NAME AND THEN WHICH BANK IT

11:15AM  8     IS.  LIKE MR. KUBUROVICH WE'VE GOT UNITED SECURITY BANK, AND

11:15AM  9     THE VERY FIRST ONE WAS THE ACCOUNT NUMBER ENDING IN 0505.  THAT

11:15AM  10    IS ONE OF THE ONES THAT WE WENT THROUGH THE DETAIL ON.

11:15AM  11         GOING ACROSS FROM LEFT TO RIGHT THE REVIEW PERIOD WAS

11:15AM  12    MARCH 4TH, 2008, TO MARCH 8TH, 2009, AND WE SAW THAT ON THE

11:15AM  13    DETAILED SCHEDULE THAT WE WERE LOOKING AT.

11:15AM  14         IT INDICATES A BEGINNING BALANCE OF 0 AND THE TOTAL

11:16AM  15    DEPOSITS OF $1,901,254.  AND IF YOU LOOK AT THAT DETAIL

11:16AM  16    SCHEDULE 1 WHICH WE WENT THROUGH, THAT WOULD BE THE TOTAL OF

11:16AM  17    ALL OF THE DEPOSITS DURING THAT PERIOD.

11:16AM  18         THEN MOVING ACROSS THE WITHDRAWALS, THAT AGAIN IS THE

11:16AM  19    TOTAL OF ALL OF THE WITHDRAWALS DURING THAT PERIOD.  SO THE

11:16AM  20    DEPOSITS EQUAL THE WITHDRAWALS, THE ENDING BALANCE WAS 0.

11:16AM  21         AND THEN THE LAST COLUMN IS A REFERENCE.  SO IT WAS A

11:16AM  22    REFERENCE TO SCHEDULE 1.

11:16AM  23         SO FOR EACH ACCOUNT THAT WAS ANALYZED, THIS SCHEDULE

11:16AM  24    REFERS TO THE DETAIL SCHEDULE, AND YOU CAN LOOK AT THE DETAIL

11:16AM  25    SCHEDULE TO SEE ALL OF THE TRANSACTIONS THAT WERE INCLUDED IN

11:16AM 1    THE BANK RECORDS DURING THAT TIME PERIOD.

11:16AM 2    Q.   SO IF I UNDERSTAND CORRECTLY, THIS DOCUMENT IS THE SUMMARY

11:16AM 3    OF ALL OF THE BANK ACCOUNT BALANCES THAT YOU REVIEWED AND

11:16AM 4    SUMMARIZED?

11:16AM 5    A.   THAT IS CORRECT, YES.

11:16AM 6    Q.   AND THE SCHEDULES THAT WERE LISTED AS A REFERENCE ARE

11:16AM 7    ESSENTIALLY THE WORK THAT YOU DID TO REACH THESE NUMBERS?

11:16AM 8    A.   THAT'S CORRECT, YES.

11:16AM 9    Q.   NOW, YOU MENTIONED THAT THIS WAS PART OF YOUR ANALYSIS OF

11:17AM 10   THE BALANCES AS OF MAY 25TH, 2010.

11:17AM 11       I THINK YOU EXPLAINED THIS BEFORE DURING THE SCHEDULES,

11:17AM 12   BUT I JUST WANT TO MAKE SURE I UNDERSTAND.  WHEN THE REVIEW

11:17AM 13   PERIOD ENDS BEFORE MAY 25TH, 2010, IS THAT BECAUSE THE ACCOUNT

11:17AM 14   CLOSED OR FOR SOME OTHER REASON?

11:17AM 15   A.   IT WAS BECAUSE THE ACCOUNT WAS CLOSED.

11:17AM 16   Q.   NOW, MS. HOLLIMAN, CAN YOU -- ONE LAST QUESTION ABOUT

11:17AM 17   THAT.

11:17AM 18       EXPLAIN AGAIN WHY YOU PICKED THESE 16 ACCOUNTS?

11:17AM 19   A.   THE -- INITIALLY WE GET TONS OF BANK RECORDS, AS WE SAID,

11:17AM 20   VOLUMINOUS.  AND IT'S GOING THROUGH -- SO THE INITIAL STARTING

11:17AM 21   SPOT WAS ANY ACCOUNT THAT MR. KUBUROVICH WAS A SIGNOR ON, AND

11:17AM 22   THEN IT WENT TO ACCOUNTS THAT EITHER HE WAS A SIGNOR ON AND/OR

11:17AM 23   THAT WERE FUNDED FROM ACCOUNTS WHERE HE WAS A SIGNOR.

11:18AM 24       SO THIS -- THE ACCOUNTS THAT WERE EXAMINED WERE ACCOUNTS

11:18AM 25   THAT WERE EITHER WHERE MR. KUBUROVICH WAS A SIGNOR OR WHERE

11:18AM 1    THERE WERE ACCOUNTS THAT HE HAD FUNDED.

11:18AM 2    Q.   OKAY.  SO BOTH ACCOUNTS THAT ARE IN HIS NAME AS OF

11:18AM 3    MAY 25TH, 2010, AND ACCOUNTS THAT MAY NOT BE IN HIS NAME BUT

11:18AM 4    ARE TRACED BACK TO HIS ACCOUNT; IS THAT RIGHT?

11:18AM 5    A.   THAT'S CORRECT, WITH ONE JUST KIND OF CLARIFICATION.  IT

11:18AM 6    WAS DURING THIS TIME PERIOD BECAUSE AS WE SAID, SOME OF THESE

11:18AM 7    ACCOUNTS HAD CLOSED BY MAY 25TH, 2010.  SO IT WOULD NOT

11:18AM 8    NECESSARILY BE MAY 25TH, 2010, BUT DURING THIS TIME PERIOD.

11:18AM 9    Q.   THANK YOU FOR CORRECTING ME.

11:18AM 10       MS. HOLLIMAN, IF YOU COULD ZOOM IN AT THE BOTTOM, PLEASE,

11:18AM 11   MAINLY THE BOTTOM RIGHT IN THE BOLD AREA.

11:18AM 12       MS. KIKUGAWA, WHAT ARE THESE NUMBERS?

11:18AM 13   A.   THESE NUMBERS, THESE ARE THE TOTALS THERE, AND ONE THAT I

11:19AM 14   THINK IS NOT SHOWING, AND I'M NOT SURE IT'S IN THE TOTAL BUT

11:19AM 15   THE BEGINNING BALANCES THERE WAS VERY LITTLE BEGINNING BALANCES

11:19AM 16   AND MANY OF THEM HAD EITHER 0 OR $100.

11:19AM 17       SO THE TOTALS HERE, THE $8,315,419 ARE THE TOTAL DEPOSITS

11:19AM 18   INTO THESE ACCOUNTS DURING THIS TIME PERIOD.

11:19AM 19       THE NEXT COLUMN OVER THE WITHDRAWALS IS $8,092,286.  THAT

11:19AM 20   WOULD BE THE TOTAL WITHDRAWALS OUT OF THIS ACCOUNTS DURING THIS

11:19AM 21   TIME PERIOD RESULTING IN TOTAL BALANCE FOR ALL OF THE ACCOUNTS

11:19AM 22   AS OF MAY 25TH, 2010, OF $225,672.

11:19AM 23   Q.   AND WHEN YOU REFER TO THE TOTAL DEPOSITS AND WITHDRAWALS,

11:19AM 24   IS THAT ESSENTIALLY THE AMOUNT OF MONEY THAT IS MOVED BETWEEN

11:19AM 25   THESE ACCOUNTS?

11:19AM 1     A.   THAT'S THE TOTAL AMOUNT OF MONEY THAT WOULD HAVE GONE INTO

11:19AM 2     THOSE ACCOUNTS.

11:19AM 3         SO THERE COULD -- THERE WOULD CERTAINLY BE SITUATIONS

11:19AM 4     WHERE IT'S ALMOST I WANT TO SAY DUPLICATE BECAUSE YOU HAVE

11:20AM 5     MONEY COMING OUT OF ONE ACCOUNT INTO ANOTHER ACCOUNT, AND SO

11:20AM 6     THAT WOULD BE INCLUDED IN A WITHDRAWAL AND A DEPOSIT.  SO A

11:20AM 7     WITHDRAWAL OUT OF ONE ACCOUNT AND A DEPOSIT INTO THE OTHER.

11:20AM 8     Q.   THANK YOU.  AND THE NEXT PAGE, PLEASE, MS. HOLLIMAN,

11:20AM 9     58-208 WHICH IS BATES NUMBER 26555.

11:20AM 10        MS. KIKUGAWA, COULD YOU EXPLAIN WHAT THIS IS.

11:20AM 11    A.   YES.  THIS IS A SCHEDULE THAT SUMMARIZES THE CREDIT CARD

11:20AM 12    BALANCES AND ALSO COMPARES IT TO BANK BALANCES.

11:20AM 13        AND SO ON THIS I HAVE FOR THE CREDIT CARD BALANCES, WHICH

11:20AM 14    IS KIND OF THE LEFT HALF OF THE SCHEDULE, IT GIVES THE CREDIT

11:20AM 15    CARD BALANCES AS OF MAY 25TH, 2010, WHICH WAS THE DATE OF THE

11:20AM 16    BANKRUPTCY FILING.

11:20AM 17        THEN IT GIVES THE BALANCES OF THOSE SAME CREDIT CARDS AS

11:20AM 18    OF MARCH 2009.  THAT DATE WAS COLLECTED BECAUSE THAT WAS AFTER

11:21AM 19    THE DATE THAT THERE WERE NO PAYMENTS ON THE CREDIT CARD AFTER

11:21AM 20    THAT DATE.  SO THAT'S THE BALANCE OF THE CREDIT CARD AS OF

11:21AM 21    MARCH 2009.

11:21AM 22        THE RIGHT HALF OF THE SCHEDULE COMPARES THAT TO WHAT WERE

11:21AM 23    IN THE BANK ACCOUNTS AS OF MARCH 31ST, 2009.  THESE ARE THE

11:21AM 24    SAME BANK ACCOUNTS THAT WERE SUMMARIZED ON THE SUMMARY SCHEDULE

11:21AM 25    THAT WE HAVE GONE THROUGH BUT INSTEAD OF HAVING THE BALANCES AS

11:21AM 1    OF MAY 25TH, 2010, THIS IS THE BALANCES AS OF MARCH 31ST, 2009.

11:21AM 2    Q.   MS. HOLLIMAN, COULD YOU ZOOM BACK IN ON THE BOLDED AREA AT

11:21AM 3    THE BOTTOM.  THERE ARE THREE COLUMNS.

11:21AM 4         THANK YOU.  AND I THINK YOU JUST EXPLAINED THIS SO I WANT

11:21AM 5    TO MAKE SURE THAT I UNDERSTAND.

11:21AM 6         THE COLUMN IN THE MIDDLE THERE THAT SAYS $198,483, THAT'S

11:21AM 7    THE TOTAL BALANCE IN ALL OF THE CREDIT CARDS AS OF MARCH OF

11:22AM 8    2009?

11:22AM 9    A.   YES, IT IS, AND THIS IS THE TOTAL BALANCE.  THIS WOULD NOT

11:22AM 10   BE THE AMOUNT THAT WAS DUE BECAUSE IN ANY SITUATION, IN MOST

11:22AM 11   CASES THE AMOUNT DUE IS ACTUALLY LESS THAN THE TOTAL BALANCE,

11:22AM 12   BUT THIS WOULD BE THE TOTAL BALANCE ON THOSE CREDIT CARDS AS OF

11:22AM 13   MARCH 31ST, 2009.

11:22AM 14   Q.   AND EARLIER YOU REFERENCED THAT AFTER MARCH 2009 THERE

11:22AM 15   WERE NO MORE PAYMENTS TO THESE CREDIT CARDS EXCEPT FOR ONE

11:22AM 16   EXCEPTION; IS THAT RIGHT?

11:22AM 17   A.   THAT IS CORRECT, YES.

11:22AM 18   Q.   AND IS THAT WHY YOU PICKED THIS DATE?

11:22AM 19   A.   YES.

11:22AM 20   Q.   AND THEN THE COLUMN TO THE LEFT WHERE IT SAYS 226,000,

11:22AM 21   THAT'S THE CREDIT CARD BALANCE AS OF MAY 25TH, 2010?

11:22AM 22   A.   THAT'S CORRECT, YES.

11:22AM 23   Q.   AND DID YOU SAY WHY THE INCREASE WAS?

11:22AM 24   A.   THE INCREASE -- I THINK IN EVERY SITUATION IT WAS FINANCE

11:22AM 25   CHARGES AND LATE FEES.

11:22AM 1    Q.   AND THEN THE COLUMN ALL OF THE WAY ON THE RIGHT, THE

11:22AM 2    $775,960, THAT'S WHAT WE JUST REVIEWED ON THE BANK ACCOUNT

11:23AM 3    BALANCE SUMMARY; IS THAT CORRECT?

11:23AM 4    A.   THESE ARE THE BANK ACCOUNTS THAT WE REVIEWED, YES.  THIS

11:23AM 5    BALANCE IS AS OF MARCH 31ST, 2009.  SO IT'S A DIFFERENT BALANCE

11:23AM 6    THAN THE MAY 25TH, 2010, BUT THIS IS AS OF MARCH 31ST, 2009.

11:23AM 7    Q.   OKAY.  MS. HOLLIMAN, COULD YOU TURN TO PAGE 58-215,

11:23AM 8    PLEASE.  THAT'S BATES NUMBER 26563.  THIS IS THE LAST PAGE IN

11:23AM 9    GOVERNMENT'S EXHIBIT 58-18.

11:23AM 10        MS. KIKUGAWA, WHAT IS THIS SLIDE?

11:23AM 11   A.   THIS IS BASICALLY A PICTORIAL GRAFT OF THE INFORMATION

11:23AM 12   THAT WE PREVIOUSLY REVIEWED.  THIS SHOWS THAT THE CREDIT CARD

11:23AM 13   BALANCES IN TOTAL AS OF THAT MARCH -- THE END OF MARCH 2009

11:23AM 14   WERE $198,483.  THE CASH BALANCES AS OF THAT DATE IN ALL OF THE

11:24AM 15   ACCOUNTS WAS $775,960.

11:24AM 16   Q.   NOW, IT MAY NOT BE CLEAR FROM THE CHART, BUT TO CLARIFY

11:24AM 17   THE BANK ACCOUNT BALANCES, THAT'S A POSITIVE TOTAL, THE MONEY

11:24AM 18   IN BANK ACCOUNTS?

11:24AM 19   A.   THAT'S CORRECT, YES.

11:24AM 20   Q.   AND THE CREDIT CARDS, THAT'S LIABILITIES, MONIES OWED?

11:24AM 21   A.   YES, THAT'S CORRECT.  YES.

11:24AM 22   Q.   THANK YOU.  NOW I'D LIKE TO TURN TO WHAT WE WERE ABOUT TO

11:24AM 23   DISCUSS WHICH IS THE TRACING OF THE 7170 EAGLE RIDGE DRIVE

11:24AM 24   PROPERTY.

11:24AM 25        WHEN WE STARTED OFF I WAS ASKING IF YOU USED THE SAME BANK

11:24AM 1     RECORDS THAT YOU REVIEWED FOR THE BANK SUMMARY TO DO THIS

11:24AM 2     TRACING?

11:24AM 3     A.   YES, I DID.

11:24AM 4     Q.   AND THOSE ARE THE SAME VOLUMINOUS RECORDS THAT WE HAVE

11:24AM 5     BACK HERE?

11:24AM 6     A.   YES.

11:24AM 7     Q.   ALL RIGHT.  AND HOW DID YOU -- WHAT STEPS DID YOU TAKE TO

11:24AM 8     DO THIS PART OF THE INVESTIGATION?

11:24AM 9     A.   THIS -- THE FIRST STEP, AS I INDICATED, I BELIEVE BEFORE,

11:25AM 10    IS REALLY GOING THROUGH THE BANK STATEMENTS AND LISTING THE

11:25AM 11    DETAIL OF EVERY SINGLE TRANSACTION AND THEN THIS IS SAYING WITH

11:25AM 12    THE TASK OF TRACING THE FUNDS THAT WENT TO PURCHASE THE

11:25AM 13    EAGLE RIDGE HOUSE.

11:25AM 14        SO IT -- IN DOING THIS, I ALMOST START FROM THE END AND

11:25AM 15    WORK BACKWARDS AND THE PURCHASE OF THE HOUSE AND WORK BACKWARDS

11:25AM 16    AS TO WHERE THE MONEY CAME FROM.

11:25AM 17        AND SO THIS IS A SUMMARY, IN CHRONOLOGICAL ORDER, NOT

11:25AM 18    BACKWARDS BECAUSE THEN IT REALLY WOULD BE HARD TO FOLLOW.

11:25AM 19        SO IT'S IN CHRONOLOGICAL ORDER OF HOW THE MONEY GOT FROM

11:25AM 20    THE BEGINNING TO ULTIMATELY THE EAGLE RIDGE HOUSE.

11:25AM 21    Q.   COULD YOU PLEASE TURN TO EXHIBIT 59 IN YOUR BINDER.  AND

11:25AM 22    AFTER YOU REVIEW THAT COULD YOU LOOK UP AND LET ME KNOW.

11:26AM 23        DO YOU RECOGNIZE THAT?

11:26AM 24    A.   IS THAT 59-1?

11:26AM 25    Q.   YES.

11:26AM 1    A.   YES, YES.

11:26AM 2    Q.   59-1 THROUGH 59-4 AND THOSE ARE BATES NUMBERS 26564

11:26AM 3    THROUGH 26567?

11:26AM 4    A.   YES.

11:26AM 5    Q.   AND DO YOU RECOGNIZE THESE DOCUMENTS?

11:26AM 6    A.   YES, I DO.

11:26AM 7    Q.   AND WHAT ARE THEY?

11:26AM 8    A.   THESE ARE THE SUMMARY -- WELL, IT'S A LITTLE BIT -- ONE OF

11:26AM 9    THE PAGES IS A SUMMARY, AND THE REST IS A LITTLE MORE DETAIL OF

11:26AM 10   HOW THE FLOW OF FUNDS WENT FROM THE BEGINNING TO ULTIMATELY THE

11:26AM 11   PURCHASE OF THE EAGLE RIDGE HOUSE.

11:26AM 12   Q.   BUT BOTH PARTS SUMMARIZE THE MOVEMENT OF THOSE FUNDS; IS

11:26AM 13   THAT CORRECT?

11:26AM 14   A.   YES, THEY DO.

11:26AM 15         MR. SIMEON:  YOUR HONOR, THE GOVERNMENT MOVES

11:26AM 16   EXHIBIT 59 INTO EVIDENCE AS A RULE 1006 SUMMARY.

11:26AM 17         MR. NICK:  SUBMIT IT, YOUR HONOR.

11:26AM 18         MS. GILG:  SUBMIT IT.

11:26AM 19         THE COURT:  THANK YOU.  IT'S RECEIVED AND ADMITTED

11:26AM 20   AND IT MAY BE PUBLISHED.

11:26AM 21       (GOVERNMENT'S EXHIBIT 59 WAS RECEIVED IN EVIDENCE.)

11:26AM 22   BY MR. SIMEON:

11:26AM 23   Q.   MS. HOLLIMAN, COULD YOU PLEASE TURN TO EXHIBIT 59-2.

11:26AM 24   THANK YOU.

11:27AM 25         MS. KIKUGAWA, COULD YOU EXPLAIN WHAT THIS SPREADSHEET

11:27AM  1    SHOWS?

11:27AM  2    A.   YES.  THIS IS A SPREADSHEET THAT IS ENTITLED TIMELINE AND

11:27AM  3    SUMMARY FLOW OF FUNDS.  AND THIS IS A TIME LINE AND THE SUMMARY

11:27AM  4    FLOW OF FUNDS THAT ULTIMATELY WENT TO PURCHASE THE EAGLE RIDGE

11:27AM  5    HOUSE.

11:27AM  6    Q.   SO LET'S WALK THROUGH STARTING WITH THE FIRST LINE.

11:27AM  7         MS. HOLLIMAN, IF YOU COULD ZOOM IN AND GO MORE TO THE

11:27AM  8    RIGHT, PLEASE.  THE RIGHT COLUMN IS MORE IMPORTANT AND GOING

11:27AM  9    DOWN.

11:27AM  10        SO, MS. KIKUGAWA, IF YOU COULD START WITH THE FIRST LINE

11:27AM  11   AND JUST EXPLAIN WHAT THIS SHOWS?

11:27AM  12   A.   CERTAINLY.  THIS STARTED WITH THE WIRE THAT CAME IN FROM

11:27AM  13   THE BELLEVUE CENTRE, THAT WAS THE 1,042,355.  AND IF YOU RECALL

11:27AM  14   WE REFERENCED THAT WHEN WE REVIEWED MR. KUBUROVICH'S ACCOUNT

11:27AM  15   ENDING IN 0505.  AND PRIOR TO THIS DEPOSIT THAT ACCOUNT HAD

11:28AM  16   VERY CLOSE TO 0 DOLLARS IN IT, AND SO THIS WAS A VERY GOOD

11:28AM  17   STARTING SPOT.

11:28AM  18   Q.   AND I SHOULD HAVE ASKED YOU THAT JUST TO EXPLAIN ALL OF

11:28AM  19   THE DIFFERENT COLUMNS INITIALLY?

11:28AM  20   A.   OH, OKAY.  YES.

11:28AM  21        SO THE COLUMNS, THE HEADS OF THE DIFFERENT BANK ACCOUNTS.

11:28AM  22   WELL, THE FIRST COLUMN IS THE DATE AND THE DESCRIPTION AND THEN

11:28AM  23   WE GET INTO THE VARIOUS BANK ACCOUNTS.

11:28AM  24        SO WE HAVE THE USB ACCOUNT 0505; AND WE HAVE THE

11:28AM  25   MERRILL LYNCH ACCOUNT ENDING IN 14666; THE SMITH BARNEY

11:28AM 1   ACCOUNT; THE TWO KRISTEL KUBUROVICH ACCOUNTS ONE ENDING IN 0823

11:28AM 2   AND THE OTHER 0569; THERE'S MEDILEAF ACCOUNTS, THREE DIFFERENT

11:28AM 3   MEDILEAF, EXCUSE ME, MEDILEAF ACCOUNTS; AND THEN THERE'S THE

11:28AM 4   ACCOUNT THAT WAS IN LIECHTENSTEIN, THE NATA LP ACCOUNT ENDING

11:29AM 5   IN 1277, EXCUSE ME; THE CORNERSTONE PROPERTY ACCOUNT ENDING IN

11:29AM 6   1228; AND THEN THE FINAL COLUMN IS THE EAGLE RIDGE HOUSE.

11:29AM 7   Q.   THE DATE AND THE DESCRIPTION ARE REFERRING TO THE DATE OF

11:29AM 8   A SPECIFIC FINANCIAL TRANSACTION AND A DESCRIPTION OF THAT

11:29AM 9   TRANSACTION; IS THAT CORRECT?

11:29AM 10  A.   THAT'S CORRECT, YES.

11:29AM 11  Q.   SO WE WERE ON LINE 1, WHICH IS MAY 19TH, 2008.  LET'S GO

11:29AM 12  AHEAD AND CONTINUE WITH THAT LINE, PLEASE.

11:29AM 13  A.   YES.  THIS WAS THE WIRE THAT CAME IN FROM BELLEVUE

11:29AM 14  CENTRE -- THANK YOU.  THANK YOU.  I THINK I NEED IT.

11:29AM 15       THIS WAS THE WIRE THAT CAME IN FROM BELLEVUE CENTRE AND

11:30AM 16  THAT'S THE $1,042,355.

11:30AM 17       AND THEN GOING TO THE NEXT LINE, AND I WILL EXPLAIN THIS

11:30AM 18  ALSO, THAT WAS THE WIRE THAT THEN CAME OUT OF THE 0505 ACCOUNT

11:30AM 19  AND WENT INTO MERRILL LYNCH.

11:30AM 20       AND SO WHEN YOU SEE LIKE THAT IS A BRACKETED NUMBER, THAT

11:30AM 21  775, 775,000 IS A BRACKETED NUMBER AND THEN THE ONE NEXT TO IT

11:30AM 22  IS NOT BRACKETED.

11:30AM 23       SO WHAT THAT IS SAYING WHEN IT'S BRACKETED, IT'S COMING

11:30AM 24  OUT OF THIS ACCOUNT, AND THEN GOING INTO ANOTHER ACCOUNT.

11:30AM 25       WHEN THERE'S A TRANSACTION THAT DOESN'T INVOLVE THESE

11:30AM 1    ACCOUNTS, THERE WOULD NOT BE A CORRESPONDING NEGATIVE OR

11:30AM 2    POSITIVE.  IT WOULD JUST BE ONE ENTRY.

11:30AM 3        SO WHEN THERE'S A TRANSFER BETWEEN -- OR NOT EVEN

11:30AM 4    NECESSARILY A TRANSFER, BUT IF MONEY IS COMING OUT OF ONE

11:30AM 5    ACCOUNT AND GOING INTO ANOTHER, IT WILL BE BRACKETED FROM THE

11:30AM 6    ACCOUNT IT'S COMING OUT OF, AND THEN IT WILL BE POSITIVE FOR

11:30AM 7    THE ACCOUNT IT'S GOING INTO.

11:30AM 8        SO ON THE JUNE 3RD, 2008, 775,000 CAME OUT OF THE 0505

11:31AM 9    ACCOUNT AND WENT INTO A MERRILL LYNCH ACCOUNT.

11:31AM 10       THEN IN DECEMBER OF 2008, 779,000 CAME OUT OF THE

11:31AM 11   MERRILL LYNCH ACCOUNT AND WENT INTO A SMITH BARNEY ACCOUNT.  SO

11:31AM 12   IT'S JUST KIND OF TRACING THE MONEY AS IT GOES ACROSS.

11:31AM 13       AND THEN GOING DOWN TO DECEMBER 17TH, 2008, --

11:31AM 14   Q.   LET'S PAUSE THERE FOR A MOMENT.  WHAT IS THE ENTRY FOR

11:31AM 15   DECEMBER 12TH?

11:31AM 16   A.   OKAY.  I'M SORRY, YES.  DECEMBER 12TH YOU HAVE TO LOOK

11:31AM 17   PRETTY FAR OVER TO THE RIGHT BUT UNDER NATA LP IT INDICATES

11:31AM 18   THAT THAT'S THE DATE THAT THAT ENTITY WAS FORMED.

11:31AM 19       SO THE NATA LP ENTITY WAS FORMED ON THAT DATE.

11:31AM 20   Q.   THANK YOU.

11:31AM 21   A.   THEN GOING DOWN TO DECEMBER 17TH, 2008, $589,131 THEN

11:32AM 22   COMES OUT OF THE SMITH BARNEY ACCOUNT AND GOES BACK TO THE USB

11:32AM 23   0505 ACCOUNT.  SO IT ACTUALLY IS JUST GOING BACK INTO THE

11:32AM 24   ACCOUNT WHERE IT STARTED.  IT CAME OUT OF THAT ACCOUNT AND WENT

11:32AM 25   TO MERRILL LYNCH, WENT TO SMITH BARNEY, AND THEN OUT OF SMITH

11:32AM 1 BARNEY AND BACK TO THE 0505.

11:32AM 2 THEN ON DECEMBER 18TH, $250,000 CAME OUT OF THE 0505

11:32AM 3 ACCOUNT.

11:32AM 4 Q. ACTUALLY BEFORE THAT HAPPENED ON DECEMBER 18TH, COULD YOU

11:32AM 5 REFER TO YOUR LINE PREVIOUS TO THAT?

11:32AM 6 A. YES. THERE WAS A NEW ACCOUNT OPENED OF UNITED SECURITY

11:32AM 7 BANK IN KRISTEL KUBUROVICH'S NAME, AND THAT WAS AN ACCOUNT

11:32AM 8 ENDING IN 0823.

11:32AM 9 Q. AND WERE THERE ANY OTHER ACCOUNTS OPENED THAT DAY?

11:32AM 10 A. I DON'T RECALL IF THERE WERE ANY OPENED THAT DAY.

11:32AM 11 AND THEN ON THAT DAY 250,000 CAME OUT OF MR. KUBUROVICH'S

11:33AM 12 0505 ACCOUNT AND WENT INTO THIS NEWLY OPENED 0823 ACCOUNT.

11:33AM 13 AND IF YOU RECALL WHEN WE REVIEWED I BELIEVE IT WAS THE

11:33AM 14 0505 ACCOUNT, THE WITHDRAW INDICATED TO OPEN DAUGHTER'S

11:33AM 15 ACCOUNT, SO THAT WAS THE MONEY THAT CAME FROM MR. KUBUROVICH

11:33AM 16 INTO THAT ACCOUNT.

11:33AM 17 ON DECEMBER 25TH ANOTHER 206,000 CAME OUT OF THE SMITH

11:33AM 18 BARNEY ACCOUNT AND WENT BACK INTO THE 0505 ACCOUNT.

11:33AM 19 SO AT THIS POINT THEN OF THE 775,000 THAT WAS INITIALLY

11:33AM 20 TRANSFERRED OUT OF THAT ACCOUNT TO FIRST MERRILL LYNCH AND THEN

11:33AM 21 SMITH BARNEY, IT HAS ALL BEEN TRANSFERRED BACK TO THE 0505

11:33AM 22 ACCOUNT.

11:33AM 23 Q. WAS THAT DECEMBER 24TH OR 25TH?

11:33AM 24 A. DECEMBER 24TH.

11:33AM 25 Q. OKAY. THANK YOU.

11:34AM 1      A.   THEN ON DECEMBER 26TH THERE WAS ANOTHER 200,000 THAT CAME

11:34AM 2      OUT OF THE 0505 ACCOUNT AND WENT INTO MS. KUBUROVICH'S 0823

11:34AM 3      ACCOUNT.

11:34AM 4           DECEMBER 31ST ANOTHER 250,000 WENT INTO ANOTHER ACCOUNT OF

11:34AM 5      MS. KUBUROVICH, AND THAT WAS THE ACCOUNT ENDING IN 0569.

11:34AM 6           SO AT THIS POINT JUST KIND OF STOPPING AT THAT POINT,

11:34AM 7      THERE'S BEEN 250,000.  THERE'S 250,000 IN THE 0823 ACCOUNT THAT

11:34AM 8      WAS TRACED TO MR. KUBUROVICH'S 0505 ACCOUNT, AND THE BALANCE IN

11:34AM 9      THAT 0823 ACCOUNT AS OF THAT POINT IN TIME IS APPROXIMATELY

11:34AM 10     500,000.

11:34AM 11          THEN ON JANUARY 26TH, 2009, 500,000 WAS WIRED TO A PRIVATE

11:34AM 12     ACCOUNT IN LIECHTENSTEIN.

11:35AM 13          AND THIS IS WHERE I INDICATE LIKE WE WILL SEE A NEGATIVE

11:35AM 14     BRACKET, A NEGATIVE OUT OF THE 0823 ACCOUNT, MEANING THAT IT'S

11:35AM 15     COMING OUT OF THAT ACCOUNT AND THEN A POSITIVE OVER IN THE

11:35AM 16     COLUMN THAT INDICATES LIECHTENSTEIN.

11:35AM 17          SO IT'S COMING OUT OF THE 0823 ACCOUNT GOING INTO

11:35AM 18     LIECHTENSTEIN.

11:35AM 19          THEN A COUPLE DAYS LATER ON JANUARY 28TH, 2009, THE

11:35AM 20     250,000 THAT HAD GONE INTO MS. KUBUROVICH'S 0569 ACCOUNT COMES

11:35AM 21     OUT THAT ACCOUNT AND GOES INTO THE 0823 ACCOUNT.

11:35AM 22     Q.   OKAY.  AND LET'S SKIP DOWN.  I THINK THE NEXT FEW ENTRIES

11:35AM 23     ARE NOT AS IMPORTANT.  WE CAN SKIP DOWN TO THE MARCH 30TH,

11:35AM 24     2009.

11:35AM 25     A.   YES.

11:35AM  1    Q.   WHAT HAPPENS ON MARCH 30TH, 2009?

11:35AM  2    A.   EXCUSE ME.  ON MARCH 30TH, 2009, 50,000 COMES OUT OF THE

11:36AM  3    0823 ACCOUNT AND GOES TO STEWART TITLE FOR THE PURCHASE OF THE

11:36AM  4    EAGLE RIDGE HOUSE.

11:36AM  5         AND IF YOU RECALL WHEN WE WERE REVIEWING THAT 0823

11:36AM  6    ACCOUNT, THAT WAS A CASHIER'S ACCOUNT THAT CAME OUT OF THERE

11:36AM  7    AND WENT TO STEWART TITLE.

11:36AM  8         AND THEN MOVING DOWN TO APRIL 6TH, 2009, 400,000 COMES

11:36AM  9    BACK INTO THIS ACCOUNT FROM THE LIECHTENSTEIN ACCOUNT.

11:36AM  10        SO GOING BACKYARDS IF WE LOOK UP AT JANUARY 26TH, 500,000

11:36AM  11   WENT OUT TO LIECHTENSTEIN AND NOW ON APRIL 6TH, 2009, 400,000

11:36AM  12   IS COMING BACK FROM LIECHTENSTEIN.

11:36AM  13        THEN ON APRIL 7TH, 2009, $591,000 COMES OUT OF THE USB

11:36AM  14   0823 ACCOUNT AND GOES OVER TO NATA LP, THE ACCOUNT ENDING IN

11:36AM  15   1277.

11:36AM  16        SO AGAIN YOU SEE THE BRACKET OF 591,000 INDICATING THAT

11:37AM  17   IT'S COMING OUT OF THAT ACCOUNT AND A POSITIVE OF 591,000

11:37AM  18   INDICATING THAT IT'S GOING INTO NATA LP.

11:37AM  19   Q.   AND THEN I THINK WE CAN SKIP A FEW LINES FROM THERE.  AND

11:37AM  20   MAY 11TH, 2009 IS THE NEXT ENTRY I WOULD LIKE YOU TO DISCUSS,

11:37AM  21   PLEASE.

11:37AM  22   A.   OKAY.  THEN ON MAY 11TH, 2009, $597,312 COMES OUT OF THE

11:37AM  23   NATA LP ACCOUNT AND AGAIN GOES TO STEWART TITLE FOR THE

11:37AM  24   PURCHASE OF THE EAGLE RIDGE HOUSE.

11:37AM  25        SO AT THAT POINT IN TIME THE EAGLE RIDGE HOUSE IS

11:37AM 1     PURCHASED AND THAT PURCHASE IS TRACED BACK TO THE INITIAL MONEY

11:37AM 2     THAT WAS IN MR. KUBUROVICH'S 0505 ACCOUNT.

11:37AM 3     Q.   NOW, MS. HOLLIMAN, COULD YOU TURN TO 58-81, PLEASE.  THIS

11:38AM 4     IS SCHEDULE 8 FOR THE 0569 ACCOUNT AT BATES NUMBER 26265.

11:38AM 5          MS. HOLLIMAN, IF YOU COULD PLEASE ZOOM IN IN THE UPPER

11:38AM 6     LEFT.  JUST THE DATA IN THE UPPER LEFT, PLEASE.

11:38AM 7          AND AGAIN, THE FIRST DATE FOR THAT DATE RANGE IS WHAT?

11:38AM 8     A.   DECEMBER 6TH, 2008.

11:38AM 9     Q.   AND WHAT DATE DOES THAT REPRESENT?

11:38AM 10    A.   THAT REPRESENTS THE DATE THAT THE ACCOUNT WAS OPENED.

11:38AM 11    Q.   AND IS THIS ONE OF THE TWO ACCOUNTS THAT YOU WERE

11:38AM 12    REFERRING TO BEFORE WHERE THE $250,000 WIRE TRANSFERS WERE

11:38AM 13    COMING IN?

11:38AM 14    A.   YES, IT IS.  YES.

11:38AM 15    Q.   THANK YOU.  NOW, MS. KIKUGAWA, EXHIBIT 59 ALSO CONTAINS A

11:38AM 16    CHART THAT YOU REFERRED TO A MOMENT AGO; IS THAT CORRECT?

11:38AM 17    A.   YES.

11:38AM 18    Q.   AND WE'LL SHOW THE SLIDE IN A SECOND, BUT BASICALLY WHAT

11:38AM 19    DOES THAT SHOW?

11:38AM 20    A.   IT SHOWS A PICTORIAL OF REALLY WHAT I JUST WALKED THROUGH,

11:39AM 21    AND IT JUST SHOWS THE FLOW OF HOW THE MONEY STARTED AND

11:39AM 22    ULTIMATELY WOUND UP PURCHASING THE EAGLE RIDGE HOUSE.

11:39AM 23    Q.   MS. HOLLIMAN, COULD YOU GO TO PAGE 59-1, PLEASE.  THAT'S

11:39AM 24    BATES NUMBER 26564.

11:39AM 25         SO LET'S START IN THE ORDER THAT YOU'VE DRAWN THIS.  THE

11:39AM 1    FIRST BOX AT THE TOP.  PLEASE EXPLAIN WHAT THAT IS.

11:39AM 2    A.   SO THIS IS THE SUMMARY OF THE FLOW OF FUNDS FOR THE

11:39AM 3    PURCHASE OF THE EAGLE RIDGE HOUSE AND THE BEGINNING POINT WAS

11:39AM 4    THE 1,042,000 THAT CAME IN FROM BELLEVUE CENTRE.

11:39AM 5        FROM THERE --

11:39AM 6    Q.   ACTUALLY, LET ME PAUSE AND HAVE YOU PAUSE RIGHT THERE FOR

11:39AM 7    JUST ONE SECOND.

11:39AM 8        SO THE ORIGINAL SOURCE OF FUNDS GOES BACK TO BELLEVUE

11:39AM 9    CENTRE; IS THAT RIGHT?

11:39AM 10   A.   THAT'S CORRECT, YES.

11:39AM 11   Q.   OKAY.

11:39AM 12       YOUR HONOR, THE GOVERNMENT MOVES INTO EVIDENCE

11:40AM 13   EXHIBIT 56-1 PURSUANT TO RULE 902(11).  THERE IS A CERTIFICATE.

11:40AM 14   IT IS BATES NUMBER 26164.

11:40AM 15           MS. GILG:  SUBMIT IT.

11:40AM 16           MR. NICK:  SUBMIT IT, YOUR HONOR.

11:40AM 17           THE COURT:  THANK YOU.  IT WILL BE RECEIVED AND

11:40AM 18   ADMITTED, AND IT MAY BE PUBLISHED.

11:40AM 19       (GOVERNMENT'S EXHIBIT 56-1 WAS RECEIVED IN EVIDENCE.)

11:40AM 20   BY MR. SIMEON:

11:40AM 21   Q.   THANK YOU.  MS. HOLLIMAN, PAGE 56-1, PLEASE.  CAN YOU ZOOM

11:40AM 22   IN ON THE TOP.

11:40AM 23       AND IT APPEARS TO SAY LIMITED LIABILITY COMPANY ARTICLES

11:40AM 24   OF ORGANIZATION, NAME OF LIMITED LIABILITY COMPANY, BELLEVUE

11:40AM 25   CENTRE, LLC.

11:40AM  1          DID I READ THAT CORRECTLY?

11:40AM  2     A.   YES, YOU DID.

11:40AM  3     Q.   MS. HOLLIMAN, COULD YOU ZOOM IN AND GO DOWN TO THE MIDDLE

11:40AM  4     OF THE PAGE, PLEASE.

11:40AM  5          BOX 3 IT APPEARS TO SAY NAME OF INITIAL AGENT FOR SERVICE

11:40AM  6     OF PROCESS, GOYKO G. KUBUROVICH.

11:41AM  7          BOX 4, 18670, CASTLE LAKE DRIVE, MORGAN HILL, 95037.  DID

11:41AM  8     I READ THAT CORRECTLY?

11:41AM  9     A.   YES, YOU DID.

11:41AM 10     Q.   AND, MS. HOLLIMAN, COULD YOU GO TO NUMBER 7.

11:41AM 11          AND THERE'S A NAME AND A SIGNATURE, AND THE NAME IS GOYKO

11:41AM 12     G. KUBUROVICH, AND THE NAME IS TYPED AS THE ORGANIZER.

11:41AM 13          AND ON THE RIGHT IT HAS SIGNATURE OF ORGANIZER, AND THE

11:41AM 14     DATE IS OCTOBER 35, 2005.

11:41AM 15          DID I READ THAT CORRECTLY?

11:41AM 16     A.   YES, YOU DID.

11:41AM 17     Q.   COULD YOU RETURN TO EXHIBIT 59-1.

11:41AM 18          SO, MS. KIKUGAWA, WE REVIEWED THE FIRST BOX, AND THE ARROW

11:42AM 19     GOES DOWN TO THE NEXT BOX.  COULD YOU EXPLAIN WHAT THAT IS?

11:42AM 20     A.   YEAH, THAT IS INDICATING THAT THE 1,042,000 WENT INTO

11:42AM 21     MR. KUBUROVICH'S BANK ACCOUNT AND THAT HAPPENED TO BE THE 0505

11:42AM 22     ACCOUNT.

11:42AM 23          THE BALANCE PRIOR TO THIS MONEY FROM BELLEVUE CENTRE WAS

11:42AM 24     $345.

11:42AM 25          SO AFTER RECEIVING THE 1,042,000, 750,000 GOES TO

11:42AM 1    MS. KRISTEL KUBUROVICH.

11:42AM 2        AND AS YOU RECALL, WE LOOKED AT THAT, I THINK IT WAS A

11:42AM 3    SERIES OF $250,000 TRANSFERS, AND TWO OF THEM WENT TO ONE

11:42AM 4    ACCOUNT AND ANOTHER ONE OF THEM WENT TO ANOTHER ACCOUNT, BUT

11:42AM 5    750,000 WENT TO MS. KUBUROVICH.

11:42AM 6    Q.   ALL RIGHT.  AND FOR THE NEXT BOX THERE ARE SEVERAL THINGS

11:42AM 7    GOING ON.

11:42AM 8        MS. HOLLIMAN, IF YOU COULD ZOOM IN ON THE MIDDLE BOX, AND

11:42AM 9    WE'LL TAKE THEM ONE AT A TIME STARTING WITH THE FIRST ONE,

11:42AM 10   PLEASE.

11:43AM 11   A.   SO 500,000 WENT OUT OF THE KUBUROVICH ACCOUNT AND WENT

11:43AM 12   INTO LIECHTENSTEIN.

11:43AM 13   Q.   YOU WERE SAYING BEFORE THAT THERE WAS NO BALANCE IN THOSE

11:43AM 14   ACCOUNTS PRIOR TO THE $750,000 TRANSFERS; IS THAT CORRECT?

11:43AM 15   A.   THAT'S CORRECT, THE BALANCE WAS ACTUALLY 0 AND THE --

11:43AM 16   THOSE $250,000 TRANSFERS WERE BASICALLY THE OPENING OF THOSE

11:43AM 17   ACCOUNTS.

11:43AM 18       SO THE BALANCE WAS 0 PRIOR TO THAT AND THEN THERE IS

11:43AM 19   750,000 IN THOSE ACCOUNTS.

11:43AM 20       500,000 GOES TO AN ACCOUNT IN LIECHTENSTEIN; 50,000

11:43AM 21   INITIALLY GOES TO STEWART TITLE.

11:43AM 22   Q.   LET'S ACTUALLY PAUSE THERE FOR A SECOND.  YOU SAID

11:44AM 23   $500,000 GOES TO LIECHTENSTEIN AND IT SAYS $400,000 BACK; IS

11:44AM 24   THAT CORRECT?

11:44AM 25   A.   THAT'S CORRECT, YES.

11:44AM 1    Q.   OKAY.  MS. HOLLIMAN, IF YOU COULD ZOOM BACK OUT.

11:44AM 2         IT LOOKS LIKE THE BOX IN THE LOWER LEFT DISCUSSES

11:44AM 3    LIECHTENSTEIN; IS THAT CORRECT?

11:44AM 4    A.   YES.

11:44AM 5    Q.   AND THAT EXPLAINS WHAT WE JUST SAID?

11:44AM 6    A.   YES, EXACTLY.  THAT'S THE 500,000 THAT WENT OUT TO

11:44AM 7    LIECHTENSTEIN AND THEN SUBSEQUENTLY 400,000 COMING BACK IN FROM

11:44AM 8    LIECHTENSTEIN.

11:44AM 9    Q.   LET'S PAUSE THERE FOR ONE SECOND.

11:44AM 10        YOUR HONOR, THE GOVERNMENT MOVES INTO EVIDENCE EXHIBIT

11:44AM 11   PAGES 51-5, 51-78, AND 51-209, THE CORRESPONDING BATES RANGES

11:44AM 12   ARE 24932, 25005, AND 25136.  THESE ARE LIECHTENSTEIN BANK

11:44AM 13   RECORDS THAT CAME WITHIN ACCOMPANYING 902(11) CERTIFICATE?

11:45AM 14             MR. NICK:  SUBMIT IT, YOUR HONOR.

11:45AM 15             MS. GILG:  SUBMIT IT.

11:45AM 16        DO I JUST HAVE HIM REPEAT THE LAST ONE?

11:45AM 17             MR. SIMEON:  YES.  THE LAST ONE --

11:45AM 18             MS. GILG:  NOT THE BATES.  THE ACTUAL EXHIBIT

11:45AM 19   NUMBER.

11:45AM 20             MR. SIMEON:  OH.  51-209.  MS. HOLLIMAN --

11:45AM 21             THE COURT:  THOSE WILL BE ADMITTED, AND THEY MAY BE

11:45AM 22   PUBLISHED.

11:45AM 23             MR. SIMEON:  THANK YOU, YOUR HONOR.

11:45AM 24        (GOVERNMENT'S EXHIBIT 51-5, 51-78, AND 51-209 WAS RECEIVED

11:45AM 25   IN EVIDENCE.)

BY MR. SIMEON:

Q.   MS. HOLLIMAN, COULD YOU PLEASE TURN TO 51-5.  IF YOU COULD

ZOOM IN ON THE TOP THIRD OF THE FORM, PLEASE.

NOW, IN THE UPPER RIGHT LET'S SEE IF YOU CAN GO A LITTLE

BIT HIGHER IN THE UPPER RIGHT.

IN THE UPPER RIGHT THERE'S A NUMBER 50.362.104 AND BELOW

THAT IT SAYS VP BANK.

ON THE LEFT IT SAYS SIGNATURE CARD AND POWER OF ATTORNEY.

ACCOUNT HOLDER 1.  KUBUROVICH KRISTEL

ELIZABETH/95037-MORGAN HILL, CALIFORNIA, UNITED STATES.

BELOW THAT IT SAYS POWER OF ATTORNEY OVER THE ACCOUNTS,

CUSTODY ACCOUNTS, AND/OR SAFE DEPOSIT BOXES CONTAIN UNDER THE

MASTER FILE NUMBER STATED ABOVE IS HEREBY GRANTED TO, AND IT

READS:  KUBUROVICH GOYKO GUSTAV, AND THERE'S A SIGNATURE TO THE

RIGHT, AND BELOW THAT IT APPEARS TO SAY KNOWN ACCOUNT HOLDER,

KUBUROVICH KRISTEL ELIZABETH AND A SIGNATURE TO THE RIGHT.

DID I READ THAT CORRECTLY?

A.   YES, YOU DID.

Q.   AND, MS. HOLLIMAN, PAGE 51-78, PLEASE.  THIS APPEARS TO BE

AN E-MAIL FROM BATZI KUBUROVICH AT BATZIKUBUROVICH@YAHOO.COM

AND IT READS WIRE TRANSFER.

"HI FREDI, WE HOPE ALL IS WELL WITH YOU AND YOUR FAMILY.

KRISTEL KUBUROVICH WOULD LIKE TO WIRE TRANSFER 400,000 U.S.

FROM HER VP BANK ACCOUNT TO HER UNIT SECURITY BANK ACCOUNT

(WHERE THE FUNDS ORIGINATED)" I'M SKIPPING A COUPLE OF LINES,

11:47AM   1    "THANK YOU, GOYKO KUBUROVICH, KRISTEL KUBUROVICH."

11:47AM   2         DID I READ THAT CORRECTLY?

11:47AM   3    A.   YES, YOU DID.

11:47AM   4    Q.   AND, MS. HOLLIMAN, IF YOU COULD TURN TO 51-209.

11:48AM   5         THIS IS ANOTHER E-MAIL FROM BATZI KUBUROVICH,

11:48AM   6    BATZIKUBUROVICH@YAHOO.COM.

11:48AM   7         PLEASE NOTE OUR NEW MAILING ADDRESS IS 16430 MONTEREY

11:48AM   8    ROAD, SUITE 5, MORGAN HILL, CALIFORNIA 95037.  "WE WILL NO

11:48AM   9    LONGER BE USING THE CASTLE LAKE ADDRESS.  THANK YOU, BATZI

11:48AM  10    KUBUROVICH AND FAMILY."

11:48AM  11         MS. HOLLIMAN, IF YOU COULD PLEASE RETURN TO 59-1.

11:48AM  12         ALL RIGHT.  SO WE WERE IN THE LOWER LEFT WITH

11:48AM  13    LIECHTENSTEIN BANK.  LET'S TURN TO THE MIDDLE BOX THAT YOU WERE

11:48AM  14    DISCUSSING AFTER THE $500,000 OUT AND $400,000 BACK.

11:48AM  15         WHAT IS THE NEXT LINE?

11:48AM  16    A.   THE NEXT LINE WAS $50,000 TO STEWART TITLE AND THAT GOES

11:49AM  17    OVER TO THE RIGHT AND THAT AGAIN WAS FOR THE DEPOSIT ON THE --

11:49AM  18    FOR THE PURCHASE OF THE EAGLE RIDGE HOUSE.

11:49AM  19    Q.   AND WHAT IS THE NEXT LINE?

11:49AM  20    A.   THE NEXT LINE IS THE $591,000 THAT WENT TO NATA LP AND

11:49AM  21    THEN ULTIMATELY FROM NATA LP TO THE EAGLE RIDGE TO STEWART

11:49AM  22    TITLE FOR THE EAGLE RIDGE HOUSE.

11:49AM  23    Q.   AND WHAT IS THE ANNOTATION AT THE BOTTOM THERE THAT YOU

11:49AM  24    PUT?

11:49AM  25    A.   ALL OF THE FUNDS USED TO PURCHASE THE EAGLE RIDGE HOUSE

11:49AM 1    WERE TRACED DIRECTLY TO FUNDS BELONGING TO MR. KUBUROVICH.

11:49AM 2           MR. NICK:  OBJECTION.  IT CALLS FOR A LEGAL

11:49AM 3    CONCLUSION, YOUR HONOR.  MOVE TO STRIKE.

11:49AM 4        THE NEXT QUESTION IS THE ULTIMATE FACT, AND THERE'S ALSO

11:49AM 5    NO EXPERT WITNESS OFFERED HERE.

11:50AM 6           THE COURT:  I'LL SUSTAIN IT AS TO THE FIRST PART OF

11:50AM 7    THE ANSWER.  YOU CAN ASK THE QUESTION AGAIN.

11:50AM 8           MR. SIMEON:  I'LL WITHDRAW THE QUESTION FOR NOW,

11:50AM 9    YOUR HONOR.

11:50AM 10          THE COURT:  THE QUESTION IS WITHDRAWN.  HER RESPONSE

11:50AM 11   IS STRICKEN, LADIES AND GENTLEMEN, THE LAST ANSWER IS STRICKEN.

11:50AM 12   BY MR. SIMEON:

11:50AM 13   Q.   SO LET'S STICK WITH THE PREVIOUS LINE $591,000 TO NATA LP.

11:50AM 14       YOUR HONOR, THE GOVERNMENT MOVES INTO EVIDENCE EXHIBIT 52

11:50AM 15   WHICH IS BATES NUMBER 26162 PURSUANT TO A 902(11) CERTIFICATE?

11:50AM 16          MS. GILG:  SUBMIT IT, YOUR HONOR.

11:50AM 17          MR. NICK:  SUBMIT IT, YOUR HONOR.

11:50AM 18          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:50AM 19       (GOVERNMENT'S EXHIBIT 52 WAS RECEIVED IN EVIDENCE.)

11:50AM 20   BY MR. SIMEON:

11:50AM 21   Q.   MS. HOLLIMAN, IF YOU COULD PLEASE PULL UP 52-1 AND ZOOM IN

11:50AM 22   ON THE TOP.

11:50AM 23       IN THE UPPER LEFT IT READS STATE OF CALIFORNIA, SECRETARY

11:50AM 24   OF STATE, CERTIFICATE OF LIMITED PARTNERSHIP.

11:50AM 25       BOX 1.  NAME OF LIMITED PARTNERSHIP.

11:51AM 1          NATA LP.

11:51AM 2          BOX 2.  ADDRESS OF INITIAL DESIGNATED OFFICE IN

11:51AM 3    CALIFORNIA.

11:51AM 4          16430 MONTEREY ROAD, SUITE 5-MORGAN HILL, CALIFORNIA

11:51AM 5    95037.

11:51AM 6          DID I READ THAT CORRECTLY?

11:51AM 7    A.  YES, YOU DID.

11:51AM 8    Q.  MS. HOLLIMAN, IF YOU COULD ZOOM IN ON THE MIDDLE, PLEASE.

11:51AM 9          AT THE BOTTOM WHERE IT READS GENERAL PARTNERS NAME DESTRO,

11:51AM 10   LLC, ADDRESS 16430 MONTEREY ROAD, SUITE 5-MORGAN HILL,

11:51AM 11   CALIFORNIA, 95037.

11:51AM 12         DID I READ THAT CORRECTLY?

11:51AM 13   A.  YES.

11:51AM 14   Q.  AND, MS. HOLLIMAN, IF YOU COULD ZOOM IN AT THE BOTTOM.

11:51AM 15         EXECUTION BELOW THAT BOX 7.  I DECLARE I AM THE PERSON WHO

11:52AM 16   EXECUTED THIS INSTRUMENT WHICH EXECUTION IS MY ACT AND DEED.

11:52AM 17         DATE:  11/21/08.

11:52AM 18         SIGNATURE OF GENERAL PARTNER.  THERE'S A SIGNATURE AND TO

11:52AM 19   THE RIGHT WHERE IT SAYS TYPE OR PRINT NAME OF GENERAL PARTNER

11:52AM 20   IT READS GOYKO KUBUROVICH, MANAGING MEMBER OF DESTRO, LLC.

11:52AM 21         DID I READ THAT CORRECTLY?

11:52AM 22   A.  YES, YOU DID.

11:52AM 23              MR. SIMEON:  YOUR HONOR, THE GOVERNMENT MOVES INTO

11:52AM 24   EVIDENCE PAGE 38-1 AND THIS IS A BANK RECORD ACCOMPANIED BY A

11:52AM 25   902(11) CERTIFICATE AND THE BATES NUMBER IS 13745.

11:52AM  1          THE COURT:  I'M SORRY?

11:52AM  2          MR. SIMEON:  38-1.

11:52AM  3          THE COURT:  38-1.

11:52AM  4          MR. SIMEON:  AND THE CORRESPONDING BATES NUMBER IS

11:52AM  5   13745.

11:53AM  6          THE COURT:  ANY OBJECTION?

11:53AM  7          MR. NICK:  SUBMIT IT, YOUR HONOR.

11:53AM  8          MS. GILG:  SUBMIT IT.

11:53AM  9          THE COURT:  IT'S RECEIVED AND ADMITTED.  IT MAY BE

11:53AM 10   PUBLISHED.

11:53AM 11      (GOVERNMENT'S EXHIBIT 38-1 WAS RECEIVED IN EVIDENCE.)

11:53AM 12   BY MR. SIMEON:

11:53AM 13   Q.  MS. HOLLIMAN, CAN YOU PLEASE PULL UP 38-1.  THANK YOU.

11:53AM 14   AND IF YOU COULD ZOOM IN AT THE TOP.

11:53AM 15      IN THE UPPER LEFT IT READS PINNACLE BANK WITH THE ADDRESS

11:53AM 16   AND TO THE RIGHT ACCOUNT NUMBER 202001269.

11:53AM 17      BELOW THAT ACCOUNT OWNER'S NAME AND ADDRESS.  DESTRO,

11:53AM 18   LLC., 61430 MONTEREY, SUITE 5, MORGAN HILL, CALIFORNIA, 95037.

11:53AM 19      AND IN THE LOWER LEFT HERE IT READS ACCOUNT CLOSED DATE

11:54AM 20   11/30/09.  THE REASON:  NO LONGER NEEDED.  TRANSFER FUNDS TO

11:54AM 21   202001277 PER BATZI.

11:54AM 22      DID I READ THAT CORRECTLY?

11:54AM 23   A.  YES, YOU DID.

11:54AM 24   Q.  MS. HOLLIMAN, CAN YOU ZOOM IN ON THE BOTTOM HALF OF THE

11:54AM 25   PAGE.

11:54AM   1        ON THE RIGHT IN THE SIGNATURE AREA THERE WAS ONE LINE

11:54AM   2   COMPLETED, KRISTEL ELIZABETH KUBUROVICH WITH A SIGNATURE ABOVE,

11:54AM   3   AND IN THE LOWER LEFT THERE IS ANOTHER SIGNATURE AND BELOW THAT

11:54AM   4   THE NAME TYPED KRISTEL ELIZABETH KUBUROVICH WITH THE DATE OF

11:54AM   5   FEBRUARY 12TH, 2009.

11:54AM   6        DID I READ THAT CORRECTLY?

11:54AM   7   A.   YES, YOU DID.

11:54AM   8   Q.   AND, MS. KIKUGAWA, IS THIS ONE OF THE RECORDS THAT YOU

11:54AM   9   REVIEWED?

11:54AM  10   A.   YES, IT IS.

11:54AM  11   Q.   AND WHAT TYPE OF RECORD IS THIS SPECIFICALLY?

11:55AM  12   A.   THIS IS A SIGNATURE CARD FOR A BANK ACCOUNT.

11:55AM  13   Q.   AND THAT DETERMINES WHO HAS CONTROL OF THE ACCOUNT?

11:55AM  14   A.   IT DETERMINES WHO HAS SIGNING AUTHORITY OVER THE ACCOUNT,

11:55AM  15   YES.

11:55AM  16   Q.   THANK YOU.

11:55AM  17        MR. SIMEON:  YOUR HONOR, THE GOVERNMENT MOVES INTO

11:55AM  18   EVIDENCE EXHIBIT 28-10 CORRESPONDING BATES NUMBER IS 011487.

11:55AM  19   THIS IS ALSO ACCOMPANIED BY A 902(11) CERTIFICATE.

11:55AM  20        MR. NICK:  SUBMIT IT, YOUR HONOR.

11:55AM  21        MS. GILG:  NO OBJECTION, YOUR HONOR.

11:55AM  22        THE COURT:  THIS IS RECEIVED AND ADMITTED.  IT MAY

11:55AM  23   BE PUBLISHED.

11:55AM  24     (GOVERNMENT'S EXHIBIT 28-10 WAS RECEIVED IN EVIDENCE.)

11:55AM  25   BY MR. SIMEON:

11:55AM  1      Q.   MS. HOLLIMAN, IF YOU COULD ZOOM IN AT THE TOP 4568,

11:55AM  2   PLEASE.

11:55AM  3         IN THE UPPER RIGHT IT READS ACCOUNT 202001277.

11:55AM  4         STATEMENT PERIOD 10/31/09 TO 11/30/09.

11:56AM  5         ON THE LEFT IT READS NATA LP, 16430 MONTEREY STREET, SUITE

11:56AM  6   5, MORGAN HILL, CALIFORNIA 95037.

11:56AM  7         DID I READ THAT CORRECTLY?

11:56AM  8      A.   YES, YOU DID.

11:56AM  9      Q.   AND, MS. HOLLIMAN, IF YOU COULD ZOOM IN ON THE BOTTOM

11:56AM 10   HALF, PLEASE.

11:56AM 11         UNDER OTHER CREDITS DATE 11/30/2009.  AMOUNTS 100.

11:56AM 12   DESCRIPTION:  MISCELLANEOUS CREDIT FROM CLOSED ACCOUNT

11:56AM 13   202001269/BATZI.

11:56AM 14         DID I READ THAT CORRECTLY?

11:56AM 15      A.   YES, YOU DID.

11:56AM 16         MR. SIMEON:  YOUR HONOR, THE GOVERNMENT MOVES

11:56AM 17   EXHIBIT 49-1 INTO EVIDENCE.  THIS IS ANOTHER BANK RECORD

11:56AM 18   ACCOMPANIED BY A 902(11) CERTIFICATE.

11:57AM 19         MR. NICK:  SUBMIT IT, YOUR HONOR.

11:57AM 20         MS. GILG:  NO OBJECTION, YOUR HONOR.

11:57AM 21         THE COURT:  IT'S RECEIVED AND ADMITTED.  IT MAY BE

11:57AM 22   PUBLISHED.

11:57AM 23         (GOVERNMENT'S EXHIBIT 49-1 WAS RECEIVED IN EVIDENCE.)

11:57AM 24   BY MR. SIMEON:

11:57AM 25      Q.   THIS PAGE IS HANDWRITTEN AND APPEARS TO READ NATA LP,

11:57AM 1    16430 MONTEREY ROAD, NUMBER 5, MORGAN HILL, CALIFORNIA 95037.

11:57AM 2        ROSE SEPULVEDA, PINNACLE BANK.

11:57AM 3        TO THE RIGHT IS THE DATE FEBRUARY 12TH, 2009.

11:57AM 4        AND IT READS:  THIS CORRESPONDENCE SHALL CONFIRM THAT

11:57AM 5    KRISTEL KUBUROVICH IS A MANAGER MEMBER OF NATA LP.

11:57AM 6        2/12/09.  WITH A SIGNATURE AND THE SIGNATURE THAT IS

11:57AM 7    GOYKO KUBUROVICH.

11:57AM 8        DID I READ THAT CORRECTLY?

11:57AM 9    A.   YES, YOU DID.

11:57AM 10   Q.   MS. HOLLIMAN, CAN YOU RETURN TO 59-1, PLEASE.

11:58AM 11       WE LEFT OFF AT THE MIDDLE BOX.  COULD YOU EXPLAIN THE

11:58AM 12   REMAINING ARROWS AND WHAT IS HAPPENING AFTER THAT?

11:58AM 13   A.   YES.  FROM THE MIDDLE BOX SOME OF THIS I DO THINK THAT WE

11:58AM 14   WENT THROUGH, BUT 500,000 WENT TO LIECHTENSTEIN; 400,000 CAME

11:58AM 15   BACK FROM LIECHTENSTEIN; 50,000 CAME OUT OF THAT ACCOUNT

11:58AM 16   INTO -- WENT TO STEWART TITLE FOR THE EAGLE RIDGE HOUSE;

11:58AM 17   591,000 WENT DOWN TO NATA LP, AND THEN FROM NATA LP 597,000

11:58AM 18   WENT TO STEWART TITLE FOR THE PURCHASE OF THE EAGLE RIDGE

11:58AM 19   HOUSE.

11:58AM 20   Q.   CAN YOU ZOOM BACK UP, PLEASE.

11:58AM 21       AND SO THAT WAS THE BOX IN THE LOWER RIGHT THAT YOU WERE

11:58AM 22   EXPLAINING; IS THAT CORRECT?

11:58AM 23   A.   THAT'S CORRECT, YES.

11:58AM 24   Q.   AND THEN WHAT IS THE FINAL BOX ON THE RIGHT?

11:58AM 25   A.   THE FINAL BOX ON THE RIGHT IS THE ONE THAT SAYS

11:58AM 1    EAGLE RIDGE HOUSE, AND IT'S IN GREEN, AND ALL THE FUNDS WERE

11:59AM 2    TRACED BACK.

11:59AM 3           MR. NICK:  YOUR HONOR, I'M GOING TO OBJECT TO THE

11:59AM 4    TESTIMONY ON THE SAME GROUNDS AS BEFORE.  THIS IS CALLING FOR

11:59AM 5    AN ULTIMATE CONCLUSION.

11:59AM 6           THE COURT:  OVERRULED.

11:59AM 7           MR. NICK:  THANK YOU.

11:59AM 8           THE COURT:  I THINK THAT THE DOCUMENT SPEAKS FOR

11:59AM 9    ITSELF, "ALL FUNDS TRACED."

11:59AM 10       I THINK THAT'S DIFFERENT FROM YOUR PREVIOUS OBJECTION.

11:59AM 11          MR. NICK:  VERY WELL, YOUR HONOR.

11:59AM 12   BY MR. SIMEON:

11:59AM 13   Q.  AND, MS. KIKUGAWA, JUST TO CLARIFY, WHEN YOU DID YOUR

11:59AM 14   ANALYSIS OF THE BANK RECORDS, WERE YOU LOOKING AT THE PURPOSE

11:59AM 15   OR THE REASON THAT FUNDS WERE TRANSFERRED?

11:59AM 16   A.  NO.  IT WAS JUST FOLLOWING THE FUNDS.  JUST FOLLOWING THE

11:59AM 17   MONEY.

11:59AM 18   Q.  AND YOU STARTED WITH THE MONEY THAT WAS USED TO PURCHASE

11:59AM 19   THE 7170 EAGLE RIDGE HOUSE; IS THAT CORRECT?

11:59AM 20   A.  ONE OF THE TASKS, YES.

11:59AM 21   Q.  FOR THIS TASK?

11:59AM 22   A.  YES.

11:59AM 23   Q.  AND THEN YOU WORKED BACKWARDS?

11:59AM 24   A.  THAT IS CORRECT.

11:59AM 25   Q.  AND WHEN YOU SAY ALL FUNDS TRACED TO GOYKO KUBUROVICH, YOU

11:59AM 1    MEAN THAT THOSE FUNDS ALL GO BACK TO THE ORIGINAL 0505 ACCOUNT?

11:59AM 2    A.    THAT IS CORRECT, YES.

11:59AM 3    Q.    THANK YOU.

11:59AM 4         NO FURTHER QUESTIONS, YOUR HONOR.

11:59AM 5              THE COURT:  ALL RIGHT.  WHY DON'T WE TAKE OUR NOON

12:00PM 6    RECESS AT THIS TIME, LADIES AND GENTLEMEN, AND THEN WE'LL

12:00PM 7    ENGAGE CROSS-EXAMINATION.

12:00PM 8         AS I SAID, IF YOU COULD COLLECT YOURSELVES DOWNSTAIRS SUCH

12:00PM 9    THAT WE CAN CALL YOU UP AND HOPEFULLY START YOU NO LATER THAN A

12:00PM 10   QUARTER PAST THE HOUR, 1:00 O'CLOCK, I WOULD BE GRATEFUL.  SO

12:00PM 11   WE'LL BE IN RECESS.  HAVE A GOOD LUNCH.  I'LL SEE YOU BACK

12:00PM 12   THEN.

12:38PM 13        (LUNCH RECESS TAKEN AT 12:00 P.M.)

14

15

16

17

18

19

20

21

22

23

24

25

**AFTERNOON SESSION**

(JURY IN AT 1:16 P.M.)

THE CLERK:  COME TO ORDER.  COURT IS AGAIN IN

SESSION.

THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  WE'RE

BACK ON THE RECORD.  COUNSEL AND THE DEFENDANTS ARE PRESENT,

AND THE JURY AND ALTERNATE ARE PRESENT.

MR. NICK, YOU WOULD LIKE TO CROSS-EXAMINE?

MR. NICK:  YES, I WOULD.  THANK YOU VERY MUCH, YOUR

HONOR.

**CROSS-EXAMINATION**

BY MR. NICK:

Q.  GOOD AFTERNOON, MA'AM.

A.  GOOD AFTERNOON.

Q.  IS IT KIKUGAWA?

A.  IT'S KIKUGAWA.

Q.  KIKUGAWA.  ALL RIGHT.  I WAS TRYING TO BE PHONETIC.

FORGIVE ME IF I --

A.  THAT'S FINE.  IT'S A MOUTHFUL.

Q.  KIKUGAWA?

A.  YES.

Q.  ALL RIGHT.  ALL RIGHT.  I WANTED TO START FROM THE

BEGINNING.  AND WHAT I WANTED TO ASK YOU IS WHEN WAS IT THAT

YOU WERE FIRST ASKED TO TAKE A LOOK AT WHAT YOU HAD DESCRIBED

AS VOLUMINOUS RECORDS BELONGING TO MR. GOYKO KUBUROVICH?

01:17PM 1    A.   IT WAS IN APPROXIMATELY AUGUST OF 2014.

01:17PM 2    Q.   OKAY.  AND DID YOU COMPLETE YOUR REVIEW OF THOSE RECORDS

01:18PM 3    BACK IN 2014?

01:18PM 4    A.   NO.  I BELIEVE THAT IT WENT ON INTO SOME TIME IN 2015.

01:18PM 5    Q.   ALL RIGHT.  AND THEN WERE YOU ASKED AFTER 2015 TO REVIEW

01:18PM 6    THEM AGAIN?

01:18PM 7    A.   I WAS ASKED -- GOSH.  I DON'T REALLY RECALL THE DATES BUT

01:18PM 8    PROBABLY SOME TIME LATE 2017 OR EARLY THIS YEAR.

01:18PM 9    Q.   SO FROM 2015 TO 2017 THERE WAS NO REQUEST FROM ANY

01:18PM 10   GOVERNMENT AGENCY FOR YOU TO LOOK AT THOSE RECORDS, WOULD THAT

01:18PM 11   BE CORRECT?

01:18PM 12   A.   AND ACTUALLY THE INITIAL REVIEW PROBABLY WENT TO SOME TIME

01:18PM 13   IN 2016.

01:18PM 14   Q.   ALL RIGHT.  AND AFTER YOU WERE COMPLETED, THERE WAS A

01:18PM 15   PERIOD OF APPROXIMATELY A YEAR AND A HALF IT SOUNDS LIKE, AND

01:18PM 16   THEN YOU WERE ASKED AGAIN TO LOOK AT THEM?

01:18PM 17   A.   I THINK THAT'S CORRECT, YES.

01:18PM 18   Q.   ALL RIGHT.  AND WERE YOU TOLD WHY IT WAS NECESSARY TO

01:18PM 19   REVIEW THEM AGAIN?

01:18PM 20   A.   I DON'T THINK THERE WAS ANYTHING NEW OR DIFFERENT FROM THE

01:18PM 21   INITIAL TIME.

01:18PM 22   Q.   ALL RIGHT.  SO YOU WERE BASICALLY ASKED TO REVIEW THE

01:18PM 23   RECORDS AGAIN?

01:18PM 24   A.   YES.

01:18PM 25   Q.   VERY WELL.  NOW, THE RECORDS THAT YOU LOOKED AT, ARE

01:19PM 1    THEY -- OH, I CAN JUST POINT TO THEM.  DO THEY CONSIST OF THIS

01:19PM 2    BOX RIGHT HERE (INDICATING)?

01:19PM 3    A.  AS I INDICATED, THERE WERE MORE RECORDS INITIALLY, BUT

01:19PM 4    THOSE WERE THE ONES THAT ULTIMATELY WERE NECESSARY FOR THE TASK

01:19PM 5    THAT I WAS ASSIGNED.

01:19PM 6    Q.  NOW, CAN YOU TELL ME IN BANKER BOX VOLUME HOW MANY MORE

01:19PM 7    BANKER BOXES THERE WERE MORE THAN THAT?

01:19PM 8    A.  A LOT OF THE DOCUMENTS ARE ELECTRONIC SO SOMETIMES IT'S A

01:19PM 9    LITTLE DIFFICULT TO SAY, BUT I WOULD JUST A VERY ROUGH GUESS

01:19PM 10   THREE TO FIVE.

01:19PM 11   Q.  AND OUT OF THREE TO FIVE, ONE ENDED UP BEING THE RELEVANT

01:19PM 12   INFORMATION?

01:19PM 13   A.  THAT IS CORRECT, YES.

01:19PM 14   Q.  ALL RIGHT.  NOW, THIS ISN'T THE FIRST TIME THAT YOU'VE

01:20PM 15   DONE FORENSIC ACCOUNTING.  I MEAN, WE'VE HEARD YOUR LONG

01:20PM 16   ILLUSTRIOUS CAREER, AND I'M SURE THAT YOU'VE DONE IT BEFORE;

01:20PM 17   RIGHT?

01:20PM 18   A.  YES, I HAVE.

01:20PM 19   Q.  AND I HAVE THIS FEELING THAT YOU'VE LOOKED AT CASES THAT

01:20PM 20   HAVE HAD MORE THAN 20 BANKER BOXES IN RECORDS?

01:20PM 21   A.  THAT'S CORRECT, YES.

01:20PM 22   Q.  AND AT WHAT POINT DO YOU CALL THEM VOLUMINOUS, WHEN IT

01:20PM 23   GETS TO THREE, OR FIVE, OR ONE?

01:20PM 24   A.  I -- AND AGAIN, WE LOOK AT IT MORE IN TERMS OF THE

01:20PM 25   ELECTRONIC RECORDS, I BELIEVE, NOT NECESSARILY, ESPECIALLY IN

01:20PM 1    TODAY'S TIME, THE BANKER'S BOXES.  BUT I THINK WHEN IT GETS TO

01:20PM 2    BE IN EXCESS OF TEN BANK ACCOUNTS WITH NUMEROUS TRANSACTIONS I

01:20PM 3    CONSIDER VOLUMINOUS.

01:20PM 4    Q.   SO USUALLY WHEN THE RECORDS INCLUDE MORE THAN TEN BANK

01:20PM 5    ACCOUNTS AS A RESULT OF ALL OF THE STATEMENTS THAT ARE

01:21PM 6    GENERATED BY THOSE NUMBER OF BANK ACCOUNTS IT GROWS TO WHAT YOU

01:21PM 7    HAVE LABELED VOLUMINOUS; CORRECT?

01:21PM 8    A.   YES.

01:21PM 9    Q.   ALL RIGHT.  NOW, ALL OF THE CHARTS AND INFORMATION THAT

01:21PM 10   YOU'VE TESTIFIED TO HERE TODAY, YOU WERE ABLE TO FIND I'LL SAY

01:21PM 11   99 PERCENT OF IT IN BANK RECORDS.  WOULD THAT BE CORRECT?

01:21PM 12   A.   THERE WERE A LOT OF OTHER RECORDS THAT COME INTO PLAY AS

01:21PM 13   WELL, AND I THINK WE DID TALK ABOUT SOME OF THEM.  THEY WOULD

01:21PM 14   BE DIFFERENT BUSINESS FILINGS, DIFFERENT ESCROW STATEMENTS,

01:21PM 15   DIFFERENT --

01:21PM 16   Q.   I'M SORRY.  E-MAILS?

01:21PM 17   A.   SOME OF THE RECORDS DID INCLUDE E-MAILS, YES.

01:22PM 18   Q.   AND THE TRANSFERS OF THE MONEY THAT YOU HAVE TALKED ABOUT

01:22PM 19   PRINCIPALLY TO LIECHTENSTEIN, RIGHT, YOU WERE ABLE TO READILY

01:22PM 20   SEE ON A BANK STATEMENT THAT THAT TRANSFER HAD OCCURRED?

01:22PM 21   A.   YES, I WAS.

01:22PM 22   Q.   ALL RIGHT.  ALMOST ALL OF THE -- I THINK ALL OF THE BANK

01:22PM 23   TRANSFERS THAT YOU TESTIFIED TO, THEY WERE ONES THAT YOU WERE

01:22PM 24   READILY ABLE TO IDENTIFY RIGHT OUT OF BANK RECORDS; CORRECT?

01:22PM 25   A.   THAT IS CORRECT, YES.

01:22PM 1    Q.   SO LET ME ASK YOU A COUPLE OF OTHER QUESTIONS ABOUT

01:22PM 2    BANKING.

01:22PM 3         SOMEBODY COULD WITHDRAW ALL OF THE MONEY OUT OF AN ACCOUNT

01:22PM 4    IN CASH; CORRECT?

01:22PM 5    A.   THEY CAN, YES.

01:22PM 6    Q.   AND THAT WOULD GENERATE A REPORT TO A PLACE CALLED FINCEN,

01:22PM 7    WHICH I STILL DON'T KNOW WHAT IT STANDS FOR, BUT IT'S

01:22PM 8    FINANCIAL -- IT'S A FINANCIAL NERVE CENTER OF THE FEDERAL

01:22PM 9    GOVERNMENT THAT RECEIVES ALL OF THOSE TYPES OF INFORMATION?

01:22PM 10   A.   YES, IT'S THE FINANCIAL CRIMES ENFORCEMENT NETWORK, I

01:22PM 11   BELIEVE IT IS THE ACRONYM.

01:22PM 12   Q.   ALL RIGHT.  AND THEN THE INFORMATION SITS THERE UNTIL SOME

01:23PM 13   DAY SOMEBODY DECIDES TO DO A FEDERAL INVESTIGATION INTO ONE OF

01:23PM 14   THOSE AGENCIES, AND THEY CAN ACCESS TO THEM AND TO LOOK TO SEE

01:23PM 15   WHAT CASH TRANSACTIONS HAVE BEEN REPORTED?

01:23PM 16   A.   THAT'S CORRECT, YES.

01:23PM 17   Q.   AND A WITHDRAW OF $10,000 OR MORE GENERATES A CASH

01:23PM 18   TRANSACTION REPORT THAT GOES TO FINCEN; IS THAT CORRECT?

01:23PM 19   A.   THAT IS CORRECT, YES.

01:23PM 20   Q.   AND WHAT I WANTED TO ASK YOU ALSO IN YOUR CAREER I'M SURE

01:23PM 21   YOU'VE SEEN CASES WHERE PEOPLE TRANSFERRED MONEY AROUND WHERE

01:23PM 22   IT WASN'T READILY APPARENT FROM THEIR BANK STATEMENTS.

01:23PM 23        WOULD THAT BE CORRECT?

01:23PM 24   A.   I'M NOT SURE IF I UNDERSTAND YOUR QUESTION.  I THINK THAT

01:23PM 25   GENERALLY THE TRANSFERS ARE APPARENT ON THE BANK STATEMENT.

01:23PM 1    Q.   I WOULD SAY THE TRACING TO A SEPARATE ACCOUNT WOULD BE

01:23PM 2    MAYBE A BETTER WAY OF SAYING IT?

01:23PM 3    A.   IT MAY TAKE SOME LAYERS OF TRACE.

01:23PM 4    Q.   WHILE HERE IT WAS READILY APPARENT?

01:23PM 5    A.   IT TOOK SEVERAL LAYERS OF TRACING TO DETERMINE THE

01:23PM 6    ORIGINAL SOURCE OF IT.

01:23PM 7    Q.   OKAY.  SO, FOR EXAMPLE, SOMEBODY COULD THEORETICALLY

01:24PM 8    WITHDRAW A MILLION DOLLARS IN CASH AND DISTRIBUTE IT AMONGST

01:24PM 9    BANK ACCOUNTS THAT ARE NOT CONTROLLED BY THEM AND THEN WIRE THE

01:24PM 10   MONEY OUT OF THOSE BANK ACCOUNTS AT THE REQUEST OF

01:24PM 11   COCONSPIRATORS FOR THE MONEY TO EVENTUALLY WIND UP IN

01:24PM 12   LIECHTENSTEIN; CORRECT?

01:24PM 13   A.   THAT IS CORRECT.

01:24PM 14   Q.   AND THAT DIDN'T OCCUR HERE; RIGHT?

01:24PM 15   A.   THE TRANSFERS ARE EXACTLY WHAT I WALKED THROUGH.  THEY

01:24PM 16   WENT FROM ONE ACCOUNT TO ANOTHER ACCOUNT AND THEN TO

01:24PM 17   LIECHTENSTEIN BACK TO LIECHTENSTEIN.

01:24PM 18   Q.   IT IS ILLEGAL TO TAKE CASH OUT OF THE UNITED STATES

01:24PM 19   WITHOUT DECLARING IT TO CUSTOMS OVER A CERTAIN AMOUNT.  I

01:24PM 20   FORGET WHAT IT IS.  I THINK IT'S 40,000 OR 10,000.  YOU

01:24PM 21   PROBABLY KNOW IT BETTER THAN ME.

01:24PM 22           MR. SIMEON:  OBJECTION, YOUR HONOR.  IT CALLS FOR A

01:24PM 23   LEGAL CONCLUSION.

01:24PM 24           THE COURT:  SUSTAINED.  LACK OF FOUNDATION.

01:25PM 25   BY MR. SIMEON:

01:25PM 1    Q.   I'LL ASK IT THIS WAY.  ARE YOU FAMILIAR WITH THE LAWS THAT

01:25PM 2    CONTROL THE REMOVAL OF CASH FROM THE UNITED STATES?

01:25PM 3    A.   I AM VERY VAGUELY FAMILIAR.  I WOULD NOT BE COMFORTABLE

01:25PM 4    WITH SAYING WHAT THOSE DOLLAR AMOUNTS ARE.  I AM NOT FAMILIAR.

01:25PM 5    Q.   WITHOUT REFERRING TO THE DOLLAR AMOUNT, THERE IS A

01:25PM 6    PROHIBITION OF TAKING CASH OUT OF THE UNITED STATES WITHOUT

01:25PM 7    DECLARING IT OVER A CERTAIN AMOUNT?

01:25PM 8    A.   THAT IS MY UNDERSTANDING, YES.

01:25PM 9    Q.   NOW, WHAT I WANTED TO SHOW YOU, MS. KIKUGAWA, IF I COULD

01:25PM 10   SHOW YOU WHAT HAS BEEN MARKED AS GOVERNMENT'S EXHIBIT 58-215.

01:26PM 11   I DON'T KNOW IF THIS IS ON, YOUR HONOR.  OH, YES, IT IS.  THERE

01:26PM 12   WE GO.  ALL RIGHT.

01:26PM 13        SO THIS AMOUNT -- FIRST OF ALL, WHO CREATED THIS CHART?

01:26PM 14   A.   I CREATED THE CHART.

01:26PM 15   Q.   AND YOU HAVE A LABEL HERE THAT SAYS BANK ACCOUNTS AND IT

01:26PM 16   HAS $775,960.57; CORRECT?

01:26PM 17   A.   THAT IS CORRECT, YES.

01:26PM 18   Q.   AND WHAT YOU DID HERE IS YOU LUMPED TOGETHER ANY BANK

01:26PM 19   ACCOUNT, WHETHER IT WAS IN THE DEFENDANT GOYKO KUBUROVICH'S

01:26PM 20   NAME OR NOT AS LONG AS YOU COULD TRACE MONEY FROM HIS ACCOUNT

01:26PM 21   HAVING GONE INTO IT; IS THAT CORRECT?

01:26PM 22   A.   IT INCLUDED THE BANK ACCOUNTS FOR WHICH HE WAS A SIGNOR

01:26PM 23   AND IT ALSO INCLUDED BANK ACCOUNTS WHERE THE FUNDS WERE --

01:26PM 24   WHERE I WAS ABLE TO TRACE THE FUNDS BACK TO HIS BANK ACCOUNT TO

01:27PM 25   MR. KUBUROVICH'S BANK ACCOUNT.

01:27PM 1     Q.   SO, FOR EXAMPLE, YOU INCLUDED THE ACCOUNTS THAT WERE IN

01:27PM 2     THE NAME OF KRISTEL KUBUROVICH ON THERE; CORRECT?

01:27PM 3     A.   YES, I DID.

01:27PM 4     Q.   ALL RIGHT.  AND THEN YOU ALSO SAID YOU INCLUDED ACCOUNTS

01:27PM 5     THAT HE WAS A SIGNOR ON; CORRECT?

01:27PM 6     A.   YES.

01:27PM 7     Q.   AND WOULD THOSE BE CORPORATE ACCOUNTS?

01:27PM 8     A.   I BELIEVE THREE OF THEM WERE CORPORATE ACCOUNTS, YES.

01:27PM 9     Q.   ALL RIGHT.  AND IS IT YOUR TESTIMONY THAT WHEN SOMEBODY IS

01:27PM 10    A SIGNOR ON A CORPORATE ACCOUNT THEY HAVE ABSOLUTE CONTROL OVER

01:27PM 11    WHAT TO DO WITH THAT MONEY?

01:27PM 12    A.   NO, THAT WAS NOT MY TESTIMONY.

01:27PM 13    Q.   AND ACTUALLY, USUALLY -- WELL, NOT USUALLY.  CORPORATIONS

01:27PM 14    COULD HAVE SOMEBODY AS LOW AS A SECRETARY BE A SIGNOR ON AN

01:27PM 15    ACCOUNT.  YOU'VE HAD EXPERIENCE WITH THAT I PRESUME; CORRECT?

01:27PM 16    A.   I HAVE NOT WHERE SOMEBODY IS THE SECRETARY.  I HAVE NOT

01:27PM 17    HAD THAT EXPERIENCE.  IT IS POSSIBLE.

01:27PM 18    Q.   AND USUALLY CORPORATIONS MAKE DECISIONS AS BOARDS OR WHAT

01:27PM 19    HAVE NOT AS TO WHAT MONEY GETS TAKEN OUT; CORRECT?

01:28PM 20    A.   GENERALLY SOMEBODY IN THE CORPORATION MAKES THOSE

01:28PM 21    DETERMINATIONS, AND THEN OFTENTIMES OVER A CERTAIN LIMIT IT

01:28PM 22    WOULD TAKE DIFFERENT APPROVALS BELOW A CERTAIN LIMIT.  THE

01:28PM 23    APPROVAL MIGHT BE A DIFFERENT PROCESS, BUT YES.

01:28PM 24    Q.   AND I WANTED TO ASK YOU, I BELIEVE ONE OF THE ACCOUNTS --

01:28PM 25    AND SO JUST TO SUMMARIZE, THE $775,960 -- I'M SORRY, I'LL

01:28PM 1    RESTATE IT.  $775,960.57 IN THE GREEN COLUMN ON GOVERNMENT'S

01:28PM 2    EXHIBIT 58-216 (SIC) IS ACCUMULATION OF ACCOUNTS THAT EITHER

01:28PM 3    MR. KUBUROVICH TRANSFERRED MONEY INTO THAT ARE NOT IN HIS NAME

01:28PM 4    OR CORPORATE ACCOUNTS INCLUDING THAT AS WELL; CORRECT?

01:28PM 5    A.   THAT IS CORRECT, YES.

01:28PM 6    Q.   ALL RIGHT.  SO WE'RE TAKING A LOOK HERE AT GOVERNMENT'S

01:28PM 7    EXHIBIT 58-207.  AND I THINK ONE OF THE ACCOUNTS YOU INCLUDED

01:29PM 8    IN HERE IS NATA LP; CORRECT?

01:29PM 9    A.   THAT IS CORRECT, YES.

01:29PM 10   Q.   ALL RIGHT.  DID YOU HAPPEN TO TAKE A LOOK AT WHO IS ON THE

01:29PM 11   SIGNATURE CARD FOR THAT ACCOUNT?

01:29PM 12   A.   YES, I DID.

01:29PM 13   Q.   AND THAT'S KRISTEL KUBUROVICH; CORRECT?

01:29PM 14   A.   YES, THAT IS CORRECT.

01:29PM 15   Q.   ALL RIGHT.  NOT GOYKO KUBUROVICH?

01:29PM 16   A.   NO, HE'S NOT A SIGNOR ON THAT ACCOUNT.

01:29PM 17   Q.   NOW, HE COULD HAVE BEEN PUT ON THERE IF SOMEBODY WANT --

01:29PM 18   IF KRISTEL WANTED TO?  THAT'S YOUR EXPERIENCE; CORRECT?

01:29PM 19   A.   HE COULD HAVE BEEN ADDED AS A SIGNOR ON THE ACCOUNT, YES.

01:29PM 20   Q.   AND THE OTHER ONE I WANTED TO ASK YOU ABOUT IS RIGHT HERE

01:29PM 21   WE'VE GOT MEDILEAF, INC., AND LET'S TALK ABOUT THE FIRST

01:29PM 22   ACCOUNT WHICH IS PINNACLE BANK ENDING IN 3513.

01:29PM 23       AND I SEE TWO NAMES THAT ARE ON THE SIGNATURE CARD,

01:30PM 24   GOYKO KUBUROVICH AND BRUCE ZIEGELMAN, WOULD THAT BE CORRECT?

01:30PM 25   A.   THAT IS CORRECT, YES.

01:30PM 1    Q.   AND DO YOU KNOW WHO TOOK OUT MORE MONEY?  WHO IS IT THAT

01:30PM 2    DID THE WITHDRAWALS, WAS IT GOYKO KUBUROVICH OR WAS IT

01:30PM 3    BRUCE ZIEGELMAN?

01:30PM 4    A.   ON THAT PARTICULAR ACCOUNT I DIDN'T DO AN EXACT THING TO

01:30PM 5    SEE HOW MUCH FOR EACH ONE, BUT I SAW BOTH OF THEIR NAMES MAKING

01:30PM 6    WITHDRAWALS AND SIGNING CHECKS.

01:30PM 7    Q.   AND DO YOU KNOW WHETHER THOSE CHECKS WERE RELATED TO

01:30PM 8    BUSINESS EXPENSES FOR MEDILEAF?

01:30PM 9    A.   I DON'T KNOW WHAT THE PURPOSE OF THE CHECKS WERE.

01:30PM 10   Q.   OKAY.  WERE YOU ABLE TO LOOK AT ANY OF THE FINANCIAL

01:30PM 11   RECORDS FOR MEDILEAF?

01:30PM 12   A.   NO, I WAS NOT.

01:30PM 13   Q.   DID YOU TAKE A LOOK AT ANY OF THE CORPORATE DOCUMENT TO

01:30PM 14   SEE WHO WAS IN CHARGE WITH MEDILEAF WITH RESPECT TO WHEN MONEY

01:30PM 15   COULD AND COULD NOT BE WITHDRAWN?

01:30PM 16   A.   NO, I DID NOT.

01:30PM 17   Q.   AND THERE'S ANOTHER ACCOUNT RIGHT BELOW 3513 AND THAT

01:30PM 18   WOULD BE 1897, AND I SEE GOYKO KUBUROVICH AND NEIL FORREST AND

01:31PM 19   PATTY KUBUROVICH AS SIGNORS; RIGHT?

01:31PM 20   A.   YES.

01:31PM 21   Q.   AND THIS IS ALSO TIED INTO AN ACCOUNT THAT IS ENTITLED

01:31PM 22   MEDILEAF; IS THAT CORRECT?

01:31PM 23   A.   THAT IS CORRECT.

01:31PM 24   Q.   AND WERE YOU ABLE TO DETERMINE WHO WAS SIGNING THE CHECKS

01:31PM 25   FOR THAT ACCOUNT?

01:31PM 1    A.   YES.  ON THAT ACCOUNT THE MAJORITY OF THE CHECK OR

01:31PM 2    CERTAINLY MANY OF THE CHECKS THAT I RECALL WERE SIGNED BY

01:31PM 3    MR. KUBUROVICH.

01:31PM 4    Q.   AND THEY WEREN'T TO PAY HIMSELF FOR ANYTHING; CORRECT?

01:31PM 5    A.   IN SOME CASES THEY WERE, YES.

01:31PM 6    Q.   SUCH AS WHAT?

01:31PM 7    A.   I DON'T RECALL EXACTLY.  THERE WERE CHECKS THAT WERE

01:31PM 8    PAYABLE TO HIM.

01:31PM 9    Q.   AND YOU DON'T KNOW IF IT'S THE BUSINESS PAYING HIM BACK

01:31PM 10   FOR MONEY THAT HE HAD LOANED OR ANYTHING LIKE THAT?

01:31PM 11   A.   I DON'T KNOW THE PURPOSE OF THE DISBURSEMENTS.

01:31PM 12   Q.   THE BANK AMERICA ACCOUNT RIGHT BELOW WITH THE ENDING OF

01:31PM 13   9954, WAS THAT ALSO UNDER THE NAME OF MEDILEAF?

01:32PM 14   A.   YES, IT WAS.

01:32PM 15   Q.   AND THAT ONE INDICATED THAT GOYKO KUBUROVICH IS THE

01:32PM 16   PRESIDENT OF MEDILEAF; IS THAT CORRECT?

01:32PM 17   A.   YES, IT HAD.

01:32PM 18   Q.   AND IT ALSO HAD A COUPLE OF OTHER SIGNORS, GARY SALVADOR

01:32PM 19   AND PATRICIA KUBUROVICH; IS THAT CORRECT?

01:32PM 20   A.   YES.

01:32PM 21   Q.   AND ANY ONE OF THOSE INDIVIDUALS COULD WRITE CHECKS AND

01:32PM 22   WITHDRAW MONEY?

01:32PM 23   A.   THEY WOULD BE ALLOWED TO, YES.

01:32PM 24   Q.   THERE WERE A COUPLE OF OTHER ACCOUNTS OR CORPORATE NAMES

01:32PM 25   THAT I HAD WANTED TO ASK YOU ABOUT.  I SAW CORNERSTONE ON ONE

01:32PM 1    OF YOUR SUMMARIES.

01:32PM 2    A.   YES.

01:32PM 3    Q.   ALL RIGHT.  IS CORNERSTONE AN ACCOUNT -- DID THEY CONTAIN

01:32PM 4    AN ACCOUNT THAT MR. KUBUROVICH HAD A SIGNATURE AUTHORITY FOR?

01:32PM 5    A.   YES.

01:32PM 6    Q.   ALL RIGHT.  AND THE TOTALITY OF THE TRANSACTIONS YOU

01:32PM 7    LISTED IT ON THE SUMMARY?

01:32PM 8    A.   I BELIEVE THERE WERE TWO CORNERSTONE ACCOUNTS THAT WERE

01:32PM 9    ANALYZED AND, YES, THE TOTALITY OF THE TRANSACTIONS WERE LISTED

01:33PM 10   ON THOSE SCHEDULES.

01:33PM 11   Q.   ALL RIGHT.  WHAT ABOUT PIGGLY WIGGLY, WAS THAT ALSO AN

01:33PM 12   ACCOUNT FOR A BUSINESS THAT WAS HELD IN THE NAME OF

01:33PM 13   MR. KUBUROVICH?

01:33PM 14   A.   NO.

01:33PM 15   Q.   AND WHOSE NAME WAS PIGGLY WIGGLY HELD IN?

01:33PM 16   A.   PIGGLY WIGGLY WAS A PERSON THAT PAID PAYMENTS TO

01:33PM 17   CORNERSTONE.  SO THEY WERE NOT -- THEIR RECORDS WERE NOTHING

01:33PM 18   THAT WE LOOKED AT.  THEY WERE JUST MONTHLY CHECKS COMING IN

01:33PM 19   EACH MONTH FROM PIGGLY WIGGLY OF APPROXIMATELY $11,000.

01:33PM 20   Q.   ALL RIGHT.  AND WHAT ABOUT SSJ PROPERTIES?

01:33PM 21   A.   SSJ PROPERTIES.  EACH MONTH A CHECK FOR APPROXIMATELY

01:33PM 22   11,000 WOULD COME IN FROM PIGGLY WIGGLY, AND THEN A CHECK WOULD

01:33PM 23   GO OUT TO SSJ PROPERTIES FOR ABOUT $8,100, AND THEN THE

01:33PM 24   REMAINING 3,000 WAS SPLIT.  IT APPEARED TO BE SPLIT

01:33PM 25   APPROXIMATELY THREE WAYS.

01:33PM 1    Q.   NOW, WHAT I WANT TO ASK YOU, TOO, IS HAD YOU DONE ANY

01:34PM 2    ANALYSIS OF INCOME FLUCTUATIONS FOR MR. KUBUROVICH?  AND WHAT I

01:34PM 3    MEAN BY "FLUCTUATION," I MEAN BY LOOKING AT IT ONE YEAR AND

01:34PM 4    THEN THE NEXT YEAR AND THE YEAR AFTER THAT TO SEE IF THERE'S

01:34PM 5    ANY DIFFERENCE IN INCOME?

01:34PM 6    A.   NO, I DID NOT.

01:34PM 7    Q.   AND SO YOU WOULDN'T BE ABLE TO TELL ME, FOR EXAMPLE, IF IN

01:34PM 8    2016 MR. KUBUROVICH WAS MAKING X AMOUNT VERSUS 2009?

01:34PM 9    A.   NO, I WOULD NOT.

01:34PM 10   Q.   NEXT I WANT TO ASK YOU ABOUT EXHIBIT 59, AND THAT IS THE

01:34PM 11   CHART.  IS THIS THE CHART YOU CREATED YOURSELF, TOO?

01:35PM 12   A.   YES, IT IS.

01:35PM 13   Q.   FIRST I WANT TO ASK YOU ABOUT BELLEVUE CENTRE AND ASK YOU

01:35PM 14   IF YOU WERE ABLE TO LOOK AT ANY OF THE FINANCIAL RECORDS FOR

01:35PM 15   BELLEVUE CENTRE TO UNDERSTAND WHY THE $1,042,355 WERE PAID TO

01:35PM 16   MR. KUBUROVICH?

01:35PM 17   A.   THAT WAS SUBSEQUENT TO THE SALE OF A PIECE OF REAL

01:35PM 18   PROPERTY.

01:35PM 19   Q.   AND IT LOOKS LIKE HE GOT HIS CUT IN THAT; CORRECT?

01:35PM 20   A.   THAT IS CORRECT, YES.

01:35PM 21   Q.   AND WERE YOU ABLE TO LOOK AND DETERMINE WHEN WAS THE LAST

01:35PM 22   TIME THAT HE MADE A SALE OF THIS NATURE WITH AT LEAST A MILLION

01:35PM 23   DOLLARS?

01:35PM 24   A.   THIS PARTICULAR TRANSACTION WAS THE ONLY TRANSACTION THAT

01:35PM 25   I SAW WITH BELLEVUE.

01:35PM   1        THE NET AMOUNT WAS APPROXIMATELY A MILLION 8 AND THEN FROM

01:35PM   2   THERE 1,042,000 WAS TRANSFERRED INTO MR. KUBUROVICH'S 0505

01:35PM   3   ACCOUNT.

01:35PM   4   Q.   DID YOU EVER SEE ANY DOCUMENTS IN YOUR PERUSAL OF THE

01:35PM   5   RELEVANT DOCUMENTS IN THE BANKER'S BOX THAT WOULD INDICATE HOW

01:35PM   6   MUCH MR. KUBUROVICH WAS CLAIMING THAT HE WAS MAKING IN 2006,

01:36PM   7   FOR EXAMPLE?

01:36PM   8   A.   I DID NOT SEE ANYTHING LIKE THAT, NO.

01:36PM   9   Q.   WERE YOU ASKED TO ANALYZE HIS TAX RETURNS?

01:36PM  10   A.   NO.

01:36PM  11   Q.   NOW, I WANTED TO KEEP -- I WANT TO ASK YOU ANOTHER

01:36PM  12   QUESTION ABOUT BELLEVUE CENTRE.  WERE YOU ABLE TO LOOK AT ANY

01:36PM  13   DOCUMENTS TO INDICATE -- THAT WOULD INDICATE TO YOU WHETHER

01:36PM  14   ANYBODY IN THE KUBUROVICH FAMILY, MEANING GOYKO, HIS WIFE

01:36PM  15   TRISHIA, OR KRISTEL HAD LOANED ANY MONEY TO BELLEVUE CENTRE IN

01:36PM  16   THE YEARS PRIOR TO THIS PAYOUT OF $1,042,355?

01:36PM  17   A.   NO, I WAS NOT.

01:36PM  18   Q.   NOW, THE TRANSFER OF THE MONEY TO LIECHTENSTEIN, THAT

01:37PM  19   OCCURRED PRIOR TO MAY 15TH, 2009; CORRECT?

01:37PM  20   A.   I WOULD ACTUALLY HAVE TO LOOK AT THE EXACT DATE.  I DON'T

01:37PM  21   HAVE THAT DATE OFF THE TOP OF MY HEAD.

01:37PM  22   Q.   AND IT'S WHATEVER WAS REFLECTED ON --

01:37PM  23   A.   YES, YES.

01:37PM  24   Q.   -- ON YOUR SUMMARY?

01:37PM  25   A.   YES.

01:37PM 1    Q.   AND CONTINUING ON WITH THE LIECHTENSTEIN ACCOUNT, I

01:37PM 2    BELIEVE YOU WERE SHOWN A DOCUMENT WHICH INDICATED THAT

01:37PM 3    MR. GOYKO KUBUROVICH HAD POWER OF ATTORNEY OVER THE ACCOUNT?

01:37PM 4    A.   YES.

01:37PM 5    Q.   ALL RIGHT.  AND IN THE COURSE OF YOUR INVESTIGATION WERE

01:37PM 6    YOU ABLE TO INTERVIEW ANYBODY IN THE LIECHTENSTEIN BANK OR LOOK

01:37PM 7    AT ANY DOCUMENTS THAT WOULD GIVE ANY INDICATION AS TO THE

01:37PM 8    EXTENT OF A POWER OF ATTORNEY UNDER THE LAWS OF LIECHTENSTEIN?

01:37PM 9    A.   I WAS NOT, NO.

01:37PM 10   Q.   IS THERE ANY WAY FOR YOU TO TELL US WHETHER A POWER OF

01:38PM 11   ATTORNEY IS NECESSARY WHEN THE ACCOUNT WAS HELD BY A PERSON

01:38PM 12   UNDER THE AGE OF 25 IN THE COUNTRY OF LIECHTENSTEIN?

01:38PM 13   A.   I DON'T KNOW THAT.

01:38PM 14   Q.   AND CAN YOU TELL US WHETHER UNDER THE LAWS OF

01:38PM 15   LIECHTENSTEIN THE POWER OF ATTORNEY EXPIRES AFTER A CERTAIN

01:38PM 16   AMOUNT OF TIME?

01:38PM 17   A.   I DON'T KNOW THAT EITHER.

01:38PM 18   Q.   NOW, JUST GENERALLY SPEAKING WITH THE POWER OF ATTORNEY,

01:38PM 19   FOR EXAMPLE, LET'S GO BACK HERE TO THE UNITED STATES, THAT

01:38PM 20   DOESN'T MAKE THE PERSON THE OWNER OF THE ACCOUNT; CORRECT?

01:38PM 21   A.   THAT IS CORRECT.

01:38PM 22   Q.   THEY GENERALLY GET THE AUTHORITY TO WITHDRAW AND DEPOSIT

01:38PM 23   MONEY INTO THE ACCOUNT BUT THAT AUTHORITY IS TIED TO THE

01:38PM 24   ACCOUNT HOLDER?

01:38PM 25   A.   I'M SORRY, I'M NOT SURE I TOTALLY FOLLOWED YOUR QUESTION.

01:38PM  1    Q.   CERTAINLY.  MAYBE JUST TO PUT IT TO YOU THIS WAY, IF THE

01:38PM  2    ACCOUNT HOLDER SAYS THIS IS YOUR POWER OF ATTORNEY AND I LET

01:38PM  3    YOU TAKE OUT $100 FROM MY ACCOUNT, THAT'S THE LIMIT OF THAT

01:39PM  4    PERSON'S AUTHORITY; CORRECT?

01:39PM  5    A.   WHATEVER THE AMOUNT WAS SET UP WOULD BE.  IT WOULDN'T

01:39PM  6    NECESSARILY BE $100, BUT, YES, THAT'S MY UNDERSTANDING.

01:39PM  7    Q.   SO GENERALLY IF A PERSON IS GIVEN A POWER OF ATTORNEY AND

01:39PM  8    THEY TAKE MORE THAN THEY WERE ENTITLED TO, THAT USUALLY

01:39PM  9    PRESENTS CRIMINAL ISSUES AS TO WHETHER THE PERSON IS STEALING

01:39PM  10   THE MONEY FROM THE ACCOUNT HOLDER OR NOT?

01:39PM  11        MR. SIMEON:  OBJECTION, YOUR HONOR.  IT CALLS FOR A

01:39PM  12   LEGAL CONCLUSION.

01:39PM  13        THE COURT:  SUSTAINED.

01:39PM  14   BY MR. NICK:

01:39PM  15   Q.   IT'S THE ACCOUNT HOLDER WHO CONTROLS WHEN THE MONEY IS

01:39PM  16   TAKEN OUT BY THE PERSON WHO HOLDS THE POWER OF ATTORNEY; TRUE?

01:39PM  17   A.   I'M NOT SURE THAT I EVEN UNDERSTAND FOR SURE WHO HAS THE,

01:39PM  18   QUOTE, "CONTROL."  THE POWER OF ATTORNEY IS GIVEN BY THE HOLDER

01:39PM  19   OF THE ACCOUNT.

01:40PM  20   Q.   NOW, THE MONEY COMES BACK FROM LIECHTENSTEIN INTO THE

01:40PM  21   UNITED STATES WITHIN GENERALLY A SHORT AMOUNT OF TIME; IS THAT

01:40PM  22   CORRECT?

01:40PM  23   A.   THAT IS CORRECT, YES.

01:40PM  24   Q.   ALL RIGHT.  AND CAN YOU GIVE ME AN ESTIMATE AS TO HOW LONG

01:40PM  25   IT TOOK FOR IT TO COME BACK?

01:40PM 1    A.   AGAIN, I WOULD HAVE TO LOOK AT THE EXACT DATES BUT BY

01:40PM 2    MY -- IT IS WHAT IS REFLECTED ON THE SCHEDULES.  BY MY

01:40PM 3    RECOLLECTION IT WAS UNDER SIX MONTHS.

01:40PM 4    Q.   AND WAS THERE ANYTHING GOING ON WITH THE BANKING INDUSTRY

01:40PM 5    AT THAT TIME THAT YOU'RE AWARE OF?

01:40PM 6    A.   IN 2008 IT WAS A VERY DIFFICULT TIME FOR THE BANKING

01:40PM 7    INDUSTRY.

01:40PM 8    Q.   AND ACTUALLY I THINK THAT YOU REFERRED TO ONE OF THE

01:40PM 9    E-MAILS IN ONE OF YOUR CHARTS IF I COULD JUST SHOW YOU.

01:40PM 10   EXHIBIT 46.

01:40PM 11        THIS IS ONE OF THE E-MAILS FROM THE BANK IN LIECHTENSTEIN

01:40PM 12   THAT YOU REFERRED TO IN ONE OF YOUR CHARTS?

01:41PM 13   A.   YES.

01:41PM 14   Q.   AND HERE IT IS MR. KUBUROVICH BASICALLY TELLING THE BANK,

01:41PM 15   OR SOMEBODY AT THE BANK, THAT THEY'RE CONFIRMING THEIR RECEIPT

01:41PM 16   OF THE WIRE TRANSFER FOR FUNDS TO KRISTEL'S ACCOUNT; CORRECT?

01:41PM 17   A.   YES, THAT IS CORRECT.

01:41PM 18   Q.   NOW, WHEN THE MONEY IS RETURNED TO THE UNITED STATES --

01:41PM 19   LET'S PUT THE CHART BACK UP.  I'M SHOWING YOU AGAIN EXHIBIT 59,

01:41PM 20   59-1.

01:42PM 21        THE MONEY COMES BACK TO THE UNITED STATES, AND IT GOES TO

01:42PM 22   THE NATA LP BANK ACCOUNT IN THE U.S. AT PINNACLE BANK?

01:42PM 23   A.    IT INITIALLY WENT INTO MS. KRISTEL KUBUROVICH'S ACCOUNT IN

01:42PM 24   THE UNITED STATES, AND THEN FROM THERE IT WENT INTO THE NATA LP

01:42PM 25   BANK ACCOUNT IN THE UNITED STATES.

01:42PM 1    Q.   AND THEN FROM NATA IT GOES TO THE TITLE COMPANY TO

01:42PM 2    PURCHASE EAGLE RIDGE; CORRECT?

01:42PM 3    A.   YES, THAT'S CORRECT.

01:42PM 4    Q.   AND EAGLE RIDGE IS A PROPERTY THAT IS OWNED BY NATA LP;

01:42PM 5    CORRECT?

01:42PM 6    A.   AT THAT POINT IN TIME IT WAS PURCHASED BY NATA LP, YES.

01:42PM 7    Q.   NOW, WERE YOU ABLE TO FIND ANY DOCUMENTS ANYWHERE IN THE

01:42PM 8    BOXES THAT YOU LOOKED AT THAT WOULD INDICATE WHETHER AT ANY

01:42PM 9    TIME DURING THE BANKRUPTCY PROCEEDINGS FROM 2010 TO 2015

01:43PM 10   MR. KUBUROVICH WAS PAYING RENT TO HIS DAUGHTER FOR LIVING AT

01:43PM 11   EAGLE RIDGE?

01:43PM 12   A.   I SAW PAYMENTS FROM MR. KUBUROVICH TO KRISTEL KUBUROVICH.

01:43PM 13   I WOULD NOT KNOW IF THOSE WERE FOR RENT.  I DID NOT DETERMINE

01:43PM 14   THE PURPOSE OF THOSE CHECKS.

01:43PM 15   Q.   DID THEY SEEM TO BE CONSISTENT, THE SAME AMOUNT EVERY

01:43PM 16   MONTH, OR DID THEY FLUCTUATE?

01:43PM 17   A.   I DON'T RECALL SEEING CONSISTENT CHECKS.  THEY MIGHT HAVE

01:43PM 18   BEEN, BUT I DON'T -- THAT WAS NOT SOMETHING THAT I WAS REALLY

01:43PM 19   LOOKING AT.

01:43PM 20   Q.   ALL RIGHT.  AND WHAT ABOUT WHO PAID FOR THE PROPERTY TAXES

01:43PM 21   OF THAT PROPERTY?

01:43PM 22   A.   I BELIEVE THAT WE DID LOOK AT ONE TRANSACTION THAT IT WAS

01:43PM 23   EITHER PAID -- ONE OF THE PROPERTY TAX PAYMENTS I BELIEVE DID

01:43PM 24   COME OUT OF NATA LP.  I KNOW IT WAS ONE OF THE TRANSACTIONS

01:43PM 25   THAT WE LOOKED AT EARLIER, AND I DON'T RECALL SPECIFICALLY, BUT

01:43PM 1    I DO BELIEVE THAT THEY CAME OUT OF NATA LP.

01:43PM 2    Q.   AND SO IN NONE OF YOUR INVESTIGATION DID YOU FIND THAT,

01:43PM 3    FOR EXAMPLE, THE PROPERTY TAXES AT EAGLE RIDGE WERE PAID BY

01:44PM 4    CASH AT THE COUNTY CLERK'S OFFICE?

01:44PM 5    A.   I DID NOT SEE THAT.

01:44PM 6    Q.   ALL RIGHT.  AND YOU DIDN'T FIND THAT IT WAS PAID BY A

01:44PM 7    CHECK DRAWN DIRECTLY OUT OF MR. KUBUROVICH'S ACCOUNT; CORRECT?

01:44PM 8    A.   I DID NOT, NO.

01:44PM 9    Q.   SHOWING YOU -- WE LOOKED AT THIS EXHIBIT OR YOU DID BEFORE

01:44PM 10   ON DIRECT, AND I JUST WANT TO GO OVER A COUPLE OF QUESTIONS

01:44PM 11   WITH YOU.  UNITED STATES GOVERNMENT'S EXHIBIT 52-1.  LET'S SEE.

01:44PM 12       ALL RIGHT.  DO YOU KNOW WHO MR. SHAWN PARR IS?

01:44PM 13   A.   I HAVE AN UNDERSTANDING OF WHO MR. PARR IS.  HE WAS NOT

01:45PM 14   PART OF THE INVESTIGATION.

01:45PM 15   Q.   ALL RIGHT.  HE'S THE ATTORNEY THAT SET UP NATA; CORRECT?

01:45PM 16   A.   I BELIEVE THAT'S CORRECT, YES.

01:45PM 17   Q.   ALL RIGHT.  AND DO YOU KNOW WHAT DESTRO, LLC IS?

01:45PM 18   A.   JUST OTHER THAN THE FACT THAT IT'S AN LLC.

01:45PM 19   Q.   ALL RIGHT.  AND DO YOU KNOW IF MR. PARR ALSO SET UP THAT

01:45PM 20   LLC?

01:45PM 21   A.   I SEEM TO RECALL THAT HE DID.

01:45PM 22       MR. NICK:  I DON'T KNOW HOW I DID THAT, YOUR HONOR.

01:45PM 23   I THOUGHT I COULD MOVE.  SO IF THERE'S SOME WAY TO GET RID OF

01:45PM 24   THAT?

01:45PM 25       MS. GILG:  MOVE IT ON THE ELMO.

01:45PM 1          MR. NICK:  PERHAPS IF I TAKE THAT OFF.  WE'LL HAVE

01:45PM 2   TO DEAL WITH THE RED MARK.  THANK YOU.

01:46PM 3          MR. SCHENK:  I THINK IT'S THIS ONE.

01:46PM 4          MR. NICK:  IS IT CLEAR?  THANK YOU.

01:46PM 5   Q.   NOW, THIS DOCUMENT APPEARS TO BE SIGNED BY

01:46PM 6   GOYKO KUBUROVICH IN NOVEMBER 21ST, 2008, OR AT LEAST BY THE

01:46PM 7   DATE THAT APPEARS ON EXHIBIT 52-1.  WOULD THAT BE CORRECT?

01:46PM 8   A.   YES.

01:46PM 9   Q.   ALL RIGHT.  DO YOU KNOW -- AND PARDON ME.  ONE OTHER

01:46PM 10  QUESTION THAT I HAD.

01:46PM 11         HE LISTS HIMSELF AS A MANAGING MANAGER OF DESTRO, LLC;

01:46PM 12  CORRECT?

01:46PM 13  A.   YES, HE DOES.

01:46PM 14  Q.   ALL RIGHT.  BUT HE DOESN'T LIST HIMSELF AS ANY KIND OF A

01:46PM 15  MANAGING MEMBER FOR NATA; CORRECT?

01:46PM 16  A.   I DON'T RECALL IF -- I DON'T RECALL IF HE DID.

01:46PM 17  Q.   AND ARE YOU FAMILIAR WITH THE INCORPORATION PROCESS TO THE

01:47PM 18  EXTENT THAT YOU CAN TELL ME WHETHER AFTER SOMEBODY SIGNS A

01:47PM 19  DOCUMENT TO ASSIST IN THE INCORPORATION, OTHER DOCUMENTS

01:47PM 20  CREATED BY THE BOARD OF THAT CORPORATION PUT OTHER PEOPLE IN

01:47PM 21  CHARGE OF THE COMPANY?

01:47PM 22  A.   WELL, THIS IS A LITTLE -- IT'S AN LLC, NOT A CORPORATION

01:47PM 23  SO I THINK THERE ARE DIFFERENT -- AND AGAIN, I'M CERTAINLY NOT

01:47PM 24  THE LEGAL MIND IN THIS, BUT I BELIEVE IT IS DIFFERENT ON THE

01:47PM 25  LLC THAN A CORPORATION.

01:47PM 1  Q. ALL RIGHT. THERE'S A DOCUMENT CALLED AN OPERATING

01:47PM 2  AGREEMENT THAT CONTROLS A LIMITED LIABILITY COMPANY. ARE YOU

01:47PM 3  FAMILIAR WITH THAT?

01:47PM 4  A. YES, I AM.

01:47PM 5  Q. AND THAT IS THE REAL DOCUMENT THAT TELLS YOU WHO GETS

01:47PM 6  CONTROL OF THE COMPANY AND WHO GETS TO DO WHAT?

01:47PM 7  A. THAT IS CORRECT, YES.

01:47PM 8  Q. AND DID YOU TAKE A LOOK AT THE PARTNERSHIP AGREEMENT OR

01:47PM 9  OPERATING AGREEMENT FOR NATA OR DESTRO?

01:47PM 10  A. I DID NOT.

01:47PM 11  Q. SHOWING YOU GOVERNMENT'S EXHIBIT 56-2. THIS APPEARS TO

01:48PM 12  BE -- AND BY THE WAY, JUST SO THAT WE CAN GET A FIX ON WHAT

01:48PM 13  THESE DOCUMENTS ARE, THIS IS WHAT YOU FILE WITH THE CALIFORNIA

01:48PM 14  STATE SECRETARY OF STATE WHEN YOU FIRST FORM THE COMPANY.

01:48PM 15  WOULD THAT BE AN ACCURATE STATEMENT?

01:48PM 16  A. IT'S WHEN IT'S FIRST FORMED WHEN THERE ARE SIGNIFICANT

01:48PM 17  CHANGES TO IT, IT CAN BE FILED AT DIFFERENT TIMES.

01:48PM 18  I BELIEVE THIS PARTICULAR ONE WAS PROBABLY THE INITIAL

01:48PM 19  FILING.

01:48PM 20  Q. AND THIS IS FOR BELLEVUE CENTRE, LIMITED LIABILITY

01:48PM 21  COMPANY; RIGHT?

01:48PM 22  A. YES.

01:48PM 23  Q. AND IT LISTS MANAGERS AND THERE APPEAR TO BE TWO OTHER

01:49PM 24  ONES OTHER THAN GOYKO KUBUROVICH, BRUCE ZIEGELMAN, AND

01:49PM 25  GARRETT SHINGU. WOULD THAT BE CORRECT?

01:49PM 1    A.   YES.

01:49PM 2    Q.   AND DO YOU KNOW WHICH OF THE THREE HAD CONTROL OVER THE

01:49PM 3    BANK ACCOUNTS?

01:49PM 4    A.   THE -- REALLY THE ONLY TRANSACTION I SAW OF BELLEVUE

01:49PM 5    CENTRE WAS INITIATED AND DONE BY MR. KUBUROVICH.

01:49PM 6    Q.   THE CHECK TO HIMSELF FOR A MILLION DOLLARS?

01:49PM 7    A.   IT WAS ACTUALLY A TRANSFER.  IT WAS A WITHDRAW FROM

01:49PM 8    BELLEVUE CENTRE LLC'S ACCOUNT AND THEN A SUBSEQUENT DEPOSIT

01:49PM 9    INTO HIS PERSONAL ACCOUNT.

01:49PM 10   Q.   ALL RIGHT.  AND THIS COMPANY IS FOR THE PURPOSES OF

01:49PM 11   PROPERTY DEVELOPMENT; CORRECT?

01:49PM 12   A.   THAT'S WHAT IT INDICATES, YES.

01:50PM 13   Q.   SHOWING YOU GOVERNMENT'S EXHIBIT 56-1, AND THIS IS ANOTHER

01:50PM 14   FILING FOR A LIMITED LIABILITY COMPANY ARTICLES OF ORGANIZATION

01:50PM 15   FOR BELLEVUE CENTRE, LLC.  WOULD THAT BE CORRECT?

01:50PM 16   A.   THAT'S CORRECT, YES.

01:50PM 17   Q.   NOW, THIS ONE HAD ONE OTHER PERSON AT THE BOTTOM IT SAYS

01:50PM 18   RETURN TO CAROLINE MATSCHE, LAKEFRONT ENTERPRISES.  WERE YOU

01:50PM 19   ABLE TO DETERMINE WHO THAT PERSON WAS?

01:50PM 20   A.   NO, I WAS NOT.

01:51PM 21        MR. NICK:  ONE MOMENT, YOUR HONOR.

01:51PM 22      (PAUSE IN PROCEEDINGS.)

01:51PM 23   BY MR. NICK:

01:51PM 24   Q.   LET'S SEE, I WANT TO DO THIS A LITTLE MORE EFFICIENTLY.

01:51PM 25   MS. KIKUGAWA, WOULD YOU BE ABLE TO TELL ME WHICH EXHIBIT IT WAS

01:51PM 1    THAT INDICATED SHOWS THE DATE THAT THE MONEY WAS TRANSFERRED TO

01:51PM 2    LIECHTENSTEIN?

01:51PM 3    A.   CAN I LOOK IN THE BINDER?

01:51PM 4    Q.   YES, YOU MAY.  IF IT REFRESHES YOUR TESTIMONY, YOU MAY

01:51PM 5    LOOK AT IT.

01:52PM 6         I BELIEVE IT'S 58-1, BUT I COULD BE WRONG.

01:52PM 7    A.   THERE IS ACTUALLY MORE THAN ONE DOCUMENT THAT REFLECTS THE

01:52PM 8    DATE, BUT THE ONE I'M LOOKING AT IS 59-2.

01:52PM 9    Q.   OKAY.  AND WHAT WAS THAT DATE?

01:52PM 10   A.   THE DATE WAS JANUARY 26TH, 2009.

01:52PM 11   Q.   IT MAY SEEM LIKE A SILLY QUESTION, BUT THAT'S OBVIOUSLY

01:52PM 12   BEFORE MAY 15TH, 2009; CORRECT?

01:52PM 13   A.   YES, IT IS.

01:52PM 14   Q.   ALL RIGHT.  THANK YOU VERY MUCH FOR YOUR TESTIMONY.

01:52PM 15        I HAVE NOTHING FURTHER.

01:52PM 16        THE COURT:  MS. GILG.

01:52PM 17        MR. NICK:  THANK YOU.

01:52PM 18                         **CROSS-EXAMINATION**

01:52PM 19   BY MS. GILG:

01:53PM 20   Q.   GOOD AFTERNOON, MS. KIKUGAWA.  KIKUGAWA; CORRECT?

01:53PM 21   A.   KIKUGAWA.

01:53PM 22   Q.   MS. KIKUGAWA.  YOU WERE ENGAGED TO PERFORM A SPECIFIC TASK

01:54PM 23   AND THAT WAS TO DETERMINE WHERE THE FUNDS TO PURCHASE

01:54PM 24   EAGLE RIDGE CAME FROM, IS THAT FAIR TO SAY?

01:54PM 25   A.   THAT WAS ONE OF THE TASKS, YES.

01:54PM 1    Q.   AND SO YOU WERE PROVIDED WITH -- WELL, LET ME ASK YOU

01:54PM 2    THIS.  WHEN YOU WERE GIVEN THAT TASK, WERE YOU PROVIDED WITH

01:54PM 3    THE SUMMER 2008 BANK RECORDS THAT SHOWED THE BELLEVUE PAYMENT

01:54PM 4    OF OVER A MILLION DOLLARS?

01:54PM 5    A.   THOSE RECORDS CAME BY SUBPOENA SO THAT WAS SOME OF THE

01:54PM 6    RECORDS THAT WE WOULD HAVE RECEIVED VIA THE SUBPOENA.

01:54PM 7    Q.   AND SO IN THE SUBPOENA OR IN THE REQUEST FOR RECORDS WAS

01:54PM 8    THERE A DEFINED TIME PERIOD THAT WAS PROVIDED FOR YOU TO LOOK

01:54PM 9    AT?  IN OTHER WORDS, WHEN YOU WERE TOLD WHAT TO LOOK AT, WERE

01:54PM 10   YOU TOLD START WITH 2008 AND MOVE FORWARD?

01:54PM 11   A.   WE GENERALLY SUBPOENAED THE RECORDS AND IN MANY CASES AND,

01:55PM 12   WOULD SAY IN MOST CASES, WE GO BACK AS FAR AS THE BANK WOULD

01:55PM 13   HAVE RECORDS AT THAT POINT IN TIME.

01:55PM 14       SO IT USUALLY WOULD SAY FROM THIS DATE UNTIL PRESENT, AND

01:55PM 15   SO UNTIL MY RECOLLECTION THAT WOULD HAVE BEEN THE SAME THING

01:55PM 16   HERE.  I BELIEVE IT PROBABLY SAID FROM JANUARY 1ST, 2008, TO

01:55PM 17   THE PRESENT.

01:55PM 18   Q.   AND WOULD IT BE FAIR TO SAY THAT BY THE TIME YOU RECEIVED

01:55PM 19   THOSE RECORDS THAT IT WAS CONVEYED TO YOU THAT MR. KUBUROVICH

01:55PM 20   HAD GIVEN HIS DAUGHTER MONEY SOME TIME IN 2008?

01:55PM 21   A.   I'M SORRY.  CAN YOU --

01:55PM 22   Q.   WAS IT CONVEYED TO YOU THAT MR. KUBUROVICH HAD GIVEN HIS

01:55PM 23   DAUGHTER MONEY SOME TIME IN 2008?  DID YOU HAVE THAT IN MIND

01:55PM 24   WHEN YOU RECEIVED THESE DOCUMENTS?

01:55PM 25   A.   I DID NOT, NO.  IT CAME FROM REVIEWING THE BANK RECORDS.

01:55PM 1    Q.   OKAY.  NOW, I THINK YOU DID SAY THAT YOU UNDERSTOOD THAT

01:56PM 2    THE SALE OF THE PROPERTY WAS FOR MORE THAN THE MILLION DOLLARS

01:56PM 3    THAT WENT ULTIMATELY TO MR. KUBUROVICH'S ACCOUNT; CORRECT?

01:56PM 4    A.   THAT IS CORRECT, YES.

01:56PM 5    Q.   AND DO YOU RECALL THAT BEING CALLED THE ATWATER PROPERTY?

01:56PM 6    IS THAT YOUR RECOLLECTION?

01:56PM 7    A.   YES.

01:56PM 8    Q.   AND DO YOU RECALL THAT IT WAS SOLD FOR $3,151,000-PLUS

01:56PM 9    CHANGE?

01:56PM 10   A.   I RECALL -- I DON'T RECALL THE EXACT SALES PRICE.  I DID

01:56PM 11   LOOK AT THE ESCROW STATEMENT.  THERE WERE DISBURSEMENTS FROM

01:56PM 12   THAT, AND THE NET AMOUNT WAS SIGNIFICANTLY LESS THAN 3 MILLION.

01:56PM 13   I DON'T RECALL THE EXACT AMOUNT, BUT IT WAS -- I WANT TO SAY IT

01:56PM 14   WAS LIKE 2 MILLION.  SOMETHING AROUND 2 MILLION.

01:56PM 15   Q.   AND THERE WERE OTHER DISBURSEMENTS?

01:56PM 16   A.   YES, THERE WERE.

01:56PM 17   Q.   AND THAT MONEY DID NOT GO FROM -- WELL, LET ME ASK YOU

01:57PM 18   THIS, WAS IT HELD IN A TITLE COMPANY AT FIRST BEFORE IT WENT

01:57PM 19   INTO THE BELLEVUE ACCOUNT?

01:57PM 20   A.   I DON'T RECALL.

01:57PM 21   Q.   WOULD IT BE STANDARD PRACTICE FOR IT TO -- IF THERE'S A

01:57PM 22   SELL OF PROPERTY TO GO INTO A TITLE?

01:57PM 23   A.   YES.

01:57PM 24   Q.   AND SO WHEN THE MONEY WAS RELEASED FROM THE TITLE COMPANY,

01:57PM 25   IT WENT INTO AN ACCOUNT POSSESSED BY MR. KUBUROVICH AND HIS

01:57PM 1    WIFE; CORRECT?

01:57PM 2    A.   THERE WAS SOME RELEASE OF FUNDS PRIOR TO THE FINAL CLOSE.

01:57PM 3    SOME OF THOSE MONIES DID GO TO, AND I DON'T RECALL IF THEY GAVE

01:57PM 4    THE ACCOUNT, BUT IT JUST SAID DEPOSIT RELEASED TO

01:57PM 5    MR. KUBUROVICH.  I BELIEVE THERE MIGHT HAVE BEEN ONE OR TWO OF

01:57PM 6    THOSE, AND THEN WHEN THE PROPERTY WAS SOLD, I DON'T KNOW

01:57PM 7    EXACTLY WHICH ACCOUNT THOSE FUNDS WENT INTO.

01:57PM 8    Q.   BUT IT DIDN'T GO INTO AN ACCOUNT FOR KRISTEL KUBUROVICH;

01:57PM 9    CORRECT?

01:57PM 10   A.   NO, IT DID NOT.

01:57PM 11   Q.   AND IT DID NOT GO INTO AN ACCOUNT FOR NATA; CORRECT?

01:57PM 12   A.   THAT IS CORRECT, YES.

01:58PM 13   Q.   IT DID NOT GO INTO AN ACCOUNT FOR DESTRO; CORRECT?

01:58PM 14   A.   THAT IS CORRECT.

01:58PM 15   Q.   AND SO AFTER IT WENT INTO MR. KUBUROVICH'S ACCOUNT IN

01:58PM 16   DECEMBER OF 2008, KRISTEL KUBUROVICH OPENED ACCOUNTS IN

01:58PM 17   PINNACLE BANK AND IN THE U.S. BANK; CORRECT?

01:58PM 18   A.   UNITED SECURITY BANK, YES.

01:58PM 19   Q.   YEAH, UNITED SECURITY.  SORRY.

01:58PM 20       AND WHEN THAT -- THAT WAS THE NEXT TRANSFER -- WELL, NO,

01:58PM 21   TRANSFER TO SMITH BARNEY; CORRECT?

01:58PM 22   A.   I DON'T RECALL.  IT WENT TO -- I BELIEVE IT WENT TO

01:58PM 23   MERRILL LYNCH, SMITH BARNEY, BACK TO MR. KUBUROVICH, AND THEN

01:58PM 24   TO KRISTEL KUBUROVICH.  IT'S WHAT IS INDICATED IN THE

01:58PM 25   SCHEDULES.

01:58PM 1    Q.   RIGHT, I UNDERSTAND.  SO IT WENT FROM MERRILL LYNCH TO

01:58PM 2    SMITH BARNEY IN AN ACCOUNT WITH MR. KUBUROVICH AND HIS WIFE'S

01:58PM 3    NAME; CORRECT?

01:58PM 4    A.   YES.

01:58PM 5    Q.   AND THEN AFTER SMITH BARNEY IT WENT TO UNITED -- OR USB IN

01:58PM 6    AN ACCOUNT IN MR. KUBUROVICH'S NAME; CORRECT?

01:58PM 7    A.   YES, THAT IS CORRECT.

01:58PM 8    Q.   AND IT WAS THE 0505 ACCOUNT, THE SAME ACCOUNT THAT IT HAD

01:59PM 9    ORIGINALLY BEEN DEPOSITED IN BEFORE IT WENT TO MERRILL LYNCH;

01:59PM 10   CORRECT?

01:59PM 11   A.   THAT IS CORRECT, YES.

01:59PM 12   Q.   NOW, DO YOU RECALL -- I KNOW YOU SAID IT WAS A VERY

01:59PM 13   DIFFICULT TIME FOR BANKING INSTITUTIONS IN 2008.  DO YOU RECALL

01:59PM 14   SOME TALK ABOUT MERRILL LYNCH BEING TAKEN OVER BY BANK OF

01:59PM 15   AMERICA DURING THAT TIME?

01:59PM 16   A.   I DO NOT RECALL, NO.

01:59PM 17   Q.   SO THE MONEY THAT CAME FROM THIS SALE OF PROPERTY ENDED UP

01:59PM 18   BACK IN THE ORIGINAL ACCOUNT THAT IT HAD STARTED FROM, THE USB

01:59PM 19   0505?

01:59PM 20   A.   THAT'S CORRECT, YES.

01:59PM 21   Q.   AND IN NOVEMBER OF 2008 THESE DIFFERENT ENTITIES, NATA AND

01:59PM 22   DESTRO, IS THAT WHEN THEY WERE CREATED?

01:59PM 23   A.   I DON'T RECALL WHEN DESTRO WAS CREATED.  I BELIEVE IT WAS

01:59PM 24   CREATED PRIOR TO THAT, BUT I DON'T RECALL.  BUT NATA LP WAS

01:59PM 25   CREATED ABOUT THAT TIME.

02:00PM 1    Q.   WELL, WOULD IT BE FAIR TO SAY THAT BOTH NATA AND DESTRO

02:00PM 2    WERE CREATED PRIOR TO THE TRANSFER OF THE FUNDS INTO KRISTEL'S

02:00PM 3    ACCOUNT; CORRECT?

02:00PM 4    A.   AGAIN, I'D HAVE TO LOOK AT THE EXACT TIMELINE ON THAT

02:00PM 5    BECAUSE IT WAS VERY CLOSE TO THE SAME TIME, BUT I DON'T KNOW IF

02:00PM 6    NATA WAS CREATED PRIOR TO THOSE TRANSFERS, IF IT WAS AFTER.  IT

02:00PM 7    WAS IN A VERY CLOSE PROXIMITY TO THE TIME.

02:00PM 8    Q.   AND THE FUNDS THAT WERE NOW IN THE -- WE'RE TALKING ABOUT

02:00PM 9    THE FULL $750,000 THAT WENT INTO THE USB ACCOUNT FOR THE SECOND

02:00PM 10   TIME?

02:00PM 11   A.   YES.

02:00PM 12   Q.   OKAY.  AND THE MONEY THEN WAS TRANSFERRED TO A PERSONAL

02:00PM 13   ACCOUNT OF THEIR DAUGHTER, KRISTEL KUBUROVICH; CORRECT?

02:00PM 14   A.   THAT IS CORRECT, YES.

02:00PM 15   Q.   AND, IN FACT, WHEN ONE OF THE ACCOUNTS WAS OPENED,

02:01PM 16   SOMEBODY WROTE ON THE DEPOSIT SLIP FOR MY DAUGHTER'S ACCOUNT;

02:01PM 17   CORRECT?

02:01PM 18   A.   THAT'S CORRECT, YES.

02:01PM 19   Q.   NOW, IT DID NOT GO INTO AN ACCOUNT FOR NATA; CORRECT?

02:01PM 20   A.   NO.

02:01PM 21   Q.   AND IT DID NOT GO INTO AN ACCOUNT FOR DESTRO; CORRECT?

02:01PM 22   A.   IT DID NOT.

02:01PM 23   Q.   AND SPEAKING OF THE DESTRO FILING, THE STATEMENT OF

02:01PM 24   INFORMATION -- OKAY.  I'M GOING TO GET INTO THAT IN A MINUTE.

02:02PM 25        BUT WOULD IT BE FAIR TO SAY THAT THE DESTRO BANK

02:02PM  1    ACCOUNT -- THERE WAS A DESTRO BANK ACCOUNT, AND IT HAD ABOUT

02:02PM  2    $100 IN IT AT THE TIME; CORRECT?

02:02PM  3    A.   I DON'T KNOW THAT.  I DIDN'T SEE THE DESTRO BANK ACCOUNT.

02:02PM  4    Q.   YOU TALKED ABOUT THE DESTRO BANK ACCOUNT BECAUSE THAT WAS

02:02PM  5    THE ONE THAT YOU BELIEVED THAT THE FUNDS WERE TRANSFERRED TO

02:02PM  6    NATA'S ACCOUNT PER BATZI?

02:02PM  7    A.   THAT'S CORRECT, THAT WAS PART OF THE 0505 ACCOUNT.  AND

02:02PM  8    THE DEPOSIT SLIP THAT THE MONEY GOT DEPOSITED INTO THE 0505

02:02PM  9    ACCOUNT ALSO INCLUDED A WITHDRAW SLIP FROM A BELLEVUE CENTRE

02:02PM 10    ACCOUNT, AND THAT WAS A MILLION 8.  SO THAT WAS WITHDRAWN BY

02:02PM 11    MR. KUBUROVICH, AND THEN THE DEPOSIT WAS MADE INTO THE 0505

02:02PM 12    ACCOUNT.

02:02PM 13         OTHER THAN THAT, THAT'S THE ONLY RECORDS THAT I SAW FROM

02:02PM 14    BELLEVUE CENTRE.

02:02PM 15    Q.   I'M SORRY, LET ME -- COULD I JUST --

02:03PM 16              THE COURT:  OF COURSE.

02:04PM 17         (PAUSE IN PROCEEDINGS.)

02:04PM 18    BY MS. GILG:

02:04PM 19    Q.   I BELIEVE THAT -- I COULD BE MISTAKEN, BUT I BELIEVE

02:04PM 20    DURING DIRECT EXAMINATION YOU WERE ASKED ABOUT EXHIBIT 38.  CAN

02:04PM 21    YOU SEE THAT?

02:04PM 22    A.   YES, I SEE THAT.

02:04PM 23    Q.   AND THAT WOULD BE THE DOCUMENT WHICH OPENS OR STARTS AN

02:04PM 24    ACCOUNT AND THEN CLOSES AN ACCOUNT; CORRECT?

02:04PM 25    A.   I BELIEVE THIS IS THE CLOSING OF THE ACCOUNT.  IT SAYS

02:04PM 1    ACCOUNT CLOSED, AND THEN IT SAYS TRANSFER FUNDS TO THE

02:04PM 2    202001277 PER BATZI.

02:04PM 3    Q.   SO WHAT ACCOUNT WAS THIS THAT WAS CLOSED?  IS THIS A

02:04PM 4    NATA/DESTRO ACCOUNT?

02:04PM 5    A.   THIS IS A DESTRO ACCOUNT THAT IS CLOSED, YES.

02:04PM 6    Q.   OKAY.  AND IS IT TRUE THAT THE DESTRO ACCOUNT HAD

02:04PM 7    APPROXIMATELY $100 IN IT DURING THE ENTIRE TIME?

02:05PM 8    A.   I DON'T KNOW.  I DID NOT LOOK AT THE DESTRO BANK RECORDS.

02:05PM 9    Q.   YOU DID NOT LOOK AT THESE BANK RECORDS?

02:05PM 10   A.   I DID NOT LOOK AT THE DESTRO BANK RECORDS, NO.

02:05PM 11   Q.   ISN'T DESTRO THE CORPORATION THAT ACCORDING TO THE

02:05PM 12   SECRETARY OF STATE FILINGS MR. KUBUROVICH WAS A MEMBER?

02:05PM 13   A.   DESTRO WAS -- THEIR NAME CAME UP, I BELIEVE, IN SIGNING OF

02:05PM 14   ONE OF THE LLC'S, AND HE SIGNED AS GOYKO KUBUROVICH MANAGING

02:05PM 15   MEMBER OF DESTRO.

02:05PM 16   Q.   RIGHT.

02:05PM 17   A.   BUT DESTRO DID NOT -- WAS NOT -- NONE OF THE FUNDS WENT TO

02:05PM 18   OR FROM THE DESTRO ACCOUNT SO IT WAS NOT ONE OF THE ACCOUNTS

02:05PM 19   THAT WAS EXAMINED AT ALL.

02:05PM 20   Q.   OKAY.  SO AFTER THE FUNDS WENT INTO KRISTEL KUBUROVICH'S

02:06PM 21   ACCOUNT, THEY WERE THEN TRANSFERRED TO LIECHTENSTEIN; CORRECT?

02:06PM 22   A.   THAT IS CORRECT, YES.

02:06PM 23   Q.   AND THAT WOULD HAVE BEEN IN JANUARY, APPROXIMATELY A MONTH

02:06PM 24   AFTER THE TRANSFERS, THE VARIOUS TRANSFERS, IS THAT FAIR TO

02:06PM 25   SAY?

02:06PM 1     A.   THAT IS CORRECT, YES.

02:06PM 2     Q.   AND NOW, DURING THAT TIME PERIOD DO YOU RECALL WHAT THE

02:06PM 3     AMOUNT OF MONEY WAS THAT WAS ENSURED BY THE F.D.I.C. WAS PER

02:06PM 4     ACCOUNT?  WASN'T IT $250,000 PER ACCOUNT WAS ENSURED BY THE

02:06PM 5     F.D.I.C.?

02:06PM 6     A.   I DON'T RECALL WHAT THE AMOUNT WAS.

02:06PM 7     Q.   BUT YOU WOULD AGREE THAT AT THAT TIME AND EVEN NOW THERE'S

02:06PM 8     A CERTAIN LIMIT OF WHAT AN ACCOUNT CAN HOLD AND BE ENSURED BY

02:06PM 9     THE F.D.I.C.; CORRECT?

02:06PM 10    A.   THAT IS CORRECT, YES.

02:06PM 11    Q.   AND THE $500,000 THAT WENT INTO LIECHTENSTEIN, YOU SAID IT

02:07PM 12    WENT INTO A PRIVATE ACCOUNT IN LIECHTENSTEIN; CORRECT?

02:07PM 13    A.   THE BANK IS CALLED A PRIVATE BANK, AND I HAVE TROUBLE

02:07PM 14    PRONOUNCING THE EXACT NAME OF THE BANK SO I JUST REFER TO IT AS

02:07PM 15    A PRIVATE BANK.

02:07PM 16    Q.   BUT IT HAS NOTHING SPECIAL.  I MEAN, THE NAME

02:07PM 17    KRISTEL KUBUROVICH WAS ON THE STATEMENT; CORRECT?

02:07PM 18    A.   THAT'S CORRECT.

02:07PM 19    Q.   IT'S NOT LIKE A SECRET BANK IN LIECHTENSTEIN?

02:07PM 20    A.   NO, NO.

02:07PM 21    Q.   AND, IN FACT, JUST IN CASE YOU MISS THE TRANSFER,

02:07PM 22    MR. KUBUROVICH HAD E-MAILS THAT WERE CONTAINED IN THE BANK

02:07PM 23    RECORD SAYING DID YOU GET THE TRANSFER, BOTH WHEN IT WENT AND

02:07PM 24    WHEN IT CAME BACK; CORRECT?

02:07PM 25    A.   YES.

02:07PM 1    Q.   AND IT HAD HIS NAME ON IT AND DID YOU GET MY DAUGHTER'S

02:07PM 2    MONEY; RIGHT?

02:07PM 3    A.   YES.

02:07PM 4    Q.   NOW, WAS IT YOUR UNDERSTANDING THAT THE FATHER AND

02:07PM 5    DAUGHTER TRAVELLED TO LIECHTENSTEIN TO OPEN THIS ACCOUNT?

02:07PM 6    A.   I DID SEE CREDIT CARD CHARGES THAT HAD TICKETS FOR EACH OF

02:07PM 7    THEM TO LIECHTENSTEIN, YES.

02:08PM 8    Q.   BUT YOU ALSO SAW THAT THEY DIDN'T ACTUALLY TAKE THE MONEY

02:08PM 9    WITH THEM WHEN THEY WENT TO LIECHTENSTEIN; CORRECT?

02:08PM 10   A.   TO MY KNOWLEDGE THEY DID NOT.

02:08PM 11   Q.   BECAUSE THEY WIRED IT; CORRECT?

02:08PM 12   A.   YES.

02:08PM 13   Q.   MAKING A TRAIL; CORRECT?

02:08PM 14   A.   YES.

02:08PM 15   Q.   NOW, WITH REGARD TO THE EXHIBITS 52-1.  I'M JUST GOING TO

02:08PM 16   PUT ONE EXAMPLE UP, THE SECRETARY OF STATE FILINGS.  ALL RIGHT.

02:08PM 17   THIS ONE, CORRECT, THE 52-1?

02:09PM 18   A.   YES.

02:09PM 19   Q.   AND ALSO 56.  THOSE DOCUMENTS ARE A PUBLIC RECORD;

02:09PM 20   CORRECT?

02:09PM 21   A.   THAT'S CORRECT, YES, THEY ARE.

02:09PM 22   Q.   AND -- BUT THE OPERATING AGREEMENT THAT MR. NICK WAS

02:09PM 23   ASKING YOU ABOUT, THAT'S NOT A PUBLIC RECORD, IS THAT FAIR TO

02:09PM 24   SAY?  YOU DON'T FILE THAT WITH THE SECRETARY OF STATE?

02:09PM 25   A.   NO, YOU DON'T.

02:09PM 1    Q.   AND SO IF SOMEBODY WAS TRYING TO HIDE THEIR INVOLVEMENT IN

02:09PM 2    AN ENTITY, IT WOULD PROBABLY BE WISE FOR THEM NOT TO PUT THEIR

02:09PM 3    NAME ON A PUBLIC DOCUMENT?

02:09PM 4         MR. SIMEON:  OBJECTION, YOUR HONOR.  IT CALLS FOR

02:09PM 5    SPECULATION.

02:09PM 6         THE COURT:  SUSTAINED.

02:09PM 7    BY MR. SIMEON:

02:09PM 8    Q.   NOW, THERE'S THIS ENTITY CALLED MEDILEAF THAT YOU INCLUDE

02:09PM 9    ON MR. KUBUROVICH'S ACCOUNTS AND THERE'S FOUR ACCOUNTS.

02:09PM 10        DID YOU NOTICE THAT SOME OF THOSE ACCOUNTS WERE LIKE

02:10PM 11   PERSONNEL ACCOUNTS AND TAX ACCOUNTS, THAT THEY WERE LABELLED

02:10PM 12   DIFFERENT THINGS?

02:10PM 13   A.   I DID NOT FOCUS IN ON THAT AT ALL.

02:10PM 14   Q.   DID YOU -- DO YOU KNOW WHEN MEDILEAF WAS FORMED?

02:10PM 15   A.   I DO NOT.

02:10PM 16   Q.   DO YOU KNOW WHAT TYPE OF ENTITY IT IS, IN OTHER WORDS, IS

02:10PM 17   IT AN LLC?  LP?  MUTUAL BENEFIT CORPORATION?

02:10PM 18   A.   MY UNDERSTANDING IS THAT IT'S A CORPORATION, AND THAT'S

02:10PM 19   BASED ON THE BANK RECORDS THEY INDICATED MEDILEAF, INC., AND

02:10PM 20   THEN HAD A DOING BUSINESS AS NAME.

02:10PM 21   Q.   AND DO THEY CALL THEMSELVES A MUTUAL BENEFIT CORPORATION?

02:10PM 22   A.   I DON'T KNOW.

02:10PM 23   Q.   WOULD YOU AGREE THAT ACCOUNTING FOR A MUTUAL BENEFIT

02:11PM 24   CORPORATION IS DIFFERENT THAN IT WOULD BE FOR A CORPORATION?

02:11PM 25   A.   TO MY KNOWLEDGE.  I'VE NEVER DONE ACCOUNTING FOR A MUTUAL

02:11PM 1     BENEFIT CORPORATION.  I DON'T KNOW THAT IT WOULD BE DIFFERENT,

02:11PM 2     BUT I REALLY AM NOT QUALIFIED TO ANSWER THAT.

02:11PM 3     Q.   OKAY.  SO ANYTHING THAT HAS TO DO WITH A MUTUAL BENEFIT

02:11PM 4     CORPORATION YOU'RE NOT COMFORTABLE ASKING -- ANSWERING

02:11PM 5     QUESTIONS ABOUT; IS THAT FAIR TO SAY?

02:11PM 6     A.   IF IT HAS TO DO WITH THE BANKING AND THE FLOW OF FUNDS, I

02:11PM 7     WOULD BE COMFORTABLE WITH IT.

02:11PM 8          IF IT HAS TO DO WITH THE ACCOUNTING AND DIFFERENT

02:11PM 9     TREATMENTS, I WOULD NOT BE COMFORTABLE.

02:11PM 10    Q.   OKAY.  SO THE FLOW OF FUNDS IN A MUTUAL BENEFIT

02:12PM 11    CORPORATION, IF MONEY IS TAKEN IN BY A MUTUAL BENEFIT

02:12PM 12    CORPORATION, WHO DOES THAT MONEY BELONG TO?

02:12PM 13    A.   I DON'T KNOW.

02:12PM 14         MS. GILG:  MAY I HAVE A MINUTE, YOUR HONOR.

02:12PM 15         (DISCUSSION OFF THE RECORD AMONGST COUNSEL.)

02:14PM 16    BY MS. GILG:

02:14PM 17    Q.   DO YOU HAVE THE BINDER THAT HAS EXHIBIT 33 ON IT?

02:14PM 18    A.   I DO NOT BELIEVE THAT I DO.  WHAT EXHIBIT?

02:14PM 19    Q.   EXHIBIT 33.  IF YOU COULD LOOK AT IT, I'M GOING TO PUT IT

02:14PM 20    RIGHT THERE.

02:14PM 21         MR. SCHENK:  YOUR HONOR, I DON'T BELIEVE THIS

02:14PM 22    EXHIBIT HAS BEEN MOVED INTO EVIDENCE YET.

02:14PM 23         THE COURT:  IT HAS NOT.

02:14PM 24         MS. GILG:  OH.  I MOVE GOVERNMENT'S EXHIBIT 33 INTO

02:14PM 25    EVIDENCE.

02:14PM  1          THE COURT:  ANY OBJECTION?

02:14PM  2          MR. SIMEON:  NO OBJECTION, YOUR HONOR.

02:14PM  3          THE COURT:  IT'S RECEIVED.

02:14PM  4          MS. GILG:  THANK YOU.

02:15PM  5          THE COURT:  IT MAY BE PUBLISHED.

02:15PM  6      (GOVERNMENT'S EXHIBIT 33 WAS RECEIVED IN EVIDENCE.)

02:15PM  7   BY MS. GILG.

02:15PM  8   Q.   OKAY.  SO THIS IS THE FIRST PAGE 33-1, AND THAT APPEARS TO

02:15PM  9   BE THE ACCOUNT SUMMARY, FOR LACK OF A BETTER WORD, FOR NATA LP;

02:15PM  10  CORRECT?

02:15PM  11  A.   I BELIEVE THIS IS THE DOCUMENT WHEN THE ACCOUNT WAS

02:15PM  12  CLOSED.

02:15PM  13  Q.   OKAY.  AND IT SHOWS THE DATE IT WAS OPENED; CORRECT?

02:15PM  14  A.   YES, IT DOES.

02:15PM  15  Q.   AND IT SHOWS WHO ARE THE AUTHORIZED SIGNORS; CORRECT?

02:15PM  16  A.   THAT IS CORRECT, YES.

02:15PM  17  Q.   AND ON THIS ONE IT'S KRISTEL KUBUROVICH?

02:15PM  18  A.   YES.

02:15PM  19  Q.   AND NO ONE ELSE?

02:15PM  20  A.   THAT IS CORRECT, YES.

02:15PM  21  Q.   OKAY.  33-2, THIS WOULD BE THE CLOSING DOCUMENT.  IS THAT

02:16PM  22  WHAT I SHOULD CALL IT "A CLOSING DOCUMENT"?

02:16PM  23  A.   I DON'T KNOW WHAT THE TECHNICAL NAME ON IT IS.  IT

02:16PM  24  INDICATES THE ACCOUNT WAS CLOSED AND THE DATE IT WAS CLOSED.

02:16PM  25  Q.   OKAY.  AND IT ALSO INDICATES THAT THIS IS

02:16PM 1    KRISTEL KUBUROVICH'S PERSONAL ACCOUNT?

02:16PM 2    A.   YES, IT DOES.

02:16PM 3    Q.   AND AGAIN, SHE'S THE ONLY SIGNATURE ON IT; CORRECT?

02:16PM 4    A.   YES.

02:16PM 5    Q.   NOW, I WANT TO ASK YOU ABOUT KRISTEL PROPERTIES.  THIS IS

02:16PM 6    THE SIMILAR DOCUMENT FOR KRISTEL PROPERTIES.

02:16PM 7        WAS IT YOUR UNDERSTANDING THAT KRISTEL PROPERTIES WAS AN

02:16PM 8    LLC THAT MR. KUBUROVICH WAS INVOLVED IN; CORRECT?

02:16PM 9    A.   YES.

02:16PM 10   Q.   AND IT WAS -- IT WAS NAMED AFTER HIS DAUGHTER.  IT WASN'T

02:16PM 11   HER ENTITY; CORRECT?

02:16PM 12   A.   I DIDN'T ZERO IN ON WHETHER IT WAS NAMED AFTER HER OR NOT.

02:17PM 13   IT'S A PROPERTY, KRISTEL PROPERTIES, LLC.

02:17PM 14   Q.   BUT YOU NEVER SAW MS. KRISTEL KUBUROVICH'S NAME ON ANY

02:17PM 15   DOCUMENTS RELATED TO -- WELL, I SHOULDN'T SAY NAME ON ANY

02:17PM 16   BECAUSE IT'S RIGHT THERE.

02:17PM 17       BUT I'M SAYING WAS IT YOUR UNDERSTANDING THAT THAT WAS A

02:17PM 18   SEPARATE ENTITY FROM NATA, DESTRO, AND MS. KUBUROVICH?

02:17PM 19   A.   YES.

02:17PM 20   Q.   OKAY.  AND HERE IT SHOWS THAT THERE ARE TWO PEOPLE

02:17PM 21   SIGNATORY RIGHTS ON THIS ACCOUNT FOR KRISTEL PROPERTIES AND

02:17PM 22   THAT'S MR. KUBUROVICH AND HIS WIFE, PATTY?

02:17PM 23   A.   YES, THAT'S CORRECT.

02:17PM 24   Q.   AND THIS IS THE ACCOUNT FOR -- ONE OF THE ACCOUNTS FOR

02:18PM 25   MEDILEAF; CORRECT?

02:18PM 1      A.   YES, IT IS.

02:18PM 2                THE COURT:  WHICH EXHIBIT IS THIS?

02:18PM 3                MS. GILG:  THIS IS -- I'M SORRY -- 33-7.

02:18PM 4      Q.   AND THAT WOULD HAVE SIGNATURES OF MR. KUBUROVICH,

02:18PM 5      NEIL FORREST AND -- NO, I'M SORRY.  MR. KUBUROVICH AND

02:18PM 6      BRUCE ZIEGELMAN; CORRECT?

02:18PM 7      A.   YES, THAT'S CORRECT.

02:18PM 8      Q.   AND 33-8, THAT'S AGAIN ANOTHER ONE FOR MEDILEAF?

02:19PM 9      A.   YES, THAT'S CORRECT.

02:19PM 10     Q.   AND THAT'S THE ONE THAT HAS MR. KUBUROVICH, NEIL FORREST,

02:19PM 11     AND PATTY KUBUROVICH; CORRECT?

02:19PM 12     A.   YES.

02:19PM 13     Q.   NOW, DID YOU ALSO SEE ANY DOCUMENTS THAT REFLECTED A LOAN

02:19PM 14     FROM KRISTEL KUBUROVICH TO MEDILEAF?

02:19PM 15     A.   I DON'T RECALL SEEING THAT.

02:19PM 16     Q.   DO YOU KNOW HOW MUCH MONEY WAS SPENT ON LAWYERS' FEES FOR

02:19PM 17     THE MEDILEAF ACCOUNT?

02:19PM 18     A.   NO, I DON'T.

02:19PM 19     Q.   DID YOU SEE CHECKS FOR LAWYERS' FEES FROM MR. KUBUROVICH'S

02:19PM 20     PERSONAL ACCOUNT THAT STATED MEDILEAF?

02:20PM 21     A.   I DON'T RECALL.

02:20PM 22     Q.   CAN YOU SAY HOW MUCH MONEY WENT FROM MR. KUBUROVICH'S

02:20PM 23     PERSONAL ACCOUNT, OR HIM AND HIS WIFE, WENT INTO A MEDILEAF

02:20PM 24     ACCOUNT?

02:20PM 25     A.   NO, I CANNOT.

02:20PM 1    Q.   DO YOU KNOW WHAT THE TOTAL EXPENSES FOR MEDILEAF WAS?

02:20PM 2    A.   NO.

02:20PM 3    Q.   NOW, WHEN MONEY IS WIRED, IT LEAVES A PAPER TRAIL;

02:20PM 4    CORRECT?

02:20PM 5    A.   YES, IT DOES.

02:20PM 6    Q.   AND THAT PAPER TRAIL IS NOT ONLY IN THE BANK, BUT YOU CAN

02:21PM 7    ALSO OBTAIN THAT THROUGH OTHER SOURCES; CORRECT?

02:21PM 8    A.   THAT IS CORRECT, YES.

02:21PM 9    Q.   AND SO FOR EACH OF THESE WIRE TRANSFERS THAT WE HAVE BEEN

02:21PM 10   TALKING ABOUT, THERE'S A DOCUMENT THAT STATES WHO IT CAME FROM;

02:21PM 11   CORRECT?

02:21PM 12   A.   YES.

02:21PM 13   Q.   AND WHERE IT WENT TO?

02:21PM 14   A.   YES.

02:21PM 15   Q.   AND IN EACH OF THOSE INSTANCES, THE WIRE TRANSFER IS FROM

02:21PM 16   GOYKO KUBUROVICH TO KRISTEL; CORRECT?

02:21PM 17   A.   I'M NOT --

02:21PM 18   Q.   LET ME JUST FIRST SAY THE FIRST ONE IS FROM

02:21PM 19   GOYKO KUBUROVICH TO KRISTEL; CORRECT?

02:21PM 20   A.   I BELIEVE THE ACTUAL FIRST ONE WAS A BANK TRANSFER AND NOT

02:21PM 21   A WIRE.  I'LL HAVE TO DOUBLE CHECK, BUT I BELIEVE IT WAS A BANK

02:21PM 22   TRANSFER.

02:21PM 23   Q.   FROM USB TO PINNACLE?

02:21PM 24   A.   HIS -- I BELIEVE THE INITIAL ONE -- I DON'T KNOW, I'D HAVE

02:21PM 25   TO LOOK AT IT.  I DON'T RECALL WHICH ONE WAS A WIRE.  I KNOW

02:21PM 1    ONE OF THEM WAS A -- THERE WAS SOME BANK TRANSFER THAT I THINK

02:21PM 2    IT WAS FROM -- I DON'T KNOW.  I'D HAVE TO LOOK AT THESE.

02:22PM 3    WHATEVER THE SCHEDULE HAS IS WHAT IS ACCURATE.

02:22PM 4    Q.   LET ME BACK UP.  WHAT I'M TRYING TO ASK, I GUESS, WHAT I'M

02:22PM 5    TRYING TO SOLICIT FROM YOU IS WHETHER THERE WAS EVER A WIRE

02:22PM 6    TRANSFER THAT WENT FROM MR. KUBUROVICH TO NATA?

02:22PM 7    A.   I DON'T RECALL THAT THERE WAS.

02:22PM 8    Q.   AND, IN FACT, WHEN THE MONEY CAME BACK FROM LIECHTENSTEIN,

02:22PM 9    IT WENT BACK INTO THE SAME ACCOUNT, THE SAME USB ACCOUNT FROM

02:22PM 10   WHICH IT HAD GONE OVER TO LIECHTENSTEIN; TRUE?

02:22PM 11   A.   THAT IS CORRECT, YES.

02:22PM 12   Q.   AND THAT WAS IN KRISTEL KUBUROVICH'S NAME?

02:22PM 13   A.   YES.

02:22PM 14   Q.   AND NOT NATA?

02:22PM 15   A.   NOT NATA.

02:22PM 16   Q.   AND THEN KRISTEL KUBUROVICH TRANSFERRED THE MONEY TO NATA;

02:22PM 17   CORRECT?

02:22PM 18   A.   THAT IS CORRECT, YES.

02:22PM 19   Q.   NOW, IN YOUR EXPERIENCE OF TRACING FUNDS, IS IT COMMON FOR

02:22PM 20   PEOPLE WHO ARE IN LAND DEVELOPMENT, REAL ESTATE DEVELOPMENT TO

02:23PM 21   CREATE VARIOUS DIFFERENT ENTITIES, DIFFERENT LLC'S FOR EACH

02:23PM 22   PROJECT?

02:23PM 23   A.   IT IS SOMETHING THAT IS DONE, YES.

02:23PM 24   Q.   AND THAT'S BECAUSE A LOT OF TIMES THERE'S DIFFERENT PEOPLE

02:23PM 25   INVOLVED IN EACH PROJECT; CORRECT?

02:23PM 1      MR. SIMEON:  OBJECTION, YOUR HONOR.  IT CALLS FOR

02:23PM 2  SPECULATION.

02:23PM 3      THE COURT:  IF YOU HAVE PERSONAL KNOWLEDGE OR

02:23PM 4  EXPERIENCE IN THAT.

02:23PM 5      THE WITNESS:  THERE CAN BE A NUMBER OF REASONS THAT

02:23PM 6  THEY WOULD SET UP DIFFERENT LLC'S.

02:23PM 7  BY MS. GILG:

02:23PM 8  Q.   AND ONE OF THEM IS THAT THERE IS DIFFERENT PEOPLE INVOLVED

02:23PM 9  IN DIFFERENT PROJECTS; CORRECT?

02:23PM 10 A.   THAT COULD BE ONE OF THE REASONS.

02:23PM 11 Q.   AND I THINK MR. NICK WAS SHOWING YOU THE VARIOUS SECRETARY

02:23PM 12 OF STATE FILINGS AND POINTING OUT THAT THERE WERE DIFFERENT

02:23PM 13 PEOPLE INVOLVED IN THESE DIFFERENT LLC'S; CORRECT?

02:23PM 14 A.   YES.

02:23PM 15 Q.   AND SO WHEN YOU'RE CALCULATING THE INCOME AND THE EXPENSES

02:23PM 16 AS YOU HAVE IN THIS CASE FOR THE VARIOUS ENTITIES, IT'S

02:23PM 17 REALLY -- YOU DON'T REALLY KNOW HOW MUCH OF IT WENT TO

02:23PM 18 MR. KUBUROVICH; CORRECT?

02:23PM 19 A.   I DID NOT ACTUALLY CALCULATE THE INCOME AND EXPENSES OF

02:24PM 20 ANY OF THE ENTITIES.

02:24PM 21 Q.   OKAY.  SO THE SUMMARY DOCUMENT THAT IS EXHIBIT 58-207,

02:24PM 22 THAT DOCUMENT ISN'T INTENDED TO INFORM THE JURY AS TO HOW MUCH

02:24PM 23 INCOME MR. KUBUROVICH HAD DURING THAT TIME PERIOD; IS THAT FAIR

02:24PM 24 TO SAY?

02:24PM 25 A.   THAT IS FAIR TO SAY, YES.

02:24PM 1     Q.    AND IT'S NOT INTENDED TO INFORM THE JURY OF HOW MANY

02:24PM 2     EXPENSES HE HAD, EITHER; CORRECT?

02:24PM 3     A.    THAT IS CORRECT, YES.

02:24PM 4     Q.    NOW, WITH REGARD TO THE CREDIT CARDS, YOU TESTIFIED THAT

02:24PM 5     AT SOME POINT IN EARLY 2009 IT APPEARS THAT MR. KUBUROVICH

02:25PM 6     STOPPED PAYING?

02:25PM 7     A.    ON THOSE CREDIT CARDS, YES.

02:25PM 8     Q.    AND IT LOOKS LIKE HE STOPPED CHARGING ALSO; CORRECT?

02:25PM 9     A.    YES.

02:25PM 10    Q.    NOW, THOSE CREDIT CARDS WERE IDENTIFIED BECAUSE THEY WERE

02:25PM 11    THE ONES THAT WERE LISTED IN THE BANKRUPTCY FILING; CORRECT?

02:25PM 12    A.    THAT IS CORRECT.

02:25PM 13    Q.    SO YOU DON'T KNOW IF THERE ARE OTHER CREDIT CARDS THAT

02:25PM 14    WERE BEING USED FOR MR. KUBUROVICH?

02:25PM 15    A.    I DID SEE ONE OTHER CREDIT CARD BEING USED FOR

02:25PM 16    MR. KUBUROVICH.

02:25PM 17    Q.    AND DID YOU -- AND DID HE CONTINUE TO USE IT?  I MEAN, IN

02:25PM 18    OTHER WORDS, DID HE STOP USING IT IN MARCH OF 2009?

02:25PM 19    A.    THOSE RECORDS FOR THAT CREDIT CARD WERE NOT SUBPOENAED.  I

02:25PM 20    DID SEE SOME PAYMENTS TO THAT CREDIT CARD, AND THAT'S THE

02:25PM 21    REASON THAT I KNOW THAT IT DID EXIST.

02:25PM 22    Q.    AND DID YOU SEE DOCUMENTS OF ATTEMPTS TO REFINANCE THE

02:25PM 23    CASTLE LAKE HOME?

02:25PM 24    A.    I DID NOT.

02:25PM 25    Q.    WERE YOU PROVIDED WITH ANY DOCUMENTS INDICATING WHAT TYPES

02:26PM 1    OF CLAIMS WERE MADE IN THE BANKRUPTCY PROCEEDING, LIKE, IN

02:26PM 2    OTHER WORDS, WHO, YOU KNOW, WHO WAS OWED MONEY WHEN

02:26PM 3    MR. KUBUROVICH WENT INTO BANKRUPTCY?

02:26PM 4            MR. SIMEON:  OBJECTION, YOUR HONOR.  RELEVANCE.

02:26PM 5            THE COURT:  DID YOU SEE ANY OF THOSE DOCUMENTS IN

02:26PM 6    YOUR WORK?

02:26PM 7            THE WITNESS:  I DID SEE THE BANKRUPTCY FILING

02:26PM 8    DOCUMENTS.

02:26PM 9    BY MS. GILG:

02:26PM 10   Q.  WAS PART OF YOUR REMIT TO ANALYZE THE DEBTS THAT HAD BEEN

02:26PM 11   INCURRED BY MR. KUBUROVICH?

02:26PM 12   A.  IF I UNDERSTAND YOUR QUESTION, THE ANSWER IS NO.

02:26PM 13   Q.  WELL, HOW ARE YOU READING MY QUESTION?

02:26PM 14   A.  I DIDN'T ANALYZE THE DEBTS THAT WERE INCLUDED IN HIS

02:26PM 15   BANKRUPTCY FILING.

02:26PM 16   Q.  OKAY.  AND SO YOU CAN'T TELL US WHEN THOSE DEBTS THAT WERE

02:26PM 17   INCLUDED IN THE BANKRUPTCY FILING WERE INCURRED?

02:27PM 18   A.  IN SOME CASES I WAS ABLE TO, BUT NOT IN ALL CASES.

02:27PM 19   Q.  WOULD IT BE FAIR TO SAY THAT THE ONES THAT YOU WERE ABLE

02:27PM 20   TO ASCERTAIN THE DATES THAT THEY WERE -- THAT THEY FIRST WERE

02:27PM 21   INCURRED, THAT THEY WERE IN THE YEAR OF 2009?

02:27PM 22   A.  WITH RESPECT TO THE MORTGAGE THAT WOULD NOT BE CORRECT.

02:27PM 23   Q.  WHEN WAS THE, WHEN WAS THE FORECLOSURE ON THE -- WHEN WAS

02:27PM 24   THE FINAL NOTICE, IF YOU RECALL?

02:27PM 25   A.  I DON'T RECALL.

02:27PM   1    Q.   DO YOU RECALL SEEING A NOTICE IN 2008?

02:27PM   2    A.   I DON'T, I DON'T THINK THAT I SAW A NOTICE ON THE HOUSE.

02:27PM   3    Q.   SO YOU'RE TESTIFYING THAT THE DEBTS WERE INCURRED BECAUSE

02:27PM   4    YOU ONLY SAW ONE PAYMENT OR THE LAST PAYMENT --

02:27PM   5    A.   NO.  I'M TESTIFYING --

02:27PM   6    Q.   -- IN 2008?

02:27PM   7    A.   -- THAT ON THE HOUSE I SAW THE MORTGAGE DOCUMENTS WHERE

02:27PM   8    THE -- I BELIEVE THE FIRST MORTGAGE WAS TAKEN OUT AND ALSO A

02:28PM   9    HOME EQUITY LINE.

02:28PM  10    Q.   I SEE.  YOU'RE SAYING THE DEBT -- I'M SORRY, I UNDERSTAND.

02:28PM  11         SO WHAT YOU'RE TALKING ABOUT IS WHEN THE CASTLE LAKE

02:28PM  12    PROPERTY WAS PURCHASED OR HOME EQUITY LINE WAS ESTABLISHED WAS

02:28PM  13    BEFORE 2009?

02:28PM  14    A.   YES.

02:28PM  15    Q.   GOT YOU.

02:28PM  16         OTHER THAN THAT, DO YOU RECALL ANY DEBTS THAT WERE

02:28PM  17    INCURRED BEFORE 2009?

02:28PM  18    A.   ON THEIR CREDIT CARDS, AS I INDICATED, THE FIRST

02:28PM  19    STATEMENTS THAT WE HAD, AND I'D HAVE TO LOOK AT THE DATES OF

02:28PM  20    THOSE, BUT THEY HAD LARGE BEGINNING BALANCES.

02:28PM  21         SO I'D HAVE TO LOOK AT THE EXACT DATES TO SEE WHEN, BUT IT

02:28PM  22    WOULD HAVE BEEN PRIOR TO THAT DATE BECAUSE THEY STARTED OFF

02:28PM  23    WITH A BALANCE.

02:28PM  24    Q.   OKAY.  SO THERE WAS CREDIT CARD DEBT AND A MORTGAGE PRIOR

02:28PM  25    TO 2009?

02:28PM  1    A.   YES.

02:28PM  2    Q.   OKAY.  AND OTHER THAN THOSE, DID YOU SEE ANY OTHER DEBTS

02:29PM  3    PRIOR TO 2009?

02:29PM  4    A.   I BELIEVE THOSE WERE THE ONES THAT I SAW.

02:29PM  5    Q.   OKAY.  NOW, YOU WOULD AGREE THAT 2008, 2009, 2010 WAS A

02:29PM  6    DIFFICULT TIME FOR PROPERTY DEVELOPERS?

02:29PM  7    A.   I BELIEVE THAT IT WAS, YES.

02:29PM  8    Q.   AND WERE YOU PROVIDED WITH ANY INFORMATION REGARDING THE

02:29PM  9    NET WORTH OF MR. KUBUROVICH IN 2005?  DID YOU SEE A DOCUMENT

02:29PM  10   THAT RELATED TO THAT?

02:29PM  11   A.   I DID NOT.

02:29PM  12   Q.   WERE YOU AWARE OF A NET WORTH ANALYSIS DONE BY A FINANCIAL

02:29PM  13   ANALYST OR AN ACCOUNTANT'S COMPILATION REPORT WHICH ESTIMATED

02:29PM  14   HIS NET WORTH --

02:29PM  15        MR. SIMEON:  OBJECTION, YOUR HONOR, ASKED AND

02:29PM  16   ANSWERED.  SHE DOESN'T HAVE ANY KNOWLEDGE.

02:30PM  17        THE COURT:  SUSTAINED.

02:30PM  18   BY MS. GILG:

02:30PM  19   Q.   DID YOU -- WERE YOU ASKED TO DETERMINE WHETHER OR NOT OR

02:30PM  20   WHAT THE VALUE OF MR. KUBUROVICH'S INTEREST IN KRISTEL

02:30PM  21   PROPERTIES WAS IN 2008?

02:30PM  22   A.   NO, I WAS NOT.

02:30PM  23   Q.   AND SO YOU HAVE NO IDEA WHAT THAT VALUE WOULD BE?

02:30PM  24   A.   NO.

02:30PM  25   Q.   WERE YOU ASKED TO DETERMINE WHAT THE VALUE OF

02:30PM  1    MR. KUBUROVICH'S INTEREST WAS IN LAKEFRONT PROPERTIES IN 2008?

02:30PM  2    A.   NO.

02:30PM  3    Q.   I GUESS YOU WEREN'T ASKED TO EVALUATE WHAT HIS INTEREST

02:30PM  4    WAS IN ANY OF THE PROPERTIES BEFORE 2008; CORRECT?

02:30PM  5    A.   THAT IS CORRECT, YES.

02:30PM  6    Q.   OR WHAT I'M HEARING OR EVEN IN 2008; CORRECT?

02:30PM  7    A.   THAT'S CORRECT, YES.

02:30PM  8    Q.   OR 2009?

02:31PM  9    A.   THAT IS CORRECT.

02:31PM  10   Q.   I HAVE NOTHING FURTHER.  THANK YOU.

02:31PM  11            THE COURT:  REDIRECT.

02:31PM  12                    **REDIRECT EXAMINATION**

02:31PM  13   BY MR. SIMEON:

02:31PM  14   Q.   MS. KIKUGAWA, I JUST HAVE A FEW QUESTIONS FOR YOU?

02:31PM  15   A.   YES.

02:31PM  16   Q.   YOU WERE ASKED A LOT OF QUESTIONS ON CROSS-EXAMINATION

02:31PM  17   ABOUT NON-BANK STATEMENTS SUCH AS OPERATING AGREEMENTS, AND I

02:31PM  18   BELIEVE YOU ANSWERED THAT YOU DID NOT REVIEW MANY OF THOSE

02:31PM  19   DOCUMENTS; IS THAT CORRECT?

02:31PM  20   A.   THAT'S CORRECT, YES.

02:31PM  21   Q.   WHY DID YOU NOT REVIEW THOSE DOCUMENTS?

02:31PM  22   A.   THEY WERE NOT PROVIDED.

02:31PM  23   Q.   OKAY.  WAS IT NECESSARY FOR YOUR ANALYSIS?

02:31PM  24   A.   NO, IT WAS NOT.

02:31PM  25   Q.   OKAY.  AND THERE MIGHT BE SOME CONFUSION ABOUT WHAT YOU

02:31PM  1    WERE ACTUALLY ASKED TO DO.  COULD YOU PLEASE STATE WHAT YOUR

02:31PM  2    TASKS WERE?

02:31PM  3    A.   CERTAINLY.  MY TASK WAS REALLY TO FOLLOW THE MONEY, AND IT

02:32PM  4    REALLY RELATED TO WHERE THE MONEY CAME FROM AND WHERE IT WENT

02:32PM  5    AND JUST TRACING THE FUNDS THROUGH.

02:32PM  6        SO IT WAS A FAIRLY NARROW TASK.

02:32PM  7    Q.   AND THAT DIDN'T REQUIRE YOU TO LOOK AT OPERATING

02:32PM  8    AGREEMENTS OR OTHER DOCUMENTS?

02:32PM  9    A.   IT DID NOT.

02:32PM  10   Q.   AND THE 0505 ACCOUNT THAT YOU WERE ASKED ABOUT, WHY WAS

02:32PM  11   THAT IMPORTANT TO YOUR TRACING?

02:32PM  12   A.   WELL, THAT WAS IMPORTANT BECAUSE JUST STARTING OFF, FIRST

02:32PM  13   OF ALL, IT WAS IN MR. KUBUROVICH'S NAME, BUT THAT WAS REALLY

02:32PM  14   THE STARTING PLAN OF WHERE THE MONIES CAME FROM THAT WOUND UP

02:32PM  15   GOING THROUGH VARIOUS OTHER ACCOUNTS AND THEN ULTIMATELY WOUND

02:32PM  16   UP PURCHASING THE EAGLE RIDGE HOUSE.

02:32PM  17   Q.   AND TRACING THAT MONEY DIDN'T REQUIRE THE NON -- THE

02:32PM  18   DOCUMENTS THAT WERE NOT BANK STATEMENTS?

02:32PM  19   A.   IT DID NOT.

02:32PM  20   Q.   THANK YOU.

02:33PM  21       NO FURTHER QUESTIONS, YOUR HONOR.

02:33PM  22           THE COURT:  MR. NICK.

02:33PM  23   /  /  /

02:33PM  24   /  /  /

02:33PM  25   /  /  /

**RECROSS-EXAMINATION**

02:33PM 1

02:33PM 2    BY MR. NICK:

02:33PM 3    Q.   I JUST WANTED YOU TO RESTATE -- SUMMARIZE WHAT YOU WERE

02:33PM 4    ASKED TO DO WHICH WAS TO TRACE ALL OF THE ACCOUNTS AND WHERE

02:33PM 5    THEY CAME FROM; CORRECT?

02:33PM 6    A.   YES.

02:33PM 7    Q.   ALL RIGHT.   YOU STILL NEVERTHELESS CREATED THIS CHART.

02:33PM 8    I'M SHOWING YOU GOVERNMENT'S 58-215.   AND YOU STILL CREATED

02:33PM 9    THIS CHART THAT IS TITLED GOYKO KUBUROVICH CREDIT CARD AND BANK

02:33PM 10   ACCOUNT BALANCES MARCH 2009 THAT YOU PUT $775,000-PLUS AS BANK

02:33PM 11   ACCOUNTS THAT BELONGED TO GOYKO KUBUROVICH BUT IN FACT THEY

02:33PM 12   BELONGED TO OTHER DIFFERENT PEOPLE, IS THAT CORRECT, AND

02:34PM 13   COMPANIES?

02:34PM 14   A.   AS I BELIEVE I SAID THERE WERE SEVERAL TASKS, AND ONE OF

02:34PM 15   THEM WAS TO DETERMINE BALANCES IN ACCOUNTS ON THE MAY 25TH

02:34PM 16   DATE, AND IT WAS TO DETERMINE FUNDS RELATED TO THE EAGLE RIDGE

02:34PM 17   HOUSE.

02:34PM 18        AND THE THIRD TASK WAS TO ANALYZE CREDIT CARD BALANCES AND

02:34PM 19   CERTAIN ACTIVITIES ON THOSE CREDIT CARDS, AND THIS WOULD FALL

02:34PM 20   INTO THAT THIRD CATEGORY.

02:34PM 21   Q.   AND I JUST WANTED TO READ WHAT THIS CHART SAID.   THIS

02:34PM 22   CHART SAYS CREDIT CARD AND BANK ACCOUNT -- LET ME START AGAIN.

02:34PM 23   AT THE TOP IT SAYS GOYKO KUBUROVICH; RIGHT?

02:34PM 24   A.   YES, IT DOES.

02:34PM 25   Q.   AND THEN THE NEXT LINE SAYS CREDIT CARD AND BANK ACCOUNT

02:34PM 1    BALANCES MARCH OF 2009; CORRECT?

02:34PM 2    A.   YES.

02:34PM 3    Q.   BUT IN FACT THESE BALANCES ARE TO ACCOUNTS OR INCLUDE

02:34PM 4    BALANCES OF ACCOUNTS THAT ARE NOT IN THE NAME OF

02:34PM 5    GOYKO KUBUROVICH; CORRECT, MA'AM?

02:34PM 6    A.   THAT IS CORRECT, YES.

02:34PM 7    Q.   THANK YOU.

02:34PM 8        I HAVE NOTHING FURTHER?

02:35PM 9                    **RECROSS-EXAMINATION**

02:35PM 10   BY MS. GILG:

02:35PM 11   Q.   I JUST WANT TO BE CLEAR, THE EXHIBIT THAT MR. NICK JUST

02:35PM 12   SHOWED YOU WHICH IS --

02:35PM 13           MR. NICK:  58-215.

02:35PM 14   BY MS. GILG:

02:35PM 15   Q.   -- 58-215, THAT WAS NOT TO DETERMINE THE BALANCES IN THE

02:35PM 16   ACCOUNT IN MAY OF 2010; RIGHT?

02:35PM 17   A.   THIS WAS THE ANALYSIS OF THE CREDIT CARDS AND THEN

02:35PM 18   COMPARING THAT TO BALANCES IN THE BANK AS OF THE SAME DATE THAT

02:35PM 19   THE CREDIT CARDS WERE -- BASICALLY THE DATE THAT THERE WERE NO

02:36PM 20   FURTHER PAYMENTS ON THE CREDIT CARDS.

02:36PM 21   Q.   BUT THE GREEN COLUMN REALLY HAS NO RELATIONSHIP TO HOW

02:36PM 22   MUCH MONEY MR. KUBUROVICH HAD AT THAT POINT IN TIME, IS THAT

02:36PM 23   FAIR TO SAY?

02:36PM 24   A.   NO, IT DOES.  IT'S ALL PART OF THE DETAIL ANALYSIS OF ALL

02:36PM 25   OF THE ACTIVITY IN EACH ACCOUNT.  AND SO INSTEAD OF GOING ALL

02:36PM  1    OF THE WAY DOWN TO MAY 25TH, 2010, THIS WOULD HAVE SHOWN THE

02:36PM  2    BALANCES IN THOSE SAME ACCOUNTS, AND I INDICATED AT THE

02:36PM  3    BEGINNING IT WAS THOSE SAME ACCOUNTS, THIS WOULD BE THE BALANCE

02:36PM  4    IN THOSE ACCOUNTS AS OF MARCH 31ST, 2009.

02:36PM  5    Q.   OKAY.  BUT THE RELEVANT DATE IS MAY 25TH, 2010; CORRECT?

02:36PM  6    A.   FOR THE BANKRUPTCY FILING, YES.

02:36PM  7    Q.   SO THIS CHART HAS NOTHING TO DO WITH WHAT HAPPENED AND

02:36PM  8    WHERE THINGS WERE IN MAY OF 2010; CORRECT?

02:36PM  9    A.   THIS CHART HAS TO DO WITH THE ANALYSIS OF THE CREDIT CARDS

02:36PM  10   WHICH INCLUDED A COMPARISON OF HOW THAT COMPARED WITH BALANCES

02:36PM  11   IN THE BANK ACCOUNTS.

02:36PM  12   Q.   SO IT HAD NOTHING TO DO WITH THE BALANCES IN MARCH OR MAY

02:37PM  13   OF 2010; CORRECT?

02:37PM  14        MR. SIMEON:  OBJECTION, YOUR HONOR.  ARGUMENTATIVE.

02:37PM  15   ASKED AND ANSWERED.

02:37PM  16        THE COURT:  CAN YOU ANSWER THAT QUESTION?

02:37PM  17        THE WITNESS:  I'M SORRY, IF YOU WOULD -- I'M SORRY.

02:37PM  18        MS. GILG:  I'LL WITHDRAW.

02:37PM  19        THE COURT:  THE QUESTION IS WITHDRAWN.

02:37PM  20   BY MS. GILG:

02:37PM  21   Q.   AND THIS IS THE CHART THAT YOU CREATED OR YOU RELIED ON

02:37PM  22   TO -- OR THE SUMMARY, I SHOULD SAY, THAT YOU RELIED ON TO

02:37PM  23   CREATE EXHIBIT 58-215?

02:37PM  24   A.   THE DETAILED SCHEDULE IS BEHIND THIS SO THE SCHEDULES THAT

02:37PM  25   WOULD HAVE BEEN RELIED UPON, YOU WOULD HAVE TO GO TO SCHEDULE

02:37PM 1    1, 2, AND THE VARIOUS SCHEDULES AND GET THE ACCOUNT BALANCES ON

02:37PM 2    THOSE PARTICULAR ACCOUNTS AS OF THE MARCH 31ST, 2009.

02:37PM 3    Q.   AND THE ONLY ACCOUNT THAT YOU CAN TESTIFY WITH CERTAINTY

02:37PM 4    THAT MR. GOYKO KUBUROVICH COULD HAVE UTILIZED TO PAY DOWN THIS

02:38PM 5    CREDIT CARD DEBT IS THE ONE IN HIS NAME; CORRECT?

02:38PM 6    A.   NO, THAT'S NOT CORRECT.

02:38PM 7    Q.   WELL, YOU'D HAVE NO IDEA WHO ELSE WAS INVOLVED IN KRISTEL

02:38PM 8    PROPERTIES, DO YOU?

02:38PM 9    A.   I DO NOT.

02:38PM 10   Q.   SO YOU DON'T KNOW IF HE WAS ALLOWED TO WRITE, TO TAKE THAT

02:38PM 11   MONEY TO PAY HIS PERSONAL ACCOUNTS?

02:38PM 12   A.   ON KRISTEL PROPERTIES MR. KUBUROVICH AND PATTY KUBUROVICH

02:38PM 13   WERE THE SIGNORS.

02:38PM 14   Q.   THEY WERE THE SIGNORS, BUT YOU DO NOT KNOW WHO ELSE WAS

02:38PM 15   PART OF THAT ENTITY; CORRECT?

02:38PM 16   A.   I DO NOT.

02:38PM 17   Q.   AND SO YOU DO NOT KNOW WHETHER OR NOT HE WOULD BE ABLE TO

02:38PM 18   USE THAT ACCOUNT TO PAY DOWN HIS CREDIT CARD DEBT?

02:38PM 19   A.   I DO NOT.

02:38PM 20   Q.   AND WITH REGARD TO KRISTEL KUBUROVICH'S ACCOUNTS, HE WAS

02:38PM 21   NOT A SIGNOR; CORRECT?

02:38PM 22   A.   HE WAS NOT A SIGNOR.

02:38PM 23   Q.   AND SO HE WOULD NOT BE ABLE TO USE THOSE ACCOUNTS TO PAY

02:38PM 24   DOWN HIS CREDIT CARD DEBT?

02:38PM 25   A.   THE PURPOSE OF THE CHART WAS TO SHOW THE CASH BALANCES AS

02:39PM  1    OF MARCH 31ST, 2009, AND THE CREDIT CARD BALANCES AS OF

02:39PM  2    MARCH 2009.

02:39PM  3          I DID NOT MAKE A DETERMINATION AS TO WHETHER HE COULD PAY

02:39PM  4    THOSE CREDIT CARD BILLS, WHETHER HE SHOULD HAVE PAID THOSE

02:39PM  5    CREDIT CARD BILLS.  IT WAS SIMPLY A COMPARISON OF THE NUMBERS

02:39PM  6    AS OF THAT POINT IN TIME.

02:39PM  7    Q.   CORRECT.  BUT YOU'RE TESTIFYING HERE THAT THAT MONEY, THAT

02:39PM  8    $775,000 WAS MONEY THAT MR. KUBUROVICH HAD CONTROL TO USE.

02:39PM  9    THAT'S WHAT YOU TESTIFIED; CORRECT?

02:39PM  10          MR. SIMEON:  OBJECTION, YOUR HONOR.  MISSTATES HER

02:39PM  11    TESTIMONY.

02:39PM  12          THE COURT:  SUSTAINED.

02:39PM  13    BY MS. GILG:

02:39PM  14    Q.   DIDN'T YOU TESTIFY THAT THE MONEY THAT IS REFLECTED IN THE

02:39PM  15    CHART 58-215, IS MONEY THAT MR. KUBUROVICH HAD ACCESS TO?

02:39PM  16    A.   I TESTIFIED, AS I RECALL, AND SHOULD HAVE THAT THE

02:39PM  17    ACCOUNTS LISTED IN THAT SCHEDULE WERE THE SAME ACCOUNTS AS

02:39PM  18    LISTED ON THIS SCHEDULE AND THIS SCHEDULE, I BELIEVE, DOES

02:40PM  19    SPEAK FOR ITSELF IN TERMS OF WHO THE SIGNORS ON THE ACCOUNTS

02:40PM  20    ARE, AND THAT IS THE EXACT SAME BANK ACCOUNTS THAT ARE INCLUDED

02:40PM  21    IN THE SCHEDULE THAT COMPARES THE CREDIT CARD BALANCES.

02:40PM  22    Q.   WHICH MAY OR MAY NOT BE ACCESSIBLE TO MR. KUBUROVICH;

02:40PM  23    FAIR?

02:40PM  24    A.   THAT IS CORRECT, YES.

02:40PM  25    Q.   NOTHING FURTHER.

02:40PM  1          THE COURT:  ANYTHING FURTHER?

02:40PM  2          MR. SIMEON:  NOTHING FURTHER, YOUR HONOR.

02:40PM  3          THE COURT:  MAY THIS WITNESS BE EXCUSED?

02:40PM  4          MR. SIMEON:  YES, YOUR HONOR.

02:40PM  5          MR. NICK:  YES, YOUR HONOR.

02:40PM  6          MS. GILG:  YES.

02:40PM  7          THE COURT:  ALL RIGHT.  THANK YOU.  YOU'RE EXCUSED.

02:40PM  8      DO YOU HAVE ANOTHER WITNESS TO CALL?

02:40PM  9          MR. SCHENK:  YES, YOUR HONOR.

02:41PM  10          THE COURT:  WELL, I THINK WE WERE GOING TO TAKE OUR

02:41PM  11     AFTERNOON BREAK IN ABOUT FIVE MINUTES SO WHY DON'T WE DO THAT

02:41PM  12     NOW WHILE WE'RE WAITING FOR THE WITNESS TO COME IN.  LET'S TAKE

02:41PM  13     OUR AFTERNOON BREAK, LADIES AND GENTLEMEN.  WE'LL TAKE

02:41PM  14     15 MINUTES, AND THEN WE'LL RESUME WITH DIRECT EXAMINATION.

02:41PM  15          (RECESS FROM 2:41 P.M. UNTIL 2:57 P.M.)

02:57PM  16          THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

02:57PM  17     AND THE DEFENDANTS ARE PRESENT.

02:57PM  18      THE JURY IS PRESENT AND ALTERNATES.

02:57PM  19      MR. SCHENK.

02:57PM  20          MR. SCHENK:  YOUR HONOR, THE UNITED STATES CALLS

02:57PM  21     DAVID WARDA.

02:57PM  22          THE COURT:  PLEASE COME FORWARD, SIR.  IF YOU'D

02:58PM  23     PLEASE COME OVER HERE AND STAND JUST HERE AND RAISE YOUR RIGHT

02:58PM  24     HAND WHILE YOU FACE OUR COURTROOM DEPUTY, SHE HAS A QUESTION

02:58PM  25     FOR YOU.

02:58PM  1          **(GOVERNMENT'S WITNESS, DAVID WARDA, WAS SWORN.)**

02:58PM  2                    THE WITNESS:  I DO.

02:58PM  3                    THE COURT:  PLEASE HAVE A SEAT HERE, SIR, AND MAKE

02:58PM  4      YOURSELF COMFORTABLE.  PLEASE ADJUST THE CHAIR AND MICROPHONE

02:58PM  5      AS YOU NEED.  I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE

02:58PM  6      MICROPHONE.

02:58PM  7          WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

02:58PM  8      AND THEN SPELL IT PLEASE.

02:58PM  9                    THE WITNESS:  DAVID WARDA.  W-A-R-D-A.

02:58PM 10                    THE COURT:  THANK YOU.  COUNSEL.

02:58PM 11                              **DIRECT EXAMINATION**

02:58PM 12      BY MR. SCHENK:

02:58PM 13      Q.    GOOD AFTERNOON, SIR.  HOW ARE YOU?

02:58PM 14      A.    FINE.

02:58PM 15      Q.    AND HOW ARE YOU CURRENTLY EMPLOYED?

02:58PM 16      A.    SELF-EMPLOYED.

02:58PM 17      Q.    AND WHAT DO YOU DO?

02:58PM 18      A.    CONSTRUCTION.

02:58PM 19      Q.    AND HAVE YOU MET MR. GOYKO KUBUROVICH BEFORE?

02:58PM 20      A.    YES.

02:58PM 21      Q.    HOW LONG HAVE YOU KNOWN HIM?

02:58PM 22      A.    THIRTY-PLUS YEARS.

02:58PM 23      Q.    OKAY.  WOULD YOU DESCRIBE THE CIRCUMSTANCES OF HOW YOU MET

02:58PM 24      HIM?

02:58PM 25      A.    THROUGH FRIENDS OF MINE THAT KNEW BATZI AND INCLUDING MY

02:59PM 1     SISTER.

02:59PM 2     Q.   YOU KNEW HIM AS BATZI?

02:59PM 3     A.   YES.

02:59PM 4     Q.   OKAY.  DID YOU KNOW HIM PROFESSIONALLY OR WAS IT MORE OF A

02:59PM 5     FRIENDSHIP?

02:59PM 6     A.   MORE THROUGH FRIENDS.

02:59PM 7     Q.   OKAY.  DO YOU SEE HIM IN THE COURTROOM TODAY?

02:59PM 8     A.   I DO.

02:59PM 9     Q.   AND IS HE THE GENTLEMAN WITH THE NO BLAZER ON AND A WHITE

02:59PM 10    DRESS SHIRT?

02:59PM 11    A.   CORRECT.

02:59PM 12         MR. SCHENK:  YOUR HONOR, FOR THE RECORD THE WITNESS

02:59PM 13    HAS IDENTIFIED MR. KUBUROVICH.

02:59PM 14         THE COURT:  YES, THE RECORD WILL SO REFLECT.

02:59PM 15         MR. SCHENK:  THANK YOU, YOUR HONOR.

02:59PM 16    Q.   HAVE YOU MET HIS DAUGHTER MR. -- I'M SORRY, MS. KRISTEL

02:59PM 17    KUBUROVICH?

02:59PM 18    A.   ON ONE OCCASION.

02:59PM 19    Q.   AND WE'LL GET TO THAT IN A MOMENT.  DO YOU SEE HER IN THE

02:59PM 20    COURTROOM TODAY?

02:59PM 21    A.   I WOULDN'T RECOGNIZE HER IF I DID SO I DO NOT.

02:59PM 22    Q.   YOU ONLY MET HER OR SAW HER THAT ONE TIME?

02:59PM 23    A.   (NOD HEADS.)

02:59PM 24    Q.   THANK YOU.

02:59PM 25         THE COURT:  IS THAT YES?

02:59PM  1                    THE WITNESS:  YES.

02:59PM  2      BY MR. SCHENK:

02:59PM  3      Q.   THANK YOU.  DURING THE TIME THAT YOU HAD A RELATIONSHIP, A

02:59PM  4      FRIENDSHIP WITH MR. KUBUROVICH, WAS THERE A TIME THAT HE ASKED

03:00PM  5      YOU FOR MONEY?

03:00PM  6      A.   H'MM, IN A SENSE, YES.

03:00PM  7      Q.   YOU PAUSED.  WHY?

03:00PM  8      A.   WELL, IT WAS MORE THAN A QUESTION "CAN I HAVE SOME MONEY?"

03:00PM  9      IT WAS MORE THAN THAT.

03:00PM  10     Q.   OKAY.  WHAT DID HE ASK?

03:00PM  11     A.   HE WANTED TO KNOW IF I WAS INTERESTED IN GETTING INTO A

03:00PM  12     BUSINESS AGREEMENT WITH HIM IN THE FORM OF BORROWING MONEY.

03:00PM  13     Q.   HE WAS INTERESTED IF YOU WERE INTERESTED IN INVOLVING

03:00PM  14     YOURSELF IN A BUSINESS AGREEMENT WITH HIM?

03:00PM  15     A.   NO, SIR.  HE WAS INTERESTED IF I WAS INTERESTED IN LENDING

03:00PM  16     HIM MONEY.

03:00PM  17     Q.   FOR A BUSINESS OF HIS?

03:00PM  18     A.   FOR A BUSINESS OF HIS.

03:00PM  19     Q.   FOR ONE OF HIS BUSINESSES HE ASKED YOU IF YOU WOULD LEND

03:00PM  20     HIM MONEY?

03:00PM  21     A.   THAT'S CORRECT.

03:00PM  22     Q.   OKAY.  DO YOU REMEMBER WHEN ABOUT THAT WAS?

03:00PM  23     A.   THREE, FOUR YEARS AGO.  I DON'T HAVE THE RECORDS IN FRONT

03:01PM  24     OF ME.

03:01PM  25     Q.   OKAY.  DID YOU HAVE THIS CONVERSATION IN PERSON WITH HIM?

03:01PM  1    A.   YES, I DID.

03:01PM  2    Q.   AND WHAT DID YOU SAY IN RESPONSE WHEN HE ASKED?

03:01PM  3    A.   I HAD TO THINK ABOUT IT, AND I TOOK THE DEAL TO MY

03:01PM  4    ATTORNEY, AND WE LOOKED AT IT TOGETHER AND THOUGHT IT WAS A

03:01PM  5    GOOD DEAL SO I RESPONDED YES.

03:01PM  6    Q.   WHEN YOU SAY YOU TOOK THE DEAL, WERE THERE PAPERS INVOLVED

03:01PM  7    OR DO YOU JUST MEAN THE IDEA AND YOU DISCUSSED IT?

03:01PM  8    A.   WELL, THERE WAS THE LOAN AMOUNT AND PLUS WHAT WAS GOING TO

03:01PM  9    BACK UP THE LOAN AND WHAT MY ATTORNEY THOUGHT THE LOAN

03:01PM  10   STRUCTURE WOULD LOOK LIKE.

03:01PM  11   Q.   OKAY.  WHEN YOU SAID WHAT WOULD BACK UP THE LOAN, WHAT DO

03:01PM  12   YOU MEAN?

03:01PM  13   A.   WELL, TO LOAN MONEY THERE HAD TO BE SOMETHING THERE IF THE

03:01PM  14   CASH DIDN'T GET REPLACED, WHAT WOULD BE SUPPORTING MY -- THE

03:01PM  15   DEBT.

03:01PM  16   Q.   I SEE.  YOU WANTED YOUR LOAN TO BE SECURE?

03:01PM  17   A.   TO BE SECURE.

03:01PM  18   Q.   OKAY.  AND IT MIGHT BE OBVIOUS BUT WHY?

03:01PM  19   A.   WHY TO BACK UP THE LOAN?

03:02PM  20   Q.   YES.

03:02PM  21   A.   THAT'S THE ONLY WAY I WOULD EVER LOAN MONEY.  JUST TO ME

03:02PM  22   IT'S COMMON SENSE, IT'S BUSINESS SENSE.

03:02PM  23   Q.   OKAY.

03:02PM  24   A.   IF YOU'RE GOING TO LOAN SOMETHING TO A BUSINESS ENTERPRISE

03:02PM  25   OR EVEN AN INDIVIDUAL, THERE'S GOT TO BE A MEANS TO GET IT

03:02PM   1    BACK.

03:02PM   2    Q.   OKAY.  HOW MUCH MONEY DID MR. KUBUROVICH ASK YOU TO LEND

03:02PM   3    TO HIM?

03:02PM   4    A.   I BELIEVE IT WAS 150,000.

03:02PM   5    Q.   SO $150,000?

03:02PM   6    A.   YES.

03:02PM   7    Q.   AND DO YOU REMEMBER THE AMOUNT OF THE SECURITY?

03:02PM   8    A.   THE SECURITY BECAME IN THE WAY OF A HOME.

03:02PM   9    Q.   IT BECAME A HOME?

03:02PM  10    A.   YES.

03:02PM  11    Q.   I SEE.  HOW DID YOU BECOME COMFORTABLE WITH THAT HOME AS

03:02PM  12    THE SECURITY?

03:02PM  13    A.   THROUGH THE TITLE COMPANY, DOING THE RESEARCH ON THE TITLE

03:02PM  14    COMPANY, WHAT WAS OWED ON THE HOME, WHAT THE HOME WAS VALUED AT

03:02PM  15    CURRENTLY AT THE TIME.

03:02PM  16    Q.   OKAY.  AND IF THE EQUITY IN THE HOME WAS GREATER THAN

03:03PM  17    150,000, YOU WERE MORE WILLING TO MAKE THE LOAN; IS THAT RIGHT?

03:03PM  18    A.   THAT'S WHAT MADE MY DECISION TO BE, YES.

03:03PM  19    Q.   OKAY.  DO YOU REMEMBER ANYTHING ABOUT THE HOME?  DO YOU

03:03PM  20    REMEMBER THE ADDRESS OR WHERE IT WAS LOCATED?

03:03PM  21    A.   I DO KNOW IT WAS IN GILROY, AND IT'S IN AN -- IS IT CALLED

03:03PM  22    EAGLE RIDGE, I BELIEVE, WHICH WAS A VERY NICE NEW DEVELOPMENT,

03:03PM  23    MAYBE NOT NEW THEN, BUT IT'S THE NICEST DEVELOPMENT IN GILROY

03:03PM  24    AT THE TIME, GOLF COURSE, CLUB HOUSE, ET CETERA.

03:03PM  25    Q.   OKAY.  WAS THE SPECIFIC HOME FAMILIAR TO YOU?

03:03PM  1    A.   NO.

03:03PM  2    Q.   YOU DIDN'T KNOW ANYTHING ABOUT THE EXACT HOME?

03:03PM  3    A.   NO.

03:03PM  4    Q.   DID YOU ASK MR. KUBUROVICH TO SECURE THIS HOME BY THAT

03:03PM  5    HOME OR DID HE OFFER THE HOME?

03:03PM  6    A.   THAT'S A TOUGH CONVERSATION TO ANSWER.  I'M NOT REALLY

03:03PM  7    SURE HOW TO SPECIFY THAT.  IT GOT BROUGHT UP, AND I DON'T KNOW

03:03PM  8    IF I BROUGHT IT UP OR BATZI DID, BUT THAT'S WHERE IT ENDED UP.

03:04PM  9    THE HOME WOULD BE THE SECURITY.

03:04PM  10   Q.   AND WERE THERE ANY OTHER INDIVIDUALS INVOLVED IN THIS I'LL

03:04PM  11   CALL A NEGOTIATION?

03:04PM  12   A.   BESIDES MY ATTORNEY, NONE.

03:04PM  13   Q.   YOU, MR. KUBUROVICH, AND YOUR ATTORNEY?

03:04PM  14   A.   THAT'S CORRECT.

03:04PM  15   Q.   THERE WERE NOT OTHER PEOPLE FROM MR. KUBUROVICH'S SIDE

03:04PM  16   PARTICIPATING IN THE NEGOTIATION?

03:04PM  17   A.   BESIDES THE TITLE COMPANY THAT EVENTUALLY CAME ON BOARD,

03:04PM  18   NOBODY.

03:04PM  19   Q.   OKAY.  BEFORE YOU GOT TO THIS HOME BEING THE SECURITY, AND

03:04PM  20   YOU'RE JUST TALKING ABOUT THE TERMS, THE ONLY PERSON YOU WERE

03:04PM  21   NEGOTIATING WITH WAS MR. KUBUROVICH; IS THAT RIGHT?

03:04PM  22   A.   THAT IS CORRECT.

03:04PM  23   Q.   AND THEN YOU SOUGHT ADVICE FROM YOUR ATTORNEY?

03:04PM  24   A.   CORRECT.

03:04PM  25   Q.   OKAY.  I'D LIKE TO SHOW YOU A BINDER OF DOCUMENTS.  COULD

03:04PM 1    WE GET -- IT'S EXHIBIT NUMBER 43 SO I THINK IT'S IN THE THIRD

03:04PM 2    BINDER.

03:04PM 3         WOULD YOU PLEASE OPEN UP THE BINDER AND TURN TO EXHIBIT 43

03:04PM 4    AND JUST TAKE A MOMENT TO FLIP THROUGH THOSE DOCUMENTS.

03:05PM 5    A.   OKAY.

03:05PM 6    Q.   DO YOU RECOGNIZE THESE DOCUMENTS?  DO YOU KNOW WHAT THEY

03:05PM 7    ARE?

03:05PM 8    A.   I RECOGNIZE THE NOTE.  THE REST ARE FROM THE TITLE

03:05PM 9    COMPANY, DEEDS OF TRUST AND SUCH.

03:05PM 10   Q.   AND DO THESE RELATE TO THE LOAN THAT WE WERE JUST TALKING

03:05PM 11   ABOUT?

03:05PM 12   A.   150,000, YES.

03:05PM 13        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS

03:05PM 14   EXHIBIT 43 INTO EVIDENCE.

03:05PM 15        MS. GILG:  NO OBJECTION.

03:05PM 16        MR. NICK:  NO OBJECTION.

03:05PM 17        THE COURT:  IT'S RECEIVED AND ADMITTED.  IT MAY BE

03:05PM 18   PUBLISHED.

03:05PM 19        (GOVERNMENT'S EXHIBIT 43 WAS RECEIVED IN EVIDENCE.)

03:05PM 20   BY MR. SCHENK:

03:05PM 21   Q.   THANK YOU.  LET'S START ON 43-1, AND LET'S LOOK AT THE TOP

03:05PM 22   HALF OF THE DOCUMENT.  YOU CAN LOOK ON THE SCREEN AND IN THE

03:06PM 23   PAPER IN FRONT OF YOU, WHICHEVER IS EASIER.

03:06PM 24   A.   OKAY.

03:06PM 25   Q.   SO THE DOLLAR AMOUNT IN THE UPPER LEFT-HAND CORNER, IS

03:06PM  1    THAT THE DOLLAR AMOUNT OF YOUR LOAN TO MR. KUBUROVICH?

03:06PM  2    A.    THAT IS CORRECT.

03:06PM  3    Q.    OKAY.  AND THE DATE IN THE UPPER RIGHT-HAND CORNER, MAY

03:06PM  4    4TH, 2010, DO YOU THINK THAT WAS ON OR ABOUT WHEN THE LOAN WAS

03:06PM  5    FUNDED OR MADE?

03:06PM  6    A.    I WOULD THINK SO, YES.

03:06PM  7    Q.    OKAY.  AND THEN IT SAYS ON OR BEFORE MAY 7TH, 2012, FOR

03:06PM  8    VALUE RECEIVED, AND THEN IT HAS A PROMISE.  IS THAT BECAUSE

03:06PM  9    IT'S ABOUT A TWO-YEAR NOTE?

03:06PM  10   A.    THAT'S CORRECT.

03:06PM  11   Q.    OKAY.  AND THEN IT LOOKS LIKE I THINK MAYBE YOUR ADDRESS

03:06PM  12   WAS REDACTED IF YOU COMPARE THE TWO VERSIONS ON THERE; IS THAT

03:06PM  13   RIGHT?

03:06PM  14   A.    YES.

03:06PM  15   Q.    AND THEN YOU HAVE A 20 PERCENT PER YEAR INTEREST RATE; IS

03:06PM  16   THAT YOUR RECOLLECTION?

03:06PM  17   A.    YES.

03:06PM  18   Q.    ALL RIGHT.  IF WE CAN ZOOM OUT AND NOW GO TO THE VERY

03:06PM  19   BOTTOM OF THIS NOTE, THE SIGNATURE.  I'M NOT GOING TO ASK YOU

03:07PM  20   IF YOU RECOGNIZE THE SIGNATURE, BUT DO YOU SEE THE NAME BELOW

03:07PM  21   THE SIGNATURE LINE?

03:07PM  22   A.    YES.

03:07PM  23   Q.    AND KRISTEL KUBUROVICH, DO YOU KNOW WHO THAT IS?

03:07PM  24   A.    I BELIEVE THAT'S BATZI'S DAUGHTER.

03:07PM  25   Q.    AND JUST BELOW THE SIGNATURE IS A COMPANY'S NAME OR AN LP

03:07PM  1    NAME, NATA LP.  DO YOU SEE THAT?

03:07PM  2    A.   I DO.

03:07PM  3    Q.   DO YOU KNOW WHAT NATA LP IS?

03:07PM  4    A.   I BELIEVE THAT WAS THE BUSINESS ENTERPRISE THAT WAS SET UP

03:07PM  5    BY BATZI.

03:07PM  6    Q.   AND WHAT DO YOU MEAN BY THAT?

03:07PM  7             MR. NICK:  OBJECTION.  IT CALLS FOR SPECULATION.

03:07PM  8             MS. GILG:  OBJECTION.

03:07PM  9             MR. NICK:  LACK OF FOUNDATION.  HEARSAY.

03:07PM  10            MR. SCHENK:  IF I MAY, I ASKED HIM WHAT HE KNEW AND

03:07PM  11   THAT'S WHAT HE SAID.

03:07PM  12            THE COURT:  OBJECTION IS OVERRULED.  IT GOES TO HIS

03:07PM  13   PERSONAL KNOWLEDGE.  IF YOU HAVE PERSONAL KNOWLEDGE, YOU CAN

03:07PM  14   ANSWER THE QUESTION.

03:07PM  15            MR. NICK:  I'M SORRY, YOUR HONOR, THAT'S WHY I

03:07PM  16   OBJECTED ON FOUNDATION.  I JUST DETECTED --

03:08PM  17            THE COURT:  THERE'S A PAUSE, AND YOU DETECTED

03:08PM  18   CONFUSION.  SIR, IF YOU CAN ANSWER THE QUESTION BECAUSE YOU

03:08PM  19   HAVE PERSONAL KNOWLEDGE, YOU CAN ANSWER.  IF YOU DO NOT HAVE

03:08PM  20   PERSONAL KNOWLEDGE, THEN JUST SO INDICATE.

03:08PM  21            THE WITNESS:  THIS NAME CAME AS PART OF THE DEAL,

03:08PM  22   AND I BELIEVED IT TO BE A BUSINESS ENTERPRISE THAT WAS SET UP

03:08PM  23   BY BATZI.

03:08PM  24   BY MR. SCHENK:

03:08PM  25   Q.   AND WHEN YOU SAY "THIS NAME," DO YOU MEAN NATA?

03:08PM 1      A.   CORRECT.

03:08PM 2      Q.   OKAY.  AND DO YOU HAVE A SPECIFIC RECOLLECTION OF

03:08PM 3      MR. KUBUROVICH TELLING YOU ANYTHING ABOUT NATA, WHY NATA WOULD

03:08PM 4      BE IN THE DOCUMENTS?  YOUR LOAN IS WITH HIM.  DID HE EXPLAIN

03:08PM 5      THAT TO YOU?

03:08PM 6      A.   THIS CAME INTO THE PLAY TITLE SIGNOFF WHEN I SAY NATA.

03:08PM 7      Q.   OKAY.  AND WAS THAT AN EVENT THAT YOU WENT TO IN PERSON?

03:08PM 8      A.   YES.

03:08PM 9      Q.   AND WHO WAS PRESENT?

03:08PM 10     A.   I WAS PRESENT, BATZI, THE TITLE OFFICER.  I DON'T RECALL

03:08PM 11     IF MY WIFE CAME.  I BELIEVE KRISTEL WAS PRESENT, AND I DON'T

03:09PM 12     KNOW WHO ELSE WAS IN THE ROOM.

03:09PM 13     Q.   AND WHEN YOU SAID A MOMENT AGO THAT YOU HAD MET

03:09PM 14     KRISTEL KUBUROVICH ONCE, WAS THIS THE ONE TIME?

03:09PM 15     A.   THAT'S CORRECT.

03:09PM 16     Q.   SO SHE SHOWED UP FOR SIGNING A TITLE, BUT YOU HAD NEVER

03:09PM 17     MET HER BEFORE AND YOU'VE NEVER SEEN HER SINCE?

03:09PM 18              MS. GILG:  OBJECTION.  LEADING.

03:09PM 19              THE COURT:  SUSTAINED AS TO THE FORM OF THE

03:09PM 20     QUESTION.

03:09PM 21     BY MR. SCHENK:

03:09PM 22     Q.   WHEN WAS THE ONE AND ONLY TIME YOU MET KRISTEL KUBUROVICH?

03:09PM 23              MS. GILG:  OBJECTION.  ASKED AND ANSWERED.

03:09PM 24              THE COURT:  OVERRULED.  YOU CAN ANSWER.

03:09PM 25              THE WITNESS:  AT THE SIGNING OF THE NOTE AT THE

03:09PM   1      TITLE COMPANY.

03:09PM   2      BY MR. SCHENK:

03:09PM   3      Q.   OKAY.  DID YOU TALK TO HER AT THE SIGNING?

03:09PM   4      A.   NO.

03:09PM   5      Q.   DID YOU TALK TO MR. KUBUROVICH?

03:09PM   6      A.   I'M SURE WE HAD A COUPLE OF COMMENTS, BUT I DON'T RECALL

03:09PM   7      ANY SPECIFIC CONVERSATION.

03:09PM   8      Q.   OKAY.  DO YOU REMEMBER AS YOU WERE REVIEWING DOCUMENTS

03:09PM   9      NOTICING THAT THEY REQUESTED MS. KUBUROVICH TO SIGN INSTEAD OF

03:09PM  10      MR. KUBUROVICH?

03:09PM  11      A.   I DID NOTICE.

03:09PM  12      Q.   AND DID THAT SEEM UNUSUAL TO YOU, UNEXPECTED?

03:10PM  13              MS. GILG:  OBJECTION.  IRRELEVANT.

03:10PM  14              THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

03:10PM  15              THE WITNESS:  IT DID NOT AT THE TIME, NO.

03:10PM  16      BY MR. SCHENK:

03:10PM  17      Q.   WHY NOT?

03:10PM  18      A.   IN BUSINESS I'M USED TO SEEING BUSINESS ENTERPRISES ON

03:10PM  19      DOCUMENTS CONSTANTLY IN CONSTRUCTION, AND I ALSO DEVELOP

03:10PM  20      PROPERTIES AND REAL ESTATE, AND THERE'S ALWAYS AN ENTERPRISE

03:10PM  21      SET UP SUCH AS AN LLC OR A LIMITED PARTNERSHIP OR A

03:10PM  22      CORPORATION.  SO TO ME IT WAS JUST ANOTHER LLC OR A PARTNERSHIP

03:10PM  23      THAT WAS SET UP.

03:10PM  24      Q.   OKAY.  WHAT DID YOU UNDERSTAND YOUR $150,000 LOAN TO BE

03:10PM  25      SECURED BY?

03:10PM  1    A.   A HOME.

03:10PM  2    Q.   OKAY.  DO YOU KNOW WHOSE HOME?

03:10PM  3    A.   I BELIEVE IT WAS BATZI'S HOME.  THAT WAS MY BELIEF AT THE

03:10PM  4    TIME.

03:10PM  5    Q.   CAN WE NOW TURN TO 43-2, THE SECOND PAGE OF THIS EXHIBIT,

03:10PM  6    AND THE DOCUMENT IS TITLED DEED OF TRUST AND ASSIGNMENT OF

03:11PM  7    RENTS.  DO YOU SEE THAT?

03:11PM  8    A.   I DO.

03:11PM  9    Q.   AND IN THIS DOCUMENT IT INDICATES THE SANTA CLARA COUNTY

03:11PM  10   RECORDER'S OFFICE.  IT ALSO HAS THE SAME MAY 2010 DATE BETWEEN

03:11PM  11   NATA AND YOU.

03:11PM  12       DO YOU UNDERSTAND WHAT THIS DOCUMENT IS?

03:11PM  13   A.   I DO.

03:11PM  14   Q.   AND WHAT IS IT?

03:11PM  15   A.   IT BECOMES A DEED OF TRUST FOR THE DEBT OR SECURITY.

03:11PM  16   Q.   AND ON THE SCREEN IN FRONT OF YOU AT THE VERY BOTTOM OF

03:11PM  17   THE IMAGE IT REFERS TO SEE EXHIBIT A.

03:11PM  18       DO YOU SEE THAT?

03:11PM  19   A.   I DO SEE.

03:11PM  20   Q.   OKAY.  AND IF WE NOW TURN TO THE VERY END OF THIS

03:11PM  21   DOCUMENT, I'M SORRY, WHICH IS 43-6, IS THAT EXHIBIT A?

03:11PM  22   A.   THAT'S WHAT I SEE.

03:11PM  23   Q.   OKAY.  AND DOES EXHIBIT A REFER TO THE PIECE OF PROPERTY

03:12PM  24   THAT YOU THOUGHT WAS SECURING THE --

03:12PM  25   A.   IT DOES.

03:12PM 1    Q.   AND IS THAT THE PIECE OF PROPERTY THAT YOU WERE SPEAKING

03:12PM 2    ABOUT A MOMENT AGO WHEN YOU SAID YOU THOUGHT IT WAS, I THINK

03:12PM 3    YOUR WORDS WERE, BATZI'S HOME?

03:12PM 4    A.   IT IS.

03:12PM 5    Q.   DID MS. KUBUROVICH, KRISTEL KUBUROVICH, EVER TELL YOU THAT

03:12PM 6    SHE WAS SECURING THE LOAN ON BEHALF OF HER FATHER WITH HER

03:12PM 7    HOME?

03:12PM 8    A.   NO.

03:12PM 9         MR. SCHENK:  NO FURTHER QUESTIONS.

03:12PM 10                   **CROSS-EXAMINATION**

03:12PM 11   BY MR. NICK:

03:12PM 12   Q.   GOOD AFTERNOON, MR. WARDA.

03:12PM 13   A.   GOOD AFTERNOON.

03:12PM 14   Q.   YOU RECALL ME QUESTIONING YOU SOME TIME BEFORE?

03:12PM 15   A.   I DO.

03:12PM 16   Q.   SOME COUPLE YEARS BACK.  ALL RIGHT.  SO YOU NEVER MET ME

03:13PM 17   ANY TIME AFTER THAT; CORRECT?

03:13PM 18   A.   NO.

03:13PM 19   Q.   AND THE ONLY TIME YOU SAW ME WAS IN COURT A COUPLE YEARS

03:13PM 20   AGO, CORRECT, SIR?

03:13PM 21   A.   YES.

03:13PM 22         MR. SCHENK:  OBJECTION.  MOVE TO STRIKE.  RELEVANCE.

03:13PM 23         THE COURT:  SUSTAINED.  THAT IS STRICKEN.  YOU CAN

03:13PM 24   MOVE ON.  THE LAST ANSWER IS STRICKEN, LADIES AND GENTLEMEN.

03:13PM 25   BY MR. NICK:

03:13PM  1    Q.   ALL RIGHT.  MR. WARDA, I WANT TO ASK YOU FIRST THAT YOU

03:13PM  2    SAID THAT YOU BELIEVED THAT THE EAGLE RIDGE PROPERTY WAS

03:13PM  3    BATZI'S HOME, AND I WANTED TO ASK YOU IF YOU TOOK A LOOK AT THE

03:13PM  4    DEED OF FOR THE HOUSE, THE GRANT DEED TO SEE WHO THE OWNER WAS?

03:13PM  5    A.   NOT RECENTLY.

03:13PM  6    Q.   ALL RIGHT.  AND WHEN YOU LOANED THE MONEY, THOUGH, THE

03:13PM  7    HOUSE WAS OWNED BY NATA; CORRECT?

03:13PM  8    A.   I DON'T RECALL.

03:14PM  9    Q.   I BELIEVE THE NOTE WAS SIGNED ON MAY 7TH, 2012.  WAS THAT

03:14PM  10   WHAT YOU JUST LOOKED AT?

03:14PM  11   A.   THAT'S CORRECT.

03:14PM  12   Q.   ALL RIGHT.  AND SO I WANTED TO ASK YOU, DID YOU HAVE AN

03:14PM  13   E-MAIL EXCHANGE WITH MR. KUBUROVICH?

03:14PM  14   A.   YES, I DID.

03:14PM  15   Q.   AND I WAS CURIOUS IF YOU RECALL RECEIVING AN E-MAIL FROM

03:14PM  16   MR. KUBUROVICH IN APRIL THAT STATED THE FOLLOWING --

03:14PM  17        MR. SCHENK:  OBJECTION.  THE DOCUMENT IS NOT IN

03:14PM  18   EVIDENCE.

03:14PM  19        MR. NICK:  I'M IMPEACHING HIM, YOUR HONOR, WITH OR

03:14PM  20   I'M ASKING TO REFRESH HIS MEMORY, I SHOULD SAY, WITH REGARD TO

03:14PM  21   AN EVENT THAT HE TESTIFIED TO.

03:14PM  22        THE COURT:  WELL, I DON'T RECALL --

03:14PM  23        MR. NICK:  I'LL ASK HIM THIS WAY, YOUR HONOR, LET ME

03:14PM  24   REPHRASE THE QUESTION.

03:14PM  25   Q.   DID MR. KUBUROVICH EVER TELL YOU THAT YOUR LOAN WILL BE

03:14PM 1    SECURED BY $500,000 EQUITY IN THE PROPERTY, THE GUARANTOR IS

03:14PM 2    THE GENERAL PARTNER NATA LP, KRISTEL KUBUROVICH, AND IT'S

03:15PM 3    SECURED BY PROPERTY AND NO OTHER PROPERTY OR ASSETS?

03:15PM 4        DO YOU RECALL THAT?

03:15PM 5    A.   NOT SPECIFICALLY, BUT IT GENERALLY -- I MEAN, WHAT I

03:15PM 6    MAINLY REMEMBER IS THAT IT WAS SECURED BY THE PROPERTY.

03:15PM 7    Q.   AND --

03:15PM 8    A.   THE OTHER COMPONENTS OF THAT E-MAIL DID NOT RING OUT A

03:15PM 9    FRESH MEMORY TO ME, NO.

03:15PM 10            MR. NICK:  YOUR HONOR, MIGHT I HAND HIM THE DOCUMENT

03:15PM 11   AND SEE IF IT REFRESHES HIS MEMORY ABOUT A SPECIFIC STATEMENT

03:15PM 12   THEN?

03:15PM 13            THE COURT:  SURE.  WHY DON'T YOU SHOW IT TO COUNSEL

03:15PM 14   THEN.

03:15PM 15            MR. NICK:  YES, I WILL, YOUR HONOR.

03:15PM 16        (PAUSE IN PROCEEDINGS.)

03:15PM 17            MR. NICK:  YOUR HONOR, MAY I APPROACH?

03:15PM 18        (HANDING.)

03:15PM 19            THE COURT:  SIR, JUST LOOK AT THIS AND READ IT TO

03:15PM 20   YOURSELF.

03:15PM 21   BY MR. NICK:

03:15PM 22   Q.   READ IT TO YOURSELF.  I JUST WANT TO KNOW IF YOU RECALL

03:16PM 23   THAT STATEMENT?

03:16PM 24            THE COURT:  WHEN YOU FINISH READING IT, JUST LOOK UP

03:16PM 25   AT MR. NICK, AND HE'LL ASK YOU ANOTHER QUESTION.

03:16PM 1      THE WITNESS:  I CAN BARELY READ IT ONLY BECAUSE I

03:16PM 2   CANNOT SEE IT THAT WELL.

03:16PM 3      SO WHICH COMPONENT AM I READING?  THE ONE CIRCLED?

03:16PM 4   BY MR. NICK:

03:16PM 5   Q.   YES.

03:16PM 6   A.   I APOLOGIZE.  I CAN'T READ THE LETTERS.  THEY'RE TOO

03:16PM 7   SMALL.

03:16PM 8   Q.   THANKS.

03:16PM 9   A.   OKAY.  I'VE READ THE PARAGRAPH.

03:16PM 10  Q.   DOES THAT REFRESH YOUR MEMORY THAT YOU WERE INFORMED THAT

03:16PM 11  THE GUARANTOR WAS GOING TO BE NATA AND IT WAS GOING TO BE

03:16PM 12  SECURED BY A HOME?

03:16PM 13  A.   I MUST HAVE BEEN IF THIS IS AN E-MAIL.  I JUST DON'T

03:16PM 14  SPECIFICALLY REMEMBER IN MY MIND THAT SPECIFIC COMMENT.

03:16PM 15  Q.   VERY WELL, MR. WARDA.  IT'S ACCURATE TO SAY THAT YOU DON'T

03:17PM 16  RECALL MUCH OF THE EVENTS FROM THAT BECAUSE OF THE LENGTH OF

03:17PM 17  TIME THAT HAS PASSED, WOULD THAT BE FAIR?

03:17PM 18  A.   THAT IS CORRECT.

03:17PM 19  Q.   YOUR MAIN INTEREST WAS TO MAKE SURE THAT YOUR LOAN WAS

03:17PM 20  SECURED BY REAL ESTATE?

03:17PM 21  A.   CORRECT.

03:17PM 22  Q.   AND THE NOTE IN THIS CASE WAS SIGNED BY

03:17PM 23  KRISTEL KUBUROVICH; CORRECT?

03:17PM 24  A.   CORRECT.

03:17PM 25  Q.   AND SO IF YOUR LOAN TERMS WERE DEFAULTED ON, THE PERSON

03:17PM  1    THAT YOU WOULD HAVE TO GO AFTER, FOR LACK OF A BETTER TERM, OR

03:17PM  2    SUE OR TRY TO ENFORCE THE AGREEMENT WOULD BE KRISTEL KUBUROVICH

03:17PM  3    AND NATA, WOULD THAT BE AN ACCURATE STATEMENT?

03:17PM  4    A.   I WOULD ASSUME.  HOWEVER, I DID HAVE AN ATTORNEY REPRESENT

03:17PM  5    ME WITH THESE DOCUMENTATIONS, AND HE MAINLY REVIEWED EVERYTHING

03:17PM  6    TO BE ACCURATE FOR MY SECURITY.

03:17PM  7    Q.   OKAY.  SO IN ESSENCE ONE OF THE PURPOSES OF YOUR ATTORNEY

03:17PM  8    WAS TO MAKE SURE THAT YOUR LOAN WOULD BE SECURED?

03:18PM  9    A.   THAT IS CORRECT.

03:18PM  10   Q.   NOW, I JUST WANT TO TOUCH UPON THIS TESTIMONY THAT YOU

03:18PM  11   BROUGHT UP THAT IN THE COURSE OF YOUR CONSTRUCTION BUSINESS YOU

03:18PM  12   SEE ALWAYS DOCUMENTS WITH OTHER LIMITED LIABILITY COMPANIES AND

03:18PM  13   DIFFERENT NAMES WHEN LOANS OR OTHER CONTRACTS ARE EXECUTED.

03:18PM  14   WOULD THAT BE CORRECT?

03:18PM  15   A.   THAT IS CORRECT.

03:18PM  16   Q.   ALL RIGHT.  AND IS IT COMMON IN THE INDUSTRY TO HAVE,

03:18PM  17   LET'S SAY, A LIMITED LIABILITY CORPORATION AND MAYBE ONE

03:18PM  18   INDIVIDUAL IS EITHER HIRED BY THE COMPANY OR IS A MEMBER OF THE

03:18PM  19   COMPANY, AND THEY'RE SENT OUT TO DO NEGOTIATIONS WITH RESPECT

03:18PM  20   TO A SPECIFIC TOPIC, WHETHER IT'S BUYING THE LAND OR TRYING TO

03:18PM  21   NEGOTIATE THE PURCHASE OF MATERIALS, WHATEVER IT MAY BE?

03:18PM  22   A.   FOR THOSE SPECIFICS I CAN ONLY ANSWER IN MY OWN EXPERIENCE

03:18PM  23   ON THE LLC'S AND THE CORPORATIONS I'VE CREATED AND BEEN

03:19PM  24   INVOLVED WITH.

03:19PM  25   Q.   VERY WELL.

03:19PM 1    A.   AND THAT STATEMENT THAT YOU JUST SAID IS CORRECT.

03:19PM 2    Q.   THANK YOU, SIR.  NOW, THE BUSINESS THAT BATZI TOLD YOU --

03:19PM 3    FORGIVE ME, YOUR HONOR.  I'M JUST USING THE NAMES SO THE

03:19PM 4    WITNESS KNOWS WHO I'M TALKING ABOUT -- THE BUSINESS THAT HE

03:19PM 5    TOLD YOU THAT YOU WOULD BE LOANING THE MONEY TO, YOU DIDN'T

03:19PM 6    HAVE AN OPPORTUNITY TO LOOK AT, LET'S SAY, THE CORPORATE

03:19PM 7    STRUCTURE AND WHO WAS IN CHARGE AND WHO WAS NOT, WOULD THAT BE

03:19PM 8    AN ACCURATE STATEMENT?

03:19PM 9    A.   CORRECT.

03:19PM 10   Q.   AGAIN, YOUR MAIN PRINCIPLE WAS LOAN THE MONEY, MAKE SURE

03:19PM 11   IT'S SECURED BY REAL ESTATE?

03:19PM 12   A.   THAT IS IT.

03:19PM 13   Q.   ALL RIGHT.  AND THE FIRST TIME THAT YOU SAW MS. KUBUROVICH

03:20PM 14   YOU SAID WAS AT THE ACTUAL SIGNING; CORRECT?

03:20PM 15   A.   YES.

03:20PM 16   Q.   AND -- BUT YOU WOULD AGREE THAT YOU HAD BEEN GIVEN A

03:20PM 17   NOTICE OR EXPLAINING THAT SHE WOULD BE PART OF THE GUARANTOR?

03:20PM 18   SHE WOULD BE THE GUARANTOR I SHOULD SAY?

03:20PM 19   A.   HAVING READ THAT DOCUMENT, YES.

03:20PM 20   Q.   THANK YOU VERY MUCH, MR. WARDA.

03:20PM 21        NOTHING FURTHER.

03:20PM 22            THE COURT:  MS. GILG.

03:20PM 23                          **CROSS-EXAMINATION**

03:20PM 24   BY MS. GILG:

03:20PM 25   Q.   GOOD AFTERNOON, MR. WARDA.  HAPPY FRIDAY.

03:20PM 1    A.   YES.

03:20PM 2    Q.   THE CHECK THAT -- DID YOU -- HOW DID YOU PAY OR HOW DID

03:20PM 3    YOU TRANSFER THE MONEY THAT YOU GAVE MR. -- OR NATA FOR THE

03:21PM 4    LOAN?

03:21PM 5    A.   I DON'T EVEN REMEMBER.  IT MUST HAVE BEEN A CHECK TO SIGN

03:21PM 6    OFF THE TITLE.

03:21PM 7    Q.   DO YOU RECALL WHETHER IT WAS THROUGH A NATA ACCOUNT?

03:21PM 8    A.   I DO NOT.

03:21PM 9    Q.   OKAY.  NOW, WOULD IT BE FAIR TO SAY THAT INITIALLY

03:21PM 10   MR. KUBUROVICH APPROACHED YOU WITH WHAT HE WAS DESCRIBING AS A

03:21PM 11   GOOD POTENTIAL MONEY MAKING ENTITY OR ENTERPRISE; CORRECT?

03:21PM 12   A.   CORRECT.

03:21PM 13   Q.   AND DO YOU RECALL WHEN IT WAS THAT HE FIRST APPROACHED

03:21PM 14   YOU, IF, YOU KNOW, IF WE'RE SAYING THAT THE LOAN WAS, WAS

03:21PM 15   FINALLY EFFECTUATED IN MAY OF 2010, WHEN DID YOU FIRST START

03:21PM 16   TALKING ABOUT THIS ENTERPRISE OR THIS ADVENTURE?

03:21PM 17   A.   ABOUT A MONTH BEFORE.

03:21PM 18   Q.   AND HE APPROACHED YOU AND HE TOLD YOU WHAT THE ENTERPRISE

03:21PM 19   WAS, AND IT WAS ONE THAT YOU WOULD CHARACTERIZE AS HIGH RISK?

03:21PM 20   A.   WHEN BATZI FIRST APPROACHED ME THERE WAS NO DISCUSSION OF

03:22PM 21   ANY ENTERPRISE WHATSOEVER OF WHAT THE LOAN WAS FOR.

03:22PM 22   Q.   SO HE DIDN'T TELL YOU WHAT HE WAS -- WHAT ENTERPRISE HE

03:22PM 23   WAS SEEKING YOUR -- WELL, LET ME ASK YOU THIS, AT SOME POINT

03:22PM 24   DURING THE NEGOTIATIONS YOU LEARNED WHAT THE MONEY WAS BEING

03:22PM 25   SOUGHT FOR?

03:22PM   1    A.   THAT IS CORRECT.

03:22PM   2    Q.   AND IT WAS A CANNIBUS DISPENSARY; CORRECT?

03:22PM   3         MR. SCHENK:  OBJECTION.  MOVE TO STRIKE ON RELEVANCY

03:22PM   4    GROUNDS.

03:22PM   5         THE COURT:  SUSTAINED.  COUNSEL, LET ME SEE YOU.

03:22PM   6    (SIDE-BAR CONFERENCE ON THE RECORD.)

03:22PM   7         THE COURT:  WE'RE AT SIDE-BAR WITH COUNSEL.

03:23PM   8    YOU ASKED ABOUT THE CANNABIS.

03:23PM   9         MS. GILG:  YOUR HONOR, HE -- THIS IS WHAT WE SAID

03:23PM  10    ALL ALONG IS THAT THIS WITNESS, HE TESTIFIED THAT HE WAS

03:23PM  11    LENDING THE MONEY FOR ONE OF BATZI'S ENTERPRISES OR ONE OF HIS

03:23PM  12    BUSINESSES.

03:23PM  13         THE COURT:  RIGHT.

03:23PM  14         MS. GILG:  WELL, WE HAVE TO CLARIFY THAT.

03:23PM  15         THE COURT:  WHY?

03:23PM  16         MS. GILG:  BECAUSE OTHERWISE IT LOOKS LIKE IT'S ONE

03:23PM  17    OF HIS OWN BUSINESSES IS BEING SECURED BY THE HOME.

03:23PM  18         THE COURT:  I GUESS WHAT I'M CURIOUS ABOUT IS WHY IS

03:23PM  19    THE NATURE OF THE BUSINESS?

03:23PM  20         MS. GILG:  BECAUSE IT'S --

03:23PM  21         MR. NICK:  LET ME EXPLAIN.  HERE'S WHY.  LET ME

03:23PM  22    EXPLAIN.  UNDER CALIFORNIA LAW NOBODY CAN OWN A CANNIBIS CLUB.

03:23PM  23    IT'S STRICTLY A COLLECTIVE ORGANIZATION THAT CAN BE OPERATED BY

03:23PM  24    A BOARD, AND THE BOARD HAS FIDUCIARY RESPONSIBILITY TO THE

03:23PM  25    MEMBERS, AND THE MONEY JUST CAN'T BE TAKEN AND THROWN AROUND.

03:23PM 1      THE COURT: THAT'S LOVELY. THAT'S WONDERFUL. WHAT

03:23PM 2  DOES THAT HAVE TO DO WITH THIS CASE?

03:23PM 3      MR. NICK: HERE'S WHAT IT HAS TO DO WITH, YOUR

03:24PM 4  HONOR, BECAUSE IT'S NOT JUST LOANING MONEY FOR A BUSINESS,

03:24PM 5  WHICH IS THE IMPRESSION THAT IS BEING LEFT IS THAT

03:24PM 6  MR. KUBUROVICH TAKES THE MONEY AND HAS ALL OF THE CONTROL OVER

03:24PM 7  IT, AND THAT'S WHY THE DISABUSING IS NECESSARY TO LET THE JURY

03:24PM 8  KNOW THAT THIS IS GOING TO A BUSINESS OF WHICH MR. KUBUROVICH

03:24PM 9  ACTUALLY HAS NO CONTROL OVER.

03:24PM 10     THE COURT: WELL, WHY DO YOU -- IF YOU WANT TO GET

03:24PM 11 THAT INTO EVIDENCE STILL, WHY DO YOU HAVE TO IDENTIFY IT'S A

03:24PM 12 CANNIBUS BUSINESS?

03:24PM 13     MR. NICK: BECAUSE OF THE NATURE OF THE BUSINESS AND

03:24PM 14 HOW IT'S RUN, IT'S SO RESTRICTED FINANCIALLY WITH RESPECT TO

03:24PM 15 WHAT YOU CAN AND CAN'T DO WITH THE MONEY.

03:24PM 16     THE COURT: YOU DON'T HAVE TO IDENTIFY IT AS A

03:24PM 17 CANNIBIS BUSINESS TO GET THAT IN.

03:24PM 18     MS. GILG: WELL, YOUR HONOR, I COULD SAY MEDILEAF.

03:24PM 19 I COULD SAY MEDILEAF.

03:24PM 20     THE COURT: MR. SCHENK?

03:24PM 21     MR. SCHENK: EVEN MORE, I BELIEVE IN BOTH

03:24PM 22 CROSS-EXAMINATIONS IT WAS ELICITED THAT THE MONEY WENT TO NATA.

03:24PM 23 SO THE IDEA THAT WE NEED TO TALK ABOUT MARIJUANA SO THE JURY

03:24PM 24 DOES NOT THINK THAT MR. KUBUROVICH HAD CONTROL OVER THE

03:24PM 25 $150,000 HAD NOTHING TO DO WITH THE MARIJUANA OR THE CANNIBIS

03:25PM 1    CLUB, I BELIEVE BOTH, BUT CERTAINLY MS. GILG JUST ELICITED FROM

03:25PM 2    THIS WITNESS THAT THE MONEY WENT TO NATA.

03:25PM 3         THEY DID A GREAT JOB ON CROSS WITH MS. KIKUGAWA SHOWING

03:25PM 4    IT'S SEPARATE, AND IT DOESN'T MEAN IT'S IN THE OPERATING

03:25PM 5    AGREEMENT.  SO THEY GET THE POINT THEY WANT THAT THIS WENT TO

03:25PM 6    NATA.

03:25PM 7         MS. GILG:  NO, BUT HIS TESTIMONY IS THAT IT WENT TO

03:25PM 8    NATA WHICH IS AN ENTITY -- NO.  HE SAID IT WAS A BUSINESS.

03:25PM 9    WE'RE ENTITLED TO ESTABLISH THAT HE NEVER BELIEVED THAT NATA

03:25PM 10   WAS A BUSINESS OF BATZI'S, THAT HE WAS LOANING THE MONEY TO

03:25PM 11   MEDILEAF, AND I DON'T THINK HE'LL KNOW WHAT MEDILEAF IS AND --

03:25PM 12   BUT THE FACT IS THAT HIS TESTIMONY WAS THAT HE WAS LENDING THE

03:25PM 13   MONEY TO A BUSINESS OF BATZI'S.

03:25PM 14        WE'RE GOING TO TRY TO ESTABLISH -- WELL, WHAT WE'RE GOING

03:25PM 15   TO ESTABLISH IS THAT MEDILEAF IS A MUTUAL BENEFIT CORPORATION,

03:25PM 16   AND THAT IS NOT A BUSINESS THAT WAS OWNED BY BATZI.

03:26PM 17        THE COURT:  WELL, I GUESS MY POINT IS THAT YOU DON'T

03:26PM 18   HAVE TO IDENTIFY IT AS A CANNIBUS BUSINESS.

03:26PM 19        MS. GILG:  CAN I ASK HIM WAS IT GOING TO -- WAS IT

03:26PM 20   GOING TO AN ENTITY CALLED MEDILEAF?  HE WON'T KNOW, BUT I CAN

03:26PM 21   ASK THAT.

03:26PM 22        THE COURT:  WELL, WHAT WE KNOW IS THAT IT APPEARS

03:26PM 23   THAT NATA IS A SIGNATOR AND MS. KUBUROVICH SIGNED THIS.

03:26PM 24        MS. GILG:  YES.

03:26PM 25        THE COURT:  SO NATA IS THE RECIPIENT OR AT LEAST THE

03:26PM 1    GUARANTOR, IT APPEARS, OF THIS PARTICULAR LOAN.

03:26PM 2                MS. GILG:  RIGHT.  BUT THE LOAN WAS FOR MEDILEAF,

03:26PM 3    AND THAT'S WHAT I HAVE A RIGHT TO ASK HIM.  THAT'S WHAT THE

03:26PM 4    LOAN WAS FOR.  IT WASN'T FOR NATA.

03:26PM 5                THE COURT:  WHY IS THAT RELEVANT?

03:26PM 6                MS. GILG:  BECAUSE HE TESTIFIED IT WAS FOR BATZI'S

03:26PM 7    BUSINESS.

03:26PM 8                MR. NICK:  AND MEDILEAF IS NOT HIS BUSINESS.

03:26PM 9                THE COURT:  WELL, IF THIS WAS WHAT WAS REPRESENTED

03:26PM 10   TO HIM BY MR. KUBUROVICH, IF MR. KUBUROVICH SAID THIS IS FOR MY

03:26PM 11   BUSINESS, THAT'S A DIFFERENT ISSUE.  I DON'T KNOW IF THAT --

03:27PM 12               MS. GILG:  WELL, I CAN EXAMINE HIM AND SAY WASN'T IT

03:27PM 13   FOR MEDILEAF.

03:27PM 14               THE COURT:  WELL, MR. SCHENK?

03:27PM 15               MR. SCHENK:  I'M REPEATING A POINT, BUT THIS WITNESS

03:27PM 16   TESTIFIED TO WHAT HE THOUGHT THE LOAN WAS FOR.  SO TO TRY TO

03:27PM 17   GET IN THROUGH THIS WITNESS WHAT THE MONEY ACTUALLY WENT TO OR

03:27PM 18   HOW IT WAS SPENT OR THE RISKS OF IT IS SOMETHING THAT THIS

03:27PM 19   WITNESS DOES NOT HAVE PERSONAL KNOWLEDGE OF.

03:27PM 20         AND THE POINT THAT YOU'RE TRYING TO ELICIT, THAT IS, THE

03:27PM 21   MONEY YOU SAY YOU THOUGHT WAS GOING TO A BUSINESS FOR

03:27PM 22   MR. KUBUROVICH, IN FACT, WENT TO NATA, HAS ALREADY BEEN

03:27PM 23   ESTABLISHED, AND THAT'S WHY THE COURT SHOULD STICK WITH ITS

03:27PM 24   RULING AND --

03:27PM 25               MS. GILG:  I'M SORRY.  I'M ENTITLED TO

03:27PM 1  CROSS-EXAMINATION TO EXPLORE THIS NOTION THAT HE BELIEVED THE

03:27PM 2  MONEY WAS GOING TO A BUSINESS OF MR. KUBUROVICH'S, AND I CAN DO

03:27PM 3  THAT BY SAYING, WASN'T IT YOUR UNDERSTANDING THAT THE MONEY WAS

03:27PM 4  GOING TO, AND I CAN SAY MEDILEAF, AND SEE IF HE KNOWS WHAT

03:27PM 5  MEDILEAF IS, BUT WHAT HE KNOWS IS THAT I WAS GOING TO A MEDICAL

03:27PM 6  CANNIBUS DISPENSARY --

03:28PM 7          THE COURT:  HE KNOWS THAT?

03:28PM 8          MS. GILG:  YES, HE DOES, THAT'S WHAT I'M SAYING.

03:28PM 9          MR. NICK:  THAT'S THE WHOLE TRIAL.

03:28PM 10         THE COURT:  LET'S TALK ONE AT A TIME.

03:28PM 11         MR. NICK:  I'M SORRY.

03:28PM 12         MS. GILG:  THAT'S THE POINT.  HE KNEW ALL ALONG THAT

03:28PM 13 IT WAS GOING TO MEDILEAF, AND THAT'S WHY HE GOT THE 20 PERCENT

03:28PM 14 RETURN, AND HE GOT A 20 PERCENT RETURN BECAUSE IT WAS A HIGH

03:28PM 15 RISK BUSINESS, AND HE TESTIFIED TO THAT AT THE TRIAL.

03:28PM 16     HE WOULD SAY THAT AGAIN THAT THAT WAS THE PURPOSE OF THAT

03:28PM 17 LOAN, AND THAT'S WHY I'M ENTITLED SO I DON'T HAVE TO JUST

03:28PM 18 ACCEPT, WELL, HE SAID IT IS ONE OF BATZI'S BUSINESSES.  WHAT

03:28PM 19 BUSINESS?  MEDILEAF.

03:28PM 20         THE COURT:  AND WHAT IS THE RELEVANCE OF THAT?

03:28PM 21         MS. GILG:  BECAUSE IT'S NOT ONE OF BATZI'S BENEFIT,

03:28PM 22 IT'S A MUTUAL BENEFIT CORPORATION THAT OPERATES AS A MUTUAL

03:28PM 23 BENEFIT CORPORATION.

03:28PM 24         THE COURT:  LET ME JUST GO BACK JUST A MOMENT.

03:28PM 25     THE QUESTION IS MR. KUBUROVICH ALLEGEDLY GOT THIS LOAN AND

03:29PM 1    SECURED THIS LOAN IN SOME FASHION FROM THIS WITNESS, AND I

03:29PM 2    GUESS DID THIS -- DID HE DEFAULT ON THIS LOAN?  IS THAT WHAT

03:29PM 3    HAPPENED?

03:29PM 4            MS. GILG:  NO, HE PAID THE LOAN.

03:29PM 5            THE COURT:  OKAY.  SO WHAT IS THE RELEVANCE OF THIS

03:29PM 6    LOAN THEN?

03:29PM 7            MR. NICK:  I THINK WHAT THE GOVERNMENT IS TRYING TO

03:29PM 8    ESTABLISH IS THAT MR. KUBUROVICH IS CONTROLLING THAT, AND

03:29PM 9    MR. KUBUROVICH CONTROLS THAT AND NOT ONLY THAT, THAT THIS LOAN

03:29PM 10   WAS ASSETS THAT HE RECEIVED THAT WERE NOT DISCLOSED IN THE

03:29PM 11   BANKRUPTCY PROCEEDING DESPITE HAVING THIS MEDILEAF.

03:29PM 12       AND SO THIS MAKES IT VERY CRITICAL, YOUR HONOR, TO AT

03:29PM 13   LEAST BRING OUT FROM THIS WITNESS WHAT TYPE OF BUSINESS DID YOU

03:29PM 14   KNOW YOU WERE LOANING TO?  AND I GUESS I ASKED ONE OF THE

03:29PM 15   QUESTIONS ALREADY WHICH WAS DID YOU LOOK INTO THE CORPORATE

03:29PM 16   STRUCTURE OF HOW THAT BUSINESS OPERATED OR ANYTHING LIKE THAT.

03:29PM 17           MS. GILG:  AND I CAN JUST ASK, WAS IT YOUR

03:29PM 18   UNDERSTANDING TO MEDILEAF?  I DON'T KNOW IF HE'LL KNOW THE NAME

03:30PM 19   OF THE ENTITY, AND THAT'S WHY I SAID THE MEDICAL CANNIBIS, BUT

03:30PM 20   IT'S ALL OVER THE DOCUMENTS THAT --

03:30PM 21           THE COURT:  I'M JUST STILL CURIOUS WHY YOU SAID THAT

03:30PM 22   WHEN WE'VE TAKEN SUCH GREAT CARE TO NOT INTERJECT THAT IN THE

03:30PM 23   CASE.

03:30PM 24           MS. GILG:  I DID NOT THINK THAT -- YOUR HONOR, THE

03:30PM 25   LAST EXHIBITS THAT WE USED SAID MEDICAL CANNIBIS DISPENSARY ON

03:30PM  1    THEM.  I THOUGHT THAT WAS OKAY.

03:30PM  2            MR. NICK:  YOUR HONOR, THE EXHIBITS THAT THE

03:30PM  3    GOVERNMENT JUST WENT THROUGH, WHICH ARE THE SIGNATURE SHEETS

03:30PM  4    AND THE BANK ACCOUNTS, ARE OPENED BY MEDILEAF, AND IT LITERALLY

03:30PM  5    SAYS MEDICAL CANNIBUS COLLECTIVE ON THE --

03:30PM  6            THE COURT:  DOES IT SAY THAT?

03:30PM  7            MR. NICK:  -- ON THE EXHIBITS ADMITTED INTO EVIDENCE

03:30PM  8    ALREADY.

03:30PM  9            MR. SIMEON:  THEY WERE NOT ON THE EXHIBITS THAT THE

03:30PM  10   GOVERNMENT ENTERED.

03:30PM  11           MR. NICK:  THE EXHIBIT WE USED WORD ADMITTED, IT

03:30PM  12   DOES HAVE THE WORD "MEDICAL CANNIBUS" COLLECTIVE ON IT.

03:30PM  13           MS. GILG:  AND THE BANK FILE SAYS MEDILEAF IS A

03:31PM  14   MEDICAL DISPENSARY.

03:31PM  15           MR. SIMEON:  IT DOES NOT USE THAT WORD.

03:31PM  16           MS. GILG:  IT SAYS MEDICAL DISPENSARY.

03:31PM  17           MR. SIMEON:  MEDICAL DISPENSARY.

03:31PM  18           MS. GILG:  MEDILEAF, MEDICAL DISPENSARY.  THEY KNOW

03:31PM  19   WHAT IT IS.

03:31PM  20           THE COURT:  MR. SCHENK?

03:31PM  21           MR. SCHENK:  MR. WARDA PROVIDES RELEVANT TESTIMONY

03:31PM  22   BECAUSE A TRUSTEE IN BANKRUPTCY WOULD WANT TO KNOW IF SOMEONE

03:31PM  23   HAS ENOUGH POWER OVER THE HOME TO USE IT AS COLLATERAL TO

03:31PM  24   SECURE A LOAN.  THAT IS RELEVANT TESTIMONY.

03:31PM  25          TO THEN SAY NOW I WANT TO TRACE THE PURPOSE OF THAT LOAN

03:31PM 1    AND WHERE THIS WITNESS THOUGHT HIS MONEY WENT AND WHY HE NEEDED

03:31PM 2    A HIGH INTEREST RATE AND WHETHER IT WAS HIGH RISK DOESN'T

03:31PM 3    MATTER AT ALL.

03:31PM 4        THE TRUNK OF THE TREE FOR RELEVANCE HERE IS MR. KUBUROVICH

03:31PM 5    HAD ENOUGH CONTROL OF THE HOME TO USE IT AS COLLATERAL FOR A

03:31PM 6    LOAN.

03:31PM 7        AND WHEN WE GO AS FAR AFIELD, OKAY, NOW LET'S GO DOWN THE

03:31PM 8    RABBIT HOLE AND THE PURPOSE OF THAT LOAN AND THE RISK OF THAT

03:32PM 9    LOAN, WE LEFT THE RELEVANCE AND THAT'S WHY THE COURT'S

03:32PM 10   RULING --

03:32PM 11        MS. GILG:  I DON'T KNOW HOW YOU CAN SAY THAT.

03:32PM 12   THAT'S NOT THE LAW.  HAVING THE POWER TO CONTROL YOUR DAUGHTER

03:32PM 13   IS NOT THE LAW.  THE TRUSTEES DON'T NEED TO KNOW THAT.

03:32PM 14        THE COURT:  WELL, LET'S JUST FOCUS ON THIS.

03:32PM 15        MS. GILG:  HE TESTIFIED IT WAS FOR ONE OF BATZI'S

03:32PM 16   BUSINESSES.  I JUST WANT TO ESTABLISH WHICH BUSINESS THAT WAS.

03:32PM 17   IT'S CALLED MEDILEAF.  I'LL ASK HIM.  I MEAN, I DON'T HAVE -- I

03:32PM 18   MEAN, I THINK WE'RE ENTITLED TO ESTABLISH WHICH BUSINESS HE

03:32PM 19   SAYS HE WAS LOANING TO.

03:32PM 20        THE COURT:  IF HE KNOWS.  I GUESS IT'S IN EVIDENCE

03:32PM 21   HERE THAT IT'S SIGNED FOR NATA CORPORATION OR WHATEVER IT IS.

03:32PM 22        MS. GILG:  IT'S NATA CORPORATION IS A LIMITED

03:32PM 23   PARTNERSHIP.

03:32PM 24        THE COURT:  NATA LP, WHATEVER IT IS.  I THINK THE

03:32PM 25   RELEVANCE IS MINIMAL, REALLY, I REALLY DO.

03:32PM 1          YOU CAN ASK HIM IF HE KNEW WHAT THE BUSINESS WAS AND IF HE

03:32PM 2     KNEW THE BUSINESS NAME, THAT'S FINE.  IF HE DOES, THAT'S FINE.

03:33PM 3     IF HE DOESN'T, THAT'S FINE.

03:33PM 4               MS. GILG:  OKAY.

03:33PM 5               THE COURT:  ALL RIGHT.  THANK YOU.

03:33PM 6          (END OF DISCUSSION AT SIDE-BAR.)

03:33PM 7               THE COURT:  THANK YOU, COUNSEL.

03:33PM 8     BY MS. GILG:

03:33PM 9     Q.   SORRY ABOUT THAT, MR. WARDA.

03:33PM 10         WAS IT YOUR -- WHEN YOU WERE DISCUSSING THIS WITH

03:33PM 11    MR. KUBUROVICH, WAS IT YOUR UNDERSTANDING THAT THE LOAN WOULD

03:33PM 12    GO TO AN ENTITY CALLED MEDILEAF?

03:33PM 13    A.   WOULD THERE BE A WAY I CAN SPEAK TO MY ATTORNEY?

03:33PM 14              THE COURT:  IS YOUR ATTORNEY PRESENT?

03:33PM 15              THE WITNESS:  YES, SIR.

03:33PM 16              THE COURT:  THIS QUESTION JUST REQUIRES A YES OR NO

03:33PM 17    ANSWER.  CAN YOU ANSWER IT YES OR NO WITHOUT CONSULTING WITH

03:33PM 18    YOUR ATTORNEY?

03:33PM 19              THE WITNESS:  I COULD.

03:33PM 20              THE COURT:  WHY DON'T YOU DO THAT.

03:33PM 21              THE WITNESS:  YES.

03:33PM 22    BY MS. GILG:

03:33PM 23    Q.   AND WAS THERE A -- WITHDRAW THAT.

03:34PM 24         AND BASED ON THE DISCUSSIONS THAT YOU HAD WITH

03:34PM 25    MR. KUBUROVICH, YOU CONSULTED YOUR ATTORNEY, CORRECT, ABOUT THE

03:34PM 1    LOAN?

03:34PM 2    A.   YES, I DID.

03:34PM 3    Q.   AND TO ENSURE THAT YOU WERE PROTECTING YOURSELF LEGALLY;

03:34PM 4    RIGHT?

03:34PM 5    A.   NO.  TO PROTECT THE MONEY.

03:34PM 6    Q.   AND ALSO -- AND TO PROTECT THE MONEY.  SO WAS THAT PART OF

03:34PM 7    THE REASON WHY THE INTEREST RATE WAS HIGHER THAN A NORMAL

03:34PM 8    RETURN WAS BECAUSE YOU WERE TAKING A RISK?

03:34PM 9    A.   BATZI OFFERED THE INTEREST RATE.

03:34PM 10   Q.   OKAY.  AND THEN WITH REGARD TO THE SECURITY OF THE HOME,

03:34PM 11   THAT WAS ALSO TO PROTECT THE MONEY; CORRECT?

03:34PM 12   A.   THAT IS CORRECT.

03:34PM 13          MS. GILG:  I HAVE NOTHING FURTHER, YOUR HONOR.

03:34PM 14   THANK YOU.

03:34PM 15          MR. SCHENK:  NO REDIRECT.

03:34PM 16          THE COURT:  ALL RIGHT.  MAY THIS WITNESS BE EXCUSED?

03:34PM 17          MR. NICK:  YES.

03:34PM 18          THE COURT:  MS. GILG?

03:35PM 19          MS. GILG:  YES.

03:35PM 20          THE COURT:  THANK YOU, SIR.

03:35PM 21       DO YOU HAVE ANOTHER WITNESS OR ANY OTHER EVIDENCE TO

03:35PM 22   OFFER.

03:35PM 23          MR. SCHENK:  I'M SORRY TO ASK MAY WE GO SIDE-BAR

03:35PM 24   JUST BRIEFLY BEFORE WE DO?

03:35PM 25          THE COURT:  SURE.

03:35PM 1         MR. SCHENK:  THANK YOU.

03:35PM 2     (SIDE-BAR CONFERENCE ON THE RECORD.)

03:35PM 3         THE COURT:  WE'RE AT SIDE-BAR NOW.  DO YOU HAVE

03:35PM 4  ANOTHER WITNESS HERE?

03:35PM 5         MR. SCHENK:  NO.  THE GOVERNMENT WOULD INTEND TO

03:35PM 6  MOVE INTO EVIDENCE THE EXHIBITS WE READ OFF THIS MORNING.  I

03:35PM 7  DON'T THINK WE DID THAT IN FRONT OF THE JURY.

03:35PM 8         THE COURT:  RIGHT.

03:35PM 9         MR. SCHENK:  WE WOULD ASK THE COURT, OR IF THE COURT

03:35PM 10  DOES NOT WANT TO WE'RE HAPPY TO READ THE THREE STIPULATIONS

03:35PM 11  THAT I THINK WERE E-FILED THIS MORNING AND THE PAPER THAT WAS

03:35PM 12  HANDED OUT.

03:35PM 13     THE SECOND ONE WOULD REQUIRE US TO PLAY THE VIDEO AND THAT

03:35PM 14  IS READY TO GO, AND THEN THE GOVERNMENT WOULD INTEND TO REST.

03:36PM 15         THE COURT:  OKAY.  WE CAN DO THAT AND GET ALL OF

03:36PM 16  THAT DONE THIS AFTERNOON, I THINK.

03:36PM 17         MR. NICK:  I DON'T HAVE TO DO MY OPENING TODAY.

03:36PM 18         THE COURT:  WELL, WE'LL HAVE PLENTY OF TIME NOW.

03:36PM 19  NATURE ABHORS A VACUUM.

03:36PM 20         MS. GILG:  THE OTHER THING IS, TOO, WE WOULD LIKE TO

03:36PM 21  BRING A RULE 29, AND WE'LL DO JURY INSTRUCTIONS MONDAY.

03:36PM 22         THE COURT:  LET'S FINISH THIS, AND I'LL LET THEM GO

03:36PM 23  FOR THE WEEKEND.  I THINK WE'LL FINISH THIS IN THE NEXT

03:36PM 24  30 MINUTES MY SENSE IS.  WE'LL LET THEM GO AND THEN WE'LL STAY

03:36PM 25  AND TALK.

03:36PM 1      MR. NICK:  OKAY.  SO I DON'T HAVE TO START MY

03:36PM 2  OPENING STATEMENT.

03:36PM 3      THE COURT:  THANK YOU, COUNSEL.

03:36PM 4    (END OF DISCUSSION AT SIDE-BAR.)

03:36PM 5      THE COURT:  ALL RIGHT.  LET ME TURN TO THE

03:36PM 6  GOVERNMENT.  IS THERE ADDITIONAL EVIDENCE THAT THE GOVERNMENT

03:37PM 7  WISHES TO INTRODUCE AT THIS TIME?

03:37PM 8      MR. SCHENK:  YES.  THANK YOU, YOUR HONOR.

03:37PM 9    THE GOVERNMENT MOVES INTO EVIDENCE THE FOLLOWING EXHIBIT

03:37PM 10  NUMBERS 5, 8, 23, 41, 42, 43, 44, 46, 47, 52, 53, 55, 56, AND

03:37PM 11  57.

03:37PM 12      THE COURT:  ALL RIGHT.  THANK YOU.  ANY OBJECTION?

03:37PM 13  I NOTE THAT 56, 43, AND I THINK ARE ALREADY IN -- YES, THEY

03:37PM 14  HAVE ALREADY BEEN ADMITTED AS IS 52.

03:37PM 15    ANY OBJECTION TO RECEIPT OF ANY OF THESE EXHIBITS.

03:37PM 16    (GOVERNMENT'S EXHIBITS 5, 8, 23, 41, 42, 43, 44, 46, 47,

03:37PM 17  52, 53, 55, 56, AND 57 WERE RECEIVED IN EVIDENCE.)

03:37PM 18      MR. NICK:  THE MATTER IS SUBMITTED.  THANK YOU, YOUR

03:37PM 19  HONOR.

03:37PM 20      MS. GILG:  THE MATTER IS SUBMITTED.

03:37PM 21      THE COURT:  ALL RIGHT.  THANK YOU.  THOSE EXHIBITS

03:37PM 22  WILL BE ADMITTED AT THIS TIME.

03:38PM 23    AS I INDICATED, A FEW OF THESE HAVE ALREADY BEEN ADMITTED

03:38PM 24  AND PREVIOUSLY PUBLISHED TO THE JURY.

03:38PM 25    I THINK I ALSO RECEIVED SOME JOINT STIPULATIONS.  WOULD

THE PARTIES ALLOW ME TO READ THESE STIPULATIONS NOW THEN?

MR. SCHENK:  NO, YOUR HONOR.

MS. GILG:  YES.

MR. NICK:  YES, YOUR HONOR.

THE COURT:  THANK YOU.  LADIES AND GENTLEMEN, I'M NOW GOING TO READ TO YOU SOME STIPULATIONS REGARDING CERTAIN EVIDENCE IN THE CASE, AND WHAT THIS MEANS IS THAT THE PARTIES HAVE AGREED TO CERTAIN FACTS THAT WILL BE STATED TO YOU.  YOU SHOULD, THEREFORE, TREAT THESE FACTS AS HAVING BEEN PROVED, AND YOU'LL RECEIVE ADDITIONAL INSTRUCTION ON THIS IN YOUR FINAL INSTRUCTIONS AS WELL.

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING.

NUMBER 1.  GOVERNMENT'S EXHIBIT 8 AND 46 AND DEFENSE EXHIBITS E, F, G, AND H ARE ADMISSIBLE INTO EVIDENCE.  THOSE EXHIBITS WERE FOUND AT 7170 EAGLE RIDGE DRIVE.

STIPULATION NUMBER 2.  IN 2010 KRISTEL KUBUROVICH WAS QUESTIONED REGARDING A SEPARATE INVESTIGATION BY LAW ENFORCEMENT.  YOU WILL WATCH IN JUST A MOMENT GOVERNMENT EXHIBIT 5, A VIDEO, CONTAINING A PORTION OF THAT QUESTIONING.

STIPULATION NUMBER 2.  THE $101,359.60 TRANSFERRED FROM MS. KUBUROVICH'S VP BANK ACCOUNT IN LIECHTENSTEIN TO THE UNITED STATES IN MARCH 2013 WAS USED TO PAY ONE OF MR. KUBUROVICH'S DEBTS.

DOES THAT ACCURATELY REFLECT THE STIPULATION, MR. SCHENK?

MR. SCHENK:  YES, IT DOES.  THANK YOU.

03:40PM 1              MR. NICK:  YES, YOUR HONOR.

03:40PM 2              MS. GILG:  YES, YOUR HONOR.

03:40PM 3              THE COURT:  ALL RIGHT.  THAT IS THE STIPULATION.

03:40PM 4        DO YOU HAVE THEN THE VIDEO CUED UP?

03:40PM 5              MR. SCHENK:  YES, WE DO.

03:40PM 6              THE COURT:  WE NEED TO SWITCH THE MODES ON OURS.

03:40PM 7        ALL RIGHT.  WE CAN ENGAGE THE VIDEO.

03:41PM 8      (VIDEO PLAYING OFF THE RECORD.)

03:41PM 9              THE COURT:  IS THAT THE EXTENT OF THE VIDEO?

03:41PM 10             MR. SCHENK:  YES, YOUR HONOR.

03:41PM 11             THE COURT:  ALL RIGHT.  LET ME ASK COUNSEL, ARE YOU

03:41PM 12   SATISFIED WITH THE PLAYING OF THE VIDEO, MR. NICK?

03:41PM 13             MR. NICK:  YES, YOUR HONOR.

03:41PM 14             THE COURT:  MS. GILG?

03:41PM 15             MS. GILG:  YES, YOUR HONOR.

03:41PM 16             THE COURT:  ALL RIGHT.  THANK YOU.  LET ME TURN TO

03:41PM 17   MR. SCHENK.

03:41PM 18             MR. SCHENK:  THE UNITED STATES RESTS.

03:41PM 19            THE COURT:  ALL RIGHT.  LADIES AND GENTLEMEN, YOU

03:41PM 20   HAVE NOW RECEIVED ALL OF THE EVIDENCE FROM THE GOVERNMENT IN

03:41PM 21   THEIR CASE-IN-CHIEF.  THE GOVERNMENT NOW HAS RESTED THEIR CASE.

03:41PM 22     I'M GOING TO TURN TO THE DEFENSE.  IT IS -- THE DEFENSE

03:42PM 23   NOW HAS AN OPPORTUNITY TO PRESENT ANY EVIDENCE SHOULD THEY WISH

03:42PM 24   TO DO SO.  HOWEVER, WHAT WE'RE GOING TO DO -- I NEED TO SPEAK

03:42PM 25   WITH THESE LAWYERS ABOUT SOME OTHER MATTERS BEFORE WE MOVE IN

03:42PM 1    THAT DIRECTION WHICH MEANS THAT RATHER THAN KEEP YOU WAITING, I

03:42PM 2    AM GOING TO EXCUSE YOU FOR THE WEEKEND, AND YOU'LL START YOUR

03:42PM 3    WEEKEND.

03:42PM 4    WE WILL BE IN SESSION MONDAY MORNING AT 9:00 O'CLOCK, 9:00

03:42PM 5    O'CLOCK.  JUST IN THE SPIRIT OF FULL DISCLOSURES, WE'RE GOING

03:42PM 6    TO REMAIN.  WE HAVE SOME WORK TO DO, AND WE'RE GOING TO WORK ON

03:42PM 7    THIS TO HOPEFULLY, AGAIN, TO RECORD SOME EFFICIENCIES OF TIME

03:42PM 8    FOR NEXT WEEK, BUT I THINK IT MAKES MOST SENSE TO ALLOW YOU TO

03:42PM 9    GO HOME NOW A LITTLE BIT EARLY AND START YOUR WEEKEND SUCH THAT

03:42PM 10    WE CAN BEGIN PROMPTLY ON MONDAY AT 9:00.

03:42PM 11    REMEMBER, WE'RE GOING ALL DAY.  PLEASE REMEMBER THE

03:42PM 12    ADMONISHMENT THAT I READ TO YOU THAT IS STILL IN PLACE AND WILL

03:42PM 13    BE IN PLACE.

03:42PM 14    ENJOY YOUR WEEKEND.  I THINK THE WEATHER IS SUPPOSED TO BE

03:42PM 15    LOVELY AGAIN.  ENJOY THE WEEKEND, AND WE'LL SEE YOU MONDAY.

03:43PM 16    THANK YOU VERY MUCH.

03:43PM 17    (JURY OUT AT 3:43 P.M.)

03:43PM 18    THE COURT:  PLEASE BE SEATED.  THANK YOU.  THE

03:43PM 19    RECORD SHOULD REFLECT THAT THE JURY HAS LEFT THE COURTROOM FOR

03:43PM 20    THEIR WEEKEND BREAK.  WE'LL NEXT BE IN SESSION WITH THEM ON

03:43PM 21    MONDAY MORNING NEXT.

03:43PM 22    LET ME JUST TURN TO -- WHAT I'D LIKE TO DO IS JUST GET AN

03:43PM 23    IDEA OF WHAT WE SHOULD DO NEXT AS FAR AS THE DEFENSE.

03:43PM 24    DO YOU ANTICIPATE, MR. NICK, MAKING AN OPENING STATEMENT

03:43PM 25    NOW OR MONDAY?

03:43PM  1          MR. NICK:  YES, YOUR HONOR, I DO.

03:43PM  2          THE COURT:  OKAY.

03:44PM  3          MR. NICK:  AND JUST A ROUGH ESTIMATE OF TIME WOULD

03:44PM  4  BE 15 MINUTES?

03:44PM  5          THE COURT:  THAT'S FINE.  THANK YOU.  THEN WILL THE

03:44PM  6  DEFENSE HAVE WITNESSES TO CALL THEN.

03:44PM  7          MR. NICK:  YES.  WE WOULD INITIALLY CALL SHAWN PARR,

03:44PM  8  YOUR HONOR.

03:44PM  9          THE COURT:  ALL RIGHT.

03:44PM 10          MR. NICK:  AND THE OTHER THING I WANTED TO TAKE UP

03:44PM 11  ON MONDAY, YOUR HONOR, OR IT CAN BE TAKEN UP NOW, START THE

03:44PM 12  DISCUSSIONS, IS IF MY CLIENT WERE TO TESTIFY, I NEED TO KNOW

03:44PM 13  WHAT KIND OF EVIDENCE IS GOING TO BE ADMISSIBLE.

03:44PM 14      MY NUMBER ONE CONCERN IS THAT THE FACTS UNDERLYING THE

03:44PM 15  STATE CRIMINAL CASE WHICH WAS WRAPPED UP WITH THE BANKRUPTCY

03:44PM 16  NOT BE ADMITTED.  HE HAS SUFFERED A MISDEMEANOR GRAND THEFT

03:44PM 17  CONVICTION THAT HAS BEEN VACATED PURSUANT TO PENAL CODE SECTION

03:44PM 18  1203.04 OF THE CALIFORNIA PENAL CODE WHICH IS LIKE AN

03:45PM 19  EXPUNGEMENT STATUTE THAT REMOVES THE CONVICTION.

03:45PM 20      SO THE CONVICTION IS FROM 2016.  THE GUILTY PLEA WAS IN

03:45PM 21  2012, AND THE PROCEEDINGS CONTINUED FOR A FEW YEARS THEREAFTER

03:45PM 22  BEFORE SENTENCING.

03:46PM 23      YOUR HONOR, I'M SURE THE COURT IS FAMILIAR, BUT IT'S

03:46PM 24  FEDERAL RULE OF EVIDENCE 609 SUBDIVISION 2.

03:46PM 25          THE COURT:  I'M PAUSING.  I'M LOOKING AT MY NOTES

03:46PM 1    AND THE PREVIOUS ORDERS.

03:46PM 2        I THINK WE DISCUSSED THIS PREVIOUSLY AT OUR PRETRIAL

03:46PM 3    CONFERENCE.

03:46PM 4            MR. NICK:  WE DID, YOUR HONOR, AND WHAT WAS NOT

03:46PM 5    CLEAR TO ME WAS IT WAS JUST KIND OF STATED THAT I'LL JUST CALL

03:46PM 6    IT THE WITNESSES THAT MAKE UP THE UNDERLYING FACTS OF THE STATE

03:46PM 7    CRIMINAL CASE WOULD BE RESERVED FOR REBUTTAL WHICH MADE ME

03:46PM 8    THINK IT WOULD BE PERMISSIBLE FOR SOME SORT OF IMPEACHMENT WITH

03:46PM 9    RESPECT TO QUESTIONING THE DEFENDANT ABOUT THE SPECIFICS OF

03:46PM 10   THAT OFFENSE.

03:46PM 11           THE COURT:  LET ME JUST ASK, AS TO THE QUESTION

03:46PM 12   ABOUT ANY CRIMINAL CONVICTIONS THAT THE GOVERNMENT WOULD SEEK

03:46PM 13   TO USE AS AGAINST MR. KUBUROVICH SHOULD HE TESTIFY.

03:47PM 14       CAN YOU ANSWER THAT QUESTION?

03:47PM 15           MR. SIMEON:  YES, YOUR HONOR.  THERE WERE THE TWO

03:47PM 16   CONVICTIONS FOR GRAND THEFT WITH AN AGGRAVATED WHITE COLLAR

03:47PM 17   ENHANCEMENT.

03:47PM 18           THE COURT:  AND ARE THOSE THE CONVICTIONS THAT WERE

03:47PM 19   REDUCED TO MISDEMEANORS?

03:47PM 20           MR. SIMEON:  YES, YOUR HONOR.

03:47PM 21           THE COURT:  AND I THINK THEY WERE SUBSEQUENTLY

03:47PM 22   EXPUNGED OR RELIEF UNDER PENAL CODE SECTION 1203.4 WAS GRANTED.

03:47PM 23           MR. SIMEON:  THAT I AM NOT AWARE OF, YOUR HONOR.

03:47PM 24           MR. NICK:  I CAN ABSOLUTELY REPRESENT TO THE COURT

03:47PM 25   THAT I DID THE MOTION.

03:47PM 1          THE COURT:  DO YOU HAVE DOCUMENTATION TO THAT

03:47PM 2     EFFECT?

03:47PM 3          MR. NICK:  NOT WITH ME, YOUR HONOR.

03:47PM 4          THE COURT:  IF THEY WERE EXPUNGED PURSUANT TO

03:47PM 5     CALIFORNIA LAW 1203.4, WHICH IS THE EXPUNGEMENT SECTION, I

03:47PM 6     BELIEVE OUR FEDERAL RULES SPEAK TO THE TREATMENT OF SUCH A

03:47PM 7     CONVICTION.

03:47PM 8          MY UNDERSTANDING WAS THAT THESE WERE FIRST -- WERE THEY

03:47PM 9     FELONIES?

03:47PM 10          MR. NICK:  YES, THEY WERE --

03:47PM 11          THE COURT:  LET ME FINISH MY QUESTION.

03:47PM 12          MR. NICK:  SORRY, YES.

03:47PM 13          THE COURT:  MY UNDERSTANDING WAS THAT THESE WERE

03:47PM 14     FELONY CONVICTIONS AND THEN PURSUANT TO PEOPLE V. ESCOBAR AND

03:48PM 15     PENAL CODE SECTION 17 THEY WERE REDUCED TO MISDEMEANORS AND

03:48PM 16     THEN THE MISDEMEANOR CHARACTERIZATION WERE THEN EXPUNGED

03:48PM 17     THROUGH 1203.4 RELIEF.  IS THAT WHAT HAPPENED?

03:48PM 18          MR. NICK:  THAT WOULD BE ACCURATE, YOUR HONOR.

03:48PM 19          THE COURT:  OKAY.  IN LIGHT OF THAT THE QUESTION IS

03:48PM 20     DOES THE GOVERNMENT STILL FEEL THAT THEY WOULD BE ADMISSIBLE

03:48PM 21     FOR IMPEACHMENT?

03:48PM 22          MR. SIMEON:  FRANKLY, YOUR HONOR, I'D HAVE TO

03:48PM 23     RESEARCH THAT A BIT.  I'M NOT SURE WHAT THE ANSWER IS.

03:48PM 24          THE COURT:  I THINK THE ANSWER IS, NO, THEY WOULDN'T

03:48PM 25     BE, BUT I'M HAPPY TO HAVE YOU LOOK AT THAT AND MAKE YOUR OWN

03:48PM 1    DECISION.

03:48PM 2        ARE THERE ANY OTHER CRIMINAL CONVICTIONS THAT THE

03:48PM 3    GOVERNMENT WOULD SEEK TO USE?

03:48PM 4            MR. SIMEON:  THOSE ARE THE ONLY CONVICTIONS, YOUR

03:48PM 5    HONOR?

03:49PM 6            MR. NICK:  I GUESS, YOUR HONOR, MY ONLY QUESTION IS

03:49PM 7    FOR SOME GUIDANCE TO WHAT I HAVE TO DO TO MAKE SURE THE DOOR IS

03:49PM 8    NOT OPENING AND OTHER THAN THE OBVIOUS, WHICH IS DON'T ASK ANY

03:49PM 9    QUESTIONS ABOUT THE UNDERLYING CRIMINAL CASE, BUT I WANT TO

03:49PM 10   MAKE SURE THAT I HAVE DIRECTION THAT I DO NOT OPEN THE DOOR FOR

03:49PM 11   THE GOVERNMENT TO QUESTION MY CLIENT ABOUT THAT UNDERLYING

03:49PM 12   CRIMINAL CASE.

03:49PM 13           THE COURT:  SO I'M LOOKING AT RULE 609 AND C, I

03:49PM 14   THINK, IS THE OPERATIVE SECTION WHICH IS EFFECTIVE A PARDON,

03:49PM 15   ANNULMENT, OR CERTIFICATE OF REHABILITATION.

03:49PM 16       PARAGRAPH 2 OF THAT SUBSECTION READS:  "THE CONVICTION HAS

03:49PM 17   BEEN THE SUBJECT OF A PARDON, ANNULMENT OR OTHER EQUIVALENT

03:49PM 18   PROCEDURE BASED ON A FINDING OF INNOCENCE."

03:49PM 19       THAT REALLY REFLECTS ON A FACTUAL FINDING OF INNOCENCE, I

03:49PM 20   THINK.

03:50PM 21       PARAGRAPH 1 ALSO TALKS ABOUT THE EVIDENCE OF A CONVICTION

03:50PM 22   NOT BEING ADMISSIBLE IF THE CONVICTION HAS BEEN THE SUBJECT OF

03:50PM 23   A PARDON, ANNULMENT, CERTIFICATE OF REHABILITATION OR OTHER

03:50PM 24   EQUIVALENT PROCEDURE BASED ON A FINDING THAT THE PERSON HAS

03:50PM 25   BEEN REHABILITATED AND THE PERSON HAS NOT BEEN CONVICTED OF A

03:50PM 1     LATER CRIME PUNISHABLE BY DEATH OR IMPRISONMENT FOR MORE THAN

03:50PM 2     ONE YEAR.

03:50PM 3         I THINK THOSE ARE THE OPERATIVE PARAGRAPHS.  AND THE

03:50PM 4     COURT'S VISCERAL REACTION IS UNDER 1203.4, I THINK THAT WOULD

03:50PM 5     FALL UNDER THAT SECTION AND WOULD OTHERWISE PRECLUDE THAT

03:50PM 6     IMPEACHMENT.

03:50PM 7         BUT I'M HAPPY TO HEAR FROM THE GOVERNMENT IF THEY WANT TO

03:50PM 8     LOOK AT THIS OTHERWISE AND BRING THE CASE TO MY ATTENTION.

03:50PM 9         BUT ASSUMING IT'S NOT, IT'S NOT GOING TO BE ADMITTED FOR

03:51PM 10     PURPOSES OF IMPEACHMENT, THAT INFORMS YOU AS TO ANY DECISION

03:51PM 11     YOU WANT TO MAKE.  I HEARD THE GOVERNMENT SAY THAT THERE ARE

03:51PM 12     NOT ANY ADDITIONAL CRIMINAL CONVICTIONS THAT YOU WOULD USE.

03:51PM 13         MR. SIMEON:  NOT THAT I'M AWARE OF, YOUR HONOR.

03:51PM 14         THE COURT:  OKAY.

03:51PM 15         MR. NICK:  AND SO, YOUR HONOR, I JUST -- I GUESS I

03:51PM 16     WOULD MAKE A MOTION IN LIMINE AT THIS TIME THAT THE GOVERNMENT

03:51PM 17     BE RESTRICTED UNLESS I OPEN THE DOOR SOMEHOW TO ASK MY CLIENT

03:51PM 18     ABOUT THE UNDERLYING FACTS TO THE CRIMINAL CASE.

03:51PM 19         THE COURT:  WELL, WHAT I'LL SAY IS, AND PENDING THE

03:51PM 20     GOVERNMENT'S WISH TO BRING SOMETHING TO MY ATTENTION OTHERWISE,

03:51PM 21     THAT THOSE CONVICTIONS, THOSE TWO CONVICTIONS THAT WERE REDUCED

03:51PM 22     TO MISDEMEANORS SUBSEQUENTLY GRANTED EXPUNGEMENT RELIEF UNDER

03:51PM 23     1203.4 WOULD NOT BE ADMISSIBLE AGAINST YOUR CLIENT FOR

03:51PM 24     IMPEACHMENT PURPOSES IF HE WERE TO TESTIFY.

03:51PM 25         IF YOU COME UP WITH SOMETHING, MR. SCHENK, MR. SIMEON,

03:52PM 1    MONDAY, AND YOU WISH TO TALK ABOUT IT FURTHER, I'LL CERTAINLY

03:52PM 2    ALLOW AND RESERVE JUDGMENT AND HEAR FROM THE GOVERNMENT ON

03:52PM 3    THAT.

03:52PM 4        BUT AS OF TODAY THAT'S THE COURT'S FINDING.

03:52PM 5            MR. NICK:  THANK YOU.

03:52PM 6            THE COURT:  LET'S TALK A LITTLE BIT ABOUT OUR

03:52PM 7    CHARGING CONFERENCE, TOO, AND WHEN WE SHOULD ENGAGE THAT.

03:52PM 8        MR. SCHENK.

03:52PM 9            MR. SCHENK:  ONE LAST ISSUE ON THE SUBJECT OF

03:52PM 10   IMPEACHMENT.  JUST SO WE'RE CLEAR, WE UNDERSTAND THE COURT'S

03:52PM 11   RULING ON THE FACT OF UNDERLYING CONVICTIONS.

03:52PM 12       I THINK, THOUGH, THAT WE TALKED ABOUT THIS THIS MORNING,

03:52PM 13   THE DECISION TO PAY BACK CREDITORS CAME FROM THE RESTITUTION,

03:52PM 14   NOT FROM THE BANKRUPTCY COURT AGREEING TO VOLUNTARILY TURN THE

03:52PM 15   MONEY OVER PURSUANT TO THE BANKRUPTCY COURT ORDER, BUT RATHER

03:52PM 16   TURNING CREDITORS INTO VICTIMS AND PAYING THEM RESTITUTION.

03:53PM 17       SO IF THAT PART OF THE UNDERLYING OFFENSE BECOMES

03:53PM 18   RELEVANT, THE GOVERNMENT SHOULD, WE ARGUE, BE ALLOWED TO

03:53PM 19   QUESTION ABOUT THAT FACT, NOT BY ANY STATEMENT THAT IT WAS THE

03:53PM 20   RESULT OF A CONVICTION IN STATE COURT AND CERTAINLY NOT ONE

03:53PM 21   THAT HAS BEEN VACATED, BUT THAT THAT PARTICULAR FACT CERTAINLY

03:53PM 22   COULD BE RELEVANT, AND I JUST WANT TO RAISE THAT.

03:53PM 23           THE COURT:  IT'S STILL AN ISSUE IN THE CASE TO THE

03:53PM 24   EXTENT -- ISSUE MEANING IF THE DOOR IS OPENED ABOUT THAT, AND I

03:53PM 25   KNOW WE TALKED ABOUT THAT, MS. GILG AND MR. NICK, ABOUT

03:53PM 1    CREDITORS ACTUALLY BEING PAID OUT OF THE BANKRUPTCY SO IT

03:53PM 2    WASN'T A NO ASSET CASE.

03:53PM 3        I KNOW THERE WAS SOME CONCERN ON YOUR SIDE ABOUT THAT.

03:53PM 4            MR. NICK:  IF IT HELPS THE COURT, I PLAN TO ASK MY

03:53PM 5    CLIENT ABSOLUTELY NO QUESTIONS REGARDING WHAT CREDITORS WERE

03:53PM 6    PAID BACK.

03:54PM 7            BUT WHICH THEN I WOULD OBJECT IF THE GOVERNMENT TRIED TO

03:54PM 8    ASK ON RELEVANCY, YOUR HONOR.

03:54PM 9            MR. SCHENK:  RIGHT.  WE WOULDN'T IF THAT WAS THE

03:54PM 10   DIRECT.

03:54PM 11       I ALSO HAVE A RECOLLECTION THAT AT OUR PRETRIAL CONFERENCE

03:54PM 12   CERTAIN ITEMS THAT THE GOVERNMENT NOTICED AS 404(B) WERE, I

03:54PM 13   THINK THE COURT'S RULING WAS WERE NOT 404(B), BUT WE WOULD NEED

03:54PM 14   TO SEE IF A DEFENDANT TESTIFIED AND WHETHER THEY BECAME

03:54PM 15   RELEVANT.  SO I JUST WANT TO MAKE SURE THAT OUR DISCUSSION THIS

03:54PM 16   AFTERNOON WAS ABOUT CRIMINAL CONVICTIONS.

03:54PM 17           THE COURT:  CORRECT.  CORRECT.  AND I THINK THERE

03:54PM 18   WAS OTHER CONDUCT THAT MAY OR MAY NOT COME UP, BUT IF IT DOES

03:54PM 19   THE GOVERNMENT, I EXPECT, WILL BRING IT TO OUR ATTENTION AT

03:54PM 20   SIDE-BAR OR SOMETHING BEFORE ADVANCING ANY ISSUE.

03:54PM 21           MR. NICK:  VERY WELL.

03:54PM 22           MR. SCHENK:  IF THE FIRST DEFENDANT WITNESS IS

03:54PM 23   SHAWN PARR, THAT RAISES THE ATTORNEY-CLIENT PRIVILEGE THAT WE

03:54PM 24   TALKED ABOUT PREVIOUSLY.  WE HAVE NOT RECEIVED ANY JENCKS ON

03:55PM 25   MR. PARR.

03:55PM 1     IF ONE OR MORE WITNESSES AFTER MR. PARR TESTIFIED, IF ONE

03:55PM 2     OR MORE DEFENDANTS TESTIFIED, MAYBE AT THE LUNCHTIME OF MONDAY

03:55PM 3     WE CAN HAVE A JURY INSTRUCTION CONFERENCE OR LET THE JURY GO

03:55PM 4     FOR THE DAY, DO THE JURY INSTRUCTION CONFERENCE MONDAY

03:55PM 5     AFTERNOON, AND CLOSE TUESDAY.  TWO IDEAS.

03:55PM 6            THE COURT:  RIGHT.

03:55PM 7            MS. GILG:  YOUR HONOR, WITH REGARD TO MR. PARR, IF I

03:55PM 8     MAY.  I DID SPEAK TO HIM AND I ASKED HIM IF HE HAD ANY --

03:55PM 9     EXCUSE ME -- DOCUMENTS.  HE SAID HE WOULD LOOK, BUT YOU KNOW

03:55PM 10    WE'RE TALKING ABOUT TEN YEARS AGO.

03:55PM 11        ALSO THE ATTORNEY -- ON BEHALF OF MY CLIENT, I'M -- WE

03:55PM 12    WILL WAIVE THE ATTORNEY-CLIENT PRIVILEGE.

03:55PM 13        AGAIN, YOU KNOW, THIS WAS HIS WORK WITH DESTRO AND NATA.

03:55PM 14    SO I CAN'T SPEAK TO MR. KUBUROVICH, BUT I DON'T INTEND TO

03:55PM 15    SOLICIT ANYTHING THAT I THINK IS ATTORNEY-CLIENT PRIVILEGE WITH

03:56PM 16    MR. KUBUROVICH.

03:56PM 17           THE COURT:  ALL RIGHT.  YOU HAVE -- YOU CAN

03:56PM 18    REPRESENT THAT YOU'VE MET AND CONFERRED WITH YOUR CLIENT,

03:56PM 19    KRISTEL KUBUROVICH, AND YOU HAVE TALKED WITH HER SUFFICIENTLY

03:56PM 20    TO YOUR SATISFACTION THAT SHE UNDERSTANDS THAT SHE DOES HOLD

03:56PM 21    THE PRIVILEGE AS TO ANY COMMUNICATION SHE MAY HAVE HAD WITH ANY

03:56PM 22    ATTORNEY, INCLUDING THIS POTENTIAL WITNESS, MR. PARR.

03:56PM 23           MS. GILG:  YES.

03:56PM 24           THE COURT:  AND THAT HAVING FULLY ADVISED HER OF

03:56PM 25    THAT, AND ANSWERING ALL OF THE QUESTIONS THAT SHE MAY HAVE HAD

03:56PM 1    ABOUT THAT ISSUE, SHE HAS INDICATED TO YOU THAT SHE AGREED AND

03:56PM 2    ACTUALLY WISHES TO WAIVE ANY ATTORNEY-CLIENT PRIVILEGE SHOULD

03:56PM 3    THIS WITNESS BE CALLED IN THIS CASE AND THAT HE COULD

03:56PM 4    OTHERWISE -- IT'S A MAN I TAKE IT?

03:56PM 5          MS. GILG:  YES.

03:56PM 6          THE COURT:  -- HE COULD OTHERWISE TESTIFY ABOUT ANY

03:56PM 7    OTHERWISE PRIVILEGE ATTORNEY-CLIENT COMMUNICATIONS.

03:56PM 8          MS. GILG:  THAT IS MY REPRESENTATION, AND I WOULD

03:57PM 9    ASK THE COURT TO INQUIRE OF MY CLIENT IF SHE CONCURS.

03:57PM 10         THE COURT:  RIGHT.  GOOD AFTERNOON, MS. KUBUROVICH.

03:57PM 11   DID YOU UNDERSTAND MY EXPLANATION OF THIS ISSUE?

03:57PM 12        THE DEFENDANT:  YES, YOUR HONOR.

03:57PM 13        THE COURT:  AND IS IT MY UNDERSTANDING THAT YOU

03:57PM 14   WOULD WAIVE ANY PRIVILEGE AS TO MR. SHAWN -- WHAT IS HIS LAST

03:57PM 15   NAME?

03:57PM 16        MS. GILG:  PARR.

03:57PM 17        THE COURT:  -- PARR AS YOUR FORMER ATTORNEY SHOULD

03:57PM 18   HE TESTIFY IN THIS CASE?

03:57PM 19        THE DEFENDANT:  YES, YOUR HONOR.

03:57PM 20        THE COURT:  DO YOU NEED TO TALK TO YOUR LAWYER,

03:57PM 21   MS. GILG, ABOUT THIS AT ALL?

03:57PM 22        THE DEFENDANT:  NO.

03:57PM 23        THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU.

03:57PM 24   WE'LL NOTE THAT.

03:57PM 25    WE SHOULD ALSO COMMUNICATE THIS TO MR. PARR BEFORE HE

03:57PM 1    TESTIFIES.

03:57PM 2              MS. GILG:  YES.

03:57PM 3              THE COURT:  I DON'T THINK I WANT TO DO THIS IN FRONT

03:57PM 4    OF THE JURY.  WE'LL DO THIS OUTSIDE OF HIS PRESENCE, BUT IF YOU

03:57PM 5    CAN CONFIRM ON MONDAY THAT YOU HAD THAT CONVERSATION WITH HIM

03:57PM 6    AND INFORM THE COURT OF THAT, THEN --

03:57PM 7              MS. GILG:  I DEFINITELY WILL, AND HE'S GOING TO LOOK

03:57PM 8    INTO THE DOCUMENTS AND WILL LET ME KNOW, AND I'LL BE HAPPY TO

03:58PM 9    GIVE THEM OVER THE WEEKEND, E-MAIL THEM IF HE'S ABLE TO FIND

03:58PM 10   ANYTHING THAT IS APPROPRIATE.

03:58PM 11             THE COURT:  OKAY.

03:58PM 12             MR. NICK:  WE CAN HAVE A QUICK TWO-MINUTE OUT OF THE

03:58PM 13   PRESENCE OF THE JURY WHERE HE WAIVES THE PRIVILEGE ON THE

03:58PM 14   RECORD, YOUR HONOR.

03:58PM 15             MS. GILG:  I DON'T THINK HE HAS THE PRIVILEGE.

03:58PM 16             MR. NICK:  I MEAN, WHERE MS. KUBUROVICH WAIVES THE

03:58PM 17   PRIVILEGE.

03:58PM 18             MS. GILG:  SHE JUST DID.

03:58PM 19             MR. NICK:  IN HIS PRESENCE.

03:58PM 20             MS. GILG:  OH.

03:58PM 21             MR. NICK:  HE NEEDS TO HEAR IT SO HE CAN TALK ABOUT

03:58PM 22   IT WITHOUT VIOLATING THE BUSINESS AND PROFESSIONS CODE.

03:58PM 23             THE COURT:  I KNOW.  I DID THIS INDICATING THAT

03:58PM 24   MS. GILG WILL INFORM HIM OF THIS, BUT WE'LL DO THAT BEFORE HE

03:58PM 25   TESTIFIES.

03:58PM 1           DID HE ALSO REPRESENT YOUR CLIENT, MR. NICK?

03:58PM 2           MR. NICK:  YOUR HONOR, TO BE ACCURATE AND

03:58PM 3  FORTHRIGHT, HE HAS BUT IN OTHER DIFFERENT MATTERS THAT HAVE

03:58PM 4  NOTHING TO DO WITH WHAT IS GOING ON.

03:58PM 5           THE COURT:  SO THERE'S NO POTENTIAL OVERLAP ABOUT

03:58PM 6  TESTIMONY IN THIS CASE, EVIDENCE IN THIS CASE THAT WOULD

03:58PM 7  REQUIRE A WAIVER IN YOUR OPINION OF YOUR CLIENT?

03:58PM 8           MR. NICK:  THAT'S CORRECT, YOUR HONOR.

03:58PM 9           THE COURT:  OKAY.  ALL RIGHT.

03:58PM 10          MR. SCHENK:  I THINK A LEGAL ISSUE MAY ARISE DURING

03:59PM 11 MR. PARR'S TESTIMONY REGARDING THE APPLICATION OF HEARSAY RULES

03:59PM 12 OF EVIDENCE.  STATEMENTS THAT THE DEFENDANT MADE OUT OF COURT I

03:59PM 13 DON'T THINK ARE ADMISSIBLE AS SUBSTANTIVE EVIDENCE.  I JUST

03:59PM 14 WANT TO BRING THAT TO THE COURT'S ATTENTION.  WE MAY BE JUMPING

03:59PM 15 UP OFTEN AND ARGUING HEARSAY OBJECTION SO THAT THE PARTIES AND

03:59PM 16 THE COURT ARE AWARE.

03:59PM 17          THE COURT:  SURE.

03:59PM 18          MR. NICK:  AND, YOUR HONOR, WHAT I WOULD JUST SAY

03:59PM 19 IS -- I MEAN, WE DON'T NEED TO BRIEF IT OR ANYTHING RIGHT NOW,

03:59PM 20 BUT THIS IS A STATE OF MIND CASE, AND THERE IS AN EXCEPTION TO

03:59PM 21 THE HEARSAY RULE FOR STATE OF MIND.  THEY DO APPLY TO THE

03:59PM 22 DEFENDANTS, AND THAT WOULD BE MORE THAN LIKELY THE SOLE

03:59PM 23 EXCEPTION THAT WE WOULD RELY ON IF WE WERE GOING TO OFFER A

03:59PM 24 STATEMENT MADE BY EITHER ONE OF THESE TWO DEFENDANTS TO

03:59PM 25 MR. PARR.

03:59PM 1          MS. GILG:  I WOULD ALSO ADD THAT THAT WOULD BE

03:59PM 2     MORE -- ALSO, WE WOULD BE OFFERING AS AN EFFECT ON HERE, IN

03:59PM 3     OTHER WORDS, WHY DID MR. PARR DO WHAT HE DID AS FAR AS FORMING

04:00PM 4     THE TWO ENTITIES?  SO IT WOULDN'T BE FOR THE TRUTH OF THE

04:00PM 5     MATTER NECESSARILY, BUT IT WOULD BE WHY HE DID WHAT HE DID.

04:00PM 6          THE COURT:  TO EXPLAIN SUBSEQUENT CONDUCT.

04:00PM 7          MS. GILG:  EXACTLY.

04:00PM 8          THE COURT:  IF THAT'S THE EXCEPTION, THEN I WOULD

04:00PM 9     ADVISE THE JURY THAT IT'S NOT OFFERED FOR THE TRUTH OF THE

04:00PM 10    MATTER ASSERTED BUT ONLY TO EXPLAIN SUBSEQUENT CONDUCT.

04:00PM 11         MS. GILG:  YES.

04:00PM 12         THE COURT:  LET ME TURN FOR A MOMENT TO JURY

04:00PM 13    INSTRUCTIONS.  DOCUMENT 90 IS THE GOVERNMENT'S SUBMISSION FILED

04:00PM 14    AUGUST 20TH.  I DON'T KNOW IF YOU HAVE ANY ADDITIONAL.  I HAVE

04:00PM 15    NOT CHECKED ECF TO SEE IF YOU HAVE ADDITIONAL FILINGS OR NOT.

04:00PM 16         MR. SIMEON:  NOT REGARDING JURY INSTRUCTIONS, YOUR

04:00PM 17    HONOR.  I THINK WE WOULD LIKE TO VIEW THAT AGAIN.

04:00PM 18         THE COURT:  SURE, OF COURSE.

04:00PM 19         MR. SIMEON:  THAT WAS THE INITIAL FILING.

04:00PM 20         THE COURT:  AND I DIDN'T RECEIVE ANY PROPOSED

04:00PM 21    INSTRUCTIONS FROM THE DEFENSE, AT LEAST NOT ON AN ECF FILING,

04:00PM 22    AND I DON'T KNOW IF YOU FILED ANY.

04:00PM 23         MS. GILG:  I DON'T THINK WE FILED ANY YET.  I KNOW

04:00PM 24    THAT WE'VE BEEN WORKING ON THEM.

04:00PM 25         THAT'S RIGHT, IN THE PRETRIAL CONFERENCE STATEMENT, THAT'S

```
04:00PM   1    WHERE WE PUT IT.

04:00PM   2              MR. NICK:  THERE'S SOME CITATIONS IN THERE, YOUR

04:01PM   3    HONOR, THAT --

04:01PM   4              THE COURT:  WELL, WHAT I THINK WOULD BE HELPFUL --

04:01PM   5              MS. GILG:  YES.

04:01PM   6              THE COURT:  -- IF YOU COULD -- IF YOU HAVE

04:01PM   7    INSTRUCTIONS THAT YOU WOULD LIKE TO BE CONSIDERED IN THE CASE,

04:01PM   8    YOU SHOULD PUT THEM IN THE FORM OF --

04:01PM   9              MS. GILG:  A PACKET?

04:01PM  10              THE COURT:  -- A PACKET OR INSTRUCTION THAT YOU

04:01PM  11    WOULD LIKE THE COURT READ AND SHARE IT WITH COUNSEL SO WE CAN

04:01PM  12    HAVE AN INFORMED CONVERSATION.

04:01PM  13              MR. NICK:  I ASSUME THE COURT USES THE NINTH CIRCUIT

04:01PM  14    MODEL INSTRUCTIONS?

04:01PM  15              THE COURT:  YES, AND THEY'VE JUST BEEN REVISED.

04:01PM  16              MR. NICK:  GOOD.

04:01PM  17              THE COURT:  TODAY THEY CAME OUT.

04:01PM  18              MS. GILG:  SO WE HAVE TO GO BACK AND LOOK AT ALL OF

04:01PM  19    OURS.

04:01PM  20              THE COURT:  OKAY.  WE WILL USE THAT FORMAT.  I WILL

04:01PM  21    ASK YOU TO PUT IT IN WORD, WORD FORMAT, PLEASE.  AND IT MAY BE,

04:01PM  22    DEPENDING ON WHERE WE GO, I MAY TASK THE GOVERNMENT WITH

04:01PM  23    PUTTING A PACKET TOGETHER.  I DON'T KNOW.  WE'LL SEE WHERE THAT

04:01PM  24    IS.

04:01PM  25              MR. SCHENK:  YES, YOUR HONOR.
```

04:01PM 1          THE COURT:  INITIALLY MY SENSE IS THAT THERE IS NOT

04:01PM 2     GOING TO BE MUCH DISPUTE ABOUT PERHAPS THE 1 SERIES OR THE 3

04:02PM 3     SERIES UNTIL WE GET TO THE ACTUAL OFFENSE IN THE 8 SERIES.

04:02PM 4     THAT'S WHERE WE MIGHT HAVE SOME DISCUSSION.  BUT THE BASIC

04:02PM 5     INSTRUCTIONS AND IN THE 7 SERIES, THE CLOSING SERIES, I DON'T

04:02PM 6     THINK WE'RE GOING TO HAVE MUCH DISPUTE ABOUT THAT, AND I THINK

04:02PM 7     I CAN PREPARE A MODEL MYSELF ON THOSE, AND THEN WE'LL JUST WAIT

04:02PM 8     AND SEE WHAT OTHERS COME UP.

04:02PM 9          BUT IF YOU CAN GET THAT DONE OVER THE WEEKEND AND E-MAIL

04:02PM 10    TO COUNSEL.  AND IF THE GOVERNMENT HAS ADDITIONAL, AFTER

04:02PM 11    REVIEWING, THEN IF YOU CAN EXCHANGE THOSE E-MAILS AND SEND A

04:02PM 12    COPY TO MS. KRATZMANN ALSO SO I CAN RECEIVE A COPY OF IT.

04:02PM 13         MS. GILG:  WOULD YOU LIKE THEM TO BE E-FILED AS

04:02PM 14    WELL?

04:02PM 15         THE COURT:  NOT YET.  THESE ARE JUST YOUR SAMPLES IN

04:02PM 16    WORD FORMAT.

04:02PM 17         SO MR. PARR WILL TESTIFY.  I'M NOT GOING TO ASK YOU

04:03PM 18    WHETHER YOUR CLIENTS ARE GOING TO TESTIFY TODAY, BUT YOU'LL

04:03PM 19    HAVE EVIDENCE AND WITNESSES TO OFFER ON MONDAY THAT AT LEAST

04:03PM 20    FILL OUR MORNING UP AS I UNDERSTAND IT.

04:03PM 21         IS THAT A FAIR CHARACTERIZATION?

04:03PM 22         MS. GILG:  YES, I WOULD SAY WITH MR. NICK'S OPENING

04:03PM 23    AND MR. PARR, THAT WILL FILL UP THE MORNING.

04:03PM 24         MR. NICK:  THAT WOULD FILL UP THE MORNING, YOUR

04:03PM 25    HONOR.  WE PLAN TO EITHER REST AFTER MR. PARR OR CALL ONE OR

04:03PM 1    BOTH OF THE DEFENDANTS, AND I APOLOGIZE, THAT DECISION HASN'T

04:03PM 2    QUITE BEEN MADE YET.

04:03PM 3              THE COURT:  NO.  YOU DON'T HAVE TO INFORM.

04:03PM 4              MR. NICK:  BUT THAT'S KIND OF THE ORDER.

04:03PM 5         SO I THINK THE MORNING WOULD BE FILLED UP WITH WHAT

04:03PM 6    MS. GILG SAID AND THEN AT THAT POINT WE WILL ANNOUNCE WHAT WE

04:03PM 7    INTEND TO DO NEXT.

04:03PM 8              THE COURT:  OKAY.  ALL RIGHT.  YOU WANTED TO MAKE, I

04:03PM 9    THINK YOU SAID, A RULE 29 MOTION.

04:04PM 10             MS. GILG:  YES, YOUR HONOR.  AND I BELIEVE I WILL

04:04PM 11   HAVE SOMETHING BRIEFLY IN WRITING.

04:04PM 12             THE COURT:  THAT'S FINE.  AND EXCHANGE THAT WITH

04:04PM 13   COUNSEL.  AND IF YOU DO IT OVER THE WEEKEND, SEND IT TO THEM

04:04PM 14   OVER THE WEEKEND BECAUSE YOU HAVE NOTHING ELSE TO DO.

04:04PM 15             MS. GILG:  I CERTAINLY WILL.

04:04PM 16             THE COURT:  GREAT.

04:04PM 17             MS. GILG:  OR IF NOT, WE CAN RESERVE, AS LONG AS WE

04:04PM 18   MAKE IT, THEN WE CAN RESERVE THE ARGUMENT ON IT AND GIVE THEM

04:04PM 19   AN OPPORTUNITY TO RESPOND.

04:04PM 20             THE COURT:  GREAT.  WE CAN TALK ABOUT THAT.  WHY

04:04PM 21   DON'T WE PLAN ON GOING ON THE RECORD ABOUT 8:30, IF NOT A

04:04PM 22   LITTLE BEFORE, JUST TO CHECK IN AND SEE HOW THINGS ARE.

04:04PM 23             MS. GILG:  ALL RIGHT.

04:04PM 24             THE COURT:  GREAT.

04:04PM 25             MR. NICK:  SO 8:30 ON MONDAY THEN, YOUR HONOR?

04:04PM 1          THE COURT:  PLEASE.

04:04PM 2          MR. NICK:  OKAY.  THANK YOU.

04:04PM 3          THE COURT:  IF NOT A LITTLE BEFORE.

04:04PM 4          MR. NICK:  ALL RIGHT.  8:20.

04:04PM 5          THE COURT:  ALL RIGHT.  ANYTHING ELSE?

04:04PM 6          MR. SIMEON:  NO, YOUR HONOR.

04:04PM 7          THE COURT:  ENJOY YOUR WEEKENDS.

04:04PM 8          MS. GILG:  THANK YOU, YOUR HONOR.

04:04PM 9      (COURT ADJOURNED 4:04 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                        <u>CERTIFICATE OF REPORTER</u>

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, RMR, CRR
17         CERTIFICATE NUMBER 8074

18

19         DATED:  OCTOBER 22, 2018

20

21

22

23

24

25