1

UNITED STATES DISTRICT COURT

2                FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

3

4        UNITED STATES OF AMERICA,

5                PLAINTIFF,              CASE NO.  CR-16-00373-EJD

6          VS.                          SAN JOSE, CALIFORNIA

7        GOYKO KUBUROVICH AND KRISTEL    SEPTEMBER 25, 2018

8        KUBUROVICH,
                                         VOLUME 5
         DEFENDANTS.
9                                        PAGES 849 - 976

10

11              TRIAL TRANSCRIPT OF PROCEEDINGS
            BEFORE THE HONORABLE EDWARD J. DAVILA
                UNITED STATES DISTRICT JUDGE
12

                   A-P-P-E-A-R-A-N-C-E-S
13

14       FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY
                               BY:   SCOTT SIMEON
15                                   JEFF SCHENK
                               150 ALMADEN BOULEVARD, SUITE 900
16                             SAN JOSE, CALIFORNIA 95113

17

         FOR DEFENDANT         LAW OFFICE OF J. DAVID NICK
18       GOYKO:                BY:   J. DAVID NICK
                               345 FRANKLIN STREET
19                             SAN FRANCISCO, CALIFORNIA 94102

20       FOR DEFENDANT         LAW OFFICE OF ZENIA K. GILG
         KRISTEL:              BY:   ZENIA K. GILG
21                             SAUSALITO PLAZA
                               1505 BRIDGEWAY, SUITE 103
22                             SAUSALITO, CALIFORNIA 94965

23       OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                     CERTIFICATE NUMBER 8074
24

25           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
         TRANSCRIPT PRODUCED WITH COMPUTER.

1          INDEX OF PROCEEDINGS

2

3

GOVERNMENT'S CLOSING ARGUMENT                    P. 851

DEFENDANT GOYKO KUBUROVICH'S CLOSING ARGUMENT   P. 881

DEFENDANT KRISTEL KUBUROVICH'S CLOSING ARGUMENT P. 908

GOVERNMENT'S CLOSING ARGUMENT                    P. 939

1    SAN JOSE, CALIFORNIA                    SEPTEMBER 25, 2018

2                    P R O C E E D I N G S

09:59AM  3    (JURY OUT AT 9:59 A.M.)

09:59AM  4         THE COURT:  WE ARE ON THE RECORD.

09:59AM  5         MR. NICK:  MS. GILG IS IN THE RESTROOM, YOUR HONOR.

09:59AM  6         THE COURT:  ALL RIGHT.  THANK YOU.  LET'S GO OFF THE

09:59AM  7    RECORD.  WE'LL WAIT FOR MS. GILG FOR JUST A MOMENT.  WE'RE OFF

09:59AM  8    THE RECORD.

09:59AM  9    (PAUSE IN PROCEEDINGS.)

10:01AM 10    (JURY IN AT 10:01 A.M.)

10:01AM 11         THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

10:01AM 12    ARE PRESENT, AND THE DEFENDANTS ARE PRESENT, AND THE JURY AND

10:01AM 13    ALTERNATES ARE PRESENT.

10:01AM 14    GOOD MORNING.  LET ME TURN TO THE GOVERNMENT AND ASK THEM

10:01AM 15    IF THEY HAVE ANY CLOSING ARGUMENT.

10:01AM 16         MR. SCHENK:  YES, WE DO.  THANK YOU VERY MUCH, YOUR

10:01AM 17    HONOR.

10:01AM 18         **(GOVERNMENT'S COUNSEL GAVE THEIR CLOSING ARGUMENT.)**

10:01AM 19         MR. SCHENK:  GOOD MORNING.  IN 2010, 2010, WHEN

10:01AM 20    MR. GOYKO KUBUROVICH DECLARED BANKRUPTCY, HE WANTED TO REALIZE

10:01AM 21    THE BENEFITS OF BANKRUPTCY BUT WITHOUT SUFFERING ANY OF ITS

10:01AM 22    BURDENS.

10:01AM 23    DURING THE TRIAL YOU'VE LEARNED THAT A CHAPTER 7

10:01AM 24    BANKRUPTCY CREATES SORT OF TWO PILES.  ONE PILE IS YOUR DEBTS

10:02AM 25    OR LIABILITIES, AND THE OTHER PILE IS YOUR ASSETS, AND THEN THE

10:02AM  1    TRUSTEE WORKS TO DIVVY UP OR SEPARATE THE ASSETS AND DEDICATE

10:02AM  2    THEM TOWARD LIABILITIES.

10:02AM  3         MR. KUBUROVICH DIDN'T MIND HAVING A VERY LARGE PILE OF

10:02AM  4    DEBTS, OF LIABILITIES.  THAT'S WHY IN 2009 HE STOPPED PAYING

10:02AM  5    HIS CREDIT CARD BILLS.  IN 2009 HE STOPPED PAYING MORTGAGE

10:02AM  6    PAYMENTS, THE HOUSE IN MORGAN HILL.

10:02AM  7         BUT HE DID MIND IF HE HAD A LARGE ASSETS PILE, AND HE

10:02AM  8    DEVISED A SCHEME TO SHRINK THE SIZE OF HIS ASSETS PILE.  IN

10:02AM  9    PARTICULAR, HE WANTED TO KEEP ABOUT A QUARTER OF A MILLION

10:02AM  10   DOLLARS OUT OF THE PILE OF ASSETS.

10:02AM  11        AND WHAT HIS SCHEME WAS, WAS TO TRANSFER HIS ASSETS BEFORE

10:02AM  12   HE DECLARED BANKRUPTCY TO SOMEONE THAT HE TRUSTED, SOMEONE THAT

10:03AM  13   HE FELT WOULD HOLD ON TO THE ASSETS, WOULD CREATE ENOUGH OF A

10:03AM  14   WALL BETWEEN HIMSELF AND HIS MONEY SO THAT IT WOULDN'T GO INTO

10:03AM  15   THE PILE OF ASSETS BUT THAT HE WOULDN'T LOSE ALL CONTROL OVER

10:03AM  16   THE ASSETS.  HE WANTED TO HAVE HIS CAKE AND EAT IT, TOO.  HE

10:03AM  17   WANTED THE BEST OF BOTH WORLDS.

10:03AM  18        AND THAT INDIVIDUAL WAS MS. KUBUROVICH, HIS DAUGHTER.

10:03AM  19        SO HE DEVISED A SCHEME AND WITH HER ASSISTANCE COMMITTED

10:03AM  20   BANKRUPTCY FRAUD.

10:03AM  21        AND YOU'RE HERE BECAUSE HE COMMITTED THREE CRIMES:  THE

10:03AM  22   CRIME OF BANKRUPTCY FRAUD, THE CRIME OF CONCEALMENT OF ASSETS,

10:03AM  23   AND THE CRIME OF MAKING A FALSE STATEMENT IN A BANKRUPTCY

10:03AM  24   PROCEEDING.

10:03AM  25        AND HIS DAUGHTER, MS. KUBUROVICH, COMMITTED TWO CRIMES,

10:03AM 1    THOSE FIRST TWO CRIMES, BANKRUPTCY FRAUD AND CONCEALMENT OF

10:03AM 2    ASSETS.

10:03AM 3         SHE'S NOT CHARGED WITH AND YOU'RE NOT HERE TO VOTE ON THE

10:03AM 4    THIRD COUNT AS IT APPLIES TO HER, THE FALSE STATEMENT IN A

10:03AM 5    BANKRUPTCY PROCEEDING.  THAT COUNT ONLY APPLIES TO

10:04AM 6    MR. KUBUROVICH.

10:04AM 7         SO THREE CRIMES FOR HIM; TWO CRIMES FOR HER.

10:04AM 8         WHAT WE'RE GOING TO REVIEW THIS MORNING IS REALLY TWO

10:04AM 9    TOPICS.  THE FIRST IS THE EVIDENCE THAT YOU'VE HEARD IN THE

10:04AM 10   TRIAL, AND THE SECOND ARE THE ELEMENTS.

10:04AM 11        WHEN WE'RE ALL DONE MAKING OUR ARGUMENTS THIS MORNING, THE

10:04AM 12   JUDGE IS GOING TO READ TO YOU INSTRUCTIONS, AND AMONG THOSE

10:04AM 13   INSTRUCTIONS ARE THE ELEMENTS OF THE CRIMES, THE THINGS THAT

10:04AM 14   THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT IN ORDER

10:04AM 15   FOR YOU TO CONVICT.

10:04AM 16        SO THIS MORNING WE'RE GOING TO FIRST REVIEW THE EVIDENCE,

10:04AM 17   AND THEN THE ELEMENTS FOR THE OFFENSE, AND I'M GOING TO ARGUE

10:04AM 18   TO YOU WHY THE GOVERNMENT HAS PROVED THE EVIDENCE SUPPORTS THE

10:04AM 19   ELEMENTS.

10:04AM 20        SO LET'S START WITH THE EVIDENCE.  THE EVIDENCE IS OF

10:04AM 21   THREE TYPES.  THE EVIDENCE COMES FROM EXHIBITS THAT HAVE BEEN

10:05AM 22   ADMITTED INTO EVIDENCE, IT COMES FROM WITNESS TESTIMONY, AND IT

10:05AM 23   COMES FROM THE STIPULATIONS OF THE PARTIES.

10:05AM 24        IF YOU RECALL AT THE END OF THE GOVERNMENT'S CASE LAST

10:05AM 25   FRIDAY, BEFORE WE LEFT FOR THE DAY, THE JUDGE READ TO YOU THREE

10:05AM  1    STIPULATIONS OF THE PARTIES.  SO THAT'S THE THIRD TYPE OF

10:05AM  2    EVIDENCE:  THE EXHIBITS, WITNESS TESTIMONY, AND THE

10:05AM  3    STIPULATIONS.

10:05AM  4        LET'S START OFF WITH SOME OF THE EXHIBITS.  WHEN YOU GO

10:05AM  5    BACK TO THE DELIBERATION ROOM, YOU'RE GOING TO HAVE A COMPUTER

10:05AM  6    AND A CD AND ON THAT CD WILL BE ALL OF THE EXHIBITS.  THE

10:05AM  7    GOVERNMENT'S EXHIBITS ARE NUMBERS 1 THROUGH 60, OR THEREABOUTS,

10:05AM  8    AND THE DEFENSE EXHIBITS ARE LETTERS A, B, C, D.

10:05AM  9        AND IN THE GOVERNMENT'S EXHIBITS, EXHIBIT 1 IS THE

10:05AM 10    BANKRUPTCY PETITION, AND YOU SEE ON THE SCREEN IN FRONT OF YOU

10:05AM 11    1-12 IS THE 12TH PAGE OF EXHIBIT 1.  SO EVERYTHING AFTER THE

10:06AM 12    DASH REFERS TO THE PAGE NUMBER OF THAT PARTICULAR EXHIBIT.

10:06AM 13        EXHIBIT 1, AS YOU MIGHT EXPECT IN A BANKRUPTCY FRAUD CASE,

10:06AM 14    IS THE BANKRUPTCY PETITION ITSELF, THE HEART OF THE CASE.

10:06AM 15        AND ON THE SCREEN IN FRONT OF YOU, YOU SEE THE 12TH PAGE

10:06AM 16    OF EXHIBIT NUMBER 1 IS WHAT IS CALLED SCHEDULE A.

10:06AM 17        YOU HEARD MR. LAFFREDI TOLD YOU, THE VERY FIRST WITNESS,

10:06AM 18    THAT THE BANKRUPTCY PETITION CONTAINS SCHEDULES AND THEN

10:06AM 19    SOMETIMES FILED THE SAME DAY AND SOMETIMES FILED SEVERAL DAYS

10:06AM 20    LATER IS SOMETHING CALLED THE SOFA, OR THE STATEMENT OF

10:06AM 21    FINANCIAL AFFAIRS.

10:06AM 22        IN THE BANKRUPTCY PETITION I'M GOING TO DRAW YOUR

10:06AM 23    ATTENTION TO TWO SCHEDULES:  SCHEDULE A AND SCHEDULE B.  THE

10:06AM 24    12TH PAGE SHOWS SCHEDULE A WHERE YOU, THE DEBTOR, IS SUPPOSED

10:06AM 25    TO DECLARE ALL REAL PROPERTY, AND YOU WILL SEE THE HIGHLIGHTED

10:06AM 1   SENTENCE IN THE INSTRUCTION READ:  "EXCEPT AS DIRECTED BELOW,

10:07AM 2   LIST ALL PROPERTY IN WHICH THE DEBTOR HAS ANY LEGAL, EQUITABLE,

10:07AM 3   OR FUTURE INTEREST, INCLUDING ALL PROPERTY OWNED AS COTENANT,

10:07AM 4   COMMUNITY PROPERTY, OR IN WHICH THE DEBTOR HAS A LIFE ESTATE.

10:07AM 5   INCLUDE ANY PROPERTY IN WHICH THE DEBTOR HOLDS RIGHTS AND

10:07AM 6   POWERS EXERCISABLE FOR THE DEBTOR'S OWN BENEFIT."

10:07AM 7        WE'RE GOING TO REFER TO THAT SECOND SENTENCE WHEN WE TALK

10:07AM 8   ABOUT MR. WARDA.  REMEMBER, THAT WAS THE INDIVIDUAL THAT

10:07AM 9   TESTIFIED THAT HE GAVE A LOAN SECURED BY THE PROPERTY, AND HE

10:07AM 10  NEGOTIATED THAT LOAN THROUGH THE PROPERTY.  THE PROPERTY IS

10:07AM 11  7170 EAGLE RIDGE DRIVE, AND THAT DID NOT APPEAR ON SCHEDULE A.

10:07AM 12  THE FIRST PLACE THAT THE DEFENDANT, THE DEBTOR, FAILED TO

10:07AM 13  DISCLOSE SOMETHING THAT HE SHOULD HAVE AND HE DID SO WITH THE

10:07AM 14  INTENT TO DEFRAUD THE BANKRUPTCY ESTATE.  WE'LL GET TO THAT A

10:07AM 15  LITTLE BIT LATER.

10:08AM 16       SCHEDULE B IS THE 13TH PAGE OF EXHIBIT 1 AND THE 14TH PAGE

10:08AM 17  OF OTHER PAGES AROUND THERE.  SCHEDULE B ASKS THE DEBTOR TO

10:08AM 18  DISCLOSE PERSONAL PROPERTY.  YOU HEARD THAT PERSONAL PROPERTY

10:08AM 19  IS EVERYTHING OTHER THAN REAL PROPERTY.

10:08AM 20       AND IN THE PERSONAL PROPERTY SECTION, YOU'LL RECALL TO

10:08AM 21  QUESTION NUMBER 1 THAT ASKS FOR CASH, MONEY IN YOUR POCKET.

10:08AM 22  THE DEBTOR, IN THIS CASE THE DEBTOR, MR. KUBUROVICH, WROTE

10:08AM 23  ZERO.  HE ALSO LISTED BANK ACCOUNTS, AND THESE ARE BANK

10:08AM 24  ACCOUNTS THAT WERE LISTED.

10:08AM 25       ON SCHEDULE B THE FIRST FOUR ARE THE COMMUNITY PROPERTY

10:08AM 1   BANK ACCOUNTS, AND THE NEXT FOUR ARE IRA'S.  THOSE ARE ALL OF

10:08AM 2   THE BANK ACCOUNTS THAT HE LISTED.

10:08AM 3       BUT YOU LEARNED THROUGHOUT THE COURSE OF THIS TRIAL THAT

10:08AM 4   HE HAD OTHER BANKS.  HE HAD AN ACCOUNT AT VP BANK, THAT'S THE

10:08AM 5   BANK IN LIECHTENSTEIN THAT WAS NOT DISCLOSED, AND HE ALSO

10:08AM 6   TRANSFERRED MONEY, WE'LL COVER THIS IN GREATER DETAIL IN A

10:09AM 7   MOMENT, BUT HE MADE THREE $250,000 TRANSFERS IN DECEMBER OF

10:09AM 8   2008 TO HIS DAUGHTER INTO BANK ACCOUNTS THAT WERE STILL USED

10:09AM 9   FOR HIS BANKS, STILL MONEY THAT HE HAS BUT THEY WEREN'T

10:09AM 10  DISCLOSED ON HERE.

10:09AM 11      SO HE DIDN'T DISCLOSE HIS OWN ACCOUNT AT VP BANK, AND HE

10:09AM 12  ALSO DIDN'T DISCLOSE ACCOUNTS THAT HE MOVED MONEY INTO IN HIS

10:09AM 13  DAUGHTER'S NAME BUT THROUGH WHICH HE STILL HAD CONTROL.

10:09AM 14      THE 34TH PAGE OF THE FIFTH EXHIBIT IS WHERE YOU DECLARE

10:09AM 15  UNDER THE PENALTY OF PERJURY THAT THE THINGS THAT YOU HAVE SAID

10:09AM 16  ARE TRUE.  THIS IS GOING TO BE A DOCUMENT THAT SUPPORTS THE

10:09AM 17  ELEMENT OF THE OFFENSE LATER.  SO I'LL REMIND YOU WHEN WE GET

10:09AM 18  THERE.

10:09AM 19      BUT THE SCHEDULES HAVE THEIR OWN PENALTY OF PERJURY

10:09AM 20  ATTESTATION DECLARATION, AND YOU HEARD MR. GREEN, THE SECOND

10:10AM 21  WITNESS IN THE TRIAL, SAY I FILED THIS FOR THE DEBTOR, BUT I

10:10AM 22  KEEP THE INK COPY, THE SIGNATURE.  I HAVE THAT BEFORE THE

10:10AM 23  DECLARATION IS SUBMITTED.

10:10AM 24      SO THE VERSION THAT YOU HAVE IS THE ELECTRONICALLY FILED

10:10AM 25  VERSION, BUT MR. GREENE TOLD YOU I NEVER FILE THAT UNTIL I HAVE

THE WET SIGNATURE.

SO HERE'S THE UNDER PENALTY OF PERJURY SIGNATURE PAGE FOR THE SCHEDULES.

AFTER THE SCHEDULES, THE 40TH, 41ST, AND OTHER PAGES OF EXHIBIT 1 ARE THE SOFA, THE STATEMENT OF FINANCIAL AFFAIRS. AND IN THAT PART -- MR. LAFFREDI TOLD YOU IT'S NOT THE PETITION, IT'S ACTUALLY A SEPARATE DOCUMENT AND SOMETIMES FILED THE SAME DAY OR LATER. AND IT ASKS QUESTIONS TO GET INFORMATION ABOUT THE ASSETS OF THE DEBTOR. AND IN THIS CASE THE SLIDE IN FRONT OF YOU IS SHOWING BUSINESSES THAT THE DEBTOR HAS AN INTEREST AND RESPONSIBILITY WITH AND LISTED HERE WERE NOT DESTRO OR NATA. YOU HEARD THOSE. AND NATA WAS THE BUSINESS ENTITY THAT OWNED THE HOME AT 7170 EAGLE RIDGE DRIVE.

YOU KNOW IT MATTERED BECAUSE WHEN WE HEARD YESTERDAY WHEN MR. PARR TESTIFIED HE SAID I DO REMEMBER RECEIVING THOSE SUBPOENAS BECAUSE HE SAID I'VE BEEN A LAWYER FOR A WHILE, BUT THIS IS THE FIRST TIME THAT I EVER RECEIVED A SUBPOENA SO IT STUCK OUT IN MY MIND.

IN THOSE SUBPOENAS WHAT THE BANKRUPTCY TRUSTEE WAS INTERESTED IN WAS INFORMATION ABOUT THE OWNERSHIP OF DESTRO AND NATA, INFORMATION THAT THE BANKRUPTCY COURT WANTED TO KNOW ABOUT BUT WASN'T DISCLOSED.

THOSE WEREN'T THE ONLY PLACES, THOUGH, THAT YOU HEARD TESTIMONY ABOUT ON THE SOFA. YOU ALSO HEARD ABOUT THE GIFT SECTION, THE TRANSFERS SECTION. THE DEFENDANT DID NOT PROVIDE

10:11AM 1    INFORMATION ABOUT THE TRANSFERS TO HIS DAUGHTER. HE DID NOT

10:12AM 2    PROVIDE INFORMATION ABOUT THE PURCHASE OF THE HOME OR OTHER

10:12AM 3    GIFTS.

10:12AM 4        SO THE SOFA HAS ITS OWN SIGNATURE UNDER PENALTY OF

10:12AM 5    PERJURY, THAT'S THE 43RD PAGE OF EXHIBIT NUMBER 1. AGAIN, WHEN

10:12AM 6    WE GET TO THE ELEMENTS, YOU'LL SEE THE GOVERNMENT AS PART OF

10:12AM 7    THE ELEMENTS HAS TO PROVE THAT, AND THERE ARE DOCUMENTS TO

10:12AM 8    SUPPORT IT.

10:12AM 9        IN ADDITION TO THE DECLARATION YOU ALSO HAVE RECEIVED

10:12AM 10   EVIDENCE, BUT BEFORE WE TURN TO EXHIBIT 8, I WANT TO REMIND YOU

10:12AM 11   OF THE STIPULATION. AT THE END OF FRIDAY THE JUDGE READ TO YOU

10:12AM 12   THE STIPULATION OF THE PARTIES. THERE WERE THREE OF THEM. AND

10:12AM 13   THE JUDGE SAID YOU TAKE IT AS ACCEPTED. IT'S SOMETHING THAT

10:12AM 14   THE PARTIES AGREED ON.

10:12AM 15       THE FIRST ONE WAS REGARDING CERTAIN EXHIBITS THAT WERE

10:12AM 16   FOUND AT 7170 EAGLE RIDGE. SOME GOVERNMENT EXHIBITS, SOME

10:12AM 17   DEFENSE EXHIBITS.

10:12AM 18       THE GOVERNMENT EXHIBITS WERE EXHIBIT 8 AND ALSO

10:12AM 19   EXHIBIT 46.

10:13AM 20       THE DEFENSE EXHIBITS WERE E, F, G, AND H.

10:13AM 21       SO YOU KNOW, AND WE'RE GOING TO TALK ABOUT EXHIBIT 8 IN A

10:13AM 22   MOMENT, THAT THE STUFF IN EXHIBIT 8, WHEN YOU LOOK ON EXHIBIT 8

10:13AM 23   ON THE CD BACK IN THE DELIBERATION ROOM, BUT WE ALSO HAVE SOME

10:13AM 24   ORIGINALS FOR YOU THAT I'LL SHOW YOU NOW, THAT STUFF WAS FOUND,

10:13AM 25   THAT IS AT 7170 EAGLE RIDGE. SO THAT'S THE FIRST STIPULATION.

10:13AM  1        THE SECOND STIPULATION WAS READ TO YOU BEFORE YOU SAW THE

10:13AM  2   VIDEO.  DO YOU REMEMBER THE SHORT VIDEO SHOWED A STATEMENT THAT

10:13AM  3   MS. KUBUROVICH MADE, AND SHE WAS TALKING ABOUT BANK ACCOUNTS,

10:13AM  4   AND SHE WAS ALSO ASKED ABOUT WHO OWNS THE HOME THAT YOU LIVE IN

10:13AM  5   7170 EAGLE RIDGE?  AND SHE DIDN'T KNOW.  A VERY REVEALING FACT.

10:13AM  6   IF IN FACT THERE WAS A TRUE WALL BETWEEN MR. KUBUROVICH AND HIS

10:13AM  7   ASSETS AND THIS MONEY WAS MS. KUBUROVICH'S, SHE SPENT IT AS SHE

10:13AM  8   WANTED.  SHE WANTED TO SET UP A BUSINESS.  SHE WANTED TO BUY A

10:13AM  9   HOME.  YOU THINK SHE WOULD KNOW WHO OWNED THE HOME.

10:14AM 10        IF THERE WASN'T REALLY A WALL, IF IN FACT MR. KUBUROVICH

10:14AM 11   WAS THE ONE PULLING THE STRINGS AND CONTROLLING WITH THE

10:14AM 12   ASSISTANCE OF HIS DAUGHTER, THAT MAKES SENSE THAT SHE WOULDN'T

10:14AM 13   KNOW.

10:14AM 14        AND THEN THERE'S THE THIRD STIPULATION.  AND THE THIRD

10:14AM 15   STIPULATION WAS ABOUT $101,000, $101,359.56 TO BE EXACT.  THAT

10:14AM 16   AMOUNT OF MONEY, THE PARTIES AGREE, WAS TRANSFERRED FROM

10:14AM 17   KRISTEL KUBUROVICH'S VP BANK ACCOUNT, THAT'S THE BANK IN

10:14AM 18   LIECHTENSTEIN, TO THE UNITED STATES IN MARCH OF 2013 AND WAS

10:14AM 19   USED TO PAY ONE OF MR. KUBUROVICH'S DEBTS.

10:14AM 20        WE'RE GOING TO TALK ABOUT THIS A LITTLE BIT LATER AS THE

10:14AM 21   MISSING $100,000.  WE'LL SHOW YOU THAT 500,000 WENT TO

10:14AM 22   LIECHTENSTEIN BY KRISTEL KUBUROVICH.  400,000 CAME BACK TO BUY

10:14AM 23   THE EAGLE RIDGE HOME.  HERE'S WHAT HAPPENED TO THE OTHER

10:15AM 24   HUNDRED THOUSAND.

10:15AM 25        IT'S IMPORTANT BECAUSE, AGAIN, THERE'S A TRUE WALL BETWEEN

10:15AM 1     THEM.  WHY IS HER MONEY GOING TO PAY HIS DEBTS?  BECAUSE IT'S

10:15AM 2     HIS MONEY.

10:15AM 3         SO EXHIBIT 8 WAS STUFF THAT WAS FOUND IN EAGLE RIDGE, AND

10:15AM 4     YOU'LL HAVE THIS BACK HERE WITH YOU, AND IT'S IN A SEALED

10:15AM 5     EVIDENCE BAG NOW, BUT THE REASON IT'S SEALED IS FOR YOU.  YOU

10:15AM 6     CAN OPEN IT IF YOU WANT TO AND YOU CAN LOOK THROUGH IT.  IT'S

10:15AM 7     PRE-SIGNED CHECKS FOR VARIOUS ACCOUNTS.  YOU'LL SEE THAT

10:15AM 8     THERE'S A UNITED SECURITY BANK ACCOUNT, THERE'S CHECKS FROM

10:15AM 9     NATA.  THEY'RE SIGNED BY KRISTEL KUBUROVICH, AND THEY'RE AT

10:15AM 10    THEIR HOME.

10:15AM 11        AGAIN, A TRUE WALL.  NO NEED TO PRE-SIGN CHECKS AND MOVE

10:15AM 12    THEM AROUND.  IF THERE IS NO WALL AND MR. KUBUROVICH IS

10:15AM 13    ACTUALLY STILL USING THIS MONEY, MAKING THE DECISIONS, CALLING

10:15AM 14    THE SHOTS, IF YOU WILL, THAT WOULD EXPLAIN WHY YOU NEED TO

10:15AM 15    PRE-SIGN CHECKS.

10:15AM 16        SO EXHIBIT 8 BOTH ON THE CD IS PHOTOS OF ITEMS FOUND AT

10:16AM 17    THE HOUSE BUT SOME OF THEM WE HAVE IN THE ACTUAL.

10:16AM 18        EXHIBIT 8 ALSO INCLUDES STATEMENTS AT THE HOUSE FROM VP

10:16AM 19    BANK, THE BANK IN LIECHTENSTEIN.

10:16AM 20        REMEMBER THE LETTER?  WE'LL COVER THE LETTER IN A MOMENT

10:16AM 21    THAT CHARLES GREENE WROTE TO THE ESTATE SAYING THAT MR. BATZI

10:16AM 22    RECENTLY REMEMBERED OR RECENTLY DISCOVERED THAT HE HAD AN

10:16AM 23    ACCOUNT IN LIECHTENSTEIN, AND I WANT TO TURN OVER A THOUSAND

10:16AM 24    DOLLARS TO THE ESTATE.

10:16AM 25        WELL, THEY HAD INFORMATION.  FIRST OF ALL, HE'S

10:16AM 1    E-MAILING -- MR. KUBUROVICH IS E-MAILING THE BANK, BUT ALSO

10:16AM 2    THEY HAVE INFORMATION ABOUT THE VP BANK AT THE HOUSE.  AGAIN,

10:16AM 3    HE DIDN'T RECENTLY DISCOVER.  HE DECIDED IT WASN'T PRUDENT TO

10:16AM 4    HIDE IT ANYMORE SO HE TURNED IT OVER.

10:16AM 5        HERE ARE SOME OF THE IMAGES THAT YOU'LL SEE.  THE 16TH

10:16AM 6    PAGE OF EXHIBIT 8 IS AN IMAGE OF THE SIGNED CHECKS, WHAT IS

10:17AM 7    INSIDE OF THE BAG THAT I JUST HELD UP.

10:17AM 8        HERE'S THE LETTER THAT I MENTIONED JUST A MOMENT AGO.

10:17AM 9    IT'S EXHIBIT 40.  CHARLES GREENE, MR. KUBUROVICH'S BANKRUPTCY

10:17AM 10   ATTORNEY, WRITES A LETTER IN 2014, NEARLY FOUR YEARS TO THE

10:17AM 11   DAY, FROM WHEN THE BANKRUPTCY PETITION WAS FILED SAYING

10:17AM 12   RECENTLY LEARNED OF AN OVERSEAS BANK ACCOUNT MR. BATZI NOW

10:17AM 13   WANTS TO TURN OVER, AND YOU'LL SEE THE LAST HIGHLIGHTED SECTION

10:17AM 14   SHOWS THE AMOUNT.  THE AMOUNT IS A THOUSAND DOLLARS, 1,025.

10:17AM 15       KEEP THAT IN MIND.  WE'RE GOING TO COME BACK TO THAT IN A

10:17AM 16   MOMENT.

10:17AM 17       BUT IN MAY OF 2013 THE VP BANK, THAT WAS NOT DISCLOSED ON

10:17AM 18   THE PETITION, THE KUBUROVICHES HAVE TWO ACCOUNTS THERE,

10:17AM 19   MR. KUBUROVICH'S AND KRISTEL KUBUROVICH'S, EACH HAS AN ACCOUNT.

10:17AM 20   HERS HAS $500,000 IN IT WHEN SHE TRANSFERS MONEY THERE.  HIS,

10:17AM 21   AT THIS POINT, FOUR YEARS AFTER FILING BANKRUPTCY HAS ABOUT A

10:18AM 22   THOUSAND DOLLARS IN IT.

10:18AM 23       EXHIBIT 46 IS AN E-MAIL THAT MR. KUBUROVICH WROTE TO VP

10:18AM 24   BANK DISCUSSING THE WIRE OF FUNDS, THE WIRE TRANSFER OF FUNDS

10:18AM 25   IN MS. KUBUROVICH'S ACCOUNT, IN KRISTEL'S ACCOUNT.

10:18AM  1    AGAIN, HE'S THE ONE THAT IS MAKING THE DECISIONS ABOUT HER

10:18AM  2  ACCOUNT WITH HER ASSISTANCE.  WE'RE GOING TO GET TO THAT PART

10:18AM  3  OF IT.  BUT SHE ISN'T MAKING THESE INDEPENDENT CALLS ABOUT HER

10:18AM  4  BANK ACCOUNT.  HE'S THE ONE WHO IS CONFIRMING THAT THE WIRE IS

10:18AM  5  RECEIVED.

10:18AM  6    EXHIBIT 47 IS A BLOG KRISTEL KUBUROVICH HAD OF A TRIP THAT

10:18AM  7  HER AND HER FATHER TOOK IN JANUARY OF 2009.  THE THREE $250,000

10:18AM  8  TRANSFERS TO HER AND HER DAD WERE IN DECEMBER OF 2008.  THE

10:18AM  9  VERY NEXT MONTH THEY GET ON A PLANE AND FLY TO EUROPE, AND SHE

10:19AM 10  BLOGS ABOUT THE TRAVEL.  SHE TALKS ABOUT THE DIFFERENT CITIES

10:19AM 11  THAT THEY VISITED.  AS PART OF THE RECORDS THAT YOU'LL HAVE

10:19AM 12  WITH YOU ARE THE CBP'S, THE CUSTOMS AND BORDER PROTECTION

10:19AM 13  BORDER CROSSING.  SO IT SHOWS THEIR TRAVEL TO DOCUMENT THIS

10:19AM 14  OCCURRING AND ALSO YOU'LL SEE THAT SHE TALKS ABOUT KIND OF THE

10:19AM 15  MUNDANE DETAILS OF TRAVEL, THE MEALS THAT THEY EAT, THE HOTEL,

10:19AM 16  THE TAXI DRIVER, THE DIFFERENT COUNTRIES THAT THEY VISIT, BUT

10:19AM 17  SOMETHING VERY CONSPICUOUS IS MISSING.  NOT A WORD ABOUT

10:19AM 18  LIECHTENSTEIN.

10:19AM 19    SHE TALKS ABOUT A LOTS OF DIFFERENT PLACES THEY GO, BUT

10:19AM 20  NEVER ONCE DOES SHE MENTION THE TIME SPENT IN LIECHTENSTEIN.

10:19AM 21  WHY?  BECAUSE WHAT HAPPENS THERE IS NOT SOMETHING SHE'S

10:19AM 22  SUPPOSED TO TALK ABOUT.  THAT'S WHERE THEY SET UP THE ACCOUNTS

10:19AM 23  TO HOLD MONEY THAT SHE GAVE HIM AND THAT HE IS GOING TO END UP

10:19AM 24  BENEFITTING.

10:19AM 25    EXHIBIT 52 IS A DOCUMENT THAT CREATED THAT COMPANY, NATA.

10:20AM  1    YOU'VE HEARD THIS DOCUMENT DISCUSSED SEVERAL TIMES.

10:20AM  2         SO AFTER THE THREE $250,000 WIRE TRANSFERS ARE MADE IN

10:20AM  3    DECEMBER OF 2008, RIGHT AFTER THAT THE NATA COMPANY IS CREATED

10:20AM  4    AND BANK ACCOUNTS FOR NATA ARE CREATED.

10:20AM  5         SO THE MONEY CAN THEN GO FROM KRISTEL TO NATA, BUT

10:20AM  6    GOYKO KUBUROVICH IS THE ONE WHO IS THERE AT THE GROUND FLOOR OF

10:20AM  7    THE CREATION OF NATA.

10:20AM  8         THE DEFENSE TELLS YOU, AND THEY WILL LIKELY TELL YOU AGAIN

10:20AM  9    TODAY, THAT DON'T LOOK AT THAT, LOOK AT THE OPERATING

10:20AM  10   AGREEMENT, HOW NATA ACTUALLY WORKED.

10:20AM  11        BUT WE SUBMIT THAT MISSES THE POINT.  MR. KUBUROVICH

10:20AM  12   WANTED NATA TO BE CREATED AS A PLACE TO HOLD THE MONEY, AS A

10:20AM  13   PLACE TO BUY THE HOUSE, AN ATTEMPT TO BUILD THE WALL.

10:20AM  14        MS. KIKUGAWA ALSO TESTIFIED TO YOU AND REVIEWED EXHIBITS

10:21AM  15   58 AND 59.  YOU'VE HEARD THE TERM SCHEDULE USED TWO DIFFERENT

10:21AM  16   WAYS IN THIS TRIAL.  SCHEDULES A AND B ARE PART OF THE

10:21AM  17   BANKRUPTCY PETITION, REAL PROPERTY AND PERSONAL PROPERTY.

10:21AM  18        BUT MS. KIKUGAWA ALSO USED THE TERM SCHEDULES TO DESCRIBE

10:21AM  19   HOW SHE ITEMIZED TRANSACTIONS IN BANK ACCOUNTS.  THERE ARE 16

10:21AM  20   SCHEDULES FOR 16 DIFFERENT BANK ACCOUNTS AND THEN SUMMARIES OF

10:21AM  21   WHAT THE -- IF YOU LOOK AT THE INDIVIDUAL TRANSACTIONS, WHAT

10:21AM  22   THEY SHOW WHEN YOU FOLLOW THE MONEY OR TRACE THE FUNDS.

10:21AM  23        AND THE 207TH PAGE OF EXHIBIT 58 SHOWS TO YOU THE BALANCES

10:21AM  24   IN VARIOUS BANK ACCOUNTS THE DATE THE PETITION WAS FILED, MAY

10:21AM  25   25TH, 2010, THE LIECHTENSTEIN BANK ACCOUNT IN MR. KUBUROVICH'S

10:21AM  1   NAME HAS $1,800 IN IT.  REMEMBER, I ASKED YOU TO KEEP IN MIND

10:21AM  2   THAT LETTER THAT WAS WRITTEN IN MAY OF 2014, FOUR YEARS LATER

10:22AM  3   WHEN THE LAWYER, MR. GREENE, IS SAYING HERE'S A THOUSAND

10:22AM  4   DOLLARS, 1,025.

10:22AM  5        WHEN YOU FILE A BANKRUPTCY, WHAT THE ESTATE IS ENTITLED TO

10:22AM  6   IS THE ASSETS AT THE TIME YOU FILED THE BANKRUPTCY, $1800.

10:22AM  7   IT'S ONLY $800, BUT THE POINT IS THE DECEPTION, THE POINT IS

10:22AM  8   THE FRAUD.  THAT MATTERS.  INTEGRITY IN THE BANKRUPTCY SYSTEM

10:22AM  9   MATTERS.

10:22AM  10       THAT ISN'T THE ONLY ACCOUNT, THOUGH, THAT IS MISSING.  AT

10:22AM  11  THAT TIME IN MAY OF 2010 IN MS. KUBUROVICH'S ACCOUNT IS

10:22AM  12  $101,000.

10:22AM  13       NOW, THAT SHOULD BRING TO YOUR MIND THE STIPULATION THAT

10:22AM  14  I'VE READ TO YOU A MOMENT AGO, THE THIRD STIPULATION THAT TALKS

10:22AM  15  ABOUT WHAT ENDED UP HAPPENING WITH THIS BE MONEY?  $101,000

10:22AM  16  FROM KRISTEL KUBUROVICH'S ACCOUNT WAS BROUGHT BACK INTO THE

10:22AM  17  UNITED STATES IN 2013 AND WAS USED TO PAY ONE OF

10:23AM  18  MR. KUBUROVICH'S DEBTS.  AGAIN, NOBLE.

10:23AM  19       THE 208TH PAGE OF EXHIBIT 58 IS THE SUMMARY OF THE CREDIT

10:23AM  20  CARD DEBT, THE ACCUMULATION OF DEBT WHERE I DESCRIBED TO YOU IN

10:23AM  21  THE BEGINNING THE PILE OF LIABILITIES THAT MR. KUBUROVICH DID

10:23AM  22  NOT CARE IF IT GREW.  AND THIS SLIDE SHOWS YOU THE CREDIT CARD

10:23AM  23  DEBT IN THE YEAR PRECEDING THE FILING OF BANKRUPTCY.

10:23AM  24       MR. KUBUROVICH ACCUMULATED CREDIT CARD DEBT AND STOPPED

10:23AM  25  PAYING HIS CREDIT CARDS IN 2009.  HE DIDN'T CARE.  HE WAS GOING

10:23AM 1  TO FILE BANKRUPTCY THE NEXT YEAR.

10:23AM 2      BUT AT THAT TIME HE HAD MONEY.  HE STILL HAD MONEY.  HE

10:23AM 3  WAS JUST GIVING IT TO HIS DAUGHTER TO HOLD SO IT DIDN'T GO TO A

10:23AM 4  DEBT THAT WOULD BE DISCHARGED.  HE WANTED THE MONEY TO BE SPENT

10:23AM 5  OTHER WAYS.

10:23AM 6      THE DEFENSE CROSS-EXAMINED MS. KIKUGAWA ABOUT THIS

10:23AM 7  DOCUMENT AND CRITICIZED HER FOR NOT KNOWING WHETHER HE WAS THE

10:24AM 8  SOLE SIGNER ON CERTAIN ACCOUNTS, WHETHER SHE INSPECTED THE

10:24AM 9  CREDIT CARD ITEM EXPENSES, HOW HE WAS SPENDING THE MONEY.

10:24AM 10     AGAIN, IT MISSES THE POINT.  THESE ARE CREDIT CARDS THAT

10:24AM 11 MS. KIKUGAWA DIDN'T JUST SEARCH FOR AND DECIDE TO PUT ON THE

10:24AM 12 SUMMARY CHART.  THESE ARE CREDIT CARDS THAT HE PUT ON THE

10:24AM 13 BANKRUPTCY PETITION SEEKING DISCHARGE.

10:24AM 14     MS. KIKUGAWA GOT THE ACCOUNTS FROM HIS PETITION.

10:24AM 15     AND THE LAST EXHIBIT I'M GOING TO REFER TO THIS MORNING IS

10:24AM 16 THIS SUMMARY THAT MS. KIKUGAWA DID TRACING THE FUNDS.  THIS IS

10:24AM 17 EXHIBIT 59.  THE FUNDS USED TO PURCHASE EAGLE RIDGE.  YOU KNOW

10:24AM 18 THAT IT STARTED OFF WITH ABOUT A MILLION DOLLARS IN A BELLEVUE

10:24AM 19 CENTRE ACCOUNT THAT MR. KUBUROVICH CONTROLLED.  AND OF THAT

10:24AM 20 $1 MILLION, YOU GET THE $750,000, THE QUARTER OF A MILLION

10:24AM 21 DOLLARS THAT HE WANTED TO EXCLUDE FROM THE PILE OF ASSETS.

10:25AM 22     SO HE MADE THREE TRANSFERS TO HIS DAUGHTER,

10:25AM 23 KRISTEL KUBUROVICH, IN DECEMBER OF 2008, AND THEN YOU CAN

10:25AM 24 FOLLOW THE MONEY THROUGH MS. KUBUROVICH'S ACCOUNTS.  SHE

10:25AM 25 RECEIVES IT IN DECEMBER, FLIES TO LIECHTENSTEIN IN JANUARY, AND

10:25AM 1    TRANSFERS $500,000 TO LIECHTENSTEIN.  YOU HEARD SOME REFERENCE

10:25AM 2    TO THE AMOUNT OF F.D.I.C. INSURANCE IN THE U.S. OR THE

10:25AM 3    RECESSION THAT WAS GOING ON, THE STABILITY OF THE FINANCIAL

10:25AM 4    MARKETS.  THE MONEY DIDN'T GO THERE FOR THAT REASON.  THE MONEY

10:25AM 5    SPENT THE WINTER IN LIECHTENSTEIN.

10:25AM 6         IT ARRIVES IN JANUARY.  THREE OR FOUR MONTHS LATER IT WAS

10:25AM 7    BACK IN THE UNITED STATES.  IT CAME BACK INTO THE UNITED

10:25AM 8    STATES, AND YOU CAN SEE IN THE BOXES, INTO ACCOUNTS CONTROLLED

10:25AM 9    BY KRISTEL KUBUROVICH, THEN TO NATA, THEN FOR THE PURCHASE OF

10:25AM 10   THE HOME.

10:25AM 11        ONE MORE FACT THAT INCREASED THE CREDIBILITY IN THE

10:26AM 12   GOVERNMENT'S EYES, AND WE SUBMIT IT SHOULD IN YOUR EYES, OF

10:26AM 13   MS. KIKUGAWA'S TESTIMONY WAS SHE TOLD YOU THE BALANCES IN THESE

10:26AM 14   ACCOUNTS BEFORE THESE TRANSFERS WAS OFTEN 0 OR ALMOST

10:26AM 15   NEGLIGIBLE.

10:26AM 16        SO YOU CAN IMAGINE A SITUATION WHERE IF A BANK ACCOUNT HAD

10:26AM 17   A MILLION DOLLARS IN IT AND $300,000 CAME IN AND THAT MONEY WAS

10:26AM 18   SPENT, IT'S VERY DIFFICULT TO SEPARATE OUT AND CLAIM THAT THE

10:26AM 19   MONEY THAT JUST WENT IN WAS THE SOURCE OF FUNDS TO BUY

10:26AM 20   SOMETHING.

10:26AM 21        IT'S A MUCH EASIER CONCLUSION, THOUGH, TO DRAW THAT THE

10:26AM 22   MONEY THAT JUST CAME IN WAS THE SOURCE OF FUNDS FOR A PURCHASE

10:26AM 23   IF THERE WAS NO MONEY IN THE ACCOUNT BEFORE THE MONEY CAME IN

10:26AM 24   OR IF THERE WAS INSUFFICIENT MONEY IN THE ACCOUNT BEFORE A

10:26AM 25   TRANSFER CAME IN TO PAY FOR THAT EXPENSE.

10:26AM 1      AND THAT WAS THE CASE HERE.  THERE WAS INSUFFICIENT MONEY

10:26AM 2   IN THESE ACCOUNTS BEFORE THE TRANSFERS ARRIVED.  SO YOU KNOW

10:26AM 3   THE SOURCE OF FUNDS WAS MR. KUBUROVICH'S.

10:26AM 4      NOW WE'RE GOING TO TURN TO THE EVIDENCE.  I TOLD YOU THERE

10:27AM 5   WERE THREE CRIMES AT ISSUE HERE:  BANKRUPTCY FRAUD, CONCEALMENT

10:27AM 6   OF ASSETS, AND FALSE STATEMENT IN BANKRUPTCY.  MR. KUBUROVICH

10:27AM 7   IS CHARGED IN ALL THREE, AND MS. KUBUROVICH IS CHARGED ONLY IN

10:27AM 8   THE FIRST TWO.

10:27AM 9      AND THE CRIMES, EACH HAVE ELEMENTS, AGAIN, THINGS THAT THE

10:27AM 10  GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT OR IT IS YOUR

10:27AM 11  DUTY TO FIND THE DEFENDANTS NOT GUILTY.

10:27AM 12     IF WE PROVE THE ELEMENT THEN BEYOND A REASONABLE DOUBT, IT

10:27AM 13  IS YOUR DUTY TO FIND THE DEFENDANTS GUILTY, AND THE GOVERNMENT

10:27AM 14  MUST PROVE EACH ELEMENT BEYOND A REASONABLE DOUBT.  THE CRIME

10:27AM 15  OF BANKRUPTCY FRAUD HAS FOUR ELEMENTS, AND THE JUDGE IS GOING

10:27AM 16  TO READ YOU THE ELEMENTS.  YOU'RE GOING TO HAVE THEM WRITTEN

10:27AM 17  DOWN FOR YOU IN THE INSTRUCTIONS.

10:27AM 18     THE FIRST IS THAT IF THERE WAS A SCHEME OR PLAN, THE

10:27AM 19  DEFENDANT DEVISED A SCHEME OR PLAN TO DEFRAUD.  LET'S LOOK AT

10:28AM 20  THE EVIDENCE FOR THAT.

10:28AM 21     I MENTIONED YOU TO AT THE BEGINNING WHAT THE SCHEME WAS.

10:28AM 22  FIRST, ACCUMULATE DEBT.  SECOND, TRANSFER ASSETS.

10:28AM 23     IT'S OKAY TO HAVE DEBT AND LIABILITIES WHEN YOU'RE GOING

10:28AM 24  TO COMMIT BANKRUPTCY FRAUD.  IT'S NOT OKAY TO HAVE A BIG PILE

10:28AM 25  OF ASSETS.

10:28AM  1    THE CREDIT CARD SUMMARY CHARTS SHOWS YOU THE ACCUMULATION

10:28AM  2  OF DEBT; THE FAILURE TO PAY THE MORTGAGE IN MORGAN HILL SHOWS

10:28AM  3  YOU THE ACCUMULATION OF DEBT; AND THEN THE TRANSFER OF ASSETS,

10:28AM  4  DECEMBER '08, THE 750,000 TO KRISTEL KUBUROVICH FOR THE

10:28AM  5  PURCHASE OF EAGLE RIDGE SHOWS YOU THE TRANSFER OF ASSETS.

10:28AM  6    THE DATES ALSO LINE UP IN A WAY THAT SHOW YOU THE BUILDING

10:28AM  7  OF THE SCHEME.  YOU SEE THE FIRST THREE LINES ON THE LEFT

10:28AM  8  COLUMN ARE THE DATES OF THE TRANSFERS, ALL IN ABOUT TWO WEEKS

10:28AM  9  FROM DECEMBER 18TH, 2008, TO DECEMBER 31ST, 2008.  THREE

10:29AM  10  SEPARATE $250,000 TRANSFERS.

10:29AM  11    THEN THE VERY NEXT MONTH, JANUARY 25TH, 2009,

10:29AM  12  MS. KUBUROVICH GOES TO LIECHTENSTEIN WITH HER FATHER, AND THEY

10:29AM  13  TRANSFER $500,000 TO LIECHTENSTEIN.

10:29AM  14    THEN ABOUT THREE MONTHS LATER IN MARCH OF 2009

10:29AM  15  MS. KUBUROVICH PURCHASES A $50,000 CASHIER'S CHECK TO STEWART

10:29AM  16  TITLE, THE TITLE COMPANY FOR THE EAGLE RIDGE PROPERTY.

10:29AM  17    WHEN THEY'RE GOING TO GET THE HOUSE, SHE TRANSFERS MOST OF

10:29AM  18  THE MONEY BACK FROM LIECHTENSTEIN.  IT'S ABOUT $400,000 LESS

10:29AM  19  THE WIRE TRANSFER FEES TO BRING THE MONEY BACK.

10:29AM  20    AND THEN JUST A FEW DAYS LATER, THAT TRANSFER WAS

10:29AM  21  APRIL 6TH.  NOW, A MONTH LATER, MAY 11TH, 2009, 597, $597,000

10:29AM  22  IS USED TO PURCHASE IN AN ALL-CASH DEAL FOR EAGLE RIDGE

10:30AM  23  PROPERTY.

10:30AM  24    ALL OF THIS TIME NONE OF THIS INFORMATION IS DISCLOSED,

10:30AM  25  MR. KUBUROVICH'S BANKRUPTCY PETITION.  HE DOESN'T DISCLOSE

10:30AM 1    CERTAIN BANK ACCOUNTS AT USB AND PINNACLE, AND HE DOESN'T

10:30AM 2    DISCLOSE THE PROPERTY.

10:30AM 3        THE SECOND ELEMENT IS THE INTENT TO DEFRAUD; THAT THE

10:30AM 4    DEFENDANT ACTED WITH THE INTENT TO DEFRAUD.

10:30AM 5        THE EVIDENCE THAT MR. KUBUROVICH ACTED WITH THE INTENT TO

10:30AM 6    DEFRAUD WAS THAT HE KNEW OF THESE UNREPORTED ACTS.  HE

10:30AM 7    INITIATED THE WIRE TRANSFERS, HE HAD THE VP BANK, THAT'S THE

10:30AM 8    BANK IN LIECHTENSTEIN, DOCUMENTS AT HIS EAGLE RIDGE HOME.

10:30AM 9        MS. KUBUROVICH, TOO, THOUGH, KNEW THAT SHE WAS HELPING TO

10:30AM 10   HIDE THE ASSETS.  SHE SIGNED BLANK CHECKS.  YOU RECALL THAT

10:30AM 11   INCIDENT?  SHE OMITTED LIECHTENSTEIN FROM THE BLOG, FROM THE

10:30AM 12   TRAVEL.

10:30AM 13       THE THIRD ELEMENT THAT THE GOVERNMENT MUST PROVE IS

10:30AM 14   MATERIALITY; THAT IS, THAT WHAT THE DEFENDANT DID, THE ACTION,

10:31AM 15   MATTERED.  IT WASN'T ABOUT SOME UNRELATED OR INSIGNIFICANT

10:31AM 16   FACT, BUT RATHER WHAT WAS OMITTED OR WHAT ACTION WAS TAKEN

10:31AM 17   MATTERED.  IT WAS OF SIGNIFICANCE.

10:31AM 18       AND IN THIS INSTANCE OMITTING THE BANK ACCOUNTS, OMITTING

10:31AM 19   THE PROPERTY, DID NOT -- YOU HEARD TESTIMONY FROM SEVERAL

10:31AM 20   WITNESSES.  MR. LAFFREDI DISCUSSED TO YOU WHAT KINDS OF

10:31AM 21   INFORMATION THE TRUSTEE USES TO CREATE THE BANKRUPTCY ESTATE.

10:31AM 22       THE FOURTH ELEMENT IS THAT THE DEFENDANT FILED A PETITION,

10:31AM 23   THAT THERE WERE DOCUMENTS FILED IN TITLE 11'S WHERE THE

10:31AM 24   BANKRUPTCY CODE IS FOUND, AND THEN WITHIN THE TITLE CHAPTER 7

10:31AM 25   IS THE TYPE OF BANKRUPTCY THAT MR. AND MRS. KUBUROVICH FILED IN

10:31AM  1    THIS CASE, AND AGAIN, THE FIRST DOCUMENT THAT I SHOWED YOU,

10:31AM  2    EXHIBIT NUMBER 1, IS THE PETITION.  SO YOU KNOW THERE WAS A

10:31AM  3    PETITION FILED IN THIS CASE.

10:31AM  4         THERE IS A THEORY OF LIABILITY CALLED AIDING AND ABETTING.

10:32AM  5    SO IF YOU DO NOT BELIEVE THAT KRISTEL KUBUROVICH COMMITTED EACH

10:32AM  6    ONE OF THOSE INDIVIDUAL ACTS, THE GOVERNMENT ASKS YOU TO FIND

10:32AM  7    HER LIABLE AND IN FACT THE EVIDENCE SUPPORTS THE AIDING AND

10:32AM  8    ABETTING THEORY, NOT THE AS A PRINCIPAL THEORY.  IT COULD BE

10:32AM  9    EITHER A PRINCIPAL WHEN YOU COMMIT A CRIME OR AN AIDER AND AN

10:32AM 10    ABETTOR.

10:32AM 11         MR. KUBUROVICH IS THE PRINCIPAL.  MS. KUBUROVICH IS THE

10:32AM 12    AIDER AND ABETTOR.

10:32AM 13         IN ORDER TO FIND SOMEONE GUILTY AS AN AIDER AND ABETTOR,

10:32AM 14    THE GOVERNMENT HAS TO PROVE, AGAIN, CERTAIN ELEMENTS BEYOND A

10:32AM 15    REASONABLE DOUBT.  IF WE DON'T PROVE THOSE ELEMENTS BEYOND A

10:32AM 16    REASONABLE DOUBT, IT'S YOUR DUTY TO FIND THE DEFENDANT NOT

10:32AM 17    GUILTY.

10:32AM 18         IF WE DO, IF WE DO PROVE THEM BEYOND A REASONABLE DOUBT,

10:32AM 19    IT'S YOUR DUTY TO FIND THE DEFENDANT GUILTY.  AIDING AND

10:32AM 20    ABETTING APPLIES TO THE TWO CRIMES THAT MS. KUBUROVICH IS

10:32AM 21    CHARGED WITH, COUNT ONE AND COUNT TWO, BANK FRAUD AND

10:32AM 22    CONCEALMENT OF ASSETS.

10:32AM 23         AIDING AND ABETTING HAS THREE ELEMENTS THAT THE GOVERNMENT

10:33AM 24    MUST PROVE.  FIRST, THAT THE CRIME -- IF IT'S COUNT ONE, THAT

10:33AM 25    MEANS BANKRUPTCY FRAUD, IF IT'S COUNT TWO THAT MEANS

10:33AM  1    CONCEALMENT OF ASSETS, WAS COMMITTED BY SOMEONE.  IN THIS CASE

10:33AM  2    THAT'S MR. KUBUROVICH.

10:33AM  3        SO LET'S BE CLEAR, IF YOU FIND THAT MR. KUBUROVICH DID NOT

10:33AM  4    COMMIT BANKRUPTCY FRAUD, YOU DON'T GET TO AIDING AND ABETTING

10:33AM  5    FROM MS. KUBUROVICH.

10:33AM  6        IF YOU SAY THAT HE'S NOT GUILTY, YOU DON'T FIND HER GUILTY

10:33AM  7    AS AN AIDER AND ABETTOR.  THE CRIME MUST BE COMMITTED BY

10:33AM  8    SOMEONE.

10:33AM  9        IN THIS INSTANCE THE CRIME OF BANKRUPTCY FRAUD WAS

10:33AM  10   COMMITTED BY MR. KUBUROVICH.  YOU THEN TURN TO AIDING AND

10:33AM  11   ABETTING, AND WE SUBMIT YOU'LL SEE THAT THE EVIDENCE SUPPORTS

10:33AM  12   FINDING HER GUILTY AS AN AIDER AND ABETTOR TO BANKRUPTCY FRAUD,

10:33AM  13   AND THEN YOU DO THE SAME FOR CONCEALMENT, AND YOU DETERMINE

10:33AM  14   WHETHER IF HE COMMITTED THE CONCEALMENT, WHETHER SHE AS AN

10:33AM  15   AIDER AND ABETTOR SATISFIES THE ELEMENTS AND IS, THEREFORE,

10:33AM  16   GUILTY AS AN AIDER AND ABETTOR.

10:34AM  17        SO ONCE YOU DETERMINE THAT BANKRUPTCY FRAUD WAS COMMITTED

10:34AM  18   BY SOMEONE, THEN YOU MOVE TO THE OTHER ELEMENTS.  THE SAME FOR

10:34AM  19   COUNT TWO, ONCE YOU DETERMINE THAT A CONCEALMENT OF ASSETS WAS

10:34AM  20   COMMITTED BY SOMEONE, THEN YOU MOVE TO THE OTHER ELEMENTS.

10:34AM  21        THE SECOND IS THAT THE DEFENDANT, KRISTEL KUBUROVICH,

10:34AM  22   KNOWINGLY AND INTENTIONALLY -- AND THEN IT HAS A LIST OF

10:34AM  23   DIFFERENT VERBS -- AIDED, COUNSELLED, COMMANDED, INDUCED, OR

10:34AM  24   PROCURED THAT PERSON, THAT IS, MR. KUBUROVICH, TO COMMIT EACH

10:34AM  25   ELEMENT OF THE OFFENSE.  WE'RE GOING TO FOCUS ON NUMBER 8.

10:34AM 1    WHAT DID SHE DO TO AID?  WELL, EXHIBIT NUMBER 8, THE BLANK

10:34AM 2    CHECKS.  RIGHT, HIS SCHEME FALLS APART IF HE TRANSFERS ASSETS

10:34AM 3    BEFORE FILING BANKRUPTCY AND LOSES ALL CONTROL OVER THEM, DOES

10:34AM 4    NOT HAVE THEM.

10:34AM 5        IF HE GIVES THEM TO A CHARITY, HE'S NOT COMMITTING

10:34AM 6    BANKRUPTCY FRAUD, HE'S MAKING A CHARITABLE DONATION.

10:34AM 7        WHAT CAUSES IT TO BE BANKRUPTCY FRAUD IS THAT HE'S

10:35AM 8    ACTUALLY STILL THE ONE WHO CONTROLS THE ASSETS, OTHERWISE WHY

10:35AM 9    THE NEED TO SIGN THE BLANK CHECKS?

10:35AM 10       EXHIBIT 46 IS THAT E-MAIL MR. KUBUROVICH WROTE TO VP BANK

10:35AM 11   DISCUSSING I WANT TO CONFIRM THAT YOU RECEIVED KRISTEL'S MONEY,

10:35AM 12   AND HE GETS A QUESTION BACK ABOUT WHERE THE MONEY SHOULD BE

10:35AM 13   PARKED WHILE IT'S IN LIECHTENSTEIN.

10:35AM 14       MR. KUBUROVICH, NOT MS. KUBUROVICH.

10:35AM 15       BUT KRISTEL KUBUROVICH DID OTHER THINGS TO AID IN THE

10:35AM 16   CRIME.  SHE OPENED BANK ACCOUNTS IN HER NAME AND DID WHAT SHE

10:35AM 17   WAS TOLD TO DO OR WHAT SHE WANTED TO DO TO ASSIST IN THE CRIME

10:35AM 18   OF THESE OR THROUGH THESE ACCOUNTS THAT SHE CONTROLLED.  SHE

10:35AM 19   WIRED MONEY INTO AND OUT OF HER ACCOUNTS, IN ACCOUNTS THAT

10:35AM 20   MR. KUBUROVICH DID NOT HAVE THE ABILITY TO DO ON HIS OWN.  HE

10:35AM 21   RELIED ON HER, AND THAT'S WHY ULTIMATELY WHAT YOU'LL CONCLUDE

10:35AM 22   IS THAT KIND OF BUT FOR MS. KUBUROVICH, THE CRIME DOESN'T

10:36AM 23   HAPPEN.  SHE IS NECESSARY.

10:36AM 24       WHEN MR. KUBUROVICH WANTS TO PUT HIS ASSETS SOMEWHERE

10:36AM 25   ELSE, HE NEEDS SOMEONE HE CAN TRUST.  HE CAN'T GIVE THEM AWAY

10:36AM  1   TO A CHARITY AND WHO IS THEN GOING TO USE THEM FOR CHARITABLE

10:36AM  2   PURPOSES OR GIVE THEM TO SOMEONE HE DOESN'T TRUST TO DO

10:36AM  3   SOMETHING HE WANTS THROUGH HIS INSTRUCTIONS.  SHE IS A BUT FOR

10:36AM  4   ACCOMPLICE.

10:36AM  5        THE THIRD ELEMENT IS THAT THE DEFENDANT, MS. KUBUROVICH,

10:36AM  6   ACTED BEFORE THE CRIME WAS COMMITTED.  THAT BEGS THE QUESTION

10:36AM  7   WHEN WAS THE CRIME COMMITTED?

10:36AM  8        WELL, THERE ARE TWO DATES THAT YOU HEARD ABOUT.  YOU HEARD

10:36AM  9   THAT THE BANKRUPTCY PETITION WAS FILED IN MAY OF 2010, BUT YOU

10:36AM 10   ALSO HEARD THAT IT STAYS OPEN, THE BANKRUPTCY PROCEEDING, UNTIL

10:36AM 11   DISCHARGE OR DISMISSAL.  IT'S CALLED WHAT IS CALLED A

10:36AM 12   CONTINUING OFFENSE, AND THAT HAPPENED IN AUGUST OF 2015.  I

10:36AM 13   THINK MR. LAFFREDI WAS THE ONE WHO TESTIFIED ABOUT THAT.

10:37AM 14        YOU KNOW THAT THE ACTIONS OF MS. KRISTEL KUBUROVICH

10:37AM 15   OCCURRED MANY BEFORE BOTH DATES BUT CERTAINLY BEFORE AUGUST OF

10:37AM 16   2015.  THE WIRE TRANSFERS INTO HER ACCOUNT WERE IN MAY OF 2008,

10:37AM 17   AND THEN THE TRANSFERS OUT OF HER ACCOUNT INTO LIECHTENSTEIN TO

10:37AM 18   BUY A HOME WERE IN 2009, JANUARY MAND THEN MARCH AND APRIL OF

10:37AM 19   2009.

10:37AM 20        AIDING AND ABETTING IS WHAT IS CALLED A THEORY OF

10:37AM 21   LIABILITY.  IT BEGS YOU TO QUESTION IS SHE AS RESPONSIBLE AS

10:37AM 22   HIM IF SHE'S JUST AN AIDER AND ABETTOR?  WE SUBMIT THAT'S

10:37AM 23   ASKING YOU TO CONSIDER PUNISHMENT, SOMETHING THAT YOU'RE NOT

10:37AM 24   ALLOWED TO CONSIDER.

10:37AM 25        YOU LOOK AT THE ELEMENTS AND DECIDE WHETHER THE GOVERNMENT

10:37AM 1    MET ITS BURDEN OF PROVING THE ELEMENTS BEYOND A REASONABLE

10:37AM 2    DOUBT BUT NOT IS THE AIDER AND ABETTOR AS CULPABLE, IT KIND OF

10:37AM 3    MAKES ME FEEL UNCOMFORTABLE, IS SHE AS RESPONSIBLE.  IT IS NOT

10:37AM 4    A THEORY OF CULPABILITY.  IT'S A THEORY OF LIABILITY.

10:38AM 5        COUNT TWO IS CALLED CONCEALMENT OF ASSETS.  AGAIN, BOTH

10:38AM 6    DEFENDANTS ARE CHARGED IN THIS COUNT.  CONCEALMENT OF ASSETS

10:38AM 7    HAS THREE ELEMENTS.  THE FIRST ONE WAS THAT A BANKRUPTCY

10:38AM 8    PETITION OR PROCEEDING WAS IN EXISTENCE.

10:38AM 9        AND YOU KNOW, AGAIN, EXHIBIT NUMBER 1 SHOWS THE PETITION

10:38AM 10   WAS FILED, AND IT WAS FILED IN MAY OF 2010.

10:38AM 11       THE SECOND ELEMENT IS THAT THE DEFENDANT KNOWINGLY AND

10:38AM 12   FRAUDULENTLY CONCEALED ASSETS, PROPERTY OF THE ESTATE OF THE

10:38AM 13   DEBTOR, AND THAT HAPPENS WHEN SOMEONE IMPROPERLY WITHHOLDS,

10:38AM 14   INFORMATION, KNOWINGLY ACTS FOR THE PURPOSE OF PREVENTING

10:38AM 15   DISCOVERY, SO NOT REVEALING THE ASSETS, TRANSFERRING THE ASSETS

10:38AM 16   TO SOMEONE ELSE, TRANSFERRING THE MONEY FOR THE PURCHASE OF THE

10:38AM 17   HOUSE TO SOMEONE ELSE, AND THIS WAS DONE TO DECEIVE OR CHEAT A

10:39AM 18   CREDITOR, A TRUSTEE OR A BANKRUPTCY JUDGE.

10:39AM 19       NOTICE WHAT THE GOVERNMENT IS NOT REQUIRED TO PROVE.  WE

10:39AM 20   DON'T HAVE TO PROVE SUCCESS.  WE DON'T HAVE TO PROVE THAT THE

10:39AM 21   TRUSTEE OR THE CREDITORS NEVER GOT PAID.  YOU CAN COMMIT A

10:39AM 22   CONCEALMENT OF ASSETS EVEN IF A TRUSTEE THROUGH HIS OR HER

10:39AM 23   EFFORTS FINDS THE ASSETS.  IT'S THE INTENT, THE KNOWINGLY AND

10:39AM 24   FRAUDULENTLY CONCEALING THE ASSETS THAT MATTERS.  SO THE $1,800

10:39AM 25   THAT WAS PARKED IN LIECHTENSTEIN AND NOT DECLARED, THE

10:39AM  1     TRANSFERS TO KRISTEL THAT MADE THEIR WAY TO LIECHTENSTEIN AND

10:39AM  2     THEN CAME BACK FOR THE DEFENDANT'S BENEFIT.  YOU LEARNED THAT

10:39AM  3     IN THE STIPULATION, $101,000 CAME BACK FOR THE DEFENDANT'S

10:39AM  4     BENEFIT TO PAY A DEBT.  IT DOESN'T MEAN THAT YOU CAN UNRING THE

10:39AM  5     BELL OF FRAUDULENTLY CONCEAL JUST BECAUSE IT EVENTUALLY MAKES

10:39AM  6     ITS WAY TO A CREDITOR.

10:39AM  7          AGAIN, SUCCESS IS NOT AN ELEMENT.  WE DON'T NEED TO PROVE

10:40AM  8     THAT THEY WERE SUCCESSFUL IN DECEIVING CREDITORS, ONLY THAT

10:40AM  9     THEY FRAUDULENTLY AND KNOWINGLY CONCEALED THE PROPERTY.

10:40AM  10         IT ALSO INCLUDES TRANSFERRING PROPERTY TO A THIRD PARTY,

10:40AM  11    AND THAT'S WHAT HAPPENED IN THIS CASE.  THE PROPERTY OF

10:40AM  12    MR. KUBUROVICH, THE THREE 700 -- I'M SORRY, THE THREE $250,000

10:40AM  13    TRANSFERS WERE TRANSFERRED TO A THIRD PARTY, TO MS. KUBUROVICH.

10:40AM  14         AND THE PROOF FOR THAT COMES FROM SEVERAL PLACES, BUT MOST

10:40AM  15    APPARENTLY IS THE SIMPLE OMISSION IN SCHEDULE A OF THE REAL

10:40AM  16    PROPERTY AND SCHEDULE B, THE PERSONAL PROPERTY, THE BANK

10:40AM  17    ACCOUNTS.

10:40AM  18         YOU ALSO KNOW THAT THE DEFENDANT ACTUALLY CONTROLLED THE

10:40AM  19    PROPERTY.  YOU KNOW FROM DAVID WARDA'S TESTIMONY THAT WHEN

10:40AM  20    MR. WARDA WAS GOING TO LOAN MONEY, HE WANTED HIS LOAN TO BE

10:41AM  21    SECURED AND IN THIS INSTANCE IT WAS SECURED BY 7170 EAGLE RIDGE

10:41AM  22    AND THAT THAT NEGOTIATION TOOK PLACE EXCLUSIVELY WITH

10:41AM  23    MR. KUBUROVICH.

10:41AM  24         MR. WARDA SAID I ASSUMED IT WAS HIS HOME, AND HE WAS

10:41AM  25    NEGOTIATING WITH ME BECAUSE IT WAS HIS HOME, AND I TOOK A DEED

10:41AM 1    OF TRUST IN THEM.

10:41AM 2        MS. KUBUROVICH SHOWED UP SIGNING, BUT HE COULDN'T EVEN

10:41AM 3    IDENTIFY HER IN THE COURTROOM.

10:41AM 4        YOU ALSO KNOW THAT THE CONTROL OF THE PROPERTY ACTUALLY

10:41AM 5    RESTED WITH MR. KUBUROVICH WITH SIGNED CHECKS.  HE HAD ACCESS

10:41AM 6    TO THE PROPERTY.  YOU ALSO KNEW THROUGH FINANCIAL TRACING THAT

10:41AM 7    THE MONEY OF THE PURCHASE OF THE HOME ALL WENT BACK TO

10:41AM 8    MR. KUBUROVICH.

10:41AM 9        THE THIRD ELEMENT IS THAT THE PROPERTY BELONGED TO THE

10:41AM 10   ESTATE.  AGAIN, MR. KUBUROVICH IS DIRECTING THE MOVEMENT OF THE

10:41AM 11   MONEY.  REMEMBER THE E-MAIL THAT HE WROTE TO VP BANK ABOUT

10:42AM 12   MS. KUBUROVICH'S ACCOUNT.

10:42AM 13       AND MR. WARDA'S TESTIMONY ABOUT BEING ABLE TO SECURE HIS

10:42AM 14   LOAN THROUGH A SECURE ADDRESS IN PROPERTY THAT ONLY NEEDED TO

10:42AM 15   BE NEGOTIATED WITH MR. KUBUROVICH.

10:42AM 16       COUNT THREE IS A FALSE STATEMENT MADE IN A BANKRUPTCY

10:42AM 17   PROCEEDING, AND THIS IS THE ONE THAT ONLY MR. KUBUROVICH IS

10:42AM 18   CHARGED IN.  THIS COUNT, THIS CRIME HAS FIVE ELEMENTS, AND

10:42AM 19   AGAIN, YOU'RE GOING TO GET THESE ELEMENTS READ TO YOU AND IN

10:42AM 20   PAPER FORM.

10:42AM 21       THE FIRST IS THAT THERE WAS A BANKRUPTCY PROCEEDING.

10:42AM 22   AGAIN, YOU HAVE EXHIBIT 1 THAT SHOWS THAT THERE WAS A

10:42AM 23   BANKRUPTCY PROCEEDING IN THIS CASE, THE PETITION.

10:42AM 24       THE SECOND IS THAT THERE WAS A DECLARATION MADE.  THIS IS

10:42AM 25   WHY I TOLD YOU AT THE VERY BEGINNING, I WAS SHOWING YOU THE TWO

10:42AM  1    SLIDES THAT SHOW UNDER PENALTY OF PERJURY.  IT'S BECAUSE IT'S

10:42AM  2    THE SECOND ELEMENT OF THE THIRD CRIME.  EXHIBIT 1, PAGE 34, AND

10:43AM  3    EXHIBIT 1, PAGE 43 AND ARE THE UNDER PENALTY OF PERJURY PAGES.

10:43AM  4        THE THIRD ELEMENT, AGAIN, IS MATERIALITY.  THE FALSE

10:43AM  5    STATEMENT MATTERED.  IT'S NOT A CRIME IF THE FALSE STATEMENT IS

10:43AM  6    ABOUT SOMETHING INSIGNIFICANT.  THE FALSE STATEMENT IS MATERIAL

10:43AM  7    AND IT HAS TO MATTER.  WELL, HERE THE FALSE STATEMENTS WERE ON

10:43AM  8    SCHEDULE A AND B AND THE OMISSION OF THE PROPERTY AND THE

10:43AM  9    OMISSION OF THE BANK ACCOUNTS.

10:43AM 10        YOU KNOW BECAUSE YOU HEARD TESTIMONY ABOUT IT THAT THOSE

10:43AM 11    WERE THE KIND OF THINGS THAT MATTERED WHEN YOU WERE CREATING

10:43AM 12    AND DEFINING THE BOUNDARIES OF THE BANKRUPTCY ESTATE.

10:43AM 13        THE FOURTH ELEMENT IS THAT THE STATEMENT MUST BE FALSE.

10:43AM 14    FOR SCHEDULE A YOU KNOW THAT THE PROPERTY THROUGH FINANCIAL

10:43AM 15    TRACING WAS THE DEFENDANT'S.  YOU KNOW THROUGH WITNESS

10:43AM 16    TESTIMONY, LIKE MR. WARDA, THAT THE DEFENDANT HAD USE, HAD AN

10:43AM 17    INTEREST, HAD THIS KIND OF ABILITY TO NEGOTIATE A LOAN WITH THE

10:44AM 18    PROPERTY, THE 7170 EAGLE RIDGE PROPERTY, AND USE IT AS SECURITY

10:44AM 19    TO OBTAIN OR RECEIVE MONEY FROM MR. WARDA.

10:44AM 20        AND ON SCHEDULE B YOU KNOW THE OMISSION OF BANK ACCOUNTS

10:44AM 21    ALSO WAS FALSE BECAUSE UNQUESTIONABLY MR. KUBUROVICH HAD IN HIS

10:44AM 22    OWN NAME THE VP BANK ACCOUNT AND ALSO ADDITIONAL MONIES HE

10:44AM 23    PARKED IN OTHER BANK ACCOUNTS IN KRISTEL KUBUROVICH'S ACCOUNTS

10:44AM 24    BOTH HERE IN THE U.S. AND ELSEWHERE.

10:44AM 25        THE FIFTH ELEMENT IS THAT THE FALSE STATEMENT WAS MADE

10:44AM  1    KNOWINGLY AND WITH INTENT, NOT BY MISTAKE.  WELL, YOU KNOW THAT

10:44AM  2    THAT WAS THE ENTIRE REASON FOR MOVING THE MONEY TO

10:44AM  3    KRISTEL KUBUROVICH WAS TO HIDE THESE ASSETS, TO CONCEAL THESE

10:44AM  4    ASSETS, THE PROPERTY AND THE CASH IN THE BANKS FROM THE ESTATE,

10:44AM  5    AND THAT'S WHY THE MONEY WAS MOVED TO LIECHTENSTEIN.  NOT FOR

10:45AM  6    ECONOMIC STABILITY OR INSURANCE PURPOSES.  AGAIN, IT SPENT

10:45AM  7    THREE OR FOUR MONTHS THERE.  IT WAS JUST TO TRY TO MAKE THE

10:45AM  8    MONEY HARDER TO LOCATE.

10:45AM  9         AGAIN, THAT IT WAS FOUND.  THAT THEY DID IT WITH WIRE

10:45AM  10   TRANSFERS THAT HAD DOCUMENTS BEHIND THEM IS NOT AN ELEMENT --

10:45AM  11   THE GOVERNMENT DOESN'T HAVE TO PROVE SUCCESSFULLY HIDING,

10:45AM  12   SUCCESSFUL DECEPTION FROM THE ESTATE.  THE GOVERNMENT HAS TO

10:45AM  13   PROVE INTENT.  THAT'S WHAT THE GOAL WAS.

10:45AM  14        THE GOVERNMENT ALSO DOESN'T HAVE TO PROVE THAT THE

10:45AM  15   DEFENDANTS WERE AWARE OF THE LAW; THAT MR. KUBUROVICH KNEW HIS

10:45AM  16   FALSE STATEMENTS VIOLATED THE LAW.  WE NEED TO PROVE THAT HE

10:45AM  17   KNEW THE STATEMENTS WERE FALSE, BUT NOT THAT WHEN YOU MAKE

10:45AM  18   THESE FALSE STATEMENTS IT'S A VIOLATION OF SECTION SUCH AND

10:45AM  19   SUCH OF THE UNITED STATES CRIMINAL CODE.  YOU DON'T HAVE TO

10:45AM  20   KNOW THE LAW, YOU JUST HAVE TO KNOW THE STATEMENTS WERE FALSE.

10:45AM  21        LASTLY, YOUR COMMON SENSE.  THE JUDGE IS GOING TO READ YOU

10:45AM  22   AN INSTRUCTION ABOUT REASONABLE DOUBT AND THE INSTRUCTION IS

10:46AM  23   GOING TO SAY THAT A REASONABLE DOUBT IS A DOUBT BASED ON REASON

10:46AM  24   AND COMMON SENSE.  IT GIVES YOU PERMISSION.  IT TELLS YOU THAT

10:46AM  25   WHEN YOU WALK INTO THE COURTROOM, YOU DON'T LEAVE YOUR COMMON

10:46AM 1   SENSE BEHIND. THE WISDOM OF THE JURY SYSTEM IS THAT WHEN YOU

10:46AM 2   GET INDIVIDUALS FROM THE COMMUNITY TOGETHER WHO COME FROM BROAD

10:46AM 3   EXPERIENCES AND DIVERSE EXPERIENCES, THAT TOGETHER WITH THEIR

10:46AM 4   COMMON SENSE THEY ANALYZE THESE FACTS AND DECIDE WHAT REALLY

10:46AM 5   HAPPENED HERE, WHAT WAS GOING ON.

10:46AM 6       AND WE SUBMIT THAT YOUR COMMON SENSE WILL ALSO TELL YOU

10:46AM 7   THAT BECAUSE WHEN MR. KUBUROVICH MADE THESE MISTAKES ON HIS

10:46AM 8   PETITION, WHEN HE MADE THESE OMISSIONS, THEY WEREN'T ACCIDENTS.

10:46AM 9   THEY WERE INTENTIONAL. THIS IS NOT A CASE WHERE SOMEONE IS

10:46AM 10  SAYING THE FORM IS REALLY COMPLICATED. IT'S LIKE A 1040, AND

10:46AM 11  I'M TRYING MY BEST, AND I JUST CAN'T FIGURE IT OUT.

10:46AM 12      WHEN MR. KUBUROVICH MAKES MISTAKES, THEY ALL TEND TOWARDS

10:46AM 13  ONE SIDE OF THE LINE. THEY ALL UNDERDISCLOSE.

10:47AM 14      YOU WOULD EXPECT IF THIS WAS A GENUINE MISTAKE, AN

10:47AM 15  ACCIDENT, MISTAKES WOULD FALL ON BOTH SIDES OF THE LINE. I'M

10:47AM 16  NOT SURE IF I'M SUPPOSED TO DISCLOSE THIS OR I'M NOT SURE IF

10:47AM 17  I'M SUPPOSED TO DISCLOSE THAT, SO YOU DO YOUR BEST AND PUT DOWN

10:47AM 18  INFORMATION. YOU EXPECT TO SEE KIND OF A RANDOM DISTRIBUTION

10:47AM 19  OF ERRORS. YOU DON'T SEE THAT HERE. THEY ALL FALL ON ONE SIDE

10:47AM 20  OF THE LINE, UNDERDISCLOSED, WHICH THERE IS AN INCENTIVE TO IF

10:47AM 21  YOU WANT TO HIDE ASSETS.

10:47AM 22      I APOLOGIZE, THIS SLIDE IS SMALL. IT COVERS WHAT WE HAVE

10:47AM 23  ALREADY DISCUSSED. ABOVE THE LINE SHOWS YOU EVENTS THAT

10:47AM 24  HAPPENED, AND BELOW THE LINE ARE SPECIFIC WIRE TRANSFERS.

10:47AM 25      IN 2008 THE NATA BUSINESS WAS OPENED, AND THEN THE WIRE

TRANSFERS TO KRISTEL KUBUROVICH HAPPENED.

IN 2009 THE TRIP TO LIECHTENSTEIN HAPPENS, AND THEN THE

MONEY IS BROUGHT BACK FROM LIECHTENSTEIN, AND THE HOME IS

PURCHASED.

IN 2010 THE DEFENDANT, MR. KUBUROVICH, OBTAINS THE LOAN

FROM MR. WARDA.

AND THEN IN 2014, A LETTER IS WRITTEN TRANSFERRING THE

MONEY BACK TO THE ESTATE.

AND THE ORDER REALLY HAPPENS IN A WAY THAT SUPPORTS THAT

THERE WAS FRAUD.  IT'S NOT AN ACCIDENT THAT THE EVENTS LINED UP

THIS WAY.  THEY LINED UP THIS WAY SO THAT ASSETS COULD BE

HIDDEN FROM THE ESTATE.

WHEN YOU SEE ALL OF THE EVIDENCE, WHEN YOU REVIEW ALL OF

THE EVIDENCE, YOU REALIZE THAT THIS CASE IS NOT ABOUT THE GREAT

RECESSION.  THIS CASE IS NOT ABOUT SOME BUSINESS CALLED

MEDILEAF.  THIS CASE IS ABOUT ACTS OF A DEFENDANT AND ACTS TO

AID THAT DEFENDANT BY HIS CODEFENDANT.  THOSE ACTIONS SUPPORT

THREE GUILTY VERDICTS AGAINST MR. KUBUROVICH AND TWO GUILTY

VERDICTS AGAINST MS. KUBUROVICH.

THANK YOU.

THE COURT:  THANK YOU.  MR. NICK, DO YOU HAVE A

CLOSING ARGUMENT?

MR. NICK:  YES, YOUR HONOR.

THE CLERK:  DO YOU WANT THE PODIUM?

MR. NICK:  IS THAT POSSIBLE?

10:49AM  1          THE CLERK:  YES.

10:49AM  2          MR. NICK:  THANK YOU.

10:49AM  3          THE CLERK:  I CAN GET IT.

10:49AM  4          **(DEFENDANT GOYKO KUBUROVICH'S COUNSEL GAVE THEIR CLOSING**

10:49AM  5  **ARGUMENT.)**

10:49AM  6          MR. NICK:  OKAY.  GOOD MORNING.  IT'S JUST AN OLD

10:49AM  7  CRUTCH THAT I USE.  IT MAKES ME COMFORTABLE AND ALLOWS ME TO

10:50AM  8  EXPRESS MYSELF IN A MANNER THAT YOU CAN UNDERSTAND ME.  SO

10:50AM  9  FORGIVE ME FOR PUTTING THIS BIG OBJECT IN FRONT OF ME.

10:50AM 10      I THINK WHAT I WANTED TO START OUT DOING IS JUST TO KIND

10:50AM 11  OF TALK ABOUT SOME OF THE UNDERLYING PRINCIPLES OF WHAT A JURY

10:50AM 12  DOES AND WHAT YOUR FUNCTION IS GOING TO BE WHERE I START

10:50AM 13  GETTING INTO THE PROSECUTION'S CASE AND EXPLAINING TO YOU THE

10:50AM 14  VARIOUS INCONSISTENCIES, HOLES, FALLACIES, AND PROBLEMS THAT

10:50AM 15  THEY HAVE WITH THEIR CASE.

10:50AM 16      I THINK MOST IMPORTANTLY HERE IS THAT THERE ARE 12 JURORS,

10:50AM 17  AND AT LEAST SO FAR AND WITH THE ALTERNATES, BUT THERE'S 12

10:51AM 18  JURORS.  AND EACH OF YOU IS THE JUDGE OF WHAT HAPPENED HERE OR

10:51AM 19  WHAT HAS BEEN PROVEN I THINK IS MORE PRECISE.

10:51AM 20      AND THE DEFENDANTS ARE ENTITLED TO THE INDIVIDUAL OPINION

10:51AM 21  OF EACH AND EVERY ONE OF YOU, AND YOU WILL GET INTO

10:51AM 22  DELIBERATION.  SOME OF YOU MAY SEE THE EVIDENCE DIFFERENT THAN

10:51AM 23  OTHERS AND SOME OF YOU MAY BE PERSUADED BY THE ARGUMENTS OF

10:51AM 24  OTHERS TO GO A DIFFERENT WAY, AND SOME OF YOU MAY NOT.

10:51AM 25      AND IN ORDER FOR THIS PROCESS TO FUNCTION, EVERY SINGLE

10:51AM   1    PERSON WHO DELIBERATES MUST BE PREPARED TO DEFEND THEIR

10:51AM   2    PERSONAL POINT OF VIEW OF THIS CASE.  SO AS A GROUP OF LAWYERS

10:52AM   3    WOULD GET TOGETHER IN A CASE AND GO IN THEIR OFFICE AND DISCUSS

10:52AM   4    THE WEAKNESSES OR STRENGTH OF A CASE, THEY'RE NOT EXPECTED TO

10:52AM   5    WILT UNDER THE PRESSURE OF OTHER ATTORNEYS THAT MAY SEE THINGS

10:52AM   6    DIFFERENTLY AND ARE EXPECTED TO STAND STRONG AND DEFEND THEIR

10:52AM   7    POSITION.  AND THAT'S WHAT I ASK EVERYBODY HERE TO DO AS YOU

10:52AM   8    DIGEST WHAT HAS OCCURRED HERE.

10:52AM   9         YOU ARE THE ULTIMATE JUDGES OF THE FACT.  IN OTHER WORDS,

10:52AM  10    THE PROCESS IS NOT REALLY TO CONSTRUCT WHAT HAPPENED.  THAT IS

10:52AM  11    NOT YOUR FUNCTION.

10:52AM  12         IF YOU THINK ABOUT THE SOLITARY, SINGLE, YOU CAN DESCRIBE

10:52AM  13    THE FUNCTION IN JUST A FEW WORDS, YOUR ULTIMATE GOAL AND THE

10:53AM  14    DUTY YOU HAVE SWORN TO IS TO DETERMINE IF THE UNITED STATES,

10:53AM  15    THROUGH THEIR PROSECUTORS, HAVE BEEN ABLE TO PROVE THIS CASE

10:53AM  16    BEYOND A REASONABLE DOUBT.  EVERYTHING YOU THINK ABOUT IN THIS

10:53AM  17    CASE, EVERY DECISION THAT YOU MAKE, EVERY THOUGHT THAT YOU HAVE

10:53AM  18    AS TO WHAT MAY OR MAY NOT HAVE OCCURRED, MUST BE FILTERED

10:53AM  19    THROUGH THAT PROCESS.

10:53AM  20         THIS IS NOT REASONABLE SUSPICION.  THIS IS NOT EVEN

10:53AM  21    PREPONDERANCE OF THE EVIDENCE, WHICH IS WHAT YOU -- ALL YOU

10:53AM  22    NEED FOR CIVIL CASES, CAR ACCIDENTS, BREACHES OF CONTRACT,

10:53AM  23    THINGS OF THAT NATURE.  THIS IS THE HIGHEST STANDARD KNOWN IN

10:53AM  24    THE LAW:  PROOF BEYOND A REASONABLE DOUBT.

10:54AM  25         AND THUS, EVEN THOUGH IT SOUNDS REDUNDANT AND SILLY

10:54AM 1    BECAUSE IT'S OBVIOUS, WHAT IS THE EASIEST WAY OF UNDERSTANDING

10:54AM 2    THAT IS AFTER YOU LOOK AT THIS YOU'RE LEFT WITH A DOUBT AND YOU

10:54AM 3    CAN'T ANSWER QUESTIONS OR YOU DON'T REALLY KNOW WHAT HAPPENED

10:54AM 4    OR WHAT MAY HAVE HAPPENED OR WHAT COULD HAVE HAPPENED.  THAT'S

10:54AM 5    REASONABLE DOUBT.  AND THAT'S THE MOST FUNDAMENTAL PURPOSE THAT

10:54AM 6    YOU ARE HERE FOR.  THAT'S PROBABLY THE ONE WORD THAT YOU HAVE

10:54AM 7    EVER HEARD ABOUT A CRIMINAL CASE OVER AND OVER AND OVER AGAIN.

10:54AM 8    HEY, YOU HAVE TO PROVE IT BEYOND A REASONABLE DOUBT.

10:54AM 9         WELL, NOW IS THE TIME TO APPLY IT.  AND IT'S IMPORTANT

10:54AM 10   THAT THOSE THAT UNDERSTAND THIS CONCEPT DEFEND IT IN THE JURY

10:55AM 11   ROOM, AND YOU MAKE SURE THAT THE GOVERNMENT'S FEET IS HELD TO

10:55AM 12   THAT FIRE AND THAT THEY'RE HELD TO THAT STANDARD.

10:55AM 13        WITH THAT SAME PRINCIPLE IN MIND, I WANT TO TALK ABOUT

10:55AM 14   ANOTHER ONE, AND I KIND OF TALKED TO YOU AT THE BEGINNING OF

10:55AM 15   THE CASE, AND I HAD MENTIONED TO YOU THAT IT WAS PROBABLY THE

10:55AM 16   ONLY ONE THAT I TALKED TO YOU ABOUT AT THE BEGINNING OF THE

10:55AM 17   CASE IS THAT THE ARGUMENTS OF THE LAWYERS AND THE WORDS THAT

10:55AM 18   THEY SPEAK ARE NOT EVIDENCE.

10:55AM 19        MR. SCHENK GETTING UP HERE AND TELLING YOU THE WAY THAT

10:55AM 20   THE UNITED STATES VIEWS SET OF FACTS THAT YOU HAVE HEARD,

10:55AM 21   THAT'S NOT EVIDENCE.

10:55AM 22        HIS RENDITION ABOUT WHAT WAS IN MY CLIENT'S MIND WHEN HE

10:55AM 23   GAVE HIS DAUGHTER THREE QUARTERS OF A MILLION DOLLARS IS HIS

10:56AM 24   RENDITION, AND THAT IS NOT EVIDENCE.

10:56AM 25        YOU SHOULD DEMAND EVIDENCE, CONCRETE EVIDENCE THAT BACKS

10:56AM 1    UP THESE WORDS.  IF YOU WANT THE PROSECUTOR'S WORDS TO HAVE

10:56AM 2    SOME MEANING, YOU MUST SEARCH FOR THE EVIDENCE FROM EITHER

10:56AM 3    SOMEBODY WHO SPOKE ON THE WITNESS STAND OR A DOCUMENT THAT

10:56AM 4    ESTABLISHES THAT FRAUD SCHEME WAS AFOOT HERE, THE WAY THAT THEY

10:56AM 5    HAVE SPUN THIS CASE.  THAT IS CRITICAL.

10:56AM 6        IT'S CRITICAL IN THE FOLLOWING SENSE:  IF YOU THINK ABOUT

10:56AM 7    THE ONE POINT THAT MR. SIMEON MADE WITH MS. KIKUGAWA, WHO COULD

10:56AM 8    HAVE BEEN -- I GUESS YOU COULD DIVIDE HER IMPORTANCE WITH

10:56AM 9    MR. LAFFREDI FOR THE GOVERNMENT'S CASE, THEY MADE ONE POINT

10:57AM 10   OVER AND OVER AGAIN.  MS. KIKUGAWA WAS NOT HERE TO DETERMINE

10:57AM 11   THE INTENT OF THE DEFENDANTS.  SHE'S NOT HERE TO TELL YOU THAT

10:57AM 12   THE DEFENDANTS AND THAT MR. KUBUROVICH HAD FORMED THE SCHEME TO

10:57AM 13   HIDE THIS RESIDENCE THAT THEY'RE LIVING IN FROM THE BANKRUPTCY

10:57AM 14   TRUSTEE.

10:57AM 15       MR. LAFFREDI DIDN'T PROVIDE THAT.  MR. GREENE DID NOT

10:57AM 16   PROVIDE THAT.

10:57AM 17       AND SO IF YOU THINK ABOUT IT, BY BASIS OF DEDUCTION,

10:57AM 18   BASICALLY THE GOVERNMENT IS STANDING HERE BEFORE YOU AND

10:57AM 19   TELLING YOU WE DON'T REALLY HAVE ANY EVIDENCE OF WHAT THEIR

10:57AM 20   INTENT WAS AND WHETHER THERE WAS A SCHEME, WE JUST THINK IT IS.

10:57AM 21   WE THINK IT'S A SCHEME.  THAT'S THE BEST THAT THEY'VE GOT, AND

10:58AM 22   THAT'S AN HONEST WAY OF LOOKING AT THIS.

10:58AM 23       THEY, IN THEIR PROFESSIONAL JUDGMENT, HAVE LOOKED AT THIS

10:58AM 24   AND SAID, WE BELIEVE IT IS.  THAT IS NOT EVIDENCE.

10:58AM 25       AND WE'RE GOING TO GET INTO -- WELL, WE'LL DISCUSS ALL OF

10:58AM 1    THE CONTRARY EVIDENCE THAT THERE IS IN THIS CASE THAT REFUTES

10:58AM 2    THIS ALLEGATION.

10:58AM 3        LET ME PRESENT TO YOU YET ANOTHER EXAMPLE OF THE

10:58AM 4    GOVERNMENT RELYING ON THEIR OWN PERSUASIVE SKILLS TO BE A

10:58AM 5    SUBSTITUTE FOR EVIDENCE.

10:58AM 6        I THINK EXHIBIT 8 IS A GREAT EXAMPLE.  IF I COULD BORROW

10:58AM 7    THIS, COUNSEL.

10:58AM 8        HERE WE ARE.  WE HAVE AN ENTIRE CHECK BOOK.  WE HAVE ONE

10:58AM 9    CHECK SIGNED.  HERE YOU HAVE ANOTHER SERIES OF CHECKS.  YOU

10:59AM 10    ONLY HAVE GOT TWO SIGNED.

10:59AM 11        NOW, BEFORE I TELL YOU THE MEANING OF THIS, FIRST I WANT

10:59AM 12    TO DRAW YOUR ATTENTION TO ONE OF THE INSTRUCTIONS.  AND WITHOUT

10:59AM 13    REALLY READING ALL OF THE DETAILS OF IT, ONE OF THE

10:59AM 14    INSTRUCTIONS THAT YOU'RE GOING TO RECEIVE FROM THE COURT AND

10:59AM 15    WHICH THE JUDGE ALREADY READ TO YOU AT THE BEGINNING IS

10:59AM 16    CIRCUMSTANTIAL EVIDENCE AND DIRECT EVIDENCE ARE KIND OF THE

10:59AM 17    SAME AS FAR AS BEING EVIDENCE AND BEING ABLE TO BE USED, BUT IF

10:59AM 18    YOU PAY CLOSE ATTENTION TO THE INSTRUCTION, YOU WILL SEE THAT

11:00AM 19    CIRCUMSTANTIAL EVIDENCE NEEDS FURTHER ANALYSIS IN ORDER TO

11:00AM 20    DETERMINE WHETHER IT'S VALUED OR NOT, WHETHER IT ESTABLISHES

11:00AM 21    WHAT THE GOVERNMENT CLAIMS.

11:00AM 22        AND SO THE EXAMPLE THAT THE LAW USES AND THAT IS IMBEDDED

11:00AM 23    AND INCLUDED IN THE JUDGE'S INSTRUCTIONS TO YOU ON HOW TO VIEW

11:00AM 24    CIRCUMSTANTIAL EVIDENCE IS THAT THEY USE AN EXAMPLE THAT THERE

11:00AM 25    IS A WET SIDEWALK AND THERE HAD JUST BEEN RAIN.

11:00AM 1       AND RAIN, HAVING HAPPENED SOME TIME RECENTLY, COULD BE AN

11:00AM 2   EXPLANATION AS TO WHY THE SIDEWALK IS WET, BUT THE EXISTENCE OF

11:00AM 3   A GARDEN HOSE THAT I THINK IS THE ANALOGY SAYS THAT IT MAY HAVE

11:01AM 4   BEEN LEAKING OR MAY HAVE BEEN TURNED ON, COULD ALSO EXPLAIN WHY

11:01AM 5   THE SIDEWALK WAS WET.

11:01AM 6       AND SO THE PROBLEM WITH CIRCUMSTANTIAL EVIDENCE, OR NOT

11:01AM 7   THE PROBLEM, I GUESS THE WEAKNESS, AND THE WAY THAT YOU ANALYZE

11:01AM 8   IT, IS THE INSTRUCTION IS TELLING YOU LOOK AT IT AND SEE IF

11:01AM 9   THERE'S TWO REASONABLE INTERPRETATIONS.

11:01AM 10      ONE WAY OF VIEWING IT WOULD INDICATE X, MEANING YOU SEE

11:01AM 11  THE HOSE, THE HOSE IS LEAKING, IT WAS ALSO RECENTLY RAINING.

11:01AM 12  IT COULD HAVE BEEN EITHER ONE.  IT COULD BE THE HOSE.  IT COULD

11:01AM 13  BE THE RAIN.  THOSE ARE TWO REASONABLE INTERPRETATIONS.

11:01AM 14      AND SO IF IT COULD BE THE HOSE, AND IT CAN BE THE RAIN,

11:02AM 15  THAT'S REASONABLE DOUBT.  THAT'S THE GOVERNMENT FAILING TO

11:02AM 16  ESTABLISH FOR YOU WHAT HAPPENED AND HOPING THAT YOU BEHAVE IN A

11:02AM 17  CYNICAL MANNER AND TO REMIND EVERYBODY WHAT THE DEFINITION OF

11:02AM 18  BEING CYNICAL IS LOOKING AT EVERYTHING IN A BAD WAY.  IT HAD TO

11:02AM 19  HAVE BEEN THE RAIN OR I GUESS SOMEBODY ELSE COULD HAVE SAID IT

11:02AM 20  HAD TO BE UNCLE TOM WHO LEFT THAT HOSE ON.  THE HECK WITH THIS

11:02AM 21  RAIN HAVING HAPPENED FIVE MINUTES AGO.

11:02AM 22      DO NOT DO THAT.  THAT IS NOT FAIR.  YOU MUST BE VERY

11:02AM 23  CAREFUL WHEN YOU ARE PRESENTED WITH CIRCUMSTANTIAL EVIDENCE

11:02AM 24  THAT YOU NOT DISLODGE YOURSELF FROM YOUR ROLE AS JURORS,

11:02AM 25  REMINDING YOURSELF OF WHAT THE ULTIMATE GOAL IS AND WHAT YOU

11:03AM 1   DO, WHICH IS TO ASCERTAIN THE DEGREE AND WEIGHT OF THE EVIDENCE

11:03AM 2   PRESENTED BY THE PROSECUTION AND DETERMINE IF IT ADDS UP TO

11:03AM 3   PROOF BEYOND A REASONABLE DOUBT.

11:03AM 4        AND SO WITH THAT IN MIND, AND THIS IS JUST ANOTHER EXAMPLE

11:03AM 5   MOVING FROM THE GARDEN HOSE INTO SOMETHING MORE RATIONAL IN

11:03AM 6   THIS CASE, OR I'M SORRY, NOT RATIONAL BUT RELATED TO THIS CASE.

11:03AM 7        THIS IS JUST AN EXAMPLE.  I'M GOING TO HAVE MORE, AND I'M

11:03AM 8   ACTUALLY STARTING FROM THE BEGINNING, BUT I'M ONLY SHOWING YOU

11:03AM 9   THE WAY TO ANALYZE THE EVIDENCE.

11:03AM 10       SO YOU LOOK AT THESE CHECKS, RIGHT, AND YOU SEE TWO OF

11:03AM 11  THEM SIGNED.  SO LET'S GO BACK TO THE GARDEN HOSE AND THE RAIN.

11:03AM 12  WHAT DOES THE GOVERNMENT WANT YOU TO THINK?  THIS HAS GOT TO

11:03AM 13  SHOW THAT THEY WERE UP TO SOME FRAUD.  THESE CHECKS WERE SIGNED

11:03AM 14  AHEAD OF TIME SO THAT MR. KUBUROVICH COULD USE IT WHENEVER HE

11:04AM 15  WANTS TO.

11:04AM 16       NOW, I KNOW EVERY SINGLE ONE OF YOU CAN COME UP WITH THE

11:04AM 17  OPPOSITE ABOUT WHAT THIS MEANS WITHOUT ME EVEN TELLING YOU.  SO

11:04AM 18  START THINKING ABOUT IT.

11:04AM 19       SO WHAT I WOULD SAY IS THAT THE OTHER WAY OF EXPLAINING IS

11:04AM 20  WHO KNOWS WHAT THIS IS FOR?  MAYBE IT WAS A PRE-SIGNED CHECK TO

11:04AM 21  PAY A BILL BY MS. KUBUROVICH?  MAYBE SHE SIGNED THE CHECK TO

11:04AM 22  GIVE IT TO HER SISTER SO THAT SHE COULD USE IT WHENEVER SHE

11:04AM 23  FELT SHE NEEDED TO?

11:04AM 24       WE DON'T EVEN KNOW WHERE IN THE HOUSE THIS WAS FOUND.  WE

11:04AM 25  DON'T KNOW IF THIS WAS FOUND UNDER MRS. KUBUROVICH'S BED, IN

11:04AM  1    MR. KUBUROVICH'S ROOM.  THINK OF ALL OF THE OTHER REASONABLE

11:04AM  2    INTERPRETATIONS OF WHAT THIS MEANS AND EVEN THINK ABOUT WHAT

11:04AM  3    YOU WOULD EXPECT IF IT WAS A SCHEME.

11:04AM  4        WHY WOULD WE ONLY HAVE ONE CHECK SIGNED?  YOU MIGHT AS

11:05AM  5    WELL SIGN THEM ALL.

11:05AM  6        WHY IS THERE ONLY ONE SIGNED?

11:05AM  7        AND THIS IS A PRETTY GOOD THEME OF THE GOVERNMENT'S CASE.

11:05AM  8    I GUESS IF I WANTED TO BE CUTE ABOUT IT, AND I GUESS I WILL,

11:05AM  9    YOU BASICALLY CAN SAY THAT THE GOVERNMENT DOES NOT WANT YOU TO

11:05AM  10   ANALYZE THE GARDEN HOSE.  THAT'S IN ESSENCE WHAT THEY DON'T

11:05AM  11   WANT YOU TO DO.

11:05AM  12       THEY WANT TO THROW A BLANKET OVER THE HOSE, HIDE IT, CLOSE

11:05AM  13   YOUR MIND DOWN, HAVE YOU SHUT DOWN YOUR ANALYTICAL POWERS, AND

11:05AM  14   JUST GO WITH A ONE TRACK MIND.  THIS HAD TO HAVE BEEN DONE

11:06AM  15   BECAUSE THERE WAS A SCHEME AFOOT.

11:06AM  16       I COULD STOP RIGHT NOW AND NOT SAY MUCH MORE, BUT I HAVE A

11:06AM  17   DUTY TO DEFEND MY CLIENT TO THE END, AND I'LL HAVE MORE TO SAY.

11:06AM  18       BUT THE REASON THAT I SAY I COULD STOP NOW IS BECAUSE THAT

11:06AM  19   PRETTY MUCH EXPLAINS THE WEAKNESSES IN THEIR CASE.  FOR

11:06AM  20   EVERYTHING THAT THEY SAY THAT THESE DOCUMENTS SHOW, EVERY ONE

11:06AM  21   OF YOU COULD COME UP WITH ANOTHER REASONABLE INNOCENT

11:06AM  22   EXPLANATION.  YOU COULD LITERALLY MAKE A CHART IN THE JURY

11:06AM  23   ROOM.  I BET YOU WOULD COME UP WITH 24 DIFFERENT REASONABLE

11:06AM  24   EXPLANATIONS FOR ALL OF THIS.  THAT IS THE DEFINITION OF

11:06AM  25   REASONABLE DOUBT RIGHT THERE, LADIES AND GENTLEMEN.

11:06AM  1          AND SO LASTLY ON THIS TOPIC, I GUESS I GIVE YOU THE MOST

11:06AM  2     DIRECT EVIDENCE THAT THAT IS THEIR CASE, AND -- ONE MOMENT,

11:07AM  3     PLEASE.

11:07AM  4          AND I'LL SHOW YOU ALL THIS CHART IN A MOMENT, BUT YOU ALL

11:07AM  5     PROBABLY REMEMBER WHEN MS. KIKUGAWA WAS TESTIFYING, AND I'LL

11:07AM  6     SHOW IT TO YOU AGAIN REAL QUICK JUST TO REMIND YOU.  WHEN I

11:07AM  7     CAME BACK IN MY LAST QUESTIONS TO HER, I BASICALLY HAD A COUPLE

11:07AM  8     OF QUESTIONS RELATED TO THE SAME SUBJECT, WHICH IS THAT YOU

11:07AM  9     CREATED THIS CHART, YOU PUT A BIG LABEL ON THE TOP THAT SAYS

11:07AM 10     GOYKO KUBUROVICH'S ACCOUNTS, YOU CREATED A BIG HUGE GREEN BAR,

11:07AM 11     AND I'M REFERRING TO -- THIS IS GOVERNMENT'S EXHIBIT 58-215 --

11:08AM 12     YOU CREATED A BIG HUGE BAR WITH THE ACCOUNT BALANCES, BUT

11:08AM 13     THEY'RE NOT HIS ACCOUNTS.  FORGET ABOUT WHEN HE CONTROLS ALL OF

11:08AM 14     THIS STUFF FOR A MOMENT, JUST FOR A MOMENT.  THEY'RE SIMPLY NOT

11:08AM 15     HIS ACCOUNTS.  WHY WOULD THEY DO THIS?  WHY IS THIS NECESSARY?

11:08AM 16     WHY IS IT NECESSARY TO BRAG ABOUT BEING THE GREATEST OF ALL

11:08AM 17     TIME WHEN YOU'RE JUST THE GREATEST FOR THE MOMENT?  WHY IS IT

11:08AM 18     NECESSARY TO GIVE YOU A GRAPH LIKE THIS, WHICH EVERYBODY HERE

11:08AM 19     IN THIS COURTROOM KNOWS IT IS NOT ACCURATE, NO MATTER HOW YOU

11:08AM 20     MAY WANT TO SLICE IT UP AS FAR AS THE DEGREE OF INACCURACY?

11:08AM 21          IT'S, AGAIN, THE GOVERNMENT USING THEIR WORDS AND THEIR

11:08AM 22     PERSUASIVE SKILLS TO TRY TO GET YOU TO SHUT DOWN YOUR

11:09AM 23     ANALYTICAL POWERS AND TO SEE ALL OF THE OTHER REASONABLE

11:09AM 24     EXPLANATIONS THAT THIS CASE IS RIDDLED WITH.

11:09AM 25          SO WHAT I'D LIKE TO DO IS TO TOUCH UPON THE INVESTIGATION

11:09AM 1    OF THIS CASE, AND I THINK THAT -- I KIND OF WANT TO START, AND

11:09AM 2    I HAVE MY OUTLINE HERE A, B, AND C.  I THINK I SHOULD KIND OF

11:09AM 3    START WITH C FIRST, BUT I WON'T, AND I'LL TELL YOU WHY IN A

11:09AM 4    SECOND.

11:09AM 5        BUT HERE'S THE POINT OF THIS INVESTIGATION OF WHY IT'S SO

11:09AM 6    CRITICAL.  AFTER RUNNING THROUGH ALL OF HIS DOCUMENTS, MEANING

11:10AM 7    MR. KUBUROVICH'S, ALL OF HIS E-MAILS, GOING THROUGH THE

11:10AM 8    DOCUMENTS IN HIS RESIDENCE, GOING THROUGH HIS BUSINESS

11:10AM 9    DOCUMENTS, AND INVESTIGATING THIS FOR YOU KNOW HOW LONG BECAUSE

11:10AM 10   YOU HEARD THE TESTIMONY, AND I'LL GET TO THAT IN A LITTLE BIT

11:10AM 11   MORE, WE HAVE NOT ONE SINGLE E-MAIL WITH MR. KUBUROVICH EVEN

11:10AM 12   HINTING THAT HE'S GOT SOME SORT OF A SCHEME TO DECLARE

11:10AM 13   BANKRUPTCY, NOT ONE PERSON WHOEVER HEARD THAT, NOT ONE FAX, NOT

11:10AM 14   ONE DOCUMENT.  NOTHING.  ZERO.  YOU WOULD THINK IF SOMEBODY WAS

11:10AM 15   DEVISING SUCH A SCAM THAT REQUIRED YOU PLANNING IT TWO YEARS

11:11AM 16   AHEAD OF TIME THAT SOMEWHERE ALONG THE WAY YOU WOULD HAVE

11:11AM 17   SLIPPED UP AND SENT OUT AN E-MAIL, HEY, THIS IS WHAT I'M GOING

11:11AM 18   TO DO WITH MY CREDIT CARDS AND MY ACCOUNTS, AND I'M GETTING

11:11AM 19   AWAY WITH THIS, AND I'M JUST TAKING MY MONEY AND PUTTING IT

11:11AM 20   INTO AN ACCOUNT FOR MY DAUGHTER.  NOTHING.  ZERO.

11:11AM 21       AND SO ALL YOU HAVE WITH RESPECT TO WHETHER THERE'S A

11:11AM 22   SCHEME OR A DEVICE TO DEFRAUD THE BANKRUPTCY COURT IS THE WORDS

11:11AM 23   OF THE PROSECUTOR.  I'M TAKING THIS EVIDENCE, PUTTING IT

11:11AM 24   TOGETHER, HOWEVER THEY WANT, FORGETTING ALL OF THE REASONABLE

11:11AM 25   INTERPRETATIONS THAT MAY EXIST, WEAVING ONE SINGLE TALE AND

11:11AM 1      TRYING TO SHEPHERD YOU INTO THAT THOUGHT.  THAT IS NOT FAIR,

11:11AM 2      LADIES AND GENTLEMEN, AND THAT'S DIVORCING YOURSELF FROM YOUR

11:12AM 3      DUTIES AS JURORS.

11:12AM 4          AGAIN, REMEMBER YOUR NUMBER ONE FUNCTION IS TO MAKE SURE

11:12AM 5      THAT THE UNITED STATES HAS PROVED THIS CASE BEYOND A REASONABLE

11:12AM 6      DOUBT.

11:12AM 7          SECONDLY, ON THIS SAME TOPIC OF THE INVESTIGATION, I

11:12AM 8      CANNOT THINK OF A MATTER OF THIS LEVEL, MEANING OF A COMMON

11:12AM 9      CITIZEN, THAT HAS BEEN SO OVERLY REVIEWED BY EVERYBODY.  THIS

11:12AM 10     BANKRUPTCY TOOK FIVE YEARS TO GO THROUGH.  THE TRUSTEE DID

11:12AM 11     EVERYTHING HE/SHE COULD DO TO DETERMINE THE LEGITIMACY OF THIS

11:13AM 12     BANKRUPTCY.  THEY SUBPOENAED RECORDS.  THEY QUESTIONED PEOPLE.

11:13AM 13     THEY EVEN HAD THE FBI LOOKING AT THE RECORDS BECAUSE YOU HEARD

11:13AM 14     MS. KIKUGAWA, I STARTED LOOKING AT THEM IN 2014.  WE KNOW THE

11:13AM 15     PETITION IS GRANTED IN 2015.

11:13AM 16         A BANKRUPTCY JUDGE HEARD ALL OF THIS AND STILL GRANTED THE

11:13AM 17     PETITION.

11:13AM 18         YOU HEARD FROM THE TRUSTEE, A PETITION CANNOT BE GRANTED

11:13AM 19     IF THERE IS FRAUD INVOLVED.

11:13AM 20         AND EVEN THE FBI AT ONE TIME, MS. KIKUGAWA, HAD APPARENTLY

11:13AM 21     LOST INTEREST IN THIS.  THEY STARTED IN 2014.  THEY LOOKED AT

11:13AM 22     ALL OF THESE RECORDS.  THEY DROPPED IT SOME TIME RIGHT AFTER

11:14AM 23     THE BANKRUPTCY PETITION WAS GRANTED, AND THEN ABOUT A YEAR AND

11:14AM 24     SOME MONTHS LATER THEY PICK IT UP AGAIN FOR SOME UNKNOWN

11:14AM 25     REASON.

11:14AM  1   WE DON'T NEED TO GUESS WHAT THE GOVERNMENT'S MOTIVATIONS

11:14AM  2   ARE HERE FOR BRINGING TO YOU SUCH A WEAK CASE, BUT I THINK IT'S

11:14AM  3   PRETTY OBVIOUS THAT THIS IS SOUR GRAPES, RETALIATION, NOT

11:14AM  4   HAPPY, WHATEVER DESCRIPTION YOU WANT TO GIVE IT, ABOUT HOW

11:14AM  5   THINGS WENT WITH THEIR ATTEMPT TO KNOCK THIS BANKRUPTCY OUT.

11:14AM  6   IT DIDN'T WORK WITH THE BANKRUPTCY JUDGE, IT DIDN'T WORK

11:14AM  7   WITH THE TRUSTEE, AND SO THEY'RE JUST GOING TO THROW IT UPON

11:14AM  8   YOU AND USE THEIR LEGAL PERSUASIVE SKILLS THAT I'VE BEEN

11:14AM  9   WARNING YOU ABOUT TO TRY TO GET YOU TO REVERSE EVERYBODY ELSE.

11:14AM  10  DON'T FALL FOR THE TRICK.  AND THIS IS WHY -- IF THERE IS

11:15AM  11  ONE AREA AND YOU JUST THINK ABOUT IT AND ASK YOURSELVES ABOUT

11:15AM  12  IT, IF THERE WAS ONE AREA THAT AGENT KIKUGAWA WAS, I'LL JUST

11:15AM  13  CALL IT WISHY WASHY, JUST NOT RIGHT ON, NOT ASSERTIVE IN

11:15AM  14  TELLING YOU WHAT HAPPENED IS IN EXPLAINING WHY SHE STOPPED

11:15AM  15  LOOKING AT THESE RECORDS AND WHY IT TOOK SO LONG BEFORE SHE

11:15AM  16  PICKED IT UP AGAIN.  YOU KNOW YOU'RE NOT GETTING A COMPLETE

11:15AM  17  STORY ON THAT.

11:15AM  18  AND SO AS YOU ANALYZE THIS EVIDENCE, YOU'VE GOT TO

11:16AM  19  REMEMBER THAT THERE IS EVIDENCE IN THIS CASE THAT INDICATES

11:16AM  20  THAT THE PROFESSIONALS, INCLUDING THE BANKRUPTCY JUDGE, THE

11:16AM  21  TRUSTEE, AND EVERYBODY ELSE HAD ALREADY REVIEWED THIS AND COME

11:16AM  22  TO A DIFFERENT CONCLUSION.  THEY COULD HAVE EVEN REOPENED THE

11:16AM  23  BANKRUPTCY.  YOU HEARD THAT FROM MR. LAFFREDI.  WE CAN GO BACK

11:16AM  24  AND SHOW THAT THERE IS FRAUD.  WELL, WHY DIDN'T THEY DO IT?

11:16AM  25  HERE WE ARE ALL OF THESE YEARS LATER.

11:16AM  1        AND I GET THE GOVERNMENT GETS TO DO THIS AND SO HERE WE

11:16AM  2   ARE.  THERE'S NOTHING THAT WE CAN DO EXCEPT HAVE THIS TRIAL,

11:16AM  3   HEAR THE EVIDENCE, AND HAVE YOU RULE IN A FAIR MANNER.

11:16AM  4        SO THEN LET'S GET INTO A LITTLE BIT OF WHAT HAPPENED IN

11:16AM  5   THIS CASE.  IF YOU COULD EXCUSE ME FOR A MINUTE SO I CAN HAVE A

11:16AM  6   LITTLE DRINK OF WATER.

11:16AM  7        (PAUSE IN PROCEEDINGS.)

11:16AM  8        MR. NICK:  WE KNOW THAT MR. KUBUROVICH WAS FLYING

11:17AM  9   HIGH IN THE REAL ESTATE DEVELOPMENT INDUSTRY.  WE HEARD THAT

11:17AM 10   FROM MR. NEIL FORREST, AND HE EXPLAINED TO YOU THAT

11:17AM 11   MR. KUBUROVICH WAS DOING VERY WELL IN THE REAL ESTATE INDUSTRY

11:17AM 12   AND THIS ALL STARTED DRYING UP IN 2008, 2009.  THERE'S NO

11:17AM 13   SECRET ABOUT THAT.

11:17AM 14        BY THE WAY, THE GOVERNMENT TELLS YOU IT'S NOT ABOUT THAT.

11:17AM 15   WELL, IF -- LOOK, IF THERE'S NO RECESSION, THERE'S NO

11:17AM 16   BANKRUPTCY.  AND SO THEY CAN'T JUST IGNORE THAT.  THEY WANT YOU

11:17AM 17   TO IGNORE THAT BECAUSE IT SHOWS A LEGITIMATE REASON FOR

11:17AM 18   BUYING -- FOR FILING FOR BANKRUPTCY.

11:17AM 19        NOT THEIR THEORY.

11:18AM 20        THE CONDITION OF THE ECONOMY DURING THIS TIME IS CONFIRMED

11:18AM 21   BY BOTH MR. GREENE, WHO EXPLAINED TO YOU THAT HE DID THE MOST

11:18AM 22   BANKRUPTCIES EVER DURING THE PERIOD THAT STARTED IN 2008 AND

11:18AM 23   THROUGH I THINK 2013 WAS THE LAST YEAR THAT I THINK HE SAID.

11:18AM 24   THERE WAS AN INCREASE IN THE NUMBER OF BANKRUPTCIES.

11:18AM 25        AND THE MOST OBVIOUS EVIDENCE OF HOW WELL HE WAS DOING IS

11:18AM  1    A SINGLE TRANSACTION, YOU MAKE A MILLION DOLLARS.  A SINGLE

11:18AM  2    TRANSACTION FOR REAL ESTATE DEVELOPMENT YOU GET A $1 MILLION

11:18AM  3    CHECK, WHICH IS THE CHECK THAT EVENTUALLY GETS PARTITIONED AND

11:18AM  4    GIVEN TO THE DAUGHTER, AND ALL OF THESE THINGS WHICH I'LL TALK

11:18AM  5    TO YOU IN A LITTLE BIT.

11:18AM  6        NOW, WHILE I EXPLAINED THIS ISSUE ABOUT THE INCOME,

11:18AM  7    REMEMBER WHAT I KEEP SAYING, THE GOVERNMENT DOESN'T WANT YOU TO

11:19AM  8    LOOK AT THE HOSE.  THEY DON'T WANT YOU TO SEE THE HOSE, AND IT

11:19AM  9    COULD BE ANOTHER REASON WHY THERE IS WATER ON THE SIDEWALK.

11:19AM 10        AND SO YOU HAVE TO ASK YOURSELVES AND LITERALLY JUST WRITE

11:19AM 11    IT UP ON A CHALKBOARD IN THE JURY ROOM, WHY IS THE GOVERNMENT

11:19AM 12    NOT GIVING US ANY EVIDENCE ABOUT HIS INCOME?  HOW WOULD THAT

11:19AM 13    SERVE A TRICKY LAWYER TRYING TO PERSUADE YOU TO LOOK AT THINGS

11:19AM 14    ONLY ONE WAY AND FORGET ABOUT THE POTENTIAL GARDEN HOSE AND ALL

11:19AM 15    OF THE OTHER REASONABLE EXPLANATIONS THAT THERE MAY EXIST?

11:19AM 16        AND THAT'S REAL EASY BECAUSE IT'S A LOT EASIER TO PERSUADE

11:19AM 17    YOU THAT SOMEBODY IS UP TO NO GOOD WITH BANKRUPTCY IF THEY

11:19AM 18    DON'T SHOW ANY MONEY BEING EARNED.

11:19AM 19        BUT IN 2006 AND 2007 HIS I.R.S. TAX RETURN WOULD HAVE

11:19AM 20    SHOWN HUNDREDS OF THOUSANDS OF DOLLARS IN EARNINGS, MILLIONS IN

11:19AM 21    DOLLARS, AND THEN IN 2009 IT'S ALMOST NOTHING.  THAT WOULD BE

11:20AM 22    IMPORTANT.

11:20AM 23        YOU'VE ADJUSTED YOURSELF TO LIVING IN THIS LIFESTYLE AND

11:20AM 24    ALL OF A SUDDEN YOU'RE NUMBER ONE BASIS OF MAKING MONEY, REAL

11:20AM 25    ESTATE, THE MARKET JUST COMES TO A CRASHING HALT, AND THE MONEY

STOPS COMING IN.

WHY WOULD THE GOVERNMENT DO THAT?  IT DOESN'T EVEN SERVE

THEIR PURPOSE.  THE ONLY PURPOSE IT CAN SERVE IS TO TRY TO KEEP

THE WATER HOSE AWAY FROM YOU TO KEEP HIDING IT AND TO LET YOUR

MIND WONDER INTO CYNICAL, EVIL THOUGHTS OF WHAT THE DEFENDANT

WAS UP TO AND GO, NO, IT MUST BE ONLY BECAUSE HE'S UP TO FRAUD,

THAT'S IT, THAT'S THE ONLY EXPLANATION.

BUT IF YOU HAVE AN INCOME IN FRONT OF YOU, YOU WOULDN'T BE

ABLE TO ACCEPT THAT KIND OF A THEORY BECAUSE YOU WOULD CLEARLY

SEE MAKING A BUNCH OF MONEY BEFORE, MAKING ZERO NOW.  OKAY,

THAT WOULD EXPLAIN WHY YOU RUN UP YOUR CREDIT CARDS, CAN'T PAY

THEM, AND YOU'VE GOT TO DECLARE BANKRUPTCY.

SO THIS DOWNTURN OCCURS AND SOME PEOPLE CALL IT THE CRASH,

THE GREAT RECESSION, WHATEVER IT IS, IT'S HAPPENING, AND IT'S

STARTING TO HIT HOME REALLY HARD IN 2009.

SO AGAIN THE GOVERNMENT TELLS YOU, WELL, IT'S NOT ABOUT

MEDILEAF.  BUT IT IS ABOUT MEDILEAF.  AT LEAST AS FAR AS

EXPLAINING WHAT HAPPENED FINANCIALLY, HERE HE IS, A GUY WHO HAS

BEEN A REAL ESTATE DEVELOPER.  YOU HEARD IT FROM PEOPLE WHO

KNOW HIM, LAWYERS, HIS BUSINESS PARTNER, OR ASSOCIATE,

MR. NEIL FORREST.  THERE'S JUST NO MORE REAL ESTATE INCOME

COMING IN, AND THAT WOULD EXPLAIN WHY YOU WOULD TRY TO OPEN UP

THIS TYPE OF A BUSINESS.

SO YOU GIVE IT A SHOT, YOU OPEN UP THIS MEDILEAF BUSINESS,

YOU SET A SALARY FOR YOURSELF.  YOU OPEN IT JUST A FEW MONTHS,

11:22AM  1    ABOUT SIX MONTHS, SIX OR SEVEN MONTHS BEFORE THE BANKRUPTCY IS

11:22AM  2    FILED.  YOU REVEAL MEDILEAF IN THE PETITION.  IT'S IN THERE.

11:22AM  3         AND THEN THINGS DON'T GO AS THEY WERE EXPECTED.  YOU HEARD

11:22AM  4    FROM MR. FORREST, UNEXPECTED HIGH COST FOR PERMITTING,

11:22AM  5    UNEXPECTED HIGH COST IN LEGAL FEES, AND MR. KUBUROVICH NEVER

11:23AM  6    GOT A SALARY.  HE OPERATED THIS BUSINESS FROM ITS INCEPTION AND

11:23AM  7    IT WAS I THINK THE LAST MONTH, AND HE DIDN'T GET HIS COMPLETE

11:23AM  8    PAYCHECK BEFORE THE PLACE CLOSED DOWN.  HE WAS DESPERATE TO

11:23AM  9    MAKE THIS PLACE WORK, AND SO HE ARRANGED FOR THE LOAN TO BE

11:23AM  10   MADE TO THE BUSINESS, STOP IT FROM FAILING.

11:23AM  11        THE LOAN IS MADE, BUT THAT WASN'T ENOUGH TO STOP THE

11:23AM  12   BUSINESS FROM FAILING, AND THIS IS WHAT HE WAS COUNTING ON TO

11:23AM  13   PAY FOR HIS CREDIT CARDS, BUT NOTHING EVER CAME.  NOTHING EVER

11:24AM  14   CAME.

11:24AM  15        SO AFTER FIVE MONTHS, SIX MONTHS OF BEING IN THIS

11:24AM  16   BUSINESS, YOU'VE ALREADY DRIED UP YOUR REAL ESTATE BUSINESS,

11:24AM  17   NOTHING IS COMING IN, YOU CAN'T PAY YOUR CREDIT CARDS, YOU

11:24AM  18   CAN'T PAY YOUR MORTGAGE, THE CREDITORS ARE LIKELY CALLING, AND

11:24AM  19   YOU CAN INFER THAT FROM THE EVIDENCE.  THEY DO THE THINGS THAT

11:24AM  20   CREDITORS DO.  THEY ARE TRYING TO FORECLOSE HIS HOME IN MORGAN

11:24AM  21   HILL.

11:24AM  22        MR. KUBUROVICH IS NOW BACKED UP INTO A CORNER AND HAS NO

11:24AM  23   OTHER RECOURSE THAN TO SEEK THE PROTECTION OF THE BANKRUPTCY

11:24AM  24   COURT, WHICH IS WHAT THEY ARE THERE FOR.

11:24AM  25        THIS ALLEGATION THAT WHEN MY CLIENT WENT TO SHAWN PARR TO

11:24AM 1    SET UP A CORPORATION FOR HIS DAUGHTER TO BE ABLE TO TRANSFER

11:25AM 2    ALL OF THESE ASSETS TO, THAT THE BANKRUPTCY SCHEME STARTED THAT

11:25AM 3    DAY, I JUST HAVE TO SAY IT'S AN OUTRAGEOUS CLAIM.  THERE IS

11:25AM 4    JUST -- JUST GO BACK THERE AND GO WHERE IS THE EVIDENCE OF

11:25AM 5    THIS?  WHY NOT JUST TRANSFER THE PROPERTY, RUN UP YOUR CREDIT

11:25AM 6    CARDS THE NEXT MONTH, AND THE THIRD MONTH YOU FILE FOR

11:25AM 7    BANKRUPTCY?  WHAT IS THE DIFFERENCE?

11:25AM 8        EXCEPT WHAT YOU SEE IN BETWEEN THE TIME THAT THE TRANSFER

11:25AM 9    IS MADE TO HIS DAUGHTER AFTER BEING HIGH ON THE HOG AND GETTING

11:25AM 10   A MILLION DOLLAR CHECK, AND YOU CAN INFER YOU'RE EXPECTING MORE

11:25AM 11   BECAUSE YOU'RE NOT A FORTUNE TELLER THAT CAN TELL WHAT IS

11:26AM 12   HAPPENING WITH THE ECONOMY, FOR SURE, AND YOU'RE THINKING, HEY,

11:26AM 13   THIS BUSINESS HAS GOT TO SURVIVE SOMEHOW.  IT HAS ALL OF THESE

11:26AM 14   YEARS.  IT IS JUST SIMPLY DEVOID OF ANY EVIDENCE TO ALLEGE THAT

11:26AM 15   THIS FAMILY IN 2008 WENT TO AN ESTATE LAWYER WITH THE PURPOSE

11:26AM 16   OF TWO YEARS OR A YEAR AND EIGHT MONTHS AFTER THAT CLAIMING

11:26AM 17   BANKRUPTCY.  WHERE IS THE EVIDENCE OF THAT, THAT THAT WAS WHAT

11:26AM 18   THEY WANTED TO DO?  THERE'S NOTHING EXCEPT THE WORDS THAT

11:26AM 19   THEY'RE GOING TO SPEAK.

11:26AM 20       WHERE IS THE E-MAIL?  WHERE IS THE FRIEND THAT HE SAID

11:26AM 21   THAT TO?  WHERE IS THE IMMEDIATE FILING OF BANKRUPTCY AND THE

11:26AM 22   IMMEDIATE RUNNING UP OF THE CREDIT CARDS?  WHY IS THERE AN

11:26AM 23   ATTEMPT TO RUN A BUSINESS TO TRY TO RAISE MONEY?

11:26AM 24       NONE OF THESE THINGS WORK.  BANKRUPTCY PROTECTION IS ALL

11:27AM 25   THAT YOU CAN RELY ON.

11:27AM  1          I ASK YOU TO DEMAND THE EVIDENCE THAT THE LAW REQUIRES

11:27AM  2     WHICH IS PROOF BEYOND A REASONABLE DOUBT; THAT YOU NOT ALLOW

11:27AM  3     THE GOVERNMENT TO JUST STAND UP HERE AND SAY IT WAS A SCHEME

11:27AM  4     AND IT STARTED THEN BECAUSE WE TELL YOU SO.  THAT'S THE EXTENT

11:27AM  5     OF ALL THEY HAVE.  WE TELL YOU, AND YOU SHOULD FOLLOW US.

11:27AM  6          IT JUST SIMPLY IS NOT THERE.  AND YOU KNOW WHAT?  SOME

11:27AM  7     DEFENDANTS GET UP HERE WITH THEIR LAWYERS AND THEY JUST SAY

11:27AM  8     THINGS LIKE, WELL, THERE'S NOT ENOUGH EVIDENCE AND EVEN THOUGH

11:27AM  9     IT KIND OF LOOKS LIKE I DID IT, YOU KNOW, THERE'S NOT ENOUGH

11:27AM  10    EVIDENCE AND YOU SHOULD ACQUIT.

11:27AM  11         THAT'S NOT WHAT OCCURRED HERE.  THESE PEOPLE DIDN'T DO

11:28AM  12    THIS.  THEY DID NOT COMMIT BANKRUPTCY FRAUD.  MY CLIENT DID NOT

11:28AM  13    DO THAT.  HE IS SIMPLY THE VICTIM OF A RELENTLESS SYSTEM THAT

11:28AM  14    WILL NOT GIVE UP, OF A SYSTEM THAT WASN'T HAPPY WHEN A

11:28AM  15    BANKRUPTCY JUDGE SAID, I'M PUTTING THIS PETITION THROUGH AND

11:28AM  16    I'M DISCHARGING THESE DEBTS DESPITE ALL OF THIS STUFF THAT

11:28AM  17    YOU'VE SAID ABOUT ME.

11:28AM  18         I HAD A COUPLE MORE POINTS THAT I WANTED TO MAKE THAT WAS

11:28AM  19    MORE SPECIFIC TO THE GOVERNMENT'S CASE BEFORE I WRAP UP AND LET

11:28AM  20    MS. GILG MAKE HER CLOSING ARGUMENT.

11:29AM  21         I SUPPOSE NOW THE GOVERNMENT WANTS YOU TO HOLD

11:29AM  22    MR. KUBUROVICH LIABLE FOR THE $1,000-PLUS ACCOUNT THAT HE HAD

11:29AM  23    IN LIECHTENSTEIN THAT HE DID NOT LIST IN HIS ORIGINAL PETITION.

11:29AM  24         FIRST OF ALL, WITH A LEVEL OF DEBT THAT THERE WAS IN THIS

11:29AM  25    CASE, WHAT BENEFIT DO YOU GET BY HIDING A THOUSAND DOLLARS?

NONE.  I MEAN, THE DEBTS ARE SO ASTRONOMICAL, IT WOULDN'T EVEN PAY A FRACTION OF ONE OF THE CREDIT CARDS.

SO OBVIOUSLY IF SOMEBODY IS GOING TO HIDE ASSETS FROM THE BANKRUPTCY COURT IN AN INTENTIONAL MANNER, YOU'VE GOT TO THINK LIKE, HEY, THEY'VE GOT SOMETHING TO GAIN BY DOING THAT.

LET'S TALK ABOUT THAT INTENT ISSUE WITH THE HOUSE.  HE COULD HAVE DECLARED IT AS HIS HOME IF THEY WANTED TO JUST, HEY, TRANSFER IT BACK TO ME.  AND YOU HEARD MR. LAFFREDI, YOU GET A HOMESTEAD EXEMPTION FOR THE HOME.  HE LIVED IN IT WITH HIS DAUGHTER.  THIS IS EXEMPT FROM THE BANKRUPTCY COURT.  IT'S EVEN EXEMPT FROM BEING USED TO PAY DEBTS.  WHAT PURPOSE IS THERE? SO THINK ABOUT A REAL BANKRUPTCY FRAUD SITUATION, ONE THAT YOU WOULD EXPECT IF YOU COULD CREATE THE CRIME.

YOU KNOW WHAT, I'M NOT GIVING UP MY TWO STORY BEACHFRONT HOME IN FLORIDA ON THE COAST.  NO WAY.  I'M JUST GOING TO TRANSFER THAT TO A FRIEND OF MINE, AND I'M GOING TO BE THE ONLY GUY THAT OCCUPIES IT, AND I'M GOING TO PAY EVERYTHING FOR IT IN CASH.

AND YOU KNOW WHY I DON'T WANT TO DO IT?  BECAUSE THERE'S $2 MILLION IN EQUITY IN THAT HOUSE, AND THEY'LL TAKE IT, AND THEY'LL SELL EVERYTHING TO PAY ALL OF THESE DEBTS.  THAT'S A REAL MOTIVE.

SO YOU HAVE TO ASK YOURSELVES, WHAT ARE YOU GETTING?  YOU REALLY HAVE TO HAVE A STRONG CRIMINAL MOTIVE TO GAIN SOMETHING. PEOPLE DON'T JUST GO COMMITTING BANKRUPTCY FRAUD OR LYING ON

11:31AM  1    THE PETITION JUST FOR THE HECK OF IT, OH, LET ME JUST DO THIS

11:31AM  2    JUST TO SEE WHAT HAPPENS.

11:31AM  3        NO.  YOU WANT TO BE ABLE TO STOP ASSETS FROM BEING TAKEN.

11:31AM  4    AND THEY CAN'T TAKE THE HOUSE BECAUSE OF THE HOMESTEAD

11:32AM  5    EXEMPTION.

11:32AM  6        SO THIS, TO ME, SEEMS COMPLETELY LUDICROUS, THEIR THEORY.

11:32AM  7        THE SECOND ONE IS -- OR THE OTHER ONE I WANT TO TALK ABOUT

11:32AM  8    IS, WELL, IT SHOWS THAT HE HAD CONTROL OVER THE ACCOUNT IN

11:32AM  9    LIECHTENSTEIN THAT HAD THE LARGER AMOUNT OF MONEY, WHICH WAS

11:32AM 10    THE DAUGHTER'S ACCOUNT.  THE ACCOUNT IS HIS DAUGHTER'S.  THAT'S

11:32AM 11    IT.  PERIOD, END OF STORY.

11:32AM 12        AT MOST, HE'S GOT POWER OF ATTORNEY.  WE DON'T KNOW WHY.

11:32AM 13    YOU DIDN'T HEAR ANY EVIDENCE WHETHER THAT'S REQUIRED BY THE

11:32AM 14    BANK, NOT REQUIRED BY THE BANK.

11:32AM 15        BUT WE KNOW ONE THING, IT'S HER THAT IS MAKING ALL OF THE

11:33AM 16    WIRE TRANSFERS, NOT HIM.  HE'S NOT USING -- YOU WILL NOT FIND

11:33AM 17    ONE SINGLE DOCUMENT IN THIS CASE THAT SHOWS HIM USING THAT

11:33AM 18    POWER OF ATTORNEY TO CONTROL THE ACCOUNT.  EVERYTHING IS DONE

11:33AM 19    BY KRISTEL.

11:33AM 20        AND THEY ALSO CLAIM THAT THE PAYMENT OF $100,000 DEBT,

11:33AM 21    100,000-PLUS IN 2013, 2 AND A HALF YEARS INTO BANKRUPTCY, THAT

11:33AM 22    IT WAS A DEBT OF MR. KUBUROVICH THAT SHOWS THAT HE'S REALLY IN

11:33AM 23    CONTROL.

11:33AM 24        NOW, ASK YOURSELF THIS AS YOU'RE ANALYZING THESE

11:33AM 25    ARGUMENTS.  THE GOVERNMENT TALKS IN A WAY AS IF THERE'S NO SUCH

11:33AM 1    THING AS A FATHER-DAUGHTER RELATIONSHIP, THAT THERE'S NO SUCH

11:33AM 2    THING AS FAMILY MEMBERS LOANING MONEY TO ONE ANOTHER, THAT'S

11:34AM 3    THERE'S NO SUCH THING AS HIS DAUGHTER HAVING A MOTIVE TO HELP

11:34AM 4    THE FATHER.

11:34AM 5        IT'S AS IF NONE OF THIS EXISTS.  THAT WE ALL LIVE IN A

11:34AM 6    PLASTIC, UNEMOTIONAL WORLD WHERE THOSE THINGS DO NOT PLAY PART

11:34AM 7    IN ANY OF THESE DECISIONS.

11:34AM 8        WHY WOULD A DAUGHTER EVER LOAN MONEY TO THE FATHER?  IT'S

11:34AM 9    LIKE YOU'RE IN ANOTHER WORLD.  THAT'S WHAT HAPPENS.  THIS ISN'T

11:34AM 10   SOME FRIEND OF HIS THAT HE HADN'T SEEN IN YEARS WHO HE PUTS HIS

11:34AM 11   NAME IN AND WHENEVER HE NEEDS MONEY HE CALLS THE FRIEND UP AND

11:34AM 12   SAYS, HEY, WIRE ME SOME MONEY.

11:34AM 13       AND SO IT BRINGS ME TO YET ANOTHER STATEMENT BY THE

11:35AM 14   GOVERNMENT WHEN THEY WERE ARGUING THEIR CASE.  THEY MENTIONED

11:35AM 15   THAT THE LAST PAYMENTS TO THE CREDIT CARDS ARE IN MARCH OF

11:35AM 16   2009.  AND I MEAN, I'M JUST GOING TO QUOTE THE PROSECUTOR.  "HE

11:35AM 17   DIDN'T CARE.  HE WAS GOING TO FILE BANKRUPTCY."

11:35AM 18       ALL RIGHT.  AS I SAID TO YOU BEFORE, THE WORDS OF THE

11:35AM 19   ATTORNEYS IS NOT EVIDENCE.  WHERE IS THE PROOF ABSENT HAVING TO

11:35AM 20   JUST GUESS?  FLIPPING A COIN?  HEADS IS HE WANTED TO FILE

11:35AM 21   BANKRUPTCY; TAILS, HE'S NOT GOING TO FILE BANKRUPTCY.  THAT'S

11:35AM 22   THE BEST YOU'VE GOT BECAUSE THERE'S AGAIN NO DOCUMENT, NO

11:35AM 23   STATEMENT, NO E-MAIL, NO WITNESS.

11:36AM 24       AND A LOT OF CIRCUMSTANCES THAT OCCUR AFTER THOSE CREDIT

11:36AM 25   CARDS ARE CHARGED, WHICH BRING THE PERSON TO BANKRUPTCY, AND

11:36AM  1     NOTHING TO SHOW THAT THAT WAS WHAT WAS PLANNED.

11:36AM  2          YEAH, LET ME JUST RUN UP MY CREDIT CARDS.  REMEMBER, IF

11:36AM  3     YOU STOP PAYMENT IN MARCH, THAT MEANS THAT HE HAD THAT BALANCE

11:36AM  4     GOING BACK IN '08 WHEN HE'S GETTING A MILLION DOLLAR CHECK AND

11:36AM  5     DOING GOOD.

11:36AM  6          THEN THE MEDILEAF BUSINESS IS STARTED TO TRY TO SWAGE THE

11:36AM  7     LOSS OF INCOME.  THAT FALLS THROUGH AS WELL.

11:36AM  8          NONE OF THAT CAN BE A REASONABLE EXPLANATION FOR WHAT

11:36AM  9     OCCURRED HERE, AND IT JUST HAS TO BE, AS THE PROSECUTOR SAID,

11:36AM 10     HE KNEW HE WAS GOING TO DISCHARGE THAT IN BANKRUPTCY AND JUST

11:36AM 11     DIDN'T CARE.

11:36AM 12          ASK YOURSELF WHERE IS THE EVIDENCE FOR THIS THAT ALLOWS

11:37AM 13     YOU TO JUST MAKE ONE CONCLUSION?  THAT'S THE ONLY THING THAT

11:37AM 14     THEY WERE UP TO.  IT DOESN'T EXIST.

11:37AM 15          THE BEST YOU CAN GET TO IS, WELL, YOU'RE A CRAFTY LAWYER,

11:37AM 16     AND YOU CAN KIND OF ARGUE IT THAT WAY.  BUT IF YOU'RE A

11:37AM 17     RATIONAL, FAIR, REASONABLE JUROR, YOU START THINKING OF ALL OF

11:37AM 18     THE OTHER REASONABLE POSSIBILITIES THAT HAVEN'T BEEN PROVEN

11:37AM 19     OUT, AND YOU SHOULD JUST REJECT THESE KIND OF ARGUMENTS

11:37AM 20     OUTRIGHT.

11:37AM 21          THE OTHER WAY THEY ARGUE CONTROL OVER THIS ACCOUNT IS

11:37AM 22     MR. WARDA.  AND AS YOU ANALYZE WHAT MR. WARDA HAD TO SAY, JUST

11:37AM 23     REMEMBER ONE THING, THAT MAN ONLY HAS ONE INTEREST.  I LOAN

11:38AM 24     HARD MONEY, I MAKE BIG INTEREST, I NEED A PROPERTY TO SECURE

11:38AM 25     THE LOAN, AND THAT'S IT.  I DON'T CARE WHO OWNS THE PROPERTY, I

11:38AM   1    JUST NEED THE PROPERTY SECURING MY LOAN.  THAT'S ALL I NEED.

11:38AM   2         SO THE BEST THE GOVERNMENT HAS GOT IS THAT HE THOUGHT IT

11:38AM   3    WAS BATZI'S HOUSE.  THAT'S GOING TO BE YOUR ENTIRE CASE?  DO

11:38AM   4    YOU PRESENT A WITNESS UP THERE THAT THE BEST HE CAN SAY IS I

11:38AM   5    THOUGHT IT WAS HIS HOUSE?  ONLY TO BE CONFRONTED AND MET, NOT

11:38AM   6    BECAUSE HE'S LYING, BECAUSE THINGS HAPPEN SO LONG AGO, WITH AN

11:38AM   7    E-MAIL WHERE MY CLIENT IS TELLING HIM YOU'RE LOANING THE MONEY

11:38AM   8    TO MY DAUGHTER, IT'S GOING TO BE SECURED BY HER PROPERTY, SO HE

11:39AM   9    MUST HAVE FORGOTTEN THAT PART, BUT HE DID ADMIT TO IT ON THE

11:39AM  10    STAND, I MUST HAVE RECEIVED THIS.

11:39AM  11         NOT ONLY THAT, BUT WHAT ELSE DID MR. WARDA TELL YOU?

11:39AM  12    THAT'S AGAIN PART OF THE HOSE BEING COVERED UP BY THE

11:39AM  13    PROSECUTOR.

11:39AM  14         AND WHAT HE TOLD YOU IS -- AND BEFORE I EXPLAIN IT, I WANT

11:39AM  15    TO TELL YOU WHAT THE GOVERNMENT'S POINT IS.  THE GOVERNMENT'S

11:39AM  16    POINT IS THAT, WELL, THE FATHER IS GOING AROUND NEGOTIATING ALL

11:39AM  17    OF THESE LOANS OR THIS LOAN WITH MR. WARDA SO HE MUST HAVE ALL

11:39AM  18    OF THE CONTROL IN THE WORLD OVER THIS.

11:39AM  19         BUT YOU HEAR MR. WARDA TELL YOU IN BUSINESS WHERE YOU HAVE

11:39AM  20    SMALL CORPORATIONS, IT IS A COMMON DAY OCCURRENCE TO HAVE

11:40AM  21    INDIVIDUALS WHO ARE ASSIGNED BY THE CORPORATION TO NEGOTIATE

11:40AM  22    CONTRACTS, TO NEGOTIATE AGREEMENTS.

11:40AM  23         GOOGLE DOESN'T SEND THEIR CEO TO NEGOTIATE LEASES, TO

11:40AM  24    NEGOTIATE LOANS.  THEY PROBABLY DON'T EVEN SEND ANY OF THEIR

11:40AM  25    OFFICERS.  THIS IS JUST COMMON SENSE.

11:40AM 1       AND SO WHO IS MOST APPROPRIATE TO NEGOTIATE THIS LOAN THAT

11:40AM 2    THEY DESPERATELY NEED TO SAVE THE BUSINESS THAT'S GOING TO

11:40AM 3    PROVIDE HIM THE INCOME TO SAVE HIM FROM BANKRUPTCY?

11:40AM 4       HE'S GOING TO SEND HIS DAUGHTER TO NEGOTIATE?  WITH SUPER

11:40AM 5    EXPERIENCE DAVID WARDA?  THAT'S A JOKE.  A JOKE MEANING LIKE IT

11:41AM 6    JUST CAN'T BE SERIOUS THAT THAT'S WHAT THE GOVERNMENT EXPECTS.

11:41AM 7       OKAY.  HONEY, YOU'VE GOT THE COLLATERAL SO WHY DON'T YOU

11:41AM 8    GO NEGOTIATE WITH DAVID WARDA.  DOES THAT SOUND RATIONAL TO YOU

11:41AM 9    THAT THIS MAN WOULD SEND HIS DAUGHTER TO NEGOTIATE WITH THIS

11:41AM 10   MAN WHO IS A HARD CORE REAL ESTATE DEVELOPMENT BUSINESSMAN WHO

11:41AM 11   IS LOOKING FOR 20 PERCENT ON A LOAN?

11:41AM 12      NO, IT'S NOT REASONABLE.  IT'S NOT RATIONAL, AND IT'S A

11:41AM 13   THOUGHT THAT IS TOTALLY DIVORCED FROM COMMON SENSE AND HOW THE

11:41AM 14   WORLD WOULD NORMALLY WORK.

11:41AM 15      YOU SEND THE STRONGEST PERSON IN YOUR FAMILY TO DO THE

11:41AM 16   FAMILY WORK.

11:41AM 17      SO YOU SEND AN EQUAL LIKE BATZI KUBUROVICH WHO IS ALSO AN

11:41AM 18   EXPERIENCED REAL ESTATE DEVELOPER WHO KNOWS ABOUT LENDING, WHO

11:42AM 19   KNOWS ABOUT BORROWING, WHO KNOWS ABOUT DEEDS OF TRUST, AND HE

11:42AM 20   NEGOTIATES THE DEED.

11:42AM 21      NOW, THIS IS THE BEST PART OF THIS.  SO THE GOVERNMENT

11:42AM 22   MAKES A BIG DEAL ABOUT DAVID WARDA DIDN'T EVEN KNOW

11:42AM 23   KRISTEL KUBUROVICH.  I GUESS THAT WOULD BE LIKE GOOGLE SAYING,

11:42AM 24   WELL, YEAH, I FINALLY SAW THE CEO ON THE DAY OF SIGNING.

11:42AM 25      HERE'S WHAT IS IMPORTANT.  IT'S KRISTEL KUBUROVICH WHO

11:42AM 1    SHOWS UP TO SIGN THOSE PAPERS.

11:42AM 2        WHY IS THAT IMPORTANT?  BECAUSE EVERY ONE OF YOU HEARD HOW

11:42AM 3    EASY IT IS TO JUST APPOINT SOMEBODY ELSE TO DO IT.  GIVE THEM A

11:42AM 4    POWER OF ATTORNEY.  HAVE A RESOLUTION IN THE CORPORATION SAYING

11:42AM 5    THAT YOU'RE HEREBY AUTHORIZED TO SIGN THIS CONTRACT ON BEHALF

11:42AM 6    OF THE CORPORATION.

11:42AM 7        NONE OF THAT IS DONE.

11:43AM 8        SO WHEN EVERY DEVICE IS USED THAT BENEFITS THE GOVERNMENT,

11:43AM 9    THEY POINT TO IT.  AND WHENEVER IT'S NOT THERE, THEY JUST KIND

11:43AM 10   OF IGNORE IT, OH, HOSE COVERED UP, YOU KNOW, BURLAP BAG AND

11:43AM 11   MAKE SURE NOBODY SEES IT.

11:43AM 12       SHE COULD HAVE GIVEN BATZI A POWER OF ATTORNEY, AND SHE

11:43AM 13   COULD HAVE AUTHORIZED HIM, AND HE COULD HAVE SHOWED UP AND

11:43AM 14   SIGNED ALL OF THE PAPERS.  NO.  THE PERSON IN CHARGE IS THE

11:43AM 15   PERSON WHO SIGNS ALL OF THE PAPERS AND THE PERSON WHO IS

11:43AM 16   BENEFITTING FROM THE BUSINESS AS WELL BECAUSE SHE'S INVOLVED IN

11:43AM 17   MEDILEAF AS WELL.

11:43AM 18       THESE ARE NOT THE ONLY ITEMS IN THIS CASE THAT I HAVE

11:43AM 19   POINTED OUT WHERE THE GOVERNMENT HAS ONLY GIVEN YOU A HALF OF A

11:44AM 20   LOAF.  I MEAN, I CAN COME UP WITH ALL OF THE ANALOGIES WHERE

11:44AM 21   IT'S COVERED.  THE LEAKING HOSE.  THERE ARE OTHERS THAT YOU'RE

11:44AM 22   GOING TO ENCOUNTER, BUT I THINK IT'S PRETTY CLEAR WHERE THE

11:44AM 23   NUMBERS THAT I HAVE POINTED OUT THAT YOU MUST BE ABSOLUTELY

11:44AM 24   SUSPICIOUS OF THIS CASE AND WHY IT WAS BROUGHT.

11:44AM 25       DO NOT BE TRICKED BY THE PERSUASIVE SKILLS OF A

11:44AM 1    PROSECUTOR.  DEMAND EVIDENCE.

11:44AM 2        INTERNALIZE AND THINK ABOUT THE CONCEPT OF PROOF BEYOND A

11:44AM 3    REASONABLE DOUBT.  BE LOYAL TO IT.  DON'T JUST SAY YOU'VE

11:44AM 4    GOTTEN THERE WHEN, IN FACT, YOU DO HAVE A DOUBT AND WHEN, IN

11:44AM 5    FACT, YOU DO NOT KNOW WHAT HAPPENED.

11:45AM 6        AND IT IS FOR THIS REASON, AND THIS REASON ONLY, THAT THE

11:45AM 7    GOVERNMENT FALLS ON ONE CONCEPT, WHICH THEY LEFT IT FOR THE END

11:45AM 8    OF THEIR ARGUMENT, AND THAT'S TO TELL YOU TO USE YOUR COMMON

11:45AM 9    SENSE.

11:45AM 10        TO ME THOSE ARE -- WHEN I HEAR THOSE WORDS, IT'S LIKE MY

11:45AM 11    ALARM GOES OFF.  THEY'RE SAYING COMMON SENSE.  WHY ARE THEY

11:45AM 12    SAYING COMMON SENSE?  WHY DON'T THEY JUST SAY THE EVIDENCE?

11:45AM 13    WHY DON'T THEY JUST POINT TO THE EVIDENCE?  BECAUSE AGAIN, IT'S

11:45AM 14    AN INTERNAL TRICK THEY WANT TO CAUSE.  AND WHAT THEY MEAN BY

11:45AM 15    COMMON SENSE IS THAT, YOU KNOW, INTERNALLY YOU HEAR THE CASE,

11:45AM 16    AND I THINK HE DID IT.  I DON'T THINK THERE'S ANY EVIDENCE

11:45AM 17    THERE, BUT I STILL THINK HE DID IT.  THAT'S WHAT COMMON SENSE

11:45AM 18    IS TO THEM.

11:45AM 19        FOR YOU TO DIVORCE YOURSELF FROM YOUR DUTY TO DEMAND

11:46AM 20    EVIDENCE TO PROVE THESE ALLEGATIONS.  THINK ABOUT IT.  WHY

11:46AM 21    WOULD YOU USE THE WORD "COMMON SENSE"?  WHY IS THAT NECESSARY?

11:46AM 22    IF YOU HAVE PROVEN YOUR CASE, YOU DON'T NEED TO SAY COMMON

11:46AM 23    SENSE.  YOU JUST LINE IT ALL UP.  HERE'S THE QUESTIONING,

11:46AM 24    HERE'S THE E-MAIL WHERE HE SAYS IT'S A SCHEME.  THERE'S NO

11:46AM 25    OTHER EXPLANATION FOR THIS.

11:46AM  1       SO WHEN YOU DON'T HAVE THAT, YOU WANT TO TRY TO CORRAL

11:46AM  2   JURORS INTO PERHAPS RUNNING AWAY WITH SUSPICION AND NOTHING

11:46AM  3   MORE.  I DON'T EVEN THINK THAT'S HERE.

11:46AM  4       AND IT'S FOR THESE REASONS THAT I HAVE ARTICULATED TO YOU

11:46AM  5   SINCE I STARTED TALKING THAT I THINK THAT THE ONLY FAIR THING

11:46AM  6   TO DO IN THIS CASE IS TO DO WHAT EVERYBODY ELSE WHO HAD

11:47AM  7   REVIEWED IT BEFORE YOU AND TO RETURN VERDICTS OF NOT GUILTY

11:47AM  8   AGAINST MR. KUBUROVICH.  THAT IS THE ONLY RATIONAL CONCLUSION

11:47AM  9   IN THIS CASE, THE ONLY FAIR ONE, AND IT IS THE ONLY ONE

11:47AM 10   SUPPORTED BY THE LACK OF EVIDENCE THERE IS IN THIS CASE.

11:47AM 11       THANK YOU VERY MUCH.

11:47AM 12           THE COURT:  THANK YOU, COUNSEL.

11:47AM 13       LADIES AND GENTLEMEN, BEFORE WE ENGAGE THE FINAL ARGUMENTS

11:47AM 14   IN THIS CASE, MS. GILG'S AND ANY REBUTTAL ARGUMENT, WHY DON'T

11:47AM 15   WE TAKE A BREAK.

11:47AM 16       AS I THINK I TOLD YOU, MY INTENT IS TO GO FORWARD WITH THE

11:47AM 17   ARGUMENTS AND PERHAPS ENGAGE INSTRUCTIONS AND THEN GIVE YOU THE

11:47AM 18   CASE.  I REALIZE WE'RE A LITTLE -- WE STARTED A LITTLE LATER,

11:47AM 19   BUT LET'S TAKE ABOUT 20 MINUTES, 20 MINUTES AND YOU CAN FORTIFY

11:47AM 20   YOURSELVES, AND WE'LL ENGAGE THE FINAL ARGUMENTS AFTER THAT

11:48AM 21   RECESS.

11:48AM 22       WE'LL BE IN RECESS.

11:48AM 23           THE CLERK:  WE'RE IN RECESS.

11:48AM 24       (RECESS FROM 11:48 A.M. UNTIL 12:08 P.M.)

12:08PM 25           THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

12:08PM 1    AND DEFENDANTS ARE PRESENT, AND OUR ALTERNATES AND JURORS ARE

12:08PM 2    PRESENT.

12:08PM 3         MS. GILG, DO YOU HAVE AN ARGUMENT?

12:08PM 4              MS. GILG:  I DO, YOUR HONOR.  THANK YOU.

12:08PM 5         **(DEFENDANT KRISTEL KUBUROVICH'S COUNSEL GAVE THEIR CLOSING**

12:09PM 6    **ARGUMENT.)**

12:09PM 7              MS. GILG:  GOOD AFTERNOON NOW.  FIRST, I WANTED TO

12:09PM 8    MAKE IT CLEAR WE DID NOT COLOR COORDINATE OUR OUTFITS ON THE

12:09PM 9    DEFENSE SIDE, AND I CAN'T SPEAK FOR THESE GUYS WITH THEIR TIES.

12:09PM 10   SO IF I OVERLAP IN SOME OF MR. NICK'S STATEMENTS, I WASN'T

12:09PM 11   SPENDING ALL OF THE TIME COORDINATING OUR OUTFITS, AND SO I

12:09PM 12   FORGOT TO COORDINATE OUR ARGUMENTS.

12:09PM 13        BUT I THINK THAT I ANTICIPATED AND DID DISCUSS ENOUGH WITH

12:09PM 14   MR. NICK SO THAT I WON'T BE TOO REPRESENTATIVE.  BUT I

12:09PM 15   APPRECIATE VERY MUCH OF THE TIME THAT YOU'VE PUT INTO YOUR JURY

12:09PM 16   SERVICE, UNDERSTANDING THAT MAYBE YOU DON'T FEEL LIKE IT WAS

12:09PM 17   VOLUNTARY SERVICE TO PUT IN THE TIME, IT CERTAINLY IS VOLUNTARY

12:09PM 18   TO PUT IN THE CONSIDERATION AND ATTENTION.  BUT I'VE RECOGNIZED

12:10PM 19   AND OBSERVED ALL OF YOU PUTTING IT INTO THIS CASE, AND IT'S

12:10PM 20   GREATLY APPRECIATED BY ALL PARTIES.

12:10PM 21        BUT I BET YOU ARE ALL A LITTLE BIT DISAPPOINTED THAT

12:10PM 22   YOU'RE SPENDING THESE LAST DAYS, THESE BEAUTIFUL WARM FALL DAYS

12:10PM 23   IN SEPTEMBER WHERE IT'S NOT TOO HOT, BUT IT'S NOT STILL SUNNY,

12:10PM 24   AND YOU'RE SPENDING IT HERE IN THIS COURTROOM WHERE I THINK THE

12:10PM 25   AIR CONDITIONING IS A LITTLE BIT LOW.

12:10PM 1     MAYBE YOU'D RATHER BE SPENDING THIS TIME OUT AT THE BEACH.

12:10PM 2  SO I'M GOING TO ASK YOU TO TAKE A TRIP OUT TO THE BEACH WITH

12:10PM 3  ME.  I WANT US ALL TO PRETEND WE'RE STANDING OUT AT HALF MOON

12:10PM 4  BAY AND LOOKING OVER THE PACIFIC OCEAN AND WAVES ARE COMING IN,

12:10PM 5  AND WE'RE STANDING ON A PIER LOOKING AT THAT MASSIVE OCEAN, AND

12:10PM 6  WE'RE STANDING ON THIS PIER, AND WE'RE GOING TO CALL THIS PIER

12:11PM 7  THE PIER OF PRESUMED INNOCENT.

12:11PM 8     AND YOU'VE BEEN STANDING ON THAT PIER FROM THE DAY YOU

12:11PM 9  WALKED INTO THIS COURTROOM.  YOU'VE BEEN STANDING ON THE PIER

12:11PM 10 OF PRESUMED INNOCENCE.  YOU'RE STILL STANDING ON THAT PIER, THE

12:11PM 11 PIER OF PRESUMED INNOCENCE.

12:11PM 12     AND WHAT HAS BEEN GOING ON DURING THE COURSE OF THIS TRIAL

12:11PM 13 IS THAT THESE GENTLEMEN HAVE BEEN BUILDING A RAFT ON THE

12:11PM 14 PACIFIC OCEAN UNDER THE PIER.  AND YOU'VE JUST BEEN WATCHING,

12:11PM 15 AND THE GOVERNMENT IS BUILDING THIS RAFT, AND THEY'VE GOT TO

12:11PM 16 GET ALL OF THE PIECES, AND THEY'VE GOT TO COORDINATE THE

12:11PM 17 WITNESSES AND THE EVIDENCE AND GET IT ALL WORKED UP TOGETHER SO

12:11PM 18 THAT IT BECOMES A RAFT THAT YOU FEEL COMFORTABLE JUMPING ON AND

12:11PM 19 SAILING OFF TO THE ISLAND OF PROOF BEYOND A REASONABLE DOUBT.

12:12PM 20     SO WHAT HAS THE GOVERNMENT BEEN PRESENTING TO YOU TO BUILD

12:12PM 21 THIS RAFT IS THE EVIDENCE.  AND I'D LIKE TO GO THROUGH THE

12:12PM 22 EVIDENCE AND ASSOCIATE IT WITH EACH OF THE ELEMENTS OF THE

12:12PM 23 OFFENSE THAT ARE REQUIRED TO PROVE THE TWO CHARGES THAT MY

12:12PM 24 CLIENT IS CHARGED WITH.

12:12PM 25     THIS IS A PORTION OF THE JURY INSTRUCTIONS THAT YOU'LL GET

1   FOR COUNT ONE.  WHAT COUNT ONE WILL REQUIRE YOU TO DO IS TO

2   CONSIDER EACH OF THESE FOUR ELEMENTS IN DETERMINING WHETHER OR

3   NOT THE GOVERNMENT HAS PROVEN EACH BEYOND A REASONABLE DOUBT.

4   SO LET'S START WITH THE SCHEME TO DEFRAUD.

5       SO YOU FIRST HAVE TO ASK, OKAY, SCHEME TO DEFRAUD.  WHAT

6   IS THE SCHEME?  FIRST WE HAVE TO ASK WHAT THE SCHEME IS.  AND I

7   THINK THAT MR. SCHENK GAVE US WHAT HE IS HOPING THAT THE

8   EVIDENCE PROVES AS FAR AS THE SCHEME.  AND THEN HE SAID IT'S A

9   SCHEME TO ACCUMULATE DEBT AND HIDE ASSETS.

10      NOW, I DON'T KNOW WHO PLANS TO ACCUMULATE DEBT, BUT THAT'S

11  THE THEORY OF THE PROSECUTION'S CASE.  I WOULD SAY THAT AS FAR

12  AS SCHEMES GO IN THE PRESENT CASE, THERE MAY BE A SCHEME FOR

13  THIS FATHER TO PROTECT THE LEGACY OF HIS FATHER AND THE WISHES

14  OF HIS FATHER TO LEAVE A BEQUEST TO HIS GRANDCHILDREN.  THAT'S

15  A SCHEME TO DO THAT, TO PROTECT THAT.

16      THERE'S A SCHEME TO SECURE HIS CHILDREN'S FINANCIAL

17  FUTURE, BUT THERE'S NO SCHEME TO ACCUMULATE DEBT AND HIDE

18  ASSETS.  LET'S BE VERY CLEAR, THE ASSETS THAT ARE ISSUED HERE

19  ARE THE ONES THAT WERE INITIALLY GIVEN TO HIS DAUGHTERS IN

20  DECEMBER OF 2008.

21      AND WHEN I SAY "A SCHEME," THERE HAS TO BE A SCHEME TO

22  DEFRAUD.  SO EVEN IF THERE WERE A SCHEME TO ACCUMULATE DEBT AND

23  HIDE ASSETS, THE SCHEME WOULD HAVE TO HAVE THE INTENT TO

24  DEFRAUD THE BANKRUPTCY COURT.  AND THAT IS WHY WHEN I FIRST

25  CAME HERE I SAID THERE'S NOT GOING TO BE ANY EVIDENCE THAT MY

12:15PM 1    CLIENT OR MR. KUBUROVICH COULD PREDICT WHAT WOULD HAPPEN

12:15PM 2    18 MONTHS DOWN THE LINE.

12:15PM 3        SO THERE NOT ONLY HAS TO BE A SCHEME TO DEFRAUD, BUT IT

12:15PM 4    HAS TO BE A SCHEME THAT IS DEVISED FOR THE PURPOSE OF DECEIVING

12:15PM 5    OR CHEATING THE BANKRUPTCY COURT.

12:15PM 6        SO LET'S IMAGINE THAT SOMEBODY GAVE THEIR CHILDREN AN

12:15PM 7    ASSET AND THE NEXT DAY LET'S SAY THAT SOMEBODY CAME IN ON

12:15PM 8    MAY 24TH, 2016 -- I MEAN ON MAY 26TH, 2016, AND ON MAY 24TH,

12:16PM 9    2016, THEY GAVE A MILLION DOLLARS TO THEIR CHILDREN.  THAT IN

12:16PM 10   AND OF ITSELF IS NOT A CRIME.  IT HAS -- YOU HAVE TO DO THAT

12:16PM 11   WITH THE INTENT OF DECEIVING AND CHEATING.

12:16PM 12       NOW, IT MAY BE THAT THE BANKRUPTCY COURT WOULD SEE THIS

12:16PM 13   GIFT THE YEAR BEFORE, AND THEY MIGHT DO THIS CLAWING BACK THAT

12:16PM 14   MR. LAFFREDI TALKED ABOUT, AND THERE'S RECOURSE IN THE

12:16PM 15   BANKRUPTCY COURT ABOUT THAT.  AND SO AGAIN, THERE HAS TO BE AN

12:16PM 16   ATTEMPT TO DEFRAUD, AND THAT ACT ALONE IS NOT SUFFICIENT.

12:16PM 17       THE GOVERNMENT SEEMS TO BE ARGUING THAT WHY THIS APPEARS

12:16PM 18   TO BE A SCHEME, AND GOING BACK TO MY EXAMPLE OF ON MAY 24TH YOU

12:16PM 19   BEQUEATH YOUR CHILDREN A MILLION DOLLARS AND THEN GO TO

12:16PM 20   BANKRUPTCY COURT.  WELL, YOU GIVE YOUR CHILDREN A MILLION

12:17PM 21   DOLLARS, AND THEN GO TO BANKRUPTCY COURT.  WHY THIS IS

12:17PM 22   DIFFERENT IN THIS CASE IS BECAUSE YOU CAN FOLLOW THE MONEY, YOU

12:17PM 23   CAN FOLLOW THE TRAIL.  IT'S ALL VERY, VERY -- THIS IS AN

12:17PM 24   ELABORATE SCHEME THAT WAS DEVELOPED IN ORDER TO DECEIVE THE

12:17PM 25   BANKRUPTCY COURT.

12:17PM 1      I'D LIKE TO USE THE GOVERNMENT'S OWN EXHIBIT, EXHIBIT 59.

12:17PM 2  THIS IS THE BIG COMPLEX SCHEME THAT WAS EMPLOYED BY MY CLIENT

12:17PM 3  AND HER FATHER TO HIDE THIS ASSET.

12:17PM 4      SO WHAT HAPPENS?  THERE'S THIS BELLEVUE ACCOUNT WHICH THE

12:17PM 5  MONEY COMES FROM THIS ATWATER SALE.  I DON'T THINK WE HAVE ANY

12:18PM 6  OF THAT IN ANY OF THE EXHIBITS, BUT IT WAS TESTIFIED TO BY

12:18PM 7  AGENT KIKUGAWA.

12:18PM 8      AND SO THE FUNDS GO FROM THIS ATWATER SALE TO THIS

12:18PM 9  BELLEVUE ACCOUNT, AND THEN IT GOES INTO A PRIVATE ACCOUNT OF

12:18PM 10 MR. KUBUROVICH AND HIS WIFE, PATTY KUBUROVICH.  IT DOESN'T GO

12:18PM 11 RIGHT TO THE DAUGHTER.  IT DOESN'T, YOU KNOW, GO RIGHT TO

12:18PM 12 SOMETHING THAT CAN'T BE TRACED RIGHT BACK TO HIM.  NO.  HE PUTS

12:18PM 13 IT RIGHT IN HIS OWN ACCOUNT.

12:18PM 14     THEN, THEN THEY CREATE DESTRO AND NATA, THE TWO ENTITIES

12:18PM 15 THAT ARE GOING TO HOLD THESE PROCEEDS.

12:18PM 16     THEY HAVE THOSE TWO ENTITIES CREATED, BUT THEY DON'T OPEN

12:18PM 17 A BANK ACCOUNT FOR NATA OR DESTRO.  INSTEAD, THEY PUT IT INTO A

12:18PM 18 PERSONAL ACCOUNT OF KRISTEL KUBUROVICH.  AND JUST IN CASE

12:19PM 19 SOMEONE WERE TO NOT REALIZE THAT KRISTEL KUBUROVICH, WHICH IS A

12:19PM 20 FAIRLY UNCOMMON NAME, IS SOMEHOW RELATED TO GOYKO KUBUROVICH,

12:19PM 21 HE WRITES ON THE -- AND AGAIN, THIS IS -- OH, THIS IS

12:19PM 22 DEFENDANTS' EXHIBIT E, BUT THIS WAS TESTIFIED TO, HE WRITES

12:19PM 23 RIGHT ON THE DEPOSIT SLIP TO OPEN DAUGHTER'S CHECKING ACCOUNT,

12:19PM 24 AND THE NUMBER, JUST IN CASE SOMEBODY MISSES THAT IT'S COMING

12:19PM 25 FROM HIM, THE BIG SECRET TRACING OF THE DOCUMENTS, HIDING THE

12:19PM  1    ASSETS, JUST IN CASE YOU MISSED THAT ONE.

12:19PM  2         THEN AFTER PUTTING IT IN THE DAUGHTER'S PERSONAL ACCOUNT,

12:19PM  3    AGAIN, STILL NOTHING WITH NATA AND DESTRO, AND THIS IS IN THE

12:20PM  4    DAUGHTER'S USB ACCOUNT.  THEN THEY GO AND THEY PUT IT IN THE

12:20PM  5    ACCOUNT IN LIECHTENSTEIN, THE VP ACCOUNT, AND AGAIN IN THE

12:20PM  6    DAUGHTER'S NAME.

12:20PM  7         AND JUST TO BE SURE, ONCE AGAIN, TO BE SURE THAT THIS IS

12:20PM  8    HIDDEN, HIDDEN REALLY WELL, GOVERNMENT'S EXHIBIT 46,

12:20PM  9    MR. KUBUROVICH WRITES A LETTER TO THE BANK.  "HEY, I WANT TO

12:20PM 10    CONFIRM THAT MY DAUGHTER'S DEPOSIT WAS MADE."  HE DOESN'T GO,

12:20PM 11    HEY, KRISTEL, WRITE TO THE BANK BUT MAKE SURE YOUR DEPOSIT WAS

12:20PM 12    MADE BECAUSE I CAN'T REALLY BE INVOLVED IN THIS.

12:20PM 13         NO.  "HI FREDI, HOW ARE YOUR KIDS?"  INSERTING HIMSELF

12:20PM 14    RIGHT INTO THE PICTURE, ONCE AGAIN, MAKING SURE THAT ASSET IS

12:21PM 15    HIDDEN.

12:21PM 16         SO NOW WE HAVE IT IN THE VP ACCOUNT.  AND I MEAN, THE

12:21PM 17    GOVERNMENT WANTS TO MAKE IT SOUND LIKE IT WENT TO THIS VP

12:21PM 18    ACCOUNT AND THEN IT CAME BACK.

12:21PM 19         WELL, EVEN THEIR OWN WITNESSES, EVERYONE AGREED.  I MEAN,

12:21PM 20    WE DON'T EVEN NEED A WITNESS.  YOU JUST HAVE TO SHOW NOTICE OF

12:21PM 21    WHAT WAS HAPPENING IN THE BANKING INDUSTRY IN 2008, AND IS IT

12:21PM 22    REALLY SO UNUSUAL THAT YOU WOULD PUT MONEY IN A BANK YOU MIGHT

12:21PM 23    FIND MORE SECURE?

12:21PM 24         BUT THE POINT IS THAT IT DOESN'T EVEN MATTER.  IT COULD

12:21PM 25    HAVE GONE TO A BANK IN SUNNYVALE.  IT WAS IN THE DAUGHTER'S

12:21PM  1     NAME, AND IT WAS IN THE FATHER'S NAME.

12:21PM  2          AND JUST IN CASE, WE STILL HAVE NATA, AND WE HAVE DESTRO,

12:21PM  3     AND WE HAVE ACCOUNTS FOR NATA AND DESTRO WHEN THE MONEY COMES

12:21PM  4     BACK IN MARCH OF 2008 BECAUSE THOSE ACCOUNTS WERE OPENED I

12:21PM  5     THINK IN FEBRUARY OF 2009, WHEN THE MONEY COMES BACK -- I'M

12:21PM  6     SORRY -- IN MARCH, APRIL OF 2009, YOU HAVE THE NATA AND DESTRO

12:22PM  7     ACCOUNT.

12:22PM  8          BUT THEN WE'RE GOING TO TRY TO BE REALLY SECRET.  LET'S

12:22PM  9     HIDE THE MONEY AWAY, GUYS.  WHY DON'T WE HIDE IT RIGHT BACK TO

12:22PM 10     THE SAME ACCOUNT THAT WE TRANSFERRED IT OUT OF THIS WAY WE'RE

12:22PM 11     REALLY HIDING THAT BECAUSE I GUESS THEY HAVE TO GET MORE THAN

12:22PM 12     ONE BANK STATEMENT FROM THE BANKS TO FIGURE THAT OUT.

12:22PM 13          AGAIN, THIS IS NOT EVIDENCE OF HIDING THESE FUNDS.

12:22PM 14          AND THEN WE HAVE THIS INTENT TO HIDE MR. KUBUROVICH'S

12:22PM 15     ASSOCIATION OR THIS ALLEGATION OF AN ATTEMPT TO HIDE

12:22PM 16     MR. KUBUROVICH'S ASSOCIATION WITH DESTRO AND NATA.

12:22PM 17          SO GOVERNMENT'S EXHIBIT 38 WE HAVE THE ACCOUNT FOR DESTRO

12:23PM 18     LLC AND SOMEHOW, I MEAN, HE'S NOT A SIGNATORY.  HE'S NOWHERE

12:23PM 19     LISTED ON THIS ACCOUNT, BUT, ONCE AGAIN, SOMEHOW THE BANK PER

12:23PM 20     BATZI TRANSFERS THE FUNDS TO A DIFFERENT ACCOUNT.  THAT WAS THE

12:23PM 21     TESTIMONY.  I'M NOT SURE HOW THAT HAPPENED, BUT THAT'S WRITTEN

12:23PM 22     ON THE RECORD FOR SURE.

12:23PM 23          SO OF ALL OF THE ACCOUNTS THAT MR. KUBUROVICH COULD PUT

12:23PM 24     HIS NAME ON, THIS DESTRO ONE IS AN INTERESTING ONE BECAUSE THIS

12:23PM 25     IS ONE THAT ONLY HAD $100 THROUGHOUT THE WHOLE TIME OF ITS

12:23PM 1    LIFE.  THE BALANCE ON THAT, IF YOU LOOK AT GOVERNMENT'S

12:23PM 2    EXHIBIT 38, $100 IN THAT ACCOUNT THE WHOLE TIME, AND NATA ONLY

12:24PM 3    HAD ONE ACCOUNT.

12:24PM 4        AND SPEAKING OF DESTRO, JUST IN CASE HE COULDN'T MAKE IT

12:24PM 5    SUPER, SUPER CLEAR THAT HE WAS INSERTING HIMSELF INTO THIS

12:24PM 6    ENTITY, HE SIGNS HIS NAME AS A MANAGING MEMBER OF DESTRO IN THE

12:24PM 7    DECEMBER 8TH FILING OF DESTRO AS A LIMITED LIABILITY

12:24PM 8    CORPORATION, WHICH THE ATTORNEY WHO PUT IT TOGETHER WAS LIKE,

12:24PM 9    HUH-UH, THAT'S NOT WHAT HE WAS, AND WE KNOW HE WASN'T THAT

12:24PM 10   BECAUSE WE HAVE AN OPERATING AGREEMENT WHICH ALL OF THE

12:24PM 11   WITNESSES SAID IS THE BIBLE OR IS THE ROADMAP FOR DESTRO.

12:24PM 12       AND I ASK YOU TO CONSIDER GOVERNMENT'S EXHIBIT 55, WHICH

12:24PM 13   IS THIS OPERATING AGREEMENT, WHICH IS 18 PAGES, AND VERY

12:25PM 14   DETAILED, AND INVOLVED.  AND IN IT, IT ALLOWS ONLY ONE PERSON

12:25PM 15   TO BE THE MANAGING MEMBER, AND THAT'S KRISTEL KUBUROVICH.  THIS

12:25PM 16   DOESN'T GET FILED WITH THE SECRETARY OF STATE.  EXHIBIT 53 GETS

12:25PM 17   FILED WITH THE SECRETARY OF STATE.

12:25PM 18       SO THIS MAN WHO IS TRYING DESPERATELY TO HIDE HIS ASSETS,

12:25PM 19   THE ONLY DOCUMENT FILED WITH THE SECRETARY OF STATE HAS HIS

12:25PM 20   NAME ON IT, EVEN THOUGH HE DOESN'T HAVE ANY CONTROLLING -- HE'S

12:25PM 21   NOT A MEMBER, AND HE HAS NO MANAGEMENT CONTROL OVER DESTRO.

12:25PM 22   AGAIN, THESE ARE NOT ACTS OF A PERSON WHO WAS TRYING TO HIDE

12:25PM 23   THEIR ASSETS.

12:25PM 24       AND BE CLEAR, THE SCHEME IS NOT A SCHEME WHICH -- TO

12:26PM 25   CONTROL YOUR DAUGHTER, TO CONTROL YOUR 19-YEAR-OLD DAUGHTER.

12:26PM  1    THAT IS NOT A CRIME.  BEING A CONTROLLING FATHER IS NOT

12:26PM  2    ILLEGAL.

12:26PM  3        SO THEN WE HAVE THE NEXT ELEMENT WHICH IS AN INTENT TO

12:26PM  4    DEFRAUD.  NOW, MR. NICK TALKED A BIT ABOUT CIRCUMSTANTIAL

12:26PM  5    EVIDENCE VERY WELL AND EXPLAINED IT WITH THE HOSE AND THE RAIN.

12:26PM  6    SO I WANT YOU TO HAVE THAT IN MIND WHEN WE'RE GOING THROUGH

12:26PM  7    THIS ELEMENT BECAUSE WHEN YOU'RE THINKING ABOUT WHAT IS IN

12:26PM  8    SOMEONE'S MIND, YOU ALMOST ALWAYS HAVE TO RELY ON

12:26PM  9    CIRCUMSTANTIAL EVIDENCE.

12:26PM  10       SO IT'S RARE THAT YOU ACTUALLY HAVE A STATEMENT OF SOMEONE

12:27PM  11   THAT IS STATING THEIR INTENT AT A GIVEN TIME.

12:27PM  12       NOW, SOMETIMES YOU DO.  YOU MAY HAVE A CONFESSION, YOU MAY

12:27PM  13   HAVE AN ADMISSION, BUT FOR THE PURPOSES OF DETERMINING WHAT

12:27PM  14   SOMEONE IS THINKING, YOU HAVE TO RELY ON CIRCUMSTANTIAL

12:27PM  15   EVIDENCE.

12:27PM  16       NOW, WHAT MR. NICK WAS SAYING, AND I'D LIKE TO JUST

12:27PM  17   REITERATE BRIEFLY, IS THAT IF, WHEN YOU'RE CONSIDERING

12:27PM  18   CIRCUMSTANTIAL EVIDENCE, YOU CAN THINK OF MORE THAN ONE

12:27PM  19   REASONABLE EXPLANATION, AND ONE OF THOSE REASONABLE

12:27PM  20   EXPLANATIONS LEADS TO FINDING OF NOT GUILTY, AND EVEN THOUGH

12:27PM  21   THERE'S ONE THAT LEADS TO A FINDING OF GUILTY, THE FACT THAT

12:27PM  22   THERE'S A REASONABLE EXPLANATION THAT LEADS TO NOT GUILTY, THAT

12:27PM  23   IS REASONABLE DOUBT.

12:27PM  24       SO LET'S LOOK AT THE EVIDENCE THAT WE HAVE IN THE PRESENT

12:27PM  25   CASE, CIRCUMSTANTIAL EVIDENCE, WHAT THE INTENT WAS WHEN THE

1    MONEY WAS GIVEN TO HIS DAUGHTER.

2         WHAT WE HAVE IS WE HAVE EXHIBITS -- DEFENDANTS' EXHIBITS G

3    AND H.  AND WHAT WE KNOW ABOUT G AND H IS THAT THEY'RE TWO

4    DOCUMENTS THAT WERE LOCATED AT THE EAGLE RIDGE PROPERTY.

5         NOW, THIS IS THE 2004 -- AND I'M NOT GOING TO PUT THEM UP

6    THERE BECAUSE THEY'RE BIG THICK DOCUMENTS.  IT'S THE 2004

7    LIVING TRUST OF MR. KUBUROVICH AND HIS WIFE, AND THEN IT IS

8    ALSO A TRUST AND A WILL DOCUMENT PREPARED FOR MR. KUBUROVICH'S

9    FATHER, WHO IS ALSO CALLED GOYKO KUBUROVICH, SENIOR.

10        AND SO THOSE TWO DOCUMENTS, WHEN YOU LOOK AT THOSE TWO

11   DOCUMENTS, WHAT YOU SEE IS THAT YOU SEE A FAMILY WHO IS VERY

12   COMPLEX IN THEIR ESTATE PLANNING.  YOU'VE GOT THE GRANDFATHER,

13   WHO HAS A TRUST WHICH HAS MR. KUBUROVICH AS THE BENEFICIARY AND

14   IS ISSUED AS THE RESIDUAL BENEFICIARIES, AND THEN YOU HAVE THE

15   WILL AND YOU HAVE CERTAIN BEQUESTS.

16        SO IT'S A COMPLEX DOCUMENT, BUT IF YOU READ THE WHOLE WILL

17   AND THE TRUST TOGETHER, WHAT IS EVIDENCED IS THAT

18   GOYKO KUBUROVICH, SENIOR, HAD A LARGE ESTATE AND THAT ESTATE HE

19   INTENDED TO PASS TO MR. KUBUROVICH AND HIS CHILDREN FOR THE --

20   THE MAJORITY OF IT.

21        THERE ARE SOME PROVISIONS FOR THE TWO SISTERS,

22   MR. KUBUROVICH'S TWO SISTERS, BUT THE BULK OF THE ESTATE GOES

23   TO MR. KUBUROVICH AND HIS ISSUE, HIS CHILDREN.

24        SO WHEN YOU ASK, OKAY, WHAT IS THE INTENT OF THIS MAN WHO

25   IS RECEIVING A MILLION DOLLAR PAYMENT FROM THE SALE OF A

PROPERTY, WHAT IS THE INTENT OF HIM GIVING THAT MONEY TO HIS
CHILDREN?  IS IT REASONABLE TO BELIEVE THAT HIS ACTIONS WERE
INTENDED TO CARRY OUT THE WILL OF HIS FATHER?  IT'S A
REASONABLE CONCLUSION BASED ON THOSE TWO DOCUMENTS.  IT'S NOT
TO EMBARK ON A SCHEME TO DEFRAUD THE GOVERNMENT OR THE
BANKRUPTCY COURT.

NOW, WE HAVE THESE DOCUMENTS THAT WERE FOUND IN THEIR --
WE DON'T KNOW WHETHER THESE DOCUMENTS WERE IN EFFECT IN 2008
BECAUSE THEY ARE WHAT THEY ARE.  YOU CAN READ THEM.

BUT WHAT WE DO KNOW IS WHAT THEY STATE IS THE DESIRE OF
THE GRANDFATHER TO HAVE THE CHILDREN TAKEN CARE OF.

AND IF THAT IS CIRCUMSTANTIAL EVIDENCE OF THE INTENT OF
THIS FATHER AND IT'S REASONABLE, WHICH I THINK IT'S FAR MORE
REASONABLE THAN THE 18 MONTHS PRIOR OR ACTUALLY ALMOST 2 MONTHS
PRIOR TO FILING FOR BANKRUPTCY HE INTENDED TO HIDE THESE
ASSETS, WHICH HE DIDN'T DO A VERY GOOD JOB OF DOING, I THINK
IT'S, I THINK IT'S -- PROOF BEYOND A REASONABLE DOUBT IS NOT
EVIDENT IN THOSE FACTS.

NOW, WE ALSO HAVE EVIDENCE OF INTENT, CIRCUMSTANTIAL
EVIDENCE OF INTENT FROM THE EVIDENCE THAT MR. PARR PRESENTED.
HE WAS THE ATTORNEY THAT SET UP THESE, AND THE RECOLLECTION WAS
THAT IT WAS FOR THE INHERITANCE OF THESE CHILDREN.  HE COULDN'T
REMEMBER WHO IT WAS FROM, BUT HE RECALLED IT WAS SOME KIND OF
AN INHERITANCE.

WE ALSO HAVE NEIL FORREST WHO TESTIFIED THAT THE MONEY

THAT WENT TO SECURE THE LOAN OR THE LOAN PAYMENT WAS COMING

FROM AN INHERITANCE OF SOME TYPE.

AND REMEMBER, THESE STATEMENTS ARE ALL MADE PRIOR TO

FILING FOR BANKRUPTCY.  MR. PARR HAD THIS CONVERSATION WITH

MR. KUBUROVICH IN 2008.  MR. FORREST HAD THIS CONVERSATION WITH

THE KUBUROVICHES IN 2009.

SO THIS IS NOT LIKE, OH, I'M GOING TO FILE -- I FILED FOR

BANKRUPTCY, AND I HAVE TO HAVE A REASON WHY I GAVE THIS MONEY

TO MY CHILDREN.

THIS IS STATEMENTS OF INTENT MADE BACK BEFORE -- LONG

BEFORE THE BANKRUPTCY.

AND, IN FACT, WE ACTUALLY -- THE GOVERNMENT HAS PROVIDED

US WITH AN EXHIBIT WHICH IS ACTUALLY DIRECT EVIDENCE OF THE

INTENT OF MR. KUBUROVICH IN NOVEMBER OF 2009.  IF YOU LOOK AT,

WHEN YOU'RE IN DELIBERATIONS, THERE'S AN EXHIBIT 44.  AND WHAT

THAT IS, IS AN APPLICATION TO REFINANCE THE CASTLE LAKE HOME.

AND IN NOVEMBER OF 2009 MR. KUBUROVICH AND HIS WIFE WERE

ATTEMPTING TO REFINANCE THAT CASTLE LAKE HOME, AND IN THAT

APPLICATION THEY WRITE, "OUR INCOME HAS BEEN REDUCED

SIGNIFICANTLY.  A DECLINE IN MY REAL ESTATE COMMISSIONS

RESULTED IN MINIMAL INCOME/EARNINGS.  A REAL ESTATE DEVELOPMENT

INVESTED LLC PARTNERSHIP IS AT ODDS AND UPSIDE-DOWN RESULTING

IN MULTIPLE LAWSUITS FOR US.  FROM FEBRUARY 2008 UNTIL

JULY 2008, I HAVE A MEDICAL EMERGENCY, STOMACH PROBLEMS

RESULTING IN HOSPITALIZATION FOUR TIMES.  OUR MONTHLY BILLS

HAVE INCREASED BEYOND OUR MONTHLY INCOME."

REMEMBER, THIS IS NOVEMBER 2009.

"WE HAVE NO ADDITIONAL RESERVES THAT ARE AVAILABLE AT THIS TIME TO MAINTAIN THE PAYMENT ON OUR MORTGAGE LOAN AND COVER BASIC LIVING EXPENSES AT THE SAME TIME. OUR MONTHLY DEBTS ARE EXCESSIVE, AND WE ARE OVEREXTENDED WITH OUR CREDITORS. WE OWE 275,000 ON CREDIT CARDS AND 250,000 ON A LINE OF CREDIT AND 500,000 EQUITY LOAN. THERE ARE ADDITIONAL REASONS, INCLUDING DEFENDING LAWSUITS, THAT MAKE IT DIFFICULT TO PAY THE MONTHLY PAYMENTS."

DO YOU REMEMBER WHAT MR. FORREST SAID ABOUT PAYING ATTORNEYS FOR MEDILEAF?

"WE HOPE TO MODIFY OUR LOAN, HOMESTEAD OUR PROPERTY, AND NEGOTIATE OUR DEBTS AND LIABILITIES."

THIS IS A STATEMENT OF MR. KUBUROVICH'S INTENT IN NOVEMBER OF 2009. THAT'S A YEAR AFTER HE GAVE THAT MONEY TO HIS DAUGHTERS. HE GAVE MONEY THAT HE RIGHTFULLY BELIEVED WAS HIS FATHER'S MONEY TO GIVE TO THE DAUGHTERS, NOT HIS.

LET'S GO TO THE THIRD ELEMENT. THE ACT IS MATERIAL AND HAS NATURAL TENDENCY TO INFLUENCE OR WAS CAPABLE OF INFLUENCING THE ACTS.

SO HERE I THINK THE GOVERNMENT SENDS OUT A FEW RED HERRINGS, AND I'M JUST GOING TO GO THROUGH THESE PRETTY QUICKLY.

ONE IS THAT THE ADDRESS ON THE FIRST PETITION THAT IT HAS

12:36PM  1    THE CASTLE LAKE ADDRESS ON THE INITIAL PETITION FILED IN MAY OF

12:36PM  2    2010, THEY MAKE THAT SEEM LIKE THAT WAS KIND OF -- SOME

12:36PM  3    NEFARIOUS ACTIVITY.

12:36PM  4        WELL, IF YOU LOOK AGAIN AT THEIR OWN GOVERNMENT'S

12:36PM  5    EXHIBIT 44, IT'S CLEAR THAT ALTHOUGH THERE WAS FORECLOSURE

12:36PM  6    PROCEEDINGS, ALTHOUGH THERE HAD BEEN DEFICIENCY NOTICES, AND

12:36PM  7    ALTHOUGH THERE CERTAINLY APPEARS TO BE AN EFFORT TO REMOVE THE

12:36PM  8    KUBUROVICHES FROM THAT HOUSE, THEY WERE FIGHTING TO KEEP IT,

12:36PM  9    AND THEY WERE FIGHTING TO KEEP IT BY TRYING TO REFINANCE WHICH

12:37PM  10   A LOT OF PEOPLE DID IN 2009, AND THAT'S EXHIBIT 44.

12:37PM  11       SO WHAT YOU WANT TO LOOK AT -- AND ALSO MR. GREENE WHEN HE

12:37PM  12   TESTIFIED HE SAID, A LOT OF PEOPLE FILED FOR BANKRUPTCY JUST TO

12:37PM  13   GET A STAY SO THAT THEY WOULDN'T BE REMOVED FROM THEIR HOUSE.

12:37PM  14       SO AGAIN, THAT'S JUST -- THAT'S THROWN IN THERE JUST TO

12:37PM  15   SORT OF MAKE IT SEEM LIKE THEY'RE DOING SOMETHING NEFARIOUS.

12:37PM  16       ALSO, IF YOU LOOK AT THE BANK RECORDS THAT HAVE BEEN PUT

12:37PM  17   INTO THE SCHEDULES, YOU'LL SEE THAT WHEN THE RENT CHECKS

12:37PM  18   STARTED TO BE PAID TO NATA WERE NOT DURING THIS TIME PERIOD

12:37PM  19   BEFORE THEY LOST THE CASTLE LAKE HOUSE FOR GOOD.

12:37PM  20       THEN THE GOVERNMENT -- THEY TALK ABOUT THIS $2,000 IN THE

12:37PM  21   VP BANK FOR MR. KUBUROVICH.  FIRST OF ALL, I THINK, ONCE AGAIN,

12:38PM  22   YOU'VE GOT THE FACT THAT MR. KUBUROVICH IS TRYING TO HIDE THE

12:38PM  23   FACT THAT THERE'S MONEY IN THE VP BANK FOR HIS DAUGHTER YET

12:38PM  24   HE'S OPENING HIS OWN ACCOUNT.

12:38PM  25       IF YOU LOOK AT THE PEOPLE'S EXHIBIT 58-207, AND YOU LOOK

12:38PM  1    AT THE VP ACCOUNT FOR MR. KUBUROVICH, WHICH IS -- I'M SORRY.

12:38PM  2         (PAUSE IN PROCEEDINGS.)

12:38PM  3              MS. GILG:  I'M SORRY, I'VE GOT THE WRONG EXHIBIT.

12:39PM  4         BUT YOU'LL SEE ON THE MASTER EXHIBIT OF ALL OF THE

12:39PM  5    ACCOUNTS THAT LIST ALL OF THEM, YOU'LL SEE THE VP ACCOUNT, IT

12:39PM  6    STARTED WITH $2,000, AND THE WHOLE TIME PERIOD THERE WAS $160

12:39PM  7    CHARGE AND IT WAS $2,000 IN 2010.

12:39PM  8         SO THERE WAS JUST NO ACTIVITY IN THAT ACCOUNT.  AND TO SAY

12:39PM  9    THAT HIDING THE FACT THAT THERE WAS ONE ACCOUNT IS MATERIAL AND

12:39PM 10    THAT IT WAS DONE INTENTIONALLY TO INFLUENCE THE BANKRUPTCY

12:39PM 11    COURT IS JUST A REAL STRETCH.

12:39PM 12         AND THE REASON I POINT OUT THAT ACCOUNT IS BECAUSE THAT'S

12:40PM 13    THE ONLY ACCOUNT THAT WAS IN MR. KUBUROVICH'S NAME.

12:40PM 14         NOW, I WOULD -- I WONDER WHAT WOULD HAPPEN IF HE HAD PUT

12:40PM 15    ON HIS BANKRUPTCY PETITION, I ALSO HAVE THE BANK ACCOUNT OF MY

12:40PM 16    DAUGHTER, I ALSO HAVE THE BANK ACCOUNT OF A BUSINESS CALLED

12:40PM 17    MEDILEAF, WHICH I'M JUST A MEMBER OF, I'M A BOARD MEMBER OF, I

12:40PM 18    WONDER WHAT WOULD HAVE HAPPENED IF HE PUT THAT INFORMATION ON

12:40PM 19    HIS CREDIT APPLICATION?

12:40PM 20         IF HE HAD PUT ON HIS CREDIT -- ASK YOURSELF, IF HE PUT ON

12:40PM 21    HIS CREDIT APPLICATION THESE ARE MY BANK ACCOUNTS AND INCLUDED

12:40PM 22    MEDILEAF AND HIS DAUGHTER, THAT WOULD HAVE BEEN CONSIDERED

12:40PM 23    FRAUD BECAUSE THEY AREN'T HIS ACCOUNTS.

12:41PM 24         AND THEN WHEN MR. GREENE WAS ASKED ABOUT THIS VP BANK

12:41PM 25    CHECK, I DON'T KNOW IF YOU NOTICED BUT THE GOVERNMENT PUTS IT

12:41PM  1    UP THERE AND THEY KIND OF HIDE THIS PART OF IT.  THEY HIDE WHAT

12:41PM  2    THE AMOUNT WAS.  BECAUSE YOU KNOW, IT'S BEEN A LONG TIME AND

12:41PM  3    THERE HAVE BEEN A LOT OF BANKRUPTCIES SO MR. GREENE COULDN'T

12:41PM  4    HAVE REMEMBERED THE SPECIFICS ABOUT THIS CASE.

12:41PM  5         SO THEY SAID LOOK AT THIS.  LOOK AT THIS, IN 2014 HE JUST

12:41PM  6    SUDDENLY REMEMBERED THIS CHECK THAT HE HAD OR THIS ACCOUNT THAT

12:41PM  7    HE HAD IN LIECHTENSTEIN IN 2010.

12:41PM  8         AND THEN HE GIVES IT TO HIM.  THAT SOUNDS HORRIBLE.

12:41PM  9         AND MR. GREENE WAS LIKE, NO, THAT HAPPENS ALL OF THE TIME.

12:41PM 10    AND THAT WAS BEFORE HE SAW THAT IT WAS A THOUSAND DOLLARS.

12:41PM 11    THAT'S WHY THEY HAVE AMENDMENTS.  PEOPLE DON'T REMEMBER

12:41PM 12    EVERYTHING.

12:41PM 13         LIKE MR. NICK SAID, IN THE SCHEME OF THINGS, THIS THOUSAND

12:41PM 14    DOLLARS IN LIECHTENSTEIN WAS REALLY KIND OF MINIMAL AS FAR AS

12:42PM 15    WHAT YOU REMEMBER AND AS FAR AS YOUR DEBTS GO.

12:42PM 16         SO AGAIN, THAT ASPECT OF THIS CASE IS A RED HERRING.

12:42PM 17    THAT'S NOT A MATERIAL MATTER WHICH INFLUENCED THE BANKRUPTCY

12:42PM 18    COURT.

12:42PM 19         THEN YOU HAVE THE MEDILEAF ACCOUNTS.  THE THIRD RED

12:42PM 20    HERRING IS ALL OF THE MEDILEAF ACCOUNTS.  AND MR. NICK TALKED

12:42PM 21    ABOUT THE GRAPH, AND I'M NOT GOING TO GO INTO IT, BUT IT SEEMS

12:42PM 22    TO ME THAT THE GOVERNMENT IS TRYING TO INFER THAT

12:42PM 23    MR. KUBUROVICH HAD THOSE MEDILEAF ACCOUNTS FOR HIS OWN

12:42PM 24    PURPOSES.  LOOK AT THOSE RECORDS.  THIS WAS -- AGAIN, IF HE HAD

12:43PM 25    PUT THAT THOSE ACCOUNTS WERE HIS UNDER HIS APPLICATION FOR

12:43PM 1    REFINANCING, HE WOULD HAVE BEEN CHARGED WITH FRAUD.  ASK

12:43PM 2    YOURSELF THAT EVERY TIME THE GOVERNMENT TELLS YOU THIS WAS HIS

12:43PM 3    ACCOUNT, ASK YOURSELF, WOULD HE HAVE USED THAT TO GET CREDIT?

12:43PM 4         SO WHAT IS THE ACT?  SO LET'S GET TO WHAT REALLY IS THE

12:43PM 5    ACT.  THE ACT IS GIVING THE GIFT TO HIS DAUGHTER IN 2008 WHICH

12:43PM 6    RESULTED IN IT BEING EXCLUDED FROM THE ASSETS IN THE BANKRUPTCY

12:43PM 7    COURT.

12:43PM 8         SO WHAT THAT MEANS IS THAT YOU HAVE TO FIND, NUMBER ONE,

12:43PM 9    THAT IT SHOULD HAVE BEEN REPORTED IN SOME FASHION; AND, NUMBER

12:43PM 10   TWO, THAT ITS FAILURE TO REPORT INFLUENCED THE BANKRUPTCY

12:43PM 11   COURT.

12:44PM 12        NOW, WHAT THAT HAS TO MEAN IS THAT THE BANKRUPTCY COURT

12:44PM 13   DIDN'T KNOW ABOUT IT, AND THIS IS WHERE THE GOVERNMENT HAS

12:44PM 14   REALLY BEEN ATTEMPTING TO PULL THE WOOL OVER YOUR EYES.  THIS

12:44PM 15   IS WHERE IT IS SO APPARENT THAT THESE ASSETS WERE KNOWN TO THE

12:44PM 16   BANKRUPTCY COURT.  HOW DO WE KNOW THAT?  WE KNOW THAT BECAUSE

12:44PM 17   MR. PARR, DEFENDANT'S EXHIBIT O, IN 2012 RECEIVED A SUBPOENA

12:44PM 18   FROM THE ATTORNEY REPRESENTING THE TRUSTEE.

12:44PM 19        AND WHAT DOES THAT SUBPOENA ASK FOR?  IT ASKS FOR ALL

12:44PM 20   INFORMATION, DOCUMENTS, INCLUDING BUT NOT LIMITED TO BYLAWS,

12:44PM 21   ARTICLES, PARTNERSHIP AGREEMENTS, GENERAL AND LIMITED PARTNERS,

12:44PM 22   CONTRIBUTIONS, CAPITAL ACCOUNTS, FUNDING, MEMBERS, INVESTORS,

12:45PM 23   ET CETERA, FOR DESTRO LLC, CASE NUMBER FILED 11-13-2008.

12:45PM 24        WE KNOW THAT THEY KNEW ABOUT DESTRO.

12:45PM 25        WELL, WHAT ABOUT NATA?  WE KNOW THEY KNEW ABOUT NATA

12:45PM  1    BECAUSE THEY GOT THE SAME TYPE OF SUBPOENA FOR NATA, MR. PARR

12:45PM  2    DID.

12:45PM  3         NOW, HE CAN'T RECALL WHETHER OR NOT THEY EVER PICKED UP

12:45PM  4    THE MATERIALS OR WHAT, BUT THEY KNEW ABOUT IT, THAT'S WHAT IS

12:45PM  5    IMPORTANT.  THEY KNEW ABOUT IT.

12:45PM  6         WELL, THE GOVERNMENT MAY ARGUE, WELL, YEAH, THEY KNEW

12:45PM  7    ABOUT IT, BUT THEY DIDN'T KNOW WHAT HAD HAPPENED TO IT BECAUSE,

12:45PM  8    I DON'T KNOW WHY, THEY DIDN'T KNOW -- THEY DECIDED NOT TO

12:45PM  9    FOLLOW UP ON THE SUBPOENAS OR THEY DIDN'T KNOW WHAT THE BANK

12:45PM  10   ACCOUNTS WERE, I DON'T KNOW.

12:45PM  11        BUT THEN WE HAVE AGENT KIKUGAWA.  AND WHAT DID SHE SAY?

12:45PM  12   SHE SAID IN 2014 THEY KNEW ABOUT EAGLE RIDGE.  SO WHAT WE KNOW

12:46PM  13   IS THAT THE GOVERNMENT, OR THE TRUSTEES, I'M SORRY, THE

12:46PM  14   BANKRUPTCY TRUSTEE -- WELL, JUST THE BANKRUPTCY TRUSTEE KNEW

12:46PM  15   ABOUT THIS AS EARLY AS 2012 AND NO LATER THAN 2014 THEY KNEW

12:46PM  16   ABOUT EVERYTHING.

12:46PM  17        AND REMEMBER WHAT MR. LAFFREDI SAID.  MR. LAFFREDI SAID

12:46PM  18   THAT THE BANKRUPTCY TRUSTEE GETS THE BANK STATEMENTS.  SO

12:46PM  19   AGAIN, THIS SECRET TRANSFERRING, IT DOESN'T TAKE A GENIUS TO

12:46PM  20   FIGURE IT OUT WHEN IT GOES TO GOYKO KUBUROVICH TO

12:46PM  21   KRISTEL KUBUROVICH WITH A NOTE ON THE DEPOSIT SLIP WHERE THAT

12:46PM  22   MONEY IS COMING FROM, THEY KNEW ABOUT IT.  SO HOW COULD IT

12:46PM  23   INFLUENCE THE BANKRUPTCY COURT IF THEY KNEW ABOUT IT?  THAT'S

12:46PM  24   WHAT YOU HAVE TO ASK YOURSELF, AND THAT'S THE BIG ISSUE HERE.

12:46PM  25   THEY'RE CHARGED WITH THIS CONCEALING.  WELL, IT CONTINUED UNTIL

12:46PM 1    THE END OF THE DISCHARGE.  NO, IT DIDN'T.  THE BANKRUPTCY COURT

12:46PM 2    KNEW ABOUT THESE ASSETS.  PLEASE DON'T FORGET THAT.

12:47PM 3        AND MR. SIMEON GETS THE LAST SHOT HERE.  SO I KNOW I'M

12:47PM 4    GETTING OVERLY ANXIOUS, BUT I JUST, I ASK YOU IF YOU DON'T

12:47PM 5    REMEMBER ANYTHING ABOUT WHAT I SAY, REMEMBER THAT.

12:47PM 6        THEN THE FOURTH ELEMENT IS THAT THE PETITION HAS TO BE

12:47PM 7    FILED WITH THE INTENT TO CARRY OUT THE SCHEME, WHICH IS THE

12:47PM 8    SCHEME, ACCORDING TO THE GOVERNMENT, IS TO PILE UP DEBT, GET

12:47PM 9    RID OF ASSETS.

12:47PM 10       ONCE AGAIN, I KEEP COMING BACK TO HOW IS IT THAT IN 2008

12:48PM 11   MR. KUBUROVICH PLANNED TO FILE FOR BANKRUPTCY 18 MONTHS LATER?

12:48PM 12       BUT MORE IMPORTANTLY, HOW IS IT THAT HE COULD POSSIBLY

12:48PM 13   FIND THAT MY CLIENT KNEW ABOUT THIS?  THERE WAS HARDLY ANY

12:48PM 14   EVIDENCE THAT SHE KNEW THAT THERE WAS A BANKRUPTCY PETITION LET

12:48PM 15   ALONE WHAT WAS IN THE DOCUMENTS.  THERE'S BEEN NO EVIDENCE THAT

12:48PM 16   SHE HAD -- SHE SIGNED NOTHING RELATED TO THE BANKRUPTCY

12:48PM 17   PETITION.  NOBODY CONTACTED HER RELATED TO THE BANKRUPTCY.

12:48PM 18   THERE WAS NO EVIDENCE THAT SHE WAS CONTACTED ABOUT THE

12:48PM 19   BANKRUPTCY PETITION.

12:48PM 20       EVEN MR. PARR COULDN'T REMEMBER IF HE TALKED TO HER AFTER

12:48PM 21   HE RECEIVED THE SUBPOENAS.

12:48PM 22       SO TO SAY THAT NOT ONLY DID MR. KUBUROVICH FILE WITH THE

12:49PM 23   INTENT, BUT THAT SHE HELPED HIM TO DO THAT WITH NO EVIDENCE,

12:49PM 24   WITH ZERO EVIDENCE.

12:49PM 25       IF IT WERE OUR BURDEN, WE WOULD WIN THAT ONE.  AND JUST

12:49PM  1    BECAUSE YOU REPEAT THE TIMELINE OF THESE TRANSFERS, AS

12:49PM  2    MR. SCHENK DID USING A SINISTER VOICE, DOESN'T MAKE IT

12:49PM  3    SINISTER.

12:49PM  4         WELL, IN DECEMBER OF 2008 THEY OPENED THIS BANK ACCOUNT,

12:49PM  5    AND THEN THEY OPENED THIS BANK ACCOUNT AND THEN THEY

12:49PM  6    TRANSFERRED THE FUNDS HERE.  AND THERE -- AND, YES, OVER THE

12:49PM  7    COURSE OF 18 MONTHS THERE WERE SEVERAL BANK TRANSFERS ALL

12:49PM  8    DOCUMENTED VERY, VERY CAREFULLY TO BE TRACED BACK PRECISELY TO

12:49PM  9    THE SOURCE.

12:49PM 10         WHY?  BECAUSE NO ONE WAS TRYING TO HIDE ANYTHING.  IT

12:49PM 11    WASN'T A SCHEME TO HIDE ANYTHING.  SO YOU CAN SAY IT ONE WAY

12:50PM 12    AND YOU CAN SAY IT ANOTHER WAY, BUT IT'S ALL THE SAME THING.

12:50PM 13    THE PROPERTY WAS EASILY TRACED.

12:50PM 14         NOW, THE OTHER, THE OTHER ASPECT OF THE GOVERNMENT'S CASE

12:50PM 15    THAT THEY TALK ABOUT THIS EXHIBIT 8, THESE CHECKS THAT WERE

12:50PM 16    SIGNED, THERE'S -- I THINK THERE'S FOUR CHECKS IN THE PACKET OF

12:50PM 17    SEVERAL CHECKS THAT WERE SIGNED BY MY CLIENT BUT WEREN'T FILLED

12:50PM 18    OUT.  AND I JUST ASK YOU TO LOOK AT THAT EXHIBIT BECAUSE

12:50PM 19    THERE'S ALSO THIS CHECK, AND THAT'S THE CHECK THAT IS WRITTEN

12:50PM 20    BY MY CLIENT TO HER MOTHER, PATTY KUBUROVICH, AND IT'S

12:51PM 21    DECEMBER 29TH, 2008, AND IT'S A CHECK YOU'LL NOTICE THAT WAS

12:51PM 22    NEVER CASHED.  IT WAS JUST A CHECK THAT THEY FOUND AT THE

12:51PM 23    HOUSE.  AND ASK YOURSELF WHAT DOES THIS MEAN?

12:51PM 24         WELL, REMEMBER, FATHER AND DAUGHTER WENT ON A TRIP TO

12:51PM 25    EUROPE AT THE BEGINNING OF JANUARY IN 2009.  THAT WAS WHEN THEY

12:51PM  1    WENT TO HIDE THE MONEY IN LIECHTENSTEIN, WHICH BY THE WAY, IF

12:51PM  2    YOU REALLY WANT TO HIDE MONEY IN LIECHTENSTEIN, DO YOU REALLY

12:51PM  3    HAVE TO WIRE IT WHEN YOU'RE ACTUALLY FLYING THERE TO BE THERE?

12:51PM  4    I MEAN, YOU'RE ACTUALLY PHYSICALLY GOING THERE AND YOU WANT TO

12:51PM  5    WIRE IT SO YOU CAN HIDE IT?  AGAIN, IT JUST DOESN'T MAKE SENSE.

12:51PM  6         BUT AT ANY RATE, THIS CHECK IS LEFT AT THE HOUSE.  AND YOU

12:51PM  7    CAN ASK YOURSELF, WHY DID YOU LEAVE A CHECK LIKE THAT AT THE

12:51PM  8    HOUSE?  AGAIN, GO BACK TO THE DOCUMENTS G AND H, THE ESTATE

12:51PM  9    PLANNING DOCUMENTS OF THESE PEOPLE.  THEY ARE VERY METICULOUS

12:52PM  10   IN THE MANNER IN WHICH THEY PLANNED THEIR ESTATE.

12:52PM  11        AND WHEN PEOPLE ARE TRAVELLING OUT OF THE COUNTRY, PERHAPS

12:52PM  12   THEY FEEL A REASONABLE INTERPRETATION, THEY FEEL THAT THEY WANT

12:52PM  13   TO MAKE SURE THAT IF SOMETHING, HEAVEN FORBID, HAPPENS TO

12:52PM  14   KRISTEL, THAT SOMEBODY WILL BE ABLE TO ACCESS THE ACCOUNT.

12:52PM  15        AND REMEMBER, THIS ACCOUNT FOR NATA WAS FOR HER SISTER AND

12:52PM  16   HERSELF.  HER SISTER HAD NO SIGNING AUTHORITY ON ANY OF THE

12:52PM  17   ACCOUNTS BECAUSE SHE WAS A MINOR, AND MR. PARR TESTIFIED TO

12:52PM  18   THAT.

12:52PM  19        SO AGAIN, THEY MADE THIS THING, YOU KNOW, IF YOU SAY IT'S

12:52PM  20   SINISTER AND YOU HOLD IT UP AND SAY SIGNED CHECKS.  I THINK

12:52PM  21   THERE'S A REASONABLE EXPLANATION FOR THAT.

12:53PM  22        NOW WITH REGARD TO COUNT TWO.  IT'S KIND OF A LONG

12:53PM  23   INSTRUCTION, AND I'M NOT GOING TO READ IT ALL TO YOU BECAUSE

12:53PM  24   ESSENTIALLY IT BREAKS DOWN INTO TWO THINGS.  SOMETHING WAS

12:53PM  25   CONCEALED AND THAT SOMETHING THAT WAS CONCEALED IS PART OF THE

12:53PM  1      DEBTOR'S ESTATE.

12:53PM  2          I'M NOT GOING TO KEEP GOING ABOUT WHAT WAS CONCEALED OR

12:53PM  3      WHAT WAS NOT CONCEALED, BUT REMEMBER WHAT WE KNOW IS AGENT

12:53PM  4      KIKUGAWA KNEW ABOUT -- SHE HAD ALL OF THE BANK RECORDS IN 2014

12:53PM  5      AND KNEW ABOUT THE EAGLE RIDGE PROPERTY AND THE TRUSTEE KNEW

12:54PM  6      ABOUT NATA AND DESTRO IN 2012.

12:54PM  7          NOW, WHAT IS A DEBTOR'S ESTATE?  THIS IS WHERE I THINK THE

12:54PM  8      GOVERNMENT'S POSITION IS STRETCHING THE ANALYSIS AS FAR AS WHAT

12:54PM  9      COULD BE CONSIDERED THE DEBTOR'S ESTATE.  THEY SEEMED TO BE

12:54PM 10      IMPLYING -- AND AGAIN, YOU'LL HAVE ALL OF THE INSTRUCTIONS.

12:54PM 11      THESE ARE NOT THE INSTRUCTIONS.  THIS IS JUST MY CHART.  YOU'LL

12:54PM 12      HAVE THE INSTRUCTIONS THAT BASICALLY TELL YOU THE DEBTOR'S

12:54PM 13      ESTATE IS BASICALLY THE LEGAL OR EQUITABLE INTEREST.  LEGAL

12:54PM 14      INTEREST IS TITLE.

12:54PM 15          I DON'T THINK ANYONE HERE IS ASSERTING THAT MR. KUBUROVICH

12:54PM 16      HAD TITLE TO THE HOUSE OR HAD A LEGAL INTEREST IN ANY OF THE

12:55PM 17      PROPERTY.  SO I BELIEVE THAT THEY WILL BE ARGUING THAT HE HAD

12:55PM 18      AN EQUITABLE INTEREST.

12:55PM 19          WELL, WHAT IS AN EQUITABLE INTEREST?  SOME WOULD SAY THAT

12:55PM 20      THAT'S AN INTEREST THAT YOU HAVE AGAINST ONE PERSON.  FOR

12:55PM 21      INSTANCE, IF YOU'RE THE BENEFICIARY OF A TRUST, YOU HAVE AN

12:55PM 22      EQUITABLE INTEREST IN THE ASSETS OF THAT TRUST BUT YOU HAVE --

12:55PM 23      YOU HAVE A RECOURSE OVER THE TRUSTEE.  IF THEY WERE TO DO

12:55PM 24      SOMETHING AGAINST -- THAT IS TO YOUR DETRIMENT AS THE

12:55PM 25      BENEFICIARY, YOU HAVE AN ACTION AGAINST THE TRUSTEE.

12:55PM  1      BUT IF SOMEBODY ELSE, A THIRD PARTY COMES AND DOES

12:55PM  2  SOMETHING TO THE TRUST, YOU HAVE NO ACTION AGAINST THAT THIRD

12:55PM  3  PARTY.  IT'S A LITTLE CONCEPT OF WHAT EQUITABLE AND LEGAL

12:55PM  4  INTEREST IS, AND I THINK MR. LAFFREDI, KIND OF -- HE DIDN'T

12:56PM  5  GIVE A VERY SATISFACTORY ANSWER.  MR. GREENE, HE DIDN'T GIVE A

12:56PM  6  VERY SATISFACTORY ANSWER.

12:56PM  7      MY POINT IS THAT I DON'T THINK YOU HAVE TO DECIDE WHAT IT

12:56PM  8  IS.  THE BOTTOM LINE IS THAT WHEN MR. GREENE, THE GOVERNMENT'S

12:56PM  9  OWN WITNESS, TESTIFIED, HE SAID I WOULD NOT HAVE ADVISED MY

12:56PM  10  CLIENT TO PUT THAT IN, IN HIS ESTATE OR IN ANY OF THE SECTIONS

12:56PM  11  THAT ASKS ABOUT TRANSFERS.

12:56PM  12      SO HIS ATTORNEY WOULD NOT HAVE PUT THAT THERE.  THAT'S ALL

12:56PM  13  YOU REALLY NEED TO KNOW, WHAT WOULD HIS ATTORNEY ADVISE HIM

12:56PM  14  BECAUSE THAT'S WHY YOU GO TO AN ATTORNEY.

12:56PM  15      AND THIS ATTORNEY, HE SAID RIGHT THERE, HE SAID, NO, I

12:56PM  16  WOULDN'T HAVE HAD HIM PUT THAT ON THERE.

12:56PM  17      SO WHETHER IT'S A LEGAL OR EQUITABLE INTEREST, I DON'T

12:57PM  18  THINK YOU HAVE TO SPEND ALL THAT MUCH TIME FIGURING IT OUT.

12:57PM  19  ASK YOURSELF, IF MY ATTORNEY TOLD ME NOT TO PUT IT ON THERE,

12:57PM  20  I'M NOT GOING TO PUT IT ON THERE.

12:57PM  21      AND ALSO ASK YOURSELF WHAT WOULD HAVE HAPPENED IF

12:57PM  22  MR. KUBUROVICH WENT AND HE WIPED OUT MS. KUBUROVICH'S CHECKING

12:57PM  23  ACCOUNT AND HE TOOK ALL OF THAT MONEY?  WOULD HE BE ENTITLED TO

12:57PM  24  IT?  NO.  THAT WOULD BE THEFT, AND SHE COULD GO AFTER HIM.

12:57PM  25      NOW, WOULD SHE?  I DON'T KNOW, I DON'T KNOW IF SHE WOULD

1    BECAUSE, YOU KNOW, HE'S HER FATHER.  HAVING A RELATIONSHIP, A

2    CLOSE RELATIONSHIP, A CONTROLLING RELATIONSHIP IS NOT ILLEGAL.

3         SO HAVING THESE SIGNED CHECKS, BEING ABLE TO NEGOTIATE A

4    LOAN, ALL OF THESE THINGS DO NOT MEAN THAT HE CONTROLS THE

5    ASSETS.  IT MEANS HE CONTROLS HIS DAUGHTER.

6         SO LET'S JUST TALK A BIT ABOUT AIDING AND ABETTING BECAUSE

7    THAT'S WHAT MY CLIENT -- FIRST YOU HAVE TO FIND THAT

8    MR. KUBUROVICH COMMITTED BANKRUPTCY FRAUD.  AND YOU'RE PROBABLY

9    WONDERING WHY AM I GOING THROUGH ALL OF THAT PART OF THE

10   EVIDENCE?  BUT THAT'S IMPORTANT BECAUSE IF YOU FIND HIM NOT

11   GUILTY, THEN YOU DON'T EVEN HAVE TO CONSIDER MY CLIENT.

12        SO LET'S LOOK AT WHAT THIS AIDING AND BETTING NOTION IS

13   AND WHAT THE EVIDENCE IS OF SUCH AIDING AND ABETTING.  AGAIN,

14   YOU WILL HAVE THE INSTRUCTION, AND IT PROVIDES SOME ASSISTANCE

15   THAT SHE AIDED IN THIS SCHEME, BUT MORE IMPORTANTLY, THAT SHE

16   HAD THE SPECIFIC INTENT AND KNEW OF WHAT WAS GOING ON.

17        NOW, THE GOVERNMENT PRODUCED EVIDENCE AND SAID THAT WE

18   HAVE THE CLIPS OF THE VIDEO OF THE INTERVIEW WITH MY CLIENT

19   WHERE THE OFFICER, SHE LOOKS VERY DISTRAUGHT AND VERY CONFUSED

20   AND VERY UPSET, HER DEMEANOR IS ONE OF EXHAUSTION.

21        AND THE -- AND REMEMBER THE STIPULATION SAYS THAT IF THIS

22   WAS AN UNRELATED QUESTIONING ON A SEPARATE INVESTIGATION.

23        AND THEN HE STARTS ASKING HER ABOUT FOUR BANK ACCOUNTS,

24   AND SHE'S JUST SHAKING HER HEAD.

25        AND THEN HE ASKS HER, WELL, WHAT ABOUT THE HOUSE YOU LIVE

01:00PM   1     IN, WHOSE NAME IS IT IN?

01:00PM   2         AND SHE HAS HER HANDS ON HER HEAD, AND SHE'S LEANING, AND

01:00PM   3     SHE SAYS I DON'T KNOW.

01:00PM   4         NOW, TO ME THAT SOUNDS LIKE SOMEBODY WHO IS NOT FOLLOWING

01:00PM   5     THE SCHEME TO DEFRAUD BECAUSE IF SHE WAS TRYING TO DEFRAUD

01:00PM   6     ANYONE, THEN SHE WOULD SAY, WELL, IT'S MY HOUSE, AND IT'S

01:00PM   7     ALWAYS BEEN MY HOUSE, AND I'M THE SOLE OWNER.  AND THAT WOULD

01:00PM   8     BE CONSISTENT WITH HER HAVING KNOWLEDGE AND PARTICIPATING IN

01:00PM   9     THIS SCHEME, NOT I DON'T KNOW.  SO, IN FACT, THAT EVIDENCE CUTS

01:00PM  10     THE OTHER WAY.

01:00PM  11         THEN YOU HAVE THE WARDA LOAN WHICH THE GOVERNMENT BROUGHT

01:00PM  12     THIS WITNESS IN AND HE TESTIFIED THAT THERE'S THIS DEAL AND HE

01:00PM  13     HAD HIS ATTORNEY DO SOME RESEARCH INTO IT.

01:00PM  14         MR. NICK SHOWED HIM THE E-MAIL WHICH CLEARLY HE WAS

01:01PM  15     ADVISED WHOSE PROPERTY THIS WAS.

01:01PM  16         AND THE GOVERNMENT WANTS YOU TO BELIEVE, WELL, THIS WAS

01:01PM  17     JUST A LOAN FOR MR. KUBUROVICH'S BUSINESS, FOR HIS BUSINESS,

01:01PM  18     MEDILEAF.  AND SO YOU HAVE NEIL FORREST WHO TESTIFIED, YOU

01:01PM  19     KNOW, THIS WAS A BUSINESS THAT WE WERE ALL INVOLVED IN.

01:01PM  20         AND HE TESTIFIED ABOUT MY CLIENT'S INVOLVEMENT.  HE

01:01PM  21     TESTIFIED ABOUT THE FINANCIAL DIFFICULTIES THAT THEY WERE GOING

01:01PM  22     THROUGH AND THEIR ATTEMPTS TO GET THE PERMIT AND LEGAL FEES AND

01:01PM  23     ALL OF THE ANTICIPATED EXPENSES INVOLVED IN THAT.

01:01PM  24         AND HE TALKED ABOUT -- HE WAS EMOTIONALLY INVESTED IN THAT

01:01PM  25     ENTITY.

01:01PM 1      AND WHEN HE TALKED ABOUT IT IN CLOSING HE WAS IN TEARS.

01:01PM 2   THIS WAS SOMETHING THAT PEOPLE DID TOGETHER.  AND YOU MAY NOT

01:01PM 3   THINK THAT THE FATHER SHOULD HAVE THE DAUGHTER INVOLVED IN HIS

01:01PM 4   BUSINESS, BUT SHE WAS.  AND WHETHER YOU AGREE WITH THAT, HE'S

01:02PM 5   NOT BEING CHARGED WITH HAVING HIS DAUGHTER INVOLVED IN HIS

01:02PM 6   BUSINESS.  SHE WAS INVOLVED.

01:02PM 7      AND YOU'LL READ DEFENSE EXHIBIT, THE ONE WITH EXHIBIT E,

01:02PM 8   AND THAT'S THE ONE WITH THE LOAN, THE PROMISSORY NOTE WITH

01:02PM 9   KRISTEL AND MEDILEAF, AND YOU'LL SEE THAT IT'S PREFACED WITH

01:02PM 10  THIS LIST OF EVERYTHING.  NOT ONLY IS IT JUST THE LOAN, BUT IT

01:02PM 11  ENCOMPASSES EVERYTHING THAT THE LOAN IS GOING TO BE USED FOR IN

01:02PM 12  INCREMENTS, AND IT'S A VERY DETAILED LIST OF WHAT IS GOING TO

01:02PM 13  HAPPEN WITH THAT MONEY, AND ALL OF IT GOES TO MEDILEAF.

01:02PM 14      SO THE NOTION THAT MR. KUBUROVICH -- AND REMEMBER, THIS IS

01:02PM 15  IN 2009.  MEDILEAF WAS INCORPORATED IN I THINK IT WAS, THE

01:02PM 16  WITNESS TESTIFIED, IN MARCH OR MAY OF 2009.  AND THIS IS WHEN

01:03PM 17  THE LOANS WERE EXTENDED IN 2009 AND 2010.  AND WHAT YOU WON'T

01:03PM 18  FIND IS THE WARDA LOAN OR THE FONT LOAN.  ALL YOU HAVE IS THE

01:03PM 19  DOCUMENTED EVIDENCE.  YOU WON'T FIND THAT THOSE LOANS ARE

01:03PM 20  DECLARED ON THE BANKRUPTCY PAPERS BECAUSE THEY WEREN'T HIS

01:03PM 21  LOANS.  THEY WERE SECURED BY THE EAGLE RIDGE PROPERTY.  THEY'RE

01:03PM 22  COMPLETELY SEPARATE FROM WHAT WE'RE TALKING ABOUT HERE.

01:03PM 23      AND YOU ALSO -- IN DEFENDANT'S EXHIBIT F YOU'LL SEE THAT

01:03PM 24  THERE ARE CHECKS THAT WERE PAID TO MEDILEAF FROM THE NATA --

01:03PM 25  FROM KRISTEL'S ACCOUNT, KRISTEL KUBUROVICH'S ACCOUNT.  AND IF

01:04PM 1    YOU LOOK AT THE SPREADSHEETS OF MS. KIKUGAWA YOU'LL ALSO SEE

01:04PM 2    WHERE THE MONEY WENT FROM THE LOANS TO -- SOME WENT TO MEDILEAF

01:04PM 3    AND SOME WENT TO PURCHASE A CAR FOR MS. KUBUROVICH AND FOR HER

01:04PM 4    SISTER.  YOU'RE NOT GOING TO SEE MONEY GOING OUT OF THE NATA OR

01:04PM 5    KRISTEL'S ACCOUNT GOING TO PAY FOR MR. KUBUROVICH'S DEBTS.

01:04PM 6    YOU'RE NOT GOING TO SEE THAT.  IF YOU TAKE THE TIME TO LOOK,

01:04PM 7    YOU'RE NOT GOING TO FIND THAT.

01:04PM 8        SO WHERE DO WE GET ANY KIND OF EVIDENCE OF

01:04PM 9    MS. KUBUROVICH'S INTENT?  AND I WOULD ASK YOU TO READ THE BLOG

01:04PM 10   THAT MR. SCHENK REFERRED TO.  THAT'S EXHIBIT 47.  IT'S WRITTEN

01:05PM 11   BACKWARDS SO I'M JUST GOING TO TAKE SOME CHOICE PHRASES FROM

01:05PM 12   HERE.

01:05PM 13       THE FIRST IS JANUARY 12TH WHEN SHE FIRST GETS BACK.  "I'M

01:05PM 14   HOME AND IT'S SPLENDID.  MY PARENTS TOOK OFF TO HAWAII TILL

01:05PM 15   FRIDAY, AND MY SISTER IS AT A FRIEND'S TILL TUESDAY.  SO LUCKY

01:05PM 16   ME, I GET THE HOUSE TO MYSELF FOR TWO DAYS.  IT'S NICE TO GET

01:05PM 17   SOME PEACE AND QUIET."

01:05PM 18       THIS IS THE GIRL WHO HAS JUST COME BACK FROM ENGAGING IN A

01:05PM 19   SCHEME TO DEFRAUD THE BANKRUPTCY COURT IN ABOUT 18 MONTHS.

01:05PM 20       THEN SHE SAYS -- THIS IS WHILE THEY'RE IN EUROPE.  SHE

01:05PM 21   SAYS, "MY DAD AND I ARGUED ALL DAY.  NOTHING BESIDES THAT AND

01:05PM 22   EXCEPT FOR MEETING A REALLY NICE BOY WHO SPOKE ABSOLUTELY NO

01:06PM 23   ENGLISH WHO HELPED US WITH OUR BAGS AT TWO STOPS AND STARED AT

01:06PM 24   ME FOR HALF AN HOUR ON OUR FIRST BUS, HA, HA, IT WAS SWEET.

01:06PM 25   ANYWAYS, I'M EXHAUSTED FOR LUGGING AROUND A 55-POUND BAG FOR 2

01:06PM 1    AND A HALF HOURS AND MENTALLY DRAINED FROM, WELL, DISAGREEING

01:06PM 2    WITH MY DAD ALL DAY."

01:06PM 3         THAT'S THE RELATIONSHIP THAT THESE TWO HAVE.

01:06PM 4         AND THEN SHE SAYS -- ABOUT WHEN THEY CHECK INTO A SWISS

01:06PM 5    COTTAGE SHE SAYS, "WHERE WE CHECKED IN TO OUR VERY QUAINT

01:06PM 6    TRADITIONAL SWISS COTTAGE LIKE HOTEL WHICH IS ABSOLUTELY

01:06PM 7    ADORABLE.  AS SOON AS WE CHECKED IN I HEADED OVER TO THE HR

01:06PM 8    GIGER BAR MUSEUM.  IT WAS ABSOLUTELY INCREDIBLE.  I DON'T THINK

01:06PM 9    I'VE EVER BEEN SO INSPIRED.  IT WAS EVERYTHING I HOPED FOR AND

01:07PM 10   MORE."

01:07PM 11        SO SHE TALKS ABOUT A MUSEUM INSTEAD OF A BANK IN

01:07PM 12   LIECHTENSTEIN IN HER BLOG, AND THAT MAKES HER GUILTY OF A

01:07PM 13   SCHEME TO DEFRAUD?

01:07PM 14        AND THEN LATER ON SHE SAYS, "I'M KIND OF SAD BECAUSE I

01:07PM 15   MISS EVERYONE BACK HOME, ESPECIALLY MY MOM AND MY BEST FRIEND.

01:07PM 16   HOPEFULLY THE NEXT DAY AND A HALF WILL FLY BY.  I'M READY TO GO

01:07PM 17   HOME, KIND OF."

01:07PM 18        THIS IS THE DAY BEFORE.  "I'M IN LOVE.  SO MONDAY

01:07PM 19   CONSISTED OF A LOT OF SIGHTSEEING AND ATTEMPTING TO GET REST.

01:07PM 20   I LOVE THE ARCHITECTURAL DESIGN AND A LOT OF THE BUILDINGS OUT

01:07PM 21   HERE, THEY HAVE SO MUCH MORE CHARACTER AND TELL ME SO MUCH MORE

01:07PM 22   STORIES THAN THE VERY BLAND BUILDINGS WE HAVE IN THE STATES,

01:07PM 23   EXCEPT FOR SOLVANG, WHICH IS A RIP OFF OF A BUILDING HERE ANY

01:07PM 24   WAYS."

01:07PM 25        AND THIS IS THE KIND OF THINGS SHE'S TALKING ABOUT.

01:08PM  1        SHE TALKS ABOUT HER DINNER LAST NIGHT.  SHE TALKS ABOUT

01:08PM  2   AMSTERDAM.

01:08PM  3        "THE CITY, FROM WHAT I'VE SEEN, REMINDS ME OF A FOREIGN

01:08PM  4   MIX OF SAN FRANCISCO AND MY BELOVED SAN JOSE.  I THINK I WANT

01:08PM  5   TO MOVE HERE."

01:08PM  6        AND THIS IS THE FIRST DAY THAT THEY LAND.  "THE FIRST

01:08PM  7   THING I NOTICED HAPPENS TO BE A BONDAGE SEX STORE IN THE

01:08PM  8   AIRPORT.  MY DAD AND I TOOK A MOMENT AND JUST STARED AT IT

01:08PM  9   BEFORE REALIZING WE HAD TO RUSH TO OUR GATE TO BOARD OUR SECOND

01:08PM  10  FLIGHT."

01:08PM  11       THIS IS WHAT SHE'S WRITING.  SHE'S NOT WRITING ABOUT A

01:08PM  12  BANK IN LIECHTENSTEIN.

01:09PM  13       AND THEN FIRST NIGHT THERE AND SHE WRITES, "IT COMES TIME

01:09PM  14  WHERE I'M LAYING IN A FOREIGN BED, PRETTY STOKED OF MY

01:09PM  15  SURROUNDINGS WHEN I REALIZE I MISS MY KITTY."

01:09PM  16       THIS IS THE GIRL WHO PLANNED A SCHEME TO GO TO EUROPE WITH

01:09PM  17  HER FATHER SO SHE COULD HIDE HIS MONEY BUT FORGOT TO BRING THE

01:09PM  18  MONEY SO THEY HAD TO WIRE IT.

01:09PM  19       SO AS I CONCLUDE, I WANT TO GO BACK TO OUR RAFT.  THREE

01:09PM  20  RAFTS ARE GOING TO TAKE YOU TO THE ISLAND OF PROOF BEYOND A

01:09PM  21  REASONABLE DOUBT.  WHAT WERE THE COMPONENTS THAT THE GOVERNMENT

01:10PM  22  PRESENTED TO YOU TO BUILD THIS RAFT?

01:10PM  23       WE HAD MR. LAFFREDI.  AND ONE THING I WANT TO SAY ABOUT

01:10PM  24  THIS CASE IS THAT I DON'T THINK ANYONE IS HERE SAYING THAT A

01:10PM  25  WITNESS LIED.  YOU KNOW, THIS IS NOT -- YOU KNOW, THERE'S A

01:10PM 1  WHOLE JURY INSTRUCTION ABOUT CREDIBILITY OF A WITNESS.  AND I

01:10PM 2  DON'T THINK WE'RE SAYING THAT A WITNESS LIED.  YOU DON'T HAVE

01:10PM 3  TO FIND ANYONE LIED TO FIND THAT THE PROOF IS LACKING.

01:10PM 4  SO WE HAD MR. LAFFREDI, AND I'D LIKE TO THINK OF

01:10PM 5  MR. LAFFREDI AS HE COMES TO THE DOCK, HE COMES TO THE PIER, AND

01:10PM 6  HE HAS GOT THE TWINE.  HE HAS THIS TWINE, AND ALL OF THESE

01:10PM 7  THEORIES, AND ALL OF THESE -- UNDERSTANDING OF THESE FORMS

01:10PM 8  WHICH NEEDS TO BE EXPLAINED BY THE WAY BECAUSE WHY?  BECAUSE

01:10PM 9  THE AVERAGE PERSON DOESN'T HAVE FORMS.  SO HE'S SAYING I HAVE

01:10PM 10  GOT MY TWINE HERE, AND I'M JUST COMING WITH A LOSS.

01:11PM 11  AND THEN WE HAVE AGENT KIKUGAWA WHO COMES AND SHE SAYS,

01:11PM 12  WELL, I'VE GOT A PLAN.  I'VE GOT THE LAW.  I'VE GOT A PLAN.

01:11PM 13  AND SO I'VE GOT A PLAN, AND THIS PLAN WILL TELL US EXACTLY

01:11PM 14  WHERE EACH PIECE GOES, BUT WE KIND OF NEED, WE KIND OF NEED TO

01:11PM 15  HAVE SOMETHING LIKE TO WORK WITH.  I'VE PUT IT ALL TOGETHER.  I

01:11PM 16  SPENT HOURS TO CREATE THESE 200 PAGES WORTH OF DOCUMENTS WHICH

01:11PM 17  ARE MEANINGLESS TO BUILD A RAFT BECAUSE THEY'RE PLANS TO BUILD

01:11PM 18  AN AIRPLANE.

01:11PM 19  BUT THEN WE HAVE MR. WARDA.  MR. WARDA COMES AND HE STRUTS

01:11PM 20  IN AND HE'S LIKE, I'VE GOT SOME HANDLEBARS.  AND MR. LAFFREDI

01:11PM 21  AND MS. KIKUGAWA ARE KIND OF, LIKE, I'M NOT REALLY SURE WHAT WE

01:11PM 22  DO WITH HANDLEBARS.

01:11PM 23  SO THEY BRING IN CHARLES GREENE.  AND CHARLES GREENE COMES

01:12PM 24  AND HE'S LIKE, LOOK AT WHAT I GOT.  I GOT A LOUNGE CHAIR.  I'VE

01:12PM 25  GOT A LOUNGE CHAIR SO THAT WE CAN LAY IT RIGHT DOWN ON THAT

01:12PM 1    DOCK OF PRESUMED INNOCENCE AND MAKE IT MUCH MORE COMFORTABLE

01:12PM 2    FOR YOU TO STAY RIGHT WHERE YOU ARE BECAUSE EVERYTHING THAT

01:12PM 3    MR. GREENE SAID SUPPORTED THE POSITION THAT MR. KUBUROVICH

01:12PM 4    FOLLOWED HIS ADVICE AND DID EVERYTHING THAT HE WAS SUPPOSED TO

01:12PM 5    DO WHEN ENGAGING IN THE BANKRUPTCY COURT, AND THERE WAS NO

01:12PM 6    EVIDENCE THAT HE DID ANYTHING CONTRARY TO WHAT HIS OWN ATTORNEY

01:12PM 7    TESTIFIED HE SHOULD DO.

01:12PM 8         MR. SCHENK:  YOUR HONOR, I'M GOING TO OBJECT TO

01:12PM 9    THAT.  MISSTATING THE TESTIMONY OF MR. GREENE.

01:12PM 10        THE COURT:  LADIES AND GENTLEMEN, YOU RECALL, YOU'RE

01:12PM 11   THE JUDGES OF WHAT WAS SAID, AND YOU CAN RECALL THE EVIDENCE AS

01:12PM 12   YOU HEARD IT.

01:12PM 13       COUNSEL.

01:12PM 14        MS. GILG:  MR. GREENE MADE IT CLEAR THAT THERE WAS

01:12PM 15   NOTHING WRONG WITH EXHIBIT 40, THE LETTER FROM LIECHTENSTEIN;

01:13PM 16   MR. GREENE HAS MADE IT CLEAR THAT HE WOULD NOT HAVE ADVISED HIS

01:13PM 17   CLIENT TO INCLUDE THE GIFT IN EITHER SEVEN OR TEN, THE GIFT OR

01:13PM 18   THE OTHER TRANSFERS, WITHIN TWO YEARS.  THAT'S WHAT HE

01:13PM 19   TESTIFIED TO.  THAT'S THE LOUNGE.

01:13PM 20      THANK YOU, LADIES AND GENTLEMEN OF THE JURY.

01:13PM 21        THE COURT:  THANK YOU, COUNSEL.

01:13PM 22      DOES THE GOVERNMENT HAVE A FINAL REBUTTAL ARGUMENT?

01:13PM 23        MR. SIMEON:  YES, YOUR HONOR.

01:13PM 24        MR. NICK:  YOUR HONOR, COULD I PLEASE HAVE A THREE

01:13PM 25   MINUTE BREAK?

01:13PM  1          THE COURT:  ALL RIGHT.  LET'S TAKE A BREAK, LADIES

01:13PM  2   AND GENTLEMEN.  LET'S TAKE FIVE MINUTES, FIVE MINUTES.

01:13PM  3          MR. NICK:  THANK YOU, YOUR HONOR.

01:13PM  4      (RECESS FROM 1:13 P.M. UNTIL 1:21 P.M.)

01:21PM  5          THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

01:21PM  6   ARE PRESENT, AND THE JURY AND ALTERNATES ARE PRESENT.

01:21PM  7       DOES THE GOVERNMENT HAVE A REBUTTAL ARGUMENT?

01:21PM  8          MR. SIMEON:  YES, YOUR HONOR, THANK YOU.

01:21PM  9      **(GOVERNMENT'S COUNSEL GAVE THEIR REBUTTAL ARGUMENT.)**

01:21PM 10          MR. SIMEON:  SO WHAT IS REASONABLE?  MR. NICK GOT UP

01:21PM 11   HERE AND SAID THAT THE GOVERNMENT IS GOING TO TALK TO YOU ABOUT

01:21PM 12   REASON AND COMMON SENSE.  AND THAT'S RIGHT, BUT IT'S NOT THE

01:22PM 13   GOVERNMENT'S IDEA.  IT'S IN THE INSTRUCTIONS THAT YOU WILL

01:22PM 14   RECEIVE IN JUST A MOMENT FROM HIS HONOR, JUDGE DAVILA.  IT'S

01:22PM 15   THE STANDARD TO APPLY WHEN DETERMINING WHETHER THERE WAS GUILT

01:22PM 16   BEYOND A REASONABLE DOUBT.

01:22PM 17       NOW, AFTER DISCUSSING REASON AND COMMON SENSE, MR. NICK

01:22PM 18   WAVED AROUND SOME BLANK CHECKS AND SAID THERE'S A REASONABLE

01:22PM 19   JUSTIFICATION FOR HAVING BLANK CHECKS LYING AROUND THE HOUSE

01:22PM 20   FOR SOMEONE WHO HOLDS AN ACCOUNT WITH HUNDREDS OF THOUSANDS OF

01:22PM 21   DOLLARS IN IT, BUT I'M NOT SURE I'VE HEARD HIM SAY WHAT THAT

01:22PM 22   REASONABLE COMMON SENSE JUSTIFICATION IS.

01:22PM 23       THE REASON WE ALREADY KNOW.  IT'S BECAUSE THE ACCOUNT IS

01:22PM 24   IN HER NAME AND SO SHE HAS TO SIGN THE CHECKS, BUT SHE'S NOT

01:22PM 25   THE ONE WHO IS CONTROLLING THE ACCOUNT.

01:23PM 1          NOW, HE THEN TALKED ABOUT INTENT, AND INTENT IS PART OF

01:23PM 2     THE EVENTS ELEMENTS.  INTENT IS IMPORTANT IN THIS CASE.

01:23PM 3          BUT HE THEN PROCEEDED TO CRITICIZE MS. KIKUGAWA FOR NOT

01:23PM 4     DISCUSSING INTENT IN HER ANALYSIS.

01:23PM 5          AS YOU MAY RECALL, THAT WASN'T HER JOB.  SHE'S NOT HERE TO

01:23PM 6     OFFER AN OPINION ON INTENT.

01:23PM 7          IN FACT, MR. NICK HAD JUST GOT THROUGH SAYING HOW

01:23PM 8     IMPORTANT YOUR JOB AS JURORS IS, AND THAT IS TO FIND THE FACTS

01:23PM 9     IN THIS CASE AND DECIDE THE EVIDENCE AND THE EVENTS.

01:23PM 10         DETERMINING INTENT IS YOUR JOB.  IT'S NOT ONE OF THE

01:23PM 11    WITNESS'S JOB.  IT'S YOUR JOB, AND IT'S FROM THE EVIDENCE

01:23PM 12    APPLYING THE COMMON SENSE AND REASON THAT YOU FIGURE THAT OUT.

01:23PM 13         HE MENTIONED THERE'S NO CONFESSION IN WRITING.  THAT

01:24PM 14    MR. KUBUROVICH DIDN'T WRITE ANY E-MAILS AND SAY I AM COMMITTING

01:24PM 15    BANKRUPTCY FRAUD.  OF COURSE NOT.  OF COURSE NOT.

01:24PM 16         WHY WOULD HE DO THAT?

01:24PM 17         THE INDIVIDUAL AIDING AND ABETTING HIM LIVES IN HIS HOUSE.

01:24PM 18    WHY IS HE GOING TO E-MAIL SOMEONE A CONFESSION?  THAT DOESN'T

01:24PM 19    MAKE SENSE.  THAT'S NOT REASONABLE.  THAT'S WHY YOU HAVE TO

01:24PM 20    FOLLOW THE MONEY AND FIGURE OUT INTENT FROM PEOPLE'S ACTIONS,

01:24PM 21    AND I'LL TALK MORE ABOUT HOW YOU CAN FIGURE THAT OUT LATER.

01:24PM 22         HE THEN TALKED ABOUT THE TRUSTEE AND HOW THE TRUSTEE DID

01:24PM 23    EVERYTHING THAT THE TRUSTEE POSSIBLY COULD.  WHERE IS THE

01:24PM 24    EVIDENCE OF THAT?  THERE'S NO EVIDENCE OF WHAT THE TRUSTEE DID

01:24PM 25    BEYOND SENDING A SUBPOENA TO MR. PARR ASKING ABOUT NATA AND

01:24PM 1    DESTRO.

01:24PM 2        AND MR. PARR TESTIFIED TO THE BEST OF HIS RECOLLECTION THE

01:24PM 3    TRUSTEE NEVER SAW THOSE RECORDS.  WHY WAS THE TRUSTEE

01:25PM 4    INTERESTED?  BECAUSE THEY WERE MATERIAL TO THE DECISION OF THE

01:25PM 5    BANKRUPTCY COURT.

01:25PM 6        THE TRUSTEE NEVER SAW THOSE RECORDS, AND THE COURT NEVER

01:25PM 7    SAW THOSE RECORDS.  THIS HAS NOT BEEN DECIDED IS WHAT MR. NICK

01:25PM 8    HAS SAID.  THAT'S WHY YOU'RE HERE.  YOU'RE HERE TO DECIDE THIS

01:25PM 9    ISSUE BECAUSE NOW YOU HAVE THOSE RECORDS, AND YOU HAVE THE

01:25PM 10   EVIDENCE BEFORE YOU, UNLIKE THE TRUSTEE AND UNLIKE THE

01:25PM 11   BANKRUPTCY COURT.

01:25PM 12       YOU HAD ASKED WHY NOT DISCLOSE THE $1,000 OR $2,000 IN

01:25PM 13   LIECHTENSTEIN?  WHAT IS THE BENEFIT OF HIDING THAT?

01:25PM 14       WELL, IT'S THE SAME BENEFIT OF NOT PUTTING THE CORRECT

01:25PM 15   ADDRESS ON YOUR BANKRUPTCY PETITION.  IT'S THE SAME REASON THAT

01:25PM 16   YOU DON'T LIST NATA OR DESTRO IN SECTION 18 OF YOUR STATEMENT

01:25PM 17   OF FINANCIAL AFFAIRS WHICH ASKS FOR ALL OF THE BUSINESSES THAT

01:26PM 18   YOU'VE BEEN A MANAGER OR OFFICER OF IN THE PAST SIX YEARS.

01:26PM 19   LOOK AT ALL OF THE BUSINESSES THAT HE LISTS.

01:26PM 20       HE DOESN'T LIST NATA.  HE DOESN'T LIST DESTRO.  HE DOESN'T

01:26PM 21   LIST HIS CORRECT ADDRESS AT 7170 EAGLE RIDGE DRIVE.  HE DOESN'T

01:26PM 22   LIST THE LIECHTENSTEIN ACCOUNTS BECAUSE THOSE ARE ALL OF THE

01:26PM 23   CLUES THAT LEAD BACK TO HIM.

01:26PM 24       HE'S DELIBERATELY OMITTING THIS INFORMATION FROM THE

01:26PM 25   BANKRUPTCY PETITION.

01:26PM  1        HE SAYS, WHAT IS THE BENEFIT OF DECLARING BANKRUPTCY?  HE

01:26PM  2   COULD HAVE HAD THE HOMESTEAD EXCEPTION FOR HIS HOME.  HIS HOME

01:26PM  3   WAS UNDER WATER.  SO, NO, THAT IS NOT CORRECT.  HE OWED MORE ON

01:26PM  4   THE HOME THAN IT WAS WORTH.

01:26PM  5        AND I ASKED WHAT WAS THE MOTIVE?  THE $880,000 THAT HE WAS

01:27PM  6   CONCEALING.  DOES THAT QUESTION REALLY NEED TO BE ASKED?

01:27PM  7   THAT'S $880,000 THAT THE DEFENDANT DIDN'T WANT TO PAY HIS

01:27PM  8   CREDITORS, AND THAT IS THE SCHEME.  HE HID THAT MONEY SO THAT

01:27PM  9   THEY COULD NOT REACH IT.

01:27PM 10        AND THEN HE ALSO POINTS OUT THAT, WELL, TECHNICALLY

01:27PM 11   EVERYTHING WAS DONE UNDER HIS DAUGHTER'S NAME.  AGAIN, EXACTLY.

01:27PM 12   THAT'S THE FRAUD.  IT'S HIS MONEY THAT HE'S PUT UNDER THE NAME

01:27PM 13   OF OTHER PEOPLE.

01:27PM 14        IF HE HAD KEPT IT UNDER HIS NAME, HE STILL WOULD HAVE HAD

01:27PM 15   TO DECLARE IT, BUT IT WOULD HAVE BEEN EASIER TO FIND.

01:27PM 16        MR. LAFFREDI TESTIFIED THAT THE TRUSTEES ARE PRIVATE

01:27PM 17   INDIVIDUALS.  THEY'RE NOT EMPLOYEES OF THE U.S. TRUSTEE'S

01:27PM 18   OFFICE.

01:27PM 19        AND TO DO SEARCHES, THEY HAVE TO PAY FOR COMMERCIAL

01:27PM 20   SEARCHES.  THEY PAY OUT OF POCKET.  MAYBE THEY DO THEM, MAYBE

01:27PM 21   THEY DON'T, AND MAYBE IT DEPENDS ON THE NUMBER OF ASSETS THAT

01:28PM 22   THEY CAN IDENTIFY AT THE BEGINNING.

01:28PM 23        THERE'S NO EVIDENCE OF WHAT THE TRUSTEE DID OR DIDN'T DO

01:28PM 24   IN THIS CASE.  AND BESIDES, IT'S IRRELEVANT BECAUSE AT ISSUE

01:28PM 25   HERE IS NOT WHETHER THE BANKRUPTCY TRUSTEE DID A GOOD JOB, IT'S

01:28PM 1    WHETHER MR. KUBUROVICH DEFRAUDED THE TRUSTEE AND THE BANKRUPTCY

01:28PM 2    COURT.

01:28PM 3        HE THEN DISCUSSED THE WARDA LOAN AND COMPARED

01:28PM 4    KRISTEL KUBUROVICH TO THE CEO OF GOOGLE, IF I UNDERSTOOD HIS

01:28PM 5    ANALOGY CORRECTLY.

01:28PM 6        BUT THEN HE LAUGHED AT THE IDEA OF HER NEGOTIATING WITH

01:28PM 7    DAVID WARDA.  HE SAID IT WASN'T RATIONAL FOR HER TO DISCUSS A

01:28PM 8    LOAN WITH HIM BECAUSE HE WAS SUCH A SEASONED VETERAN OF REAL

01:28PM 9    ESTATE DEALS.

01:28PM 10       BUT AT THE SAME TIME, HE WANTS YOU TO BELIEVE THAT SHE'S

01:28PM 11   THE SOLE MANAGER OF A COMPANY WITH $750,000 OF ASSETS.

01:29PM 12       WHY IS THAT NOT EQUALLY IRRATIONAL?  HE CAN'T HAVE IT BOTH

01:29PM 13   WAYS.

01:29PM 14       AND AGAIN, YOUR MEMORY OF THE EVIDENCE CONTROLS, BUT

01:29PM 15   MR. NICK SAID THAT MR. WARDA HAD ASKED FOR 20 PERCENT LOAN.  I

01:29PM 16   DON'T THINK THAT WAS HIS TESTIMONY.  I THINK HIS TESTIMONY WAS

01:29PM 17   THAT'S WHAT BATZI OFFERED.

01:29PM 18       AND THEN MS. GILG SAID, WELL, MR. WARDA JUST THOUGHT IT

01:29PM 19   WAS GOYKO KUBUROVICH'S BUSINESS, BUT THAT'S NOT TRUE.  HE WAS

01:29PM 20   JUST A MEMBER.

01:29PM 21       IF YOU LOOK AT THE DOCUMENTS, THE DEFENSE EXHIBITS, HE'S

01:29PM 22   ON THE BOARD OF DIRECTORS ALONG WITH HIS WIFE OF AN

01:29PM 23   ORGANIZATION THAT HAS 15 OR SO MEMBERS ACCORDING TO THE

01:30PM 24   NEIL FORREST.

01:30PM 25       TWO OF THE MEMBERS OF A BOARD BEING A MEMBER OF AN

01:30PM 1    ORGANIZATION ARE TWO OF THE FILERS FOR BANKRUPTCY, MR. AND

01:30PM 2    MRS. KUBUROVICH, AND YET NOW HE'S SAYING IT'S NOT THEIR

01:30PM 3    BUSINESS.  IT'S LISTED AS ONE OF THEIR BUSINESSES ON HIS

01:30PM 4    BANKRUPTCY FORWARD.

01:30PM 5        AND THE REASON THAT MR. WARDA THOUGHT IT WAS

01:30PM 6    MR. GOYKO KUBUROVICH'S BUSINESS, IS THAT THAT'S WHAT

01:30PM 7    MR. GOYKO KUBUROVICH TOLD HIM.  THAT'S WHAT MR. WARDA TESTIFIED

01:30PM 8    TO.

01:30PM 9        NOW, MS. GILG SAID THAT INDIVIDUALS CAN'T PREDICT

01:30PM 10   18 MONTHS IN ADVANCE THAT THEY'RE GOING TO FILE FOR BANKRUPTCY.

01:30PM 11   I'M NOT SURE WHY THEY CAN'T, BUT ONE THING THEY CAN CERTAINLY

01:30PM 12   CAN DO IS THAT THEY CAN DECIDE 18 MONTHS IN ADVANCE TO FILE FOR

01:30PM 13   BANKRUPTCY, AND THEN TAKE STEPS ALONG THE WAY TO TRY TO CONCEAL

01:30PM 14   ASSETS SO THAT WHEN THEY DO FILE FOR BANKRUPTCY, THEY DON'T

01:31PM 15   HAVE TO GIVE THEM UP.

01:31PM 16       AND THEN SHE SAID, WELL, YOU CAN'T CONCEAL -- IT'S CLEARLY

01:31PM 17   NOT CONCEALING THE ASSETS BECAUSE THEY WERE EASY TO FIND.  ALL

01:31PM 18   YOU HAVE TO DO IS TRACE THE MONEY.

01:31PM 19       WELL, MS. KIKUGAWA IS A FORENSIC ACCOUNTANT WHO HAD TO

01:31PM 20   ISSUE SUBPOENAS TO GET THOUSANDS OF PAGES OF BANK RECORDS AND

01:31PM 21   THEN SPEND MORE THAN JUST HOURS, WEEKS OF TAKING THOSE

01:31PM 22   THOUSANDS OF PAGES OF BANK RECORDS AND SUMMARIZING THEM.  AND

01:31PM 23   YOU HAVE THE SUMMARIES.  THE SUMMARIES THEMSELVES CONSIST OF

01:31PM 24   200 PAGES.  SUMMARIES OF THE BANK RECORDS CONSIST OF 200 PAGES.

01:31PM 25       SHE HAD TO TRACE THE MONEY THROUGH THOSE ACCOUNTS TO FIND

01:31PM  1    THAT MONEY TRAIL.  DOES THAT SOUND EASY?

01:31PM  2         AND THEN SHE ADDS, WELL, WHAT'S THE BIG DEAL ABOUT GOING

01:32PM  3    TO LIECHTENSTEIN TO OPEN A BANK ACCOUNT?  I MEAN, OTHER THAN

01:32PM  4    THE FACT THAT IT'S NOT DISCLOSED ON THE BANKRUPTCY PETITION,

01:32PM  5    SHE SAID THEY COULD HAVE JUST OPENED A BANK ACCOUNT IN

01:32PM  6    SUNNYVALE.  WHICH BEGS THE QUESTION, WHY NOT OPEN A BANK

01:32PM  7    ACCOUNT IN SUNNYVALE?  WHY WOULD SOMEONE TAKE A TRIP TO

01:32PM  8    LIECHTENSTEIN TO OPEN BANK ACCOUNTS?

01:32PM  9         AND IF YOU WENT THROUGH THE TROUBLE OF DOING THAT,

01:32PM 10    WOULDN'T YOU REMEMBER THAT YOU HAD A BANK ACCOUNT THERE?  WHY

01:32PM 11    WOULD YOU FORGET UNTIL 2014 THAT YOU HAD A BANK ACCOUNT THERE?

01:32PM 12         AND BY THE WAY, THE STIPULATION THAT WAS READ SAYS THAT

01:32PM 13    MONEY FROM THE ACCOUNTS THERE WAS USED TO PAY OFF

01:32PM 14    MR. KUBUROVICH'S DEBTS.  HE HAD E-MAIL CORRESPONDENCE WITH THE

01:32PM 15    BANK.  HE USED OVER $100,000 WITH THE BANK TO PAY OFF HIS

01:32PM 16    DEBTS, BUT HE DIDN'T REMEMBER IT UNTIL MAY OF 2014?  THAT

01:33PM 17    DOESN'T MAKE SENSE.  THAT'S COMPLETELY UNREASONABLE.

01:33PM 18         AND BY THE WAY, ABOUT THE ISSUE OF MATERIALITY, WHY WOULD

01:33PM 19    THE BANKRUPTCY TRUSTEE SUBPOENA THOSE DOCUMENTS?  AS YOU KNOW

01:33PM 20    FROM WHAT MR. LAFFREDI SAID, THE TWO CRITICAL ASPECTS,

01:33PM 21    MR. GREENE SAID THIS AS WELL, ARE THE DEBTOR'S ASSETS AND

01:33PM 22    LIABILITIES.  IF THERE'S INFORMATION ABOUT THE DEBTOR'S ASSETS

01:33PM 23    THAT THE BANKRUPTCY TRUSTEE DOESN'T HAVE, THEN THE TRUSTEE

01:33PM 24    CAN'T MAKE THE CORRECT DECISION.  THAT'S WHY IT'S MATERIAL.

01:33PM 25         AND THEN MS. GILG SAID, WELL, HOW CAN THESE ASSETS HAVE

01:33PM  1    BEEN CONCEALED.  SEE, THE SUBPOENA SHOWS THAT THEY WERE FOUND

01:33PM  2    IN 2012, AND MS. KIKUGAWA SAID THAT SHE KNEW ABOUT IT IN 2014.

01:34PM  3    WELL, IF THE ASSETS WEREN'T CONCEALED, THEN WHY DO THEY HAVE TO

01:34PM  4    BE FOUND BY THE FBI?

01:34PM  5        AND WHAT HAPPENED IN 2012 AND 2014, WHY DOES THAT MATTER?

01:34PM  6    THE BANKRUPTCY PETITION WAS FILED ON MAY 25TH, 2010.  THE

01:34PM  7    PETITION DID NOT HAVE THE NECESSARY INFORMATION AND NEITHER DID

01:34PM  8    ANY OF THE AMENDMENTS, INCLUDING THE AMENDMENTS IN 2014 THAT

01:34PM  9    SAID A THOUSAND DOLLARS IN LIECHTENSTEIN, AS YOU KNOW FROM

01:34PM  10   MR. LAFFREDI'S TESTIMONY AND FROM MR. GREENE'S, THE CORRECT

01:34PM  11   INFORMATION EVEN ON AN AMENDMENT WAS NOT THE DATE OF THE

01:34PM  12   AMENDMENT BUT THE DATE OF THE FILING OF THE BANKRUPTCY

01:34PM  13   PETITION.

01:34PM  14       SO EVEN WHEN MR. KUBUROVICH REMEMBERED HE HAD AN ACCOUNT,

01:35PM  15   HE PUT THE WRONG AMOUNT.  HE SHORT CHANGED IT AND CUT A CHECK

01:35PM  16   FOR A THOUSAND DOLLARS, SAVING HIMSELF A THOUSAND IN THE

01:35PM  17   PROCESS.

01:35PM  18       SO HOW DO YOU FIGURE OUT INTENT?  WELL, THE ESSENCE OF

01:35PM  19   FRAUD IS THAT THE INDIVIDUAL COMMITTING FRAUD SAYS SOMETHING,

01:35PM  20   PRETENDS TO DO SOMETHING ON ONE HAND, BUT IN REALITY THERE'S

01:35PM  21   SOMETHING ELSE GOING ON.

01:35PM  22       AND YOU'VE HEARD FROM DEFENSE COUNSEL, WELL, THERE'S NO

01:35PM  23   WAY THAT HE COULD HAVE PREDICTED HE WAS GOING TO FILE FOR

01:35PM  24   BANKRUPTCY BECAUSE HE WAS DOING SO WELL IN REAL ESTATE, HE WAS

01:35PM  25   SO SUCCESSFUL.  AND IT WASN'T UNTIL HIS BUSINESS, MEDILEAF,

01:35PM 1    STARTED FAILING THAT HE REALIZED THAT HE WAS IN TROUBLE.

01:35PM 2         BUT RECALL WHEN MR. FORREST WAS ON THE STAND AND MR. NICK

01:35PM 3    WAS QUESTIONING HIM.  MR. FORREST SAID THAT HE HAD BEEN

01:35PM 4    INVOLVED IN REAL ESTATE AS WELL, INCLUDING WITH MR. KUBUROVICH.

01:36PM 5         AND MR. NICK ASKED HIM, HOW WAS THE BUSINESS IN 2006?  AND

01:36PM 6    MR. FORREST SAID IT WAS GOOD.  I DON'T REMEMBER THE EXACT WORD,

01:36PM 7    BUT IT WAS GOOD.

01:36PM 8         AND MR. NICK ASKED HIM, HOW ABOUT 2007?  AND MR. FORREST

01:36PM 9    SAID VERY BAD.

01:36PM 10        SO WE KNOW THINGS WERE SOUR AS EARLY AS 2007.

01:36PM 11        NOW, MR. NICK SKIPPED 2008 BECAUSE THAT'S NOT THE ANSWER

01:36PM 12   THAT HE WAS HOPING FOR.  SO HE JUST WENT STRAIGHT TO 2009.  AND

01:36PM 13   THEN HE WRAPPED UP AND SAID, WELL, BUT IT'S FAIR TO SAY 2006

01:36PM 14   THINGS WERE GOOD, BUT BY THE END OF 2009 THINGS WERE BAD;

01:36PM 15   RIGHT?  AND MR. FORREST AGREED WITH THAT.

01:36PM 16        BUT OMITTING 2007 IS KIND OF IMPORTANT.  AND EVEN TODAY HE

01:36PM 17   TALKED AND HE SAID 2008 IS WHEN THINGS WENT BAD.  2007, 2008,

01:36PM 18   BY THE END OF 2008 IS WHEN HIS SCHEME TO DEFRAUD WAS ALREADY IN

01:37PM 19   PLACE.

01:37PM 20        NOW, AS FAR AS THE ECONOMY IS CONCERNED, YES, YES, THE

01:37PM 21   RECESSION OF THAT ECONOMY IS NOT A LEGITIMATE REASON FOR FILING

01:37PM 22   FOR BANKRUPTCY.  THAT'S NOT THE ISSUE.

01:37PM 23        MR. LAFFREDI TALKED ABOUT THE BENEFITS OF BANKRUPTCY.  THE

01:37PM 24   BANKRUPTCY SYSTEM EXISTS FOR A REASON, BUT THE RECESSION OF

01:37PM 25   THAT ECONOMY IS NOT A LEGITIMATE REASON FOR BANKRUPTCY FRAUD.

01:37PM 1      THIS IS NOT ABOUT BANKRUPTCY.  THIS IS ABOUT BANKRUPTCY FRAUD.

01:37PM 2          AND WHEN THEY COMMITTED THEIR FRAUD, THEY WENT TO WHAT

01:37PM 3      THEY DESCRIBE AS AN ESTATE LAWYER, BUT AS YOU KNOW FROM

01:37PM 4      MR. PARR'S TESTIMONY, HE'S DONE MUCH MORE THAN ESTATE PLANNING.

01:37PM 5      HE'S A BANKRUPTCY ATTORNEY HIMSELF.  HE'S A REAL ESTATE

01:37PM 6      INVESTOR AND ATTORNEY HIMSELF.  THAT'S BEEN HIS BUSINESS FOR

01:38PM 7      OVER 30 YEARS, AND HE'S BEEN FRIENDS WITH THE DEFENDANTS AND

01:38PM 8      KNOWN THEM FOR OVER 20 YEARS AND HIS RECOLLECTION, LIKE

01:38PM 9      MR. GREENE'S, WAS VERY VAGUE.  HE HAD VERY FEW SPECIFIC

01:38PM 10     RECOLLECTIONS.

01:38PM 11         IN FACT, UNLIKE WHAT MS. GILG JUST SAID, MR. GREENE HAD NO

01:38PM 12     SPECIFIC RECOLLECTION OF THIS DISCUSSION.  HE DID NOT SAY THAT

01:38PM 13     HE GAVE ANY PARTICULAR ADVICE TO THE DEFENDANT.  THAT'S SIMPLY

01:38PM 14     NOT WHAT HE SAID.

01:38PM 15         SO THE TIMELINE.  THE TIMELINE IS IMPORTANT.  2007 WE KNOW

01:38PM 16     THE DEFENDANT WAS ALREADY SUFFERING FINANCIAL LOSSES.  AS I

01:38PM 17     SAID, WITH FRAUD YOU HAVE TO FIGURE OUT BY WHAT PEOPLE INTEND

01:38PM 18     AND BY WHAT THEY ACTUALLY DO AND COMPARE IT WITH WHAT THEY SAY

01:38PM 19     THEY'RE DOING, WHAT THEY PRETEND THEY'RE DOING.

01:38PM 20         SO I WANT TO GO BACK TO THE BLOG FOR A MOMENT.  IF WE

01:39PM 21     COULD LOOK AT EXHIBIT 47, PLEASE.

01:39PM 22         IF YOU COULD HIGHLIGHT THE TOP FEW LINES.

01:39PM 23         SO WE KNOW THAT GOYKO AND KRISTEL KUBUROVICH FLEW FROM

01:39PM 24     SAN FRANCISCO TO MUNICH TO ZURICH.  THEY LEFT ON JANUARY 3RD,

01:39PM 25     ARRIVED ON JANUARY 4TH.  AND THERE'S A BLOG ENTRY ABOUT THAT,

01:39PM 1    AND IT'S IN REVERSE CHRONOLOGICAL ORDER.  AND THERE'S A BLOG

01:39PM 2    ENTRY FOR JANUARY 4TH WHEN THEY ARRIVE, AND THERE'S A BLOG

01:39PM 3    ENTRY FOR JANUARY 6TH, 2009, AND IT'S TUESDAY.  THEN THIS BLOG

01:39PM 4    THAT SAYS, "SO MONDAY CONSISTED OF LOTS OF SIGHTSEEING AND

01:39PM 5    ATTEMPTING TO GET REST."  THAT'S WHAT SHE DESCRIBED HAPPENED ON

01:39PM 6    MONDAY, JANUARY 5TH, 2009.

01:39PM 7         EXHIBIT 51-5, PLEASE.

01:40PM 8         IF YOU COULD ZOOM TO THE BOTTOM, PLEASE.

01:40PM 9         AND WHAT REALLY HAPPENED ON JANUARY 5TH, 2009?  SHE AND

01:40PM 10   HER DAD WERE AT A VP BANK IN LIECHTENSTEIN OPENING BANK

01:40PM 11   ACCOUNTS.  READ THE BLOG.  THERE'S TONS OF DETAIL ABOUT EVERY

01:40PM 12   DAY OF THEIR TRIP IN ZURICH, IN AMSTERDAM.

01:40PM 13        WHY IS THE REASON FOR THEIR TRIP OMITTED?  IT IS VERY

01:40PM 14   CONSPICUOUS.  AND NOT ONLY IS IT OMITTED, BUT SHE SAID THEY

01:40PM 15   SPENT THE DAY RESTING AND SIGHTSEEING.  SIGHTSEEING AT A BANK

01:40PM 16   TO OPEN AN ACCOUNT WHERE THEY WERE FUNDED WITH $500,000 JUST A

01:40PM 17   COUPLE WEEKS LATER?  SHE'S NOT AN INNOCENT PAWN.  SHE KNOWS

01:41PM 18   SHE'S NOT SUPPOSED TO PUT THAT IN THE BLOG BECAUSE SHE KNOWS,

01:41PM 19   LIKE HER DAD KNOWS, THAT WHAT THEY'RE DOING IS WRONG.  IT'S

01:41PM 20   INTENTIONAL, AND IT'S FRAUDULENT.  AND THE FACT THAT THEY DID

01:41PM 21   IT AND INTENTIONALLY OMIT IT FROM THE BANKRUPTCY PETITIONS,

01:41PM 22   THEY OMIT IT FROM BLOGS TELLS YOU THAT THEY KNOW SHE SHOULD

01:41PM 23   HIDE IT.

01:41PM 24        NOW, MR. NICK TALKED ABOUT THE CIRCUMSTANTIAL ANALOGY, THE

01:41PM 25   RAIN AND THE WATER HOSE.  AND I KEPT WAITING FOR HIM TO TELL US

01:41PM  1   WHAT THE WATER HOSE IS.  WHAT IS THE WATER HOSE?  WHAT ARE THEY

01:41PM  2   SAYING IS GOING ON?  HE SAID YOU GO BACK THERE AND MAKE A LIST

01:41PM  3   OF, I THINK, 24 REASONABLE EXPLANATIONS FOR WHY THIS IS NOT

01:41PM  4   FRAUD.  DID HE GIVE AN EXAMPLE OF ONE?  I DIDN'T HEAR IT.

01:41PM  5        IN OPENING STATEMENT, MS. GILG SAID, NATA LP WAS NOTHING

01:42PM  6   SECRET.  IT WAS SUPPOSED TO HOLD THE LEGACY FROM

01:42PM  7   KRISTEL KUBUROVICH'S GRANDFATHER.

01:42PM  8        AND SHE SAID THAT GOYKO KUBUROVICH WAS SIMPLY ASKING HOW

01:42PM  9   DO YOU PROTECT PROPERTY?  NOW, THAT'S TRUE.  THE SECOND PART IS

01:42PM 10   TRUE.  MR. KUBUROVICH WAS ASKING HOW DO YOU PROTECT PROPERTY,

01:42PM 11   BUT NOT THE GRANDFATHER'S PROPERTY.  HOW DO YOU PROTECT HIS

01:42PM 12   PROPERTY FROM HIS CREDITORS AND THE BANKRUPTCY TRUSTEE AND THE

01:42PM 13   BANKRUPTCY COURT?  AND THAT'S HIDE IT IN KRISTEL'S NAME.

01:42PM 14   THAT'S THE PLAN.

01:42PM 15        AND YET MS. GILG CAME UP HERE AND TOLD YOU IT WAS AN

01:42PM 16   INHERITANCE FROM GRANDFATHER KUBUROVICH.  THAT'S WHAT MR. PARR

01:42PM 17   SAID HE UNDERSTOOD IT WAS AN INHERITANCE AND NEIL FORREST

01:42PM 18   TESTIFIED TO THE SAME THING.  HE SAID AROUND THE TIME OF THE

01:42PM 19   $160,000 LOAN FROM KRISTEL KUBUROVICH TO MEDILEAF.

01:43PM 20        KRISTEL KUBUROVICH WAS A PART-TIME EMPLOYEE WITH AN HOURLY

01:43PM 21   WAGE, AND SO THE EXPLANATION FOR THE LOAN CAME FROM

01:43PM 22   GOYKO KUBUROVICH.  HE SAID IT'S AN INHERITANCE FROM HER

01:43PM 23   GRANDFATHER.

01:43PM 24        WELL, YOU DON'T HAVE TO TAKE THE WORD OF WHAT

01:43PM 25   GOYKO KUBUROVICH THROUGH MR. FORREST, YOU DON'T HAVE TO TAKE

01:43PM 1    THE WORD OF KRISTEL KUBUROVICH THROUGH THE WORD OF MR. PARR.

01:43PM 2    YOU CAN ACTUALLY TAKE A LOOK AT THE WILL.  IT'S IN EVIDENCE AS

01:43PM 3    DEFENSE EXHIBIT H.  ORIGINAL WILL OF GOYKO KUBUROVICH,

01:43PM 4    FEBRUARY 21ST, 1995.  ZOOM IN ON SECTION 3.

01:43PM 5        SECTION 3.  "I GIVE ALL OF MY ASSETS, BOTH REAL AND

01:43PM 6    PERSONAL, TO GOYKO G. KUBUROVICH."

01:44PM 7        AND HE REFERS TO A CERTAIN TRUST AGREEMENT.

01:44PM 8        CAN YOU GO TO PAGE 1.

01:44PM 9        "ON THE SETTLOR'S DEATH, THE THEN ACTING TRUSTEE SHALL

01:44PM 10   DISTRIBUTE THE RESIDENCE, DESCRIBED IN SCHEDULE A AS 1842

01:44PM 11   CAVALIER COURT, SAN JOSE, CALIFORNIA, TO GOYKO G. KUBUROVICH,

01:44PM 12   ALSO KNOWN AS BATZI KUBUROVICH, SON OF SETTLOR ON THE CONDITION

01:45PM 13   THAT GOYKO G. KUBUROVICH PAYS TO THE OTHER CHILDREN OF SETTLOR,

01:45PM 14   MILEVA MARCY AND SONJA TORRALVA EACH $50,000."

01:45PM 15       WHAT INHERITANCE FROM THE GRANDFATHER?  THAT'S THE WATER

01:45PM 16   HOSE THAT THEY'RE REFERRING TO.

01:45PM 17       KRISTEL KUBUROVICH WAS 19 YEARS OLD WHEN THIS FRAUD BEGAN,

01:45PM 18   BUT AS YOU KNOW, BANKRUPTCY FRAUD AND CONCEALMENT OF ASSETS,

01:46PM 19   THEY'RE A CONTINUING OFFENSE.  SHE WAS 19 WHEN THIS STARTED IN

01:46PM 20   2008 AND THEN SHE TURNED 20, AND THEN SHE WAS 21 ABOUT THE TIME

01:46PM 21   THE BANKRUPTCY WAS FILED, AND THEN SHE TURNED 22, 23, 24, 25,

01:46PM 22   AND WAS 26 YEARS OLD BY THE TIME OF THE DISCHARGE.

01:46PM 23       AND THE DEFENSE WANTS YOU TO BELIEVE THAT SHE HAD NO IDEA

01:46PM 24   WHAT WAS GOING ON.  SHE WENT TO SHAWN PARR AND SAID I HAVE AN

01:46PM 25   INHERITANCE FROM MY GRANDFATHER, SET UP THIS ESTATE PLAN

01:46PM  1    VEHICLE FOR ME.  SHE DIDN'T KNOW THE REAL REASON?  SHE WENT ON

01:46PM  2    A TRIP TO LIECHTENSTEIN WITH HER DAD, AND SHE DIDN'T KNOW THE

01:46PM  3    REAL REASON?  SHE KEPT IT OUT OF HER BLOG.

01:46PM  4         SHE SIGNED BLANK CHECKS FOR HER DAD, AND SHE DIDN'T KNOW

01:46PM  5    WHY?  SHE WAS AT THE SAME ADDRESS AS HER DAD WHEN THAT HOME WAS

01:47PM  6    FORECLOSED AND THEN SHE BOUGHT 7170 EAGLE RIDGE UNDER THE NAME

01:47PM  7    OF NATA LP UNDER HER FATHER'S DIRECTION AND SHE DIDN'T KNOW

01:47PM  8    WHY?  SHE DIDN'T KNOW THAT HER FATHER WAS $2.5 MILLION IN DEBT?

01:47PM  9    SHE DIDN'T KNOW FROM 2010 TO 2015 THAT HE HAD A BANKRUPTCY

01:47PM  10   PETITION ONGOING?

01:47PM  11        ONE LAST EXHIBIT I WANT TO SHOW YOU, THIS IS GOVERNMENT'S

01:47PM  12   EXHIBIT 57.  THIS CAME IN THROUGH STIPULATION, AND NO ONE HAS

01:47PM  13   TALKED ABOUT IT, BUT I WANT TO SHOW IT TO YOU NOW.  THIS IS THE

01:47PM  14   CUSTOMS AND BORDER PROTECTION RECORD SHOWING THE TRIPS.  THIS

01:47PM  15   FIRST PAGE OF THIS FORM IS FOR KRISTEL KUBUROVICH.  THE TOP OF

01:47PM  16   THE PAGE, PLEASE.

01:47PM  17        THE RECORDS SHOW HERE IF YOU LOOK IN THE MIDDLE DATE AND

01:48PM  18   TIME AND COLUMN IT SHOWS THE TRIP, JANUARY 3RD, 2009, RETURNING

01:48PM  19   JANUARY 9TH, 2009, FROM MUNICH AND FROM SAN FRANCISCO TO

01:48PM  20   MUNICH, AND THEN MUNICH BACK.

01:48PM  21        AND THEN IT ALSO SHOWS LEAVING FEBRUARY 15TH, 2009,

01:48PM  22   RETURNING FEBRUARY 22ND ON A CRUISE SHIP.

01:48PM  23        THE BOTTOM FOUR, PLEASE.  SAME FLIGHT TO LIECHTENSTEIN AND

01:48PM  24   THEN A CRUISE IN FEBRUARY OF 2009.

01:48PM  25        NOW, MR. KUBUROVICH STOPS PAYING HIS CREDIT CARD BILLS

RIGHT ABOUT THIS TIME.  HE STOPPED MAKING HIS MORTGAGE

PAYMENTS IN DECEMBER, AND YET HE'S FLYING TO LIECHTENSTEIN.

AND THEN IF YOU READ THE BLOG, THEY TAKE AN UNPLANNED SIDE

TRIP ONE DAY TO AMSTERDAM.  AND THEN HE TAKES A CRUISE IN

FEBRUARY.

WHERE IS THIS MONEY COMING FROM?  THE DEFENSE WANTS YOU TO

BELIEVE THAT HE HAS NOTHING, HE HAS NOTHING TO HIDE, YET HE'S

FLYING TO LIECHTENSTEIN, TO AMSTERDAM ON THE SIDE.  HE'S TAKING

A CRUISE.  WHERE IS THIS MONEY COMING FROM?  HE SAID THERE'S NO

EVIDENCE OF MR. KUBUROVICH'S INCOME.  WELL, ACTUALLY, IT'S ON

HIS BANKRUPTCY PETITION.  SO I'M NOT SURE WHAT HE'S IMPLYING.

EITHER THE INFORMATION ON THE BANKRUPTCY PETITION IS ACCURATE

OR HE'S NOT DISCLOSING ALL OF IT.  I'M NOT SURE WHAT DEFENSE

COUNSEL IS SAYING, BUT HE HAS ENOUGH INCOME APPARENTLY TO TAKE

TRIPS RIGHT ABOUT THE TIME THAT HE'S NOT PAYING ON HIS HOME AND

HE'S NOT PAYING HIS CREDIT CARDS.

WHY IS THAT?  BECAUSE HE'S ALREADY DECIDED THAT HE'S GOING

TO DECLARE BANKRUPTCY, AND IF YOU'RE GOING TO HAVE YOUR DEBTS

WIPED AWAY IN BANKRUPTCY, IT DOESN'T MATTER IF IT'S $10,000 IN

DEBTS OR $2.5 MILLION IN DEBTS, IF YOU GET IT DISCHARGED, IT

ALL GETS WIPED AWAY, THAT'S WHY IF YOU'RE PLANNING TO DO IT,

YOU MAY AS WELL GO TRAVEL.  YOU MAY AS WELL GO ON A CRUISE.

THERE'S NO REASON NOT TO SPEND BECAUSE YOU KNOW YOUR DEBTS ARE

GOING TO BE DISCHARGED AS LONG AS YOU CAN SUCCESSFULLY CONCEAL

YOUR ASSETS.

01:50PM  1      SO IN A MOMENT HIS HONOR, JUDGE DAVILA, IS GOING TO READ

01:50PM  2  TO YOU THE INSTRUCTIONS, AND YOU'LL HAVE THE ELEMENTS OF THE

01:50PM  3  OFFENSE.  YOU DO NEED TO FIND PROOF BEYOND A REASONABLE DOUBT

01:50PM  4  FOR EACH ELEMENT.

01:50PM  5      BUT AS YOU GO THROUGH THEM, YOU WILL SEE THAT THERE'S

01:50PM  6  REALLY NOT MUCH -- WE KNOW A PETITION WAS FILED.  A LOT OF THAT

01:50PM  7  IS NOT IN DISPUTE.

01:50PM  8      REALLY, AFTER YOU REVIEW THE EVIDENCE, YOU'LL SEE WHAT

01:50PM  9  THIS CASE BOILS DOWN TO IS A PRETTY SIMPLE QUESTION.  WAS IT

01:50PM  10 REALLY MR. KUBUROVICH'S MONEY?  AND DID KRISTEL KUBUROVICH HELP

01:50PM  11 HIM HIDE IT?  WAS IT REALLY HIS MONEY?  OF COURSE IT IS.

01:51PM  12 THAT'S WHAT THE EVIDENCE SHOWS AND THE MONEY TRAIL.  AND DID

01:51PM  13 KRISTEL KUBUROVICH HELP HIM OUT?  AND THE ANSWER SHOWS, THE

01:51PM  14 EVIDENCE SHOWS THAT THE ANSWER TO THAT WAS, YES, ABSOLUTELY.

01:51PM  15      SO EVALUATE THE EVIDENCE USING YOUR REASON AND COMMON

01:51PM  16 SENSE AND AFTER YOU HAVE REVIEWED ALL OF THE EVIDENCE, WHICH

01:51PM  17 YOU HAVE AND NO ONE ELSE HAS HAD BEFORE, YOU WILL SEE THAT

01:51PM  18 THERE IS PROOF BEYOND A REASONABLE DOUBT THAT THE DEFENDANTS

01:51PM  19 ARE GUILTY OF BANKRUPTCY FRAUD AND CONCEALMENT OF ASSETS, AND

01:51PM  20 DEFENDANT GOYKO KUBUROVICH IS GUILTY OF MAKING A FALSE

01:51PM  21 STATEMENT IN A BANKRUPTCY PROCEEDING.

01:51PM  22      THANK YOU.

01:51PM  23          THE COURT:  THANK YOU, COUNSEL.

01:51PM  24      LADIES AND GENTLEMEN, THE ONLY THING REMAINING IS FOR ME

01:51PM  25 TO INSTRUCT YOU.  THAT TAKES ABOUT 20 MINUTES OR SO.  WE'VE

01:52PM 1    BEEN GOING LONG.  I'VE ASKED YOU TO FORTIFY YOURSELVES.  LET'S

01:52PM 2    DO THIS, WE'LL TAKE A BREAK, AND I'LL RECONVENE AT 2:35.  I'LL

01:52PM 3    BEGIN READING INSTRUCTIONS -- I THINK THIS AFFORDS YOU AN

01:52PM 4    OPPORTUNITY TO GET SOME FOOD, AND I THINK WE HAVE SOME FOOD

01:52PM 5    HERE FOR YOU.  BUT WE'LL TAKE A BREAK AND WE'LL COME BACK, AND

01:52PM 6    THEN YOU'LL BE ASKED TO BEGIN YOUR DELIBERATIONS.  AND I THINK

01:52PM 7    WE CAN MAKE THIS HAPPEN FOR MS. ALLEN TO GET AWAY AS WELL.

01:52PM 8         THANK YOU.  WE'LL BE IN RECESS.

02:37PM 9         (LUNCH RECESS TAKEN AT 1:52 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**AFTERNOON SESSION**

02:37PM  1

02:37PM  2          (JURY IN AT 2:37 P.M.)

02:37PM  3              THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

02:37PM  4      ARE PRESENT, AND THE DEFENDANTS ARE PRESENT, AND OUR JURY AND

02:37PM  5      ALTERNATES ARE PRESENT.

02:37PM  6              MEMBERS OF THE JURY, NOW THAT YOU HAVE HEARD ALL OF THE

02:37PM  7      EVIDENCE, IT IS MY DUTY TO INSTRUCT YOU ON THE LAW THAT APPLIES

02:37PM  8      TO THIS CASE.  A COPY OF THESE INSTRUCTIONS WILL BE AVAILABLE

02:37PM  9      IN THE JURY ROOM FOR YOU TO CONSULT.

02:37PM 10              EACH MEMBER OF -- WE'LL HAVE A COPY FOR EACH MEMBER OF THE

02:37PM 11      JURY.

02:37PM 12              IT IS YOUR DUTY TO WEIGH AND TO EVALUATE ALL OF THE

02:37PM 13      EVIDENCE RECEIVED IN THE CASE AND IN THAT PROCESS TO DECIDE THE

02:37PM 14      FACTS.  IT IS ALSO YOUR DUTY TO APPLY THE LAW AS I GIVE IT TO

02:38PM 15      YOU TO THE FACTS AS YOU FIND THEM, WHETHER YOU AGREE WITH THE

02:38PM 16      LAW OR NOT.  YOU MUST DECIDE THE CASE SOLELY ON THE EVIDENCE

02:38PM 17      AND THE LAW.  DO NOT ALLOW PERSONAL LIKES OR DISLIKES,

02:38PM 18      SYMPATHY, PREJUDICE, FEAR, OR PUBLIC OPINION TO INFLUENCE YOU.

02:38PM 19      YOU SHOULD ALSO NOT BE INFLUENCED BY ANY PERSON'S RACE, COLOR,

02:38PM 20      RELIGION, NATIONAL ANCESTRY OR GENDER.  YOU WILL RECALL THAT

02:38PM 21      YOU TOOK AN OATH PROMISING TO DO SO AT THE BEGINNING OF THE

02:38PM 22      CASE.

02:38PM 23              YOU MUST FOLLOW ALL OF THESE INSTRUCTIONS AND NOT SINGLE

02:38PM 24      OUT SOME AND IGNORE OTHERS, THEY ARE ALL IMPORTANT.  PLEASE DO

02:38PM 25      NOT READ INTO THESE INSTRUCTIONS OR INTO ANYTHING I MAY HAVE

02:38PM 1    SAID OR DONE ANY SUGGESTION AS TO WHAT YOUR VERDICT SHOULD --

02:38PM 2    WHAT VERDICT YOU SHOULD RETURN.  THAT IS A MATTER ENTIRELY UP

02:38PM 3    TO YOU.

02:39PM 4        THE INDICTMENT IS NOT EVIDENCE.  THE DEFENDANTS HAVE

02:39PM 5    PLEADED NOT GUILTY TO THE CHARGES.  THE DEFENDANTS ARE PRESUMED

02:39PM 6    TO BE INNOCENT UNLESS AND UNTIL THE GOVERNMENT PROVES THE

02:39PM 7    DEFENDANTS GUILTY BEYOND A REASONABLE DOUBT.  IN ADDITION, THE

02:39PM 8    DEFENDANTS DO NOT HAVE TO TESTIFY OR PRESENT ANY EVIDENCE.  THE

02:39PM 9    DEFENDANTS DO NOT HAVE TO PROVE INNOCENCE; THE GOVERNMENT HAS

02:39PM 10   THE BURDEN OF PROVING EVERY ELEMENT OF THE CHARGES BEYOND A

02:39PM 11   REASONABLE DOUBT.

02:39PM 12       A DEFENDANT IN A CRIMINAL CASE HAS A CONSTITUTIONAL RIGHT

02:39PM 13   NOT TO TESTIFY.  IN ARRIVING AT YOUR VERDICT, THE LAW PROHIBITS

02:39PM 14   YOU FROM CONSIDERING IN ANY MANNER THAT THE DEFENDANTS DID NOT

02:39PM 15   TESTIFY.

02:39PM 16       PROOF BEYOND A REASONABLE DOUBT IS PROOF THAT LEAVES YOU

02:39PM 17   FIRMLY CONVINCED THAT THE DEFENDANT IS GUILTY.  IT IS NOT

02:39PM 18   REQUIRED THAT THE GOVERNMENT PROVE GUILT BEYOND ALL POSSIBLE

02:40PM 19   DOUBT.

02:40PM 20       A REASONABLE DOUBT IS A DOUBT BASED UPON REASON AND COMMON

02:40PM 21   SENSE AND IS NOT BASED PURELY ON SPECULATION.  IT MAY ARISE

02:40PM 22   FROM A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL OF THE

02:40PM 23   EVIDENCE OR FROM LACK OF EVIDENCE.

02:40PM 24       IF AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL OF

02:40PM 25   THE EVIDENCE YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT

958

02:40PM 1    THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE

02:40PM 2    DEFENDANT NOT GUILTY.  ON THE OTHER HAND, IF AFTER A CAREFUL

02:40PM 3    AND IMPARTIAL CONSIDERATION OF ALL OF THE EVIDENCE, YOU ARE

02:40PM 4    CONVINCED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS

02:40PM 5    GUILTY, IT IS YOUR DUTY TO FIND THE DEFENDANT GUILTY.

02:40PM 6        THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

02:40PM 7    FACTS ARE CONSISTS OF:

02:40PM 8        THE SWORN TESTIMONY OF ANY WITNESS;

02:40PM 9        THE EXHIBITS RECEIVED IN EVIDENCE; AND,

02:41PM 10       ANY FACTS TO WHICH THE PARTIES HAVE AGREED.

02:41PM 11       IN REACHING YOUR VERDICT, YOU MAY CONSIDER ONLY THE

02:41PM 12   TESTIMONY AND EXHIBITS RECEIVED IN EVIDENCE.  THE FOLLOWING

02:41PM 13   THINGS ARE NOT EVIDENCE, AND YOU MAY NOT CONSIDER THEM IN

02:41PM 14   DECIDING WHAT THE FACTS ARE:

02:41PM 15       1.  QUESTIONS, STATEMENTS, OBJECTIONS, AND ARGUMENTS BY

02:41PM 16   THE LAWYERS ARE NOT EVIDENCE.  THE LAWYERS ARE NOT WITNESSES.

02:41PM 17   ALTHOUGH YOU MUST CONSIDER A LAWYER'S QUESTIONS TO UNDERSTAND

02:41PM 18   THE ANSWERS OF A WITNESS, THE LAWYER'S QUESTIONS ARE NOT

02:41PM 19   EVIDENCE.  SIMILARLY, WHAT THE LAWYERS HAVE SAID IN THEIR

02:41PM 20   OPENING STATEMENTS, CLOSING ARGUMENTS, AND AT OTHER TIMES IS

02:41PM 21   INTENDED TO HELP YOU INTERPRET THE EVIDENCE, BUT IT IS NOT

02:41PM 22   EVIDENCE.  IF THE FACTS AS YOU REMEMBER THEM DIFFER FROM THE

02:41PM 23   WAY THE LAWYERS STATE THEM, YOUR MEMORY OF THEM CONTROLS.

02:42PM 24       ANY TESTIMONY THAT I HAVE EXCLUDED, STRICKEN, OR

02:42PM 25   INSTRUCTED YOU TO DISREGARD IS NOT EVIDENCE.

UNITED STATES COURT REPORTERS

ANYTHING YOU MAY HAVE SEEN OR HEARD WHEN THE COURT WAS NOT IN SESSION IS NOT EVIDENCE. YOU ARE TO DECIDE THE CASE SOLELY ON THE EVIDENCE RECEIVED AT THE TRIAL.

EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL. DIRECT EVIDENCE IS DIRECT PROOF OF A FACT SUCH AS TESTIMONY BY A WITNESS ABOUT WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

CIRCUMSTANTIAL EVIDENCE IS INDIRECT, THAT IS, IT IS PROOF OF ONE OR MORE FACTS FROM WHICH YOU CAN FIND ANOTHER FACT.

YOU ARE TO CONSIDER BOTH DIRECT AND CIRCUMSTANTIAL EVIDENCE. EITHER CAN BE USED TO PROVE ANY FACT. THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT TO BE GIVEN TO EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE. IT IS FOR YOU TO DECIDE HOW MUCH WEIGHT TO GIVE TO ANY EVIDENCE.

BY WAY OF EXAMPLE, IF YOU WAKE UP IN THE MORNING AND SEE THAT THE SIDEWALK IS WET, YOU MAY FIND FROM THAT FACT THAT IT RAINED DURING THE NIGHT. HOWEVER, OTHER EVIDENCE, SUCH AS A TURNED-ON GARDEN HOSE, MAY PROVIDE AN EXPLANATION FOR THE WATER ON THE SIDEWALK. THEREFORE, BEFORE YOU DECIDE THAT A FACT HAS BEEN PROVED BY CIRCUMSTANTIAL, YOU MUST CONSIDER ALL OF THE EVIDENCE IN LIGHT OF REASON, EXPERIENCE, AND COMMON SENSE.

IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE. YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR NONE OF IT.

IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

02:43PM 1      INTO ACCOUNT:

02:43PM 2          THE OPPORTUNITY AND ABILITY OF THE WITNESS TO SEE OR HEAR

02:44PM 3      OR KNOW THE THINGS TESTIFIED TO;

02:44PM 4          THE WITNESS'S MEMORY;

02:44PM 5          THE WITNESS'S MANNER WHILE TESTIFYING;

02:44PM 6          THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE, IF ANY;

02:44PM 7          THE WITNESS'S BIAS OR PREJUDICE, IF ANY;

02:44PM 8          WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S

02:44PM 9      TESTIMONY;

02:44PM 10         THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF

02:44PM 11     ALL OF THE EVIDENCE; AND,

02:44PM 12         ANY OTHER FACTORS THAT BEAR ON BELIEVABILITY.

02:44PM 13         SOMETIMES A WITNESS MAY SAY SOMETHING THAT IS NOT

02:44PM 14     CONSISTENT WITH SOMETHING ELSE HE OR SHE SAID.  SOMETIMES

02:44PM 15     DIFFERENT WITNESSES WILL GIVE DIFFERENT VERSIONS OF WHAT

02:44PM 16     HAPPENED.  PEOPLE OFTEN FORGET THINGS OR MAKE MISTAKES IN WHAT

02:44PM 17     THEY REMEMBER.  ALSO, TWO PEOPLE MAY SEE THE SAME EVENT BUT

02:44PM 18     REMEMBER IT DIFFERENTLY.  YOU MAY CONSIDER THESE DIFFERENCES,

02:45PM 19     BUT DO NOT DECIDE THAT TESTIMONY IS UNTRUE JUST BECAUSE IT

02:45PM 20     DIFFERS FROM OTHER TESTIMONY.

02:45PM 21         HOWEVER, IF YOU DECIDE THAT A WITNESS HAS DELIBERATELY

02:45PM 22     TESTIFIED UNTRUTHFULLY ABOUT SOMETHING IMPORTANT, YOU MAY

02:45PM 23     CHOOSE NOT TO BELIEVE ANYTHING THAT WITNESS SAID.  ON THE OTHER

02:45PM 24     HAND, IF YOU THINK THAT THE WITNESS TESTIFIED UNTRUTHFULLY

02:45PM 25     ABOUT SOME THINGS BUT TOLD THE TRUTH ABOUT OTHERS, YOU MAY

02:45PM 1    ACCEPT THE PART THAT YOU THINK IS TRUE AND IGNORE THE REST.

02:45PM 2        THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

02:45PM 3    NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY.

02:45PM 4    WHAT IS IMPORTANT IS HOW BELIEVABLE THE WITNESSES WERE AND HOW

02:45PM 5    MUCH WEIGHT YOU THINK THAT TESTIMONY DESERVES.

02:45PM 6        YOU ARE HERE ONLY TO DETERMINE WHETHER THE DEFENDANTS ARE

02:45PM 7    GUILTY OR NOT GUILTY OF THE CHARGES IN THE INDICTMENT.  THE

02:46PM 8    DEFENDANTS ARE NOT ON TRIAL FOR ANY CONDUCT OR OFFENSE NOT

02:46PM 9    CHARGED IN THE INDICTMENT.

02:46PM 10       A SEPARATE CRIME IS CHARGED AGAINST ONE OR MORE OF THE

02:46PM 11   DEFENDANTS IN EACH COUNT.  THE CHARGES HAVE BEEN JOINED FOR

02:46PM 12   TRIAL.  YOU MUST DECIDE THE CASE OF EACH DEFENDANT ON EACH

02:46PM 13   CRIME CHARGED AGAINST THAT DEFENDANT SEPARATELY.  YOUR VERDICT

02:46PM 14   ON ANY COUNT AS TO ANY DEFENDANT SHOULD NOT CONTROL YOUR

02:46PM 15   VERDICT ON ANY COUNT OR AS TO ANY OTHER DEFENDANT.  ALL THE

02:46PM 16   INSTRUCTIONS APPLY TO EACH DEFENDANT AS TO EACH COUNT.

02:46PM 17       THE INDICTMENT CHARGES THAT THE OFFENSES ALLEGED WERE

02:46PM 18   COMMITTED "ON OR ABOUT" A CERTAIN DATE.  ALTHOUGH IT IS

02:46PM 19   NECESSARY FOR THE DEFENDANT TO PROVE BEYOND A REASONABLE DOUBT

02:46PM 20   THAT THE OFFENSE WAS COMMITTED ON A DATE REASONABLY NEAR THE

02:47PM 21   DATE ALLEGED IN THE INDICTMENT, IT IS NOT NECESSARY FOR THE

02:47PM 22   GOVERNMENT TO PROVE THAT THE OFFENSE WAS COMMITTED PRECISELY ON

02:47PM 23   THE DATE CHARGED.

02:47PM 24       YOU HAVE HEARD TESTIMONY THAT THE DEFENDANT MADE A

02:47PM 25   STATEMENT.  IT IS FOR YOU TO DECIDE WHETHER THE DEFENDANT MADE

THE STATEMENT, AND IF SO, HOW MUCH WEIGHT TO GIVE TO IT.  IN

MAKING THOSE DECISIONS, YOU SHOULD CONSIDER ALL OF THE EVIDENCE

ABOUT THE STATEMENT, INCLUDING THE CIRCUMSTANCES UNDER WHICH

THE DEFENDANT MAY HAVE MADE IT.

YOU HAVE HEARD TESTIMONY FROM WITNESSES WHO TESTIFIED TO

OPINIONS AND THE REASONS FOR HIS OR HER OPINIONS.  THIS OPINION

TESTIMONY IS ALLOWED BECAUSE OF THE EDUCATION OR EXPERIENCE OF

THIS WITNESS.

SUCH OPINION TESTIMONY SHOULD BE JUDGED LIKE ANY OTHER

TESTIMONY.  YOU MAY ACCEPT IT OR REJECT IT AND GIVE IT AS MUCH

WEIGHT AS YOU THINK IT DESERVES, CONSIDERING THE WITNESS'S

EDUCATION AND EXPERIENCE, THE REASONS GIVEN FOR THE OPINION,

AND ALL OF THE OTHER EVIDENCE IN THE CASE.

CERTAIN CHARTS AND SUMMARIES HAVE BEEN ADMITTED INTO

EVIDENCE.  CHARTS AND SUMMARIES ARE ONLY AS GOOD AS THE

UNDERLYING SUPPORTING MATERIAL.  YOU SHOULD, THEREFORE, GIVE

THEM ONLY SUCH WEIGHT AS YOU THINK THE UNDERLYING MATERIAL

DESERVES.

SOME OF YOU HAVE TAKEN NOTES DURING THE TRIAL.  WHETHER OR

NOT YOU TOOK NOTES, YOU SHOULD RELY ON YOUR OWN MEMORY OF WHAT

WAS SAID.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.  YOU SHOULD

NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE OF YOUR FELLOW

JURORS.

I WILL NOW READ TO YOU THE OFFENSES WITH WHICH THE

DEFENDANTS HAVE BEEN CHARGED AND THE ELEMENTS OF THOSE

OFFENSES.

THE DEFENDANTS ARE EACH CHARGED IN COUNT ONE OF THE INDICTMENT WITH BANKRUPTCY FRAUD IN VIOLATION OF SECTION 157 OF TITLE 18 OF THE UNITED STATES CODE.  IN ORDER FOR THE DEFENDANT TO BE FOUND GUILTY OF THAT CHARGE, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING ELEMENTS BEYOND A REASONABLE DOUBT:

FIRST, THE DEFENDANT DEVISED OR INTENDED TO DEVISE A SCHEME OR PLAN TO DEFRAUD;

SECOND, THE DEFENDANT ACTED WITH THE INTENT TO DEFRAUD;

THIRD, THE DEFENDANT'S ACT WAS MATERIAL; THAT IS, IT HAD A NATURAL TENDENCY TO INFLUENCE OR WAS CAPABLE OF INFLUENCING THE ACTS OF AN IDENTIFIABLE PERSON, ENTITY OR GROUP; AND,

FOURTH, THE DEFENDANT FILED A PETITION, FILED A DOCUMENT IN A PROCEEDING, OR MADE A FALSE OR FRAUDULENT REPRESENTATION, CLAIM, OR PROMISE CONCERNING OR IN RELATION TO A PROCEEDING UNDER A TITLE 11 BANKRUPTCY PROCEEDING TO CARRY OUT OR ATTEMPT TO CARRY OUT AN ESSENTIAL PART OF THE SCHEME.

IT DOES NOT MATTER WHETHER THE DOCUMENT, PRESENTATION, CLAIM, OR PROMISE WAS ITSELF FALSE OR DECEPTIVE SO LONG AS THE BANKRUPTCY PROCEEDING WAS USED AS A PART OF THE SCHEME OR PLAN TO DEFRAUD, NOR DOES IT MATTER WHETHER THE SCHEME OR PLAN WAS SUCCESSFUL OR THAT ANY MONEY OR PROPERTY WAS OBTAINED.

A DEFENDANT MAY BE FOUND GUILTY OF BANKRUPTCY FRAUD EVEN IF THE DEFENDANT PERSONALLY DID NOT COMMIT THE ACT OR ACTS CONSTITUTING THE CRIME BUT AIDED AND ABETTED IN ITS COMMISSION.

TO "AID AND ABET" MEANS INTENTIONALLY TO HELP SOMEONE ELSE
COMMIT A CRIME.  TO PROVE A DEFENDANT GUILTY OF BANKRUPTCY
FRAUD BY AIDING AND ABETTING, THE GOVERNMENT MUST PROVE EACH OF
THE FOLLOWING BEYOND A REASONABLE DOUBT:

FIRST, SOMEONE ELSE COMMITTED BANKRUPTCY FRAUD;

SECOND, THE DEFENDANT AIDED, COUNSELLED, COMMANDED,
INDUCED, OR PROCURED THAT PERSON WITH RESPECT TO AT LEAST ONE
ELEMENT OF BANKRUPTCY FRAUD;

THIRD, THE DEFENDANT ACTED WITH THE INTENT TO FACILITATE
BANKRUPTCY FRAUD; AND,

FOURTH, THE DEFENDANT ACTED BEFORE THE CRIME WAS
COMPLETED.

IT IS NOT ENOUGH THAT THE DEFENDANT MERELY ASSOCIATED WITH
THE PERSON COMMITTING THE CRIME OR UNKNOWINGLY OR
UNINTENTIONALLY DID THINGS THAT WERE HELPFUL TO THAT PERSON OR
WAS PRESENT AT THE SCENE OF THE CRIME.  THE EVIDENCE MUST SHOW
BEYOND A REASONABLE DOUBT THAT THE DEFENDANT ACTED WITH THE
KNOWLEDGE AND INTENTION OF HELPING THAT PERSON COMMIT
BANKRUPTCY FRAUD.

A DEFENDANT ACTS WITH THE INTENT TO FACILITATE THE CRIME
WHEN THE DEFENDANT ACTIVELY PARTICIPATES IN A CRIMINAL VENTURE
WITH ADVANCE KNOWLEDGE OF THE CRIME.

THE GOVERNMENT IS NOT REQUIRED TO PROVE PRECISELY WHICH
DEFENDANT ACTUALLY COMMITTED THE CRIME AND WHICH DEFENDANT
AIDED AND ABETTED.

02:52PM 1        THE DEFENDANTS ARE EACH CHARGED IN COUNT TWO OF THE

02:53PM 2    INDICTMENT WITH CONCEALMENT OF ASSETS IN BANKRUPTCY PROCEEDING

02:53PM 3    IN VIOLATION OF SECTION 152(1) OF TITLE 18 OF THE UNITED STATES

02:53PM 4    CODE.  IN ORDER FOR THE DEFENDANT TO BE FOUND GUILTY OF THAT

02:53PM 5    CHARGE, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING

02:53PM 6    ELEMENTS BEYOND A REASONABLE DOUBT:

02:53PM 7        FIRST, ON OR ABOUT THE DATE ALLEGED IN THE INDICTMENT, THE

02:53PM 8    PROCEEDING IN BANKRUPTCY WAS IN EXISTENCE;

02:53PM 9        SECOND, THE DEFENDANT KNOWINGLY AND FRAUDULENTLY CONCEALED

02:53PM 10   THE PROPERTY DESCRIBED IN THE INDICTMENT FROM THE CUSTODIAN OF

02:53PM 11   THE BANKRUPTCY COURT OR THE BANKRUPTCY TRUSTEE; AND,

02:53PM 12       THIRD, THE PROPERTY CONCEALED BELONGED TO THE ESTATE OF

02:53PM 13   THE DEBTOR.

02:53PM 14       A PERSON "FRAUDULENTLY CONCEALS" PROPERTY OF THE ESTATE OF

02:53PM 15   A DEBTOR WHEN THAT PERSON KNOWINGLY WITHHOLDS INFORMATION OR

02:54PM 16   PROPERTY OR KNOWINGLY ACTS FOR THE PURPOSE OF PREVENTING THE

02:54PM 17   DISCOVERY OF SUCH PROPERTY INTENDING TO DECEIVE OR TO CHEAT A

02:54PM 18   CREDITOR, A TRUSTEE, OR A BANKRUPTCY JUDGE.  FRAUDULENTLY

02:54PM 19   CONCEALING PROPERTY OF THE ESTATE OF THE DEBTOR MAY INCLUDE

02:54PM 20   TRANSFERRING PROPERTY TO A THIRD PARTY OR ENTITY, DESTROYING

02:54PM 21   THE PROPERTY, WITHHOLDING KNOWLEDGE CONCERNING THE EXISTENCE OR

02:54PM 22   WHEREABOUTS OF THE PROPERTY, OR KNOWINGLY DOING ANYTHING ELSE

02:54PM 23   BY WHICH THAT PERSON ACTS TO HINDER, DELAY OR DEFRAUD ANY OF

02:54PM 24   HIS CREDITORS.

02:54PM 25       THE ACTS OF CONCEALMENT MAY HAVE BEGUN BEFORE AS WELL AS

02:54PM 1   AFTER THE BANKRUPTCY PROCEEDINGS BEGAN.

02:54PM 2       THE TERM "DEBTOR" MEANS A PERSON OR COMPANY FOR WHOM A

02:54PM 3   BANKRUPTCY CASE HAS BEEN COMMENCED.

02:55PM 4       THE TERM "CREDITOR" MEANS A PERSON OR COMPANY THAT HAS A

02:55PM 5   CLAIM OR RIGHT TO PAYMENT FROM THE DEBTOR THAT AROSE AT THE

02:55PM 6   TIME OF OR BEFORE THE BANKRUPTCY COURT ISSUED ITS ORDER FOR

02:55PM 7   RELIEF CONCERNING THE DEBTOR.

02:55PM 8       THE TERM "ESTATE OF A DEBTOR" MEANS ALL RIGHTS, TITLE,

02:55PM 9   SHARE, OR INTERESTS, WHETHER LEGAL OR EQUITABLE, IN PROPERTY OF

02:55PM 10  A DEBTOR AT THE TIME A BANKRUPTCY PETITION IS FILED, WHEREVER

02:55PM 11  LOCATED AND BY WHOMEVER HELD.  THE TERM "ESTATE OF A DEBTOR"

02:55PM 12  MAY ALSO BE USED TO MEAN PROPERTY ACQUIRED AFTER THE

02:55PM 13  COMMENCEMENT OF THE PROCEEDING AND UNDER SOME CIRCUMSTANCES MAY

02:55PM 14  INCLUDE INTERESTS IN PROPERTY OF A DEBTOR WITHIN ONE YEAR

02:55PM 15  BEFORE THE DATE OF THE FILING OF THE PETITION.

02:55PM 16      CONCEALMENT, FOR THE PURPOSES OF TITLE 18, UNITED STATES

02:56PM 17  CODE SECTION 152(1) NEED NOT CONSIST OF SECRETLY APPROPRIATING

02:56PM 18  FUNDS FOR ONE'S OWN USE.  IT IS SUFFICIENT IF ONE WITHHOLDS

02:56PM 19  KNOWLEDGE OF ASSETS ABOUT WHICH THE TRUSTEE SHOULD BE TOLD.

02:56PM 20  THE FACT THAT A PERSON WHO CONCEALS THE ASSETS DOES NOT

02:56PM 21  DIRECTLY PROFIT FROM THEM DOES NOT CHANGE THIS RESULT.

02:56PM 22      A DEFENDANT MAY BE FOUND GUILTY OF CONCEALMENT OF ASSETS

02:56PM 23  EVEN IF THE DEFENDANT PERSONALLY DID NOT COMMIT THE ACT OR ACTS

02:56PM 24  CONSTITUTING THE CRIME BUT AIDED AND ABETTED IN ITS COMMISSION.

02:56PM 25  TO AID AND ABET MEANS INTENTIONALLY TO HELP SOMEONE ELSE COMMIT

A CRIME.  TO PROVE A DEFENDANT GUILTY OF CONCEALMENT OF ASSETS

BY AIDING AND ABETTING, THE GOVERNMENT MUST PROVE EACH OF THE

FOLLOWING BEYOND A REASONABLE DOUBT:

FIRST, SOMEONE ELSE COMMITTED CONCEALMENT OF ASSETS;

SECOND, THE DEFENDANT AIDED, COUNSELLED, COMMANDED,

INDUCED, OR PROCURED THAT PERSON WITH RESPECT TO AT LEAST ONE

ELEMENT OF CONCEALMENT OF ASSETS;

THIRD, THE DEFENDANT ACTED WITH THE INTENT TO FACILITATE

CONCEALMENT OF ASSETS; AND,

FOURTH, THE DEFENDANT ACTED BEFORE THE CRIME WAS

COMPLETED.

IT IS NOT ENOUGH THAT THE DEFENDANT MERELY ASSOCIATED WITH

THE PERSON COMMITTING THE CRIME OR UNKNOWINGLY OR

UNINTENTIONALLY DID THINGS THAT WERE HELPFUL TO THAT PERSON OR

WAS PRESENT AT THE SCENE OF THE CRIME.  THE EVIDENCE MUST SHOW

BEYOND A REASONABLE DOUBT THAT THE DEFENDANT ACTED WITH THE

KNOWLEDGE AND INTENTION OF HELPING THAT PERSON COMMIT

CONCEALMENT OF ASSETS.

A DEFENDANT ACTS WITH THE INTENT TO FACILITATE THE CRIME

WHEN THE DEFENDANT ACTIVELY PARTICIPATES IN A CRIMINAL VENTURE

WITH ADVANCE KNOWLEDGE OF THE CRIME.  THE GOVERNMENT IS NOT

REQUIRED TO PROVE PRECISELY WHICH DEFENDANT ACTUALLY COMMITTED

THE CRIME AND WHICH DEFENDANT AIDED AND ABETTED.

COUNT THREE OF THE INDICTMENT CHARGES THE DEFENDANT WITH

MAKING A FALSE STATEMENT IN A BANKRUPTCY PROCEEDING.  IN ORDER

02:58PM 1    FOR YOU TO FIND THE DEFENDANT GUILTY OF THAT CHARGE, THE

02:58PM 2    GOVERNMENT MUST PROVE EACH OF THE FOLLOWING ELEMENTS BEYOND A

02:58PM 3    REASONABLE DOUBT:

02:58PM 4        FIRST, THERE WAS A BANKRUPTCY PROCEEDING;

02:58PM 5        SECOND, THE DEFENDANT MADE A DECLARATION UNDER PENALTY OF

02:58PM 6    PERJURY IN RELATION TO THE BANKRUPTCY PROCEEDING;

02:59PM 7        THIRD, THE DECLARATION RELATED TO SOME MATERIAL MATTER;

02:59PM 8        FOURTH, THE DECLARATION WAS FALSE; AND,

02:59PM 9        FIFTH, THE DEFENDANT MADE THE DECLARATION KNOWINGLY AND

02:59PM 10    WITH THE INTENT TO DECEIVE ANY CREDITOR, THE TRUSTEE, OR THE

02:59PM 11    BANKRUPTCY JUDGE.

02:59PM 12        A MATERIAL MATTER IS ONE THAT IS CAPABLE OF INFLUENCING

02:59PM 13    THE COURT, THE TRUSTEE, AND ANY CREDITOR.

02:59PM 14        AN INTENT TO DEFRAUD IS AN INTENT TO DECEIVE OR CHEAT.

02:59PM 15        AN ACT IS DONE KNOWINGLY IF THE DEFENDANT IS AWARE OF THE

02:59PM 16    ACT AND DOES NOT ACT OR FAIL TO ACT THROUGH IGNORANCE, MISTAKE,

02:59PM 17    OR ACCIDENT.  THE GOVERNMENT IS NOT REQUIRED TO PROVE THAT THE

03:00PM 18    DEFENDANT KNEW THAT HIS OR HER ACTS OR OMISSIONS WERE UNLAWFUL.

03:00PM 19    YOU MAY CONSIDER EVIDENCE OF THE DEFENDANT'S WORDS, ACTS, OR

03:00PM 20    OMISSIONS ALONG WITH ALL OF THE OTHER EVIDENCE IN DECIDING

03:00PM 21    WHETHER THE DEFENDANT ACTED KNOWINGLY.

03:00PM 22        WHEN YOU BEGIN YOUR DELIBERATIONS, ELECT ONE MEMBER OF THE

03:00PM 23    JURY AS YOUR FOREPERSON WHO WILL PRESIDE OVER YOUR

03:00PM 24    DELIBERATIONS AND SPEAK FOR YOU HERE IN COURT.

03:00PM 25        YOU WILL THEN DISCUSS THE CASE WITH YOUR FELLOW JURORS TO

03:00PM 1    REACH AGREEMENT IF YOU CAN DO SO.  YOUR VERDICT, WHETHER GUILTY

03:00PM 2    OR NOT GUILTY, MUST BE UNANIMOUS.

03:00PM 3        EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF, BUT YOU

03:00PM 4    SHOULD DO SO ONLY AFTER YOU HAVE CONSIDERED ALL OF THE

03:00PM 5    EVIDENCE, DISCUSSED IT FULLY WITH THE OTHER JURORS, AND

03:00PM 6    LISTENED TO THE VIEWS OF YOUR FELLOW JURORS.

03:00PM 7        DO NOT BE AFRAID TO CHANGE YOUR OPINION IF THE DISCUSSION

03:01PM 8    PERSUADES THAT YOU THAT YOU SHOULD.  BUT DO NOT COME TO A

03:01PM 9    DECISION SIMPLY BECAUSE OTHER JURORS THINK IT IS RIGHT.

03:01PM 10       IT IS IMPORTANT THAT YOU ATTEMPT TO REACH A UNANIMOUS

03:01PM 11   VERDICT, BUT, OF COURSE, ONLY IF EACH OF YOU CAN DO SO AFTER

03:01PM 12   HAVING MADE YOUR OWN CONSCIENTIOUS DECISION.  DO NOT CHANGE AN

03:01PM 13   HONEST BELIEF ABOUT THE WEIGHT AND EFFECT OF THE EVIDENCE

03:01PM 14   SIMPLY TO REACH A VERDICT.

03:01PM 15       PERFORM THESE DUTIES FAIRLY AND IMPARTIALLY.  DO NOT ALLOW

03:01PM 16   PERSONAL LIKES OR DISLIKES, SYMPATHY, PREJUDICE, FEAR, OR

03:01PM 17   PUBLIC OPINION TO INFLUENCE YOU.  YOU SHOULD ALSO NOT BE

03:01PM 18   INFLUENCED BY ANY PERSON'S RACE, COLOR, RELIGION, NATIONAL

03:01PM 19   ANCESTRY, OR GENDER.

03:01PM 20       IT IS YOUR DUTY AS JURORS TO CONSULT WITH ONE ANOTHER AND

03:01PM 21   TO DELIBERATE WITH ONE ANOTHER WITH A VIEW TOWARDS REACHING AN

03:02PM 22   AGREEMENT IF YOU CAN DO SO.  DURING YOUR DELIBERATIONS, YOU

03:02PM 23   SHOULD NOT HESITATE TO REEXAMINE YOUR OWN VIEWS AND CHANGE YOUR

03:02PM 24   OPINION IF YOU BECOME PERSUADED THAT IT IS WRONG.

03:02PM 25       BECAUSE YOU MUST BASE YOUR VERDICT ONLY ON THE EVIDENCE

03:02PM 1    RECEIVED IN THE CASE AND ON THESE INSTRUCTIONS, I REMIND YOU

03:02PM 2    THAT YOU MUST NOT BE EXPOSED TO ANY OTHER INFORMATION ABOUT THE

03:02PM 3    CASE OR TO THE ISSUES IT INVOLVES.

03:02PM 4        EXCEPT FOR DISCUSSING THE CASE WITH YOUR FELLOW JURORS

03:02PM 5    DURING YOUR DELIBERATIONS:

03:02PM 6        DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT LET

03:02PM 7    ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE MERITS OF

03:02PM 8    THE CASE OR ANYTHING TO DO WITH IT.  THIS INCLUDES DISCUSSING

03:02PM 9    THE CASE IN PERSON, IN WRITING, BY PHONE OR ELECTRONIC MEANS,

03:02PM 10   VIA E-MAIL, TEXT MESSAGING, OR ANY INTERNET CHAT ROOM, BLOG,

03:02PM 11   WEBSITE OR OTHER FEATURE.  THIS APPLIES TO COMMUNICATING WITH

03:03PM 12   YOUR FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA OR PRESS, AND THE

03:03PM 13   PEOPLE INVOLVED IN THE TRIAL.  IF YOU ARE ASKED OR APPROACHED

03:03PM 14   IN ANY WAY ABOUT YOUR JURY SERVICE OR ANYTHING ABOUT THIS CASE,

03:03PM 15   YOU MUST RESPOND THAT YOU HAVE BEEN ORDERED NOT TO DISCUSS THE

03:03PM 16   MATTER AND TO REPORT THE CONTACT TO THE COURT.

03:03PM 17       DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA

03:03PM 18   ACCOUNTS OR COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH

03:03PM 19   IT; DO NOT DO ANY RESEARCH SUCH AS CONSULTING DICTIONARIES,

03:03PM 20   SEARCHING THE INTERNET, OR USING OTHER REFERENCE MATERIALS, AND

03:03PM 21   DO NOT MAKE ANY INVESTIGATION OR IN ANY OTHER WAY TRY TO LEARN

03:03PM 22   ABOUT THE CASE ON YOUR OWN.

03:03PM 23       THE LAW REQUIRES THESE RESTRICTIONS TO ENSURE THE PARTIES

03:03PM 24   HAVE A FAIR TRIAL BASED ON THE SAME EVIDENCE THAT EACH PARTY

03:03PM 25   HAS HAD AN OPPORTUNITY TO ADDRESS.  A JUROR WHO VIOLATES THESE

03:03PM 1    RESTRICTIONS JEOPARDIZES THE FAIRNESS OF THESE PROCEEDINGS AND

03:04PM 2    A MISTRIAL COULD RESULT THAT WOULD REQUIRE THE ENTIRE TRIAL

03:04PM 3    PROCESS TO START OVER.  IF ANY JUROR IS EXPOSED TO ANY OUTSIDE

03:04PM 4    INFORMATION, PLEASE NOTIFY THE COURT IMMEDIATELY.

03:04PM 5        THE PUNISHMENT PROVIDED BY LAW FOR THIS CRIME IS FOR THE

03:04PM 6    COURT TO DECIDE.  YOU MAY NOT CONSIDER PUNISHMENT IN DECIDING

03:04PM 7    WHETHER THE GOVERNMENT HAS PROVED ITS CASE AGAINST THE

03:04PM 8    DEFENDANT BEYOND A REASONABLE DOUBT.

03:04PM 9        IF IT BECOMES NECESSARY DURING YOUR DELIBERATIONS TO

03:04PM 10   COMMUNICATE WITH ME, YOU MAY SEND A NOTE THROUGH THE CLERK

03:04PM 11   SIGNED BY ANY ONE OR MORE OF YOU.  NO MEMBER OF THE JURY SHOULD

03:04PM 12   EVER ATTEMPT TO COMMUNICATE WITH ME EXCEPT BY A SIGNED WRITING,

03:04PM 13   AND I WILL RESPOND TO THE JURY CONCERNING THE CASE ONLY IN

03:04PM 14   WRITING OR HERE IN OPEN COURT.

03:04PM 15       IF YOU SEND OUT A QUESTION, I WILL CONSULT WITH THE

03:05PM 16   LAWYERS BEFORE ANSWERING IT, WHICH MAY TAKE SOME TIME.  YOU MAY

03:05PM 17   CONTINUE YOUR DELIBERATIONS WHILE WAITING FOR THE ANSWER TO ANY

03:05PM 18   QUESTION.  REMEMBER THAT YOU ARE NOT TO TELL ANYONE, INCLUDING

03:05PM 19   ME, HOW THE JURY STANDS NUMERICALLY OR OTHERWISE ON ANY

03:05PM 20   QUESTION SUBMITTED TO YOU, INCLUDING THE QUESTION OF THE GUILT

03:05PM 21   OF THE DEFENDANT UNTIL AFTER YOU HAVE REACHED A UNANIMOUS

03:05PM 22   VERDICT OR HAVE BEEN DISCHARGED.

03:05PM 23       A VERDICT FORM HAS BEEN PREPARED FOR YOU.  AFTER YOU HAVE

03:05PM 24   REACHED UNANIMOUS AGREEMENT ON A VERDICT, YOUR FOREPERSON

03:05PM 25   SHOULD COMPLETE THE VERDICT FORM ACCORDING TO YOUR

03:05PM 1    DELIBERATIONS, SIGN AND DATE IT AND ADVISE THE CLERK THAT YOU

03:05PM 2    ARE READY TO RETURN TO THE COURTROOM.

03:05PM 3        THAT CONCLUDES THE COURT'S READING OF THE INSTRUCTIONS.

03:05PM 4        ANY OBJECTIONS TO THE COURT'S READING OF THE INSTRUCTIONS

03:05PM 5    FROM THE PROSECUTION, THE GOVERNMENT?

03:05PM 6            MR. SCHENK:  NO, YOUR HONOR.

03:05PM 7            THE COURT:  THE DEFENSE?

03:05PM 8            MR. NICK:  NO, YOUR HONOR.  THANK YOU.

03:05PM 9            MS. GILG:  NO, YOUR HONOR.

03:05PM 10           THE COURT:  ALL RIGHT.  I'LL NOW ASK THAT THE 12

03:06PM 11   MEMBERS OF OUR JURY BE SENT TO THE DELIBERATION ROOM, AND I

03:06PM 12   THINK WE HAVE A CUSTODIAN.

03:06PM 13           THE CLERK:  YES, YOUR HONOR.

03:06PM 14       PLEASE RAISE YOUR RIGHT HAND.

03:06PM 15       (COURT SECURITY OFFICER WAS GIVEN THE OATH.)

03:06PM 16           COURT SECURITY OFFICER:  I DO.

03:06PM 17           THE CLERK:  THANK YOU.

03:06PM 18           THE COURT:  THANK YOU.  OUR 12 SEATED JURORS, IF YOU

03:06PM 19   WOULD PLEASE FOLLOW THE COURT SECURITY OFFICER TO THE

03:06PM 20   DELIBERATION ROOM.

03:06PM 21       MS. ALLEN AND MS. ZHANG, IF YOU WOULD REMAIN, PLEASE.

03:07PM 22       THANK YOU.  THE RECORD SHOULD REFLECT THAT OUR 12 JURORS

03:07PM 23   HAVE LEFT INTO THE DELIBERATION ROOM.  REMAINING ARE MS. ALLEN

03:07PM 24   AND MS. ZHANG, THE LOU GEHRIGS AS I'VE REFERRED TO YOU.

03:07PM 25       AS YOU KNOW, YOU WON'T JOIN THE DELIBERATIONS NOW, BUT IF

03:07PM 1      DURING THE COURSE OF THE DELIBERATIONS A SEATED JUROR IS UNABLE

03:07PM 2      TO PROCEED, WE WILL CONTACT YOU TO RETURN TO COURT TO REPLACE

03:07PM 3      ONE OF OUR SEATED JURORS.

03:07PM 4           YOU WILL -- I'M GOING TO RELEASE YOU TODAY FROM BEING IN

03:08PM 5      COURT TODAY.  I KNOW, MS. ALLEN, YOU NEED TO GET ON THE ROAD.

03:08PM 6           SO LET ME SAY THIS, THE ADMONITION THAT I PREVIOUSLY READ

03:08PM 7      TO YOU, THAT'S STILL IN PLACE.  YOU'RE STILL IN JURY SERVICE.

03:08PM 8      SO YOU STILL MAY NOT TALK OR DISCUSS ANYTHING ABOUT THIS CASE.

03:08PM 9           WE WILL ALERT YOU THROUGH MS. KRATZMANN WHETHER OR NOT YOU

03:08PM 10     WILL NEED TO RETURN TO DELIBERATE THE CASE OR WHETHER THERE HAS

03:08PM 11     BEEN A VERDICT IN THE CASE OR THE CASE IS OTHERWISE OVER AND

03:08PM 12     YOU HAVE THEN BEEN RELEASED FROM YOUR JURY SERVICE.

03:08PM 13          SO UNTIL THAT HAPPENS, PLEASE REMEMBER THE ADMONITION.  IT

03:08PM 14     IS IN PLACE.  I THINK MS. KRATZMANN HAS YOUR CONTACT

03:08PM 15     INFORMATION.  SO THAT'S APPROPRIATE.

03:08PM 16          IF I DON'T SEE YOU AGAIN, LET ME EXTEND ON BEHALF OF ALL

03:08PM 17     OF THE JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA OUR GREAT

03:08PM 18     GRATITUDE FOR YOUR SERVICE HERE.  I REALIZE SOMETIMES BEING AN

03:08PM 19     ALTERNATE IS SOMETIMES LOOKING AT THE CAKE BUT NOT REALLY

03:08PM 20     GETTING TO TASTE IT, BUT NONETHELESS IT'S IMPORTANT THAT YOU

03:08PM 21     WERE HERE, AND I KNOW YOU PAID ATTENTION TO THIS CASE.

03:09PM 22          YOU HAVE NOTES, YOU TOOK NOTES, AND YOU CAN LEAVE YOUR

03:09PM 23     NOTE PADS WITH MS.  KRATZMANN AND SO SHE CAN IDENTIFY THEM AND

03:09PM 24     PUT YOUR NUMBER ON THEM.  AT THE CONCLUSION OF THE CASE YOUR

03:09PM 25     NOTES WILL BE DESTROYED, I TELL YOU THAT.

03:09PM 1    SO LET ME NOW EXCLUDE YOU, BUT PLEASE RECOGNIZE THAT YOU

03:09PM 2    MAY BE CALLED TO COME BACK AND COMPLETE YOUR SERVICE AS SITTING

03:09PM 3    JURORS.  SO THANK YOU VERY MUCH.  THANK YOU.

03:09PM 4    I THANK YOU ALSO ON BEHALF OF ALL OF THE LAWYERS AS WELL.

03:09PM 5    THEY EXTEND THEIR GRATITUDE FOR YOUR PARTICIPATION.

03:09PM 6    MS. ALLEN, SAFE TRAVELS.

03:09PM 7    MS. KRATZMANN WILL COLLECT YOUR BELONGINGS FOR YOU FROM

03:09PM 8    THE ROOM.

03:10PM 9    (JURY OUT AT 3:10 P.M.)

03:10PM 10    THE COURT:  ALL RIGHT.  THANK YOU.  THE ALTERNATE

03:10PM 11    JURORS LEFT THE COURTROOM.  ALL COUNSEL AND THE DEFENDANTS ARE

03:10PM 12    PRESENT.

03:10PM 13    COUNSEL, I'D LIKE TO HAVE YOU AVAILABLE WITHIN 15 MINUTES

03:10PM 14    OF NOTICE OF A QUESTION OR ANY OTHER ACTION TAKEN BY THE JURY.

03:10PM 15    SO IF MS. KRATZMANN HAS YOUR INFORMATION, THAT'S GREAT.

03:10PM 16    BUT PLEASE BE AVAILABLE TO BE BACK HERE WITHIN 15 MINUTES.

03:10PM 17    MR. NICK:  VERY WELL, YOUR HONOR.  YOUR HONOR, I

03:10PM 18    JUST HAD ONE OTHER ISSUE, WHICH IS I JUST WANTED TO REMIND THE

03:10PM 19    COURT THAT -- WELL, I RENEW MY RULE 29 MOTION, BUT I DON'T KNOW

03:10PM 20    IF MS. KRATZMANN NEEDS TO BE BACK IN HERE FOR THAT.  IT HADN'T

03:10PM 21    BEEN RULED ON.

03:10PM 22    THE COURT:  RIGHT.  AND IF YOU RECALL, I ASKED THE

03:10PM 23    GOVERNMENT FOR THEIR TIMING FOR THEIR WRITTEN RESPONSE, AND

03:10PM 24    THAT'S NOON ON FRIDAY.

03:10PM 25    MR. NICK:  YES, YOUR HONOR.  I JUST WANTED TO

03:10PM 1    PROCEDURALLY MAKE SURE THAT MY MOTION WAS BEING PRESERVED.

03:10PM 2           THE COURT:  IT IS.

03:10PM 3           MR. NICK:  THANK YOU.

03:10PM 4           THE COURT:  IT IS.

03:10PM 5           MS. GILG:  YOUR HONOR, I WOULD MAKE THAT SAME

03:10PM 6    REQUEST BECAUSE I THINK THERE'S A RULE 29 AFTER THE CLOSE OF

03:10PM 7    THE GOVERNMENT'S CASE, AND THERE'S A RULE 29 AFTER THE CASE,

03:10PM 8    AND SO I WOULD LIKE TO PRESERVE ALL OF THOSE RIGHTS.

03:10PM 9           THE COURT:  YOU'VE PRESERVED YOUR RULE 29 MOTIONS,

03:11PM 10   AND THEY'RE PRESERVED HERE, AND WE'LL HEAR THOSE AT THE

03:11PM 11   APPROPRIATE TIME WHEN I RECEIVE THE PLEADINGS BY NOON, IF NOT

03:11PM 12   BEFORE.  THE LATEST IS WE MAY GET THEM BEFORE.  SO WE'LL

03:11PM 13   EAGERLY AWAIT.

03:11PM 14          MS. GILG:  WE MAY NOT NEED THEM.

03:11PM 15          THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

03:11PM 16          MR. NICK:  NOTHING.

03:11PM 17          MS. GILG:  YOUR HONOR, HOW LONG DO YOU KEEP THEM

03:11PM 18   HERE?  LIKE, DO WE COME BACK OR HOW DOES THAT WORK WITH REGARD

03:11PM 19   TO --

03:11PM 20          THE COURT:  WE'LL ALERT YOU.  THEY'LL SET A SCHEDULE

03:11PM 21   FOR THEMSELVES, AND IT'S NOT BEEN MY EXPERIENCE THAT JURORS

03:11PM 22   STAY PAST 6:00 O'CLOCK, I THINK.  WE HAVE HAD SOME THAT STAY

03:11PM 23   UNTIL 6:00 OR A LITTLE AFTER BUT -- THAT'S ABOUT THE LATEST

03:11PM 24   I'VE SEEN IT.

03:11PM 25          MR. NICK:  IS SHOWING UP AT 10:00 A.M. TOMORROW

03:11PM 1    MORNING TO BE HERE IN THE COURTHOUSE WAITING FOR THE 15 MINUTE

03:11PM 2    ANNOUNCEMENT SOON ENOUGH, YOUR HONOR?

03:11PM 3            THE COURT:  I WOULD THINK YOU WOULD BE HERE AT 9:00

03:11PM 4    O'CLOCK.  MY SENSE IS THAT --

03:11PM 5            MR. NICK:  OKAY.

03:11PM 6            THE COURT:  THEY WILL BE HERE AT 9:00, BUT THEY WILL

03:11PM 7    TELL US WHEN THEY WANT TO COME IN.  THEY MAY COME IN AT 8:00 OR

03:12PM 8    8:30.

03:12PM 9        OKAY.  THANK YOU.

03:12PM 10       (RECESS STARTED AT 3:12 P.M. PENDING THE DELIBERATIONS OF

03:12PM 11   THE JURY.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                           CERTIFICATE OF REPORTER

4

5

6

7           I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8      STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9      280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10     CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12     A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13     ABOVE-ENTITLED MATTER.

14

15

16                          _____
                            IRENE RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
17

18
                            DATED:  OCTOBER 22, 2018
19

20

21

22

23

24

25