```
                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION


UNITED STATES OF AMERICA,

          PLAINTIFF,              CASE NO.  CR-16-00373-EJD

     VS.                          SAN JOSE, CALIFORNIA

GOYKO KUBUROVICH AND KRISTEL      SEPTEMBER 26, 2018
KUBUROVICH,
                                  VOLUME 6
          DEFENDANTS.
                                  PAGES 977 - 986


                  TRIAL TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE

                      A-P-P-E-A-R-A-N-C-E-S


FOR THE PLAINTIFF:    OFFICE OF THE UNITED STATES ATTORNEY
                      BY:   SCOTT SIMEON
                            JEFF SCHENK
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113


FOR DEFENDANT         LAW OFFICE OF J. DAVID NICK
GOYKO:                BY:   J. DAVID NICK
                      345 FRANKLIN STREET
                      SAN FRANCISCO, CALIFORNIA 94102

FOR DEFENDANT         LAW OFFICE OF ZENIA K. GILG
KRISTEL:              BY:   ZENIA K. GILG
                      SAUSALITO PLAZA
                      1505 BRIDGEWAY, SUITE 103
                      SAUSALITO, CALIFORNIA 94965

OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074


      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.
```

|  |  |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                          SEPTEMBER 26, 2018 |
| 2 | P R O C E E D I N G S |

01:48PM 3     (JURY IN AT 1:48 P.M.)

01:48PM 4     THE COURT: WE ARE BACK ON THE RECORD IN THE

01:48PM 5 KUBUROVICH MATTER. COUNSEL ARE PRESENT, AND THE DEFENDANT IS

01:48PM 6 PRESENT. OUR JURY IS PRESENT.

01:48PM 7     I UNDERSTAND THAT THE JURY HAS REACHED A UNANIMOUS

01:48PM 8 VERDICT.

01:48PM 9     WHO SPEAKS FOR THE JURY?

01:48PM 10     PRESIDING JUROR: I DO, YOUR HONOR.

01:48PM 11     THE COURT: YES, MR. SHEWCHUK. HAS THE JURY

01:48PM 12 RECEIVED -- EXCUSE ME -- ARRIVED AT A UNANIMOUS VERDICT IN THIS

01:48PM 13 CASE?

01:48PM 14     PRESIDING JUROR: YES, WE HAVE, YOUR HONOR.

01:48PM 15     THE COURT: IF YOU COULD HAND THE VERDICT FORMS TO

01:48PM 16 THE CLERK, PLEASE. THANK YOU.

01:48PM 17     THE CLERK: THANK YOU.

01:48PM 18     PRESIDING JUROR: (HANDING.)

01:49PM 19     (PAUSE IN PROCEEDINGS.)

01:49PM 20     THE COURT: I'LL NOW ASK OUR COURTROOM DEPUTY TO

01:49PM 21 PUBLISH THE VERDICT, LADIES AND GENTLEMEN. THAT MEANS NOW,

01:49PM 22 LADIES AND GENTLEMEN, OUR COURTROOM DEPUTY WILL NOW ANNOUNCE ON

01:49PM 23 THE RECORD THE JURY'S FINDINGS.

01:49PM 24     PLEASE LISTEN CLOSELY AS SHE REPEATS THE VERDICTS. SHE

01:49PM 25 WILL THEN ASK EACH OF YOU, I'LL ASK HER TO POLL THE JURY, AND

```
01:49PM  1     SHE WILL ASK EACH OF YOU IF, IN FACT, THESE VERDICTS ARE YOUR
01:49PM  2     TRUE AND CORRECT VERDICTS.
01:49PM  3          MS. KRATZMANN.
01:49PM  4              THE CLERK:  YES, YOUR HONOR.
01:49PM  5          LADIES AND GENTLEMEN OF THE JURY, LISTEN FOR YOUR VERDICT,
01:49PM  6     IT WILL STAND RECORDED.  IN THE UNITED STATES DISTRICT COURT OF
01:50PM  7     THE NORTHERN DISTRICT OF CALIFORNIA FOR THE MATTER OF CASE
01:50PM  8     NUMBER 16-CR-00373-EJD ENTITLED UNITED STATES OF AMERICA VERSUS
01:50PM  9     GOYKO KUBUROVICH AND KRISTEL KUBUROVICH.
01:50PM 10          COUNT ONE.  WE, THE JURY, UNANIMOUSLY FIND EACH OF THE
01:50PM 11     DEFENDANTS LISTED BELOW:
01:50PM 12          GOYKO GUSTAV KUBUROVICH:  GUILTY;
01:50PM 13          KRISTEL KUBUROVICH:  NOT GUILTY;
01:50PM 14          OF BANKRUPTCY FRAUD ON OR ABOUT MAY 25TH, 2010, IN
01:50PM 15     VIOLATION OF 18 UNITED STATES CODE SECTIONS 157(1) AND (2) AS
01:50PM 16     CHARGED IN COUNT ONE OF THE INDICTMENT.
01:50PM 17          COUNT TWO.  WE, THE JURY, UNANIMOUSLY FIND EACH OF THE
01:50PM 18     DEFENDANTS LISTED BELOW:
01:50PM 19          GOYKO GUSTAV KUBUROVICH:  GUILTY;
01:50PM 20          KRISTEL KUBUROVICH:  GUILTY;
01:50PM 21          OF CONCEALMENT OF ASSETS IN BANKRUPTCY PROCEEDING ON OR
01:51PM 22     ABOUT MAY 25TH, 2010, IN VIOLATION OF TITLE 18 UNITED STATES
01:51PM 23     CODE SECTIONS 152(1) AND (2) AS CHARGED IN COUNT TWO OF THE
01:51PM 24     INDICTMENT.
01:51PM 25          COUNT THREE.  WE, THE JURY, UNANIMOUSLY FIND THE
```

```
01:51PM  1    DEFENDANT, GOYKO GUSTAV KUBUROVICH, GUILTY, OF A FALSE
01:51PM  2    STATEMENT IN A BANKRUPTCY PROCEEDING ON OR ABOUT MAY 25TH,
01:51PM  3    2010, IN VIOLATION OF TITLE 18 UNITED STATES CODE SECTION
01:51PM  4    152(3) AS CHARGED IN COUNT THREE OF THE INDICTMENT.
01:51PM  5         IT IS DATED SEPTEMBER 26TH, 2018, BY THE FOREPERSON,
01:51PM  6    MR. SHEWCHUK.
01:51PM  7              THE COURT:  THANK YOU.  IF YOU WOULD PLEASE POLL THE
01:51PM  8    JURY.
01:51PM  9              THE CLERK:  YES, YOUR HONOR.
01:51PM 10         JUROR NUMBER 1, IS THAT YOUR VERDICT AS READ BY THE COURT?
01:51PM 11              JUROR:  YES.
01:51PM 12              THE CLERK:  JUROR NUMBER 2, IS THAT YOUR VERDICT AS
01:51PM 13    READ BY THE COURT?
01:51PM 14              JUROR:  IT IS.
01:51PM 15              THE CLERK:  JUROR NUMBER 3, IS THAT YOUR VERDICT AS
01:51PM 16    READ BY THE COURT?
01:51PM 17              JUROR:  IT IS.
01:52PM 18              THE CLERK:  JUROR NUMBER 4, IS THAT YOUR VERDICT AS
01:52PM 19    READ BY THE COURT?
01:52PM 20              JUROR:  YES.
01:52PM 21              THE COURT:  JUROR NUMBER 5, IS THAT YOUR VERDICT AS
01:52PM 22    READ BY THE COURT?
01:52PM 23              JUROR:  YES.
01:52PM 24              THE CLERK:  JUROR NUMBER 6, IS THAT YOUR VERDICT AS
01:52PM 25    READ BY THE COURT?
```

```
01:52PM   1                        JUROR:  YES.
01:52PM   2              THE CLERK:  JUROR NUMBER 7, IS THAT YOUR VERDICT AS
01:52PM   3    READ BY THE COURT?
01:52PM   4              JUROR:  YES.
01:52PM   5              THE CLERK:  JUROR NUMBER 8, IS THAT YOUR VERDICT AS
01:52PM   6    READ BY THE COURT?
01:52PM   7              JUROR:  IT IS.
01:52PM   8              THE CLERK:  JUROR NUMBER 9, IS THAT YOUR VERDICT AS
01:52PM   9    READ BY THE COURT?
01:52PM  10              JUROR:  YES.
01:52PM  11              THE CLERK:  JUROR NUMBER 10, IS THAT YOUR VERDICT AS
01:52PM  12    READ BY THE COURT?
01:52PM  13              JUROR:  YES.
01:52PM  14              THE CLERK:  JUROR NUMBER 11, IS THAT YOUR VERDICT AS
01:52PM  15    READ BY THE COURT?
01:52PM  16              JUROR:  YES.
01:52PM  17              THE CLERK:  JUROR NUMBER 12, IS THAT YOUR VERDICT AS
01:52PM  18    READ BY THE COURT?
01:52PM  19              JUROR:  YES.
01:52PM  20              THE CLERK:  IT IS A UNANIMOUS VERDICT, YOUR HONOR.
01:52PM  21              THE COURT:  THANK YOU.  I'LL ORDER THE VERDICT
01:52PM  22    RECORDED AT THIS TIME.
01:52PM  23         LADIES AND GENTLEMEN, ANY COMMENT FROM COUNSEL BEFORE I
01:52PM  24    RELEASE THE JURY?
01:52PM  25              MR. SCHENK:  NO, YOUR HONOR.
```

982

| | |
|---|---|
| 01:52PM 1 | MR. NICK: NO. |
| 01:52PM 2 | MS. GILG: NO, YOUR HONOR. |
| 01:52PM 3 | THE COURT: LADIES AND GENTLEMEN, I WANT TO THANK |
| 01:52PM 4 | YOU FOR YOUR SERVICE. IN A MOMENT I'M GOING TO RELEASE YOU |
| 01:52PM 5 | FROM YOUR SERVICE, WHICH MEANS THAT I'LL RELEASE YOU FROM THE |
| 01:52PM 6 | ADMONITION THAT EXISTS IN THIS CASE. |
| 01:53PM 7 | WHAT THAT MEANS IS WHEN YOU ARE RELEASED FROM YOUR |
| 01:53PM 8 | SERVICE, YOU MAY SPEAK TO ANYONE IF YOU WISH TO DO SO. YOU'RE |
| 01:53PM 9 | NOT REQUIRED TO SPEAK TO ANYONE, BUT IF YOU'RE ASKED TO DO SO, |
| 01:53PM 10 | YOU MAY DO SO. |
| 01:53PM 11 | LET ME INDICATE THAT IF YOU ARE ASKED ABOUT THE CASE AND |
| 01:53PM 12 | YOU CHOOSE NOT TO SPEAK ABOUT IT, YOU SIMPLY NEED TO SAY THAT. |
| 01:53PM 13 | IF YOU FEEL THAT ANYONE IS UNTOWARD TOWARDS YOU OR |
| 01:53PM 14 | PERSISTS IN ASKING YOU QUESTIONS AFTER YOU HAVE INDICATED A |
| 01:53PM 15 | LACK OF INTEREST IN SPEAKING, YOU SHOULD BRING THAT TO THE |
| 01:53PM 16 | COURT'S ATTENTION IMMEDIATELY. |
| 01:53PM 17 | I DO WANT TO THANK YOU, AND, AGAIN, ON BEHALF OF ALL |
| 01:53PM 18 | COUNSEL AND ON BEHALF OF THE JUDGES OF THE NORTHERN DISTRICT OF |
| 01:53PM 19 | CALIFORNIA, I DO WANT TO THANK YOU FOR YOUR SERVICE. I |
| 01:53PM 20 | APPRECIATE YOUR ATTENTIVENESS TO THIS CASE AND ALSO YOUR |
| 01:53PM 21 | PATIENCE THROUGH THE TIMING OF THE CASE. |
| 01:53PM 22 | BEFORE I DO RELEASE YOU, I DO WANT TO ALSO, AS I DO WITH |
| 01:53PM 23 | EVERY JURY THAT I HAVE, IS TO EXTEND AN INVITATION TO YOU TO |
| 01:54PM 24 | MEET ME IN MY OFFICE FOR JUST TWO MINUTES. I'D LIKE TO |
| 01:54PM 25 | PERSONALLY EXTEND MY THANKS TO YOU FOR YOUR SERVICE AND ALSO TO |

|||
|---|---|
|01:54PM 1| ASK YOU IF YOU WISH TO SHARE ANY THOUGHTS YOU MIGHT HAVE AS TO|
|01:54PM 2| HOW WE, THE COURT, MIGHT IMPROVE THE JURY EXPERIENCE FOR OUR|
|01:54PM 3| JURORS.|
|01:54PM 4| SO IF ANY OF YOU WISH TO SPEAK WITH ME, THAT'S FINE. IT'S|
|01:54PM 5| NOT AN ORDER, OF COURSE. YOU OBVIOUSLY DON'T HAVE TO, AND I'M|
|01:54PM 6| NOT OFFENDED IF YOU NEED TO GET ON THE RECORD, BUT THOSE OF YOU|
|01:54PM 7| WHO WISH, AGAIN, I WOULD WELCOME THE OPPORTUNITY TO PERSONALLY|
|01:54PM 8| THANK YOU.|
|01:54PM 9| IT MAY BE THAT COUNSEL WANT TO SPEAK WITH YOU AFTERWARDS|
|01:54PM 10| AS WELL, AND PLEASE RECALL THAT YOU MAY SPEAK WITH THEM IF YOU|
|01:54PM 11| WISH, BUT, AGAIN, YOU'RE NOT REQUIRED TO IF YOU CHOOSE NOT TO|
|01:54PM 12| DO SO.|
|01:54PM 13| SO ANYTHING FURTHER BEFORE I RELEASE THE JURY?|
|01:54PM 14| MR. SCHENK: NO, YOUR HONOR.|
|01:54PM 15| MR. NICK: NO, YOUR HONOR. THANK YOU.|
|01:54PM 16| MS. GILG: NO, YOUR HONOR.|
|01:54PM 17| THE COURT: THANK YOU, LADIES AND GENTLEMEN. YOU|
|01:54PM 18| ARE RELEASED, AND THOSE WHO WISH TO MEET WITH ME, PLEASE,|
|01:55PM 19| MS. KRATZMANN WILL SHOW YOU THE WAY.|
|01:55PM 20| (JURY OUT AT 1:55 P.M.)|
|01:55PM 21| THE COURT: ALL RIGHT. PLEASE BE SEATED. THANK|
|01:55PM 22| YOU, COUNSEL. THE RECORD WILL REFLECT THAT THE JURY HAS BEEN|
|01:55PM 23| RELEASED, AND THEY'RE IN THE DELIBERATION ROOM.|
|01:55PM 24| I'M GOING TO TAKE A FIVE MINUTE BREAK TO MEET WITH|
|01:55PM 25| WHOEVER, IF THERE ARE ANY THAT WISH TO MEET WITH ME AND ALLOW|

```
01:55PM  1    ME TO THANK THEM.
01:55PM  2         COUNSEL, IF YOU WANT TO REMAIN HERE FOR A MOMENT, WE'LL BE
01:55PM  3    BACK ON THE RECORD TO TAKE UP FURTHER MATTERS IN ABOUT
01:55PM  4    TEN MINUTES I'LL SAY.
01:55PM  5         ALL RIGHT.  THANK YOU.
01:55PM  6              MR. SCHENK:  THANK YOU, YOUR HONOR.
01:55PM  7         (RECESS FROM 1:55 P.M. UNTIL 2:24 P.M.)
02:24PM  8         (JURY OUT AT 2:24 P.M.)
02:24PM  9              THE COURT:  WE'RE BACK ON THE RECORD.  ALL
02:24PM 10    DEFENDANTS AND ALL COUNSEL ARE PRESENT.  THE JURY HAS BEEN
02:24PM 11    DISCHARGED.  I THINK WHAT REMAINS MOST IMMEDIATE IS THE
02:24PM 12    GOVERNMENT'S NEED TO FILE THEIR RESPONSE TO THE RULE 29 MOTION
02:24PM 13    WHICH WAS RESERVED AND TAKEN UNDER SUBMISSION, AND I THINK YOU
02:24PM 14    HAVE UNTIL NOON FRIDAY TO DO THAT.
02:24PM 15         ASSUMING THAT THE GOVERNMENT FILES THAT AT SOME TIME
02:24PM 16    BEFORE NOON FRIDAY, I THINK THE NEXT THING WE SHOULD DO IS SET
02:24PM 17    A DATE FOR HEARING ON THE MOTION.
02:24PM 18         I'M NOT GOING TO REFER THE CLIENTS TO PROBATION TODAY.  I
02:24PM 19    THINK IT'S APPROPRIATE TO HEAR THE MOTION BEFORE ANYTHING
02:24PM 20    HAPPENS IN REGARDS TO POST VERDICT DECISIONS.
02:24PM 21              MS. GILG:  OKAY.
02:24PM 22              THE COURT:  SO WE'LL SET A DATE, AND I'LL ASK
02:24PM 23    MS. KRATZMANN TO FIND A DATE.
02:24PM 24         I'M ALSO HAPPY TO SET THIS ON A DATE OTHER THAN OUR NORMAL
02:25PM 25    CRIMINAL CALENDAR.  WE CAN SPECIALLY SET THIS.
```

| | | |
|---|---|---|
| 02:25PM | 1 | MS. KRATZMANN, DO YOU HAVE SOME DATES TO SUGGEST? |
| 02:25PM | 2 | THE CLERK: YES, YOUR HONOR. OCTOBER 9TH, TUESDAY. |
| 02:25PM | 3 | THE COURT: LET'S SEE. IS THAT AVAILABLE FOR |
| 02:25PM | 4 | COUNSEL? |
| 02:25PM | 5 | MS. GILG: I'M SORRY. |
| 02:25PM | 6 | THE COURT: OCTOBER 9TH, OCTOBER 9TH? |
| 02:25PM | 7 | MR. SIMEON: YES, YOUR HONOR, FOR THE GOVERNMENT. |
| 02:25PM | 8 | MR. NICK: YOUR HONOR, IS IT POSSIBLE TO DO IT IN |
| 02:25PM | 9 | THE AFTERNOON ON OCTOBER 9TH? |
| 02:25PM | 10 | THE CLERK: YES. YOU HAVE ALL DAY AVAILABLE, YOUR |
| 02:25PM | 11 | HONOR. |
| 02:25PM | 12 | THE COURT: I'M SORRY? |
| 02:25PM | 13 | THE CLERK: YOU HAVE ALL DAY AVAILABLE, YOUR HONOR. |
| 02:25PM | 14 | THE COURT: WE CAN DO IT AT 1:30. |
| 02:25PM | 15 | MR. SIMEON: THAT'S FINE, YOUR HONOR. |
| 02:25PM | 16 | MR. NICK: 1:30 IS OKAY, YOUR HONOR. |
| 02:25PM | 17 | MS. GILG: YES, YOUR HONOR. |
| 02:25PM | 18 | THE COURT: LET'S DO THAT THEN. WE'LL SET |
| 02:25PM | 19 | OCTOBER 9TH, OCTOBER 9TH AT 1:30 FOR FURTHER PROCEEDINGS, AND |
| 02:26PM | 20 | WE'LL HAVE THE GOVERNMENT'S RESPONSE BY FRIDAY NOON, THIS |
| 02:26PM | 21 | FRIDAY NOON, AND THEN WE CAN HAVE HEARING ON DECEMBER 9TH AT |
| 02:26PM | 22 | 1:30 AND TAKE UP ANY OTHER -- |
| 02:26PM | 23 | MR. NICK: OCTOBER 9TH? |
| 02:26PM | 24 | THE COURT: OCTOBER 9TH. YES, OCTOBER 9TH AND TAKE |
| 02:26PM | 25 | UP ANY OTHER MATTERS. |

02:26PM 1        ANYTHING FURTHER?

02:26PM 2            MS. GILG:  NO, YOUR HONOR.

02:26PM 3            MR. SIMEON:  NO, YOUR HONOR.

02:26PM 4            THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

02:26PM 5        (COURT CONCLUDED AT 2:26 P.M.)

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*
_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: OCTOBER 22, 2018