**J. DAVID NICK, Esq.** (Cal. State Bar No. 157687)
LAW OFFICES OF J. DAVID NICK
345 FRANKLIN STREET
San Francisco, CA 94102
Tel: 415/552-4444
Fax: 415/358-5897
EMAIL:jdavidnick@lawyer.com

**Attorney for Defendant**
GOYKO G. KUBUROVICH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CLAIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOYKO G. KUBUROVICH, ET AL.<br><br>　　　　Defendants | NO. 5: 16-cr-00373-EJD<br><br>**PARTIES STIPULATION TO TERMINATE PRETRIAL RELEASE CONDITION OF DRUG COUNSELING.** ~~[PROPOSED]~~ **ORDER** |

THE UNDERSIGNED PARTIES HEREBY STIPULATE AND AGREE defendant GOYKO G. KUBUROVICH'S pretrial release drug treatment condition is no longer required and may therefore be terminated. (See Doc. # 12 ("Defendant shall participate in (drug) counseling as directed by Pretrial Services.") Pretrial Services has indicated they do not oppose the termination of this condition and requested this modification. All other conditions of release are to remain the same.

Dated: 10-5-18

--------------/s/------------------
_____
J. DAVID NICK
Attorney for Defendant

Dated: 10-5-18

Alex G. Tse.
United States Attorney

--------------/s/-------------------
Scott Simion
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

IT IS SO ORDERED: _/s/ Susan van Keulen_

Honorable Susan van Keulen
Magistrate Judge