UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** June 17, 2019 | **Time:** 2:54-4:50 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 1Hr.56Mins. | |
| **Case No.:** 16-cr-00373-EJD-1 | **Case Name:** UNITED STATES v. Goyko Gustav Kuburovich(P)(NC) | |

**Attorney for Plaintiff:** Scott Simeon

**Attorney for Defendant:** David Nick

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** Jessica Goldsberry |

## PROCEEDINGS - SENTENCING

Defendant present and out of custody. Hearing held.
The Court Granted a variance.
The Court sentenced the defendant as follows:
**The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 40 months. This term consists of terms of 40 months on each of Counts One through Three of the Indictment (Dkt. 1 filed on 8/25/2016). Said terms shall be served concurrent to one another.**
Upon release from imprisonment the Defendant shall be placed on supervised release for a term of 3 years. This term consists of terms of 3 years on each of Counts One through Three of the Indictment, said terms to run concurrent to one another. The Court adopts the Probation Officer's recommendations of the standard and special conditions (SEE JUDGMENT).
$300 Special Assessment fee imposed and due immediately.
Restitution ordered in the amount of $2,050,800.75 payable to the victims that will be identified in a list which shall be provided to the Finance Office of the Clerk's Office.
The defendant is to self-surrender on 10/10/2019 by 2pm to the designated facility and if a facility has not been designated then to the U.S. Marshal's office.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: