**LAW OFFICES OF J. DAVID NICK**
**A Professional Legal Corporation**
**J. DAVID NICK, (California State Bar #157687)**
**345 FRANKLIN STREET**
**San Francisco, CA 94102**
**Telephone: (415) 552-4444**
**Facsimile: (415) 358-5897**
**E MAIL: jdavidnick@lawyer.com**
**Attorney for Defendant**
**GOYKO KUBUROVICH**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 16-00373-EJD |
| Plaintiff, | ) ) ) | DEFENDANT **GOYKO KUBUROVICH'S** **NOTICE OF APPEAL**. |
| vs. | ) ) | |
| **GOYKO KUBUROVICH** et al., | ) ) ) | |
| Defendants. | ) ) | |

Notice is hereby given that defendant **GOYKO KUBUROVICH** hereby appeals to the United States Court of Appeals for the 9th Circuit from the final judgment entered in this action on the 17th day of June, 2019.

DATED: June 24, 2019.

_____

J. DAVID NICK, ATTORNEY FOR DEFENDANT

1