**J. DAVID NICK, Esq.** (Cal. State Bar No. 157687)
LAW OFFICES OF J. DAVID NICK
A Professional Legal Corporation
345 FRANKLIN STREET
San Francisco, CA 94102
Tel: 415/552-4444
Fax: 415/358-5897
EMAIL:jdavidnick@lawyer.com

**Attorney for Defendant**
GOYKO G. KUBUROVICH

[STAMP: DENIED — Judge Edward J. Davila — 8/19/2019]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CLAIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> GOYKO G. KUBUROVICH, <br> Defendant. | NO. 5: 16-cr-00373-EJD <br><br> **DEFENDANT'S UNOPPOSED EX PARTE APPLICATION FOR RECOMMENDATION FROM COURT TO BUREAU OF PRISONS FOR INCARCERATION LOCATION.** |

Defendant **GOYKO G. KUBUROVICH** ("defendant") hereby requests this court to issue a recommendation to the United States Bureau of Prisons for the defendant to be incarcerated at the Federal Correctional Institution, at Lompoc, CA.

On June 25, 2019 Assistant United States Attorney Scott Simeon informed defense counsel the United States had no objection to this request. It is therefore respectfully requested the court issue a recommendation to the United States Bureau of Prisons **for the defendant to be incarcerated at the Federal Correctional Institution, at Lompoc, CA**.

Dated: 8-8-19

--------------/s/------------------
_____
J. DAVID NICK
Attorney for Defendant

- 1 -