**LAW OFFICES OF J. DAVID NICK**
**J. DAVID NICK, (California State Bar #157687)**
**345 FRANKLIN STREET**
**San Francisco, CA 94102**
**Telephone: (415) 552-4444**
**Facsimile: (415) 358-5897**
**E MAIL: jdavidnick@lawyer.com**
**Attorney for Defendant**
**GOYKO KUBUROVICH**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>Plaintiff,  )<br> )<br>vs.  )<br> )<br>**GOYKO KUBUROVICH**  )<br> et al.,  )<br> )<br> )<br>Defendants.  ) | CASE NO.: CR 16-00373-EJD<br><br>DEFENDANT GOYKO KUBUROVICH'S OPPOSED EX PARTE REQUEST FOR EXTENSION OF TIME TO SURRENDER. [PROPOSED ORDER]<br><br>CURRENT SURRENDER DATE: 10-10-19<br>EXTENSION REQUESTED: 12-9-19. |

**EX-PARTE REQUEST FOR ORDER EXTENDING TIME TO SURRENDER:**

Defendant, **GOYKO KUBUROVICH**, hereby submits this EX PARTE MOTION TO EXTEND THE DATE DEFENDANT IS REQUIRED TO SURRENDER TO THE BUREAU OF PRISONS to commence his sentence. **The United States of America has indicated they OPPOSE this request**.

The current date defendant is required to surrender being October 10, 2019, defendant asks that date be extended to December 9, 2019. **The reasons offered for said extension include** that Mr. Kuburovich has a number of doctor appointments that require follow up likely into November. He has currently scheduled visits to see his cardiologist. Lastly, Mr. Kuburovich is aware that while confined he cannot run a business. The additional time would allow him to complete his final business projects which is necessary to fulfil financial obligations.

1

## CONCLUSION

Based on the foregoing reasons, Defendant respectfully request that he be given until December 9, 2019 to surrender to Lompoc Federal Prison Camp.

DATED: August 28, 2019

_____
J. DAVID NICK,
ATTORNEY FOR DEFENDANT

## [PROPOSED] ORDER EXTENDING DATE TO SURRENDER

Good Cause having been shown by the defendant's ex parte application, the Court grants the defendant an extension of time to surrender from the currently set date of October 10, 2019 to _____, 2019.

So Ordered,

_____
United States District Judge