**LAW OFFICES OF J. DAVID NICK**
**J. DAVID NICK, (California State Bar #157687)**
**345 FRANKLIN STREET**
**San Francisco, CA 94102**
**Telephone: (415) 552-4444**
**Facsimile: (415) 358-5897**
**E MAIL: jdavidnick@lawyer.com**
**Attorney for Defendant**
**GOYKO KUBUROVICH**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 16-00373-EJD |
| | ) | |
| Plaintiff, | ) | DEFENDANT GOYKO KUBUROVICH'S 2nd OPPOSED EX PARTE REQUEST FOR EXTENSION OF TIME TO SURRENDER. [PROPOSED ORDER] |
| vs. | ) | |
| | ) | |
| **GOYKO KUBUROVICH** et al., | ) | CURRENT SURRENDER DATE: 10-10-19 EXTENSION REQUESTED: 11-11-19. |
| | ) | |
| Defendants. | ) | |

**2nd EX-PARTE REQUEST FOR ORDER EXTENDING TIME TO SURRENDER:**

Defendant, **GOYKO KUBUROVICH**, hereby submits this 2nd EX PARTE MOTION TO EXTEND THE DATE DEFENDANT IS REQUIRED TO SURRENDER TO THE BUREAU OF PRISONS to commence his sentence. **The United States of America has indicated they OPPOSE this request**.

The current date defendant is required to surrender being October 10, 2019, defendant asks that date be extended to November 11, 2019. **The reasons offered for said extension is to afford Mr. Kuburovich's appellate counsel sufficient time to complete his interview of his client prior to the client's incarceration where an interview of the Defendant would be more difficult and time consuming.** (See, Declaration of David Zarmi In Support of 2nd Ex Parte request for Extension of Time to Surrender).

Previously Defendant requested a 60-day extension of his surrender date which was denied by the court. This 2nd request is instead for 30 days and for reasons unrelated to Defendant's prior request.

## CONCLUSION

Based on the foregoing reasons, Defendant respectfully request that he be given until November 11, 2019 to surrender to Lompoc Federal Prison Camp.

DATED: September 17, 2019

_____

J. DAVID NICK,
ATTORNEY FOR DEFENDANT

## [PROPOSED] ORDER EXTENDING DATE TO SURRENDER

Good Cause having been shown by the defendant's ex parte application, the Court grants the defendant an extension of time to surrender from the currently set date of October 10, 2019 to November___, 2019.

So Ordered,

_____
United States District Judge