**LAW OFFICES OF J. DAVID NICK**
**J. DAVID NICK, (California State Bar #157687)**
**345 FRANKLIN STREET**
**San Francisco, CA 94102**
**Telephone: (415) 552-4444**
**Facsimile: (415) 358-5897**
**E MAIL: jdavidnick@lawyer.com**
**Attorney for Defendant**
**GOYKO KUBUROVICH**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>**GOYKO KUBUROVICH**<br>et al.,<br><br>                    Defendants. | CASE NO.: CR 16-00373-EJD<br><br>DECLARATION OF DAVID ZARNI IN SUPPORT OF DEFENDANT GOYKO KUBUROVICH'S 2ND OPPOSED EX PARTE REQUEST FOR EXTENSION OF TIME TO SURRENDER.<br><br>CURRENT SURRENDER DATE: 10-10-19<br>EXTENSION REQUESTED: 11-9-19. |

I, DAVID ZARMI, declare and state as follows:

1. I am a Certified Appellate Specialist duly licensed to practice in the California courts and before the Ninth Circuit Court of Appeals.  I make this declaration in support of Defendant's Request for Extension of Time to Surrender until November 11, 2019.

2. On September 3, 2019, I was retained by the Defendant, Goyko Gustav Kuburovich, to represent him on appeal from the judgment in NDCA case no. CR 16-00373-EJD.

3. In order to properly represent Mr. Kuburovich, I will need to review the trial materials together with him, receiving his input on each of the issues for appeal.  Based on my experience, given the substantial trial docket, I will require at least thirty days to review the materials with him. I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing facts are true and correct. Executed on September 10, 2019 at Beverly Hills, California.

-------/S/----------

_____

DAVID ZARMI