

FILED

OCT 9 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> GOYKO GUSTAV KUBUROVICH, <br><br> Defendant-Appellant. | No.   19-10215 <br><br> D.C. No. 5:16-cr-00373-EJD-1 <br> Northern District of California, San Jose <br><br> ORDER |

Before: SILVERMAN and W. FLETCHER, Circuit Judges.

Appellant's motion for bail pending appeal (Docket Entry No. 7) is denied without prejudice to renewal once the district court rules on appellant's pending motion for bail pending appeal before that court.  See Fed. R. App. P. 9(b) ("A party . . . may obtain review of a district-court order regarding release after a judgment of conviction . . . by filing a motion in the court of appeals . . . .").

KWH/MOATT