1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SCOTT SIMEON (NYBN 5012653)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5061
7      FAX: (408) 535-5066
       scott.simeon@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        ) NO. 16-CR-00373-EJD-1
                                      )
14 |     Plaintiff,                   ) EX PARTE MOTION FOR SEALING ORDER
                                      )
15 |   v.                             )
                                      )
16 | GOYKO GUSTAV KUBUROVICH,         )
                                      )
17 |     Defendant.                   )
                                      )
18

19     The United States, by and through counsel, moves this Court for an order sealing Exhibit 2 to the
20 Government's Opposition to Defendant's Motion for Compassionate Release from Custody (Dkt. 189).
21 Exhibit 2 consists of Defendant's Bureau of Prisons medical records, which have already been disclosed
22 to Defendant. Although there is a general presumption in favor of public access to court records, the
23 need to protect the confidentiality and privacy of Defendant's medical records outweighs this
24 presumption of public access. *San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, No. 10-CV-
25 02258 SBA, 2011 WL 89931, at *1 (N.D. Cal. Jan. 10, 2011) (citing *Webb v. Smart Document Sols.,*
26 *LLC*, 499 F.3d 1078, 1082 (9th Cir. 2007)).
27     Accordingly, the United States requests that the Court seal these documents, except that the
28 Clerk of Court shall provide copies of the sealed documents to the Parties. The United States further

MOTION FOR SEALING ORDER
NO. 16-CR-00373-EJD-1                    1

1  requests that the United States Attorney's Office be permitted to share these documents as necessary to
2  comply with its discovery obligations.

4  DATED: July 29, 2020                               Respectfully submitted,

5                                                     DAVID L. ANDERSON
                                                      United States Attorney

7                                                     */s/ Scott Simeon*
                                                      SCOTT SIMEON
8                                                     Assistant United States Attorney

10                              [PROPOSED] ORDER

11     Upon motion of the United States and good cause having been shown,

12     **IT IS HEREBY ORDERED** that Exhibit 2 to the Government's Opposition to Defendant's
13  Motion for Compassionate Release from Custody (Dkt. 189) shall be filed under seal until further order
14  of the Court, except that the Clerk of Court shall provide copies of the sealed documents to the Parties.
15  The United States Attorney's Office is permitted to share these documents as necessary to comply with
16  its discovery obligations.

18  DATED: ___July 30, 2020_____

19                                                    _____
                                                      HON. EDWARD J. DAVILA
                                                      United States District Judge